United States District Court

For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6
7
8           Plaintiff(s),                    No.     EDL

9                                            STANDING ORDER RE
10      v.            :                       CASE MANAGEMENT CONFERENCE

11          Defendant(s).
                                    /
12
13      **Lead trial counsel** who will try this case are directed to confer in advance of the Case

Management Conference with respect to all matters contained in the attached Proposed Joint Case

Management Order, including **a discovery plan and discovery limits** and all other matters described

in Federal Rules of Civil Procedure 16(a), 16(b) and 26(f) and Civil Local Rule 16-10. Pursuant to Civil

L.R. 16-10(a), **lead trial counsel shall attend the Case Management Conference** and be prepared to

discuss all matters referred to in this order. Counsel shall have the authority to enter stipulations and

make admissions regarding all matters described herein.

        PLAINTIFF IS DIRECTED TO SERVE COPIES OF THIS ORDER AT ONCE UPON ALL

PARTIES IN THIS ACTION AND UPON THOSE SUBSEQUENTLY JOINED IN ACCORDANCE

WITH THE PROVISIONS OF FEDERAL RULES OF CIVIL PROCEDURE 4 AND 5 AND CIVIL

LOCAL RULES 4 AND 5, and to file with the Clerk of the Court a Certificate reflecting such service.

        Failure to comply with this order, the provisions of Federal Rule of Civil Procedure 16 and 26(f)

or the provisions of Civil L.R. 16-10 may be grounds for sanctions. (See Fed. R. Civ. P. 16(f)).

Dated: January 26, 2001

                                    ELIZABETH D. LAPORTE
                                    United States Magistrate Judge