Gilmur R. Murray (SBN:111856)
Derek G. Howard (SBN:118082)
Scott J. Yundt (SBN: 242595)
**MURRAY & HOWARD LLP**
436 14th Street, Suite 1413
Oakland, California 94612
T: (510) 444-2660
F: (510) 444-2522
gmurray@murrayhowardlaw.com
dhoward@murrayhowardlaw.com
syundt@murrayhowardlaw.com

*Attorney for Plaintiff Brenden Maloof and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA,** individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> **AIR NEW ZEALAND, ALL NIPPON AIRWAYS, AMERICAN AIRLINES, AMR CORPORATION, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES,** <br><br> Defendants. | Case No. CV 07-5634 EDL <br><br> **NOTICE OF RELATED CASE(S)** <br><br> **Civil L.R. 3-12** |
| **BRENDEN G. MALOOF**, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> **AIR NEW ZEALAND, ALL NIPPON AIRWAYS,** | Case No. CV07-05811 MJJ |

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

**NOTICE OF RELATED CASE(S)**

|  |  |
|---|---|
| AMERICAN AIRLINES,<br>AMR CORPORATION,<br>CATHAY PACIFIC AIRWAYS,<br>CHINA AIRLINES,<br>EVA AIRWAYS,<br>JAPAN AIRLINES INTERNATIONAL,<br>MALAYSIA AIRLINES,<br>NORTHWEST AIRLINES,<br>QANTAS AIRWAYS,<br>SINGAPORE AIRLINES,<br>THAI AIRWAYS,<br>UNITED AIRLINES,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Civil L.R. 3-12, Plaintiff Brenden G. Maloof gives notice that this action is related to *Donald Wortman, et al. v. Air New Zealand, et al., Case* No. C-07-5634 EDL, filed on 11/6/07. This case involves the same transactions and events and the same conduct by the same defendants which, as set forth in the complaint, constituted violations of the federal antitrust laws of the United States, Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C. § 1 and Sections 4 and 26 of the Clayton Antitrust Act of 1914, 15 U.S.C. §§ 15, 26. Additionally, both actions involve similar question of fact and the same questions of law such that it is very likely that there would be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. Thus, assignment of both of these actions to a single judge, in this instance the honorable Elizabeth D. LaPorte whom has already been assigned the *Wortman* case, is likely to effect a savings of judicial effort and other economies.

Dated: November 15, 2007                MURRAY & HOWARD, LLP


By:  /s/ Derek G. Howard_____

      DEREK G. HOWARD
*Attorneys for Brenden Maloof and the Class*

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

NOTICE OF RELATED CASE(S)

**PROOF OF SERVICE:**

I certify and declare under penalty of perjury that I: am a citizen of the United States and employed in the County of Alameda, State of California, am over eighteen (18) years of age and my business address is Murray & Howard, LLP, 436 14th Street, Suite 1413, Oakland, CA 94612, whose members are members of the State Bar of California. I am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true an correct copy of the following document(s) in the manner indicated below:

**NOTICE OF RELATED CASE(S)**

  **XX**   **By USDC ECF:** by USDC Live System-Document Filing System on all interested parties registered for e-filing.

  **XX**   **By U. S. MAIL:** I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the Unites States Postal Service, and said correspondence would be deposited with the United Sates Postal Service at Oakland, California that same day in the ordinary course of business.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on November 15, 2007 at Oakland, California

/s/Amanda L. Arnall
Amanda L. Arnall

**SERVICE LIST BY U.S. MAIL:**

**Richard Pollard Kinnan**
Engstrom Lipscomb & Lack
10100 Santa Monica Blvd. 16FL
Los Angeles, CA 90067-4107

**Walter J. Lack**
Engstrom Lipscomb & Lack
10100 Santa Monica Blvd
16th Flr
Los Angeles, CA 90067-4107

**Nanci Eiko Nishimura**
Cotchett Pitre Simon & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010

**Douglas Yongwoon Park**
Cotchett Pitre Simon & McCarthy
840 Malcolm Rd #200
Burlingame, CA 94010