1  Joseph W. Cotchett (#36324)
   Steven N. Williams (#175489)
2  Nanci E. Nishimura (#152621)
   Aron K. Liang (#228936)
3  Douglas Y. Park (#233398)
   **COTCHETT, PITRE & McCARTHY**
4  San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
5  Burlingame, CA 94010
   Telephone: (650) 697-6000
6  Facsimile: (650) 697-0577
   jcotchett@cpmlegal.com
7  swilliams@cpmlegal.com
   nnishimura@cpmlegal.com
8  aliang@cpmlegal.com
   dpark@cpmlegal.com
9
   *Attorneys for Plaintiffs Donald Wortman,*
10 *William Adams, Margaret Garcia and the*
   *Proposed Class*
11
   *Additional Counsel on Signature Page*
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15
   **DONALD WORTMAN, WILLIAM**              )  Case No. 07-cv-05634-EDL
16 **ADAMS, MARGARET GARCIA,**              )
   individually and on behalf of all others )
17 similarly situated,                      )
                                            )  **JOINT STIPULATION PURSUANT TO**
18              Plaintiffs,                 )  **LOCAL RULE 6-1 AND [PROPOSED]**
                                            )  **ORDER EXTENDING TIME TO**
19        vs.                               )  **RESPOND TO COMPLAINTS IN**
                                            )  **RELATED ACTIONS**
20 **AIR NEW ZEALAND, ALL NIPPON**          )
   **AIRWAYS, CATHAY PACIFIC**              )
21 **AIRWAYS, CHINA AIRLINES, EVA**         )  The Honorable Elizabeth D. Laporte
   **AIRWAYS, JAPAN AIRLINES**              )  Complaint filed November 6, 2007
22 **INTERNATIONAL, MALAYSIA**              )
   **AIRLINES, NORTHWEST AIRLINES,**        )
23 **QANTAS AIRWAYS, SINGAPORE**            )
   **AIRLINES, THAI AIRWAYS,**              )
24 **UNITED AIRLINES,**                     )
                                            )
25              Defendants.                 )
   _____    )
26

27

28

LAW OFFICES
COTCHETT,
PITRE &
McCARTHY

**JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINTS IN RELATED ACTIONS**
Case No. 07-cv-05634-EDL                                                                    1

1  Pursuant to Local Rule 6-1(a), in light of the transfer motion now pending before the
2  Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiffs Daniel Wortman, William Adams
3  and Margaret Garcia ("Plaintiffs") and Defendant Northwest Airlines ("Defendant"), through its
4  counsel, hereby stipulate and agree as follows:

5  IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move
6  or otherwise plead is enlarged until the later of (1) the date when the Defendant would otherwise
7  be required to a file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days
8  after the JPML grants, denies, or otherwise disposes of the pending motion. If a consolidated
9  amended complaint is filed by all plaintiffs in a single transferee Court and served on Defendant,
10 Defendant's time to answer, move, or otherwise plead is enlarged until 45 days after such
11 service.

12 WHEREAS Plaintiffs further agree that the deadline to respond to the Complaint of any
13 other cases subsequently related or transferred to this Court shall be extended until the later of
14 the following two dates: (1) the date when the Defendant would otherwise be required to file a
15 response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML grants,
16 denies, or otherwise disposes of the pending motion;

17 WHEREAS Plaintiffs further agree that this extension is available, without further
18 stipulation with counsel for Plaintiffs, to all named Defendants who notify Plaintiffs in writing of
19 their intention to join this extension. Any named Defendant who agrees to join this extension
20 also agrees to each of the provisions of the paragraph below concerning service.

21 IT IS FURTHER STIPULATED AND AGREED that each defense counsel shall accept
22 service on behalf of the Defendant of the summons and complaints in the above-captioned
23 matter, including any amended or consolidated complaints, and further, that such Defendant shall
24 not contest sufficiency of process or service of process. This Stipulation does not constitute a
25 waiver of any other defense including, but not limited to, the defenses of lack of personal or
26 subject matter jurisdiction or improper venue. Nothing in this paragraph shall obligate any
27 Defendant to answer, move or otherwise respond to any complaint until the time provided in the
28

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINTS IN RELATED ACTIONS
Case No. 07-cv-05634-EDL                                              2

1  preceding paragraphs.  The above notwithstanding, should any Defendant, except pursuant to
2  court order, respond to any complaint in a related matter filed in another United States District
3  Court prior to the date contemplated by this stipulation, then such Defendant shall make a
4  simultaneous response to the complaint in the above-captioned matter.
5      IT IS SO STIPULATED

7      Respectfully Submitted,

9  Dated: November 29, 2007                **COTCHETT, PITRE & McCARTHY**

12                                          By: /s/ Steven N. Williams

13                                          Joseph W. Cotchett (#36324)
                                            Steven N. Williams (#175489)
14                                          Nanci E. Nishimura (#152621)
                                            Aron K. Liang (#228936)
15                                          Douglas Y. Park (#233398)
                                            **COTCHETT, PITRE & McCARTHY**
16                                          San Francisco Airport Office Center
                                            840 Malcolm Road, Suite 200
17                                          Burlingame, CA  94010
                                            Telephone:  (650) 697-6000
18                                          Facsimile: (650) 697-0577

19                                          Walter J. Lack (#57550)
                                            Elizabeth L. Crooke (#90305)
20                                          Richard P. Kinnan (#123170)
                                            **ENGSTROM LIPSCOMB & LACK**
21                                          10100 Santa Monica Blvd., 16th Floor
                                            Los Angeles, CA 90067
22                                          Telephone: (310) 552-3800
                                            Facsimile: (310) 552-9434



LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINTS IN RELATED ACTIONS**
Case No. 07-cv-05634-EDL                                                    3

| | |
|---|---|
| Dated: November 29, 2007 | **BOIES, SCHILLER & FLEXNER LLP** |
| | By: /s/ *Kenneth F. Rossman IV* |
| | John F. Cove, Jr. (#212213) |
| | Kenneth F. Rossman IV (#237558) |
| | 1999 Harrison Street, Suite 900 |
| | Oakland, CA 94612 |
| | Telephone: (510) 874-1000 |
| | Facsimile : (510) 874-1460 |
| | |
| | jcove@bsfllp.com |
| | krossman@bsfllp.com |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINTS IN RELATED ACTIONS**
Case No. 07-cv-05634-EDL                                                                                   4

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS FURTHER ORDERED THAT, to conserve party and judicial resources, and in light of the proceedings currently pending before the JPML to consolidate and transfer all pending Pacific Air Transportation Cases to one Court, and pending motion in this Court to consider whether additional cases should be related, this extension is available in ALL RELATED ACTIONS (both current and to be related in the future) to any defendant that provides written notice to plaintiff's counsel in such action of this Order and its intention to join this extension, without further stipulation with counsel for plaintiff(s) in the related actions.

Dated: November __, 2007

                                     _____
                                     Honorable Elizabeth D. Laporte
                                     Judge of the United States District Court

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINTS IN RELATED ACTIONS
Case No. 07-cv-05634-EDL      5