| | |
|---|---|
| 1 | Joseph W. Cotchett (#36324) |
|   | Steven N. Williams (#175489) |
| 2 | Nanci E. Nishimura (#152621) |
|   | Aron K. Liang (#228936) |
| 3 | Douglas Y. Park (#233398) |
|   | **COTCHETT, PITRE & McCARTHY** |
| 4 | San Francisco Airport Office Center |
|   | 840 Malcolm Road, Suite 200 |
| 5 | Burlingame, CA  94010 |
|   | Telephone:  (650) 697-6000 |
| 6 | Facsimile: (650) 697-0577 |
|   | jcotchett@cpmlegal.com |
| 7 | swilliams@cpmlegal.com |
|   | nnishimura@cpmlegal.com |
| 8 | aliang@cpmlegal.com |
|   | dpark@cpmlegal.com |

*Attorneys for Plaintiffs Donald Wortman, William Adams, Margaret Garcia and the Proposed Class*

*Additional Counsel on Signature Page*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA**, individually and on behalf of all others similarly situated, | Case No. 07-cv-05634-EDL |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| vs. | The Honorable Elizabeth D. Laporte |
| | Complaint filed November 6, 2007 |
| **AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES,** | |
| Defendants. | |

1  I am employed in San Mateo County, which is where service of the document(s) referred to below occurred. I am over the age of 18 and not a party to the within action. My business address is Cotchett, Pitre & McCarthy, San Francisco Airport Center, 840 Malcolm Road, Suite 200, Burlingame, California 94010. I am readily familiar with Cotchett, Pitre & McCarthy's practices for the service of documents. On November 13, 2007, I served or caused to be served a true copy of the following document(s) in the manner listed below:

**JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINTS IN RELATED ACTIONS**

__X__    **BY ECF:** Via the Court's ECF system on all parties registered to receive notice via that service.

DATED: November 29, 2007            */s/ Steven N. Williams*
                                    STEVEN N. WILLIAMS

CERTIFICATE OF SERVICE                                        1