1  BOIES, SCHILLER & FLEXNER LLP
   JOHN F. COVE, JR. (CA Bar No. 212213)
2  KENNETH F. ROSSMAN IV (CA Bar No. 237558)
   1999 Harrison St., Suite 900
3  Oakland, CA 94612
   Telephone: (510) 874-1000
4  Facsimile: (510) 874-1460
   Email:  jcove@bsfllp.com
5          krossman@bsfllp.com

6  Attorneys for Defendant Northwest Airlines

7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12 **DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA**,   ) Case No. 07-CV-05634-EDL
13 individually and on behalf of all others similarly situated,  ) **DEFENDANT NORTHWEST AIRLINES'**
                                                                 ) **CERTIFICATION OF INTERESTED**
14                                                               ) **ENTITIES OR PERSONS**
                   Plaintiffs,                                   )
15                                                               )
   vs.                                                           ) The Honorable Elizabeth D. Laporte
16                                                               )
17 **AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC**        )
18 **AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES**       )
19 **INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES,**      )
20 **QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS,**          )
21 **UNITED AIRLINES,**                                           )
                                                                 )
22                                                               )
                   Defendants.                                   )
23                                                               )

24

25

26

27

28

Pursuant to Northern District of California Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations, or other entities: (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Name of Interested Entity | Connection/Interest |
|---|---|
| Northwest Airlines Corporation. | Publicly traded, indirect parent corporation of Northwest Airlines, Inc. |
| Northwest Airlines, Inc. | Primary operating entity of Northwest Airlines Corporation |

Respectfully Submitted,

Dated: December 4, 2007            BOIES, SCHILLER & FLEXNER LLP

By:     /s/ Kenneth F. Rossman IV

JOHN F. COVE, JR.
KENNETH F. ROSSMAN IV
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

Attorneys for Defendant

**Attestation of Filer**

The signatory to this document is <u>Kenneth F. Rossman IV</u>, and I have obtained his concurrence to file this document on his behalf.

Dated:  December 4, 2007          By:     /s/ John F. Cove, Jr.
                                          John F. Cove, Jr.
                                          BOIES, SCHILLER & FLEXNER LLP
                                          1999 Harrison St., Suite 900
                                          Oakland, CA  94612
                                          Telephone: (510) 874-1000
                                          Facsimile: (510) 874-1460
                                          Email:  jcove@bsfllp.com