1  BOIES, SCHILLER & FLEXNER LLP
   JOHN F. COVE, JR. (CA Bar No. 212213)
2  KENNETH F. ROSSMAN IV (CA Bar No. 237558)
   1999 Harrison St., Suite 900
3  Oakland, CA 94612
   Telephone: (510) 874-1000
4  Facsimile: (510) 874-1460
   Email:  jcove@bsfllp.com
5          krossman@bsfllp.com

6  Attorneys for Defendant Northwest Airlines

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES,**<br><br>Defendants. | Case No. 07-CV-05634-EDL<br><br>**DEFENDANT NORTHWEST AIRLINES' NOTICE OF APPEARANCE OF JOHN F. COVE, JR. AND KENNETH F. ROSSMAN IV.**<br><br>The Honorable Elizabeth D. Laporte |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT John F. Cove, Jr. and Kenneth F. Rossman IV of Boies, Schiller & Flexner LLP, 1999 Harrison Street, Suite 900, Oakland, California 94612, hereby enter an appearance on behalf of defendant Northwest Airlines in the above-captioned matter.

Respectfully Submitted,

Dated: December 4, 2007                    BOIES, SCHILLER & FLEXNER LLP

                                           By:      /s/ Kenneth F. Rossman IV

                                           JOHN F. COVE, JR.
                                           KENNETH F. ROSSMAN IV
                                           1999 Harrison St., Suite 900
                                           Oakland, CA 94612
                                           Telephone: (510) 874-1000
                                           Facsimile: (510) 874-1460

                                           Attorneys for Defendant Northwest Airlines

### **Attestation of Filer**

The signatory to this document is Kenneth F. Rossman IV, and I have obtained his concurrence to file this document on his behalf.

Dated:  December 4, 2007          By:      /s/ John F. Cove, Jr.
                                           John F. Cove, Jr.
                                           BOIES, SCHILLER & FLEXNER LLP
                                           1999 Harrison St., Suite 900
                                           Oakland, CA  94612
                                           Telephone: (510) 874-1000
                                           Facsimile: (510) 874-1460
                                           Email:  jcove@bsfllp.com

1

DEFENDANT NORTHWEST AIRLINES' NOTICE OF APPEARANCE OF JOHN F. COVE, JR. AND KENNETH F. ROSSMAN IV - CASE NO. 07-CV-05634-EDL