1  MAYER BROWN LLP
   Richard J. Favretto, Esq.
2     rfavretto@mayerbrown.com
   John Roberti, Esq.
3     jroberti@mayerbrown.com
   1909 K Street, NW
4  Washington, DC 20006
   Telephone:    (202) 263-3000
5  Facsimile:    (202) 263-3300

6  MAYER BROWN LLP
   Edward D. Johnson, Esq. (SBN 189475)
7     wjohnson@mayerbrown.com
   Two Palo Alto Square, Suite 300
8  3000 El Camino Real
   Palo Alto, CA 94306-2112
9  Telephone:    (650) 331-2000
   Facsimile:    (650) 331-2060
10
   Attorneys for Defendant United Air Lines, Inc.
11

12                **UNITED STATES DISTRICT COURT**

13                **NORTHERN DISTRICT OF CALIFORNIA**

14                     **SAN FRANCISCO DIVISION**

15  | In re INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION | Master File No. 06-cv-1793-CRB |
    |---|---|
    | | MDL No. 1793 |
    | | ~~[PROPOSED]~~ **ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO RELATE CASES** |
    | This Document Relates to: | |
    | ALL ACTIONS. | |

1   On December 4, 2007, Plaintiffs in the action *Schelly, et al. v. Air New Zealand*, *et al.*,
2   Northern District Case No. C-07-6071-MMC ("*Schelly*"), filed an Administrative Motion to
3   Relate Cases pursuant to Civil Local Rule 3-12, seeking to relate the *Schelly* case to the above-
4   captioned proceeding, and to three other cases: *Wortman, et al. v. Air New Zealand, et al.*,
5   Northern District Case No. C-07-5634-EDL; *Maloof v. Air New Zealand, et al.*, Northern District
6   Case No. C-07-5811-MJJ; and *Ajaye, et al. v. Air New Zealand, et al.*, Northern District Case
7   No. C-07-5911-JSW.

8   On December 7, 2007, Defendant United Air Lines, Inc. filed an Opposition to this
9   administrative motion.

10  Upon consideration of the papers and pleadings on file, and for good cause shown,
11  **IT IS HEREBY ORDERED** that the administrative motion seeking to relate the *Schelly* action
12  to this action is **DENIED**.

14  DATED: __December 13__, 2007

_____
Hon. Charles R. Breyer
United States District Judge



[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO RELATE CASES
Master File No. 06-cv-1793-CRB