MAYER BROWN LLP
Richard J. Favretto, Esq.
  rfavretto@mayerbrown.com
John Roberti, Esq.
  jroberti@mayerbrown.com
1909 K Street, NW
Washington, DC 20006
Telephone:   (202) 263-3000
Facsimile:    (202) 263-3300

MAYER BROWN LLP
Edward D. Johnson, Esq. (SBN 189475)
  wjohnson@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:   (650) 331-2000
Facsimile:    (650) 331-2060

Attorneys for Defendant United Air Lines, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Master File No. 06-cv-1793-CRB<br><br>MDL No. 1793<br><br>~~[PROPOSED]~~ ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO RELATE CASES |

1    On December 4, 2007, Plaintiffs in the action *Schelly, et al. v. Air New Zealand*, *et al.*,
2    Northern District Case No. C-07-6071-MMC ("*Schelly*"), filed an Administrative Motion to
3    Relate Cases pursuant to Civil Local Rule 3-12, seeking to relate the *Schelly* case to the above-
4    captioned proceeding, and to three other cases: *Wortman, et al. v. Air New Zealand, et al.*,
5    Northern District Case No. C-07-5634-EDL; *Maloof v. Air New Zealand, et al.*, Northern District
6    Case No. C-07-5811-MJJ; and *Ajaye, et al. v. Air New Zealand, et al.*, Northern District Case
7    No. C-07-5911-JSW.

8    On December 7, 2007, Defendant United Air Lines, Inc. filed an Opposition to this
9    administrative motion.

10    Upon consideration of the papers and pleadings on file, and for good cause shown,
11    **IT IS HEREBY ORDERED** that the administrative motion seeking to relate the *Schelly* action
12    to this action is **DENIED**.

14    DATED:  December 13 , 2007

_____
Hon. Charles R. Breyer
United States District Judge



[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO RELATE CASES
Master File No. 06-cv-1793-CRB