DONALD AMAMGBO, ESQ.
AMAMGBO & ASSOCIATES
7901 Oakport Street, Suite 4900
Oakland, California 94621
Telephone: (510) 615-6000
Facsimile: (510) 615-6025

REGINALD TERRELL, ESQ.
THE TERRELL LAW GROUP
223 25th Street
Richmond, California 94804
Telephone: (510) 237-9700
Facsimile: (510) 237-4616

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AIR NEW ZEALAND, ALL NIPPON AIRWAY, **AMERICAN AIRLINES, AMR CORPORATION,** CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLNES, THAI AIRWAYS, UNITED AIRLINES,<br><br>Defendants. | Case No. CV 07-5634 EDL<br><br>NOTICE OF RELATED CASES |
| ROBERT CASTEEL III, UCHENNA UDEMEZUE, STEVE IKE, individually and on behalf of themselves and all others similarly situated, | Case No. CV 07-06343 EMC |

NOTICE OF RELATED CASE(S)

1  Plaintiffs,
2  v.
3  AIR NEW ZEALAND, ALL NIPPON AIRWAY, CATHAY PACIFIC AIRWAYS,
4  CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA
5  AIRLINES, NORTHWEST AIRLINES,
6  QANTAS AIRWAYS, SINGAPORE AIRLNES, THAI AIRWAYS, UNITED
7  AIRLINES,
8  Defendants.

10  TO THE COURT AND ALL PARTIES:

11  Pursuant to Civil L.R. 3-12, Plaintiffs Robert Casteel et al. give notice that this action is
12  related to Donald Wortman, et al. v. Air New Zealand, et al., Case No.: C-07-5634 EDL, filed on
13  November 6, 2007. This case involves the same transactions and events and the same conduct by
14  the same defendants which, as set forth in the complaint, constituted violations of the federal
15  antitrust laws of the United States, Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C.
16  Section 1 and Sections 4 and 26 of the Clayton Antitrust Act of 1914, 15 U.S.C. Section 15, 26.
17  Additionally, both actions involve similar question of fact and the same questions of law such that it
18  is very likely there would be an unduly burdensome duplication of labor and expense or conflicting
19  results if the cases are conducted before different judges. Thus, assignment of both of these actions
20  to a single judge, in this instance the Honorable Elizabeth D. LaPorte whom has already been
21  assigned the Wortman case, is likely to effect a savings of judicial effort and other economies.

23  DATED: December 18, 2007

24                    By:    /s/ Reginald Terrell

25                    REGINALD TERRELL, ESQ.
                      THE TERRELL LAW GROUP
26                    223 25th Street
                      Richmond, California 94804
27                    Telephone: (510) 237-9700
                      Facsimile: (510) 237-4616
28

NOTICE OF RELATED CASE(S)

1  PROOF OF SERVICE

2  I certify and declare under penalty of perjury that I: am a citizen of the United States and

3  employed in Contra Costa County, California, am over the eighteen (18) years of age and my

4  business address is 223 25th Street, Richmond, California. I am not a party to or interested in

5  the cause entitled upon the document to which this Proof of Service is affixed; and that I served

6  a true and correct copy of the following document(s) in the manner indicated below:

7  X     By USDC ECF: By USDC Live System-Document Filing System on all interested

8  partes registered for e-filing.

9  X     By U.S. Mail: I am readily familiar with the firm's practice for the collection and

10  processing of correspondence for mailing with the United States Postal Service, and said

11  correspondence would be deposited with the United States Postal Service at Richmond, CA that

12  same day in the ordinary course of business.

13  I declare under penalty of perjury that the foregoing is true and correct. Executed on

14  December 18, 2007 at Richmond, California.

15                          /s/ Arleen Rovere

16  SERVICE LIST BY U.S. MAIL

17

18  Richard Pollard Kinnan                     Walter Lack
    Engstrom Lipscomb & Lack                   Engstrom Lipscomb & Lack
19  10100 Santa Monica Blvd, 16th Floor   10100 Santa Monica Blvd, 16th Floor
    Los Angeles, CA 90067-4107                 Los Angeles, CA 90067-4107
20
    Nanci Eiko Nishimura                       Douglas Yongwoon Park
21  Cotchett Pitre Simon & McCarthy            Cotchett Pitre Simon & McCarthy
    840 Malcolm Road, #200                     840 Malcolm Road, #200
22  Burlingame, CA 94010                       Burlingame, CA 94010

23

24

25

26

27

28

NOTICE OF RELATED CASE(S)