Joseph W. Cotchett (#36324; jcotchett@cpmlegal.com)
Steven N. Williams (#175489; swilliams@cpmlegal.com)
Nanci E. Nishimura (#152621; nnishimura@cpmlegal.com)
Aron K. Liang (#228936; aliang@cpmlegal.com)
Douglas Y. Park (#233398; dpark@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax:(650) 697-0577

Walter J. Lack (#57550; wlack@elllaw.com)
Elizabeth L. Crooke (#90305; ecrooke@elllaw.com)
Richard P. Kinnan (#123170; rkinnan@elllaw.com)
**ENGSTROM LIPSCOMB & LACK**
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067
Telephone: (310) 552-3800
Facsimile: (310) 552-9434

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES,<br><br>　　　　　　Defendants | Case No. 07-cv-05634-CRB<br><br>MDL No. 1913<br><br>PLAINTIFF WORTMAN, ADAMS AND GARCIA'S ADMINISTRATIVE MOTION FOR RELIEF PURSUANT TO LOCAL RULE 7-11 FOR DESIGNATION OF A PLACEHOLDER COMPLAINT AND SUMMONS |

Plaintiffs Donald Wortman, William Adams and Margaret Garcia ("Plaintiffs") submit this Administrative Motion for Relief pursuant to Local Rule 7-11 for Designation of a Placeholder Complaint and Summons, in case number 07-cv-05634-CRB, for service to defendants Cathay Pacific Airways, China Airlines and EVA Airways ("Defendants").

As fully set forth in the supporting declaration of Steven N. Williams, designation of a placeholder complaint which redacts certain references to the nationality and/or place of business of those Defendants is necessary to effect foreign service.

This motion is supported by the Declaration of Steven N. Williams in Support of Plaintiff Wortman, Adams and Garcia's Administrative Motion for Relief Pursuant to Local Rule 7-11 for Designation of a Placeholder Complaint and Summons, and the Proposed Order for Designation of a Placeholder Complaint and Summons.

DATED: January 10, 2008

**COTCHETT, PITRE& McCARTHY**

_/s/ Steven Williams_

Joseph W. Cotchett
Steven N. Williams
Nanci E. Nishimura
Aron K. Liang
Douglas Y. Park
**COTCHETT, PITRE& McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax:(650) 697-0577

Walter J. Lack
Elizabeth L. Crooke
Richard P. Kinnan
**ENGSTROM LIPSCOMB & LACK**
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067
Telephone: (310) 552-3800
Facsimile: (310) 552-9434

Attorneys for Plaintiffs Wortman, Adams and Garcia

---

PLAINTIFF WORTMAN, ADAMS AND GARCIA'S ADMINISTRATIVE MOTION FOR RELIEF PURSUANT TO LOCAL RULE 7-11 FOR DESIGNATION OF A PLACEHOLDER COMPLAINT AND SUMMONS
Case No. 07-cv-05634-CRB; MDL No. 1913

1