1    Joseph W. Cotchett (#36324; jcotchett@cpmlegal.com)
     Steven N. Williams (#175489; swilliams@cpmlegal.com)
2    Nanci E. Nishimura (#152621; nnishimura@cpmlegal.com)
     Aron K. Liang (#228936; aliang@cpmlegal.com)
3    Douglas Y. Park (#233398; dpark@cpmlegal.com)
     **COTCHETT, PITRE & McCARTHY**
4    San Francisco Airport Office Center
     840 Malcolm Road, Suite 200
5    Burlingame, CA 94010
     Telephone: (650) 697-6000
6    Fax:(650) 697-0577

7    Walter J. Lack (#57550; wlack@elllaw.com)
     Elizabeth L. Crooke (#90305; ecrooke@elllaw.com)
8    Richard P. Kinnan (#123170; rkinnan@elllaw.com)
     **ENGSTROM LIPSCOMB & LACK**
9    10100 Santa Monica Blvd., 16th Floor
     Los Angeles, CA 90067
10   Telephone: (310) 552-3800
     Facsimile: (310) 552-9434

11

     *Attorneys for Plaintiffs and the Proposed Class*

12

13            **UNITED STATES DISTRICT COURT**

14           **NORTHERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| **DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA,** individually and on behalf of all others similarly situated, | **Case No. 07-cv-05634-CRB** |
| | **MDL No. 1913** |
| Plaintiffs, | |
| vs. | **[PROPOSED] ORDER FOR DESIGNATION OF A PLACEHOLDER COMPLAINT AND SUMMONS** |
| **AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES,** | |
| Defendants | |

16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

1    Plaintiffs Donald Wortman, William Adams and Margaret Garcia ("Plaintiffs") seek an

2  order allowing them to file a placeholder complaint and summons in case number 07-cv-05634-

3  CRB, for service to defendants Cathay Pacific Airways, China Airlines and EVA Airways

4  ("Defendants"). Plaintiffs' have been working with a process server to serve the complaint,

5  summons and other supporting documents to all defendants located outside the United States.

6    Defendant Cathay Pacific Airways is located in Hong Kong. Defendants China Airlines

7  and EVA Airways are located in Taiwan. Defendants in Hong Kong require service through the

8  Hague Convention. Defendants located in Taiwan require service through a Letter Rogatory.

9    For service in Hong Kong, a special administrative region of the People's Republic of

10  China ("PRC"), the local authorities refuse to accept or serve any Hague Request with pleadings

11  that imply that Hong Kong is not a part of China or that imply that Taiwan is not a part of

12  China.

13    For service in Taiwan, also known as Republic of China ("ROC"), the designations

14  "Republic of China," "ROC," or any references to the "State" or "Nation" of Taiwan cannot be

15  included in the pleadings or in the Letter Rogatory (due to the United States' diplomatic

16  relations). If such language is contained in those documents, it must be removed, since such

17  references are a diplomatic faux pas and will result in the U.S. State Department's refusal to

18  handle the documents.

19    **PURSUANT TO PLAINTIFFS' ADMINISTRATIVE MOTION,**

20    **IT IS HEREBY ORDERED** that Plaintiffs may redact references to "Hong Kong" and

21  "Taiwan" from the complaint and summons in case number 07-cv-05634-CRB, for purposes of

22  service to the Defendants located in Hong Kong and Taiwan. Prior to serving the placeholder

23  complaint and summons, Plaintiffs must file a notice of a placeholder complaint and summons

24  in case number 07-cv-05634-CRB. The notice of a placeholder complaint and summons must

25  / / /

26  / / /

27

28


LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

1    also be served with the placeholder complaint and summons.

2

3

4    Dated: January __, 2008                          _____
                                                        Judge Charles R. Breyer
5                                                       United States District Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER FOR DESIGNATION OF A PLACEHOLDER COMPLAINT AND SUMMONS**
**Case No. 07-cv-05634-CRB; MDL No. 1913**                                    2