Joseph W. Cotchett (#36324; jcotchett@cpmlegal.com)
Steven N. Williams (#175489; swilliams@cpmlegal.com)
Nanci E. Nishimura (#152621; nnishimura@cpmlegal.com)
Aron K. Liang (#228936; aliang@cpmlegal.com)
Douglas Y. Park (#233398; dpark@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax:(650) 697-0577

Walter J. Lack (#57550; wlack@elllaw.com)
Elizabeth L. Crooke (#90305; ecrooke@elllaw.com)
Richard P. Kinnan (#123170; rkinnan@elllaw.com)
**ENGSTROM LIPSCOMB & LACK**
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067
Telephone: (310) 552-3800
Facsimile: (310) 552-9434

*Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA,** individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>**AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES,**<br><br>　　　　　Defendants | Case No. 07-cv-05634-CRB<br><br>MDL No. 1913<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I am employed in San Mateo County, which is where service of the document(s) referred to below occurred. I am over the age of 18 and not a party to the within action. My business address is Cotchett, Pitre & McCarthy, San Francisco Airport Center, 840 Malcolm Road, Burlingame, California 94010. I am readily familiar with Cotchett, Pitre & McCarthy's practices for the service of documents. On January 10, 2008, I served or caused to be served a true copy of the following document(s) in the manner listed below:

1. **PLAINTIFF WORTMAN, ADAMS AND GARCIA'S ADMINISTRATIVE MORION FOR RELIEF PURSUANT TO LOCAL RULE 7-11 FOR DESIGNATION OF A PLACEHOLDER COMPLAINT AND SUMMONS**

2. **DECLARATION OF STEVEN N. WILLIAMS IN SUPPORT OF PLAINTIFF WORTMAN, ADAMS, AND GARCIA'S ADMINISTRATIVE MOTION FOR RELIEF PURSUANT TO LOCAL RULE 7-11 FOR DESIGNATION OF A PLACEHOLDER COMPLAINT AND SUMMONS**

3. **[PROPOSED] ORDER FOR DESIGNATION OF A PLACEHOLDER COMPLAINT AND SUMMONS**

4. **CERTIFICATE OF SERVICE**

**XXX** <u>BY MAIL:</u> I caused the sealed envelope containing the aforementioned documents to be deposited with the United States Postal Service on that same day in the ordinary course of business to defendants not registered for the ECF Filing system.

**[SEE ATTACHED SERVICE LIST]**

**XXX** <u>BY ECF:</u> I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in the Docket Number M:07-cv-005634-CRB. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

**XXX** <u>BY OVERNIGHT COURIER SERVICE:</u> I caused the sealed envelope containing the aforementioned documents to be delivered via overnight courier service to the addressee specified below:

Honorable Charles R. Breyer
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 8, 19th Floor
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Burlingame, California, on January 10, 2008.

*Jaclyn Verducci*
JACLYN VERDUCCI

LAW OFFICES
COTCHETT,
PITRE &
McCARTHY

CERTIFICATE OF SERVICE
2

## SERVICE LIST

**Via Mail**     *Attorneys for Defendant Cathay Pacific Airways*

Edward B. Schwartz
**DLA PIPER US LLP**
500 Eighth Street, N.W.
Washington, D.C. 20004

**Via Mail**     *Attorneys for Defendant China Airlines*

James V. Dick
**Squire, Sanders & Dempsey LLP**
1201 Pennsylvania Avenue, N.W.
Suite 500
Washington, D.C. 20004

**Via Mail**     *Attorneys for Defendant EVA Airways*

David Kirstein
1750 K Street N.W.
Suite 200
Washington, D.C. 20006