Craig C. Corbitt (No. 83251)
Matthew R. Schultz (No. 220641)
Jiangxiao Athena Hou (No. 215256)
Patrick B. Clayton (No. 240191)
ZELLE, HOFMANN, VOELBEL,
  MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, California  94104
Telephone:     (415) 693-0700
Facsimile:      (415) 693-0770

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD WORTMAN, WILLIAM ADAMS, MARGRET GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>AIR NEW ZEALAND LTD.; ALL NIPPON AIRWAYS CO. LTD.; CHINA AIRLINES, LTD.; EVA AIRWAYS CORPORATION; JAPAN AIRLINES INTERNATIONAL CO. LTD.; MALAYSIA AIRLINE SYSTEM BERHAD; NORTHWEST AIRLINES, INC.; QANTAS AIRWAYS, LTD.; SINGAPORE AIRLINES, LTD.; and THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LTD.,<br><br>Defendants.<br>--------------------------------------------------------<br>This Document Relates to:<br>*Brenden Maloof v. Air New Zealand, et al.*, Case No. C-07-5811-CRB;<br>*Micah Abrams  v. Air New Zealand, et al.,* Case No. CV 08-0339-MEJ;<br>*Robert Casteel III, et al.  v. Air New Zealand, et al.*, Case No. C-07-6343-EMC | Case No. C-07-5634 EDL<br><br>**PLAINTIFF MICAH ABRAMS' ADMINISTRATIVE MOTION TO RELATE CASES** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Civil L.R. 3-12 and 7-11 of the United States District Court of the Northern District of California, Plaintiff, Micah Abrams submits this Administrative Motion to Related Cases.

### I.     Related Cases

1.   *Donald Wortman, et al. v. Air New Zealand, et al.*, Case No. C-07-5634-CRB, complaint filed November 6, 2007 in the Northern District of California and assigned to the Honorable Charles R. Breyer.

2.   *Brenden Maloof v. Air New Zealand, et al.*, Case No. C-07-5811-CRB, complaint filed November 15, 2007 in the Northern District of California and assigned to the Honorable Elizabeth D. Laporte by way of a Related Case Order on November 28, 2007 and subsequently reassigned to Honorable Charles R. Breyer.

3.   *Robert Casteel III, et al. v. Air New Zealand, et al.*, Case No. C-07-6343-EMC, complaint filed December 14, 2007 in the Northern District of California and assigned to the Honorable Edward M. Chen.  Plaintiffs Casteel, et al. filed a Notice of Related Case on December 19, 2007 to relate the case to *Wortman*.

4.   *Micah Abrams v. Air New Zealand, et al.*, Case No. CV 08-0339-MEJ, complaint filed January 17, 2008 in the Northern District of California and assigned to the Honorable Maria-Elena James.

### II.     Relationship of the Actions

This administrative motion is made on the grounds that the four actions identified above involve substantially similar subject matter: an alleged conspiracy to fix, raise, maintain and/or stabilize the prices for long haul passenger transpacific flights to and from the United States, and to fix fuel surcharges on such transportation.  Plaintiffs in all four cases assert claims for violation of the federal antitrust laws of the United States (15 U.S.C. §1 and 15 U.S.C. §§15 and 26) against many of the same defendants.  On November 28, 2007, this Court issued a Related Case Order finding *Wortman* and *Maloof* actions related.

It appears likely that there will be an unduly burdensome duplication of labor and

expense or the possibility of conflicting results if the cases are conducted before different judges.  Relating these cases will help eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

### III.    Conclusion

The actions identified above satisfy the criteria of Civil Local Rule 3-12.  Therefore, Plaintiff respectfully requests that the cases be deemed related and that *Micah* be assigned to Honorable Charles R. Breyer, the Judge assigned to the earlier-filed case, *Wortman*.

Dated:  January 18, 2008

By: _/s/ Craig C. Corbitt_
      Craig C. Corbitt

Craig C. Corbitt (No. 83251)
Matthew R. Schultz (No. 220641)
Jiangxiao Athena Hou (No. 215256)
Patrick B. Clayton (No. 240191)
ZELLE, HOFMANN, VOELBEL, MASON
 & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:    (415) 693-0700
Facsimile:    (415) 693-0770

*Attorneys for Plaintiff and the Class*

#3171840