| | |
|---|---|
| 1 | Craig C. Corbitt (No. 83251) |
| | Matthew R. Schultz (No. 220641) |
| 2 | Jiangxiao Athena Hou (No. 215256) |
| | Patrick B. Clayton (No. 240191) |
| 3 | ZELLE, HOFMANN, VOELBEL, |
| | MASON & GETTE LLP |
| 4 | 44 Montgomery Street, Suite 3400 |
| | San Francisco, California 94104 |
| 5 | Telephone:    (415) 693-0700 |
| | Facsimile:     (415) 693-0770 |
| 6 | |
| 7 | Attorneys for Plaintiff and the Class |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD WORTMAN, WILLIAM ADAMS, MARGRET GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>AIR NEW ZEALAND LTD.; ALL NIPPON AIRWAYS CO. LTD.; CHINA AIRLINES, LTD.; EVA AIRWAYS CORPORATION; JAPAN AIRLINES INTERNATIONAL CO. LTD.; MALAYSIA AIRLINE SYSTEM BERHAD; NORTHWEST AIRLINES, INC.; QANTAS AIRWAYS, LTD.; SINGAPORE AIRLINES, LTD.; and THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LTD.,<br><br>Defendants. | Case No. C-07-5634 EDL<br><br>**DECLARATION OF CRAIG C. CORBITT IN SUPPORT OF PLAINTIFF MICAH ABRAMS' ADMINISTRATIVE MOTION TO RELATE CASES** |
| This Document Relates to:<br>*Brenden Maloof v. Air New Zealand, et al.*, Case No. C-07-5811-CRB;<br>*Micah Abrams v. Air New Zealand, et al.*, Case No. CV 08-0339-MEJ;<br>*Robert Casteel III, et al. v. Air New Zealand, et al.*, Case No. C-07-6343-EMC | |

-1-
DECLARATION OF CRAIG C. CORBITT IN SUPPORT OF MOTION TO RELATE CASES

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am a partner at Zelle Hofmann Voelbel Mason & Gette LLP, attorneys of record for Plaintiff Micah Abrams. I made this declaration in support of Plaintiff Micah Abrams' Administrative Motion to Relate Cases. The matters set forth herein are of my own personal knowledge, and if called and sworn as a witness I would competently testify regarding them.

2. Attached hereto as Exhibit A is a true and correct copy of complaint captioned *Micah Abrams v. Air New Zealand, et al.*, Case No. CV 08-0339-MEJ, filed January 17, 2008 in the Northern District of California and assigned to the Honorable Maria-Elena James.

3. Plaintiffs in *Micah*, *Wortman*, *Maloof* and *Casteel* all alleged a conspiracy to fix, raise, maintain and/or stabilize the prices for long haul passenger transpacific flights to and from the United States, and to fix fuel surcharges on such transportation in violation of the federal antitrust laws of the United States against many of the same defendants.

4. A stipulation pursuant to Civil Local Rule 7-11 (a) could not be obtained because defendants in this action have not yet appeared.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 18th day of January 2008 at San Francisco, California

By: __/s/ Craig C. Corbitt_____
      Craig C. Corbitt

#3171844