1  Craig C. Corbitt (No. 83251)
   Matthew R. Schultz (No. 220641)
2  Jiangxiao Athena Hou (No. 215256)
   Patrick B. Clayton (No. 240191)
3  ZELLE, HOFMANN, VOELBEL,
      MASON & GETTE LLP
4  44 Montgomery Street, Suite 3400
   San Francisco, California 94104
5  Telephone:    (415) 693-0700
   Facsimile:    (415) 693-0770
6
7  Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD WORTMAN, WILLIAM ADAMS, MARGRET GARCIA, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>AIR NEW ZEALAND LTD.; ALL NIPPON AIRWAYS CO. LTD.; CHINA AIRLINES, LTD.; EVA AIRWAYS CORPORATION; JAPAN AIRLINES INTERNATIONAL CO. LTD.; MALAYSIA AIRLINE SYSTEM BERHAD; NORTHWEST AIRLINES, INC.; QANTAS AIRWAYS, LTD.; SINGAPORE AIRLINES, LTD.; and THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LTD.,<br><br>            Defendants. | **Case No. CV 08-0339 MEJ**<br><br>**CERTIFICATE OF SERVICE** |
| This Document Relates to:<br>*Brenden Maloof v. Air New Zealand, et al.*, Case No. C-07-5811-CRB;<br>*Micah Abrams v. Air New Zealand, et al.*, Case No. CV 08-0339-MEJ;<br>*Robert Casteel III, et al. v. Air New Zealand, et al.*, Case No. C-07-6343-EMC | |

-1-
CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

*Donald Wortman, et al. v. Air New Zealand, et al.*, Case No. C-07-5634-CRB
*Brenden Maloof v. Air New Zealand, et al.,* Case No. C-07-5811-CRB
*Micah Abrams v. Air New Zealand, et al.*, Case No. CV 08-0339-MEJ
*Robert Casteel III, et al. v. Air New Zealand, et al.*, Case No. C-07-6343-EMC

I, Monica J. Steele, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason & Gette LLP, at the address indicated, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true and correct copy of the following document(s) in the manner indicated below:

1. **PLAINTIFF MICAH ABRAMS' ADMINISTRATIVE MOTION TO RELATE CASES;**
2. **DECLARATION OF CRAIG C. CORBITT IN SUPPORT OF PLAINTIFF MACAH ABRAMS' ADMINISTRATIVE MOTION TO RELATE CASES; and**
3. **[PROPOSED] ORDER RELATING CASES**

☐ by today depositing, at San Francisco, California, the said document(s) in the United States mail in a sealed envelope, with first-class postage thereon fully prepaid; (and/or)
☐ by facsimile transmission to the parties listed below;
☐ by overnight mail to the parties listed below;
☐ by today personally delivering the said document(s) to the person(s) indicated below in a manner provided by law, by handing them the documents or by leaving the said document(s) at the office(s) or usual place(s) of business, during usual business hours, of the said person(s) with a clerk or other person who was apparently in charge thereof and at least 18 years of age, whom I informed of the contents.
☒ (BY ELECTRONIC MAIL) I caused such document(s) to be emailed to the offices and/or to attorneys of offices of the below named addressee(s).
☒ **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

Dated: January 18, 2008

Signed  */s/Monica J. Steele*
Monica J. Steele

## SERVICE LIST

**PLAINTIFFS**:

| C. Donald Amamgbo<br>AMAMGBO & ASSOCIATE, APC<br>7901 Oakport Street, Suite 4900<br>Oakland, CA  94621<br>Email:  donald@amamgbolaw.com | Gilmur Roderick Murray<br>Derek G. Howard<br>Scott Justin Yundt<br>MURRAY & HOWARD, LLP<br>436 14th Street, Suite 1413<br>Oakland, CA  94612<br>Email:   gmurray@mandhllp.com<br>Email:  dhoward@murrayhowardlaw.com<br>Email:  syundt@murrayhowardlaw.com |
| Reginald Von Terrell<br>THE TERRELL LAW GROUP<br>223 25TH Street<br>Richmond, CA  94804<br>Email: reggiet2@aol.com | |

#3171837v1