1  BOIES, SCHILLER & FLEXNER LLP
   JOHN F. COVE, JR. (CA Bar No. 212213)
2  KENNETH F. ROSSMAN IV (CA Bar No. 237558)
   DEAN M. HARVEY (CA Bar No. 250298)
3  1999 Harrison St., Suite 900
   Oakland, CA 94612
4  Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
5  Email:   jcove@bsfllp.com
            krossman@bsfllp.com
6           dharvey@bsfllp.com

7  Attorneys for Defendant Northwest Airlines

8

9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12  _____          )   Case No. 07-05634 CRB
                                              )
13  DONALD WORTMAN, WILLIAM                    )
    ADAMS, MARGARET GARCIA,                    )   DEFENDANT NORTHWEST AIRLINES'
14  individually and on behalf of all others  )   NOTICE OF APPEARANCE OF DEAN M.
    similarly situated,                        )   HARVEY
15                                            )
                     Plaintiffs,              )
16                                            )   The Honorable Charles R. Breyer
                                              )
17  vs.                                       )
                                              )
18  AIR NEW ZEALAND, ALL NIPPON               )
    AIRWAYS, CATHAY PACIFIC                   )
19  AIRWAYS, CHINA AIRLINES, EVA              )
    AIRWAYS, JAPAN AIRLINES                   )
20  INTERNATIONAL, MALAYSIA                   )
    AIRLINES, NORTHWEST AIRLINES,             )
21  QANTAS AIRWAYS, SINGAPORE                 )
    AIRLINES, THAI AIRWAYS,                   )
22  UNITED AIRLINES,                          )
                                              )
23                                            )
                     Defendants.              )
24  _____          )

25

26

27

28

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE THAT Dean M. Harvey of Boies, Schiller & Flexner LLP, 1999 Harrison Street, Suite 900, Oakland, California 94612, hereby enter an appearance on behalf of defendant Northwest Airlines in the above-captioned matter.

      Respectfully Submitted,

Dated: January 18, 2008          BOIES, SCHILLER & FLEXNER LLP

                By:    /s/ Dean M. Harvey

                JOHN F. COVE, JR.
                KENNETH F. ROSSMAN IV
                DEAN M. HARVEY
                1999 Harrison St., Suite 900
                Oakland, CA 94612
                Telephone: (510) 874-1000
                Facsimile: (510) 874-1460

                Attorneys for Defendant Northwest Airlines

DEFENDANT NORTHWEST AIRLINES' NOTICE OF APPEARANCE OF DEAN M. HARVEY
CASE NO. 07-05634 CRB