# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD WORTMAN, WILLIAM ADAMS, MARGRET GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>AIR NEW ZEALAND LTD.; ALL NIPPON AIRWAYS CO. LTD.; CHINA AIRLINES, LTD.; EVA AIRWAYS CORPORATION; JAPAN AIRLINES INTERNATIONAL CO. LTD.; MALAYSIA AIRLINE SYSTEM BERHAD; NORTHWEST AIRLINES, INC.; QANTAS AIRWAYS, LTD.; SINGAPORE AIRLINES, LTD.; and THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LTD.,<br><br>Defendants.<br><br>This Document Relates to:<br><br>*Brenden Maloof v. Air New Zealand, et al.*, Case No. C-07-5811-CRB;<br>*Micah Abrams v. Air New Zealand, et al.,* Case No. CV 08-0339-MEJ;<br>*Robert Casteel III, et al. v. Air New Zealand, et al.*, Case No. C-07-6343-EMC | Case No. C-07-5634 EDL<br><br>[PROPOSED] ORDER RELATING CASES |

-1-
[PROPOSED] ORDER RELATING CASES

On January 18, 2007, Plaintiff Micah Abrams filed an Administrative Motion to Relate Cases pursuant to Civil Local Rule 3-12.  The time for filing an opposition or statement of support has passed.  The Court having considered the papers and pleadings on file, and good cause appearing,

HEREBY GRANTS Plaintiffs' Administrative Motion to Relate Cases.

IT IS ORDERED that the following cases are related:

*Donald Wortman, et al. v. Air New Zealand, et al.*, Case No. C-07-5634-CRB;

*Micah Abrams v. Air New Zealand, et al.*, Case No. CV 08-0339-MEJ.

**IT IS SO ORDERED.**

Dated: January 23, 2008



_____
The Honorable Charles Breyer
United States District Court Judge

#3171843

-2-
[PROPOSED] ORDER RELATING CASES