| | |
|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP |
| | JOHN F. COVE, JR. (CA Bar No. 212213) |
| 2 | KENNETH F. ROSSMAN IV (CA Bar No. 237558) |
| | DEAN M. HARVEY (CA. Bar No. 250298) |
| 3 | 1999 Harrison St., Suite 900 |
| | Oakland, CA 94612 |
| 4 | Telephone: (510) 874-1000 |
| | Facsimile: (510) 874-1460 |
| 5 | Email: jcove@bsfllp.com |
| | krossman@bsfllp.com |
| 6 | dharvey@bsfllp.com |
| 7 | Attorneys for Defendant Northwest Airlines |
| 8 | Additional Counsel on Signature Page |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA**, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> **AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES,** <br><br> Defendants. | Case No. 07-CV-05634-CRB <br><br> **JOINT STIPULATION PURSUANT TO LOCAL RULE 6-2 AND [PROPOSED] ORDER CONTINUING COURT-ORDERED DEADLINES** <br><br> The Honorable Charles R. Breyer |

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-2 AND [PROPOSED] ORDER CONTINUING COURT-ORDERED DEADLINES – CASE NO. 07-CV-05634-CRB

1  Pursuant to Local Rule 6-2, in light of the related "Motion for Transfer and Consolidation of Related Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407" now pending before the Judicial Panel on Multidistrict Litigation ("JPML"), and in light of the November 30, 2007 Joint Stipulation Pursuant to Local Rule 6-1 Extending Time to Respond to the Complaints in Related Actions, Plaintiffs Daniel Wortman, William Adams and Margaret Garcia (collectively "Plaintiffs") and Defendant Northwest Airlines (Defendant"), through its counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that, given the length of time likely to be required by the JMPL to resolve the pending motion, the efficiency in having one case management schedule set for consolidated class actions rather than proceeding separately, and the desirability of having the court to whom the matter is ultimately assigned set its own case management schedule, Plaintiffs and Defendant agree that the dates set in this Court's November 6, 2007 Order Setting Initial Case Management Conference (and the deadlines triggered by such conference) should be continued.  The Initial Case Management Conference will be continued to a date within 45 days of the JPML granting, denying or otherwise disposing of the Section 1407 motion before it.  After such action by the JPML, Plaintiffs and Defendant will meet and confer and submit proposed dates for the Initial Case Management Conference.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: January 18, 2008               BOIES, SCHILLER & FLEXNER LLP

                                      By:     /s/ Dean M. Harvey

                                      JOHN F. COVE, JR.
                                      KENNETH F. ROSSMAN IV
                                      DEAN M. HARVEY
                                      1999 Harrison St., Suite 900
                                      Oakland, CA 94612
                                      Telephone: (510) 874-1000
                                      Facsimile: (510) 874-1460

                                      *Counsel for Defendant Northwest Airlines*

1

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-2 AND [PROPOSED] ORDER CONTINUING COURT-ORDERED DEADLINES – CASE NO. 07-CV-05634-CRB

Dated: January 18, 2008

COTCHETT, PITRE & McCARTHY

By:   *Neil Swartzberg (by authorization)*

JOSEPH W. COTCHETT
STEVEN N. WILLIAMS
NANCI E. NISHIMURA
ARON K. LIANG
DOUGLAS Y. PARK
NEIL SWARTZBERG
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:   (650) 697-6000
Facsimile:   (650) 697-0577

ENGERSTROM LIPSCOMB & LACK

WALTER J. LACK
ELIZABETH L. CROOKE
RICHARD P. KINNAN
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067
Telephone:   (310) 552-3800
Facsimile:   (310) 552-9434

*Counsel for Plaintiffs*

2

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-2 AND [PROPOSED] ORDER CONTINUING COURT-ORDERED DEADLINES – CASE NO. 07-CV-05634-CRB

## **ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED THAT, to conserve party and judicial resources, and in light of the proceedings currently pending before the JPML to consolidate and transfer all pending Pacific Air Transportation cases to one court, dates set in the November 6, 2007 Order Setting Initial Case Management Conference (and the deadlines triggered by such conference) are hereby continued. The Initial Case Management Conference will be continued to a date within 45 days of the JPML granting, denying or otherwise disposing of the Section 1407 motion before it. After such action by the JPML, Plaintiffs and Defendant will meet and confer and submit proposed dates for the Initial Case Management Conference.

Dated: January 23, 2008



_____
Honorable Charles R. Breyer
District Court

3