Joseph W. Cotchett (#36324; jcotchett@cpmlegal.com)
Steven N. Williams (#175489; swilliams@cpmlegal.com)
Nanci E. Nishimura (#152621; nnishimura@cpmlegal.com)
Aron K. Liang (#228936; aliang@cpmlegal.com)
Douglas Y. Park (#233398; dpark@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Fax:(650) 697-0577

Walter J. Lack (#57550; wlack@elllaw.com)
Elizabeth L. Crooke (#90305; ecrooke@elllaw.com)
Richard P. Kinnan (#123170; rkinnan@elllaw.com)
**ENGSTROM LIPSCOMB & LACK**
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067
Telephone: (310) 552-3800
Facsimile: (310) 552-9434

*Attorneys for Plaintiffs Wortman, Adams and Garcia,
and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA**, individually and on behalf of all others similarly situated, <br><br>Plaintiffs, <br>vs. <br><br>**AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES,** <br><br>Defendants | Case No. 07-cv-05634-CRB <br><br> MDL No. 1913 <br><br> **PLAINTIFF WORTMAN, ADAMS AND GARCIA'S NOTICE OF PLACEHOLDER COMPLAINT AND SUMMONS** |

**PLEASE TAKE NOTICE** that pursuant to this Court's January 14, 2008 Order For Designation of a Placeholder Complaint, Plaintiffs Donald Wortman, William Adams and Margaret Garcia hereby give notice that they will serve defendants Cathay Pacific Airways, China Airlines and Eva Airways with a redacted version of the Complaint *Wortman, et al. v. Air New Zealand, et al.*, case number 07-5634-CRB. The redacted complaint is attached hereto as Exhibit A. The redacted summons is attached hereto as Exhibit B.

Respectfully Submitted,

Dated: January 25, 2007                By:  /s/ *Steven N. Williams*

Joseph W. Cotchett
Steven N. Williams
Nanci E. Nishimura
Aron K. Liang
Douglas Y. Park
**COTCHETT, PITRE& McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Fax:(650) 697-0577

Walter J. Lack
Elizabeth L. Crooke
Richard P. Kinnan
**ENGSTROM LIPSCOMB & LACK**
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067
Telephone: (310) 552-3800
Facsimile: (310) 552-9434

*Attorneys for Plaintiffs Wortman, Adams and Garcia and the Proposed Class*

**PLAINTIFF WORTMAN, ADAMS AND GARCIA'S NOTICE OF PLACEHOLDER COMPLAINT AND SUMMONS**
**Case No. 07-cv-05634-CRB; MDL No. 1913**

1