# Exhibit B

Case 3:07-cv-05634-CRB    Document 28-3    Filed 01/25/2008    Page 1 of 4

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA, individually and on behalf of all others similarly situated,<br><br>v.<br><br>AIR NEW ZEALAND; ALL NIPPON AIRWAYS; AMERICAN AIRLINES; (see additional names attached)<br><br>TO: (Name and address of defendant)<br><br>Defendants above-named | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>**CV 07  5634**<br><br>*EDL* |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph W. Cotchett (#36324)
Steven N. Williams (#175489)
COTCHETT, PITRE & McCARTHY
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facimile: (650) 697-0577

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

_(signature)_
(BY) DEPUTY CLERK

NOV - 6 2007
DATE_____

TO: (Name and Address of Defendants)
Air New Zealand, Quay Tower, 29 Customs St. West, Auckland, 1020, New Zealand; All Nippon Airways, Shidome-City Center, 1-5-2, Higashi-Shimbashi, Minato-ku, Tokyo 105-7133, Japan; Cathay Pacific Airways,         ; China Airlines                              ; EVA Airways, , Japan Airlines International, 4-11, Higashi-Shinagawa 2-chrome, Shinagawa-Ku, Tokyo 140-8605, Japan; Malaysia Airlines, MAS Complex A, Sultan Abdul Azia Shah Airport, 47200 Suband, Selangor Darui Ehsan, Malaysia; Northwest Airlines, 2700 Lone Oak Parkway, Eagan, MN 55121; Qantas Airways, Building A Level 9, 203 Coward Street, Mascot NSW, Australia 2020; Singapore Airlines, Airline House, 25 Airline Road, Singapore, Singapore 819829; Thai Airways, 89 Vibhavadi-Rangsit Road, Bangkok, Thailand 10900; United Airlines, 77W. Wacker, Chicago, IL 60601

ꓹ ꓯ 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]      DATE |
| Name of SERVER      TITLE |

*Check one box below to indicate appropriate method of service*

☐    Served Personally upon the Defendant. Place where served:

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
     Name of person with whom the summons and complaint were left:

☐    Returned unexecuted:

☐    Other *(specify):*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                   Date                                                *Signature of Server*

                                                                                      _____
                                                                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure