LAW OFFICES
## COTCHETT, PITRE & MCCARTHY
SAN FRANCISCO AIRPORT OFFICE CENTER
840 MALCOLM ROAD
BURLINGAME, CALIFORNIA 94010
TELEPHONE (650) 697-6000
FAX (650) 697-0577

LOS ANGELES OFFICE
9454 WILSHIRE BOULEVARD, SUITE 907
BEVERLY HILLS, CA 90212
(310) 247-9247
OF COUNSEL
ROBERT B. HUTCHINSON

WASHINGTON, D.C. OFFICE
1364 BEVERLY ROAD, SUITE 201
McLEAN, VA 22101
(703) 893-9600
OF COUNSEL
MARK P. FRIEDLANDER, JR.

NEW YORK OFFICE
100 PARK AVENUE, SUITE 2600
NEW YORK, NY 10017
(212) 682-3198

January 28, 2008

*Via Overnight Courier*

Hon. Charles R. Breyer
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 8, 19th Floor
San Francisco, CA 94102

   Re:   *Wortman, et al. v. Air New Zealand, et al.*
         Case No. 07-cv-05634-CRB;

Dear Judge Breyer,

   For purposes of properly serving foreign defendants, Plaintiffs hereby submit:

   1)   Plaintiff Wortman et al.'s Ex Parte Miscellaneous Administrative Request for Issuance of Letters Rogatory;
   2)   Declaration of Steven N. Williams in Support of Plaintiff Wortman et al.'s Ex Parte Miscellaneous Administrative Request for Issuance of Letters Rogatory;
   3)   Request for International Judicial Assistance (Letter Rogatory) for EVA Airways;
   4)   Request for International Judicial Assistance (Letter Rogatory) for China Airlines;
   5)   Request for International Judicial Assistance (Letter Rogatory) for Thai Airways;
   6)   Request for International Judicial Assistance (Letter Rogatory) for Air New Zealand;
   7)   Request for International Judicial Assistance (Letter Rogatory) for Malaysian Airlines;
   8)   Request for International Judicial Assistance (Letter Rogatory) for Quantas Airways;
   9)   Request for International Judicial Assistance (Letter Rogatory) for Singapore Airlines;
   10)  Proposed Order re Issuance of Letters Rogatory;

LAW OFFICES
COTCHETT, PITRE & MCCARTHY

Hon. Charles R. Breyer
January 28, 2008
Page 2

The above documents were e-filed with the Court on January 28, 2008 in case number 07-cv-05634-CRB.

Three copies of each of the Letters Rogatory are enclosed with this letter for entry by the Court and for the Clerk to affix the court seal, along with a postage paid return envelope. Should you have any questions, please feel free to contact me.

Respectfully submitted,

Steven N. Williams

Encl.

cc:   All Counsel via ECF