Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
Steven N. Williams (175489; swilliams@cpmlegal.com)
Nanci E. Nishimura (152621; nnishimura@cpmlegal.com)
Aron K. Liang (228936; aliang@cpmlegal.com)
Douglas Y. Park (233398; dpark@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

Walter J. Lack (57550; wlack@elllaw.com)
Elizabeth L. Crooke (90305; ecrooke@elllaw.com)
Richard P. Kinnan (123170; rkinnan@elllaw.com)
**ENGSTROM LIPSCOMB & LACK**
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067
Telephone: (310) 552-3800
Facsimile:  (310) 552-9434

*Attorneys for Plaintiffs Wortman, Adams and Garcia,
and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA**, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>vs.<br><br>**AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES,**<br><br>　　　　　　　　Defendants | Case No. 07-cv-05634-CRB<br><br>MDL No. 1913<br><br>**PLAINTIFF WORTMAN, ADAMS AND GARCIA'S *EX PARTE* MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ISSUANCE OF LETTERS ROGATORY** |

**PLAINTIFF WORTMAN, ADAMS AND GARCIA'S *EX PARTE* MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ISSUANCE OF LETTERS ROGATORY**
**Case No. 07-cv-05634-CRB; MDL No. 1913**

1

**TABLE OF CONTENTS**

**Page(s)**

MEMORANDUM OF POINTS AND AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

I.    Plaintiff Must Serve The Foreign Defendants Via Letters Rogatory . . . . . . . . . . . . . . . 2

II.    The United States Department of State Will Not Accept Uncertified Copies of Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3



**PLAINTIFF WORTMAN, ADAMS AND GARCIA'S *EX PARTE* MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ISSUANCE OF LETTERS ROGATORY**
**Case No. 07-cv-05634-CRB; MDL No. 1913**

i

# TABLE OF AUTHORITIES

**Page(s)**

**STATUTES AND RULES**

28 U.S.C. §1781(a)(2) .................................................... 3

Civil Local Rule 4-2 .................................................... 2

Fed. R. Civ. Proc. 4(f)(2)(B) .................................................... 3

**OTHER AUTHORITIES**

The Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, 20 U.S.T. 361, T.I.A.S. No. 6638, 658 U.N.T.S. 163. .................................................... 2

**PLAINTIFF WORTMAN, ADAMS AND GARCIA'S *EX PARTE* MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ISSUANCE OF LETTERS ROGATORY**
Case No. 07-cv-05634-CRB; MDL No. 1913

ii

1  PLEASE TAKE NOTICE that for the purpose of effecting service of process in
2  Australia, Malaysia, New Zealand, Singapore, Taiwan, and Thailand of the operative complaint
3  in the above-captioned Wortman, et al. action on named foreign Defendants Air New Zealand,
4  China Airlines, Eva Airways, Malaysia Airlines, Qantas Airways, Singapore Airlines and Thai
5  Airways (collectively, "Foreign Defendants") via Letters Rogatory, Plaintiffs Wortman, Adams
6  and Garcia ("Plaintiffs") hereby respectfully request: (1) an Order granting Plaintiffs' request for
7  the issuance of Letters Rogatory for the Foreign Defendants; (2) the issuance of Letters
8  Rogatory for the Foreign Defendants; and (3) certified copies of all documents to be served,
9  specifically: (i) Complaint in *Wortman, et al v. Air New Zealand, et al.*, Case No.
10 07-05634-CRB; (ii) Civil Cover Sheet; (iii) Summons in a Civil Case; (iv) Plaintiff Wortman,
11 Adams and Garcia's Notice of Placeholder Complaint and Summons with exhibit A, the
12 redacted complaint *Wortman, et al v. Air New Zealand, et al.*, Case No. 07-05634-CRB, and
13 exhibit B, the redacted Summons in a Civil Case; (v) Notice of Assignment of Case to a United
14 States Magistrate Judge for Trial; (vi) Order Setting Initial Case Management Conference and
15 ADR Deadlines; (vii) ECF Registration Information Handout; (viii) Standing Order re Case
16 Management Conference; (ix) Order Granting Administrative Motion to Relate Cases; and (x)
17 Dispute Resolution Procedures in the Northern District of California Handbook (ADR
18 Handbook).

19  Plaintiffs bring this Ex Parte Miscellaneous Administrative Request pursuant to Civil
20 Local Rule 7-11, which permits a party to proceed ex parte where a party may require a Court
21 order with respect to miscellaneous administrative matters, not otherwise governed by a federal
22 statute, a federal or local rule, or a standing order of the assigned judge. Plaintiffs base this
23 request upon this Ex Parte Miscellaneous Administrative Request and Memorandum of Points
24 and Authorities; the Letters Rogatory and [Proposed] Order, and the Declaration of Steven N.
25 Williams in Support thereof ("Williams Decl."), filed herewith; and all the papers and pleadings
26 on file in this action.
27 / / /

28 **PLAINTIFF WORTMAN, ADAMS AND GARCIA'S *EX PARTE* MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ISSUANCE OF LETTERS ROGATORY**
**Case No. 07-cv-05634-CRB; MDL No. 1913**

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

1

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiffs respectfully request that the Court issue two Letters Rogatory (three copies of each Letter, as requested by Plaintiffs' international process server, APS International, Ltd. ("APS"), for a total of twenty-one Letters), submitted herewith, so that Plaintiffs may effect service of process in on the seven Foreign Defendants, Air New Zealand, China Airlines, Eva Airways, Malaysia Airlines, Qantas Airways, Singapore Airlines and Thai Airways, named in this action. Plaintiffs are advised that each Letter Rogatory must bear the Judge's original handwritten signature and the Court's seal. Williams Decl. ¶ 9.

In addition, Plaintiffs request that the Court provide certified copies of all documents required for service. In accordance with the requirements of service in Australia, Malaysia, New Zealand, Singapore, Taiwan and Thailand, Plaintiffs must serve certified copies of all documents. Williams Decl. ¶ 10. Civil Local Rule 4-2 requires Plaintiff to serve the following documents: (i) Complaint in *Wortman, et al v. Air New Zealand, et al.*, No. 07-05634-CRB; (ii) Civil Cover Sheet; (iii) Summons in a Civil Case; (iv) Notice of Assignment of Case to a United States Magistrate Judge for Trial; (v) Order Setting Initial Case Management Conference and ADR Deadlines; (vi) ECF Registration Information Handout; (vii) Standing Order re Case Management Conference; (viii) Order Granting Administrative Motion to Relate Cases.

**I.    Plaintiff Must Serve The Foreign Defendants Via Letters Rogatory.**

Plaintiffs filed their Complaint on November 6, 2007 naming 12 companies as Defendants. Of the defendants named in the complaint, there are 2 domestic Defendants and 11 foreign Defendants (one in Australia, one in Malaysia, one in New Zealand, one in Singapore, two in Taiwan, and one in Thailand). To date, both of the domestic Defendants have been served. Of the foreign Defendants, the two defendants based in Japan (All Nippon Airways and Japan Airlines International) and the defendant based in Hong Kong (Cathay Pacific Airways) are in the process of being served pursuant to The Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("The Hague Convention"), 20 U.S.T. 361, T.I.A.S. No. 6638, 658 U.N.T.S. 163. Australia, Malaysia, New

**PLAINTIFF WORTMAN, ADAMS AND GARCIA'S *EX PARTE* MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ISSUANCE OF LETTERS ROGATORY**
Case No. 07-cv-05634-CRB; MDL No. 1913

2

1  Zealand, Singapore, Taiwan and Thailand, however, are not signatories to The Hague
2  Convention; these Defendants must be served in their respective countries by Letters Rogatory.
3  28 U.S.C. §1781(a)(2); Fed. R. Civ. Proc. 4(f)(2)(B). Plaintiffs have retained the services of
4  APS, a company that specializes in foreign service of process, to assist in serving the Foreign
5  Defendants in Australia, Malaysia, New Zealand, Singapore, Taiwan, and Thailand by Letters
6  Rogatory. Williams Decl. ¶ 2. APS has advised Plaintiffs that the Letters Rogatory is the only
7  method of service recognized by the United States and Australia, Malaysia, New Zealand,
8  Singapore, Taiwan, and Thailand courts. Williams Decl., Exs. A-F.

## II. The United States Department of State Will Not Accept Uncertified Copies of Documents.

APS also advised that service by Letters Rogatory must follow a specific format and documents must go through diplomatic channels. The United States Department of State, which reviews and processes the documents for service abroad pursuant to Letters Rogatory, will not accept copies of documents that are uncertified. Williams Decl. ¶ 10.

### CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that this Court enter the Proposed Order, submitted herewith, granting Plaintiffs' request for the issuance of Letters Rogatory for Foreign Defendants Air New Zealand, China Airlines, Eva Airways, Malaysia Airlines, Qantas Airways, Singapore Airlines, and Thai Airways, and issue the Letters Rogatory, submitted herewith for the Foreign Defendants (three original signed and Court-sealed Letters for each Defendant).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**PLAINTIFF WORTMAN, ADAMS AND GARCIA'S *EX PARTE* MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ISSUANCE OF LETTERS ROGATORY**
Case No. 07-cv-05634-CRB; MDL No. 1913

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

3

| | |
|---|---|
| Dated: January 28, 2008 | Respectfully Submitted, |
| | By:  /s/ *Steven N. Williams* |
| | Joseph W. Cotchett<br>Steven N. Williams<br>Nanci E. Nishimura<br>Aron K. Liang<br>Douglas Y. Park<br>**COTCHETT, PITRE & McCARTHY**<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA  94010<br>Telephone:  (650) 697-6000<br>Fax:(650) 697-0577 |
| | Walter J. Lack<br>Elizabeth L. Crooke<br>Richard P. Kinnan<br>**ENGSTROM LIPSCOMB & LACK**<br>10100 Santa Monica Blvd., 16th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 552-3800<br>Facsimile: (310) 552-9434 |

**PLAINTIFF WORTMAN, ADAMS AND GARCIA'S *EX PARTE* MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ISSUANCE OF LETTERS ROGATORY**
Case No. 07-cv-05634-CRB; MDL No. 1913

4