Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
Steven N. Williams (175489; swilliams@cpmlegal.com)
Nanci E. Nishimura (152621; nnishimura@cpmlegal.com)
Aron K. Liang (228936; aliang@cpmlegal.com)
Douglas Y. Park (233398; dpark@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax:(650) 697-0577

Walter J. Lack (57550; wlack@elllaw.com)
Elizabeth L. Crooke (90305; ecrooke@elllaw.com)
Richard P. Kinnan (123170; rkinnan@elllaw.com)
**ENGSTROM LIPSCOMB & LACK**
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067
Telephone: (310) 552-3800
Facsimile: (310) 552-9434

*Attorneys for Plaintiffs Wortman, Adams and Garcia,
and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>**AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES,**<br><br>Defendants | Case No. 07-cv-05634-CRB<br><br>MDL No. 1913<br><br>**DECLARATION OF STEVEN N. WILLIAMS IN SUPPORT OF PLAINTIFF WORTMAN, ADAMS AND GARCIA'S *EX PARTE* MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ISSUANCE OF LETTERS ROGATORY** |

**DECLARATION OF STEVEN N. WILLIAMS IN SUPPORT OF PLAINTIFF WORTMAN, ADAMS AND GARCIA'S *EX PARTE* MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ISSUANCE OF LETTERS ROGATORY**
**Case No. 07-cv-05634-CRB; MDL No. 1913**

I, Steven N. Williams, declare as follows,

1. I am a partner with the law firm of Cotchett, Pitre & McCarthy. I am an attorney in good standing and an active member of the State Bar of California. I make this declaration on behalf of Plaintiffs Donald Wortman, William Adams, and Margaret Garcia ("Plaintiffs"), except where noted, of my own personal knowledge and, if called and sworn as a witness, could and would testify competently to the facts that it contains. I make this declaration pursuant to 28 U.S.C. §1746.

2. Plaintiffs retained the service of APS International, Ltd. ("APS"), a company that specializes in foreign service of process, to effect service of process on a number of foreign Defendants in this action, including Air New Zealand, All Nippon Airways, Cathay Pacific Airways, China Airlines, Eva Airways, Japan Airlines International, Malaysia Airlines, Qantas Airways, Singapore Airlines, and Thai Airways. It is my understanding, based on my review of these companies' websites and other documents, that each of these entities maintains their principal place of business in one of the following places: Australia, Hong Kong, Japan, Malaysia, New Zealand, Singapore, Taiwan or Thailand.

3. Attached hereto as Exhibit A is a true and correct copy of a letter dated November 8, 2007, from APS International, Ltd. to Jaclyn Verducci, a paralegal at my firm, regarding service in Australia.

4. Attached hereto as Exhibit B is a true and correct copy of a letter dated November 8, 2007, from APS International, Ltd. to Jaclyn Verducci, a paralegal at my firm, regarding service in Malaysia.

5. Attached hereto as Exhibit C is a true and correct copy of a letter dated November 8, 2007, from APS International, Ltd. to Jaclyn Verducci, a paralegal at my firm, regarding service in New Zealand.

/ / /

/ / /

**DECLARATION OF STEVEN N. WILLIAMS IN SUPPORT OF PLAINTIFF WORTMAN, ADAMS AND GARCIA'S *EX PARTE* MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ISSUANCE OF LETTERS ROGATORY**
**Case No. 07-cv-05634-CRB; MDL No. 1913**

1

1       6.     Attached hereto as Exhibit D is a true and correct copy of a letter dated November 8, 2007, from APS International, Ltd. to Jaclyn Verducci, a paralegal at my firm, regarding service in Singapore.

      7.     Attached hereto as Exhibit E is a true and correct copy of a letter dated November 8, 2007, from APS International, Ltd. to Jaclyn Verducci, a paralegal at my firm, regarding service in Taiwan.

      8.     Attached hereto as Exhibit F is a true and correct copy of a letter dated November 8, 2007, from APS International, Ltd. to Jaclyn Verducci, a paralegal at my firm, regarding service in Thailand.

      9.     I am informed and believe that APS has advised counsel for the Plaintiff that Plaintiff should obtain two duplicate originals of each Letter Rogatory, each bearing the Judge's original handwritten signature and the Court's seal.

      10.     I am informed and believe that the United States Department of State strictly requires that all documents that it transmits in this process be either original documents or certified copies. Service by Letters Rogatory must follow a specific format, and the documents must go through diplomatic channels. To that end, Plaintiffs are also seeking from the Clerk of the Court certified copies of all documents to be served.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 28, 2008, in Burlingame, California.

                                                          /s/ Steven N. Williams
                                                          Steven N. Williams

---

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**DECLARATION OF STEVEN N. WILLIAMS IN SUPPORT OF PLAINTIFF WORTMAN, ADAMS AND GARCIA'S *EX PARTE* MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ISSUANCE OF LETTERS ROGATORY**
Case No. 07-cv-05634-CRB; MDL No. 1913

2