1  Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
   Steven N. Williams (175489; swilliams@cpmlegal.com)
2  Nanci E. Nishimura (152621; nnishimura@cpmlegal.com)
   Aron K. Liang (228936; aliang@cpmlegal.com)
3  Douglas Y. Park (233398;dpark@cpmlegal.com)
   **COTCHETT, PITRE & McCARTHY**
4  San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
5  Burlingame, CA 94010
   Telephone: (650) 697-6000
6  Facsimile: (650) 697-0577

7  Walter J. Lack (57550; wlack@elllaw.com)
   Elizabeth L. Crooke (90305 ecrooke@elllaw.com)
8  Richard P. Kinnan (123170; rkinnan@elllaw.com)
   **ENGSTROM LIPSCOMB & LACK**
9  10100 Santa Monica Blvd., 16th Floor
   Los Angeles, CA 90067
10 Telephone:    (310) 552-3800
   Facsimile: (310) 552-9434
11
   *Attorneys for Plaintiffs and the Class*
12
                  **UNITED STATES DISTRICT COURT**
13
           **IN AND FOR NORTHERN DISTRICT OF CALIFORNIA**
14

15 **DONALD WORTMAN,**                          ) Case No. 07-CV-5634-CRB
   **WILLIAM ADAMS,**                           )
16 **MARGARET GARCIA**, individually and on     )
   behalf of all others similarly situated,     )
17                                              ) MDL No. 1913
              Plaintiffs,                       )
18      vs.                                     )
                                                )
19 **AIR NEW ZEALAND,**                         ) **REQUEST FOR INTERNATIONAL**
   **ALL NIPPON AIRWAYS,**                     ) **JUDICIAL ASSISTANCE**
20 **CATHAY PACIFIC AIRWAYS,**                  )
   **CHINA AIRLINES,**                          )
21 **EVA AIRWAYS,**                             ) **(LETTER ROGATORY)**
22 **JAPAN AIRLINES INTERNATIONAL,**            )
   **MALAYSIA AIRLINES,**                      )
23 **NORTHWEST AIRLINES,**                      )
   **QANTAS AIRWAYS,**                          )
24 **SINGAPORE AIRLINES,**                      )
25 **THAI AIRWAYS,**                            )
   **UNITED AIRLINES,**                         )
26            Defendants.                       )
                                                )
27 _____  )

28 _____
   **REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**
   **(LETTER ROGATORY)**
   **Case No. 07-cv-5634-CRB; MDL No. 1913**

1  The United District Court for the Northern District of California, San Francisco Division,
2  presents its compliments to the Appropriate Judicial Authority of Malaysia, and requests
3  international assistance to effect service of process to be used in a Civil proceeding before this
4  court in the above captioned matter.

5  **I.     REQUEST**

6  This court requests the assistance described herein as necessary in the interests of justice.
7  The assistance requested is that the Appropriate Judicial Authority of Malaysia effect Service of
8  Process of: (1) Class Action Complaint *Wortman, et al. v. Air New Zealand, et al.*; (2) Civil
9  Cover Sheet; (3) Summons in a Civil Case; (4) Notice of Assignment of Case to a United States
10 Magistrate Judge for Trial; (5) Order Setting Initial Case Management Conference and ADR
11 deadlines; (6) ECF Registration Information Handout; (7) Standing Order re Case Management
12 Conference; (7) ADR Dispute Resolution Process; and (8) Order Granting Administrative
13 Motion to Relate Cases, on the below named entity:

15  MALAYSIA AIRLINES
    MAS Complex A
16  Sultan Abdul Azia Shah Airport
    47200 Suband, Selangor Darui Ehsan, Malaysia

18  The Appropriate Judicial Authority of Malaysia is respectfully requested to:
19  (1) Serve the above mentioned documents, and the translations thereof, by personal
20  service upon legal representatives of MALAYSIA AIRLINES at the above address or in a
21  manner prescribed for the service of such documents under the laws of Malaysia; and
22  (2) Return through diplomatic channels to this Court the proof of service along with a
23  copy of the documents which were served.

24  **II.    FACTS OF THE CASE**

25  On November 6, 2007, Plaintiffs, individually and on behalf of the class described below,
26  filed the enclosed Class Action Complaint against Defendants for damages under the antitrust
27  laws of the United States. Plaintiffs allege that Defendants conspired to fix, raise, maintain, and

28
---
**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
(LETTER ROGATORY)
Case No. 07-cv-5634-CRB; MDL No. 1913**                                              1

stabilize the prices for long haul passenger transpacific flights to and from the United States, and for fixed fuel surcharges on this transportation, during the class period 2004 to August 2007. Plaintiffs bring this action to recover damages, including treble damages, injunctive relief, costs of suit, and reasonable attorneys' fees caused by Defendants' violations of the Sherman Act, 15 U.S.C. § 1. MALAYSIA AIRLINES is among the Defendants alleged to have participated in this price-fixing conspiracy.

### III.   RECIPROCITY

The United States District Court for the Northern District of California, San Francisco Division, expresses its willingness to provide similar assistance to the Appropriate Judicial Authority of Malaysia.

### IV.   REIMBURSEMENT OF COSTS

The United States District Court for the Northern District of California, San Francisco Division, order Plaintiffs to reimburse the Appropriate Judicial Authority of Malaysia and/or the U.S. Department of State for costs incurred in executing this Letter Rogatory. Plaintiffs shall reimburse the Appropriate Judicial Authority of Malaysia and/or the U.S. Department of State for any expenses incurred in connection with the execution of this Letter Rogatory. Please contact Plaintiffs' counsel before exceeding the amount of US $1,500. Plaintiffs' counsel is: Steven N. Williams, Cotchett, Pitre & McCarthy, 840 Malcolm Road, Suite 200, Burlingame, California 94010, United States of America; phone (650) 697-6000; fax (650) 697-0577 ; e-mail: swilliams@cpmlegal.com.

In acknowledgment of the additional time which is needed to prepare and file an Answer to the attached documents, the time period for answering is extended to forty-five (45) days after service.

The Court extends to the judicial authorities of Malaysia assurances of its highest consideration.

/ / /

/ / /

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
(LETTER ROGATORY)
Case No. 07-cv-5634-CRB; MDL No. 1913                                                                   2

1
2
3
4
5
6 | DATED: _____
7
8 |           [COURT SEAL]
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Honorable Charles R. Breyer
United States District Judge
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
450 Golden Gate Avenue
Courtroom 8, 19th Floor
San Francisco, California 94102
United States of America

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
(LETTER ROGATORY)**
**Case No. 07-cv-5634-CRB; MDL No. 1913**　　　　　　　　　　　　　　　3