1  Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
   Steven N. Williams (175489; swilliams@cpmlegal.com)
2  Nanci E. Nishimura (152621; nnishimura@cpmlegal.com)
   Aron K. Liang (228936; aliang@cpmlegal.com)
3  Douglas Y. Park (233398;dpark@cpmlegal.com)
   **COTCHETT, PITRE & McCARTHY**
4  San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
5  Burlingame, CA  94010
   Telephone:  (650) 697-6000
6  Facsimile: (650) 697-0577

7  Walter J. Lack (57550; wlack@elllaw.com)
   Elizabeth L. Crooke (90305 ecrooke@elllaw.com)
8  Richard P. Kinnan (123170; rkinnan@elllaw.com)
   **ENGSTROM LIPSCOMB & LACK**
9  10100 Santa Monica Blvd., 16th Floor
   Los Angeles, CA 90067
10 Telephone:    (310) 552-3800
   Facsimile:  (310) 552-9434

11
   *Attorneys for Plaintiffs and the Class*
12
   **UNITED STATES DISTRICT COURT**
13
   **IN AND FOR NORTHERN DISTRICT OF CALIFORNIA**
14
   **DONALD WORTMAN,**                          ) **Case No. 07-CV-5634-CRB**
15 **WILLIAM ADAMS,**                           )
   **MARGARET GARCIA,**  individually and on    )
16 behalf of all others similarly situated,     )
                                                ) **MDL No. 1913**
17             Plaintiffs,                       )
          vs.                                    )
18                                               )
   **AIR NEW ZEALAND,**                          ) **REQUEST FOR INTERNATIONAL**
19 **ALL NIPPON AIRWAYS,**                        ) **JUDICIAL ASSISTANCE**
   **CATHAY PACIFIC AIRWAYS,**                    )
20 **CHINA AIRLINES,**                            )
   **EVA AIRWAYS,**                               ) **(LETTER ROGATORY)**
21 **JAPAN AIRLINES INTERNATIONAL,**              )
22 **MALAYSIA AIRLINES,**                          )
   **NORTHWEST AIRLINES,**                        )
23 **QANTAS AIRWAYS,**                            )
24 **SINGAPORE AIRLINES,**                         )
   **THAI AIRWAYS,**                              )
25 **UNITED AIRLINES,**                           )
             Defendants.                         )
26                                               )
                                                 )
27 _____      )

28
   _____
   **REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**
   **(LETTER ROGATORY)**
   **Case No. 07-cv-5634-CRB; MDL No. 1913**

1    The United District Court for the Northern District of California, San Francisco Division,

2    presents its compliments to the Appropriate Judicial Authority of Singapore, and requests

3    international assistance to effect service of process to be used in a Civil proceeding before this

4    court in the above captioned matter.

5    **I.    REQUEST**

6    This court requests the assistance described herein as necessary in the interests of justice.

7    The assistance requested is that the Appropriate Judicial Authority of Malaysia effect Service of

8    Process of: (1) Class Action Complaint *Wortman, et al. v. Air New Zealand, et al.*; (2) Civil

9    Cover Sheet; (3) Summons in a Civil Case; (4) Notice of Assignment of Case to a United States

10    Magistrate Judge for Trial; (5) Order Setting Initial Case Management Conference and ADR

11    deadlines; (6) ECF Registration Information Handout; (7) Standing Order re Case Management

12    Conference; (7) ADR Dispute Resolution Process; and (8) Order Granting Administrative

13    Motion to Relate Cases, on the below named entity:

14

15    SINGAPORE AIRLINES
       Airline House
16    25 Airline Road
       819829 Singapore
17

18    The Appropriate Judicial Authority of Singapore is respectfully requested to:

19    (1) Serve the above mentioned documents, and the translations thereof, by personal

20    service upon legal representatives of SINGAPORE AIRLINES at the above address or in a

21    manner prescribed for the service of such documents under the laws of Singapore; and

22    (2) Return through diplomatic channels to this Court the proof of service along with a

23    copy of the documents which were served.

24    **II.    FACTS OF THE CASE**

25    On November 6, 2007, Plaintiffs, individually and on behalf of the class described below,

26    filed the enclosed Class Action Complaint against Defendants for damages under the antitrust

27

28

1    laws of the United States.  Plaintiffs allege that Defendants conspired to fix, raise, maintain, and

2    stabilize the prices for long haul passenger transpacific flights to and from the United States, and

3    for fixed fuel surcharges on this transportation, during the class period 2004 to August 2007.

4    Plaintiffs bring this action to recover damages, including treble damages, injunctive relief, costs

5    of suit, and reasonable attorneys' fees caused by Defendants' violations of the Sherman Act, 15

6    U.S.C. § 1.  SINGAPORE AIRLINES is among the Defendants alleged to have participated in

7    this price-fixing conspiracy.

8    **III.    RECIPROCITY**

9         The United States District Court for the Northern District of California, San Francisco

10    Division, expresses its willingness to provide similar assistance to the Appropriate Judicial

11    Authority of Singapore.

12    **IV.    REIMBURSEMENT OF COSTS**

13         The United States District Court for the Northern District of California, San Francisco

14    Division, order Plaintiffs to reimburse the Appropriate Judicial Authority of Australia and/or the

15    U.S. Department of State for costs incurred in executing this Letter Rogatory.  Plaintiffs shall

16    reimburse the Appropriate Judicial Authority of Australia and/or the U.S. Department of State for

17    any expenses incurred in connection with the execution of this Letter Rogatory.  Please contact

18    Plaintiffs' counsel before exceeding the amount of US $1,500.  Plaintiffs' counsel is: Steven N.

19    Williams, Cotchett, Pitre & McCarthy, 840 Malcolm Road, Suite 200, Burlingame, California

20    94010, United States of America; phone (650) 697-6000; fax (650) 697-0577 ; e-mail:

21    swilliams@cpmlegal.com.

22         In acknowledgment of the additional time which is needed to prepare and file an Answer

23    to the attached documents, the time period for answering is extended to forty-five (45) days after

24    service.

25         The Court extends to the judicial authorities of Singapore assurances of its highest

26    consideration.

27

28

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
(LETTER ROGATORY)
Case No. 07-cv-5634-CRB; MDL No. 1913**       2

1

2

3

4

5

6  DATED: _____                    _____

7                                                  Honorable Charles R. Breyer
                                                   United States District Judge
8                                                  UNITED STATES DISTRICT COURT
              [COURT SEAL]                         NORTHERN DISTRICT OF CALIFORNIA
9                                                  SAN FRANCISCO DIVISION
                                                   450 Golden Gate Avenue
10                                                 Courtroom 8, 19th Floor
                                                   San Francisco, California 94102
11                                                 United States of America

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
(LETTER ROGATORY)**
**Case No. 07-cv-5634-CRB; MDL No. 1913**                                    3