1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

13   **DONALD WORTMAN, WILLIAM** )        **Case No. 07-cv-05634-CRB**
     **ADAMS, MARGARET GARCIA**, )
14   individually and on behalf of all others )   **MDL No. 1913**
     similarly situated, )
15                                          )
                     Plaintiffs,            )   **[PROPOSED] ORDER RE ISSUANCE OF**
16          vs.                             )   **LETTERS ROGATORY**
                                            )
17   **AIR NEW ZEALAND, ALL NIPPON** )
     **AIRWAYS, CATHAY PACIFIC** )
18   **AIRWAYS, CHINA AIRLINES, EVA** )
     **AIRWAYS, JAPAN AIRLINES** )
19   **INTERNATIONAL, MALAYSIA** )
     **AIRLINES, NORTHWEST AIRLINES,**)
20   **QANTAS AIRWAYS, SINGAPORE** )
     **AIRLINES, THAI AIRWAYS,** )
21   **UNITED AIRLINES,** )
                                            )
22                   Defendants             )
                                            )
23   _____ )

24
25
26
27
28

**[PROPOSED] ORDER RE ISSUANCE OF LETTERS ROGATORY**
**Case No. 07-cv-05634; MDL No. 1913**

1    This matter came before the Court pursuant to Civil Local Rule 7-11.  Having considered

2  the Request, and GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT:

3    Plaintiffs Donald Wortman, William Adams and Margaret Garcia's request for issuance

4  of Letters Rogatory for the purpose of effecting service of process on Defendants Air New

5  Zealand, China Airlines, Eva Airways, Malaysia Airlines, Qantas Airways, Singapore Airlines

6  and Thai Airways is GRANTED.

7

8

9

10

11  Dated:  _____          _____

                                              The Honorable Charles R. Breyer
12                                            United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**[PROPOSED] ORDER RE ISSUANCE OF LETTERS ROGATORY**
**Case No. 07-cv-05634; MDL No. 1913**                                          1