MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

JOSEPH M. PATANE, ESQ. (72202)
LAW OFFICES OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: jpatane@tatp.com

Attorneys for Plaintiffs Kaufman et al.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AIR NEW ZEALAND, LTD., *ET AL.* <br><br> Defendants. | Case No. CV-07-5634 CRB <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (Civil Local Rules 3-12 & 7-11)** |
| **This document relates to:** <br><br> *Kaufman, et al. v. Air New Zealand, Ltd., et al.,* Case No. C-07-6417 JL | The Honorable Charles R. Breyer |

**1**
**ADMINSTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that plaintiffs Martin Kaufman, Ireatha Diane Mitchell, Rosemary Schenk and Lemuel Schenk ("Plaintiffs"), hereby move this Court pursuant to Civil Local Rules 3-12(b) and 7-11 of the United States District Court of the Northern District of California to consider whether the action entitled, *Kaufman et al. v. Air New Zealand, Ltd., et al.,* Case No. CV-07-6471 JL ("*Kaufman*"), filed December 19, 2007, should be related to *Wortman, et al. v. Air New Zealand, Ltd., et al.,* Case No. CV-07-5634 CRB ("*Wortman*"), filed November 6, 2007 in the Northern District of California and assigned to the Honorable Charles R. Breyer.

**I.    Related Cases**

Pursuant to Local Rule 3-12(b), the *Kaufman* action should be related to the *Wortman* action as the earliest-filed case.

On January 23, 2008, Judge Breyer entered an order relating the *Wortman* action and 1) *Brenden Maloof v. Air New Zealand, Ltd., et al.,* Case No. CV-07-5811 CRB ("*Maloof*"), filed in the Northern District of California on November 15, 2007; 2) *Robert Casteel III, et al. v. Air New Zealand, Ltd., et al.,* Case No. CV-07-6343 EMC ("*Casteel*"), filed in the Northern District of California on December 14, 2007; and, 3) *Micah Abrams v. Air New Zealand, Ltd., et al.,* Case No. CV-08-0339 MEJ ("*Abrams*"), filed in the Northern District of California January 17, 2008.

Like the *Wortman, Maloof, Casteel,* and *Abrams* actions, the *Kaufman* action alleges that defendants engaged in a conspiracy to fix the prices for passenger air transportation services containing transpacific flight segments.

**II.    Relationship of the Actions**

This Administrative Motion is made on the grounds that the *Kaufman* action and the *Wortman, Maloof, Casteel,* and *Abrams* actions, all involve substantially similar questions of fact and law and concern the same wrongful acts and occurrences.

Specifically, all cases involve allegations that many of the same defendants participated in a conspiracy to fix, raise or maintain the price for passenger air transportation services

containing transpacific flight segments in violation of Section 1 of the Sherman Act, 15 U.S.C. §1. Thus, the *Wortman, Maloof, Casteel, Abrams*, and *Kaufman* cases "concern substantially the same parties" as well as the same "property, transaction or event." L.R. 3-12(a)(1). Given the closely related nature of these cases, each involving substantially similar questions of law and fact, the assignment of these actions to the same judge would serve the interests of judicial economy and avoid the potential for conflicting rulings.

Pursuant to Local Rule 3-12(b)(2), it appears likely that there will be an unduly burdensome duplication of labor and expense or the possibility of conflicting results if these cases are conducted before different Judges. Therefore, it will be more efficient for all cases to proceed before the same Judge so that these analyses and determinations are made by one Court. This will avoid duplication of labor and expenses and the possibility of conflicting results.

### III. Conclusion

The *Wortman, Maloof, Casteel, Abrams*, and *Kaufman* actions satisfy the criteria of Rule 3-12, and as such, the relation of these actions is proper. Therefore, Plaintiffs respectfully request that the *Kaufman* action be related to the *Wortman* action and assigned to the Honorable Charles R. Breyer.

Dated: January 29, 2008         By:     /s/ Lauren C. Russell
                                        Mario N. Alioto (56433)
                                        Lauren C. Russell (241151)
                                        TRUMP, ALIOTO, TRUMP & PRESCOTT
                                        2280 Union Street
                                        San Francisco, CA 94123
                                        Telephone: (415) 563-7200
                                        Facsimile: (415) 346-0679
                                        E-mail: malioto@tatp.com;
                                        laurenrussell@tatp.com

                                        Joseph M. Patane (72202)
                                        LAW OFFICES OF JOSEPH M. PATANE
                                        2280 Union Street
                                        San Francisco, CA 94123
                                        Telephone: (415) 563-7200
                                        Facsimile: (415) 346-0679
                                        E-mail: jpatane@tatp.com

Sherman Kassof (66383)
Law Offices of Sherman Kassof
555 12th Street, Suite 1900
Oakland, CA 94607
Telephone: (510) 652 2554
Facsimile: (510) 652 9308
Email: heevay@att.net

Attorneys for Plaintiffs Martin Kaufman, Ireatha Diane Mitchell, Rosemary Schenk and Lemuel Schenk And All Others Similarly Situated