MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

Attorneys for Plaintiffs Kaufman et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA, individually and on behalf of all others similarly situated, <br><br>  Plaintiffs, <br><br> v. <br><br> AIR NEW ZEALAND, LTD., *ET AL.* <br><br>  Defendants. <br><br> **This document relates to:** <br><br> *Kaufman, et al. v. Air New Zealand, Ltd., et al.,* Case No. C-07-6417 JL | Case No. CV-07-5634 CRB <br><br> **DECLARATION OF LAUREN C. RUSSELL IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (Civil Local Rules 3-12 & 7-11)** <br><br> The Honorable Charles R. Breyer |

**1**
**DECLARATION OF LAUREN C. RUSSELL IN SUPPORT OF ADMINSTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED**

I, Lauren C. Russell, declare as follows:

1. I am an associate with the firm Trump, Alioto, Trump & Prescott, LLP and am a member in good standing of the State Bar of California. This Declaration is based on personal knowledge, except where specified that information is based on information and belief, and if called to testify, I could and would do so competently as to the matters set forth herein. I am counsel for plaintiffs Martin Kaufman, Ireatha Diane Mitchell, Rosemary Schenk and Lemuel Schenk ("Plaintiffs") in *Kaufman, et al. v. Air New Zealand, Ltd., et al.,* Case No. CV-07-6471 JL. I submit this Declaration in support of Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related.

2. Attached hereto as Exhibit A is a true and correct copy of the complaint entitled *Kaufman, et al. v. Air New Zealand, Ltd., et al.,* Case No. CV-07-6471 JL ("*Kaufman*"), filed on December 19, 2007 in the Northern District of California and assigned to the Honorable James Larson.

3. The *Kaufman* action is a proposed class action on behalf of purchasers of passenger air transportation services containing transpacific flight segments from defendants. Like *Wortman, et al. v. Air New Zealand, Ltd., et al.,* Case No. CV-07-5643 CRB ("*Wortman*"), the *Kaufman* action alleges a conspiracy to fix, raise, maintain and stabilize the price of passenger air transportation services containing transpacific flight segments in violation of Section 1 of the Sherman Act, 15 U.S.C. §1.

4. On January 23, 2008, Judge Breyer entered an order relating the *Wortman* action and the following similar actions: 1) *Brenden Maloof v. Air New Zealand, Ltd., et al.,* Case No. CV-07-5811 CRB ("*Maloof*"), filed in the Northern District of California on November 15, 2007; 2) *Robert Casteel III, et al. v. Air New Zealand, Ltd., et al.,* Case No. CV-07-6343 EMC ("*Casteel*"), filed in the Northern District of California on December 14, 2007; and, 3) *Micah Abrams v. Air New Zealand, Ltd., et al.,* Case No. CV-08-0339 MEJ ("*Abrams*"), filed in the Northern District of California January 17, 2008.

5. Like the *Wortman, Maloof, Casteel,* and *Abrams* actions, the *Kaufman* action alleges that defendants engaged in a conspiracy to fix the prices for passenger air transportation

1 services containing transpacific flight segments.

2     I declare under penalty of perjury under the laws of the United States that the foregoing
3 is true and correct. Executed this 29th day of December 2008 at San Francisco, California.

4
5
6                                 /s/ Lauren C. Russell
                                    Lauren C. Russell

**3**
**DECLARATION OF LAUREN C. RUSSELL IN SUPPORT OF ADMINSTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED**