MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

JOSEPH M. PATANE, ESQ. (72202)
LAW OFFICES OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: jpatane@tatp.com

Attorneys for Plaintiffs Kaufman et al.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA, individually and on behalf of all others similarly situated, | Case No. CV-07-5634 CRB |
| | **PROOF OF SERVICE** |
| Plaintiffs, | |
| v. | |
| AIR NEW ZEALAND, LTD., *ET AL.* | |
| Defendants. | |
| **This document relates to:** | |
| *Kaufman, et al. v. Air New Zealand, Ltd., et al.,* Case No. C-07-6417 JL | The Honorable Charles R. Breyer |

**1**
**PROOF OF SERVICE**

1  I, Lauren C. Russell, declare as follows:

2  I am a resident of the State of California, over the age of eighteen years, and not a party

3  to the within action. I am employed in the State of California, where the mailing occurs, and my

4  business address is TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP, 2280 Union Street, San

5  Francisco, California 94123.

6  On January 29, 2008, I served a true and correct copy of the following document(s):

7    1. **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

9    2. **DECLARATION OF LAUREN C. RUSSELL IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

11    3. **[PROPOSED] ORDER RELATING CASES**

12  by USDC Live System-Document Filing System on all interested parties registered for e-filing.

13  In addition, I served the above documents on the following interested parties by

14  electronic mail:

Yang Chen
CONSTANTINE CANNON LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 350-2700
Facsimile (212) 350-2701
ychen@constantinecannon.com

*Attorneys for Defendant All Nippon Airways Co., Ltd.*

Graham M. Wilson
CONSTANTINE CANNON LLP
1627 I Street, N.W. -10th Floor
Washington, DC 20006
Telephone: (202) 204-3513
gwilson@constantinecannon.com

*Attorneys for Defendant All Nippon Airways Co., Ltd.*

Richard J. Favretto
John Roberti
MAYER BROWN LLP
1909 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
rfavretto@mayerbrown.com
jroberti@mayerbrown.com

*Attorneys for Defendant United Air Lines, Inc.*

Edward D. Johnson
J. Joann Liao
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
wjohnson@mayerbrown.com
jliao@mayerbrown.com

*Attorneys for Defendant United Air Lines, Inc.*

| | |
|---|---|
| Rowan D. Wilson | Olga Vaytsman |
| Katherine A. Levine | STEPTOE JOHNSTON LLP |
| CRAVATH, SWAINE & MOORE LLP | 1330 Connecticut Avenue, NW |
| 825 Eighth Avenue | Washington, DC  20036 |
| New York, NY 10019 | Telephone: (202) 429-8149 |
| Telephone: (212) 474-1000 | Facsimile: (202) 429-3902 |
| Facsimile: (212) 474-3700 | ovaytsman@steptoe.com |
| rwilson@cravath.com | |
| klevine@cravath.com | *Attorneys for Defendant Japan Airlines* |

*Attorneys for Defendant Thai Airways*
*International Public Company Limited*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 29, 2008, at San Francisco, California.

                                    /s/ Lauren C. Russell
                                        Lauren C. Russell