1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 13  **DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA**, | ) ) | Case No. 07-cv-05634-CRB |
| 14  individually and on behalf of all others similarly situated, | ) ) ) | MDL No. 1913 |
| 15 | ) | |
| 16          Plaintiffs, vs. | ) ) ) | [PROPOSED] ORDER RE ISSUANCE OF LETTERS ROGATORY |
| 17  **AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC** | ) ) | |
| 18  **AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES** | ) ) | |
| 19  **INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES,** | ) ) | |
| 20  **QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS,** | ) ) | |
| 21  **UNITED AIRLINES,** | ) ) | |
| 22          Defendants | ) ) | |
| 23 _____ | ) | |

24
25
26
27
28

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**[PROPOSED] ORDER RE ISSUANCE OF LETTERS ROGATORY**
**Case No. 07-cv-05634; MDL No. 1913**

1  This matter came before the Court pursuant to Civil Local Rule 7-11.  Having considered
2  the Request, and GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT:
3  Plaintiffs Donald Wortman, William Adams and Margaret Garcia's request for issuance
4  of Letters Rogatory for the purpose of effecting service of process on Defendants Air New
5  Zealand, China Airlines, Eva Airways, Malaysia Airlines, Qantas Airways, Singapore Airlines
6  and Thai Airways is GRANTED.

11  Dated: _February 1, 2008_____    _____
12                                       The Honorable Charles R. Breyer
                                         United States District



LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

[PROPOSED] ORDER RE ISSUANCE OF LETTERS ROGATORY
Case No. 07-cv-05634; MDL No. 1913                                                  1