1  Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
   Steven N. Williams (175489; swilliams@cpmlegal.com)
2  Nanci E. Nishimura (152621; nnishimura@cpmlegal.com)
   Aron K. Liang (228936; aliang@cpmlegal.com)
3  Douglas Y. Park (233398;dpark@cpmlegal.com)
   **COTCHETT, PITRE & McCARTHY**
4  San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
5  Burlingame, CA  94010
   Telephone:  (650) 697-6000
6  Facsimile: (650) 697-0577

7  Walter J. Lack (57550; wlack@elllaw.com)
   Elizabeth L. Crooke (90305 ecrooke@elllaw.com)
8  Richard P. Kinnan (123170; rkinnan@elllaw.com)
   **ENGSTROM LIPSCOMB & LACK**
9  10100 Santa Monica Blvd., 16th Floor
   Los Angeles, CA 90067
10 Telephone:     (310) 552-3800
   Facsimile:  (310) 552-9434

11

*Attorneys for Plaintiffs and the Class*

12

## UNITED STATES DISTRICT COURT

13

## IN AND FOR NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  **DONALD WORTMAN,** | ) **Case No. 07-CV-5634-CRB** |
| **WILLIAM ADAMS,** | ) |
| 16  **MARGARET GARCIA,**  individually and on | ) |
| behalf of all others similarly situated, | ) |
| 17            Plaintiffs, | ) **MDL No. 1913** |
| vs. | ) |
| 18 | ) |
| **AIR NEW ZEALAND,** | ) **REQUEST FOR INTERNATIONAL** |
| 19  **ALL NIPPON AIRWAYS,** | ) **JUDICIAL ASSISTANCE** |
| 20  **CATHAY PACIFIC AIRWAYS,** | ) |
| **CHINA AIRLINES,** | ) **(LETTER ROGATORY)** |
| 21  **EVA AIRWAYS,** | ) |
| **JAPAN AIRLINES INTERNATIONAL,** | ) |
| 22  **MALAYSIA AIRLINES,** | ) |
| 23  **NORTHWEST AIRLINES,** | ) |
| **QANTAS AIRWAYS,** | ) |
| 24  **SINGAPORE AIRLINES,** | ) |
| **THAI AIRWAYS,** | ) |
| 25  **UNITED AIRLINES,** | ) |
|            Defendants. | ) |
| 26 | ) |

27

28

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**
**(LETTER ROGATORY)**
**Case No. 07-cv-5634-CRB; MDL No. 1913**

1    The United District Court for the Northern District of California, San Francisco Division,

2  presents its compliments to the Appropriate Judicial Authority of Singapore, and requests

3  international assistance to effect service of process to be used in a Civil proceeding before this

4  court in the above captioned matter.

5  **I.    REQUEST**

6    This court requests the assistance described herein as necessary in the interests of justice.

7  The assistance requested is that the Appropriate Judicial Authority of Malaysia effect Service of

8  Process of: (1) Class Action Complaint *Wortman, et al. v. Air New Zealand, et al.*; (2) Civil

9  Cover Sheet; (3) Summons in a Civil Case; (4) Notice of Assignment of Case to a United States

10  Magistrate Judge for Trial; (5) Order Setting Initial Case Management Conference and ADR

11  deadlines; (6) ECF Registration Information Handout; (7) Standing Order re Case Management

12  Conference; (7) ADR Dispute Resolution Process; and (8) Order Granting Administrative

13  Motion to Relate Cases,  on the below named entity:

14

15    SINGAPORE AIRLINES
     Airline House
16    25 Airline Road
     819829 Singapore
17

18    The Appropriate Judicial Authority of Singapore is respectfully requested to:

19    (1) Serve the above mentioned documents, and the translations thereof, by personal

20  service upon legal representatives of SINGAPORE AIRLINES at the above address or in a

21  manner prescribed for the service of such documents under the laws of Singapore; and

22    (2) Return through diplomatic channels to this Court the proof of service along with a

23  copy of the documents which were served.

24  **II.    FACTS OF THE CASE**

25    On November 6, 2007, Plaintiffs, individually and on behalf of the class described below,

26  filed the enclosed Class Action Complaint against Defendants for damages under the antitrust

27

28

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**
**(LETTER ROGATORY)**
**Case No. 07-cv-5634-CRB; MDL No. 1913**                                    1

1   laws of the United States. Plaintiffs allege that Defendants conspired to fix, raise, maintain, and
2   stabilize the prices for long haul passenger transpacific flights to and from the United States, and
3   for fixed fuel surcharges on this transportation, during the class period 2004 to August 2007.
4   Plaintiffs bring this action to recover damages, including treble damages, injunctive relief, costs
5   of suit, and reasonable attorneys' fees caused by Defendants' violations of the Sherman Act, 15
6   U.S.C. § 1.  SINGAPORE AIRLINES is among the Defendants alleged to have participated in
7   this price-fixing conspiracy.

8   **III.    RECIPROCITY**

9       The United States District Court for the Northern District of California, San Francisco
10  Division, expresses its willingness to provide similar assistance to the Appropriate Judicial
11  Authority of Singapore.

12  **IV.     REIMBURSEMENT OF COSTS**

13      The United States District Court for the Northern District of California, San Francisco
14  Division, order Plaintiffs to reimburse the Appropriate Judicial Authority of Australia and/or the
15  U.S. Department of State for costs incurred in executing this Letter Rogatory. Plaintiffs shall
16  reimburse the Appropriate Judicial Authority of Australia and/or the U.S. Department of State for
17  any expenses incurred in connection with the execution of this Letter Rogatory. Please contact
18  Plaintiffs' counsel before exceeding the amount of US $1,500. Plaintiffs' counsel is: Steven N.
19  Williams, Cotchett, Pitre & McCarthy, 840 Malcolm Road, Suite 200, Burlingame, California
20  94010, United States of America; phone (650) 697-6000; fax (650) 697-0577 ; e-mail:
21  swilliams@cpmlegal.com.

22      In acknowledgment of the additional time which is needed to prepare and file an Answer
23  to the attached documents, the time period for answering is extended to forty-five (45) days after
24  service.

25      The Court extends to the judicial authorities of Singapore assurances of its highest
26  consideration.

27

28

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**
**(LETTER ROGATORY)**
**Case No. 07-cv-5634-CRB; MDL No. 1913**                                              2

1
2
3
4
5
6    DATED:   February 01, 2008

                                         Honorable Charles R. Breyer
7                                             United States District Judge

8                        [COURT SEAL]                 UNITED STATES DISTRICT COURT
9                                             NORTHERN DISTRICT OF CALIFORNIA

                                         SAN FRANCISCO DIVISION
                                         450 Golden Gate Avenue
10                                             Courtroom 8, 19th Floor
                                         San Francisco, California 94102
11                                             United States of America
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**
**(LETTER ROGATORY)**
**Case No. 07-cv-5634-CRB; MDL No. 1913**                       3