1 | Joseph W. Cotchett (36324)
jcotchett@cpmlegal.com
2 | Steven N. Williams (175489)
swilliams@cpmlegal.com
3 | Nanci E. Nishimura (152621)
nnishimura@cpmlegal.com
4 | Aron K. Liang (228936)
aliang@cpmlegal.com
5 | Douglas Y. Park (233398)
dpark@cpmlegal.com
6 | **COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
7 | 840 Malcolm Road, Suite 200
Burlingame, CA  94010
8 | Telephone:  (650) 697-6000
Fax:(650) 697-0577

Walter J. Lack (57550)
10 | wlack@elllaw.com
Elizabeth L. Crooke (90305)
11 | ecrooke@elllaw.com
Richard P. Kinnan (123170)
12 | rkinnan@elllaw.com
**ENGSTROM LIPSCOMB & LACK**
13 | 10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067
14 | Telephone: (310) 552-3800
Facsimile: (310) 552-9434

*Attorneys for Plaintiffs Wortman, Adams,
Garcia, and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE TRANSPACIFIC AIR PASSENGER ANTITRUST LITIGATION** ) ) ) ) | **Case No. 07-cv-05634-CRB**  **MDL No. 1913** |
| **This Document Relates to:** ) ) **Case No. 07-cv-05634-CRB** ) *Wortman, et al. v. Air New Zealand, et al.* ) ) | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT NORTHWEST AIRLINES**  **[F.R.C.P. Section 41(a)(1)]** |

LAW OFFICES
COTCHETT, PITRE & MCCARTHY

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT NORTHWEST AIRLINES**
Case No. 07-cv-05634-CRB; MDL No. 1913

1  Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiffs Donald Wortman, William Adams and Margaret Garcia hereby dismiss all claims made in Case No. 07-cv-05634-CRB, without prejudice, against named defendant Northwest Airlines.

Dated: February 11, 2008          By:   */s/ Steven N. Williams*

Joseph W. Cotchett
Steven N. Williams
Nanci E. Nishimura
Aron K. Liang
Douglas Y. Park
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Fax:(650) 697-0577

Walter J. Lack
Elizabeth L. Crooke
Richard P. Kinnan
**ENGSTROM LIPSCOMB & LACK**
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067
Telephone: (310) 552-3800
Facsimile: (310) 552-9434

*Attorneys for Plaintiffs Wortman, Adams, Garcia, and the Proposed Class*



LAW OFFICES
COTCHETT, PITRE & MCCARTHY

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT NORTHWEST AIRLINES
Case No. 07-cv-05634-CRB; MDL No. 1913**          1