Joseph W. Cotchett (36324)
jcotchett@cpmlegal.com
Steven N. Williams (175489)
swilliams@cpmlegal.com
Nanci E. Nishimura (152621)
nnishimura@cpmlegal.com
Aron K. Liang (228936)
aliang@cpmlegal.com
Douglas Y. Park (233398)
dpark@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Fax:(650) 697-0577

Walter J. Lack ( 57550)
wlack@elllaw.com
Elizabeth L. Crooke (90305)
ecrooke@elllaw.com
Richard P. Kinnan (123170)
rkinnan@elllaw.com
**ENGSTROM LIPSCOMB & LACK**
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067
Telephone: (310) 552-3800
Facsimile: (310) 552-9434

*Attorneys for Plaintiffs Wortman, Adams, Garcia, and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE TRANSPACIFIC AIR PASSENGER ANTITRUST LITIGATION** ) ) ) ) _____ ) **This Document Relates to:** ) ) **Case No. 07-cv-05634-CRB** ) *Wortman, et al. v. Air New Zealand, et al.* ) ) _____ ) | **Case No. 07-cv-05634-CRB** **MDL No. 1913** **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

I am employed in San Mateo County, which is where service of the documents referred to below occurred. I am over the age of 18 and not a party to the within action. My business address is Cotchett, Pitre & McCarthy, San Francisco Airport Center, 840 Malcolm Road, Burlingame, California 94010. I am readily familiar with Cotchett, Pitre & McCarthy's practices for the service of documents. On February 11, 2008, I served or caused to be served a true copy of the following documents in the manner listed below:

1. **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT NORTHWEST AIRLINES [F.R.C.P. Section 41(a)(1)]**

4. **CERTIFICATE OF SERVICE**

**XXX**  **BY ECF:** I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in the Docket Number M:07-cv-05634-CRB. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

**XXX**  **BY OVERNIGHT COURIER SERVICE:** I caused the sealed envelope containing the aforementioned documents to be delivered via overnight courier service to the addressee specified below:

Honorable Charles R. Breyer
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 8, 19th Floor
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Burlingame, California, on February 11, 2008.

*/s/ Jaclyn Verducci*
**JACLYN VERDUCCI**

CERTIFICATE OF SERVICE

2