Gilmur R. Murray (SBN:111856)
Derek G. Howard (SBN:118082)
Scott J. Yundt (SBN: 242595)
**MURRAY & HOWARD LLP**
436 14th Street, Suite 1413
Oakland, California 94612
T:  (510) 444-2660
F:  (510) 444-2522
gmurray@murrayhowardlaw.com
dhoward@murrayhowardlaw.com
syundt@murrayhowardlaw.com

*Attorney for Plaintiff Brenden Maloof and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC AIR PASSENGER ANTITRUST LITIGATION** | Case No. CV 07-5634 CRB <br><br> MDL No. 1913 <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTHWEST AIRLINES WITHOUT PREJUDICE [F.R.C.P. § 41(a)(1)]** |
| **This Document Relates To:** | Case No. CV07-05811 CRB |
| **BRENDEN G. MALOOF**, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> vs. <br><br> **AIR NEW ZEALAND, et al.** <br><br> Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTHWEST AIRLINES WITHOUT PREJUDICE [F.R.C.P. § 41(a)(1)]**

**TO THE COURT AND ALL PARTIES:**

Please take notice that pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiff Brenden G. Maloof voluntarily dismisses defendant Northwest Airlines from all claims made in Case No.07-cv-05811-CRB without prejudice.

Dated: February 14, 2008             MURRAY & HOWARD, LLP

By: /s/ Derek G. Howard
    DEREK G. HOWARD

*Attorneys for Brenden Maloof and the Class*

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTHWEST AIRLINES WITHOUT PREJUDICE [F.R.C.P. § 41(a)(1)]**

**PROOF OF SERVICE:**

I certify and declare under penalty of perjury that I: am a citizen of the United States and employed in the County of Alameda, State of California, am over eighteen (18) years of age and my business address is Murray & Howard, LLP, 436 14th Street, Suite 1413, Oakland, CA 94612, whose members are members of the State Bar of California.  I am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true an correct copy of the following document(s) in the manner indicated below:

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTHWEST AIRLINES WITHOUT PREJUDICE [F.R.C.P. § 41(a)(1)]**

 XX     **By USDC ECF:** by USDC Live System-Document Filing System on all interested parties registered for e-filing.

 XX     **By U. S. MAIL:**  I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the Unites States Postal Service, and said correspondence would be deposited with the United Sates Postal Service at Oakland, California that same day in the ordinary course of business.

**BY OVERNIGHT COURIER**:
Honorable Charles R. Breyer
United States District Court
Northern District of California
450 Golden Gate Avenue
Ctrm: 8, 19th Floor
San Francisco, CA 94102

**BY U.S. MAIL DELIVERY:**

**Richard Pollard Kinnan**
**Walter J. Lack**
Engstrom Lipscomb & Lack
10100 Santa Monica Blvd. 16FL
Los Angeles, CA 90067-4107

**Nanci Eiko Nishimura**
**Douglas Youngwoon Park**
Cotchett Pitre Simon & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010

I declare under the penalty of perjury that the foregoing is true and correct.  Executed on February 14, 2008 at Oakland, California.

                                                 /s/Amanda L. Arnall
                                               Amanda L. Arnall