Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
Nancy L. Fineman (124870; nfineman@cpmlegal.com)
Steven N. Williams (175489; swilliams@cpmlegal.com)
Nanci E. Nishimura (152621; nnishimura@cpmlegal.com)
Aron K. Liang (228936; aliang@cpmlegal.com)
Douglas Y. Park (233398; dpark@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577

*Attorneys for Plaintiffs Donald Wortman, Williams Adams
and Margaret Garcia, and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Case No. 07-cv-05634-CRB<br><br>MDL No. 1913<br><br>**[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL**<br><br>**[FED. R. CIV. P. 23(g)]** |
| **This Document Relates to:**<br><br>**ALL ACTIONS** | Date:   March 28, 2008<br>Time:  10:00 a.m.<br>Judge: Hon. Charles R. Breyer |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL**
**Case No. 07-cv-05634-CRB; MDL No. 1913**

1   Now pending before the Court is an application by Donald Wortman, William Adams and Margaret Garcia, pursuant to Federal Rule of Civil Procedure 23(g), for appointment of interim class counsel.  After carefully considering this application, and the requirements of Rule 23(g)(1)(C), the Court concludes that one law firm can effectively represent the class, and that the law firm of Cotchett, Pitre & McCarthy is "best able to represent the interests of the class." Fed. R. Civ. P. 23(g)(2)(B).

Cotchett, Pitre & McCarthy ably represented a plaintiff class before this Court in a previous MDL antitrust consolidated class action.  Furthermore, as demonstrated by the application, Cotchett, Pitre & McCarthy meets all of the standards set forth in Rule 23(g)(1)(B).  They have demonstrated exemplary work in identifying and investigating potential claims in the action, they are experienced in the handling of complex antitrust class actions including cases concerning many of the same facts, issues, and evidence that will be at issue in this case, they have extensive knowledge in the applicable law, and they have appropriate resources to properly represent the class.

The motion is granted, and the law firm of Cotchett, Pitre & McCarthy is hereby appointed interim lead class counsel for the plaintiff class pursuant to Rule 23(g) and is authorized to establish a Steering Committee, subject to further order from the Court.

**IT IS SO ORDERED.**

Dated: _____

CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL
Case No. 07-cv-05634-CRB; MDL No. 1913                                          1