# Exhibit B

1  Joseph W. Cotchett (#36324; jcotchett@cpmlegal.com)
   Steven N. Williams (#175489; swilliams@cpmlegal.com)
2  Nanci E. Nishimura (#152621; nnishimura@cpmlegal.com)
   Aron K. Liang (#228936; aliang@cpmlegal.com)
3  Douglas Y. Park (#233398; dpark@cpmlegal.com)
   **COTCHETT, PITRE & McCARTHY**
4  San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
5  Burlingame, CA 94010
   Telephone: (650) 697-6000
6  Fax:(650) 697-0577

7  Walter J. Lack (#57550; wlack@elllaw.com)
   Elizabeth L. Crooke (#90305; ecrooke@elllaw.com)
8  Richard P. Kinnan (#123170; rkinnan@elllaw.com)
   **ENGSTROM LIPSCOMB & LACK**
9  10100 Santa Monica Blvd., 16th Floor
   Los Angeles, CA 90067
10 Telephone: (310) 552-3800
   Facsimile: (310) 552-9434

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES,<br><br>Defendants | Case No. 07-cv-05634-CRB<br><br>MDL No. 1913<br><br>[PROPOSED] ORDER FOR DESIGNATION OF A PLACEHOLDER COMPLAINT AND SUMMONS |

---

[PROPOSED] ORDER FOR DESIGNATION OF A PLACEHOLDER COMPLAINT AND SUMMONS
Case No. 07-cv-05634-CRB; MDL No. 1913

1   Plaintiffs Donald Wortman, William Adams and Margaret Garcia ("Plaintiffs") seek an
2   order allowing them to file a placeholder complaint and summons in case number 07-cv-05634-
3   CRB, for service to defendants Cathay Pacific Airways, China Airlines and EVA Airways
4   ("Defendants"). Plaintiffs' have been working with a process server to serve the complaint,
5   summons and other supporting documents to all defendants located outside the United States.
6   Defendant Cathay Pacific Airways is located in Hong Kong. Defendants China Airlines
7   and EVA Airways are located in Taiwan. Defendants in Hong Kong require service through the
8   Hague Convention. Defendants located in Taiwan require service through a Letter Rogatory.
9   For service in Hong Kong, a special administrative region of the People's Republic of
10  China ("PRC"), the local authorities refuse to accept or serve any Hague Request with pleadings
11  that imply that Hong Kong is not a part of China or that imply that Taiwan is not a part of
12  China.
13  For service in Taiwan, also known as Republic of China ("ROC"), the designations
14  "Republic of China," "ROC," or any references to the "State" or "Nation" of Taiwan cannot be
15  included in the pleadings or in the Letter Rogatory (due to the United States' diplomatic
16  relations). If such language is contained in those documents, it must be removed, since such
17  references are a diplomatic faux pas and will result in the U.S. State Department's refusal to
18  handle the documents.
19  **PURSUANT TO PLAINTIFFS' ADMINISTRATIVE MOTION,**
20  **IT IS HEREBY ORDERED** that Plaintiffs may redact references to "Hong Kong" and
21  "Taiwan" from the complaint and summons in case number 07-cv-05634-CRB, for purposes of
22  service to the Defendants located in Hong Kong and Taiwan. Prior to serving the placeholder
23  complaint and summons, Plaintiffs must file a notice of a placeholder complaint and summons
24  in case number 07-cv-05634-CRB. The notice of a placeholder complaint and summons must
25  ///
26  ///
27
28

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

[PROPOSED] ORDER FOR DESIGNATION OF A PLACEHOLDER COMPLAINT AND SUMMONS
Case No. 07-cv-05634-CRB; MDL No. 1913                                                          1

1   also be served with the placeholder complaint and summons.

4   Dated: January 14, 2008

*IT IS SO ORDERED*

Judge Charles R. Breyer
United States District Court

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

[PROPOSED] ORDER FOR DESIGNATION OF A PLACEHOLDER COMPLAINT AND SUMMONS
Case No. 07-cv-05634-CRB; MDL No. 1913                                    2