Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
Nancy L. Fineman (124870; nfineman@cpmlegal.com)
Steven N. Williams (175489; swilliams@cpmlegal.com)
Nanci E. Nishimura (152621; nnishimura@cpmlegal.com)
Aron K. Liang (228936; aliang@cpmlegal.com)
Douglas Y. Park (233398; dpark@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577

*Attorneys for Plaintiffs Donald Wortman, Williams Adams and Margaret Garcia, and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Case No. 07-cv-05634-CRB<br>MDL No. 1913 |
| **This Document Relates to:**<br>**ALL ACTIONS** | **CERTIFICATE OF SERVICE** |

I am employed in San Mateo County, which is where service of the document(s) referred to below occurred. I am over the age of 18 and not a party to the within action. My business address is Cotchett, Pitre & McCarthy, San Francisco Airport Center, 840 Malcolm Road, Suite 200, Burlingame, California 94010. I am readily familiar with Cotchett, Pitre & McCarthy's practices for the service of documents. On February 20, 2008, I served or caused to be served a true copy of the following document(s) in the manner listed below:

**PLAINTIFFS' DONALD WORTMAN, WILLIAM ADAMS AND MARGARET GARCIA'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL**

**DECLARATION OF JOSEPH W. COTCHETT IN SUPPORT OF PLAINTIFFS' DONALD WORTMAN, WILLIAM ADAMS AND MARGARET GARCIA'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL**

**[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL**

__X__    **BY ECF:** Via the Court's ECF system on all parties registered to receive notice via that service.

DATED: February 20, 2008            _/s/ Aron K. Liang_
                                                            ARON K. LIANG

**CERTIFICATE OF SERVICE**                                                                  1