JOSEPH M. PATANE (72202)
LAW OFFICE OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: jpatane@tatp.com

Attorney for Plaintiffs Martin Kaufman,
Ireatha Diane Mitchell, Rosemary Schenk
And Lemuel Schenk

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | Case No. 07-cv-05634-CRB <br><br> MDL No. 1913 |
| This Document Relates To: <br><br> ALL ACTIONS | **NOTICE OF APPEARANCE BY JOSEPH M. PATANE** <br><br> The Honorable Charles R. Breyer |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Joseph M. Patane of the Law Office of Joseph M. Patane hereby appears as counsel for plaintiffs Martin Kaufman, Ireatha Diane Mitchell, Rosemary Schenk and Lemuel Schenk and the putative class in this action and respectfully requests that all pleadings and other documents be served upon the Law Office of Joseph M. Patane, as identified below:

>Joseph M. Patane
>Law Office of Joseph M. Patane
>2280 Union Street
>San Francisco, CA 94123
>Telephone: (415) 563-7200
>Facsimile: (415) 346-0679
>E-mail: malioto@tatp.com

1  Dated: February 20, 2008          By:    /s/ Joseph M. Patane
                                            Joseph M. Patane (72202)
2                                           LAW OFFICE OF JOSEPH M. PATANE
                                            2280 Union Street
3                                           San Francisco, CA 94123
                                            Telephone: (415) 563-7200
4                                           Facsimile: (415) 346-0679
5                                           E-mail: jpatane@tatp.com

6                                           Counsel for Plaintiffs Martin Kaufman, Ireatha
                                            Diane Mitchell, Rosemary Schenk and Lemuel
7                                           Schenk And All Others Similarly Situated

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 20th day of February 2008, the foregoing Notice of Appearance was electronically filed and served on all parties via ECF, and is available for viewing and downloading from the ECF system.

/s/ Joseph M. Patane
Joseph M. Patane