Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
Nancy L. Fineman (124870; nfineman@cpmlegal.com)
Steven N. Williams (175489; swilliams@cpmlegal.com)
Nanci E. Nishimura (152621; nnishimura@cpmlegal.com)
Aron K. Liang (228936; aliang@cpmlegal.com)
Douglas Y. Park (233398; dpark@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiffs Donald Wortman, Williams Adams and Margaret Garcia, and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Case No. 07-cv-05634-CRB<br>MDL No. 1913 |
| This Document Relates to:<br><br>ALL ACTIONS | AMENDED CERTIFICATE OF SERVICE |

LAW OFFICES
COTCHETT,
PITRE &
McCARTHY

AMENDED CERTIFICATE OF SERVICE                                                                                   1

I am employed in San Mateo County, which is where service of the document(s) referred to below occurred. I am over the age of 18 and not a party to the within action. My business address is Cotchett, Pitre & McCarthy, San Francisco Airport Center, 840 Malcolm Road, Suite 200, Burlingame, California 94010. I am readily familiar with Cotchett, Pitre & McCarthy's practices for the service of documents. On February 20, 2008, I served or caused to be served a true copy of the following document(s) in the manner listed below:

**PLAINTIFFS' DONALD WORTMAN, WILLIAM ADAMS AND MARGARET GARCIA'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL**

**DECLARATION OF JOSEPH W. COTCHETT IN SUPPORT OF PLAINTIFFS' DONALD WORTMAN, WILLIAM ADAMS AND MARGARET GARCIA'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL**

**[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL**

__X__  **BY ECF:** Via the Court's ECF system on all parties registered to receive notice via that service.

__X__  **BY OVERNIGHT COURIER:** I placed a true copy in a sealed envelope addressed as indicated above, on the date shown below. I am familiar with the firm's practice of collection and processing of correspondence for delivery by Federal Express. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to Federal Express with a fully completed airbill, under which all delivery charges are paid by Cotchett, Pitre & McCarthy, that same day in the ordinary course of business.

(SEE ATTACHED SERVICE LIST)

DATED: February 20, 2008                         _____
                                                  ARON K. LIANG


LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

AMENDED CERTIFICATE OF SERVICE                                          1

*In re Transpacific Passenger Air Transportation Antitrust Litigation*
Case No. 07-cv05634-CRB

## SERVICE LIST

Thomas Girardi
Graham B.LippSmith
**Girardi Keese**
1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel: (213) 977-0211
Fax: (213) 481-1554

*Attorneys for Plaintiffs Andrew Barton and Tracey Wadmore Smith*

Robert C. Baker
**Baker, Keener & Nahra, LLP**
633 West 5th Street, Suite 5400
Los Angeles, CA 90071
Tel: (213) 241-0900
Fax: (213) 241-0990

*Attorneys for Plaintiffs Matthew Evans and Clyde H. Campbell Jr.*

Bruce L. Simon
Esther L Klisura
**Pearson Simon Soter Warshaw & Pelly**
44 Montgomery St, Suite 1200
San Francisco, CA 94104
Tel: (415) 433-9000
Fax:( 415) 433-9008

*Attorneys for Plaintiffs Franklyn Ajaye, Ming-Chun Wu Chen, Tzu-Chiao Chen, Rayna Rusenko, Titi Tran, Boris Zingerman and Galina Zingerman*

Thomas V. Girardi
Jennifer Lenze
**Girardi Keese**
1126 Wilshire Boulevard
Los Angeles, CA 91101
Tel: (213) 977-0211
Fax:( 213) 481-1554

Guido Saveri
R. Alexander Saveri
Cadio Zirpoli
**Saveri & Saveri**
111 Pine Street, Suite 1700
San Francisco, CA 94111
Tel: 415-217-6810
Fax: 415-217-6813

*Attorneys for Plaintiffs Schelly, Benson & Kitagawa*

| | |
|---|---|
| Steven J. Serratore<br>**Serratore-Ames LLP**<br>9595 Wilshire Blvd., Suite 201<br>Beverly Hills, CA 90212<br>Tel: 310-205-2460<br>Fax: 310-205-2464 | *Attorneys for Plaintiffs Schelly, Benson & Kitagawa* |
| Randy R. Renick<br>**Law Offices of Randy Renick**<br>128 N. Fair Oaks Ave, Suite 204<br>Pasadena, CA 91103<br>Tel: 626-585-9608<br>Fax: 626-577-7079 | *Attorneys for Plaintiffs Schelly, Benson & Kitagawa* |
| Daniel C. Girard<br>Aaron M. Sheanin<br>Elizabeth Cheryl Pritzker<br>Steven G. Tidrick<br>**Girard Gibbs LLP**<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>Fax: (415) 981-4846 | *Attorneys for Plaintiff Mark Foy* |
| C. Donald Amamgbo<br>**Amamgbo & Associates, APC**<br>7901 Oakport Street, Suite 4900<br>Oakland, CA 94621<br>(510) 615-6000<br>Fax: (510) 615-6025 | *Attorney for Plaintiffs Robert Casteel III, Uchenna Udemezue and Steve Ike* |
| Brian Joseph Barry, Esq.<br>**Law Offices of Brian Barry**<br>1801 Avenue of the Stars, Suite 307<br>Los Angeles, CA 90067<br>Tel: 310-788-0831<br>Fax: 310-788-0841 | *Attorney for Plaintiffs Woodrow Clark II, and James Evans* |

| | |
|---|---|
| Allan Steyer<br>**Steyer Lowenthal Boodrookas Alvarez & Smith LLP**<br>One California Street, Third Floor<br>San Francisco, CA 94104<br>Tel: (415) 421-3400<br>Fax: (415) 421-2234 | *Attorneys for Plaintiffs Rachel Diller and Trong Nguyen* |
| Michael D. Hausfeld<br>Charles E. Tompkins<br>Andrea L. Hertzfeld<br>Hilary K. Ratway<br>James J. Pizzirusso<br>**Cohen Milstein Hausfeld & Toll**<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, DC 20005-3934<br>Tel: (202) 408-4600<br>Fax: (202) 408-4699 | *Attorneys for Plaintiffs Rachel Diller and Trong Nguyen* |
| Michael P. Lehman<br>**Cohen Milstein Hausfeld & Toll**<br>One Embarcadero Center, Suite 2440<br>San Francisco, CA 94111<br>Tel: 415-983-3321<br>Fax: 541-986-3643 | *Attorneys for Plaintiffs Rachel Diller and Trong Nguyen* |
| Mario Nunzio Alioto<br>**Trump Alioto Trump & Prescott LLP**<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel: 415-563-7200<br>Fax: 415-346-0679 | *Attorneys for Plaintiffs Martin Kaufman, Ireatha Diane Mitchell, Rosemary Senger and Lemuel Schenck* |
| Sherman Kassof<br>**Law Offices of Serman Kassof**<br>954 Risa Road, Suite B<br>Lafayette, CA 94549<br>Tel: 510-652-2554<br>Fax: 510-652-9308 | *Attorneys for Plaintiffs Martin Kaufman, Ireatha Diane Mitchell, Rosemary Senger and Lemuel Schenck* |

| | |
|---|---|
| Joseph M. Patane<br>**Law Office of Joseph M. Patane**<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel: (415) 563-7200<br>Fax: (415) 346-0679 | *Attorneys for Plaintiffs Martin Kaufman, Ireatha Diane Mitchell, Rosemary Schenk, and Lemuel Schenk* |
| Brian S. Kabateck<br>Richard Kellner<br>**Kabateck Brown Kellner, LLP**<br>644 South Figueroa Street<br>Los Angeles, CA 90071<br>Tel: 213-217-5000<br>Fax: 213-217-5010 | *Attorney for Plaintiff Meor Adlin* |
| Lori S. Brody<br>**Kaplan Fox & Kilsheimer LLP**<br>1801 Century Park East, Suite 1460<br>Los Angeles, CA 90067<br>Tel: 310-785-0800<br>Fax: 310-785-0897 | *Attorneys for Plaintiff Stephen Gaffigan* |
| Laurence D. King<br>**Kaplan Fox & Kilsheimer LLP**<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>Tel: 415-772-4700<br>Fax: 415-772-4707 | *Attorneys for Plaintiff Stephen Gaffigan* |
| William Pinilis<br>**Kaplan Fox & Kilsheimer LLP**<br>160 Morris Street<br>Morristown, New Jersey 07960<br>Tel: 973-656-0222<br>Fax: 973-401-1114 | *Attorneys for Plaintiff Stephen Gaffigan* |
| Robert N. Kaplan<br>Donald R. Hall<br>Jason A Zweig<br>**Kaplan Fox & Kilsheimer LLP**<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Tel: 212-687-1980<br>Fax: 212-687-7714 | *Attorneys for Plaintiff Stephen Gaffigan* |

| | |
|---|---|
| Gabe Halpern<br>**Pinilis & Halpern, LLP**<br>160 Morris Street<br>Morristown, New Jersey 07960<br>Tel: 973-656-0222<br>Fax: 973-401-1114 | *Attorneys for Plaintiff Stephen Gaffigan* |
| Cheryl Hamer<br>**Pomerantz Haudek Block Grossman & Gross**<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Tel: 415-241-1480<br>Fax: 800-211-5422 | *Attorneys for Plaintiff Judah M. Feigenbaum* |
| Michael Buckman<br>J. Douglas Richards<br>**Pomerantz Haudek Block Grossman & Gross**<br>100 Park Avenue<br>New York, NY 10019<br>Tel: 212-661-1100<br>Fax: 212-661-8665 | *Attorneys for Plaintiff Judah M. Feigenbaum* |
| Jiangxiao Athena Hou<br>Matthew Rutledge Schultz<br>Patrick Bradford Clayton<br>**Zelle Hofmann Voelbel Mason & Gette**<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel: 415-693-0700<br>Fax: 415-693-0770 | *Attorneys for Plaintiff Micah Abrams* |
| Michael J. Holland<br>**Condon & Forsyth LLP**<br>7 Times Square, 18th Floor<br>New York, New York 10036<br>Tel: 212-490-9100 | *Attorney for Defendant Air New Zealand* |
| Douglas E. Rosenthal<br>**Constantine Cannon LLP**<br>1627 Eye Street, N.W., 10th Floor<br>Washington, District of Columbia 20006<br>Tel: 202-204-3500<br>Fax: 202-204-3501 | *Attorney for Defendant All Nippon Airways* |

| | |
|---|---|
| Edward B. Schwartz<br>**DLA PIPER US LLP**<br>500 Eighth Street, N.W.<br>Washington, DC 20004<br>Tel: 202-799-4000<br>Fax: 202-799-5000 | *Attorney for Defendant Cathay Pacific Airways* |
| James V. Dick<br>**Squire, Sanders & Dempsey LLP**<br>1201 Pennsylvania Avenue, N.W., Suite 500<br>Washington, D.C. 20004<br>Tel: 202-626-6600<br>Fax: 202-626-6780 | *Attorney for Defendant China Airlines* |
| David Kirstein<br>**Kirstein & Young, PLLC**<br>1750 K Street, N.W., Suite 200<br>Washington, D.C. 20006<br>Tel: 202-331-3348<br>Fax: 202-331-3933 | *Attorney for Defendant EVA Airways* |
| William Karas<br>**Steptoe & Johnson LLP**<br>Washington, D.C. 20036<br>Tel: 202-429-8126<br>Fax: 202-429-8126 | *Attorney for Defendant Japan Airlines International* |
| David A. Senior<br>Benjamin D. Weston<br>**McBreen & Senior**<br>2029 Century Park East, Third Floor<br>Los Angeles, CA 90067<br>Tel: 310-552-5300<br>Fax: 310-552-1205 | *Attorney for Defendant Malaysia Airlines* |
| John F. Cove, Jr.<br>Kenneth Fischer Rossman<br>**Boies, Schiller & Flexner LLP**<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Tel: 510-874-1000 | *Attorney for Defendant Northwest Airlines* |

| | |
|---|---|
| W. Tod Miller<br>**Baker & Miller PLLC**<br>2401 Pennsylvania Avenue, N.W., Suite 300<br>Washington, D.C. 20037<br>Tel: 202-663-7820<br>Fax: 202-663-7849 | *Attorney for Defendant Qantas Airways* |
| William R. Sherman<br>**Latham & Watkins LLP**<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>Tel: 202-637-2200<br>Fax: 202-637-2201 | *Attorney for Defendant Singapore Airlines* |
| Mark S. Priver<br>**Ohashi & Priver**<br>140 South Lake Ave., Suite 208<br>Pasadena, CA 91101<br>Tel: 626-584-1107<br>Fax: 626-584-3636 | *Attorney for Defendant Thai Airways* |
| Katherine A. Levine<br>**Cravath, Swaine & Moore LLP**<br>825 Eighth Avenue, 4044 D<br>New York, NY 10019<br>Tel: 212-474-1684<br>Fax: 212-474-3700 | *Attorney for Defendant Thai Airways* |
| Richard J. Favretto<br>**Mayer Brown LLP**<br>1909 K. Street N.W.<br>Washington, DC 20006<br>Tel: 202-263-3250<br>Fax: 202-263-3300 | *Attorney for Defendant United Airlines* |