Daniel C. Girard (CA Bar No. 114826)
Elizabeth Pritzker (CA Bar No. 146267)
Aaron M. Sheanin (CA Bar No. 214472)
Steven G. Tidrick (CA Bar No. 224760)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorney for Plaintiff Mark Foy*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD WORTMAN, WILLIAM ADAMS, MARGRET GARCIA, individually and on behalf of all other similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AIR NEW ZEALAND LTD.; ALL NIPPON AIRWAYS CO. LTD; CHINA AIRLINES, LTD.; EVA AIRWAYS CORPORATION; JAPAN AIRLINES INTERNATIONAL CO. LTD.; MALAYSIA AIRLINE SYSTEM BERHAD; QANTAS AIRWAYS, LTD.; SINGAPORE AIRLINES, LTD.; and THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LTD.,<br><br>　　　　　　　Defendants,<br><br>This Document Relates to:<br><br>*Mark Foy v. Air New Zealand, et al.*, Case No. CV-07-6219 (EDL) | Case No. CV-07-5634 (CRB)<br><br>MDL No. 1913<br><br>**PLAINTIFF MARK FOY'S ADMINISTRATIVE MOTION TO RELATE CASES** |

Pursuant to Local Rule 3-12, Plaintiff Mark Foy submits this administrative motion to consider whether *Foy v. Air New Zealand, et al.*, Case No. CV-07-6219 (EDL), a putative class action lawsuit filed on December 7, 2007, should be related to *Donald Wortman, et al. v. Air New Zealand Ltd., et al.*, Case No. CV-07-5634 (CRB), filed on November 6, 2007.

Local Rule 3-12(a) provides that actions are related when:

> (1) The actions concern substantially the same parties, property, transaction or event; and
>
> (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

The *Foy* and the *Wortman* actions satisfy that criteria. Each case is a proposed class action alleging a conspiracy to fix, raise, maintain and/or stabilize the prices for long-haul passenger transportation services on transpacific flights to and from the United States, and to fix fuel surcharges on such transportation.[1] Each case involves substantially the same defendants, who are many of the major airlines providing long-haul passenger transportation services on transpacific flights to and from the United States. This Court has already found that three other similar actions are related to the *Wortman* action, and on February 19, 2008, the Judicial Panel on Multidistrict Litigation issued an order centralizing all related actions before this Court. Were *Foy* to proceed independently, it would result in a tremendous amount of duplicative motions and discovery concerning the same questions of fact and law involved in *Wortman* and related cases, and would create the unnecessary risk of inconsistent results.

Accordingly, *Foy* should be ordered related to *Wortman* pursuant to Local Rule 3-12(f), and *Foy* assigned to the Honorable Charles R. Breyer, the judge assigned to *Wortman*. It appears highly likely that there would be an unduly burdensome duplication of labor, expense, and/or conflicting result if the two putative class actions were tried before different judges.

---

[1] Copies of the respective complaints are attached the accompanying Declaration of Aaron M. Sheanin as Exhibits A and B.

**PLAINTIFF MARK FOY'S ADMINISTRATIVE MOTION TO RELATE CASES**
**Case No. CV-07-5634 (CRB); Case No. CV-07-6219 (EDL)**

1  Accordingly, the cases should be considered related within the meaning of Local Rule 3-
2  12(a).

3

4  DATED:  February 20, 2008              **GIRARD GIBBS LLP**

   /s/ Aaron M. Sheanin

   Daniel C. Girard
   Elizabeth Pritzker
   Steven G. Tidrick
   601 California Street, 14th Floor
   San Francisco, California 94104
   Telephone: (415) 981-4800
   Facsimile: (415) 981-4846

   *Attorneys for Plaintiff Mark Foy*