Daniel C. Girard (CA Bar No. 114826)
Elizabeth Pritzker (CA Bar No. 146267)
Aaron M. Sheanin (CA Bar No. 214472)
Steven G. Tidrick (CA Bar No. 224760)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorney for Plaintiff Mark Foy*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD WORTMAN, WILLIAM ADAMS, MARGRET GARCIA, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AIR NEW ZEALAND LTD.; ALL NIPPON AIRWAYS CO. LTD; CHINA AIRLINES, LTD.; EVA AIRWAYS CORPORATION; JAPAN AIRLINES INTERNATIONAL CO. LTD.; MALAYSIA AIRLINE SYSTEM BERHAD; QANTAS AIRWAYS, LTD.; SINGAPORE AIRLINES, LTD.; and THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LTD.,<br><br>Defendants,<br><br>This Document Relates to:<br><br>*Mark Foy v. Air New Zealand, et al.*, Case No. CV-07-6219 (EDL) | Case No. CV-07-5634 (CRB)<br><br>MDL No. 1913<br><br>**DECLARATION OF AARON M. SHEANIN IN SUPPORT OF PLAINTIFF MARK FOY'S ADMINISTRATIVE MOTION TO RELATE CASES** |

I, Aaron M. Sheanin, declare as follows:

1. I am a member in good standing of the California State Bar and a partner of the law firm of Girard Gibbs LLP, counsel of record for Plaintiff in *Mark Foy, et al. v. Air New Zealand, et al.*, Case No. CV-07-6219 (EDL). I make this declaration based on my personal knowledge, and if called to testify to the contents thereof, I could and would competently do so.

2. Attached hereto as **Exhibit A** is a true and correct copy of the class action complaint filed on November 6, 2007, in *Wortman v. Air New Zealand Ltd.*, Case No. CV-07-5624 (CRB).

3. Attached hereto as **Exhibit B** is a true and correct copy of the class action complaint filed on December 7, 2007 in *Mark Foy, et al. v. Air New Zealand, et al.*, Case No. CV-07-6219 (EDL), and assigned to Hon. Elizabeth D. Laporte.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Transfer Order in *In re Transpacific Passenger Air Transportation Antitrust Litigation*, MDL No. 1913 (J.P.M.L. Feb. 19, 2008).

5. A stipulation pursuant to Civil Local Rule 7-11(a) could not be obtained because defendants in this action have not yet appeared.

I declare under penalty of perjury that the foregoing facts are true and correct and that this declaration was executed this 20th day of February 2008, in San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Aaron M. Sheanin*
　　　　　　　　　　　　　　　　　　　　　　　　Aaron M. Sheanin

**DECLARATION OF AARON M. SHEANIN IN SUPPORT OF
PLAINTIFF MARK FOY'S ADMINISTRATIVE MOTION TO RELATE CASES
Case No. CV-07-5634 (CRB); Case No. CV-07-6219 (EDL)**