1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| 11  DONALD WORTMAN, WILLIAM ADAMS, MARGRET GARCIA, individually and on behalf of all other similarly situated, | Case No. CV-07-5634 (CRB) |
| 12 | MDL No. 1913 |
| 13           Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFF MARK FOY'S ADMINISTRATIVE MOTION TO RELATE CASES** |
| 14      v. | |
| 15  AIR NEW ZEALAND LTD.; ALL NIPPON AIRWAYS CO. LTD; CHINA AIRLINES, LTD.; EVA AIRWAYS CORPORATION; JAPAN AIRLINES INTERNATIONAL CO. LTD.; MALAYSIA AIRLINE SYSTEM BERHAD; QANTAS AIRWAYS, LTD.; SINGAPORE AIRLINES, LTD.; and THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LTD., | |
| 21           Defendants, | |
| 22 | |
| 23  This Document Relates to: | |
| 24  *Mark Foy v. Air New Zealand, et al.*, Case No. CV-07-6219 (EDL) | |

25
26
27
28

On February 20, 2008, Plaintiff in *Mark Foy v. Air New Zealand, et al.*, Case No. CV-07-6219 (EDL), filed an Administrative Motion to Relate Cases pursuant to Local Rule 3-12. The Court having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

IT IS ORDERED that *Mark Foy v. Air New Zealand, et al.*, Case No. CV-07-6219 (EDL), is hereby related to *Donald Wortman, et al. v. Air New Zealand Ltd., et al.*, Case No. CV-07-5634 (CRB).

*Mark Foy v. Air New Zealand, et al.* shall be reassigned to the undersigned judge pursuant to Local Rule 3-12(f).

Dated: _____          _____
                                 The Honorable Charles R. Breyer
                                 United States District Judge

---

**[PROPOSED] ORDER GRANTING PLAINTIFF MARK FOY'S ADMINISTRATIVE MOTION TO RELATE CASES**
**Case No. CV-07-5634 (CRB); Case No. CV-07-6219 (EDL)**