1  Joseph W. Cotchett (36324)
   jcotchett@cpmlegal.com
2  Steven N. Williams (175489)
   swilliams@cpmlegal.com
3  Nanci E. Nishimura (152621)
   nnishimura@cpmlegal.com
4  Neil Swartzberg (215133)
   nswartzberg@cpmlegal.com
5  Aron K. Liang (228936)
   aliang@cpmlegal.com
6  **COTCHETT, PITRE & McCARTHY**
   San Francisco Airport Office Center
7  840 Malcolm Road, Suite 200
   Burlingame, CA  94010
8  Telephone:  (650) 697-6000
   Fax:(650) 697-0577

*Attorneys for Plaintiffs Wortman, Adams,
Garcia and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA,** individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>vs.<br><br>**AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES,**<br><br>                    Defendants. | Case No. 07-cv-5634-CRB<br><br>(MDL No. 1913 - *In re Transpacific Passenger Air Transportation Antitrust Litigation*)<br><br>**CERTIFICATE OF SERVICE** |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**CERTIFICATE OF SERVICE**

# CERTIFICATE OF SERVICE

I am employed in San Mateo County, which is where service of the documents referred to below occurred. I am over the age of 18 and not a party to the within action. My business address is Cotchett, Pitre & McCarthy, San Francisco Airport Center, 840 Malcolm Road, Burlingame, California 94010. I am readily familiar with Cotchett, Pitre & McCarthy's practices for the service of documents. On February 22, 2008, I served or caused to be served a true copy of the following documents in the manner listed below:

1. **JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME FOR JAPAN AIRLINES INTERNATIONAL CO., LTD. TO RESPOND TO COMPLAINT & AGREEMENT OF DEFENSE COUNSEL TO ACCEPT SERVICE OF COMPLAINT.**

2. **CERTIFICATE OF SERVICE**

**XXX  BY ECF:** I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in the Docket Number M:07-cv-05634-CRB. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

**XXX  BY OVERNIGHT COURIER SERVICE:** I caused the sealed envelope containing the aforementioned documents to be delivered via overnight courier service to the addressee(s) specified below:

> Honorable Charles R. Breyer
> United States District Court
> Northern District of California
> 450 Golden Gate Avenue
> Courtroom 8, 19th Floor
> San Francisco, CA 94102

**XXX  BY US MAIL:** I caused the sealed envelope containing the aforementioned document(s) to be delivered via US Mail to the addressee(s) specified below:

**(SEE ATTACHED SERVICE LIST)**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Burlingame, California, on February 22, 2008.

> */s/ Marisa Compesi*
> **MARISA COMPESI**

*In re Transpacific Passenger Air Transportation Antitrust Litigation*
Case No. 07-cv05634-CRB

<u>**SERVICE LIST**</u>

| | |
|---|---|
| Scott D. Cunningham<br>**Condon & Forsyth LLP**<br>1901 Avenue of the Stars, Suite 850<br>Los Angeles, California 90067<br>Telephone: 310-557-2030<br>Facsimile: 310-557-1299 | *Attorney for Defendant Air New Zealand* |
| Michael J. Holland<br>**Condon & Forsyth LLP**<br>7 Times Square, 18th Floor<br>New York, New York 10036<br>Tel: 212-490-9100 | *Attorney for Defendant Air New Zealand* |
| Jesse Markham<br>Adam Brezine<br>**HOLME ROBERTS & OWEN LLP**<br>560 Mission St.<br>25th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 268-2000<br>Facsimile: (415) 268-1999 | *Attorney for Defendant All Nippon Airways* |
| Yang Chen<br>**CONSTANTINE CANNON LLP**<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 350-2700<br>Facsimile: (212) 350-2701 | *Attorney for Defendant All Nippon Airways* |
| Edward B. Schwartz<br>**DLA PIPER US LLP**<br>500 Eighth Street, N.W.<br>Washington, DC 20004<br>Tel: 202-799-4000<br>Fax: 202-799-5000 | *Attorney for Defendant Cathay Pacific Airways* |
| James V. Dick<br>**Squire, Sanders & Dempsey LLP**<br>1201 Pennsylvania Avenue, N.W., Suite 500<br>Washington, D.C. 20004<br>Tel: 202-626-6600<br>Fax: 202-626-6780 | *Attorney for Defendant China Airlines* |
| Christopher T. Casamassima<br>**KIRKLAND & ELLIS LLP**<br>777 South Figueroa Street<br>Los Angeles, California 90017-5800<br>Tel: 213-680-8400<br>Fax: 213-680-8500 | *Attorney for Defendant EVA Airways* |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**CERTIFICATE OF SERVICE**

3

| Attorney | Representing |
|---|---|
| William Karas<br>**Steptoe & Johnson LLP**<br>Washington, D.C. 20036<br>Tel: 202-429-8126<br>Fax: 202-429-8126 | *Attorney for Defendant Japan Airlines International* |
| David A. Senior<br>Benjamin D. Weston<br>**McBreen & Senior**<br>2029 Century Park East, Third Floor<br>Los Angeles, CA 90067<br>Tel: 310-552-5300<br>Fax: 310-552-1205 | *Attorney for Defendant Malaysia Airlines* |
| W. Todd Miller<br>Kimberly N. Shaw<br>**Baker & Miller PLLC**<br>2401 Pennsylvania Avenue, N.W., Suite 300<br>Washington, D.C. 20037<br>Tel: 202-663-7820<br>Fax: 202-663-7849 | *Attorney for Defendant Qantas Airways* |
| Michael A. Duncheon<br>Lisa M. Pooley<br>**Hanson Bridgett Marcus Vlahos Rudy**<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 995-5015<br>Facsimile: (415) 541-9366 | *Attorney for Defendant Qantas Airways* |
| William R. Sherman<br>**Latham & Watkins LLP**<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>Tel: 202-637-2200<br>Fax: 202-637-2201 | *Attorney for Defendant Singapore Airlines* |
| Katherine A. Levine<br>**Cravath, Swaine & Moore LLP**<br>825 Eighth Avenue, 4044 D<br>New York, NY 10019<br>Tel: 212-474-1684<br>Fax: 212-474-3700 | *Attorney for Defendant Thai Airways* |
| Richard J. Favretto<br>**Mayer Brown LLP**<br>1909 K. Street N.W.<br>Washington, DC 20006<br>Tel: 202-263-3250<br>Fax: 202-263-3300 | *Attorney for Defendant United Airlines* |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**CERTIFICATE OF SERVICE**

4