Plaintiff Rachel Diller, et al.

Notice of Motion and Motion For Appointment of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. As Interim Class Counsel;

Memorandum of Points and Authorities

Pages 1 - 3

Michael P. Lehmann (77152; mlehmann@cmht.com)
Christopher L. Lebsock (184546; clebsock@cmht.com)
Jon T. King (205073; jking@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone: (415) 229-2080
Facsimile: (415) 986-3643

Michael D. Hausfeld (mhausfeld@cmht.com)
Charles E. Tompkins (ctompkins@cmht.com)
Andrea L. Hertzfeld (ahertzfeld@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Attorneys for Plaintiffs Rachel Diller and Trong Nguyen and the Proposed Class*
*(Additional Counsel Listed on Signature Page)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 07-cv-05634-CRB<br><br>MDL No. 1913<br><br>**PLAINTIFFS RACHEL DILLER AND TRONG NGUYEN'S NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. AS INTERIM CLASS COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date: March 28, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Charles E. Breyer |

## NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 28, 2008, at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Charles R. Breyer of the United States District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, California, Plaintiffs Rachel Diller and Trong Nguyen will and hereby do move the Court for an order appointing Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as interim class counsel.

This motion is brought pursuant to Rule 23(g) of the Federal Rules of Civil Procedure. The grounds for this motion are that the undersigned proposed interim class counsel is well qualified for the position. This motion is based on this notice of motion and motion, the supporting memorandum of points and authorities which follows, the Declaration of Michael P. Lehmann, any papers filed in reply, the argument of counsel, and all papers and records on file in this matter.

DATED: February 22, 2008         By:     /s/ Michael P. Lehmann

Michael P. Lehmann (77152; mlehmann@cmht.com)
Christopher L. Lebsock (184546; clebsock@cmht.com)
Jon T. King (205073; jking@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone: (415) 229-2080
Facsimile: (415) 986-3643

Michael D. Hausfeld (mhausfeld@cmht.com)
Charles E. Tompkins (ctompkins@cmht.com)
Andrea L. Hertzfeld (ahertzfeld@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005

| | |
|---|---|
| 1 | Telephone: (202) 408-4600 |
| 2 | Facsimile: (202) 408-4699 |
| 3 | Allan Steyer (100318; asteyer@steyerlaw.com) |
| 4 | **STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH** |
| 5 | **LLP** |
| 6 | One California Street, Third Floor San Francisco, CA 94104 |
| 7 | Telephone: (415) 421-3400 Facsimile: (415) 421-2234 |
| 8 | *Attorneys for Plaintiffs Rachel Diller and* |
| 9 | *Trong Nguyen and the Proposed Class* |

PLAINTIFFS RACHEL DILLER AND TRONG NGUYEN'S MOTION FOR APPOINTMENT
OF COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. AS INTERIM CLASS COUNSEL
CASE NO. 07-CV-05634-CRB