Declaration of MPL

Michael P. Lehmann (77152; mlehmann@cmht.com)
Christopher L. Lebsock (184546; clebsock@cmht.com)
Jon T. King (205073; jking@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone: (415) 229-2080
Facsimile: (415) 986-3643

Michael D. Hausfeld (mhausfeld@cmht.com)
Charles E. Tompkins (ctompkins@cmht.com)
Andrea L. Hertzfeld (ahertzfeld@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Attorneys for Plaintiffs Rachel Diller and Trong Nguyen*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTI TRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 07-cv-05634-CRB<br><br>MDL No. 1913<br><br>**DECLARATION OF MICHAEL P. LEHMANN IN SUPPORT OF PLAINTIFFS RACHEL DILLER AND TRONG NGUYEN'S NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. AS INTERIM CLASS COUNSEL**<br><br>Date: March 28, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Charles R. Breyer |

DECLARATION OF MICHAEL P. LEHMANN IN SUPPORT OF PLAINTIFFS RACHEL DILLER AND TRONG NGUYEN'S NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. AS INTERIM CLASS COUNSEL -- Case No. 07-cv-06394-CRB

1  I, MICHAEL P. LEHMANN, hereby declare:

2  1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am a partner at Cohen Milstein Hausfeld & Toll, P.L.L.C. ("CMHT"), attorneys of record for Rachel Diller and Trong Nguyen. The matters set forth herein are within my personal knowledge, and if called as a witness I could competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of *Air Cargo Shipping Servs. Antitrust Litig.*, MDL No. 1775 (E.D.N.Y.), Practice and Procedure Order No. 2, dated December 4, 2006.

3. Attached hereto as Exhibit 2 is a true and correct copy of *Air Cargo Shipping Servs. Antitrust Litig.*, MDL No. 1775 (E.D.N.Y.), Practice and Procedure Order No. 4, dated March 6, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of *In Re International Air Transportation Surcharge Antitrust Litig.*, MDL No. 1793 (N.D. Cal.), Order Appointing Interim Class Counsel, dated December 18, 2006.

5. Attached hereto as Exhibit 4 is a true and correct copy of CMHT's current firm resume.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 22nd day of February 2008 at San Francisco, California.

/s/ Michael P. Lehmann
————————————————
MICHAEL P. LEHMANN

---

DECLARATION OF MICHAEL P. LEHMANN IN SUPPORT OF PLAINTIFFS RACHEL DILLER AND TRONG NGUYEN'S NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. AS INTERIM CLASS COUNSEL -- Case No. 07-cv-06394-CRB

-2-