# Exhibit 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
IN RE

AIR CARGO SHIPPING SERVICES
ANTITRUST LITIGATION

M.D.L. No. 1775
------------------------------------------------------x

06-MD-1775

ALL CASES

## PRACTICE AND PROCEDURE ORDER NUMBER 4

Upon the application of the Plaintiffs, and no opposition having been received, Practice and Procedure Order Number 2 is hereby modified as follows:

A. **U.S. Indirect Purchaser Counsel**: The Court appoints Michael P. Lehmann of Furth Lehmann & Grant, LLP, Steven N. Williams of Cotchett, Pitre & McCarthy, W. Joseph Bruckner of Lockridge Grindal Nauen PLLP, and Christopher Lovell of Lovell Stewart Halebian LLP as U.S. Indirect Purchaser Counsel.

B. **Role of U.S. Indirect Purchaser Counsel**: U.S. Indirect Purchaser Counsel shall independently have the same responsibilities and obligations with respect to the representation of the interests of U.S. indirect purchasers, including any subclass of U.S. indirect purchasers, concerning matters pertinent to their claims as those held by Co-Lead Counsel under Practice and Procedure Order Number 2.

C. **Foreign Purchaser Co-Lead Counsel**: Cohen, Milstein, Hausfeld & Toll, PLLC. shall be the Co-Lead Counsel principally responsible for the prosecution of all foreign purchaser claims, including those by any subclass of foreign purchasers.

D. **Liaison Counsel**: The designation of Cohen, Milstein, Hausfeld & Toll, PLLC as Liaison Counsel for all Plaintiffs, and the responsibilities of Liaison Counsel as set out in Practice and Procedure Order Number 3, shall continue undisturbed by this Order.

E. **Coordination of Counsel**: Co-Lead Counsel, U.S. Indirect Purchaser Counsel, and Foreign Purchaser Co-Lead Counsel shall, at all times, coordinate their respective responsibilities and duties.

**SO ORDERED:**

*Viktor V. Pohorelsky*
VIKTOR V. POHORELSKY
United States Magistrate Judge

Dated: Brooklyn, New York
March 6, 2007