1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTI TRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 07-cv-05634-CRB<br><br>MDL No. 1913<br><br>[PROPOSED] ORDER APPOINTING COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. AS INTERIM CLASS COUNSEL |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER APPOINTING COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. AS INTERIM CLASS COUNSEL -- Case No. 07-cv-06394-CRB

Now pending before the Court is a motion by Rachel Diller and Trong Nguyen, pursuant to Federal Rule of Civil Procedure 23(g), for appointment of interim class counsel. After carefully considering the motion and the requirements of Rule 23(g)(1), the Court concludes that Cohen Milstein Hausfeld & Toll, P.L.L.C. ("CMHT") is "best able to represent the interests of the class." Fed R. Civ. P. 23(g)(2).

CMHT has effectively represented a class of direct purchaser plaintiffs in a related proceeding before this Court in *In Re International Air Transporation Surcharge Antitrust Litig.*, MDL No. 1793 ("*Air Passengers*"). Furthermore, as demonstrated by its motion, CMHT meets all of the standards set forth in Rule 23(g)(1). CMHT is experienced in the handling of complex antitrust class actions generally, and has a wealth of knowledge concerning the issues in this particular litigation by virtue of its work in the related *Air Passengers* case and in *Air Cargo Shipping Servs. Antitrust Litig.*, MDL No. 1775 (E.D.N.Y.). CMHT's demonstrated experience in litigating foreign law antitrust claims may be particularly beneficial in this case involving allegations of an international price-fixing cartel. CMHT has offices around the United States and in Europe to assist in the prosecution of this litigation and has proven itself to have the necessary resources to effectively represent the class.

For the foregoing reasons and on good cause shown, the motion to appoint CMHT as interim class counsel pursuant to Rule 23(g)(3) is hereby granted.

IT IS SO ORDERED.

Dated: _____

HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE