1

2
W. Todd Miller
Kimberly N. Shaw
3
BAKER & MILLER PLLC
2401 Pennsylvania Avenue NW
4
Suite 300
Washington D.C. 20037
5
Telephone: (202) 663-7820
Facsimile: (202) 663-7849

6
Michael A. Duncheon (Bar No. 65682)
Lisa M. Pooley (Bar No. 168737)
7
HANSON BRIDGETT MARCUS VLAHOS RUDY LLP
425 Market Street
8
26th Floor
San Francisco, CA 94105
9
Telephone: (415) 995-5015
Facsimile: (415) 541-9366
10
Attorneys for Defendant Qantas Airways Limited
11

12
**UNITED STATES DISTRICT COURT**
13
**NORTHERN DISTRICT OF CALIFORNIA**
14
**SAN FRANCISCO DIVISION**
15

16
**DONALD WORTMAN,** | Case No. 07-5634-CRB
**WILLIAM ADAMS,**
17
**MARGARET GARCIA** , individually and on | (MDL No. 1913 -- *In re Transpacific*
18
behalf of all others similarly situated, | *Passenger Air Transportation Antitrust Litigation*)

19
Plaintiffs,

20
vs. | **JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME**
21
**AIR NEW ZEALAND, ALL NIPPON** | **FOR QANTAS AIRWAYS LIMITED TO RESPOND TO COMPLAINT &**
22
**AIRWAYS, CATHAY PACIFIC** | **AGREEMENT OF DEFENSE COUNSEL**
**AIRWAYS, CHINA AIRLINES, EVA** | **TO ACCEPT SERVICE OF COMPLAINT**
23
**AIRWAYS, JAPAN AIRLINES**
**INTERNATIONAL, MALAYSIA**
24
**AIRLINES, NORTHWEST AIRLINES,**
**INC., QANTAS AIRWAYS, SINGAPORE**
25
**AIRLINES, THAI AIRWAYS, UNITED**
**AIRLINES**
26

27
Defendants.

28

1      Pursuant to Local Rule 6-1, and in light of the February 19, 2008 Judicial Panel on

2    Multidistrict Litigation ("JPML") Transfer Order consolidating this case and the other

3    Transpacific Passenger Air cases, Plaintiffs Donald Wortman, William Adams, and Margaret

4    Garcia ("Plaintiffs"), and defendant Qantas Airways Limited ("Defendant"), through counsel,

5    hereby stipulate and agree as follows:

6      IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or

7    otherwise plead is enlarged until either: (1) 45 days after plaintiffs in the Transpacific Passenger

8    Air cases file and serve a consolidated amended complaint; or, (2) 45 days after plaintiffs in the

9    Transpacific Passenger Air cases provide notice that a consolidated amended complaint will not

10    be filed.

11      IT IS FURTHER STIPULATED AND AGREED that defense counsel shall accept service

12    on behalf of Defendant of the summons and complaints in the above-captioned matter, including

13    any amended or consolidated complaints, and further, that Defendant shall not contest sufficiency

14    of process or service of process.  This Stipulation does not constitute a waiver of any other

15    defense including, but not limited to, the defenses of lack of personal or subject matter

16    jurisdiction or improper venue.  Nothing in this paragraph shall obligate Defendant to answer,

17    move, or otherwise respond to any complaint until the time provided in the preceding paragraph.

18      IT IS SO STIPULATED.

19                     Respectfully Submitted,

20

21    Dated: February 25, 2008        By:    _/s/ W. Todd Miller_

22                        W. Todd Miller
                          Kimberly N. Shaw

23                        BAKER & MILLER PLLC
                          2401 Pennsylvania Avenue NW

24                        Suite 300
                          Washington, DC 20037

25                        Telephone:  (202) 663-7820
                          Facsimile:  (202) 663-7849

26

27                        Email: tmiller@bakerandmiller.com
                                 kshaw@bakerandmiller.com

28



By: _____/s/ Michael A. Duncheon_____

Michael A. Duncheon (Bar No. 65682)
Lisa M. Pooley (Bar No. 168737)
HANSON BRIDGETT MARCUS VLAHOS
RUDY LLP
425 Market Street
26th Floor
San Francisco, CA 94105
Telephone:  (415) 995-5015
Facsimile:  (415) 541-9366

Email: mduncheon@hansonbridgett.com
            lpooley@hansonbridgett.com

*Attorneys for Defendant Qantas Airways
Limited*

Dated: February 25, 2008          By: _____/s/ Neil Swartzberg_____

Joseph W. Cotchett (36324)
Steven N. Williams (175489)
Nanci E. Nishimura (152621)
Neil Swartzberg (215133)
Aron K. Liang (228936)
COTCHETT, PITRE & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:     (650) 697-6000
Facsimile:      (650) 697-0577

Email: jcotchett@cpmlegal.com
            swilliams@cpmlegal.com
            nnishimura@cpmlegal.com
            nswartzberg@cpmlegal.com
            aliang@cpmlegal.com

*Attorneys for Plaintiffs and the Proposed
Class*

///

2

1

ATTESTATION OF FILING

2

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Neil Swartzberg, hereby

3

attest that concurrence in the filing of this stipulation and proposed order has been obtained from

4

5

Counsel for Defendant Qantas Airways Limited who have provided the conformed signatures

above.

6

7

8

COTCHETT, PITRE & MCCARTHY

9

By:        */s/ Neil Swartzberg*
           Neil Swartzberg

10

*Attorneys for Plaintiffs and the Proposed
Class*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT &
AGREEMENT OF DEFENSE COUNSEL TO ACCEPT SERVICE OF COMPLAINT -- CASE NO. 07-5634