W. Todd Miller
Kimberly N. Shaw
BAKER & MILLER PLLC
2401 Pennsylvania Avenue NW
Suite 300
Washington D.C. 20037
Telephone: (202) 663-7820
Facsimile: (202) 663-7849

Michael A. Duncheon (Bar No. 65682)
Lisa M. Pooley (Bar No. 168737)
HANSON BRIDGETT MARCUS VLAHOS RUDY LLP
425 Market Street
26th Floor
San Francisco, CA 94105
Telephone: (415) 995-5015
Facsimile: (415) 541-9366

Attorneys for Defendant Qantas Airways Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, INC., QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES<br><br>Defendants. | Case No. 07-5634-CRB<br><br>(MDL No. 1913 -- *In re Transpacific Passenger Air Transportation Antitrust Litigation*)<br><br>**JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME FOR QANTAS AIRWAYS LIMITED TO RESPOND TO COMPLAINT & AGREEMENT OF DEFENSE COUNSEL TO ACCEPT SERVICE OF COMPLAINT** |

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT & AGREEMENT OF DEFENSE COUNSEL TO ACCEPT SERVICE OF COMPLAINT -- CASE NO. 07-5634

1   Pursuant to Local Rule 6-1, and in light of the February 19, 2008 Judicial Panel on
2   Multidistrict Litigation ("JPML") Transfer Order consolidating this case and the other
3   Transpacific Passenger Air cases, Plaintiffs Donald Wortman, William Adams, and Margaret
4   Garcia ("Plaintiffs"), and defendant Qantas Airways Limited ("Defendant"), through counsel,
5   hereby stipulate and agree as follows:

6   IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or
7   otherwise plead is enlarged until either: (1) 45 days after plaintiffs in the Transpacific Passenger
8   Air cases file and serve a consolidated amended complaint; or, (2) 45 days after plaintiffs in the
9   Transpacific Passenger Air cases provide notice that a consolidated amended complaint will not
10  be filed.

11  IT IS FURTHER STIPULATED AND AGREED that defense counsel shall accept service
12  on behalf of Defendant of the summons and complaints in the above-captioned matter, including
13  any amended or consolidated complaints, and further, that Defendant shall not contest sufficiency
14  of process or service of process. This Stipulation does not constitute a waiver of any other
15  defense including, but not limited to, the defenses of lack of personal or subject matter
16  jurisdiction or improper venue. Nothing in this paragraph shall obligate Defendant to answer,
17  move, or otherwise respond to any complaint until the time provided in the preceding paragraph.

18  IT IS SO STIPULATED.

19                                          Respectfully Submitted,

20

21  Dated: February 25, 2008         By:    /s/ W. Todd Miller

22                                          W. Todd Miller
                                            Kimberly N. Shaw
23                                          BAKER & MILLER PLLC
                                            2401 Pennsylvania Avenue NW
24                                          Suite 300
                                            Washington, DC 20037
25                                          Telephone: (202) 663-7820
                                            Facsimile: (202) 663-7849
26
                                            Email: tmiller@bakerandmiller.com
27                                                 kshaw@bakerandmiller.com

28
                                            1
JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT &
AGREEMENT OF DEFENSE COUNSEL TO ACCEPT SERVICE OF COMPLAINT -- CASE NO. 07-5634

| | | | |
|---|---|---|---|
| 1 | | By: | /s/ Michael A. Duncheon |
| 2 | | | |
| 3 | | | Michael A. Duncheon (Bar No. 65682)<br>Lisa M. Pooley (Bar No. 168737)<br>HANSON BRIDGETT MARCUS VLAHOS RUDY LLP<br>425 Market Street<br>26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 995-5015<br>Facsimile: (415) 541-9366 |

Email: mduncheon@hansonbridgett.com
         lpooley@hansonbridgett.com

*Attorneys for Defendant Qantas Airways Limited*

Dated: February 25, 2008        By:        /s/ Neil Swartzberg

Joseph W. Cotchett (36324)
Steven N. Williams (175489)
Nanci E. Nishimura (152621)
Neil Swartzberg (215133)
Aron K. Liang (228936)
COTCHETT, PITRE & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:    (650) 697-6000
Facsimile:     (650) 697-0577

Email: jcotchett@cpmlegal.com
         swilliams@cpmlegal.com
         nnishimura@cpmlegal.com
         nswartzberg@cpmlegal.com
         aliang@cpmlegal.com

*Attorneys for Plaintiffs and the Proposed Class*

///

Dated: February 26, 2008

**IT IS SO ORDERED**
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

2

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT & AGREEMENT OF DEFENSE COUNSEL TO ACCEPT SERVICE OF COMPLAINT - CASE NO. 07-5634

## ATTESTATION OF FILING

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Neil Swartzberg, hereby attest that concurrence in the filing of this stipulation and proposed order has been obtained from Counsel for Defendant Qantas Airways Limited who have provided the conformed signatures above.

COTCHETT, PITRE & MCCARTHY

By:    */s/ Neil Swartzberg*
       Neil Swartzberg

*Attorneys for Plaintiffs and the Proposed Class*

3

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT & AGREEMENT OF DEFENSE COUNSEL TO ACCEPT SERVICE OF COMPLAINT -- CASE NO. 07-5634