Joseph W. Cotchett (36324)
jcotchett@cpmlegal.com
Steven N. Williams (175489)
swilliams@cpmlegal.com
Nanci E. Nishimura (152621)
nnishimura@cpmlegal.com
Neil Swartzberg (215133)
nswartzberg@cpmlegal.com
Aron K. Liang (228936)
aliang@cpmlegal.com
COTCHETT, PITRE & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:    (650) 697-6000
Facsimile:    (650) 697-0577

*Attorneys for Plaintiffs Wortman, Adams, Garcia and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES**<br><br>Defendants. | Case No. 07-5634-CRB<br><br>(MDL No. 1913 - *In re Transpacific Passenger Air Transportation Antitrust Litigation*)<br><br>**JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME FOR JAPAN AIRLINES INTERNATIONAL CO., LTD. TO RESPOND TO COMPLAINT & AGREEMENT OF DEFENSE COUNSEL TO ACCEPT SERVICE OF COMPLAINT** |

1  Pursuant to Local Rule 6-1, and in light of the February 19, 2008 Judicial Panel on Multidistrict Litigation ("JPML") Order transferring this case and the other Transpacific Passenger Air cases to this Court, Plaintiffs Donald Wortman, William Adams, and Margaret Garcia ("Plaintiffs"), and Japan Airlines International Co., Ltd., ("Defendant"), through counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or otherwise plead is enlarged until either, 45 days after plaintiffs in the Transpacific Passenger Air cases file and serve a consolidated amended complaint, or 45 days after plaintiffs in the Transpacific Passenger Air cases provide notice that a consolidated amended complaint will not be filed.  Notwithstanding the preceding sentence, the Parties understand that the Court may issue a scheduling order that supersedes the date by which Defendant must answer, move or otherwise plead.

IT IS FURTHER STIPULATED AND AGREED that defense counsel shall accept service on behalf of Defendant of the summons and complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that Defendant shall not contest sufficiency of process or service of process.  This Stipulation does not constitute a waiver of any other defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction or improper venue.  Nothing in this paragraph shall obligate Defendant to answer, move, or otherwise respond to any complaint until the time provided in the preceding paragraph.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: February 22, 2008        By:     _____/s/ Neil Swartzberg_____

Joseph W. Cotchett (36324)
jcotchett@cpmlegal.com
Steven N. Williams (175489)
swilliams@cpmlegal.com
Nanci E. Nishimura (152621)
nnishimura@cpmlegal.com
Neil Swartzberg (215133)
nswartzberg@cpmlegal.com
Aron K. Liang (228936)
aliang@cpmlegal.com

|     |     |     |     |
| --- | --- | --- | --- |
|     |     |     | COTCHETT, PITRE & MCCARTHY<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone:   (650) 697-6000<br>Facsimile:    (650) 697-0577 |

*Attorneys for Plaintiffs Wortman, Adams, Garcia and the Proposed Class*

Dated: February 22, 2008      By:    /s/ William Karas (with authorization)
William Karas
Email: wkras@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, D.C. 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

*Attorneys for Defendant Japan Airlines International Co., Ltd.*

## ATTESTATION OF FILING

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Neil Swartzberg, hereby attest that concurrence in the filing of this stipulation and proposed order has been obtained from Counsel for Defendant Japan Airline International Co., Ltd. who has provided the conformed signature above.

COTCHETT, PITRE & MCCARTHY

By:    /s/ Neil Swartzberg
Neil Swartzberg

*Attorneys for Plaintiffs Wortman, Adams, Garcia and the Proposed Class*

Dated:  February 26, 2008

**IT IS SO ORDERED**
[signature]
Judge Charles R. Breyer
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

2