Jesse Markham (CA State Bar No. 087788)
Adam Brezine (CA State Bar No. 220852)
HOLME ROBERTS & OWEN LLP
560 Mission St.
25th Floor
San Francisco, CA 94105
Tel:  (415) 268-2000
Fax:  (415) 268-1999
Jesse.Markham@hro.com
Adam.Brezine@hro.com

Yang Chen
CONSTANTINE CANNON LLP
450 Lexington Avenue
New York, NY 10017
Tel:  (212) 350-2700
Fax:  (212) 350-2701
ychen@constantinecannon.com
*Attorneys for All Nippon Airways Co. Ltd.*

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS,<br><br>Defendants. | Case No. 07-cv-05634-CRB<br><br>**STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME FOR DEFENDANT ALL NIPPON AIRWAYS CO, LTD. TO RESPOND TO COMPLAINT & AGREEMENT OF DEFENSE COUNSEL TO ACCEPT SERVICE OF COMPLAINT**<br><br>The Honorable Charles R. Breyer<br>Complaint filed November 6, 2007 |

---

**STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**
Case No. 07-cv-05634-CRB

1. WHEREAS the undersigned plaintiffs have filed the above-captioned case;

2. WHEREAS multiple complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of purchasers of passenger air transportation services containing transpacific flight segments (collectively "the Transpacific Air Passenger cases");

3. WHEREAS on February 19, 2008, the Judicial Panel on Multidistrict Litigation entered an order to transfer various Transpacific Air Passenger cases to this jurisdiction for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. Section 1407;

4. WHEREAS plaintiffs anticipate the possibility of filing a Consolidated Amended Complaint in the Transpacific Air Passenger cases;

5. WHEREAS plaintiffs and All Nippon Airways Co., Ltd. have agreed that an orderly schedule for any response to the pleadings in the Transpacific Air Passenger cases would be more efficient for the parties and for the Court;

PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFFS AND DEFENDANT ALL NIPPON AIRWAYS CO., LTD., BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The deadline for All Nippon Airways Co., Ltd. to answer, move, or otherwise respond to plaintiffs' Complaint shall be extended until forty-five (45) days after the filing of a Consolidated Amended Complaint in the Transpacific Air Passenger cases, or, forty-five (45) days after filing and service of notice that no Consolidated Amended Complaint will be filed in the Transpacific Air Passenger cases, or such other times as the parties may jointly agree to in writing.

2. This Stipulation does not constitute a waiver by All Nippon Airways Co., Ltd., of any defense, including but not limited to the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue.

3. For purposes of proceedings in the United States of America, counsel for All Nippon Airways Co., Ltd. shall accept service on behalf of All Nippon Airways Co., Ltd. of

the summons and complaint in the above-captioned matter, including any amended or consolidated complaint, and further, that All Nippon Airways Co., Ltd. shall not contest sufficiency of process or service of process in any United States court. Nothing in this paragraph shall obligate All Nippon Airways Co., Ltd. to answer, move, or otherwise respond to any complaint until the time provided in paragraph 1. Additionally, Defendant does not waive any defense under the laws of any foreign nation, or any grounds for challenge to the enforceability of any potential future judgment outside of the United of America, including specifically in Japan, except insofar as such challenges or defenses are based on the sufficiency of process or service of process in this case or the consolidated Transpacific Air Passenger cases.

IT IS SO STIPULATED.

DATED: February 22, 2008         By: _____
                                    Jesse Markham (#087788)
                                    Adam Brezine (#220852)
                                    HOLME ROBERTS & OWEN LLP
                                    560 Mission St.
                                    25th Floor
                                    San Francisco, CA 94105
                                    Telephone:   (415) 268-2000
                                    Facsimile:   (415) 268-1999
                                    Jesse.Markham@hro.com
                                    Adam.Brezine@hro.com

                                    Yang Chen
                                    CONSTANTINE CANNON LLP
                                    450 Lexington Avenue
                                    New York, NY 10017
                                    Telephone:   (212) 350-2700
                                    Facsimile:   (212) 350-2701
                                    ychen@constantinecannon.com

                                    *Attorneys for Defendant All Nippon Airways Co., Ltd.*

| | | |
|---|---|---|
| DATED: February 22, 2008 | By: | /s/ Neil Swartzberg |
| | | Joseph W. Cotchett (#36324) |
| | | Steven N. Williams (#175489) |
| | | Nanci E. Nishimura (#152621) |
| | | Neil Swartzberg (#215133) |
| | | Aron K. Liang (#228936) |
| | | COTCHETT, PITRE & McCARTHY |
| | | San Francisco Airport Office Center |
| | | 840 Malcolm Road, Suite 200 |
| | | Burlingame, CA 94010 |
| | | Telephone:  (650) 697-6000 |
| | | Facsimile:   (650) 697-0577 |
| | | jcotchett@cpmlegal.com |
| | | swilliams@cpmlegal.com |
| | | nnishimura@cpmlegal.com |
| | | nswartzberg@cpmlegal.com |
| | | aliang@cpmlegal.com |

*Attorneys for Plaintiffs Wortman, Adams, and Garcia and the Proposed Class*

ATTESTATION OF CONCURRENCE IN FILING

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Adam Brezine, hereby attest that concurrence in the filing of this stipulation and proposed order has been obtained from Counsel for Plaintiffs and the Proposed Class who has provided the conformed signature above.

HOLME ROBERTS & OWEN LLP

By: /s/ Adam Brezine
Adam Brezine

*Attorneys for Defendant All Nippon Airways Co., Ltd.*

Dated: February 26, 2008

**IT IS SO ORDERED**
Judge Charles R. Breyer

STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT
Case No. 07-cv-05634-CRB

3