Joseph W. Cotchett (36324)
jcotchett@cpmlegal.com
Steven N. Williams (175489)
swilliams@cpmlegal.com
Nanci E. Nishimura (152621)
nnishimura@cpmlegal.com
Neil Swartzberg (215133)
nswartzberg@cpmlegal.com
Aron K. Liang (228936)
aliang@cpmlegal.com
COTCHETT, PITRE & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:    (650) 697-6000
Facsimile:    (650) 697-0577

Attorneys for Plaintiffs and the Proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, INC., QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES**<br><br>Defendants. | Case No. 07-5634-CRB<br><br>(MDL No. 1913 – *In re Transpacific Passenger Air Transportation Antitrust Litigation*)<br><br>**JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME FOR THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY LIMITED TO RESPOND TO COMPLAINT & AGREEMENT OF DEFENSE COUNSEL TO ACCEPT SERVICE OF COMPLAINT** |

1   Pursuant to Local Rule 6-1, and in light of the February 19, 2008 Judicial Panel on Multidistrict Litigation ("JPML") Transfer Order consolidating this case and the other Transpacific Passenger Air cases, Plaintiffs Donald Wortman, William Adams, and Margaret Garcia ("Plaintiffs"), and defendant Thai Airways International Public Company Limited ("Defendant"), through counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or otherwise plead is enlarged until either: (1) 45 days after plaintiffs in the Transpacific Passenger Air cases file and serve a consolidated amended complaint; or, (2) 45 days after plaintiffs in the Transpacific Passenger Air cases provide notice that a consolidated amended complaint will not be filed.

IT IS FURTHER STIPULATED AND AGREED that defense counsel shall accept service on behalf of Defendant of the summons and complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that Defendant shall not contest sufficiency of process or service of process. This Stipulation does not constitute a waiver of any other defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction or improper venue. Nothing in this paragraph shall obligate Defendant to answer, move, or otherwise respond to any complaint until the time provided in the preceding paragraph.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: February 26, 2008      By:      /s/ Neil Swartzberg

Joseph W. Cotchett (36324)
jcotchett@cpmlegal.com
Steven N. Williams (175489)
swilliams@cpmlegal.com
Nanci E. Nishimura (152621)
nnishimura@cpmlegal.com
Neil Swartzberg (215133)
nswartzberg@cpmlegal.com
Aron K. Liang (228936)
aliang@cpmlegal.com
COTCHETT, PITRE & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010

1

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT & AGREEMENT OF DEFENSE COUNSEL TO ACCEPT SERVICE OF COMPLAINT -- CASE NO. 07-5634

1  
2  
        Telephone:  (650) 697-6000  
        Facsimile:  (650) 697-0577  

*Attorneys for Plaintiffs Wortman, Adams and Garcia and the Proposed Class*

3  
4  Dated: February 26, 2008      By:      */s/ Rowan D. Wilson*  
5  
6          Rowan D. Wilson  
        CRAVATH, SWAINE & MOORE LLP  
        825 Eighth Avenue, 4044 D  
7          New York, NY 10019  
        Tel: 212-474-1684  
8          Fax: 212-474-3700  

9          *Attorneys for Defendant Thai Airways International Public Company Limited*

10  
11                ATTESTATION OF FILING

12      Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Neil Swartzberg, hereby  
13  attest that concurrence in the filing of this stipulation and proposed order has been obtained from  
14  Counsel for Defendant Thai Airways who has provided the conformed signature above.

15  
16          COTCHETT, PITRE & MCCARTHY

17          By:      */s/ Neil Swartzberg*  
                Neil Swartzberg  
18  
19          *Attorneys for Plaintiffs Wortman, Adams and Garcia and the Proposed Class*

20  
21  
22  
23  
24  
25  
26  
27  
28  

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT & AGREEMENT OF DEFENSE COUNSEL TO ACCEPT SERVICE OF COMPLAINT -- CASE NO. 07-5634