Joseph W. Cotchett (36324)
Steven N. Williams (175489)
Nanci E. Nishimura (152621)
Neil Swartzberg (215133)
Aron K. Liang (228936)
COTCHETT, PITRE & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:   (650) 697-6000
Facsimile:   (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
nnishimura@cpmlegal.com
nswartzberg@cpmlegal.com
aliang@cpmlegal.com

Attorneys for Plaintiffs and the Proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES,<br><br>Defendants. | Case No. 07-5634-CRB<br><br>JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1(a) EXTENDING TIME FOR AIR NEW ZEALAND, LTD. TO RESPOND TO COMPLAINT AND AGREEMENT OF ITS COUNSEL TO ACCEPT SERVICE OF COMPLAINT |

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1(A) EXTENDING TIME FOR AIR NEW ZEALAND, LTD. TO RESPOND TO COMPLAINT AND AGREEMENT OF ITS COUNSEL TO ACCEPT SERVICE OF COMPLAINT -- CASE NO. 07-5634

| | |
|---|---|
| 1 | Pursuant to Local Rule 6-1(a), and in light of the February 19, 2008 Judicial Panel on |
| 2 | Multidistrict Litigation ("JPML") Transfer Order consolidating this case and the other |
| 3 | Transpacific Passenger Air cases, plaintiffs Donald Wortman, William Adams, and Margaret |
| 4 | Garcia ("Plaintiffs"), and defendant Air New Zealand, Ltd. ("Air NZ"), through their respective |
| 5 | counsel, hereby stipulate and agree as follows: |

IT IS HEREBY STIPULATED AND AGREED that defendant Air NZ's time to answer, move or otherwise plead is enlarged until either: (1) 45 days after plaintiffs in the Transpacific Passenger Air cases file and serve a consolidated amended complaint; or, (2) 45 days after plaintiffs in the Transpacific Passenger Air cases provide written notice that a consolidated amended complaint will not be filed.

IT IS FURTHER STIPULATED AND AGREED that counsel for Air NZ, Condon & Forsyth LLP, shall accept service on behalf of defendant Air NZ of the summons and complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that defendant Air NZ shall not contest sufficiency of process or service of process. This Stipulation does not constitute a waiver of any other defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction or improper venue. Nothing in this paragraph shall obligate defendant Air NZ to answer, move, or otherwise respond to any complaint until the time provided in the preceding paragraph.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: February ___, 2008         By:     /s/ Neil Swartzberg

Joseph W. Cotchett (36324)
Steven N. Williams (175489)
Nanci E. Nishimura (152621)
Neil Swartzberg (215133)
Aron K. Liang (228936)
COTCHETT, PITRE & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010

```
 1
 2
 3
 4
 5
 6
 7  Dated: February 27, 2008
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

Telephone:   (650) 697-6000
Facsimile:   (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
nnishimura@cpmlegal.com
nswartzberg@cpmlegal.com
aliang@cpmlegal.com

*Attorneys for Plaintiffs and the Proposed Class*

By: _____

Rod D. Margo
Scott D. Cunningham
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067
Telephone: 310.557.2030
Facsimile: 310.557.1299
scunningham@condonlaw.com
rmargo@condonlaw.com

and

Michael J. Holland
Condon & Forsyth LLP
7 Times Square
New York, NY 10036
Telephone: 212.490.9100
Facsimile: 212.370.4453
mholland@condonlaw.com

*Attorneys for Defendant Air New Zealand, Ltd.*

---

2

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1(A) EXTENDING TIME FOR AIR NEW ZEALAND, LTD. TO RESPOND TO COMPLAINT AND AGREEMENT OF ITS COUNSEL TO ACCEPT SERVICE OF COMPLAINT-- CASE NO.
23999v.1