JEFF S. WESTERMAN (SBN 94559)
SABRINA S. KIM (SBN 186242)
MILBERG WEISS LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071-3149
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975
Email: jwesterman@milbergweiss.com
skim@milbergweiss.com

Attorneys for the Plaintiff Lori Barrett and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Case No. 07-0c-05634-CRB <br><br> MDL No. 1913 <br><br> NOTICE OF SUPPORT FOR MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL FILED BY PLAINTIFFS DONALD WORTMAN, WILLIAM ADAMS AND MARGARET GARCIA <br><br> DATE:   March 28, 2008 <br> TIME:   10 a.m. <br> JUDGE:   Hon. Charles R. Breyer |
| This Document Relates to: <br><br> ALL ACTIONS | |

NOT OF SUPPT FOR MOT FOR APPTMT OF INTERIM LEAD COUNSEL FILED BY PLTFS
DONALD WORTMAN, WILLIAM ADAMS AND MARGARET GARCIA
DOCS\428015v1

On February 26, 2008, Plaintiff Lori Barrett filed her class action complaint against Qantas Airways Limited and Air New Zeal Limited, by and through her counsel, Jeff S. Westerman, Peter Safirstein, and Andrew Morganti of Milberg Weiss LLP ("Milberg Weiss"). *Barrett v. Qantas Airways Limited, Air New Zealand Limited et al.*, Case No. 08-CV-1140-(EMC), ("*Qantas*"). Counsel for plaintiff Barrett believes the *Qantas* action shares common issues of law and fact with related class actions pending before this Court involving allegations of price-fixing Transpacific passenger flights by various airlines. *In re Transpacific Passenger Air Transportation Antitrust Litigation,* MDL No. 1913 ("*Transpacific*"). Accordingly, we filed a notice of related case, and expect the *Qantas* case to be related to the pending *Transpacific* cases now before this Court as a result of the recent MDL panel ruling.

Plaintiffs Wortman, Adams and Garcia in the *Transpacific* cases, represented by the law firm of Cotchett Pitre & McCarthy ("The Cotchett Firm"), have moved for appointment as Interim Lead Counsel, which we fully support.

Milberg Weiss is one of three co-lead counsel appointed by Judge S. James Otero in the MDL anti-trust litigation against Korean Airlines pending in the Central District of California. *Hyun Park et al. v. Korean Airlines Co., Ltd., Asiana Airlines, Inc.*, Case No. 2:07-cv-05107-SJO (MANx) ("*Korean Airlines*"). As co-lead counsel in *Korean Airlines* and plaintiff counsel in *Qantas*, we support Plaintiff Wortman et al.'s motion for the Cotchett Firm to be appointed interim lead counsel. The *Transpacific* and *Korean Airlines* antitrust cases share common scenarios involving price-fixing of passenger fares. As a result, lead counsel in the two cases

NOT OF SUPPT FOR MOT FOR APPTMT OF INTERIM LEAD COUNSEL FILED BY PLTFS
DONALD WORTMAN, WILLIAM ADAMS AND MARGARET GARCIA - 1 -
DOCS\428015v1

1  may need to work together and coordinate some efforts for the respective cases.  Having worked
2  well with the Cotchett Firm in the past, we support their appointment as Interim Lead Counsel
3  here.

DATED: February 29, 2008                    MILBERG WEISS LLP
                                            JEFF S. WESTERMAN
                                            SABRINA S. KIM


                                              */s/ Jeff S. Westerman*
                                            JEFF S. WESTERMAN

                                            One California Plaza
                                            300 S. Grand Avenue, Suite 3900
                                            Los Angeles, CA 90071-3149
                                            Telephone: (213) 617-1200
                                            Facsimile:  (213) 617-1975
                                            Email: jwesterman@milbergweiss.com
                                            skim@milbergweiss.com

                                            Attorneys for the Plaintiff Lori Barrett and the
                                            Class

NOT OF SUPPT FOR MOT FOR APPTMT OF INTERIM LEAD COUNSEL FILED BY PLTFS
DONALD WORTMAN, WILLIAM ADAMS AND MARGARET GARCIA                         - 2 -
DOCS\428015v1