JEFF S. WESTERMAN (SBN 94559)
SABRINA S. KIM (SBN 186242)
MILBERG WEISS LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071-3149
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
Email: jwesterman@milbergweiss.com
skim@milbergweiss.com

Attorneys for the Plaintiff Lori Barrett and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 07-0c-05634-CRB<br><br>MDL No. 1913<br><br>PROOF OF SERVICE OF SUPPORT FOR MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL FILED BY PLAINTIFFS DONALD WORTMAN, WILLIAM ADAMS AND MARGARET GARCIA<br><br>DATE: March 28, 2008<br>TIME: 10 a.m.<br>JUDGE: Hon. Charles R. Breyer |

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071.

2. That on February 29, 2008, declarant served the PROOF OF SERVICE OF SUPPORT FOR MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL FILED BY PLAINTIFFS DONALD WORTMAN, WILLIAM ADAMS AND MARGARET GARCIA by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

4. That on the above date, declarant served via e-mail to: scac@law.stanford.edu.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of February, 2008, at Los Angeles, California.

_____
ANN MARIE GENOVESE

## SERVICE LIST

*Wortman et al. v. Air New Zealand et al*
USDC, Northern Dist. #3:097-cv-05634-CRB

| | |
|---|---|
| Jeff S. Westerman<br>Sabrina S. Kim<br>MILBERG WEISS LLP<br>300 South Grand Ave, Suite 3900<br>Los Angeles, CA 90071<br>Tel: (213) 617-1200<br>Fax: (213) 617-1975<br>Email: jwesterman@milbergweiss.com<br>skim@milbergweiss.com | *Attorneys for Third Party Plaintiffs* |
| Joseph W. Cotchett<br>Aron K. Liang<br>Nanci Eiko Nishimura<br>Douglas Yongwoon Park<br>Neil Swartzberg<br>Steven Noel Williams<br>COTCHETT PITRE & MCCARTHY<br>840 Malcolm Road, Suite 200<br>Burlingame CA 94010<br>Tel: (650) 697-6000<br>Fax: (650) 697-0577<br>Email: jcotchett@cpmlegal.com<br>aliang@cpmlegal.com<br>nnishimura@cpmlaw.com<br>nswartzberg@cpmlaw.com<br>swilliams@cpmlegal.com | *Attorneys for Plaintiffs Donald Wortman,*<br>*William Adams and Margaret Garcia* |

Aaron M. Sheanin
GIRARD GIBBS LLP
601 California Street, Suite 400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
Email: ams@girardgibbs.com

Richard Pollard Kinnan
Elizabeth Lane Crooke
Walter J. Lack
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067
Tel: (310) 552-3800
Fax: (310) 552-9434
Email: bcrooke@elllaw.com

| | | |
|---|---|---|
| 1 | Derek G. Howard<br>MURRAY & HOWARD, LLP<br>436 14th Street, Suite 1413<br>Oakland, CA 94612<br>Tel: (510) 444-2660<br>Fax: (510<br>Email: dhoward@murrayhowardlaw.com | *Attorney for Plaintiff Brenden G. Maloof* |
| 5 | Reginald Von Terrell<br>THE TERRELL LAW GROUP<br>223 25th Street<br>Richmond, CA 94804<br>Tel: (510) 237-9700<br>Fax: (510) 237-4616<br>Email: reggiet2@aol.com | *Attorney for Plaintiff Robert Casteel, III* |
| 9 | Craig C. Corbitt<br>ZELLE, HOFMANN, VOELBEL, MASON<br>  GETTE LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel: (415) 693-0700<br>Fax: (415) 693-0770<br>Email: ccorbitt@zelle.com | *Attorney for Plaintiff Micah Abrams* |
| 13 | Jon T. King<br>COHEN, MILSTEIN, HAUSFELD<br>  TOLL PLLC<br>One Embarcadero Center, Suite 2440<br>San Francisco, CA 94111<br>Tel: (415) 229-2080<br>Fax: (415) 986-3643<br>Email:jking@cmht.com | *Attorney for Plaintiff Rachel Diller and Trong Nguyen* |
| 18 | Adam Paul Brezine<br>Holme Roberts & Owen<br>One Maritime Plaza, Suite 2400A<br>San Francisco, CA 94111<br>Tel: (415) 268-2000<br>Fax: (415) 268-1999<br>Email: adam.brezine@hro.com | *Attorneys for Defendant All Nippon Airways* |
| 22 | Dean Michael Harvey<br>Kenneth Fisher Rossman<br>John F. Cove, Jr.<br>Boies, Schiller & Flexner LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Email: krossman@bsfllp.com<br>    dharvey@bsfllp.com<br>    jcove@bsfllp.com | *Attorneys for Defendant Northwest Airlines* |

PROOF OF SERVICE — - 3 -

DOCS\428211v1

| | |
|---|---|
| 1  Mario Zunzio Alioto<br>   Lauren Clare Russell<br>2  Trump Alioto Trump & Prescott LLP<br>   2280 Union Street<br>3  San Francisco, CA 94123<br>   Tel: (415) 563-7200<br>4  Fax: (415) 346-0679<br>   Email: malioto@tatp.com<br>5        laurenrussell@tatp.com | *Attorneys for Interested Party Martin Kaufman* |

6  Joseph Marid Patane
   Law Office of Joseph M. Patane
7  2280 Union Street
   San Francisco, CA 94123
8  Tel: (415) 563-7200
   Fax: (415) 346-0679
9  Email: jpatane@tatp.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28