1  Joseph W. Cotchett (36324)
2  jcotchett@cpmlegal.com
   Steven N. Williams (175489)
3  swilliams@cpmlegal.com
   Nanci E. Nishimura (152621)
4  nnishimura@cpmlegal.com
   Neil Swartzberg (215133)
5  nswartzberg@cpmlegal.com
   Aron K. Liang (228936)
6  aliang@cpmlegal.com
   COTCHETT, PITRE & MCCARTHY
7  San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
8  Burlingame, CA 94010
   Telephone:   (650) 697-6000
9  Facsimile:   (650) 697-0577

10 Attorneys for Plaintiffs and the Proposed Class

11

12
                    **UNITED STATES DISTRICT COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14
                    **SAN FRANCISCO DIVISION**
15

16 | **DONALD WORTMAN,** | ) | Case No. 07-5634-CRB |
17 | **WILLIAM ADAMS,** | ) | |
   | **MARGARET GARCIA**, individually and on | ) | (MDL No. 1913 – *In re Transpacific* |
18 | behalf of all others similarly situated, | ) | *Passenger Air Transportation Antitrust* |
   | | ) | *Litigation*) |
19 | Plaintiffs, | ) | |
   | | ) | **JOINT STIPULATION PURSUANT TO** |
20 | vs. | ) | **LOCAL RULE 6-1 EXTENDING TIME** |
   | | ) | **FOR THAI AIRWAYS INTERNATIONAL** |
21 | **AIR NEW ZEALAND, ALL NIPPON** | ) | **PUBLIC COMPANY LIMITED TO** |
22 | **AIRWAYS, CATHAY PACIFIC** | ) | **RESPOND TO COMPLAINT &** |
   | **AIRWAYS, CHINA AIRLINES, EVA** | ) | **AGREEMENT OF DEFENSE COUNSEL** |
23 | **AIRWAYS, JAPAN AIRLINES** | ) | **TO ACCEPT SERVICE OF COMPLAINT** |
   | **INTERNATIONAL, MALAYSIA** | ) | |
24 | **AIRLINES, NORTHWEST AIRLINES,** | ) | |
25 | **INC., QANTAS AIRWAYS, SINGAPORE** | ) | |
   | **AIRLINES, THAI AIRWAYS, UNITED** | ) | |
26 | **AIRLINES** | ) | |
   | | ) | |
27 | Defendants. | ) | |
28 | | ) | |

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT &
AGREEMENT OF DEFENSE COUNSEL TO ACCEPT SERVICE OF COMPLAINT -- CASE NO. 07-5634

1  Pursuant to Local Rule 6-1, and in light of the February 19, 2008 Judicial Panel on
2  Multidistrict Litigation ("JPML") Transfer Order consolidating this case and the other
3  Transpacific Passenger Air cases, Plaintiffs Donald Wortman, William Adams, and Margaret
4  Garcia ("Plaintiffs"), and defendant Thai Airways International Public Company Limited
5  ("Defendant"), through counsel, hereby stipulate and agree as follows:
6  IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or
7  otherwise plead is enlarged until either: (1) 45 days after plaintiffs in the Transpacific Passenger
8  Air cases file and serve a consolidated amended complaint; or, (2) 45 days after plaintiffs in the
9  Transpacific Passenger Air cases provide notice that a consolidated amended complaint will not
10 be filed.
11 IT IS FURTHER STIPULATED AND AGREED that defense counsel shall accept service
12 on behalf of Defendant of the summons and complaints in the above-captioned matter, including
13 any amended or consolidated complaints, and further, that Defendant shall not contest sufficiency
14 of process or service of process. This Stipulation does not constitute a waiver of any other
15 defense including, but not limited to, the defenses of lack of personal or subject matter
16 jurisdiction or improper venue. Nothing in this paragraph shall obligate Defendant to answer,
17 move, or otherwise respond to any complaint until the time provided in the preceding paragraph.
18 IT IS SO STIPULATED.
19                                    Respectfully Submitted,
20 Dated: February 26, 2008       By:      /s/ Neil Swartzberg
21                                    Joseph W. Cotchett (36324)
                                     jcotchett@cpmlegal.com
22                                    Steven N. Williams (175489)
                                     swilliams@cpmlegal.com
23                                    Nanci E. Nishimura (152621)
                                     nnishimura@cpmlegal.com
24                                    Neil Swartzberg (215133)
                                     nswartzberg@cpmlegal.com
25                                    Aron K. Liang (228936)
                                     aliang@cpmlegal.com
26                                    COTCHETT, PITRE & MCCARTHY
                                     San Francisco Airport Office Center
27                                    840 Malcolm Road, Suite 200
                                     Burlingame, CA 94010
28

1

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT &
AGREEMENT OF DEFENSE COUNSEL TO ACCEPT SERVICE OF COMPLAINT -- CASE NO. 07-5634

Telephone: (650) 697-6000  
Facsimile: (650) 697-0577

*Attorneys for Plaintiffs Wortman, Adams and Garcia and the Proposed Class*

Dated: February 26, 2008    By:    /s/ Rowan D. Wilson

Rowan D. Wilson  
CRAVATH, SWAINE & MOORE LLP  
825 Eighth Avenue, 4044 D  
New York, NY 10019  
Tel: 212-474-1684  
Fax: 212-474-3700

*Attorneys for Defendant Thai Airways International Public Company Limited*

## ATTESTATION OF FILING

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Neil Swartzberg, hereby attest that concurrence in the filing of this stipulation and proposed order has been obtained from Counsel for Defendant Thai Airways who has provided the conformed signature above.

COTCHETT, PITRE & MCCARTHY

By:    /s/ Neil Swartzberg  
Neil Swartzberg

*Attorneys for Plaintiffs Wortman, Adams and Garcia and the Proposed Class*

IT IS SO ORDERED  
Judge Charles R. Breyer  
UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA

March 3, 2008

2

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT & AGREEMENT OF DEFENSE COUNSEL TO ACCEPT SERVICE OF COMPLAINT -- CASE NO. 07-5634