Joseph W. Cotchett (36324)
jcotchett@cpmlegal.com
Steven N. Williams (175489)
swilliams@cpmlegal.com
Nanci E. Nishimura (152621)
nnishimura@cpmlegal.com
Neil Swartzberg (215133)
nswartzberg@cpmlegal.com
Aron K. Liang (228936)
aliang@cpmlegal.com
COTCHETT, PITRE & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:    (650) 697-6000
Facsimile:     (650) 697-0577

Attorneys for Plaintiffs Wortman, Adams and Garcia and
the Proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES,**<br><br>Defendants. | Case No. 07-5634-CRB<br><br>(MDL No. 1913 – *In re Transpacific Passenger Air Transportation Antitrust Litigation*)<br><br>**JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME FOR MALAYSIA AIRLINES TO RESPOND TO COMPLAINT & AGREEMENT OF DEFENSE COUNSEL TO ACCEPT SERVICE OF COMPLAINT** |

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT &
AGREEMENT OF DEFENSE COUNSEL TO ACCEPT SERVICE OF COMPLAINT -- CASE NO. 07-5634

1  Pursuant to Local Rule 6-1, and in light of the February 19, 2008 Judicial Panel on
2  Multidistrict Litigation ("JPML") Transfer Order consolidating this case and the other
3  Transpacific Passenger Air cases, Plaintiffs Donald Wortman, William Adams, and Margaret
4  Garcia ("Plaintiffs"), and defendant Malaysian Airline System Bhd (sued herein as "Malaysia
5  Airlines" and herein referenced as "Defendant"), through counsel, hereby stipulate and agree as
6  follows:
7  IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or
8  otherwise plead is enlarged until either: (1) 45 days after plaintiffs in the Transpacific Passenger
9  Air cases file and serve a consolidated amended complaint; or, (2) 45 days after plaintiffs in the
10 Transpacific Passenger Air cases provide notice that a consolidated amended complaint will not
11 be filed.
12 IT IS FURTHER STIPULATED AND AGREED that defense counsel shall accept service
13 on behalf of Defendant of the summons and complaints in the above-captioned matter, including
14 any amended or consolidated complaints, by personal delivery to the office of defense counsel.
15 In this regard, Defendant shall not contest the sufficiency of process or service of process on the
16 grounds that service was made on defense counsel and not directly to Defendant.  This
17 Stipulation does not constitute a waiver of any other defense including, but not limited to, the
18 defenses of lack of personal or subject matter jurisdiction or improper venue. Nothing in this
19 paragraph shall obligate Defendant to answer, move, or otherwise respond to any complaint until
20 the time provided in the preceding paragraph.
21 IT IS SO STIPULATED.
22                                          Respectfully Submitted,
23 Dated: February 26, 2008          By:      /s/ Neil Swartzberg
24                                          Joseph W. Cotchett (36324)
                                            jcotchett@cpmlegal.com
25                                          Steven N. Williams (175489)
                                            swilliams@cpmlegal.com
26                                          Nanci E. Nishimura (152621)
                                            nnishimura@cpmlegal.com
27                                          Neil Swartzberg (215133)
                                            nswartzberg@cpmlegal.com
28
                                            1

```
                                        Aron K. Liang (228936)
                                        aliang@cpmlegal.com
                                        COTCHETT, PITRE & MCCARTHY
                                        San Francisco Airport Office Center
                                        840 Malcolm Road, Suite 200
                                        Burlingame, CA 94010
                                        Telephone:  (650) 697-6000
                                        Facsimile:   (650) 697-0577
```

*Attorneys for Plaintiffs Wortman, Adams and Garcia and the Proposed Class*

Dated: February 26, 2008        By:    _/s/ Benjamin D. Weston_
                                        David A. Senior
                                        Benjamin D. Weston
                                        MCBREEN & SENIOR
                                        2029 Century Park East, Third Floor
                                        Los Angeles, CA 90067
                                        Tel: 310-552-5300
                                        Fax: 310-552-1205
                                        dsenior@mcbreensenior.com
                                        bweston@mcbreensenior.com

*Attorneys for Defendant Malaysia Airlines*

## ATTESTATION OF FILING

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Neil Swartzberg, hereby attest that concurrence in the filing of this stipulation and proposed order has been obtained from Counsel for Defendant Malaysia Airlines who has provided the conformed signature above.

                                        COTCHETT, PITRE & MCCARTHY

                                        By:    _/s/ Neil Swartzberg_
                                        Neil Swartzberg

                                        *Attorneys for Plaintiffs Wortman, Adams and Garcia and the Proposed Class*

March 3, 2008

**IT IS SO ORDERED**
Judge Charles R. Breyer
*United States District Court, Northern District of California*

---

2

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT & AGREEMENT OF DEFENSE COUNSEL TO ACCEPT SERVICE OF COMPLAINT -- CASE NO. 07-5634