Michael P. Lehmann (77152; mlehmann@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.**
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone:   (415) 229-2080
Facsimile:   (415) 986-3643

Michael d. Hausfeld (mhausfeld@cmht.com)
Charles E. Tompkins (ctompkins@cmht.com)
James J. Pizzirusso (jpizzirusso@cmht.com)
Hilary K. Ratway (209451; hratway@cmht.com)
Andrea L. Hertzfeld (ahertzfeld@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.**
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:  (202) 408-4699

*Attorneys for Plaintiffs and the Proposed Class*
*(Additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Case No. 07-cv-05634-CRB<br><br>MDL No. 1913<br><br>**REVISED CERTIFICATE OF SERVICE** |
| **This Document Relates to**<br><br>ALL ACTIONS | The Hon. Charles E. Breyer |

CERTIFICATE OF SERVICE

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

I, Tomora Small, declare under penalty of perjury that the following is true and correct:

I am employed in the City and County of San Francisco County, which is where service of the document(s) referred to below occurred. I am over the age of 18 and not a party to the within action. My business address is Cohen, Milstein, Hausfeld & Toll, P.L.L.C., One Embarcadero Center, Suite 2440, San Francisco, CA 94111. On February 22, 2008, I served or caused to be served a true copy of the following document(s) in the manner listed below:

**PLAINTIFFS' RACHEL DILLER, AND TRONG NGUYEN'S NOTICE OF MOTION FOR APPOINTMENT OF COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. AS INTERIM CLASS COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES**

**DECLARATION OF MICHAEL P. LEHMANN IN SUPPORT OF PLAINTIFFS' RACHEL DILLER AND TRONG NGUYEN'S NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF COHEN, MISTEIN, HAUSFELD & TOLL, P.L.L.C. AS INTERIM COUNSEL**

**[PROPOSED] ORDER APPOINTING COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. AS INTERIM CLASS COUNSEL.**

**By ELECTRONICALLY POSTING** on February 22, 2008, to the ECF website of the United States District Court for the Northern District of California. The Court performed service electronically on all ECF-registered entities in this matter.

*and*

by regular **UNITED STATES MAIL** on February 23, 2008 the below named parties by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

(SEE ATTACHED SERVICE LIST)

Dated: March 5, 2008                      */s/ Tomora Small*
                                          Tomora Small

---

CERTIFICATE OF SERVICE                                                    -2-

*In re Transpacific Passenger Air Transportation Antitrust Litigation*
Case No. 07-cv05634-CRB

## SERVICE LIST

| | |
|---|---|
| Joseph W. Cotchett<br>Nancy L. Fineman<br>Steven N. Williams<br>Nanci E. Nishimura<br>Aron K. Liang<br>Douglas Y. Park<br>**Cotchett Pitre & McCarthy**<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Tel: (650) 697-6000<br>Fax: (650) 697-0577 | *Attorneys for Plaintiffs Donald Wortram, William Adams, and Margaret Garcia* |
| Thomas Girardi<br>Graham B. LippSmith<br>**Girardi Keese**<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90017<br>Tel: (213) 977-0211<br>Fax: (213) 481-1554 | *Attorneys for Plaintiffs Andrew Barton and Tracey Wadmore Smith* |
| Robert C. Baker<br>**Baker, Keener & Nahra, LLP**<br>633 West 5th Street, Suite 5400<br>Los Angeles, CA 90071<br>Tel: (213) 241-0900<br>Fax: (213) 241-0990 | *Attorneys for Plaintiffs Matthew Evans and Clyde H. Campbell, Jr.* |
| Bruce L. Simon<br>Esther L. Klisura<br>**Pearson Simon Soter Warshaw & Penny**<br>44 Montgomery St., Suite 1200<br>San Francisco, CA 94104<br>Tel: (415) 433-9000<br>Fax: (415) 433-9008 | *Attorneys for Plaintiffs Franklyn Ajaye, Ming-Chun Wu Chen, Tzu-Chiao Chen, Rayna Rusenko, Titi Tran, Boris Zingerman and Galina Zingerman* |

| | |
|---|---|
| Guido Saveri<br>R. Alexander Saveri<br>Cadio Zirpoli<br>**Saveri & Saveri**<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>Tel: (415) 217-6810<br>Fax: (415) 217-6813 | *Attorneys for Plaintiffs Schelly Benson & Kitagawa* |
| Steven J. Serratore<br>**Serratore-Ames LLP**<br>9595 Wilshire Blvd., Suite 201<br>Beverly Hills, CA 90212<br>Tel: (310) 205-2460<br>Fax: (310) 205-2464 | *Attorneys for Plaintiffs Schelly, Benson & Kitagawa* |
| Randy R. Renick<br>**Law Offices of Randy Renick**<br>128 N. Fair Oaks Ave., Suite 204<br>Pasadena, CA 91103<br>Tel: (626) 585-9608<br>Fax: (626) 577-7079 | *Attorneys for Plaintiffs Schelly, Benson & Kitagawa* |
| Daniel C. Girard<br>Aaron M. Sheanin<br>Elizabeth Cheryl Pritzker<br>Steven G. Tidrick<br>**Girard Gibbs LLP**<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>Fax: (415) 981-4846 | *Attorneys for Mark Foy* |
| C. Donald Amamgbo<br>**Amamgbo & Associates, APC**<br>7901 Oakport Street, Suite 4900<br>Oakland, CA 94621<br>Tel: (510) 615-6000<br>Fax: (510) 615-6025 | *Attorneys for Plaintiffs Robert Casteel III, Uchenna Udemezue and Steve Ike* |

| | |
|---|---|
| Brian Joseph Barry, Esq.<br>**Law Offices of Brian Barry**<br>1801 Avenue of the Stars, Suite 307<br>Los Angeles, CA 90067<br>Tel: (310) 788-0831<br>Fax: (310) 788-0841 | *Attorneys for Plaintiffs Woodrow Clark II,*<br>*And James Evans* |
| Allan Steyer<br>**Steyer, Lowenthal Boodrookas Alvarez**<br>**  & Smith LLP**<br>One California Street, Third Floor<br>San Francisco, CA 94104<br>Tel: (415) 421-3400<br>Fax: (415) 421-2234 | *Attorneys for Plaintiffs Rachel Diller and*<br>*Trong Nguyen* |
| Mario Nunzio Alioto<br>**Trump Alioto Trump & Prescott LLP**<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel: (415) 563-7200<br>Fax: (415) 346-0679 | *Attorneys for Plaintiffs Martin Kaufman,*<br>*Ireatha Diane Mitchell, Rosemary Senger and*<br>*Lemuel Schenck* |
| Sherman Kassof<br>**Law Offices of Sherman Kassof**<br>954 Risa Road, Suite B<br>Lafayette, CA 94549<br>Tel: (510) 652-2554<br>Fax: (510) 652-9308 | *Attorneys for Plaintiffs Martin Kaufman,*<br>*Ireatha Diane Mitchell, Rosemary Senger*<br>*and Lamuel Schenck* |
| Joseph M. Patane<br>**Law Office of Joseph M. Patane**<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel: (415) 563-7200<br>Fax: (415) 346-0679 | *Attorneys for Plaintiffs Martin Kaufmann,*<br>*Ireatha Diane Mitchell, Rosemary Senger*<br>*and Lamuel Schenck* |
| Brian S. Kabateck<br>Richard Kellner<br>**Kabateck Brown Kellner, LLP**<br>644 South Figueroa Street<br>Los Angeles, CA 90071<br>Tel: (213) 217-5000<br>Fax: (213) 217-5010 | *Attorney for Plaintiff Meor Adlin* |

| | |
|---|---|
| Lori S. Brody<br>**Kaplan Fox & Kilsheimer LLP**<br>1801 Century Park East, Suite 1460<br>Los Angeles, CA 90067<br>Tel: (310) 785-0800<br>Fax: (310) 785-0897 | *Attorneys for Plaintiff Stephen Gaffigan* |
| Laurence D. King<br>**Kaplan Fox & Kilsheimer LLP**<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>Tel: (415) 772-4700<br>Fax: (213) 772-4707 | *Attorneys for Plaintiff Stephen Gaffigan* |
| William Pinilis<br>**Kaplan Fox & Kilsheimer LLP**<br>160 Morris Street<br>Morristown, New Jersey 07960<br>Tel: (973) 656-0222<br>Fax: (973) 401-1114 | *Attorneys for Plaintiff Stephen Gaffigan* |
| Robert N. Kaplan<br>Donald R. Hall<br>Jason A. Zweig<br>**Kaplan Fox & Kilsheimer LLP**<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Tel: (212) 687-1980<br>Fax: (212) 687-7714 | *Attorneys for Plaintiff Stephen Gaffigan* |
| Gabe Halpern<br>**Pinilis & Halpern, LLP**<br>160 Morris Street<br>Morristown, New Jersey<br>Tel: (973) 656-0222<br>Fax: (973) 401-1114 | *Attorneys for Plaintiff Stephen Gaffiga* |
| Cheryl Hamer<br>**Pomerantz Haudek Block Grossman<br> & Gross**<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Tel: (415) 241-1480<br>Fax: (800) 211-5422 | *Attorneys for Plaintiff Judah M. Feigenbaum* |

| | |
|---|---|
| Michael Buckman<br>J. Douglas Richards<br>**Pomerantz Haudek Block Grossman**<br>  **& Gross**<br>100 Park Avenue<br>New York, NY 10019<br>Tel: (212) 661-1100<br>Fax: (212) 661-8665 | *Attorneys for Plaintiff Judah M. Feigenbaum* |
| Jiangxiao Athena Hou<br>Matthew Rutledge Schultz<br>Patrick Bradford Clayton<br>**Zelle Hofmann Voelbel Mason & Gette**<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel: (415) 693-0700<br>Fax: (415) 693-0777 | *Attorneys for Plaintiff Micah Abrams* |
| Michael J. Holland<br>**Condon & Forsyth LLP**<br>7 Times Square, 18th Floor<br>New York, NY 10036<br>Tel: (212) 490-9100 | *Attorneys for Defendant Air New Zealand* |
| Douglas E. Rosenthal<br>**Constantine Cannon LLP**<br>1627 Eye Street, N. W., 10th Floor<br>Washington, District of Columbia 20006<br>Tel: (202) 204-3500<br>Fax: (202) 204-3501 | *Attorneys for Defendant All Nippon Airways* |
| Edward B. Schwartz<br>**DLA PIPER US LLP**<br>500 Eighth Street, N. W.<br>Washington, DC 20004<br>Tel: (202) 799-4000<br>Fax: (202) 799-5000 | *Attorneys for Defendant Cathay Pacific Airways* |
| James V. Dick<br>**Squire, Sanders & Dempsey LLP**<br>1201 Pennsylvania Avenue, N.W., Suite 500<br>Washington, D.C. 20004<br>Tel: (202) 626-6600<br>Fax: (202) 626-6780 | *Attorneys for Defendant China Airlines* |

David Kirstein  *Attorneys for Defendant EVA Airlines*
**Kirstein & Young, PLLC**
1750 K Street, N. W., Suite 200
Washington, DC 20006
Tel: (202) 331-3348
Fax: (202) 331-3933

William Karas  *Attorneys for Defendant Japan Airlines*
**Steptoe & Johnson LLP**
1330 Connecticut Avenue, N.W.
Washington, DC 20006
Tel: (202) 429-8126
Fax: (202) 429-8126

David A. Senior  *Attorneys for Defendant Malaysia Airlines*
Benjamin D. Weston
**McBreen & Senior**
2029 Century Park East, Third Floor
Los Angeles, CA 90067
Tel: (310) 552-5300
Fax: (310) 552-1205

John F. Cove, Jr.  *Attorneys for Defendant Northwest Airlines*
Kenneth Fischer Rossman
**Boies, Schiller & Flexner**
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000

W. Tod Miller  *Attorneys for Defendant Quantas Airlines*
**Baker & Miller, PLLC**
2401 Pennsylvania Avenue, N. W., Suite 300
Washington, DC 20037
Tel: (202) 663-7820
Fax: (202) 663-7849

William R. Sherman  *Attorneys for Defendant Singapore Airlines*
**Latham & Watkins LLP**
555 Eleventh Street, N. W. Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201

| | |
|---|---|
| Mark S. Priver<br>**Ohashi & Priver**<br>140 South Lake Ave., Suite 208<br>Pasadena, CA 91101<br>Tel: (626) 584-1107<br>Fax: (626) 584-3636 | *Attorneys for Defendant Thai Airways* |
| Katherine A. Levine<br>**Cravath, Swaine & Moore LLP**<br>825 Eighth Avenue, 4044 D<br>New York, NY 10019<br>Tel: (212) 474-1684<br>Fax: (212) 474-3700 | *Attorneys for Defendant Thai Airways* |
| Richard J. Favretto<br>**Mayer Brown LLP**<br>1909 K Street N.W.<br>Washington, DC 20006<br>Tel: (202) 263-3250<br>Fax: (202) 263-3300 | *Attorneys for Defendant United Airlines* |