JOSEPH W. COTCHETT (State Bar No. 36324)
STEVEN N. WILLIAMS (State Bar No. 175489)
NANCI E. NISHIMURA (State Bar No. 152621
ARON K. LIANG (State Bar No. 228936)
DOUGLAS Y. PARK (State Bar No. 233398)
**COTCHETT PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
nnishimura@cpmlegal.com
aliang@cpmlegal.com
dpark@cpmlegal.com

WALTER J. LACK (State Bar No. 57550)
ELIZABETH L. CROOKE (State Bar No. 90305)
RICHARD P. KINNAN (State Bar No. 123170)
**ENGSTROM, LIPSCOMB & LACK**
10100 Santa Monica Boulevard, 16th Floor
Los Angeles, California 90067
(310) 552-3800
wlack@elllaw.com
bcrooke@elllaw.com
rkinnan@elllaw.com

Attorneys for Plaintiffs and the Class

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs<br>　v.<br><br>AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES,<br><br>　　　　Defendants.<br>_____ | CASE NO. CV 07-5634 EDL<br><br>MDL No. 1913<br><br>**NOTICE OF SUPPORT FOR MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL FILED BY PLAINTIFFS DONALD WORTMAN, WILLIAM ADAMS AND MARGARET GARCIA**<br><br>Date:　March 28, 2008<br>Time:　10:00 a.m.<br>Judge: Hon. Charles R. Breyer<br><br><br>Complaint filed: 11/6/07 |

299286.1                                  1
**NOTICE OF SUPPORT FOR MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL**

Walter J. Lack and his firm, Engstrom, Lipscomb & Lack ("Lack Firm") submit this Statement of Support for Cotchett, Pitre & McCarthy's Motion for Appointment of Interim Lead Counsel.

On November 6, 2007, the firms of Cotchett, Pitre & McCarthy ("Cotchett Firm") and Engstrom, Lipscomb & Lack, representing plaintiffs Donald Wortman, William Adams and Margaret Garcia, filed a Class Action Complaint for Violations of the Sherman Antitrust Act, 15 U.S.C. § 1. The Cotchett and Lack Firms have successfully worked with one another on numerous legal cases over the past several years. The Lack Firm has specialized in a broad range of national and international high profile tort and commercial litigation matters, including major antitrust litigation relating to manipulation of the California Natural Gas Markets. The Lack Firm has a wide range of litigation experience in complex litigation, especially large complex class action lawsuits. Most recently, the Lack Firm was actively involved in major antitrust litigation relating to manipulation of the natural gas market in California:

- *Natural Gas Anti-Trust Cases I, II, III & IV (Pipeline Cases).* The "Pipeline Cases" were coordinated in San Diego County, J.C.C.P. Nos. 4221, 4224, 4226 and 4228. This case involved one of the largest antitrust class actions ever to be brought. The class action which originated out of the California Energy Crisis - was brought as a result of restraints put on California electrical and gas market. So far, total settlements in excess of $3.4 billion has been obtained on behalf of the aggrieved California class members.

- *Natural Gas Anti-Trust Cases I, II, III & IV (Price Indexing Cases).* The "Price Indexing Cases" likewise were coordinated in San Diego County, J.C.C.P. Nos. 4221, 4224, 4226 and 4228. This case involved another large antitrust class action arising out of the California Energy Crisis against the marketers of electricity. The suit alleged that the Defendants manipulated natural gas prices at the California border by a variety of means, including falsely reporting the prices and quantities of natural gas transactions. Settlements have been reached with the majority of the Defendants totaling approximately $100 million dollars.

1  The Cotchett Firm is known to us to be a highly qualified law firm handling numerous complex class action antitrust matters. The Lack Firm has extensive litigation experience in the aviation field, which provides it with unique knowledge regarding that industry.

Having worked well with the Cotchett Firm in the past, the Lack Firm fully supports Cotchett's Motion for Appointment as Interim Lead Counsel in the *Wortman, et al. v. Air New Zealand, et al.* Class Action Antitrust Litigation.

Dated: March 6, 2008                    ENGSTROM, LIPSCOMB & LACK

By:  /S/ Richard P. Kinnan
      WALTER J. LACK
      ELIZABETH L. CROOKE
      RICHARD P. KINNAN
      Attorneys for Plaintiffs and the Class

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA      )
                                              ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 16th floor, Los Angeles, CA 90067.

On March 7, 2008, I served the foregoing document **NOTICE OF SUPPORT FOR MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL FILED BY PLAINTIFFS DONALD WORTMAN, WILLIAM ADAMS AND MARGARET GARCIA** on the interested party(ies) in this action by placing a true copy thereof enclosed in the sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

[  ] BY MAIL:  I deposited such envelope with the U.S. Postal Service at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postal meter date is more than 1 day after date of deposit for mailing in affidavit.

[  ] BY PERSONAL DELIVERY:  (1) I caused such envelope to be delivered by hand to the party represented by an attorney, delivery was made to the attorney or at the attorney's offices by leaving the documents in an envelope clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office; (2) For a party, delivery was made to the party by leaving the documents at the party's residence or place of business with a person not less than 18 years of age.

[  ] VIA FACSIMILE:  I caused all of the pages of the above entitled document to be sent to the recipients noted below via electronic transfer (FAX) at the respective facsimile number(s) indicated above. I received no transmission report indicating transmission was unsuccessful.

[  ] BY OVERNIGHT DELIVERY:  I served the above-entitled document(s) via overnight delivery carrier and addressed to the persons listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

**[ X] BY E-MAIL/ELECTRONIC TRANSMISSION: through the USDC, North District of California's Em/ECF Courtlink to Electronic Filing to the interested parties registered thereon.**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 7, 2008, at Los Angeles, California.

/S/
Merlene Fletcher

## MAILING LIST

*Wortman, et al. v. Air New Zealand, et al.*
USDC, Northern District, CV 07-5634 EDL

| | |
|---|---|
| Jeff S. Westerman<br>Sabrina S. Kim<br>MILBERG WEISS LLP<br>300 South Grand Ave., Suite 3900<br>Los Angeles, Ca 90071<br>Tel: (213) 617-1200<br>Fax: (213) 617-1975<br>jwesterman@milbergweiss.com<br>skim@milbergweiss.com | Attorneys for Third Party Plaintiffs |
| Joseph W. Cotchett<br>Steven N. Williams<br>Nanci E. Nishimura<br>Aron K. Liang<br>Douglas Y. Park<br>COTCHETT PITRE & McCARTHY<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Tel: (650) 697-6000<br>Fax: (650) 697-0577<br>jcotchett@cpmlegal.com<br>swilliams@cpmlegal.com<br>nnishimura@cpmlegal.com<br>aliang@cpmlegal.com<br>dpark@cpmlegal.com | Attorneys for Plaintiffs Donald Wortman, Williams Adams and Margaret Garcia |
| Aaron M. Sheanin<br>GIRARD GIBBS LLP<br>601 California St., Ste. 400<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>Fax: (415) 981-4846<br>ams@girardgibbs.com | |
| Derek G. Howard<br>MURRAY & HOWARD LLP<br>436 14th Street, Suite 1413<br>Oakland, CA 94612<br>Tel: (510) 444-2660<br>dhoward@murrayhowardlaw.com | Attorneys for Plaintiff Brenden G. Maloof |
| Reginald Von Terrell<br>THE TERRELL LAW GROUP<br>223 25th Street<br>Richmond, CA 94804<br>Tel: (510) 237-9700<br>Fax: (510) 237-4616 | Attorneys for Plaintiff Robert Casteel, III |

**NOTICE OF SUPPORT FOR MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL**

1  reggiet2@aol.com

2  Jon T. King | Attorneys for Plaintiffs Rachel Diller and Trong Nguyen
   COHEN, MILSTEIN, HAUSFELD, TOLL
3  PLLC
   One Embarcadero Center, Suite 2440
4  San Francisco, CA 94111
   Tel: (415) 229-2080
5  Fax: (415) 986-3643
   jkling@cmht.com
6
   Adam Paul Brezine | Attorneys for Defendant All Nippon Airways
7  HOLME ROBERTS & OWEN
   One Maritime Plaza, Suite 2400A
8  San Francisco, CA 94111
   Tel: (415) 268-2000
9  Fax: (415) 268-1999
   adam.brezine@hro.com
10
    Dean Michael Harvey | Attorneys for Northwest Airlines
11  Kenneth Risher Rossman
    John F. Cove, Jr.
12  BOIES, SCHILLER & FLEXNER LLP
    1999 Harrison Street, Suite 900
13  Oakland, CA 94612
    krossman@bsfllp.com
14  dharvey@bsfllp.com
    jcove@bsfllp.com
15
    Mario Zunzio Alioto | Attorneys for Interested Party Martin Kaufman
16  Lauren Clare Russell
    TRUM ALIOTO TRUMP & PRESCOTT
17  LLP
    2280 Union Street
18  San Francisco, CA 94123
    Tel: (415) 563-7200
19  Fax: (415) 346-0679
    malioto@tatp.com
20  laurenrussell@tatp.com

21  Joseph Madrid Patane
    LAW OFFICES OF JOSEPH M. PATANE
22  2280 Union Street
    San Francisco, CA 94123
23  Tel: (415) 563-7200
    Fax: (415) 346-0679
24  jpatane@tatp.com

25

26

27

28

299286.1                          6

**NOTICE OF SUPPORT FOR MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL**