ROBERT C. BAKER, BAR ID #49255
PHILLIP A. BAKER, BAR ID #169571
BAKER, KEENER & NAHRA, LLP
633 West 5th Street
Suite 5400
Los Angeles, California 90071
Telephone: (213) 241-0900
Facsimile: (213) 241-0990

Attorneys for *Plaintiffs and the Class*
MATTHEW EVANS, CLYDE H. CAMPBELL,
JR., individually and on behalf of all others
similarly situated

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TRANSPACIFIC AIR PASSENGER ANTITRUST LITIGATION | Case No.: 07-CV-05634-CRB<br>[Consolidated with CV 07-5821 VRW]<br><br>MDL No. 1913 |
| This Document Relates to:<br><br>ALL ACTIONS and<br><br>Case No. CV 07-5821 VRW<br>*Evans, et al. v. Air New Zealand, et al.* | JOINDER IN REQUEST TO APPOINT INTERIM CLASS COUNSEL<br><br>Date: March 28, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Charles E. Breyer |

Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure and this Court's Local Rules, Plaintiffs, MATTHEW EVANS, CLYDE H. CAMPBELL, JR., individually and on behalf of all others similarly situated, and their counsel, Baker, Keener & Nahra, LLP submit this response in support of the Motion to Appoint Cotchett, Pitre & McCarthy ("CPM") as interim lead counsel in this case.

Counsel supports CPM's proposed structure and submits that it will be in the best interest of the class. We believe that the proposal made by CPM would benefit the class greatly by appointing one firm to have overall responsibility for the case, while designating to a committee responsibility for litigating claims concerning particular carriers and routes. We are aware of and respect CPM's prior experience in this type of litigation, and believe that its many years of extensive antitrust and complex

899-4684-0001

- 1 -

JOINDER IN REQUEST TO APPOINT INTERIM CLASS COUNSEL

1  litigation experience make it the most appropriate choice to serve as interim lead class counsel on
2  behalf of the proposed class.
3      The attorneys of Baker, Keener & Nahra, LLP have 20-25 years of experience in complex civil
4  litigation. Baker, Keener & Nahra, LLP has served as Lead Counsel, Co-Lead Counsel, or on an
5  Executive Committee in class action litigations. Baker, Keener & Nahra, LLP has served as Lead
6  Counsel, Co-Lead Counsel or on the Executive Committee in class actions litigation involving Charles
7  Schwab & Co., Sears Roebuck, American Golf, etc., as well litigation involving silicone breast
8  implants and asbestos litigation.
9      Because of the many airlines and flight routes involved in this litigation, CPM's proposal to
10 have an Executive Committee with selective law firms' designated primary responsibility for these
11 airlines and routes is exceedingly reasonable. We believe that we could work effectively with CPM
12 and the other plaintiffs' firms involved in this case through this committee structure, and that this type
13 of structure would create great efficiencies which would inure to the benefit of the class. We think it
14 makes more sense to have a single firm appointed as lead rather than multiple firms, so as to centralize
15 the key decision making responsibility in a single place. This will be more efficient and practical.
16     For the foregoing reasons, Baker, Keener & Nahra, LLP respectfully requests that the Court
17 appoint CPM as Interim Lead Counsel on behalf of the class plaintiffs in this litigation.

DATED: March 7, 2008

BAKER, KEENER & NAHRA, LLP

By _____
ROBERT C. BAKER
PHILLIP A. BAKER
Attorneys for Plaintiffs and the Class
MATTHEW EVANS, CLYDE H. CAMPBELL, JR.,
individually and on behalf of all others similarly
situated

899-4684-0001

- 2 -

**JOINDER IN REQUEST TO APPOINT INTERIM CLASS COUNSEL**

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am over the age of 18 and not a party to the within action; I am employed by BAKER, KEENER & NAHRA, LLP in the County of Los Angeles at 633 West Fifth Street, 54th Floor, Los Angeles, California, 90071.

On March 7, 2008, I served the foregoing document(s) described as **JOINDER IN REQUEST TO APPOINT INTERIM CLASS COUNSEL** by placing true copies thereof enclosed in sealed envelope(s), as follows:

[✓] **(BY MAIL)** I caused to be placed said envelope(s) for collection and mailing, following ordinary business practices, at the business offices of BAKER, KEENER & NAHRA, LLP, at the address set forth and addressed as shown on the attached service list, for deposit in the United States Postal Service. I am readily familiar with the practice of BAKER, KEENER & NAHRA, LLP for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

[✓] **(BY ECF)** I caused the above-referenced document(s) to be filed the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in the Docket Number: 07-cv-05634-CRB (consolidated with CV 07-5821 VRW). Counsel of record are required by the Court to be registered e-filers, and as such, are automatically e-served with a copy of the documents upon confirmation of e-filing

[ ] **(BY OVERNIGHT DELIVERY)** I caused to be placed said document(s) in envelope(s) for collection following ordinary business practices, at the offices of BAKER, KEENER & NAHRA, LLP, at the address set forth below:

[ ] **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on March 7, 2008 at Los Angeles, California.

_____
KIMBERLEY L. MIJARES

899-4684-0001

# SERVICE LIST

*In re: Transpacific Air Passenger Antitrust Litigation*
USDC Case No.: 07-CV-05634-CRB (Consolidated with CV-07-5821 VRW)
MDL No.: 1913

| | |
|---|---|
| Joseph W. Cotchett, Esq.<br>Steven N. Williams, Esq.<br>Nanci E. Nishimura, Esq.<br>Aron K. Lian, Esq.<br>Douglas Y. Park, Esq.<br>COTCHET, PITRE & McCARTHY<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>(650) 697-6000; (650) 697-0577-Fax | Counsel for Plaintiffs<br>Donald Wortman, William Adams,<br>Margaret Garcia |
| Michael P. Lehmann, Esq.<br>Christopher L. Lebsock, Esq.<br>Jon T. King, Esq.<br>COHEN, MILSTEIN, HAUSFELD & TOLL<br>One Embarcadero Center, Suite 2440<br>San Francisco, CA 94111<br>(415) 229-2080; (415) 986-3643-Fax | Counsel for Plaintiffs<br>Donald Wortman, Williams Adams,<br>and Margaret Garcia, and the Proposed<br>Class |
| Michael D. Huasfield, Esq.<br>Charles E. Tompkins, Esq.<br>Andrea L. Hertzfeld, Esq.<br>COHEN, MILSTEIN, HAUSFELD & TOLL<br>1100 New York Avenue, NW<br>West Tower, Suite 500<br>Washington, DC 20005<br>(202) 408-4600; (202) 408-4699-Fax | Counsel for Plaintiffs<br>Donald Wortman, Williams Adams,<br>and Margaret Garcia, and the Proposed<br>Class |
| Walter J. Lack, Esq.<br>Elizabeth L. Crooke, Esq.<br>Richard P. Kinnan, Esq.<br>ENGSTROM LIPSCOMB & LACK<br>10100 Santa Monica Boulevard, 16th Floor<br>Los Angeles, CA 90067<br>(310) 552-3800; (310) 552-9434-Fax | Counsel for Plaintiffs<br>Donald Wortman, William Adams,<br>Margaret Garcia |
| Thomas Girardi, Esq.<br>Graham B. LippSmith, Esq.<br>Jennifer Lenze, Esq.<br>GIRARDI & KEESE<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017<br>(213) 977-0211; (213) 481-1554-Fax | Counsel for Plaintiffs<br>Andrew Barton and<br>Tracey Wadmore Smith |
| Derek Howard, Esq.<br>MURRAY & HOWARD, LLP<br>436 – 14th Street, Suite 1413<br>Oakland, CA 94612<br>(510) 444-2522-Fax | Counsel for Plaintiff<br>Brenden G. Maloof |

| | | |
|---|---|---|
| 1 | Rick Saveri, Esq. | Counsel for Plaintiffs |
| 2 | Cadio Zirpoli, Esq.<br>SAVERI & SAVERI | Thomas Schelly, Michael Benson,<br>Tori Kitagawa, Justin LaBarge & |
| 3 | 111 Pine Street, Suite 1700<br>San Francisco, CA 94111 | Scott Frederick |
| 4 | (415) 217-6813-Fax | |
| 5 | Aaron M. Sheanin, Esq. | Counsel for Plaintiff |
|   | GIRARD GIBBS LLP | Mark Foy |
| 6 | 601 California Street, 14th Floor<br>San Francisco, CA 94108 | |
| 7 | (415) 981-4846-Fax | |
| 8 | Mario Alioto, Esq. | Counsel for Plaintiffs |
|   | TRUMP, ALIOTO, TRUMP & PRESCOTT | Martin Kaufman, Ireathia Diane Mitchell, |
| 9 | 2280 Union Street<br>San Francisco, CA 94123 | Rosemary Senger & Lemuel Schenck |
| 10 | (415) 346-0679-Fax | |
| 11 | Brian Kabateck, Esq. | Counsel for Plaintiff |
|   | KABATECH BROWN KELLNER, LLP | Mecor Adlin |
| 12 | 644 S. Figueora Street<br>Los Angeles, CA 90071 | |
| 13 | (213) 217-5010-Fax | |
| 14 | Lori S. Brody, Esq. | Counsel for Plaintiff |
|   | Laurence D. King, Esq. | Stephen Gaffigan |
| 15 | KAPLAN FOX & KILSHEIMER, LLP<br>1801 Century Park East, Suite 1460 | |
| 16 | Los Angeles, CA 90067<br>(310) 785-0897-Fax | |
| 17 | | |
| 18 | Michael Buchman, Esq.<br>J. Douglas Richards, Esq. | Counsel for Plaintiff<br>Judah M. Fegenbaum |
|   | POMERANTZ HAUDEK BLOCK | |
| 19 | GROSSMAN & GROSS, LLP<br>100 Park Avenue | |
| 20 | New York, NY 10019<br>(212) 661-8665-Fax | |
| 21 | | |
| 22 | Craig Corbitt, Esq.<br>ZELLE, HOFFMAN, VOELBEL, | Counsel for Plaintiff<br>Micah Abrams |
|   | MASON & GETTE | |
| 23 | 44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104 | |
| 24 | (415) 693-0770-Fax | |
| 25 | Eugene A. Spector, Esq. | Counsel for Plaintiff |
|   | SPECTOR ROSEMAN & KODROFF, PC | Justin LaBarge |
| 26 | 1818 Market Street, Suite 2500<br>Philadelphia, PA 19103 | |
| 27 | (215) 496-6611-Fax | |
| 28 | | |

899-4684-0001

| | | |
|---|---|---|
| 1 | | |
| 2 | Bruce L. Simon, Esq.<br>Esther L. Klisura, Esq.<br>PEARSON SIMON SOTER WARSHAW & PELLY | Counsel for Plaintiffs<br>Franklin Ajaye, Ming-Chun Wu Chen,<br>Tzu-Chiao Chen, Rayna Rusenko, Titi Tran, |
| 3 | 44 Montgomery Street, 1200<br>San Francisco, CA 94104 | Boris Zingerman and Galina Zingerman |
| 4 | (415) 433-9000; (415) 433-9008-Fax | |
| 5 | Steven J. Serratore, Esq.<br>SERRATORE-AMES, LLP | Counsel for Plaintiffs<br>Schelly, Benson & Kitagawa |
| 6 | 9595 Wilshire Boulevard, Suite 201<br>Beverly Hills, CA 90212 | |
| 7 | (310) 205-2460; (310) 205-2464-Fax | |
| 8 | Randy R. Renick, Esq.<br>LAW OFFICES OF RANDY RENICK | Counsel for Plaintiffs<br>Shelly, Benson & Kitagawa |
| 9 | 128 N. Fairoaks Avenue, Suite 204<br>Pasadena, CA 91103 | |
| 10 | (626) 585-9608; (626) 577-7079-Fax | |
| 11 | C. Donald Amamgbo, Esq.<br>AMAMGBO & ASSOCIATES, APC | Counsel for Plaintiffs<br>Robert Castell III, Uchenna Udemezue, |
| 12 | 7901 Oakport Street, Suite 4900<br>Oakland, CA 94621 | and Steve Ike |
| 13 | (510) 615-6000; (510) 615-6025-Fax | |
| 14 | Brian J. Barry, Esq.<br>LAW OFFICES OF BRIAN J. BARRY | Counsel for Plaintiffs<br>Woodrow Clark II, & James Evans |
| 15 | 1801 Avenue of the Stars, Suite 307<br>Los Angeles, CA 90067 | |
| 16 | (310) 788-0831; (310) 877-0841-Fax | |
| 17 | Allan Steyer, Esq.<br>STEYER LOWENTHAL BOODROOKAS | Counsel for Plaintiffs<br>Rachel Diller and Trong Nguyen |
| 18 | ALVAREZ & SMITH, LLP<br>One California Street, 3rd Floor | |
| 19 | San Francisco, CA 94104<br>(415) 421-3400; (415) 421-2234-Fax | |
| 20 | | |
| 21 | Sherman Kassof, Esq.<br>LAW OFFICES OF SHERMAN KASSOF | Counsel for Plaintiffs<br>Martin Kaufman, Irethea Diane Mitchell, |
| 22 | 954 Risa Road, Suite B<br>Lafayette, CA 94549 | Rosemary Senger & Lemuel Schenck |
| 23 | (510) 652-2554; (510) 652-9308-Fax | |
| 24 | Joseph M. Patane, Esq.<br>LAW OFFICE OF JOSEPH M. PATANE | Counsel for Plaintiffs<br>Martin Kaufman, Irethea Diane Mitchell, |
| 25 | 2280 Union Street<br>San Francisco, CA 94123 | Rosemary Senger & Lemuel Schenck |
| 26 | (415) 563-7200; (415) 346-0679-Fax | |
| 27 | Laurence D. King, Esq.<br>KAPLAN FOX & KILSHEIMER, LLP | Counsel for Plaintiff<br>Stephen Gaffigan |
| 28 | 350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>(415) 772-4700; (415) 772-4707-Fax | |

899-4684-0001

| | | |
|---|---|---|
| 1 | William Pinilis, Esq.<br>KAPLAN FOX & KILSHEIMER, LLP | Counsel for Plaintiff<br>Stephen Gaffigan |
| 2 | 160 Morris Street<br>Morristown, NJ 07960 | |
| 3 | (973) 656-0222; (973) 401-1114-Fax | |
| 4 | Robert N. Kaplan, Esq.<br>Donald R. Hall, Esq. | Counsel for Plaintiff<br>Stephen Gaffigan |
| 5 | Jason A. Zweig, Esq.<br>KAPLAN FOX & KILSHEIMER, LLP | |
| 6 | 850 Third Avenue, 14th Floor<br>New York, NY 10022 | |
| 7 | (212-687-1980; (212) 687-7714-Fax | |
| 8 | Gabe Halpern, Esq.<br>PINILIS & HALPERN, LLP | Counsel for Plaintiff<br>Stephen Gaffigan |
| 9 | 160 Morris Street<br>Morristown, JN 07960 | |
| 10 | (973) 656-0222; (973) 401-1114-Fax | |
| 11 | Cheryl Hamer, Esq.<br>POMERANTZ HAUDEK BLOCK | Counsel for Plaintiff<br>Judah M. Feigenbaum |
| 12 | GROSSMAN & GROSS<br>840 Malcolm Road | |
| 13 | Burlingame, CA 94010<br>(415) 241-1480; (800) 211-5422-Fax | |
| 14 | | |
| 15 | Michael J. Holland, Esq.<br>CONDON & FORSYTH, LLP | Counsel for Defendant<br>Air New Zealand |
| 16 | 7 Times Square, 18th Floor<br>New York, NY 10036 | |
| 17 | (212) 490-9100 | |
| 18 | Douglas E. Rosenthal, Esq.<br>CONSTANTINE CANNON, LLP | Counsel for Defendant<br>All Nippon Airways |
| 19 | 1627 Eye Street, N.W., 10th Floor<br>Washington, DC 20006 | |
| 20 | (202) 204-3500; (202) 204-3501-Fax | |
| 21 | Edward B. Schwartz, Esq.<br>DLA PIPER US, LLP | Counsel for Defendant<br>Cathay Pacific Airways |
| 22 | 500 Eighth Street, N.W.<br>Washington, DC 20004 | |
| 23 | (202) 799-4000; (202) 799-5000-Fax | |
| 24 | James V. Dick, Esq.<br>SQUIRE, SANDERS & DEMPSEY, LLP | Counsel for Defendant<br>China Airlines |
| 25 | 1201 Pennsylvania Avenue, N.W.<br>Suite 500 | |
| 26 | Washington, DC 20004<br>(202) 626-6600; (202) 626-6780-Fax | |
| 27 | David Kirstein, Esq.<br>KIRSTEIN & YOUNG, PLLC | Counsel for Defendant<br>EVA Airways |
| 28 | 1750 K Street, N.W., Suite 200<br>Washington, DC 20006<br>(202) 331-3348; (202) 331-3933-Fax | |

899-4684-0001

| | | |
|---|---|---|
| 1 | | |
| 2 | William Karas, Esq.<br>STEPTOE & JOHNSON, LLP<br>Washington, DC 20036 | Counsel for Defendant<br>Japan Airlines International |
| 3 | (202) 429-8126; (202) 429-8129-Fax | |
| 4 | David A. Senior, Esq. | Counsel for Defendant |
| 5 | Benjamin D. Weston, Esq.<br>McBREEN & SENIOR | Malaysia Airlines |
| 6 | 2029 Century Park East, 3rd Floor<br>Los Angeles, CA 90067 | |
| 7 | (310) 552-5300; (310) 552-1205-Fax | |
| 8 | John F. Cove, Jr., Esq.<br>Kenneth F. Rossman, Esq. | Counsel for Defendant<br>Northwest Airlines |
| 9 | BOIES, SCHILLER & FLEXNER, LLP<br>1999 Harrison Street, Suite 900 | |
| 10 | Oakland, CA 94612<br>(510) 874-1000 | |
| 11 | W. Tod Miller, Esq. | Counsel for Defendant |
| 12 | BAKER & MILLER, PLLC<br>2401 Pennsylvania Avenue, N.W. | Quantas Airways |
| 13 | Suite 300<br>Washington, DC 20037 | |
| 14 | (202) 663-7820; (202) 663-7849-Fax | |
| 15 | William R. Sherman, Esq.<br>LATHAM & WATKINS, LLP | Counsel for Defendant<br>Singapore Airlines |
| 16 | 555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004 | |
| 17 | (202) 637-2200; (202) 637-2201-Fax | |
| 18 | Mark S. Priver, Esq.<br>OHASHI & PRIVER | Counsel for Defendant<br>Thai Airways |
| 19 | 140 S. Lake Avenue, Suite 208<br>Pasadena, CA 91101 | |
| 20 | (626) 584-1107; (626) 584-3636-Fax | |
| 21 | Katherine A. Levine, Esq.<br>CRAVATH, SWAINE & MOORE, LLP | Counsel for Defendant<br>Thai Airways |
| 22 | 825 Eighth Avenue, 4044D<br>New York, NY 10019 | |
| 23 | (212) 474-1684; (212) 474-3700-Fax | |
| 24 | Richard J. Favretto, Esq.<br>MAYER BROWN, LLP | Counsel for Defendant<br>United Airlines |
| 25 | 1909 K Street, N.W.<br>Washington, DC 20006 | |
| 26 | (202) 263-3250; (202) 263-3300-Fax | |
| 27 | | |
| 28 | | |

899-4684-0001