1    Michael P. Lehmann (77152; mlehmann@cmht.com)
     Christopher L. Lebsock (184546; clebsock@cmht.com)
2    Jon T. King (205073; jking@cmht.com)
     **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
3    One Embarcadero Center
     Suite 2440
4    San Francisco, CA  94111
     Telephone:  (415) 229-2080
5    Facsimile:  (415) 986-3643

6    Michael D. Hausfeld (mhausfeld@cmht.com)
     Charles E. Tompkins (ctompkins@cmht.com)
7    Andrea L. Hertzfeld (ahertzfeld@cmht.com)
     **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
8    1100 New York Avenue, NW
     West Tower, Suite 500
9    Washington, DC 20005
     Telephone:  (202) 408-4600
10   Facsimile:   (202) 408-4699

11   *Attorneys for Plaintiffs Rachel Diller and*
     *Trong Nguyen and the Proposed Class*
12   *(Additional Counsel Listed on Signature Page)*

13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15
                      SAN FRANCISCO DIVISION
16

17
     | | |
     |---|---|
     | **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | **Case No.  07-cv-05634-CRB** |
     | | **MDL No. 1913** |
     | **This Document Relates to:** | NOTICE OF APPEARANCE OF MICHAEL P. LEHMANN |
     | **ALL ACTIONS** | The Hon. Charles E. Breyer |

18

19

20

21

22

23

24

25

26

27

28

1      TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE that Michael P. Lehmann of the law firm Cohen, Milstein,

3   Hausfeld & Toll, P.L.L.C. hereby appears as counsel for plaintiffs Rachel Diller and Trong

4   Nguyen and the putative class in this action, and respectfully requests that all pleadings and other

5   documents be served upon Mr. Lehmann as identified below:

6

7                  Michael P. Lehmann
                   Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
8                  One Embarcadero Center
                   Suite 2440
9                  San Francisco, CA 94111
                   Telephone:  (415) 229-2080
10                 Facsimile:   (415) 986-3643
                   Email:  mlehmann@cmht.com
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    DATED: March 7, 2008              By:    /s/ Michael P. Lehmann

2                                             Michael P. Lehmann (77152;
                                              mlehmann@cmht.com)
3                                             Christopher L. Lebsock (184546;
                                              clebsock@cmht.com)
4                                             Jon T. King (205073;
                                              jking@cmht.com)
5                                             **COHEN, MILSTEIN, HAUSFELD**
                                                  **& TOLL, P.L.L.C.**
6                                             One Embarcadero Center
                                              Suite 2440
7                                             San Francisco, CA  94111
                                              Telephone:  (415) 229-2080
8                                             Facsimile:  (415) 986-3643

9                                             Michael D. Hausfeld
                                                  (mhausfeld@cmht.com)
10                                            Charles E. Tompkins
                                                  (ctompkins@cmht.com)
11                                            Andrea L. Hertzfeld (ahertzfeld@cmht.com)
                                              **COHEN, MILSTEIN, HAUSFELD**
12                                                **& TOLL, P.L.L.C.**
                                              1100 New York Avenue, NW
13                                            West Tower, Suite 500
                                              Washington, DC 20005
14                                            Telephone:  (202) 408-4600
                                              Facsimile:  (202) 408-4699

15                                            Allan Steyer (100318;
16                                            asteyer@steyerlaw.com)
                                              **STEYER LOWENTHAL**
17                                            **BOODROOKAS ALVAREZ**
                                                  **& SMITH LLP**
18                                            One California Street, Third Floor
                                              San Francisco, CA 94104
19                                            Telephone:  (415) 421-3400
                                              Facsimile:  (415) 421-2234
20

21                                            *Attorneys for Plaintiffs Rachel Diller and*
                                              *Trong Nguyen and the Proposed Class*
22    355471.1 1

23

24

25

26

27

28