1  Michael P. Lehmann (77152; mlehmann@cmht.com)
   Christopher L. Lebsock (184546; clebsock@cmht.com)
2  Jon T. King (205073; jking@cmht.com)
   **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
3  One Embarcadero Center
   Suite 2440
4  San Francisco, CA 94111
   Telephone: (415) 229-2080
5  Facsimile: (415) 986-3643

6  Michael D. Hausfeld (mhausfeld@cmht.com)
   Charles E. Tompkins (ctompkins@cmht.com)
7  Andrea L. Hertzfeld (ahertzfeld@cmht.com)
   **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
8  1100 New York Avenue, NW
   West Tower, Suite 500
9  Washington, DC 20005
   Telephone: (202) 408-4600
10 Facsimile: (202) 408-4699

11 *Attorneys for Plaintiffs Rachel Diller and*
   *Trong Nguyen and the Proposed Class*
12 *(Additional Counsel Listed on Signature Page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Case No. 07-cv-05634-CRB<br>MDL No. 1913<br>NOTICE OF APPEARANCE OF CHRISTOPHER L. LEBSOCK |
|---|---|
| **This Document Relates to:**<br>**ALL ACTIONS** | The Hon. Charles E. Breyer |

**NOTICE OF APPEARANCE OF**
**CHRISTOPHER L. LEBSOCK**
**CASE NO. CV-05634-CRB**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Christopher L. Lebsock of the law firm Cohen, Milstein, Hausfeld & Toll, P.L.L.C. hereby appears as counsel for plaintiffs Rachel Diller and Trong Nguyen and the putative class in this action, and respectfully requests that all pleadings and other documents be served upon Mr. Lebsock as identified below:

>Christopher L. Lebsock
>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
>One Embarcadero Center
>Suite 2440
>San Francisco, CA 94111
>Telephone: (415) 229-2080
>Facsimile: (415) 986-3643
>Email: clebsock@cmht.com

NOTICE OF APPEARANCE OF
CHRISTOPHER L. LEBSOCK    -2-
CASE NO. CV-05634-CRB

| | | |
|---|---|---|
| lebDATED: March 7, 2008 | By: | /s/ Christopher L. Lebsock |

Michael P. Lehmann (77152;
    mlehmann@cmht.com)
Christopher L. Lebsock (184546;
    clebsock@cmht.com)
Jon T. King (205073;
    jking@cmht.com)
**COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.**
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone: (415) 229-2080
Facsimile: (415) 986-3643

Michael D. Hausfeld
    (mhausfeld@cmht.com)
Charles E. Tompkins
    (ctompkins@cmht.com)
Andrea L. Hertzfeld (ahertzfeld@cmht.com)
**COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.**
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Allan Steyer (100318;
asteyer@steyerlaw.com)
**STEYER LOWENTHAL
BOODROOKAS ALVAREZ
& SMITH LLP**
One California Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 421-3400
Facsimile: (415) 421-2234

*Attorneys for Plaintiffs Rachel Diller and
Trong Nguyen and the Proposed Class*

355459.1 1

NOTICE OF APPEARANCE OF
CHRISTOPHER L. LEBSOCK                    -3-
CASE NO. CV-05634-CRB