MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

JOSEPH M. PATANE, ESQ. (72202)
LAW OFFICE OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: jpatane@tatp.com

Attorneys for Plaintiffs Martin Kaufman,
Ireatha Diane Mitchell, Rosemary Schenk
And Lemuel Schenk

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION**<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 07-cv-05634-CRB<br><br>MDL No. 1913<br><br>**RESPONSE IN SUPPORT OF PLAINTIFFS DONALD WORTMAN, WILLIAM ADAMS AND MARGARET GARCIA'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL**<br><br>Date: March 28, 2008<br>Time: 10:00 a.m.<br>Courtroom 8, 19th Floor<br><br>The Honorable Charles R. Breyer |

**1**
**RESPONSE IN SUPPORT OF PLAINTIFFS DONALD WORTMAN, WILLIAM ADAMS AND MARGARET GARCIA'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL**

## I. Introduction

Plaintiffs Martin Kaufman, Ireatha Diane Mitchell, Rosemary Schenk and Lemuel Schenk ("Plaintiffs") submit this response in support of Plaintiffs Donald Wortman, William Adams and Margaret Garcia's pending motion to appoint their attorneys, the law firm of Cotchett, Pitre & McCarthy ("The Cotchett Firm"), as interim lead counsel in this action. The Cotchett Firm is especially well-qualified to serve as interim lead counsel because it has been at the forefront of the investigation and litigation of claims against the airline industry for their practice of conspiring to increase the prices of international passenger ticket prices and increasing fuel surcharges. In addition, The Cotchett Firm has taken the lead in attempting to organize plaintiffs' counsel, preparing a case management plan, and coordinating its efforts with other counsel in the case. Therefore, this Court should appoint The Cotchett Firm as Interim Lead Counsel for the plaintiff class.

## II. Plaintiffs Support The Cotchett Firm Because It Is Especially Well-Qualified To Lead This Case

Plaintiffs support the appointment of The Cotchett Firm as Lead Counsel in this action. The Cotchett Firm is especially well-qualified to lead this case because of the unique knowledge and expertise it has gained from its role as Co-Lead Counsel in the *In re: International Air Transportation Surcharge Antitrust Litigation,* (Case No. 06-1793 CRB, MDL 1793, N.D. Cal.), and its involvement in the *In re Korean Air Lines Co., Ltd. Antitrust Litigation,* (Case No. 07-5107 SJO, MDL. 1891, C.D. Cal.). Both of these cases involve the same industry and substantially similar antitrust allegations as the allegations being made in this litigation. Therefore, The Cotchett Firm is uniquely well-suited to handle the factual and legal issues that will arise in the Transpacific Air Passenger price-fixing cases.

Undersigned counsel has 34 years experience in antitrust and class action litigation. Counsel has participated in numerous antitrust class actions, including the *International Air Transportation Surcharge Antitrust Litigation* and the *Korean Air Cases*, and is qualified to serve in a leadership position in this case. However, counsel chooses not to pursue a Lead

Counsel position, but rather to support The Cotchett Firm because of its unique qualifications and in order to get the leadership settled and get on with the case.

### III. The Cotchett Firm Has Already Taken The Lead In Prosecuting These Cases

The Cotchett Firm has already taken the lead in prosecuting these cases. It has identified the defendants and framed the claims, it is effecting service on the foreign defendants, it represented the plaintiffs before the Judicial Panel on Multidistrict Litigation, and it has devised a case management plan in consultation with other counsel in the case. In the past, The Cotchett Firm has worked cooperatively with most of the firms in this case. It has demonstrated its commitment to do so again in this case.

This is a complex case. Defendants are major international airline carriers from a number of different countries. Many different transpacific air passenger routes are involved. This case requires leadership by a firm well versed in the law, with knowledge of the industry, and a proven track record of success. The Cotchett Firm fits the bill.

### IV. Conclusion

For all of the foregoing reasons, Plaintiffs request that The Cotchett Firm be appointed Interim Lead Counsel.

Dated: March 7, 2008        By:    /s/ Mario N. Alioto
                                   Mario N. Alioto (56433)
                                   Lauren C. Russell (241151)
                                   TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
                                   2280 Union Street
                                   San Francisco, CA 94123
                                   Telephone: (415) 563-7200
                                   Facsimile: (415) 346-0679
                                   E-mail: malioto@tatp.com
                                   laurenrussell@tatp.com

                                   Joseph M. Patane (72202)
                                   LAW OFFICE OF JOSEPH M. PATANE
                                   2280 Union Street
                                   San Francisco, CA  94123
                                   Telephone:  (415) 563-7200
                                   Facsimile: (415) 346-0679
                                   E-mail: jpatane@tatp.com

**3**
**RESPONSE IN SUPPORT OF PLAINTIFFS DONALD WORTMAN, WILLIAM ADAMS AND MARGARET GARCIA'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL**

Sherman Kassof (66383)
Law Offices of Sherman Kassof
954 Risa Road, Suite B
Lafayette, CA 94549
Telephone: (510) 652 2554
Facsimile: (510) 652 9308
Email: heevay@att.net

Counsel for Plaintiffs Martin Kaufman, Ireatha Diane Mitchell, Rosemary Schenk and Lemuel Schenk And All Others Similarly Situated

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 7th day of March 2008, the foregoing Notice of Appearance was electronically filed and served on all parties via ECF, and is available for viewing and downloading from the ECF system.

/s/ Mario N. Alioto
Mario N. Alioto