Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
William Heye (233249) william@saveri.com
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

[Additional attorneys listed on signature page]

*Attorneys for Plaintiffs Thomas Schelly,
Michael Benson, and Tori Kitagawa;
Justin LaBarge; Scott Frederick;
Lolly Randall; Christian Duke*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | Case No. 07-cv-05634-CRB <br><br> MDL No. 1913 |
| This Document Relates to: <br><br> ALL ACTIONS | **MEMORANDUM IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL FILED BY PLAINTIFFS DONALD WORTMAN, WILLIAM ADAMS AND MARGARET GARCIA** |

On November 30, 2007 Plaintiffs Thomas Schelly, Michael Benson, and Tori Kitagawa, through their counsel Saveri & Saveri, Inc., filed a class action Complaint against Air New Zealand, All Nippon Airways, Cathay Pacific Airways, China Airlines, EVA Airlines, Japan Airlines International, Malaysia Airlines, Northwest Airlines (since dismissed), Qantas Airways, Singapore Air, Thai Airways, and United Airlines. *Schelly, et al. v. Air New Zealand, et al.,* 07-6071-MMC, ("Schelly"). Saveri & Saveri, Inc. also represents Plaintiffs in four other actions against Air New Zealand, et al.: Justin LaBarge, filed on January 23, 2008, *LaBarge v. Air New Zealand, et al.* 08-0487-SC; Scott Frederick, filed on January 25, 2008, *Frederick v. Air New Zealand, et al.,* 08-0615-MEJ; Lolly Randall, filed on February 12, 2008, *Randall v. Air New Zealand, et al.,* 08-0909-JCS; and Christian Duke, filed on February 26, 2008, *Duke v. Air New Zealand, et al.,* 08-1142-EMC (collectively, "the Saveri Actions").

The Saveri Actions share common issues of law and fact with the *In Re Transpacific Air Passenger Antitrust Litigation*, MDL No. 1913 ("*Transpacific Litigation*"), currently before this Court. The *Schelly*, *LaBarge*, and *Frederick* actions have been treated as potential tag-along actions by the Judicial Panel on Multidistrict Litigation's Feb 19, 2008 Order transferring the *Transpacific Litigation* to this Court. Plaintiffs from the remaining two Saveri Actions expect their cases will soon be related to the pending *Transpacific Litigation*.

On February 20, 2008 Plaintiffs Wortman, Adams, and Garcia, represented by the law firm of Cotchett Pitre & McCarthy ("The Cotchett Firm"), moved for appointment as Interim Lead Counsel of the *Transpacific Litigation*. On November 6, 2007 the Cotchett Firm filed the first *Transpacific Litigation* class action alleging a price fix on Transpacific flights. All Complaints since then have been modeled on or pegged off of the Cotchett complaint. The Cotchett Firm has worked with counsel in the other *Transpacific Litigation* actions coordinating

2

**MEMORANDUM IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL FILED BY PLAINTIFFS DONALD WORTMAN, WILLIAM ADAMS AND MARGARET GARCIA**

the efforts of Plaintiffs and their counsel. Given the Cotchett Firm's initial investigation and filings, it is appropriate that it serves as Interim Lead Counsel in these coordinated class actions. For these reasons, and the reasons put forth in Wortman, Adams, and Garcia's Motion, the Plaintiffs and law firms from the Saveri Actions support the appointment of The Cotchett Firm as Interim Lead Counsel.

Dated: March 7, 2008                    Respectfully Submitted

By:   */s/ Guido Saveri*
      Guido Saveri (22349)
      R. Alexander Saveri (173102)
      Cadio Zirpoli (179108)
      William Heye (233249)
      SAVERI & SAVERI, INC.
      111 Pine Street, Suite 1700
      San Francisco, CA   94111
      Telephone: (415) 217-6810

      *Attorneys for Plaintiffs Thomas Schelly,*
      *Michael Benson, and Tori Kitagawa;*
      *Justin LaBarge; Scott Frederick;*
      *Lolly Randall; Christian Duke*

      Steven J. Serratore
      SERRATORE-AMES LLP
      9595 Wilshire Blvd., Suite 201
      Beverly Hills, CA 90212
      Telephone: (310) 205-2460

      *Attorneys for Plaintiffs Thomas Schelly,*
      *Michael Benson, and Tori Kitagawa*

      Randy R. Renick
      THE LAW OFFICES OF RANDY RENICK
      128 N. Fair Oaks Ave, Suite 204
      Pasadena, California 91103
      Telephone: (626) 585-9608

      *Attorneys for Plaintiffs Thomas Schelly,*
      *Michael Benson, and Tori Kitagawa*

3

**MEMORANDUM IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL FILED BY PLAINTIFFS DONALD WORTMAN, WILLIAM ADAMS AND MARGARET GARCIA**

```
 1                                   Eugene A. Spector
                                     William G. Caldes
 2                                   SPECTOR, ROSEMAN & KODROFF, P.C.
                                     1818 Market Street, Suite 2500
 3                                   Philadelphia, PA 19103
                                     Telephone: (215) 496-0300
 4
 5                                   Attorneys for Plaintiff Justin LaBarge

 6                                   Garrett Blanchfield
                                     REINHARDT WENDORF & BLANCHFIELD
 7                                   E-1250 First National Bank Building
                                     332 Minnesota Street
 8                                   St. Paul, MN 55101
                                     Telephone: (651) 287-2100
 9
10                                   Attorneys for Plaintiff Scott Frederick

11                                   John G. Emerson
                                     Scott E. Poynter
12                                   EMERSON POYNTER LLP
                                     The Museum Center
13                                   500 President Clinton Ave., Ste. 305
                                     Little Rock, AR 72201
14                                   Telephone: (501) 907-2555
15
                                     Attorneys for Plaintiffs Lolly Randall
16                                   and Christian Duke

17
                                     Lawrence D. McCabe
18                                   MURRAY, FRANK & SAILER LLP
                                     275 Madison Avenue
19                                   New York, NY 10016
                                     Telephone: (212) 682-1818
20
21                                   Attorneys for Plaintiffs Lolly Randall
                                     and Christian Duke
22
23                                   B.J. Wade
                                     GLASSMAN, EDWARDS, WADE AND
24                                   WYATT, P.C.
                                     26 N. Second Street
25                                   Memphis, TN 38103
                                     Telephone: (901) 527-4673
26
                                     Attorneys for Plaintiff Christian Duke
27
28                                       4
```

**MEMORANDUM IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL
FILED BY PLAINTIFFS DONALD WORTMAN, WILLIAM ADAMS AND MARGARET GARCIA**