1  Joseph W. Cotchett (36324)
   jcotchett@cpmlegal.com
2  Nancy L. Fineman (124870)
   nfineman@cpmlegal.com
3  Steven N. Williams (175489)
   swilliams@cpmlegal.com
4  Nanci E. Nishimura (152621)
   nnishimura@cpmlegal.com
5  Aron K. Liang (228936)
   aliang@cpmlegal.com
6  Douglas Y. Park (233398)
   dpark@cpmlegal.com
7  **COTCHETT, PITRE & McCARTHY**
   San Francisco Airport Office Center
8  840 Malcolm Road, Suite 200
   Burlingame, CA  94010
9  Telephone:  (650) 697-6000
   Fax:  (650) 697-0577
10
   *Attorneys for Plaintiffs Donald Wortman,*
11 *Williams Adams, Margaret Garcia,*
   *and the Proposed Class*
12

13

14                 **UNITED STATES DISTRICT COURT**

15               **NORTHERN DISTRICT OF CALIFORNIA**

16                  **SAN FRANCISCO DIVISION**

17
   **IN RE TRANSPACIFIC PASSENGER )     Lead Case No.: M:08-CV-01913-CRB**
18 **AIR TRANSPORTATION           )**
   **ANTITRUST LITIGATION          )     MDL No. 1913**
19                                 **)**
   _____ )     **Case No. 07-cv-05634-CRB**
20                                 **)**
   **This Document Relates to:      )**
21                                 **)     CERTIFICATE OF SERVICE**
   **ALL ACTIONS                    )**
22                                 **)**
                                   **)**
23 _____ **)**

24

25

26

27

28

**CERTIFICATE OF SERVICE**

1

## CERTIFICATE OF SERVICE

2       I am employed in San Mateo County, which is where service of the documents referred to

3   below occurred.  I am over the age of 18 and not a party to the within action.  My business

4   address is Cotchett, Pitre & McCarthy, San Francisco Airport Center, 840 Malcolm Road,

5   Burlingame, California 94010.  I am readily familiar with Cotchett, Pitre & McCarthy's practices

6   for the service of documents.  On March 7, 2008, I served or caused to be served a true copy of

7   the following documents in the manner listed below:

8       **1.    PLAINTIFFS' WORTMAN, ADAMS, AND GARCIA'S RESPONSE TO
    MOTIONS FOR APPOINTMENT OF INTERIM LEAD COUNSEL;**

9

10      **2.    CERTIFICATE OF SERVICE.**

11  **XXX    BY ECF:** I caused the aforementioned documents to be filed via the Electronic Case
Filing (ECF) system in the United States District Court for the Northern District of

12  California, on all parties registered for e-filing in the Docket Number M:08-cv-01913-
CRB. Counsel of record are required by the Court to be registered e-filers, and as such are

13  automatically e-served with a copy of the documents upon confirmation of e-filing.

14

15  **XXX    BY OVERNIGHT COURIER SERVICE:**  I caused the sealed envelope
containing the aforementioned documents to be delivered via overnight courier
service to the addressee specified below:

16

17      Honorable Charles R. Breyer
    United States District Court
    Northern District of California

18      450 Golden Gate Avenue
    Courtroom 8, 19th Floor

19      San Francisco, CA 94102

20

21  **XXX    BY US MAIL:**  I caused the sealed envelope containing the aforementioned
document(s) to be delivered via US Mail to the addressee(s) specified below:

22      **(SEE ATTACHED SERVICE LIST)**

23

24      I declare under penalty of perjury under the laws of the State of California that the

25  foregoing is true and correct.  Executed at Burlingame, California, on March 7, 2008.

26                      */s/ Marisa Compesi*
                     **MARISA COMPESI**

27

28

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**CERTIFICATE OF SERVICE**

1  ***In re Transpacific Passenger Air Transportation Antitrust Litigation***
   **Case No. 08-cv-01913-CRB**
2  **MDL No. 1913**

3                          <u>**SERVICE LIST**</u>

4  Scott D. Cunningham                    *Attorney for Defendant Air New Zealand*
   **CONDON & FORSYTH LLP**
5  1901 Avenue of the Stars, Suite 850
   Los Angeles, California 90067
6  Telephone: 310-557-2030
   Facsimile: 310-557-1299
7
   Michael J. Holland                     *Attorney for Defendant Air New Zealand*
8  **CONDON & FORSYTH LLP**
   7 Times Square, 18th Floor
9  New York, New York 10036
   Tel: 212-490-9100
10
   Jesse Markham                          *Attorney for Defendant All Nippon Airways*
11 Adam Brezine
   **HOLME ROBERTS & OWEN LLP**
12 560 Mission St.
   25th Floor
13 San Francisco, CA  94105
   Telephone: (415) 268-2000
14 Facsimile:   (415) 268-1999

15 Yang Chen                              *Attorney for Defendant All Nippon Airways*
   **CONSTANTINE CANNON LLP**
16 450 Lexington Avenue
   New York, NY 10017
17 Telephone: (212) 350-2700
   Facsimile: (212) 350-2701
18
   Edward B. Schwartz                     *Attorney for Defendant Cathay Pacific*
19 **DLA PIPER US LLP**                   *Airways*
   500 Eighth Street, N.W.
20 Washington, DC 20004
   Tel: 202-799-4000
21 Fax: 202-799-5000

22 James V. Dick                          *Attorney for Defendant China Airlines*
   **SQUIRE, SANDERS & DEMPSEY LLP**
23 1201 Pennsylvania Avenue, N.W., Suite 500
   Washington, D.C. 20004
24 Tel: 202-626-6600
   Fax: 202-626-6780
25
   Christopher T. Casamassima            *Attorney for Defendant EVA Airways*
26 **KIRKLAND & ELLIS LLP**
   777 South Figueroa Street
27 Los Angeles, California 90017-5800
   Tel: 213-680-8400
28

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**CERTIFICATE OF SERVICE**

3

1    William Karas                                    *Attorney for Defendant Japan Airlines*
     **STEPTOE & JOHNSON LLP**                        *International*
2    Washington, D.C. 20036
     Tel: 202-429-8126
3    Fax: 202-429-8126

4    David A. Senior                                  *Attorney for Defendant Malaysia Airlines*
     Benjamin D. Weston
5    **MCBREEN & SENIOR**
     2029 Century Park East, Third Floor
6    Los Angeles, CA 90067
     Tel: 310-552-5300
7    Fax: 310-552-1205

8    W. Todd Miller                                   *Attorney for Defendant Qantas Airways*
     Kimberly N. Shaw
9    **BAKER & MILLER PLLC**
     2401 Pennsylvania Avenue, N.W., Suite 300
10   Washington, D.C. 20037
     Tel: 202-663-7820
11   Fax: 202-663-7849

12   Michael A. Duncheon                              *Attorney for Defendant Qantas Airways*
     Lisa M. Pooley
13   **HANSON BRIDGETT MARCUS**
     **VLAHOS RUDY**
14   425 Market Street, 26th Floor
     San Francisco, CA 94105
15   Telephone:  (415) 995-5015
     Facsimile:   (415) 541-9366

16
     William R. Sherman                               *Attorney for Defendant Singapore Airlines*
17   **LATHAM & WATKINS LLP**
     555 Eleventh Street, N.W., Suite 1000
18   Washington, DC 20004
     Tel: 202-637-2200
19   Fax: 202-637-2201

20   Katherine A. Levine                              *Attorney for Defendant Thai Airways*
     **CRAVATH, SWAINE & MOORE LLP**
21   825 Eighth Avenue, 4044 D
     New York, NY 10019
22   Tel: 212-474-1684
     Fax: 212-474-3700

23
     Richard J. Favretto                              *Attorney for Defendant United Airlines*
24   **MAYER BROWN LLP**
     1909 K. Street N.W.
25   Washington, DC 20006
     Tel: 202-263-3250
26   Fax: 202-263-3300

27

28

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**CERTIFICATE OF SERVICE**

4