Gilmur R. Murray (SBN:111856)
Derek G. Howard (SBN:118082)
Scott J. Yundt (SBN: 242595)
**MURRAY & HOWARD LLP**
436 14th Street, Suite 1413
Oakland, California 94612
T: (510) 444-2660
F: (510) 444-2522
gmurray@murrayhowardlaw.com
dhoward@murrayhowardlaw.com
syundt@murrayhowardlaw.com

*Attorneys for Plaintiff Brenden G. Maloof and the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC AIR PASSENGER ANTITRUST LITIGATION** | Case No. CV 07-5634 CRB <br><br> MDL No. 1913 |
| **This Document Relates To:** <br><br> **ALL ACTIONS** | **PLAINTIFF BRENDEN G. MALOOF'S NOTICE OF SUPPORT FOR MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL FILED BY PLAINTIFFS DONALD WORTMAN, WILLIAM ADAMS AND MARGARET GARCIA** |

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

PLAINTIFF BRENDEN G. MALOOF'S NOTICE OF SUPPORT FOR MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL FILED BY PLAINTIFFS DONALD WORTMAN, WILLIAM ADAMS AND MARGARET GARCIA

On November 15, 2007, Plaintiff Brenden G. Maloof filed a class action complaint alleging price fixing against Air New Zealand, All Nippon Airways, Cathay Pacific Airways, China Airlines, EVA Airways, Japan Airlines International, Malaysia Airlines, Qantas Airways, Singapore Airlines, Thai Airways and United Airlines, by and through his counsel Murray & Howard, LLP ("the M&H Firm"). *Maloof v. Air New Zealand, et al.,* Case No. 07-CV-5811 (CRB) ("*Maloof*").

*Maloof* was the **second** case filed in what has become *In Re Transpacific Passenger Air Transportation Antitrust Litigation*, MDL No. 1913, which was transferred to the Northern District of California pursuant to a JPML Transfer Order on February 19, 2008. The first filed case is *Wortman, et al. v. Air New Zealand et al.,* Case No. 3:07-cv-05634-CRB, filed on November 6, 2007. ("*Wortman*"). Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, *Wortman's* counsel, Cotchett, Pitre & McCarthy ("the CP&M Firm") seeks appointment to serve as Interim Lead Class Counsel for the putative plaintiff class in the consolidated *In Re Transpacific Passenger Air Transportation Antitrust Litigation*. We support their appointment as Interim Lead Class Counsel.

The CP&M Firm has proposed an effective leadership structure for this complex case that will include a single Interim Lead Class Counsel with an executive committee composed of firms representing other plaintiffs. Due to the number of firms involved in the case and the nature of the Defendants' business and alleged illegal activity, the CP&M Firm's proposed committee structure will best serve the interest of the putative class in achieving thorough and efficient investigation and litigation of this matter. For example, individual firms on an executive committee would be able to devote their focus to investigation of specific air routes and airlines and contribute the information they uncover to Interim Lead Class Counsel and other members of the executive committee. With the Interim Lead Class Counsel efficiently coordinating the actions of the executive committee and making final decisions as to how to prosecute the action, the best interests of the class would be protected.

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

1
PLAINTIFF BRENDEN G. MALOOF'S NOTICE OF SUPPORT FOR MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL FILED BY PLAINTIFFS DONALD WORTMAN, WILLIAM ADAMS AND MARGARET GARCIA

1    In its considerable leadership experience in large antitrust cases similar to this action the
2 CP&M Firm has set a precedent for open communication and accessibility.  The CP&M Firm
3 presently serves as Co-Lead Counsel in *In re International Air Transportation Surcharge*
4 *Antitrust Litigation* (N.D. Cal. Case No. 06-1793 (CRB), MDL No. 1793), a similar class action
5 case involving price fixing of air passenger surcharges, which was filed back in June of 2006.
6 They showed immense skill and efficiency in bringing that case to the reported more than $200
7 million settlement that substantially benefits the class. (The M&H Firm is also one of the firms
8 assisting the Co-Leads in that case.)  In *In re International Air Transportation Surcharge*
9 *Antitrust Litigation*, the CP&M Firm has remained accessible and provided updates and
10 assignments where appropriate.  The other Co-Lead firm in that case is the Cohen Milstein firm,
11 which is also a very capable firm in its own right.  That firm is also a candidate for Co-Lead
12 Counsel in this matter.  The Cohen Milstein firm, however, only recently opened a San Francisco
13 office in 2007 and is considered to be an East Coast-based firm.  The Cohen Milstein firm would
14 face more difficulties in acting as sole Lead Counsel and coordinating the case with the other
15 West Coast firms in this case.

16    A further factor here is the specific knowledge and ability brought to bear by the CP&M
17 Firm.  In addition to bringing the first filed action in the matter, MDL No. 1793 has given the
18 CP&M Firm extensive knowledge of the air passenger industry, terminology and of the interplay
19 between fuel surcharges and passenger ticket prices.  These skills and knowledge will prove to
20 be very helpful to the investigation and identification of key factual and legal issues in this case.

21    Appointment of the CP&M Firm will ensure that the putative plaintiff class will be
22 represented by a law firm with a broad knowledge and understanding of prosecuting complex
23 antitrust class actions in federal court, particularly in the Northern District of California. They
24 have extensive experience serving as lead or co-lead counsel in large class action cases in the
25 Northern District of California including *Kopies, Inc., et al. v. Eastman Kodak Co.* (N.D. Cal.
26 Case no. 94-524 (SBA)); *In re Citric Acid Antitrust Litigation* (N.D. Cal. Master Case No. 95-
27 2963 (FMS), MDL. No. 1092); *In re Sodium Gluconate Antitrust Litigation* (N.D. Cal. Case Nos.

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

2
PLAINTIFF BRENDEN G. MALOOF'S NOTICE OF SUPPORT FOR MOTION FOR APPOINTMENT OF INTERIM LEAD
COUNSEL FILED BY PLAINTIFFS DONALD WORTMAN, WILLIAM ADAMS AND MARGARET GARCIA

1  97-4142 and 98-70 (CW), MDL No. 1226); *In re Methionine Antitrust Litigation* (N.D. Cal.
2  Master Case No 00-1311 (CRB), MDL No. 1311); *In re International Air Transportation*
3  *Surcharge Antitrust Litigation* (N.D. Cal. Case No. 06-1793 (CRB), MDL No. 1793); *In re*
4  *SRAM Antitrust Litigation* (N.D. Cal. Case No. 06-6511 (CW), MDL No. 1819); *In re Flash*
5  *Memory Antitrust Litigation* (N.D. Cal. Case No. 07-0086 (SBA), MDL No. 0086).

The resources and vast experience of the CP&M Firm are virtually unparalleled among the plaintiff firms involved in this case. For all of the foregoing reasons, Plaintiff Maloof respectfully requests that the Court appoint the CP&M Firm as Interim Lead Class Counsel in this litigation on behalf of plaintiffs.

Dated: March 7, 2008                         MURRAY & HOWARD, LLP

                                             By:  /s/ Derek G. Howard_____
                                                  DEREK G. HOWARD

                                             *Attorneys for Brenden G. Maloof and the Class*

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

# CERTIFICATE OF SERVICE:

I, Amanda L. Arnall, declare as follows:

I am employed in Alameda County, which is where service of the document(s), referred to below occurred. I am over the age of 18 and not a party to the within action. My business address is Murray & Howard, LLP, 436 14th Street, Suite 1413, Oakland, California 94612. I am readily familiar with Murray & Howard's practices for the service of documents. On this date, I served or caused to be served a true copy of the following document(s) in the manner listed below:

**PLAINTIFF BRENDEN G. MALOOF'S NOTICE OF SUPPORT FOR MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL FILED BY PLAINTIFFS DONALD WORTMAN, WILLIAM ADAMS AND MARGARET GARCIA**

___ **BY FACSIMILE:** I caused the aforementioned document(s) to be transmitted to the telephone number(s) of the addressee(s) specified below;

___ **BY FEDERAL EXPRESS:** I caused the sealed envelope containing the aforementioned document(s) to be delivered via overnight courier service to the addressee(s) specified below;

___ **BY HAND DELIVERY:** I caused the sealed envelope containing the aforementioned document(s) to be hand delivered to the addressee(s) specified below on this date.

**X** **BY MAIL:** I caused the sealed envelope containing the aforementioned document(s) to be deposited with the United States Postal Service at Oakland, California on this date in the ordinary course of business. *(See attached service list).*

**X** **ELECTRONIC FILING SYSTEM:** on all interested parties registered for e-filing. *(See attached service list).*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Oakland, California on March 7, 2008.

/s/ *Amanda L. Arnall*

Amanda L. Arnall

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

4
CERTIFICATE OF SERVICE

*In re: Transpacific Passenger Air Transportation Antitrust Litigation*

**Case No. 07-cv-05634**

## SERVICE LIST

### By Federal Express Overnight Delivery:

Honorable Charles R. Breyer
United States District Court
Northern District of California
450 Golden Gate Avenue
Ctrm: 8, 19th Floor
San Francisco, CA 94102

### By U.S. Mail:

*Attorneys for Plaintiffs Donald Wortman, William Adams and Margaret Garcia*

Joseph W. Cotchett
Steven N. Williams
Nancy L. Fineman
Nanci E. Nishimura
Aron K. Liang
Douglas Y. Park
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Tel: (650) 697-6000
Fax: (650) 697-0577

Walter J. Jack
Elisabeth L. Crooke
Richard P. Kinnan
**ENGSTROM LIPSCOMB & LACK**
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067

*Attorneys for Plaintiff Matthew Evans and Clyde H. Campbell, Jr.*

Robert Craig Baker
**BAKER, KEENER & NAHRA**
633 West Fifth Street
Suite 5400
Los Angeles, CA 90071
Tel: (213) 241-0900
Fax: (213) 241-0990

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

*Attorneys for Plaintiffs Franklin Ajaye, Ming-Chun, Wu Chen, Tzu-Chiao Chen, Rayna Rusenko, Titi Tran, Boris Zingerman and Galina Zingerman*

Bruce L. Simon
Esther L. Klisura
**PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 1200
San Francisco, CA 94101
Tel:  (415) 433-9000
Fax:  (415) 433-9008

*Attorneys for Plaintiffs Thomas Schelly, Michael Benson and Tori Kitagawa*

Guido Saveri
R. Alexander Saveri
**SAVERI & SAVERI**
111 Pine Street
Suite 1700
San Francisco, CA 94111
Tel:  (415) 217-6810
Fax:  (415) 217-6813

Steven J. Serratore
**SERRATORE-AMES LLP**
9595 Wilshire Blvd., Suite 201
Beverly Hills, CA 90212
Tel:  (310) 205-2460
Fax:  (310) 205-2464

Randy R. Renick
**LAW OFFICES OF RANDY RENICK**
128 N. Fair Oaks Ave., Suite 204
Pasadena, CA 91103
Tel:  (626) 585-9608
Fax:  (626) 577-7079

*Attorneys for Plaintiff Mark Foy*

Daniel C. Girard
Aaron M. Sheanin
Elizabeth Cheryl Pritzker
Steven G. Tidrick
**GIRARD GIBBS LLP**
601 California Street, Ste. 1400
San Francisco, CA 94108
Tel:  (415) 981-4800
Fax:  (415) 981-4846

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA  94612
Tel. (510) 444-2660
Fax (510) 444-2522

*Attorneys for Plaintiffs Andrew Barton and Tracey Wadmore Simth*

Thomas V. Girardi
Graham B. LippSmith
**GIRARDI KEESE**
1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel: (213) 977-0211
Fax: (213) 481-1554

*Attorneys for Plaintiffs Robert Casteel III, Uchenna and Steve Ike*

C. Donald Amamgbo
**AMAMGBO & ASSOCIATES, APC**
7901 Oakport Street, Suite 4900
Oakland, CA 94621
Tel: (510) 615-6000
Fax: (510) 615-6025

*Attorneys for Plaintiffs Woodrow Clark II, and James Evans*

Brian Joseph Barry, Esq.
**LAW OFFICES OF BRIAN BARRY**
1801 Avenue of the Stars, Suite 307
Los Angeles, CA 90067
Tel: (310) 788-0831
Fax: (310) 788-0841

*Attorneys for Plaintiffs Rachel Diller and Trong Nguyen*

Allan Steyer
**STEYER, LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**
One California Street, Third Floor
San Francisco, CA 94104
Tel: (415) 421-3400
Fax: (415) 421-2234

**Attorneys for Plaintiffs Martin Kaufman, Ireatha Diane Mitchell, Rosemary Senger and Lemuel Schenck**

Mario Nunzio Alioto
**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Fax: (415) 346-0679

Sherman Kassof
**LAW OFFICES OF SHERMAN KASSOF**
954 Risa Road, Suite B
Lafayette, CA 94549
Tel: (510) 652-2554
Fax: (510) 652-9308

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

7
CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | Joseph M. Patane<br>**LAW OFFICES OF JOSEPH M. PATANE**<br>2280 Union Street |
| 2 | San Francisco, CA 94123<br>Tel:  (415) 563-7200 |
| 3 | Fax:  (415) 346-0679 |
| 4 | *Attorneys for Counsel for Meor Adlin* |
| 5 | Brian S. Kabateck<br>Richard Kellner |
| 6 | **KABATECK BROWN KELLNER, LLP**<br>644 South Figueroa Street |
| 7 | Los Angeles, CA 90071<br>Tel:  (213) 217-5000 |
| 8 | Fax:  (213) 217-5010 |
| 9 | *Attorneys for Plaintiff Stephen Gaffigan* |
| 10 | Lori S. Brody<br>**KAPLAN, FOX & KILSHEIMER LLP** |
| 11 | 1801 Century Park East, Suite 1460<br>Los Angeles, CA 90067 |
| 12 | Tel: (310) 785-0800<br>Fax: (310) 785-0897 |
| 13 | Laurence D. King<br>**KAPLAN, FOX & KILSHEIMER LLP** |
| 14 | 350 Sansome street, Suite 400<br>San Francisco, CA 94104 |
| 15 | Tel:  (415) 772-4700<br>Fax:  (415) 772-4707 |
| 16 | |
| 17 | William Pinilis<br>**KAPLAN, FOX & KILSHEIMER LLP** |
| 18 | 160 Morris Street<br>Morristown, New Jersey 07960 |
| 19 | Tel:  (973)  656-0222<br>Fax: (973) 401-1114 |
| 20 | Robert N. Kaplan<br>Donald R. Hall |
| 21 | Jason A. Zweig<br>**KAPLAN FOX & KILSHEIMER LLP** |
| 22 | 850 Third Avenue, 14th Floor<br>New York, NY 10022 |
| 23 | Tel:  (212) 687-1980<br>Fax:  (212) 687-7714 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA  94612
Tel. (510) 444-2660
Fax (510) 444-2522

8
CERTIFICATE OF SERVICE

Gabe Halpern
**PINILIS & HALPERN LLP**
160 Morris Street
Morristown, New Jersey
Tel: (973) 656-0222
Fax: (973) 401-1114

*Attorneys for Plaintiff Judah M. Feigenbaum*

Cheryl Hamer
**POMERANTZ, HAUDEK, BLOCK, GROSSMAN & GROSS**
840 Malcolm Road
Burlingame, CA 94010
Tel: (415) 241-1480
Fax: (800) 211-5422

Michael Buckman
J. Douglas Richards
**POMERANTZ, HAUDEK, BLOCK, GROSSMAN & GROSS**
100 Park Avenue
New York, NY 10019
Tel: (212) 661-1100
Fax: (212) 611-8665

*Attorneys for Plaintiff Micah Abrams*

Jiangxiao Athena Hou
Matthew Rutledge Schultz
Patrick Bradford Clayton
**ZELLE, HOFMANN, VOELBEL, MASON & GETTE**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Tel: (415) 693-0700
Fax: (415) 693-0777

*Defendant Air New Zealand*

Michael J. Holland
Condon & Forsyth LLP
7 Times Square, 18th Floor
New York, NY 10036
Tel: (212) 490-9100

*Defendant All Nippon Airways*

Douglas E. Rosenthal
**Constantine Cannon LLP**
1627 Eye Street, N.W., 10th Floor
Washington, DC 20006
Tel: (202) 204-3500
Fax: (202) 204-3501

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

9
CERTIFICATE OF SERVICE

*Defendant Cathay Pacific Airways*

Edward B. Schwartz
**DLA PIPER US LLP**
500 Eighth Street, N.W.
Washington, DC 20004
Tel: (202) 799-4000
Fax: (202) 799-5000

*Defendant China Airlines*

James V. Dick
**Squire, Sanders & Dempsey LLP**
1201 Pennsylvania Avenue, N.W., Suite 500
Washington, DC 20004
Tel: (202) 626-6600
Fax: (202) 626-6780

*Defendant EVA Airlines*

David Kirstein
**Kirstein & Young, PLLC**
1750 K Street, N.W., Suite 200
Washington, DC 20006
Tel: (202) 331-3348
Fax: (202) 331-3933

*Defendant Japan Airlines International*

William Karas
**Steptoe & Johnson LLP**
1330 Connecticut Avenue, N.W.
Washington, DC 20006
Tel: (202) 429-8126
Fax: (202) 429-8126

*Defendant Malaysia Airlines*

David A. Senior
Benjamin D. Weston
**McBreen & Senior**
2029 Century Park East, Third Floor
Los Angeles, CA 90067
Tel: (310) 552-5300
Fax: (310) 552-1205

*Defendant Qantas Airlines*

W. Tod Miller
**Baker & Miller, PLLC**
2401 Pennsylvania Avenue, N.W., Suite 300
Washington, DC 20037
Tel: (202) 663-7820
Fax: (202) 663-7849

10
CERTIFICATE OF SERVICE

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

*Defendant Singapore Airlines*

William R. Sherman
**Latham & Watkins LLP**
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201

*Defendant Thai Airways*

Mark S. Priver
**Ohashi & Priver**
140 South Lake Ave., Suite 208
Pasadena, CA 91101
Tel: (626) 584-1107
Fax: (626) 584-3636

Katherine A. Levine
**Cravath, Swaine & Moore LLP**
825 Eighth Avenue, 4044 D
New York, NY 10019
Tel: (212) 474-1684
Fax: (212) 474-3700

*Defendant United Airlines*

Richard J. Favretto
**Mayer Brown LLP**
1909 K Street N.W.
Washington, DC 20006
Tel: (202) 263-3250
Fax: (202) 263-3300

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522