1   Michael P. Lehmann (77152; mlehmann@cmht.com)
    Christopher L. Lebsock (184546; clebsock@cmht.com)
2   Jon T. King (205073; jking@cmht.com)
    **COHEN, MILSTEIN, HAUSFELD & TOLL,**
3   **P.L.L.C.**
    One Embarcadero Center
4   Suite 2440
    San Francisco, CA 94111
5   Telephone: (415) 229-2080
    Facsimile: (415) 986-3643
6
    Michael D. Hausfeld (mhausfeld@cmht.com)
7   Charles E. Tompkins (ctompkins@cmht.com)
    Andrea L. Hertzfeld (ahertzfeld@cmht.com)
8   **COHEN, MILSTEIN, HAUSFELD & TOLL,**
    **P.L.L.C.**
9   1100 New York Avenue, NW
    West Tower, Suite 500
10  Washington, DC 20005
    Telephone: (202) 408-4600
11  Facsimile: (202) 408-4699

12  *Attorneys for Plaintiffs Rachel Diller and*
    *Trong Nguyen and the Proposed Class*
13  *(Additional Counsel Listed on Signature Page)*

14
    **UNITED STATES DISTRICT COURT**
15
    **NORTHERN DISTRICT OF CALIFORNIA**
16

17
    **IN RE TRANSPACIFIC PASSENGER**          **Case No. 07-cv-05634-CRB**
18  **AIR TRANSPORTATION**
    **ANTITRUST LITIGATION**                  **MDL No. 1913**
19
                                              **PLAINTIFFS RACHEL DILLER AND**
20  **This Document Relates to:**             **TRONG NGUYEN'S RESPONSE TO**
                                              **MOTION OF PLAINTIFFS DONALD**
21  **ALL ACTIONS**                           **WORTMAN, WILLIAM ADAMS AND**
                                              **MARGARET GARCIA'S MOTION FOR**
22                                            **APPOINTMENT OF INTERIM LEAD**
                                              **COUNSEL**
23
                                              Date:  March 28, 2008
24                                            Time:  10:00 a.m.
                                              Judge:  Hon. Charles E. Breyer
25

26

27

28

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

PLAINTIFFS RACHEL DILLER, ET AL.'S RESPONSE TO MOTION OF PLAINTIFFS DONALD
WORTMAN, ET AL.'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL
CASE NO. 07-CV-05634-CRB

1    **MEMORANDUM OF POINTS AND AUTHORITIES**

2         Plaintiffs Rachel Diller and Trong Nguyen ("Plaintiffs") hereby respond to the motion of

3    Donald Wortman, Wiliam Adams and Margaret Garcia to appoint the law firm of Cotchett, Pitre

4    & McCarthy ("CPM") to serve as Interim Lead Class Counsel for the putative plaintiff class in

5

6    these cases.

7         Plaintiffs do not oppose having CPM serve as *one* of the Interim Lead Class Counsel in

8    this case.  Plaintiffs *do* oppose having CPM serve as the *sole* Interim Lead Class Counsel in this

9    case.  Plaintiffs believe that the present dispute can best be resolved by appointing CPM and

10   Cohen Milstein Hausfeld & Toll P.L.L.C. ("CMHT") as Co-Interim Lead Class Counsel, the

11   same leadership structure that the Court approved in *In re International air Transportation*

12   *Surcharge Antitrust Litig.*, MDL No. 1793 (N.D. Cal. ) ("*Air Passengers*").

13

14        This is a case involving as many as a dozen airlines.  Many of those airlines have their

15   principal places of business overseas.  Having a single Lead Interim Class Counsel is not an

16   optimal structure in such a case.  Indeed, in the other airlines surcharge cases, courts have

17   appointed four (*In re Air Cargo Shipping Servs. Antitrust Litig.*, MDL No. 1775 (E.D.N.Y.)),

18   three (*In re Korean Air Lines Co., Ltd. Antitrust Litig.*, MDL No. 1891 (N.D. Cal.)), or two (*Air*

19   *Passengers*).  In *Korean Air* and *Air Passengers*, three and two co-leads, respectively, were

20   appointed even though far fewer defendants were named than is the case here.

21

22        CMHT is perfectly willing to work with CPM as a co-lead, as it has done in *Air*

23   *Passengers*.  That structure worked efficiently there and can do so again here.[1]  This case

24   certainly would benefit from having two co-leads, one of which is nationally-based and has

25   extensive experience dealing with foreign law claims.

26        For the foregoing reasons, Plaintiffs oppose having CPM as sole Lead Interim Class

27

28   ---
     [1]    CMHT is also wiling to work with CPM in creating an Executive Committee to assist the
     Co-Interim Lead Class Counsel in prosecuting this action.

1 Counsel in these cases, but are willing to have CPM serve as Co-Lead Interim Class Counsel

2 with CMHT.

3 Dated: March 7, 2008                              Respectfully submitted,

4

5                                                  By: /s/ Michael P. Lehmann

6                                                  Michael P. Lehmann (77152;
7                                                        mlehmann@cmht.com)
                                                   Christopher L. Lebsock (184546;
8                                                        clebsock@cmht.com)
                                                   Jon T. King (205073; jking@cmht.com)
9                                                  **COHEN MILSTEIN HAUSFELD & TOLL,**
                                                   **P.L.L.C.**
10                                                 One Embarcadero Center
11                                                 Suite 2440
                                                   San Francisco, CA  94111
12                                                 Telephone:  (415) 229-2080
                                                   Facsimile:  (415) 986-3643
13
                                                   Michael D. Hausfeld (mhausfeld@cmht.com)
14                                                 Charles E. Tompkins (ctompkins@cmht.com)
                                                   Andrea L. Hertzfeld (ahertzfeld@cmht.com)
15                                                 **COHEN, MILSTEIN, HAUSFELD & TOLL,**
                                                   **P.L.L.C.**
16                                                 1100 New York Avenue, NW
                                                   West Tower, Suite 500
17                                                 Washington, DC 20005
                                                   Telephone:  (202) 408-4600
18                                                 Facsimile:  (202) 408-4699

19                                                 Allan Steyer (Cal. Bar No. 100318;
                                                        asteyer@steyerlaw.com)
20                                                 **STEYER LOWENTHAL BOODROOKAS**
                                                   **ALVAREZ & SMITH LLP**
21                                                 One California Street, Third Floor
                                                   San Francisco, CA 94104
22                                                 Telephone:  (415) 421-3400
                                                   Facsimile:  (415) 421-2234
23
24                                                 ***Attorneys for Plaintiffs Rachel Diller and***
                                                   ***Trong Nguyen and the Proposed Class***
25

26

27

28

PLAINTIFFS RACHEL DILLER, ET AL.'S RESPONSE TO MOTION OF PLAINTIFFS DONALD WORTMAN,
ET AL.'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL
CASE NO. 07-CV-05634-CRB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28