JEFF S. WESTERMAN (SBN 94559)
SABRINA S. KIM (SBN 186242)
MILBERG WEISS LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071-3149
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975
Email: jwesterman@milbergweiss.com
skim@milbergweiss.com

Attorneys for Plaintiff Lori Barrett and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>AIR NEW ZEALAND, LTD., et al.<br><br>　　　　　　　　Defendants.<br><br>This Document Relates to:<br><br>*Barrett vs. Qantas Airways Limited, et. al.*<br>Case No. CV 08-1140 EMC | Case No. CV 07-5634 CRB<br><br>ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (Civil Local Rules 3-12 & 7-11) |

ADMINISTRATIVE MOTION TO CONISDER WHETHER CASES SHOULD BE RELATED
CASE NO. CV 07-5634 CRB
DOCS\429018v1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that plaintiff Lori Barrett ("Plaintiff"), hereby moves this Court pursuant to Civil Local Rules 3-12(b) and 7-11 of the United States District Court of the Northern District of California to consider whether the action entitled, *Barrett v. Qantas Airways Limited, et. al.*, Case No. CV 08-1140 EMC ("*Barrett*"), filed December 19, 2007, should be related to *Wortman, et al. v. Air New Zealand, Ltd., et al.*, Case No. CV 07-5634 CRB ("*Wortman*"), filed November 6, 2007 in the Northern District of California and assigned to the Honorable Charles R. Breyer.

**I.      Related Cases**

Pursuant to Local Rule 3-12(b), the *Barrett* action should be related to the *Wortman* action as the earliest-filed case.

On January 23, 2008, Judge Breyer entered an order relating the *Wortman* action and (1) *Abrams v. Air New Zealand, et al.*, Case No. CV 08-0339 CRB ("*Abrams*"), filed in the Northern District of California on January 17, 2008; (2) and on February 12, 2008 an order relating *Kaufman v. Air New Zealand, et al.*, Case No. CV 07-6417 CRB ("*Kaufman*"), filed in the Northern District of California on December 19, 2007; (3) and on February 19, 2008 an order relating *Evans v. Air New Zealand, et al.*, Case No. CV 07-5821 CRB ("*Evans*"), filed in the Northern District of California on November 15, 2007; (4) and on February 25, 2008 an order relating *Foy v. Air New Zealand, et al.*, Case No. CV 07-6219 CRB (*"Foy"*), filed in the Northern District of California on December 7, 2007.

Like the *Wortman, Abrams, Kaufman, Evans* and *Foy* actions, the *Barrett* action alleges that defendants engaged in a conspiracy to fix the prices for passenger air transportation service containing transpacific flight segments.

**II.     Relationship of the Actions**

The Administrative Motion is made on the grounds that the *Barrett* action and the *Wortman, Abrams, Kaufman, Evans* and *Foy* actions, all involve substantially similar questions of fact and law and concern the same wrongful acts and occurrences.

Specifically, all cases involve allegations that many of the same defendants participated in a conspiracy to fix, raise or maintain the price for passenger air transportation services containing transpacific flight segments in violation of Section 1 of the Sherman Act, 15 U.S.C. §1. Thus, the *Wortman, Abrams, Kaufman, Evans*, *Foy* and *Barrett* cases "concern substantially the same parties" as well as the same "property, transaction or event." L.R. 3-12(a)(1). Given the closely related nature of these cases, each involving substantially similar questions of law and fact, the assignment of these actions to the same judge would serve the interests of judicial economy and avoid the potential for conflicting rulings.

Pursuant to Local Rule 3-12(b)(2), it appears likely that there will be an unduly burdensome duplication of labor and expense or the possibility of conflicting results if these cases are conducted before different Judges. Therefore, it will be more efficient for all cases to proceed before the same Judge so that these analyses and determinations are made by one Court. This will avoid duplication of labor and expenses and the possibility of conflicting results.

ADMINISTRATIVE MOTION TO CONISDER WHETHER CASES SHOULD BE RELATED
CASE NO. CV 07-5634 CRB - 3 -
DOCS\429018v1

### III. Conclusion

The *Wortman, Abrams, Kaufman, Evans*, *Foy* and *Barrett* actions satisfy the criteria of Rule 3-12, and as such, the relation of these actions is proper. Therefore, Plaintiff respectfully requests that the *Barrett* action be related to the *Wortman* action and assigned to the Honorable Charles R. Breyer.

DATED: March 10, 2008

MILBERG WEISS LLP
JEFF S. WESTERMAN
SABRINA S. KIM

*/s/ JEFF S. WESTERMAN*
JEFF S. WESTERMAN

One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071-3149
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
Email: jwesterman@milbergweiss.com
skim@milbergweiss.com

Attorneys for the Plaintiff Lori Barrett and the Class

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071.

2. That on March 10, 2008, declarant served the ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL LOCAL RULES 3-12 & 7-11) by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

4. That on the above date, declarant served via e-mail to: scac@law.stanford.edu.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of March, 2008, at Los Angeles, California.

_____
ELIZABETH VILLALOBOS

ADMINISTRATIVE MOTION TO CONISDER WHETHER CASES SHOULD BE RELATED
CASE NO. CV 07-5634 CRB                                                                                                            - 5 -
DOCS\429018v1

# SERVICE LIST

*Wortman et al. v. Air New Zealand et al*
**USDC, Northern Dist. No. CV 07-5634 CRB**

| | |
|---|---|
| Jeff S. Westerman<br>Sabrina S. Kim<br>MILBERG WEISS LLP<br>300 South Grand Ave, Suite 3900<br>Los Angeles, CA 90071<br>Tel: (213) 617-1200<br>Fax: (213) 617-1975<br>Email:  jwesterman@milbergweiss.com<br>   skim@milbergweiss.com | *Attorneys for Third Party Plaintiffs* |
| Joseph W. Cotchett<br>Aron K. Liang<br>Nanci Eiko Nishimura<br>Douglas Yongwoon Park<br>Neil Swartzberg<br>Steven Noel Williams<br>COTCHETT PITRE & MCCARTHY<br>840 Malcolm Road, Suite 200<br>Burlingame CA 94010<br>Tel: (650) 697-6000<br>Fax: (650) 697-0577<br>Email: jcotchett@cpmlegal.com<br>   aliang@cpmlegal.com<br>   nnishimura@cpmlaw.com<br>   nswartzberg@cpmlaw.com<br>   swilliams@cpmlegal.com | *Attorneys for Plaintiffs Donald Wortman,*<br>*William Adams and Margaret Garcia* |

Aaron M. Sheanin
GIRARD GIBBS LLP
601 California Street, Suite 400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
Email: ams@girardgibbs.com

Richard Pollard Kinnan
Elizabeth Lane Crooke
Walter J. Lack
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067
Tel:  (310) 552-3800
Fax: (310) 552-9434
Email: bcrooke@elllaw.com

ADMINISTRATIVE MOTION TO CONISDER WHETHER CASES SHOULD BE RELATED
CASE NO. CV 07-5634 CRB                                                                                                          - 6 -
DOCS\429018v1

| | | |
|---|---|---|
| 1 | Derek G. Howard<br>MURRAY & HOWARD, LLP<br>436 14th Street, Suite 1413<br>Oakland, CA 94612<br>Tel: (510) 444-2660<br>Email: dhoward@murrayhowardlaw.com | *Attorney for Plaintiff Brenden G. Maloof* |
| 2 | Reginald Von Terrell<br>THE TERRELL LAW GROUP<br>223 25th Street<br>Richmond, CA 94804<br>Tel: (510) 237-9700<br>Fax: (510) 237-4616<br>Email: reggiet2@aol.com | *Attorney for Plaintiff Robert Casteel, III* |
| 3 | Craig C. Corbitt<br>ZELLE, HOFMANN, VOELBEL, MASON GETTE LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel: (415) 693-0700<br>Fax: (415) 693-0770<br>Email: ccorbitt@zelle.com | *Attorney for Plaintiff Micah Abrams* |
| 4 | Jon T. King<br>COHEN, MILSTEIN, HAUSFELD TOLL PLLC<br>One Embarcadero Center, Suite 2440<br>San Francisco, CA 94111<br>Tel: (415) 229-2080<br>Fax: (415) 986-3643<br>Email: jking@cmht.com | *Attorney for Plaintiff Rachel Diller and Trong Nguyen* |
| 5 | Adam Paul Brezine<br>HOLME ROBERTS & OWEN<br>One Maritime Plaza, Suite 2400A<br>San Francisco, CA 94111<br>Tel: (415) 268-2000<br>Fax: (415) 268-1999<br>Email: adam.brezine@hro.com | *Attorneys for Defendant All Nippon Airways* |
| 6 | Dean Michael Harvey<br>Kenneth Fisher Rossman<br>John F. Cove, Jr.<br>BOIES, SCHILLER & FLEXNER LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Tel: (510) 874-1201<br>Email: krossman@bsfllp.com<br>  dharvey@bsfllp.com<br>  jcove@bsfllp.com | *Attorneys for Defendant Northwest Airlines* |

ADMINISTRATIVE MOTION TO CONISDER WHETHER CASES SHOULD BE RELATED
CASE NO. CV 07-5634 CRB                                                                                                                                   - 7 -
DOCS\429018v1

Mario Zunzio Alioto  *Attorneys for Interested Party Martin Kaufman*
Lauren Clare Russell
Trump Alioto Trump & Prescott LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Fax: (415) 346-0679
Email: malioto@tatp.com
   laurenrussell@tatp.com

Joseph Marid Patane
Law Office of Joseph M. Patane
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Fax: (415) 346-0679
Email: jpatane@tatp.com

ADMINISTRATIVE MOTION TO CONISDER WHETHER CASES SHOULD BE RELATED
CASE NO. CV 07-5634 CRB                                                                                     - 8 -
DOCS\429018v1