JEFF S. WESTERMAN (SBN 94559)
SABRINA S. KIM (SBN 186242)
MILBERG WEISS LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071-3149
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975
Email: jwesterman@milbergweiss.com
skim@milbergweiss.com

Attorneys for Plaintiff Lori Barrett and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>      vs.<br><br>AIR NEW ZEALAND, LTD., et al.<br><br>              Defendants. | Case No. CV 07-5634 CRB<br><br>DECLARATION OF JEFF S. WESTERMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (Civil Local Rules 3-12 & 7-11) |
| This Document Relates to:<br><br>*Barrett vs. Qantas Airways Limited, et. al.*<br>Case No. CV 08-1140 EMC | |

WESTERMAN DECL. IN SUPPORT OF ADMIN MTN TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. CV 07-5634 CRB
DOCS\429031v1

I, Jeff S. Westerman, declare as follows:

1. I am a partner with the firm of Milberg Weiss LLP and am a member in good standing of the State Bar of California. This Declaration is based on personal knowledge, except where specified that information is based on information and belief, and if called to testify, I could and would do so competently as to the matters set forth herein. I am counsel for Plaintiff Lori Barrett and the Class. I submit this Declaration in support of Plaintiff's Administrative Motion to Consider Whether Cases Should be Related.

2. Attached hereto as Exhibit A is a true and correct copy of the complaint entitled *Barrett et al. v. Qantas Airways Limited, et. al.,* Case No. CV 08-1140 EMC ("*Barrett*"), the *Barrett* action alleges a conspiracy to fix, raise, maintain and stabilize the price of passenger air transportation services containing transpacific flight segments in violation of Section 1 of the Sherman Act, 15 U.S.C. §1.

3. The *Barrett* action is a proposed class action on behalf of purchasers of passenger air transportation services containing transpacific flight segments from defendants. Like *Wortman, et al. v. Air New Zealand, Ltd., et al.,* Case No. CV 07-5634 EMC ("*Wortman*"), the *Barrett* action alleges a conspiracy to fix, raise, maintain and stabilize the price of passenger air transportation services containing transpacific flight segments in violation of Section 1 of the Sherman Act, 15 U.S.C. §1.

4. On January 23, 2008, Judge Breyer entered an order relating the Wortman action and (1) *Abrams v. Air New Zealand, et al.,* Case No. CV 08-0339 CRB ("*Abrams*"), filed in the Northern District of California on January 17, 2008; (2) and on February 12, 2008 an order relating *Kaufman v. Air New Zealand, et al.*, Case No. CV 07-6417 CRB ("*Kaufman*"), filed in the Northern District of California on December 19, 2007; (3) and on February 19, 2008 an order relating *Evans v. Air New Zealand, et al.,* Case No. CV 07-5821 CRB ("*Evans*"), filed in the Northern District of California on November 15, 2007; (4) and on February 25, 2008 an order relating *Foy v. Air New Zealand, et al.,* Case No. CV 07-6219 CRB (*"Foy"*), filed in the Northern District of California on December 7, 2007.

5. Like the *Wortman, Abrams, Kaufman, Evans* and *Foy* actions, the *Barrett* action alleges that defendants engaged in a conspiracy to fix the prices for passenger air transportation service containing transpacific flight segments.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 10th day of March 2008 at Los Angeles, California.

                                                */s/ JEFF S. WESTERMAN*
                                                JEFF S. WESTERMAN

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071.

2. That on March 10, 2008, declarant served the DECLARATION OF JEFF S. WESTERMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL LOCAL RULES 3-12 & 7-11) by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

4. That on the above date, declarant served via e-mail to: scac@law.stanford.edu.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of March, 2008, at Los Angeles, California.

_____
ELIZABETH VILLALOBOS

WESTERMAN DECL. IN SUPPORT OF ADMIN MTN TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. CV 07-5634 CRB                                                                                           - 4 -
DOCS\429031v1

**SERVICE LIST**

*Wortman et al. v. Air New Zealand et al*
**USDC, Northern Dist. No. CV 07-5634 CRB**

| | |
|---|---|
| Jeff S. Westerman<br>Sabrina S. Kim<br>MILBERG WEISS LLP<br>300 South Grand Ave, Suite 3900<br>Los Angeles, CA 90071<br>Tel: (213) 617-1200<br>Fax: (213) 617-1975<br>Email:  jwesterman@milbergweiss.com<br>    skim@milbergweiss.com | *Attorneys for Third Party Plaintiffs* |
| Joseph W. Cotchett<br>Aron K. Liang<br>Nanci Eiko Nishimura<br>Douglas Yongwoon Park<br>Neil Swartzberg<br>Steven Noel Williams<br>COTCHETT PITRE & MCCARTHY<br>840 Malcolm Road, Suite 200<br>Burlingame CA 94010<br>Tel: (650) 697-6000<br>Fax: (650) 697-0577<br>Email: jcotchett@cpmlegal.com<br>    aliang@cpmlegal.com<br>    nnishimura@cpmlaw.com<br>    nswartzberg@cpmlaw.com<br>    swilliams@cpmlegal.com | *Attorneys for Plaintiffs Donald Wortman, William Adams and Margaret Garcia* |

Aaron M. Sheanin
GIRARD GIBBS LLP
601 California Street, Suite 400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
Email: ams@girardgibbs.com

Richard Pollard Kinnan
Elizabeth Lane Crooke
Walter J. Lack
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067
Tel:  (310) 552-3800
Fax: (310) 552-9434
Email: bcrooke@elllaw.com

| | | |
|---|---|---|
| 1 | Derek G. Howard | *Attorney for Plaintiff Brenden G. Maloof* |
| 2 | MURRAY & HOWARD, LLP | |
| | 436 14th Street, Suite 1413 | |
| 3 | Oakland, CA 94612 | |
| | Tel: (510) 444-2660 | |
| 4 | Email: dhoward@murrayhowardlaw.com | |
| 5 | Reginald Von Terrell | *Attorney for Plaintiff Robert Casteel, III* |
| | THE TERRELL LAW GROUP | |
| 6 | 223 25th Street | |
| | Richmond, CA 94804 | |
| 7 | Tel: (510) 237-9700 | |
| | Fax: (510) 237-4616 | |
| 8 | Email: reggiet2@aol.com | |
| 9 | Craig C. Corbitt | *Attorney for Plaintiff Micah Abrams* |
| | ZELLE, HOFMANN, VOELBEL, MASON | |
| 10 |    GETTE LLP | |
| | 44 Montgomery Street, Suite 3400 | |
| 11 | San Francisco, CA 94104 | |
| | Tel: (415) 693-0700 | |
| 12 | Fax: (415) 693-0770 | |
| | Email: ccorbitt@zelle.com | |
| 13 | | |
| | Jon T. King | *Attorney for Plaintiff Rachel Diller and Trong Nguyen* |
| 14 | COHEN, MILSTEIN, HAUSFELD | |
| |    TOLL PLLC | |
| 15 | One Embarcadero Center, Suite 2440 | |
| | San Francisco, CA 94111 | |
| 16 | Tel: (415) 229-2080 | |
| | Fax: (415) 986-3643 | |
| 17 | Email: jking@cmht.com | |
| 18 | Adam Paul Brezine | *Attorneys for Defendant All Nippon Airways* |
| | HOLME ROBERTS & OWEN | |
| 19 | One Maritime Plaza, Suite 2400A | |
| | San Francisco, CA 94111 | |
| 20 | Tel: (415) 268-2000 | |
| | Fax: (415) 268-1999 | |
| 21 | Email: adam.brezine@hro.com | |
| 22 | Dean Michael Harvey | *Attorneys for Defendant Northwest Airlines* |
| | Kenneth Fisher Rossman | |
| 23 | John F. Cove, Jr. | |
| | BOIES, SCHILLER & FLEXNER LLP | |
| 24 | 1999 Harrison Street, Suite 900 | |
| | Oakland, CA 94612 | |
| 25 | Tel: (510) 874-1201 | |
| | Email: krossman@bsfllp.com | |
| 26 |    dharvey@bsfllp.com | |
| |    jcove@bsfllp.com | |
| 27 | | |
| 28 | WESTERMAN DECL. IN SUPPORT OF ADMIN MTN TO CONSIDER WHETHER CASES SHOULD BE RELATED | |
| | CASE NO. CV 07-5634 CRB | - 6 - |
| | DOCS\429031v1 | |

1  Mario Zunzio Alioto                              *Attorneys for Interested Party Martin Kaufman*
   Lauren Clare Russell
2  Trump Alioto Trump & Prescott LLP
3  2280 Union Street
   San Francisco, CA 94123
4  Tel: (415) 563-7200
   Fax: (415) 346-0679
5  Email: malioto@tatp.com
      laurenrussell@tatp.com

6
   Joseph Marid Patane
7  Law Office of Joseph M. Patane
   2280 Union Street
8  San Francisco, CA 94123
   Tel: (415) 563-7200
9  Fax: (415) 346-0679
   Email: jpatane@tatp.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 WESTERMAN DECL. IN SUPPORT OF ADMIN MTN TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. CV 07-5634 CRB                                                                      - 7 -
DOCS\429031v1