1    EDWARD B. SCHWARTZ, Bar No. 429690
     Edward.Schwartz@dlapiper.com
2    DLA PIPER US LLP
     500 8th Street, NW
3    Washington, DC 20004
     Tel: 202.799.4516
4    Fax: 202.799.5516

5    Attorney for Defendant
     CATHAY PACIFIC AIRWAYS LTD.
6

FILED

08 MAR 13 PM 1: 52

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   **IN RE TRANSPACIFIC PASSENGER
     AIR TRANSPORTATION**              **CASE NO. 07-cv-05634-CRB**
12   **ANTITRUST LITIGATION**
                                        **MDL No. 1913**
13
                                        **APPLICATION FOR ADMISSION OF**
14   **This Document Relates to:**      **EDWARD B. SCHWARTZ *PRO HAC VICE***

15   **ALL ACTIONS**

16

17        Pursuant to Civil L.R. 11-3, Edward B. Schwartz, an active member in good standing of

18   the bar of District of Columbia, hereby applies for admission to practice in the Northern District

19   of California on a pro hac vice basis representing Cathay Pacific Airways Ltd. in the above-

20   entitled action.

21        In support of this application, I certify on oath that:

22        1.  I am an active member in good standing of a United States Court or of the highest

23            court of another State or the District of Columbia, as indicated above;

24        2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule

25            11-4, to comply with General Order No. 45, Electronic Case Filing, and to become

26            familiar with the Local Rules and the Alternative Dispute Resolution programs of this

27            Court; and,

28        3.  An attorney who is a member of the bar of this Court in good standing and who

-1-

DLA PIPER US LLP
WASHINGTON

WASH1\4960087.1

1  maintains an office within the State of California has been designated as co-counsel in

2  the above-entitled action. The name, address and telephone number of that attorney is:

  **Matthew S. Covington (State Bar of California No. 154429)**

3  **DLA PIPER US LLP**

  **153 Townsend Street, Suite 800**

4  **San Francisco, California 94107-1957  415 836-2500**

5  I declare under penalty of perjury that the foregoing is true and correct.

6

7  Dated: March ___, 2008   By: _____

8

9       EDWARD B. SCHWARTZ

DLA PIPER US LLP
WASHINGTON

WASH1\4960087.1