1  Matthew S. Covington  (California No. 154429)
   DLA PIPER US LLP
2  153 Townsend Street, Suite 800
   San Francisco, California 94107-1957
3  Telephone:    415 836-2500  Fax: 415 836-2501
   matthew.covington@dlapiper.com
4

5  Attorney for Defendant
   CATHAY PACIFIC AIRWAYS LTD.
6

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | **IN RE TRANSPACIFIC PASSENGER** | |
   | **AIR TRANSPORTATION** | **CASE NO. 07-cv-05634-CRB** |
12 | **ANTITRUST LITIGATION** | |
   | | **MDL No. 1913** |
13 | | |
   | | **[PROPOSED] ORDER GRANTING** |
14 | **This Document Relates to:** | **APPLICATION FOR ADMISSION OF** |
   | | **EDWARD B. SCHWARTZ** *PRO HAC VICE* |
15 | **ALL ACTIONS** | |

16

17     Edward B. Schwartz, an active member in good standing of the bar of District of

18  Columbia, whose business address and telephone number is

19
                              DLA Piper US LLP
20                            500 8th Street, NW
                              Washington, DC 20004
21                            (202) 799-4516

22  having applied in the above-entitled action for admission to practice in the Northern District of

23  California on a *pro hac vice* basis, representing Cathay Pacific Airways Ltd.

24      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

25  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

26  *vice*. Service of papers upon and communication with co-counsel designated in the application

27  will constitute notice to the party. All future filings in this action are subject to the requirements

28
                                          -1-
DLA PIPER US LLP
WASHINGTON

1    contained in General Order No. 45, *Electronic Case Filing.*

2

3    Dated: March _____, 2008

4                                       JUDGE CHARLES R. BREYER
                                       United States District Court Judge

5

6    SE\9108638.1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER US LLP
WASHINGTON