1  Joseph W. Cotchett (36324)
   jcotchett@cpmlegal.com
2  Nancy L. Fineman (124870)
   nfineman@cpmlegal.com
3  Steven N. Williams (175489)
   swilliams@cpmlegal.com
4  Nanci E. Nishimura (152621)
   nnishimura@cpmlegal.com
5  Aron K. Liang (228936)
   aliang@cpmlegal.com
6  Douglas Y. Park (233398)
   dpark@cpmlegal.com
7  **COTCHETT, PITRE & McCARTHY**
   San Francisco Airport Office Center
8  840 Malcolm Road, Suite 200
   Burlingame, CA  94010
9  Telephone:  (650) 697-6000
   Fax:  (650) 697-0577
10
   *Attorneys for Plaintiffs Donald Wortman,*
11 *William Adams, Margaret Garcia,*
   *and the Proposed Class*
12

13

14                **UNITED STATES DISTRICT COURT**

15              **NORTHERN DISTRICT OF CALIFORNIA**

16                  **SAN FRANCISCO DIVISION**

17

18 **IN RE TRANSPACIFIC PASSENGER** )    **Lead Case No. 08-cv-01913-CRB**
   **AIR TRANSPORTATION**            )
19 **ANTITRUST LITIGATION**          )    **MDL No. 1913**
                                     )
20 _____ )   **Case No. 07-cv-05634-CRB**
                                     )
21 **This Document Relates to:**       )
                                     )
22 **ALL ACTIONS**                     )    **CERTIFICATE OF SERVICE**
                                     )
23 _____ )

24

25

26

27

28

LAW OFFICES
COTCHETT,
PITRE &
McCARTHY

## CERTIFICATE OF SERVICE

I am employed in San Mateo County, which is where service of the documents referred to below occurred. I am over the age of 18 and not a party to the within action. My business address is Cotchett, Pitre & McCarthy, San Francisco Airport Center, 840 Malcolm Road, Burlingame, California 94010. I am readily familiar with Cotchett, Pitre & McCarthy's practices for the service of documents. On March 14, 2008, I served or caused to be served a true copy of the following documents in the manner listed below:

1.    **PLAINTIFFS' WORTMAN, ADAMS, AND GARCIA'S REPLY BRIEF REGARDING MOTIONS FOR APPOINTMENT AS INTERIM LEAD COUNSEL; and**

2.    **CERTIFICATE OF SERVICE.**

<u>**XXX**</u>  **BY ECF:** I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in the Docket Numbers 08-cv-01913-CRB and 07-cv-05634-CRB. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

<u>**XXX**</u>  **BY OVERNIGHT COURIER SERVICE:** I caused the sealed envelope containing the aforementioned document(s) to be delivered via overnight courier service to the addressee(s) specified below:

Honorable Charles R. Breyer
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 8, 19th Floor
San Francisco, CA 94102

<u>**XXX**</u>  **BY US MAIL:** I caused the sealed envelope containing the aforementioned document(s) to be delivered via US Mail to the addressee(s) specified below:

**(SEE ATTACHED SERVICE LIST)**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Burlingame, California, on March 14, 2008.

*/s/ Marisa Compesi*
**MARISA COMPESI**

LAW OFFICES
COTCHETT,
PITRE &
McCARTHY

*In re Transpacific Passenger Air Transportation Antitrust Litigation*
**MDL No. 1913**

<u>**SERVICE LIST**</u>

| | |
|---|---|
| Scott D. Cunningham<br>**CONDON & FORSYTH LLP**<br>1901 Avenue of the Stars, Suite 850<br>Los Angeles, California 90067<br>Telephone: 310-557-2030<br>Facsimile: 310-557-1299 | *Attorney for Defendant Air New Zealand* |
| Michael J. Holland<br>**CONDON & FORSYTH LLP**<br>7 Times Square, 18th Floor<br>New York, New York 10036<br>Tel: 212-490-9100 | *Attorney for Defendant Air New Zealand* |
| Jesse Markham<br>Adam Brezine<br>**HOLME ROBERTS & OWEN LLP**<br>560 Mission St.<br>25th Floor<br>San Francisco, CA  94105<br>Telephone: (415) 268-2000<br>Facsimile:   (415) 268-1999 | *Attorney for Defendant All Nippon Airways* |
| Yang Chen<br>**CONSTANTINE CANNON LLP**<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 350-2700<br>Facsimile: (212) 350-2701 | *Attorney for Defendant All Nippon Airways* |
| Edward B. Schwartz<br>**DLA PIPER US LLP**<br>500 Eighth Street, N.W.<br>Washington, DC 20004<br>Tel: 202-799-4000<br>Fax: 202-799-5000 | *Attorney for Defendant Cathay Pacific Airways* |
| James V. Dick<br>**SQUIRE, SANDERS & DEMPSEY LLP**<br>1201 Pennsylvania Avenue, N.W., Suite 500<br>Washington, D.C. 20004<br>Tel: 202-626-6600<br>Fax: 202-626-6780 | *Attorney for Defendant China Airlines* |
| Christopher T. Casamassima<br>**KIRKLAND & ELLIS LLP**<br>777 South Figueroa Street<br>Los Angeles, California 90017-5800<br>Tel: 213-680-8400 | *Attorney for Defendant EVA Airways* |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**CERTIFICATE OF SERVICE**

| | | |
|---|---|---|
| 1 | William Karas | *Attorney for Defendant Japan Airlines* |
| | **STEPTOE & JOHNSON LLP** | *International* |
| 2 | 1330 Connecticut Avenue, NW | |
| | Washington, D.C. 20036 | |
| 3 | Tel: 202-429-8126 | |
| | Fax: 202-429-8126 | |
| 4 | | |
| | David A. Senior | *Attorney for Defendant Malaysia Airlines* |
| 5 | Benjamin D. Weston | |
| | **MCBREEN & SENIOR** | |
| 6 | 2029 Century Park East, Third Floor | |
| | Los Angeles, CA 90067 | |
| 7 | Tel: 310-552-5300 | |
| | Fax: 310-552-1205 | |
| 8 | | |
| | W. Todd Miller | *Attorney for Defendant Qantas Airways* |
| 9 | Kimberly N. Shaw | |
| | **BAKER & MILLER PLLC** | |
| 10 | 2401 Pennsylvania Avenue, N.W., Suite 300 | |
| | Washington, D.C. 20037 | |
| 11 | Tel: 202-663-7820 | |
| | Fax: 202-663-7849 | |
| 12 | | |
| | Michael A. Duncheon | *Attorney for Defendant Qantas Airways* |
| 13 | Lisa M. Pooley | |
| | **HANSON BRIDGETT MARCUS** | |
| 14 | **VLAHOS RUDY** | |
| | 425 Market Street, 26th Floor | |
| 15 | San Francisco, CA 94105 | |
| | Telephone: (415) 995-5015 | |
| 16 | Facsimile: (415) 541-9366 | |
| 17 | William R. Sherman | *Attorney for Defendant Singapore Airlines* |
| | **LATHAM & WATKINS LLP** | |
| 18 | 555 Eleventh Street, N.W., Suite 1000 | |
| | Washington, DC 20004 | |
| 19 | Tel: 202-637-2200 | |
| | Fax: 202-637-2201 | |
| 20 | | |
| | Katherine A. Levine | *Attorney for Defendant Thai Airways* |
| 21 | Rowan D. Wilson | |
| | **CRAVATH, SWAINE & MOORE LLP** | |
| 22 | 825 Eighth Avenue, 4044 D | |
| | New York, NY 10019 | |
| 23 | Tel: 212-474-1684 | |
| | Fax: 212-474-3700 | |
| 24 | | |
| | Richard J. Favretto | *Attorney for Defendant United Airlines* |
| 25 | **MAYER BROWN LLP** | |
| | 1909 K. Street N.W. | |
| 26 | Washington, DC 20006 | |
| | Tel: 202-263-3250 | |
| 27 | Fax: 202-263-3300 | |
| 28 | | |