FILED

08 MAR 13 PM 1: 52

1  EDWARD B. SCHWARTZ, Bar No. 429690
   Edward.Schwartz@dlapiper.com
2  DLA PIPER US LLP
   500 8th Street, NW
3  Washington, DC 20004
   Tel: 202.799.4516
4  Fax: 202.799.5516

5  Attorney for Defendant
   CATHAY PACIFIC AIRWAYS LTD.
6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE TRANSPACIFIC PASSENGER
    AIR TRANSPORTATION                    CASE NO. 07-cv-05634-CRB
12  ANTITRUST LITIGATION
                                          MDL No. 1913
13
                                          APPLICATION FOR ADMISSION OF
14  This Document Relates to:            EDWARD B. SCHWARTZ *PRO HAC VICE*

15  ALL ACTIONS

16

17        Pursuant to Civil L.R. 11-3, Edward B. Schwartz, an active member in good standing of

18  the bar of District of Columbia, hereby applies for admission to practice in the Northern District

19  of California on a pro hac vice basis representing Cathay Pacific Airways Ltd. in the above-

20  entitled action.

21        In support of this application, I certify on oath that:

22        1. I am an active member in good standing of a United States Court or of the highest

23           court of another State or the District of Columbia, as indicated above;

24        2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule

25           11-4, to comply with General Order No. 45, Electronic Case Filing, and to become

26           familiar with the Local Rules and the Alternative Dispute Resolution programs of this

27           Court; and,

28        3. An attorney who is a member of the bar of this Court in good standing and who

-1-

DLA PIPER US LLP
WASHINGTON

WASH1\4960087.1

1    maintains an office within the State of California has been designated as co-counsel in

2    the above-entitled action.  The name, address and telephone number of that attorney is:

     Matthew S. Covington (State Bar of California No. 154429)
3    DLA PIPER US LLP
     153 Townsend Street, Suite 800
4    San Francisco, California 94107-1957  415 836-2500

5    I declare under penalty of perjury that the foregoing is true and correct.

6

7    Dated: March ___5___, 2008                    By: _____

8
                                                   EDWARD B. SCHWARTZ
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28