1  Matthew S. Covington (California No. 154429)
   DLA PIPER US LLP
2  153 Townsend Street, Suite 800
   San Francisco, California 94107-1957
3  Telephone:   415 836-2500  Fax: 415 836-2501
4  matthew.covington@dlapiper.com

5  Attorney for Defendant
   CATHAY PACIFIC AIRWAYS LTD.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | IN RE TRANSPACIFIC PASSENGER
   | AIR TRANSPORTATION              CASE NO. 07-cv-05634-CRB
12 | ANTITRUST LITIGATION
                                     MDL No. 1913
13
                                     [PROPOSED] ORDER GRANTING
14 | **This Document Relates to:**   APPLICATION FOR ADMISSION OF
                                     EDWARD B. SCHWARTZ *PRO HAC VICE*
15 | ALL ACTIONS

16

17      Edward B. Schwartz, an active member in good standing of the bar of District of
18 Columbia, whose business address and telephone number is
19
            DLA Piper US LLP
20          500 8th Street, NW
            Washington, DC  20004
21          (202) 799-4516

22 having applied in the above-entitled action for admission to practice in the Northern District of

23 California on a *pro hac vice* basis, representing Cathay Pacific Airways Ltd.

24      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

25 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

26 *vice*. Service of papers upon and communication with co-counsel designated in the application

27 will constitute notice to the party. All future filings in this action are subject to the requirements

28
                                        -1-

1  contained in General Order No. 45, *Electronic Case Filing*.

2

3  Dated: March _____, 2008

4  _____
   JUDGE CHARLES R. BREYER
   United States District Court Judge

5

6  SE\9108638.1

DLA PIPER US LLP
WASHINGTON

-2-