1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE TRANSPACIFIC PASSENGER              Case No.  07-cv-05634-CRB
     AIR TRANSPORTATION ANTITRUST
12   LITIGATION                                MDL No. 1913

13   _____      **[PROPOSED] ORDER GRANTING
                                               PLAINTIFFS RACHEL DILLER AND
14   This Document Relates to:                 TRONG NGUYEN'S ADMINISTRATIVE
                                               MOTION TO CONSIDER WHETHER
15   *Diller et al. v. Air New Zealand Limited et al.*,   CASES SHOULD BE RELATED**
     N.D. Cal. Case No. 07-cv-6394-JSW
16

17

18

19

20

21

22

23

24

25

26

27

28
     _____
     [PROPOSED] ORDER GRANTING PLAINTIFFS RACHEL DILLER AND TRON NGUYEN'S
     ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
     Case No. 07-CV-05634-CRB

1    Pursuant to Civil Local Rule 3-12, and on good cause shown, Plaintiffs Rachel Diller and

2   Trong Nguyen's Administrative Motion to Consider Whether Cases Should Be Related is

3   granted.  The action captioned *Diller et al. v. Air New Zealand Limited et al.*, N.D. Cal. Case No.

4   07-cv-6394-JSW ("*Diller*") is related to *Wortman et al. v. Air New Zealand, et al.*, N.D. Cal. Case

5   No. 07-cv-5634-CRB ("*Wortman*").  *Diller* shall be consolidated in *In Re Transpacific Passenger*

6

7   *Air Transportation Antitrust Litigation*, N.D. Cal. Case No. C-07-5634-CRB.

8

9   Dated:  March 18, 2008

10   _____

    Hon. Charles R. Breyer

11   358912.1 1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING PLAINTIFFS RACHEL DILLER AND TRON NGUYEN'S
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED    - 2 -
Case No. CV-07-05634-CRB