Michael P. Lehmann (77152; mlehmann@cmht.com)
Christopher L. Lebsock (184546; clebsock@cmht.com)
Jon T. King (205073; jking@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone: (415) 229-2080
Facsimile: (415) 986-3643

Michael D. Hausfeld (mhausfeld@cmht.com)
Charles E. Tompkins (ctompkins@cmht.com)
Andrea L. Hertzfeld (ahertzfeld@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Attorneys for Plaintiffs Rachel Diller and Trong Nguyen and the Proposed Class*
*(Additional Counsel Listed on Signature Page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Case No. 07-cv-05634-CRB<br><br>MDL No. 1913 |
| This Document Relates to:<br><br>*Diller et al. v. Air New Zealand Limited et al.*, N.D. Cal. Case No. 07-cv-6394-JSW | **PLAINTIFFS RACHEL DILLER AND TRONG NGUYEN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rules 3-12(b) and 7-11, Plaintiffs Rachel Diller and Trong Nguyen ("Plaintiffs") hereby move this Court to consider whether the action captioned *Diller et*

*al. v. Air New Zealand Limited et al.*, N.D. Cal. Case No. 07-cv-6394-JSW ("*Diller*") should be related to *Wortman et al. v. Air New Zealand, et al.*, N.D. Cal. Case No. 07-cv-5634-CRB ("*Wortman*"). *Wortman* is the low-numbered case. The claims made in *Wortman*, *Diller*, and various other actions are the subject of a multidistrict litigation proceeding assigned to the Honorable Charles R. Breyer captioned *In Re Transpacific Passenger Air Transportation Antitrust Litigation*, MDL No. 1913.

This administrative motion is made on the grounds that *Wortman* and *Diller* (and a number of other pending actions) all involve substantially similar questions of fact and law and concern the same wrongful acts and occurrences. Specifically, these cases involve allegations that many of the same defendants participated in a conspiracy to fix, raise, stabilize, or maintain the price for passenger air transportation services on transpacific routes between the United States and the Pacific Rim in violation of Section 1 of the Sherman Antitrust Act, 15 U.S.C. §1. Thus, *Diller* and *Wortman* "concern substantially the same parties " as well as the same "property, transaction or event." L.R. 3-12(a)(1). Given the closely related nature of these cases, the assignment of these actions to the same judge will serve the interests of judicial economy and avoid the potential for conflicting rulings.

COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C. ATTORNEYS AT LAW

PLAINTIFFS RACHEL DILLER AND TRONG NGUYEN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 07-cv-05634-CRB
- 2 -

Dated: March 18, 2008

Respectfully submitted,

By: /s/ Christopher L. Lebsock

Michael P. Lehmann (Cal. Bar No. 77152;
mlehmann@cmht.com)
Christopher L. Lebsock (Cal. Bar No. 184546;
clebsock@cmht.com)
Jon T. King (Cal. Bar No. 205073;
jking@cmht.com)
**COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.**
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone: (415) 229-2080
Facsimile: (415) 986-3643

Michael D. Hausfeld (mhausfeld@cmht.com)
Charles E. Tompkins (ctompkins@cmht.com)
Andrea L. Hertzfeld (ahertzfeld@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Allan Steyer (Cal. Bar No. 100318;
asteyer@steyerlaw.com)
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 421-3400
Facsimile: (415) 421-2234

Attorneys for Plaintiffs Rachel Diller and Trong Nguyen

358909.1 1

PLAINTIFFS RACHEL DILLER AND TRONG NGUYEN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 07-cv-05634-CRB
- 3 -

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW