Michael P. Lehmann (77152; mlehmann@cmht.com)
Christopher L. Lebsock (184546; clebsock@cmht.com)
Jon T. King (205073; jking@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone: (415) 229-2080
Facsimile: (415) 986-3643

Michael D. Hausfeld (mhausfeld@cmht.com)
Charles E. Tompkins (ctompkins@cmht.com)
Andrea L. Hertzfeld (ahertzfeld@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Attorneys for Plaintiffs Rachel Diller and Trong Nguyen and the Proposed Class (Additional Counsel Listed on Signature Page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Case No. 07-cv-05634-CRB<br><br>MDL No. 1913 |
| This Document Relates to:<br><br>*Diller et al. v. Air New Zealand Limited et al.*, N.D. Cal. Case No. 07-cv-6394-JSW | **DECLARATION OF CHRISTOPHER L. LEBSOCK IN SUPPORT OF PLAINTIFFS RACHEL DILLER AND TRONG NGUYEN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

DECLARATION OF CHRISTOPHER L.LEBSOCK IN SUPPORT OF PLAINTIFFS RACHEL DILLER AND TRONG NGUYEN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED
Case No. 07-cv-05634-CRB

COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
ATTORNEYS AT LAW

I, Christopher L. Lebsock, hereby declare:

1. I am an attorney with Cohen Milstein Hausfeld & Toll, P.L.L.C., attorneys for Rachel Diller and Trong Nguyen in *Diller et al. v. Air New Zealand Limited et al.*, N.D. Cal. Case No. 07-cv-6394-JSW ("*Diller*"). I have personal knowledge of the following facts and could and would testify competently thereto if called as a witness.

2. Attached hereto as Exhibit A is a true and correct copy of the complaint filed in *Diller*.

3. Attached hereto as Exhibit B is a true and correct copy of the complaint filed in *Wortman et al. v. Air New Zealand, et al.*, N.D. Cal. Case No. 07-cv-5634-CRB ("*Wortman*").

4. A stipulation pursuant to Civil Local Rule 7-11(a) could not be obtained because numerous parties have not yet made an appearance.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 18th day of March 2008 in San Francisco, California.

Dated: March 18, 2007                    By: */s/Christopher L. Lebsock*

DECLARATION OF CHRISTOPHER L. LEBSOCK IN SUPPORT OF PLAINTIFFS RACHEL DILLER AND TRONG NGUYEN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. CV-05634-CRB                                                    -2-

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW