JEFF S. WESTERMAN (SBN 94559)
SABRINA S. KIM (SBN 186242)
MILBERG WEISS LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071-3149
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975
Email: jwesterman@milbergweiss.com
skim@milbergweiss.com

Attorneys for Plaintiff Jason Gregory Turner and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>AIR NEW ZEALAND, LTD., et al.<br><br>                    Defendants.<br><br>This Document Relates to:<br><br>*Turner v. All Nippon Airways, et. al.*<br>Case No. CV 08-1444 EDL | Case No. CV 07-5634 CRB<br><br>ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL LOCAL RULES 3-12 & 7-11)<br><br><br>DATE:       March 28, 2008<br>TIME:        10:00 a.m.<br>CTRM:      8<br>JUDGE:     Charles R. Breyer |

ADMINISTRATIVE MOTION TO CONISDER WHETHER CASES SHOULD BE RELATED
CASE NO. CV 07-5634 CRB
DOCS\429963v1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff Jason Gregory Turner ("Plaintiff"), hereby moves this Court pursuant to Civil Local Rules 3-12(b) and 7-11 of the United States District Court of the Northern District of California to consider whether the action entitled, *Turner v. All Nippon Airways, et. al.*, Case No. CV 08-1444 EDL ("*Turner*"), filed March 13, 2008, should be related to *Wortman, et al. v. Air New Zealand, Ltd., et al.*, Case No. CV 07-5634 CRB ("*Wortman*"), filed November 6, 2007 in the Northern District of California and assigned to the Honorable Charles R. Breyer.

## I.   RELATED CASES

Pursuant to Local Rule 3-12(b), the *Turner* action should be related to the *Wortman* action as the earliest-filed case.

On January 23, 2008, Judge Breyer entered an order relating the *Wortman* action and (1) *Abrams v. Air New Zealand, et al.,* Case No. CV 08-0339 CRB ("*Abrams*"), filed in the Northern District of California on January 17, 2008; (2) and on February 12, 2008 an order relating *Kaufman v. Air New Zealand, et al.*, Case No. CV 07-6417 CRB ("*Kaufman*"), filed in the Northern District of California on December 19, 2007; (3) and on February 19, 2008 an order relating *Evans v. Air New Zealand, et al.,* Case No. CV 07-5821 CRB ("*Evans*"), filed in the Northern District of California on November 15, 2007; (4) and on February 25, 2008 an order relating *Foy v. Air New Zealand, et al.,* Case No. CV 07-6219 CRB (*"Foy"*), filed in the Northern District of California on December 7, 2007.

Like the *Wortman, Abrams, Kaufman, Evans* and *Foy* actions, the *Turner* action alleges that defendants engaged in a conspiracy to fix the prices for passenger air transportation service containing transpacific flight segments.

## II.   RELATIONSHIP OF THE ACTIONS

The Administrative Motion is made on the grounds that the *Turner* action and the *Wortman, Abrams, Kaufman, Evans* and *Foy* actions, all involve substantially similar questions of fact and law and concern the same wrongful acts and occurrences.

ADMINISTRATIVE MOTION TO CONISDER WHETHER CASES SHOULD BE RELATED
CASE NO. CV 07-5634 CRB
DOCS\429963v1

1    Specifically, all cases involve allegations that many of the same defendants participated
2 in a conspiracy to fix, raise or maintain the price for passenger air transportation services
3 containing transpacific flight segments in violation of Section 1 of the Sherman Act, 15 U.S.C.
4 § 1.  Thus, the *Wortman, Abrams, Kaufman, Evans*, *Foy* and *Turner* cases "concern substantially
5 the same parties" as well as the same "property, transaction or event." L.R. 3-12(a)(1).  Given
6 the closely related nature of these cases, each involving substantially similar questions of law
7 and fact, the assignment of these actions to the same judge would serve the interests of judicial
8 economy and avoid the potential for conflicting rulings.

9    Pursuant to Local Rule 3-12(b)(2), it appears likely that there will be an unduly
10 burdensome duplication of labor and expense or the possibility of conflicting results if these
11 cases are conducted before different Judges.  Therefore, it will be more efficient for all cases to
12 proceed before the same Judge so that these analyses and determinations are made by one Court.
13 This will avoid duplication of labor and expenses and the possibility of conflicting results.

## III. CONCLUSION

15    The *Wortman, Abrams, Kaufman, Evans*, *Foy* and *Turner* actions satisfy the criteria of
16 Rule 3-12, and as such, the relation of these actions is proper.  Therefore, Plaintiff respectfully
17 requests that the *Turner* action be related to the *Wortman* action and assigned to the Honorable
18 Charles R. Breyer.

19 DATED:  March 19, 2008              MILBERG WEISS LLP
                                       JEFF S. WESTERMAN
20                                     SABRINA S. KIM
21
22                                           */s/ Jeff S. Westerman*
                                           JEFF S. WESTERMAN
23                                     One California Plaza
                                       300 S. Grand Avenue, Suite 3900
24                                     Los Angeles, CA 90071-3149
                                       Telephone: (213) 617-1200
25                                     Facsimile:  (213) 617-1975
                                       Email: jwesterman@milbergweiss.com
26                                     skim@milbergweiss.com
                                       Attorneys for the Plaintiff Jason Gregory
27                                     Turner and the Class
28
ADMINISTRATIVE MOTION TO CONISDER WHETHER CASES SHOULD BE RELATED
CASE NO. CV 07-5634 CRB
DOCS\429963v1

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071.

2. That on March 19, 2008, declarant served the ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL LOCAL RULES 3-12 & 7-11) by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

4. That on the above date, declarant served via e-mail to: scac@law.stanford.edu.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of March, 2008, at Los Angeles, California.

_____
ELIZABETH VILLALOBOS

ADMINISTRATIVE MOTION TO CONISDER WHETHER CASES SHOULD BE RELATED
CASE NO. CV 07-5634 CRB
DOCS\429963v1

# SERVICE LIST

*Wortman et al. v. Air New Zealand et al*
USDC, Northern Dist. No. CV 07-5634 CRB

| | |
|---|---|
| JEFF S. WESTERMAN<br>SABRINA S. KIM<br>MILBERG WEISS LLP<br>300 South Grand Ave, Suite 3900<br>Los Angeles, CA 90071<br>Tel: (213) 617-1200<br>Fax: (213) 617-1975<br>Email:  jwesterman@milbergweiss.com<br>    skim@milbergweiss.com | *Attorneys for Third Party Plaintiffs* |
| JOSEPH W. COTCHETT<br>ARON K. LIANG<br>NANCI EIKO NISHIMURA<br>DOUGLAS YONGWOON PARK<br>NEIL SWARTZBERG<br>STEVEN NOEL WILLIAMS<br>COTCHETT PITRE & MCCARTHY<br>840 Malcolm Road, Suite 200<br>Burlingame CA 94010<br>Tel: (650) 697-6000<br>Fax: (650) 697-0577<br>Email: jcotchett@cpmlegal.com<br>    aliang@cpmlegal.com<br>    nnishimura@cpmlaw.com<br>    nswartzberg@cpmlaw.com<br>    swilliams@cpmlegal.com | *Attorneys for Plaintiffs Donald Wortman,<br>William Adams and Margaret Garcia* |
| AARON M. SHEANIN<br>GIRARD GIBBS LLP<br>601 California Street, Suite 400<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>Fax: (415) 981-4846<br>Email: ams@girardgibbs.com | |
| RICHARD POLLARD KINNAN<br>ELIZABETH LANE CROOKE<br>WALTER J. LACK<br>ENGSTROM, LIPSCOMB & LACK<br>10100 Santa Monica Blvd., 16th Floor<br>Los Angeles, CA 90067<br>Tel:  (310) 552-3800<br>Fax: (310) 552-9434<br>Email: bcrooke@elllaw.com | |

ADMINISTRATIVE MOTION TO CONISDER WHETHER CASES SHOULD BE RELATED
CASE NO. CV 07-5634 CRB
DOCS\429963v1

| | | |
|---|---|---|
| 1 | DEREK G. HOWARD<br>MURRAY & HOWARD, LLP | *Attorney for Plaintiff Brenden G. Maloof* |
| 2 | 436 14th Street , Suite 1413<br>Oakland, CA 94612 | |
| 3 | Tel: (510) 444-2660<br>Email: dhoward@murrayhowardlaw.com | |
| 4 | REGINALD VON TERRELL<br>THE TERRELL LAW GROUP | *Attorney for Plaintiff Robert Casteel, III* |
| 5 | 223 25th Street<br>Richmond, CA 94804 | |
| 6 | Tel: (510) 237-9700<br>Fax: (510) 237-4616 | |
| 7 | Email: reggiet2@aol.com | |
| 8 | CRAIG C. CORBITT<br>ZELLE, HOFMANN, VOELBEL, MASON | *Attorney for Plaintiff Micah Abrams* |
| 9 |    GETTE LLP<br>44 Montgomery Street, Suite 3400 | |
| 10 | San Francisco, CA 94104<br>Tel: (415) 693-0700 | |
| 11 | Fax: (415) 693-0770<br>Email: ccorbitt@zelle.com | |
| 12 | | |
| 13 | JON T. KING<br>COHEN, MILSTEIN, HAUSFELD | *Attorney for Plaintiff Rachel Diller and Trong Nguyen* |
| 14 |    TOLL PLLC<br>One Embarcadero Center, Suite 2440 | |
| 15 | San Francisco, CA 94111<br>Tel: (415) 229-2080 | |
| 16 | Fax: (415) 986-3643<br>Email:jking@cmht.com | |
| 17 | ADAM PAUL BREZINE<br>HOLME ROBERTS & OWEN | *Attorneys for Defendant All Nippon Airways* |
| 18 | One Maritime Plaza, Suite 2400A<br>San Francisco, CA 94111 | |
| 19 | Tel: (415) 268-2000<br>Fax: (415) 268-1999 | |
| 20 | Email: adam.brezine@hro.com | |
| 21 | DEAN MICHAEL HARVEY<br>KENNETH FISHER ROSSMAN | *Attorneys for Defendant Northwest Airlines* |
| 22 | JOHN F. COVE, JR.<br>BOIES, SCHILLER & FLEXNER LLP | |
| 23 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | |
| 24 | Tel: (510) 874-1201 | |
| 25 | Email: krossman@bsfllp.com<br>   dharvey@bsfllp.com | |
| 26 |    jcove@bsfllp.com | |
| 27 | | |
| 28 | ADMINISTRATIVE MOTION TO CONISDER WHETHER CASES SHOULD BE RELATED<br>CASE NO. CV 07-5634 CRB<br>DOCS\429963v1 | |

| | | |
|---|---|---|
| 1 | MARIO ZUNZIO ALIOTO<br>LAUREN CLARE RUSSELL | *Attorneys for Interested Party Martin Kaufman* |
| 2 | TRUMP ALIOTO TRUMP<br>  & PRESCOTT LLP | |
| 3 | 2280 Union Street<br>San Francisco, CA 94123 | |
| 4 | Tel: (415) 563-7200<br>Fax: (415) 346-0679 | |
| 5 | Email: malioto@tatp.com<br>  laurenrussell@tatp.com | |
| 6 | JOSEPH MARID PATANE | |
| 7 | LAW OFFICE OF JOSEPH M. PATANE<br>2280 Union Street | |
| 8 | San Francisco, CA 94123<br>Tel: (415) 563-7200 | |
| 9 | Fax: (415) 346-0679<br>Email: jpatane@tatp.com | |

ADMINISTRATIVE MOTION TO CONISDER WHETHER CASES SHOULD BE RELATED
CASE NO. CV 07-5634 CRB
DOCS\429963v1