1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA, individually and on behalf of all others similarly situated, ) ) ) ) ) | Case No. CV 07-5634 CRB |
| Plaintiffs, ) ) | [PROPOSED] ORDER RELATING CASES (Civil Local Rules 3-12 & 7-11) |
| vs. ) ) | |
| AIR NEW ZEALAND, LTD., et al. ) | DATE:      March 28, 2008 |
| ) | TIME:      10:00 a.m. |
| Defendants. ) | CTRM:     8 |
| ) | JUDGE:    Charles R. Breyer |
| This Document Relates to: ) ) | |
| *Turner vs. All Nippon Airways, et. al.* ) Case No. CV 08-1444 EDL ) ) | |

[PROPOSED] ORDER RELATING CASES
CASE NO.: CV 07-5634 CRB
DOCS\429967v1

On March 19, 2008, plaintiff Jason Gregory Turner ("Plaintiff") filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12. The time for filing an opposition or statement of support has passed. The Court having considered the papers and pleadings on file, and good cause appearing,

HEREBY GRANTS Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related.

IT IS ORDERED that the following cases are related:

| | |
|---|---|
| *Wortman, et al. v. Air New Zealand, Ltd., et al.* | Case No. CV 07-5634 CRB |
| *Turner v. All Nippon Airways, et. al.* | Case No. CV 08-1444 EDL |

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RELATING CASES
CV 07-5634 CRB - 3 -
DOCS\429967v1

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071.

2. That on March 19, 2008, declarant served the [PROPOSED] ORDER RELATING CASES (CIVIL LOCAL RULES 3-12 & 7-11) by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

4. That on the above date, declarant served via e-mail to: scac@law.stanford.edu.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of March, 2008, at Los Angeles, California.

_____
ELIZABETH VILLALOBOS

**SERVICE LIST**

*Wortman et al. v. Air New Zealand et al*
USDC, Northern Dist. No. CV 07-5634 CRB

| | |
|---|---|
| JEFF S. WESTERMAN<br>SABRINA S. KIM<br>MILBERG WEISS LLP<br>300 South Grand Ave, Suite 3900<br>Los Angeles, CA 90071<br>Tel: (213) 617-1200<br>Fax: (213) 617-1975<br>Email:  jwesterman@milbergweiss.com<br>      skim@milbergweiss.com | *Attorneys for Third Party Plaintiffs* |
| JOSEPH W. COTCHETT<br>ARON K. LIANG<br>NANCI EIKO NISHIMURA<br>DOUGLAS YONGWOON PARK<br>NEIL SWARTZBERG<br>STEVEN NOEL WILLIAMS<br>COTCHETT PITRE & MCCARTHY<br>840 Malcolm Road, Suite 200<br>Burlingame CA 94010<br>Tel: (650) 697-6000<br>Fax: (650) 697-0577<br>Email: jcotchett@cpmlegal.com<br>      aliang@cpmlegal.com<br>      nnishimura@cpmlaw.com<br>      nswartzberg@cpmlaw.com<br>      swilliams@cpmlegal.com | *Attorneys for Plaintiffs Donald Wortman,<br>William Adams and Margaret Garcia* |
| AARON M. SHEANIN<br>GIRARD GIBBS LLP<br>601 California Street, Suite 400<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>Fax: (415) 981-4846<br>Email: ams@girardgibbs.com | |
| RICHARD POLLARD KINNAN<br>ELIZABETH LANE CROOKE<br>WALTER J. LACK<br>ENGSTROM, LIPSCOMB & LACK<br>10100 Santa Monica Blvd., 16th Floor<br>Los Angeles, CA 90067<br>Tel:  (310) 552-3800<br>Fax: (310) 552-9434<br>Email: bcrooke@elllaw.com | |

[PROPOSED] ORDER RELATING CASES
CV 07-5634 CRB                                                                                                          - 5 -
DOCS\429967v1

| | | |
|---|---|---|
| 1 | DEREK G. HOWARD<br>MURRAY & HOWARD, LLP | *Attorney for Plaintiff Brenden G. Maloof* |
| 2 | 436 14th Street , Suite 1413<br>Oakland, CA 94612 | |
| 3 | Tel: (510) 444-2660<br>Email: dhoward@murrayhowardlaw.com | |
| 4 | REGINALD VON TERRELL<br>THE TERRELL LAW GROUP | *Attorney for Plaintiff Robert Casteel, III* |
| 5 | 223 25th Street<br>Richmond, CA 94804 | |
| 6 | Tel: (510) 237-9700<br>Fax: (510) 237-4616 | |
| 7 | Email: reggiet2@aol.com | |
| 8 | CRAIG C. CORBITT<br>ZELLE, HOFMANN, VOELBEL, MASON | *Attorney for Plaintiff Micah Abrams* |
| 9 |    GETTE LLP<br>44 Montgomery Street, Suite 3400 | |
| 10 | San Francisco, CA 94104<br>Tel: (415) 693-0700 | |
| 11 | Fax: (415) 693-0770<br>Email: ccorbitt@zelle.com | |
| 12 | | |
| 13 | JON T. KING<br>COHEN, MILSTEIN, HAUSFELD | *Attorney for Plaintiff Rachel Diller and Trong Nguyen* |
| 14 |    TOLL PLLC<br>One Embarcadero Center, Suite 2440 | |
| 15 | San Francisco, CA 94111<br>Tel: (415) 229-2080 | |
| 16 | Fax: (415) 986-3643<br>Email:jking@cmht.com | |
| 17 | ADAM PAUL BREZINE<br>HOLME ROBERTS & OWEN | *Attorneys for Defendant All Nippon Airways* |
| 18 | One Maritime Plaza, Suite 2400A<br>San Francisco, CA 94111 | |
| 19 | Tel: (415) 268-2000<br>Fax: (415) 268-1999 | |
| 20 | Email: adam.brezine@hro.com | |
| 21 | DEAN MICHAEL HARVEY<br>KENNETH FISHER ROSSMAN | *Attorneys for Defendant Northwest Airlines* |
| 22 | JOHN F. COVE, JR.<br>BOIES, SCHILLER & FLEXNER LLP | |
| 23 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | |
| 24 | Tel: (510) 874-1201<br>Email: krossman@bsfllp.com | |
| 25 |    dharvey@bsfllp.com<br>   jcove@bsfllp.com | |
| 26 | | |
| 27 | | |
| 28 | [PROPOSED] ORDER RELATING CASES<br>CV 07-5634 CRB<br>DOCS\429967v1 | - 6 - |

| | |
|---|---|
| MARIO ZUNZIO ALIOTO<br>LAUREN CLARE RUSSELL<br>TRUMP ALIOTO TRUMP<br>  & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel: (415) 563-7200<br>Fax: (415) 346-0679<br>Email: malioto@tatp.com<br>  laurenrussell@tatp.com | *Attorneys for Interested Party Martin Kaufman* |

JOSEPH MARID PATANE
LAW OFFICE OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Fax: (415) 346-0679
Email: jpatane@tatp.com

[PROPOSED] ORDER RELATING CASES
CV 07-5634 CRB                                                                                           - 7 -
DOCS\429967v1