1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Diller et al. v. Air New Zealand Limited et al.*, N.D. Cal. Case No. 07-cv-6394-JSW | Case No. 07-cv-05634-CRB<br><br>MDL No. 1913<br><br>~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFFS RACHEL DILLER AND TRONG NGUYEN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

[PROPOSED] ORDER GRANTING PLAINTIFFS RACHEL DILLER AND TRON NGUYEN'S
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 07-CV-05634-CRB

Pursuant to Civil Local Rule 3-12, and on good cause shown, Plaintiffs Rachel Diller and Trong Nguyen's Administrative Motion to Consider Whether Cases Should Be Related is granted. The action captioned *Diller et al. v. Air New Zealand Limited et al.*, N.D. Cal. Case No. 07-cv-6394-JSW ("*Diller*") is related to *Wortman et al. v. Air New Zealand, et al.*, N.D. Cal. Case No. 07-cv-5634-CRB ("*Wortman*"). *Diller* shall be consolidated in *In Re Transpacific Passenger Air Transportation Antitrust Litigation*, N.D. Cal. Case No. C-07-5634-CRB.

Dated: March 19, 2008

_____
Hon. Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

358912.1 1

[PROPOSED] ORDER GRANTING PLAINTIFFS RACHEL DILLER AND TRON NGUYEN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. CV-07-05634-CRB

-2-

COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C. ATTORNEYS AT LAW