1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA, individually and on behalf of all others similarly situated, | ) ) ) ) ) | Case No. CV 07-5634 CRB |
| Plaintiffs, | ) ) | ~~[PROPOSED]~~ ORDER RELATING CASES (Civil Local Rules 3-12 & 7-11) |
| vs. | ) ) | |
| AIR NEW ZEALAND, LTD., et al. | ) ) ) ) ) | DATE:       March 28, 2008<br>TIME:       10:00 a.m.<br>CTRM:      8<br>JUDGE:    Charles R. Breyer |
| Defendants. | | |
| This Document Relates to:<br><br>*Turner vs. All Nippon Airways, et. al.*<br>Case No. CV 08-1444 EDL | ) ) ) ) ) ) | |

[PROPOSED] ORDER RELATING CASES
CASE NO.: CV 07-5634 CRB
DOCS\429967v1

1   On March 19, 2008, plaintiff Jason Gregory Turner ("Plaintiff") filed an Administrative
2 Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12.  The
3 time for filing an opposition or statement of support has passed.  The Court having considered
4 the papers and pleadings on file, and good cause appearing,

5   HEREBY GRANTS Plaintiff's Administrative Motion to Consider Whether Cases
6 Should Be Related.

7   IT IS ORDERED that the following cases are related:

    *Wortman, et al. v. Air New Zealand, Ltd., et al.*    Case No. CV 07-5634 CRB

    *Turner v. All Nippon Airways, et. al.*    Case No. CV 08-1444 EDL

**IT IS SO ORDERED.**

DATED:  March 21, 2008



THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RELATING CASES
CV 07-5634 CRB                                                                                                              - 3 -
DOCS\429967v1