Joseph W. Cotchett (36324)
jcotchett@cpmlegal.com
Steven N. Williams (175489)
swilliams@cpmlegal.com
Nanci E. Nishimura (152621)
nnishimura@cpmlegal.com
Neil Swartzberg (215133)
nswartzberg@cpmlegal.com
Aron K. Liang (228936)
COTCHETT, PITRE & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:    (650) 697-6000
Facsimile:    (650) 697-0577

*Attorneys for Plaintiffs Wortman, Adams and Garcia and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| **DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, INC., QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES**<br><br>Defendants. | Case No. 07-5634-CRB<br><br>(MDL No. 1913 – *In re Transpacific Passenger Air Transportation Antitrust Litigation*)<br><br>**JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME FOR SINGAPORE AIRLINES LIMITED TO RESPOND TO COMPLAINT** |

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT &
AGREEMENT OF DEFENSE COUNSEL RE: SERVICE OF COMPLAINT -- CASE NO. 07-5634

1  Pursuant to Local Rule 6-1, and in light of the February 19, 2008 Judicial Panel on
2  Multidistrict Litigation ("JPML") Transfer Order consolidating this case and the other
3  Transpacific Passenger Air cases, Plaintiffs Donald Wortman, William Adams, and Margaret
4  Garcia ("Plaintiffs"), and defendant Singapore Airlines Limited ("Defendant"), through counsel,
5  hereby stipulate and agree as follows:
6  IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or
7  otherwise plead is enlarged until either: (1) 45 days after plaintiffs in the Transpacific Passenger
8  Air cases file and serve a consolidated amended complaint; or, (2) 45 days after plaintiffs in the
9  Transpacific Passenger Air cases provide notice that a consolidated amended complaint will not
10 be filed.
11 IT IS FURTHER STIPULATED AND AGREED that Defendant shall not contest
12 sufficiency of process or service of process of the complaint filed in the above-captioned action.
13 This Stipulation does not constitute a waiver by Defendant of any other defense, including but not
14 limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, or improper
15 venue. Nothing in this paragraph shall obligate Defendant to answer, move, or otherwise respond
16 to any complaint until the time provided in the preceding paragraph.
17 IT IS SO STIPULATED.

18                                             Respectfully Submitted,

19 Dated: March 24, 2008                       COTCHETT, PITRE & MCCARTHY

20                                             By:     /s/ Neil Swartzberg
                                                       Neil Swartzberg
21

22                                             *Attorneys for Plaintiffs Wortman, Adams and
                                               Garcia and the Proposed Class*

23
    Dated: March 24, 2008                      By:     /s/ Charles R. Price
24                                                     Charles R. Price
                                                       LATHAM & WATKINS LLP
25                                                     555 Eleventh Street, N.W., Suite 1000
                                                       Washington, DC 20004
26                                                     Tel: 202-637-2200
                                                       Fax: 202-637-2201
27                                                     randy.price@lw.com

28                                             *Attorneys for Defendant Singapore Airlines*

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT &
AGREEMENT OF DEFENSE COUNSEL RE: SERVICE OF COMPLAINT -- CASE NO. 07-5634
1

ATTESTATION OF FILING

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Neil Swartzberg, hereby attest that concurrence in the filing of this stipulation and proposed order has been obtained from Counsel for Defendant Singapore Airlines Limited who has provided the conformed signature above.

COTCHETT, PITRE & MCCARTHY

By:   ____*/s/ Neil Swartzberg*_____
Neil Swartzberg

*Attorneys for Plaintiffs Wortman, Adams and Garcia and the Proposed Class*

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT & AGREEMENT OF DEFENSE COUNSEL RE: SERVICE OF COMPLAINT -- CASE NO. 07-5634

2