Joseph W. Cotchett (36324)
jcotchett@cpmlegal.com
Steven N. Williams (175489)
swilliams@cpmlegal.com
Nanci E. Nishimura (152621)
nnishimura@cpmlegal.com
Neil Swartzberg (215133)
nswartzberg@cpmlegal.com
Aron K. Liang (228936)
COTCHETT, PITRE & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:    (650) 697-6000
Facsimile:    (650) 697-0577

*Attorneys for Plaintiffs Wortman, Adams and Garcia and
the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **DONALD WORTMAN,** **WILLIAM ADAMS,** **MARGARET GARCIA** , individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>**AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, INC., QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES**<br><br>                    Defendants. | Case No. 07-5634-CRB<br><br>(MDL No. 1913 – *In re Transpacific Passenger Air Transportation Antitrust Litigation*)<br><br><br>**JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME FOR CATHAY PACIFIC AIRWAYS LTD. TO RESPOND TO COMPLAINT** |

1    Pursuant to Local Rule 6-1, and in light of the February 19, 2008 Judicial Panel on

2    Multidistrict Litigation ("JPML") Transfer Order consolidating this case and the other

3    Transpacific Passenger Air cases, Plaintiffs Donald Wortman, William Adams, and Margaret

4    Garcia ("Plaintiffs"), and defendant Cathay Pacific Airways Ltd. ("Defendant"), through counsel,

5    hereby stipulate and agree as follows:

6        IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or

7    otherwise plead is enlarged until either:  (1) 45 days after plaintiffs in the Transpacific Passenger

8    Air cases file and serve a consolidated amended complaint; or, (2) 45 days after plaintiffs in the

9    Transpacific Passenger Air cases provide notice that a consolidated amended complaint will not

10    be filed.

11        IT IS FURTHER STIPULATED AND AGREED that Defendant Cathay Pacific Airways

12    Ltd. shall not contest sufficiency of process or service of process of the complaint filed in the

13    above-captioned action.  This Stipulation does not constitute a waiver by Cathay Pacific Airways

14    Ltd. of any other defense, including but not limited to the defenses of lack of personal

15    jurisdiction, subject matter jurisdiction, or improper venue.  Nothing in this paragraph shall

16    obligate Defendant to answer, move, or otherwise respond to any complaint until the time

17    provided in the preceding paragraph.

18            IT IS SO STIPULATED.

19                            Respectfully Submitted,

20

21    Dated: March  24, 2008          COTCHETT, PITRE & MCCARTHY

22                        By:    _____/s/ Neil Swartzberg_____
                            Neil Swartzberg

23                            *Attorneys for Plaintiffs and the Proposed*
                            *Class*

24

25    Dated: March 24, 2008          By:    _____/s/ Danielle S. Fitzpatrick_____

26                            Danielle S. Fitzpatrick, Bar No. 196593
                            DLA PIPER US LLP
27                            701 Fifth Avenue, Suite 7000
                            Seattle, Washington  98104-7044
28                            Telephone:    206.839.4800

1

Facsimile:    206.839.4801
danielle.fitzpatrick@dlapiper.com

2

*Attorneys for Defendant Cathay Pacific*
*Airways Ltd.*

3

4

5

ATTESTATION OF FILING

6

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Neil Swartzberg, hereby

7

attest that concurrence in the filing of this stipulation and proposed order has been obtained from

8

Counsel for Defendant Cathay Pacific Airways Ltd. who has provided the conformed signature

9

above.

10

11

12

COTCHETT, PITRE & MCCARTHY

13

By:    _____/s/ Neil Swartzberg_____
          Neil Swartzberg

14

*Attorneys for Plaintiffs Wortman, Adams and*
*Garcia and the Proposed Class*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Charles R. Breyer

NORTHERN DISTRICT OF CALIFORNIA