| | |
|---|---|
| 1 | William Karas (DC Bar No. 222463) |
|   | STEPTOE & JOHNSON LLP |
| 2 | 1330 Connecticut Avenue, NW |
|   | Washington DC 20036 |
| 3 | Telephone: 202.429.6223 |
|   | Facsimile: 202.261.0651 |
| 4 | E-mail: wkaras@steptoe.com |
| 5 | |
| 6 | Attorneys for Defendant |
|   | Japan Airlines International Co., Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | ) ) ) ) | CASE NO. C 07-5634 CRB<br><br>MDL NO. 1913 |
| This Document Relates to:<br>ALL ACTIONS | ) ) ) ) ) ) | DEFENDANT JAPAN AIRLINES INTERNATIONAL CO. LTD.'S NOTICE OF APPEARANCE OF WILLIAM KARAS |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT William Karas of Steptoe & Johnson LLP, 1330 Connecticut Ave., NW, Washington D.C. 20036, hereby enters an appearance on behalf of Japan Airlines International Co., Ltd. in the above-captioned matter.

Respectfully Submitted,

Dated: March 26, 2008          /s/ William Karas

STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington DC 20036

1
DEFENDANT JAPAN AIRLINES' NOTICE OF APPEARANCE OF WILLIAM KARAS
CASE NO. C 07-5634 CRB

| | |
|---|---|
| 1 | Telephone: 202.429.6223 |
| 2 | Facsimile: 202.261.0651<br>E-mail: wkaras@steptoe.com |
| 3 | *Attorneys for Defendant* |
| 4 | *Japan Airlines International Co., Ltd.* |

2
DEFENDANT JAPAN AIRLINES' NOTICE OF APPEARANCE OF WILLIAM KARAS
CASE NO. C 07-5634 CRB