| | |
|---|---|
| 1 | William Karas (DC Bar No. 222463) |
| | STEPTOE & JOHNSON LLP |
| 2 | 1330 Connecticut Avenue, NW |
| | Washington DC 20036 |
| 3 | Telephone: 202.429.6223 |
| | Facsimile: 202.261.0651 |
| 4 | E-mail: wkaras@steptoe.com |
| 5 | |
| 6 | Attorneys for Defendant |
| | Japan Airlines International Co., Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | CASE NO. C 07-5634 CRB<br><br>MDL NO. 1913<br><br>DEFENDANT JAPAN AIRLINES INTERNATIONAL CO. LTD.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Northern District of California Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations, or other entities: (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Name of Interested Entity | Connection/Interest |
|---|---|
| Japan Airlines Corporation | Publicly traded parent company of defendant Japan Airlines International Co., Ltd. |

1     Respectfully Submitted,

3   Dated: March 26, 2008         /s/ William Karas

STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington DC 20036
Telephone: 202.429.6223
Facsimile: 202.261.0651
E-mail: wkaras@steptoe.com

*Attorneys for Defendant*
*Japan Airlines International Co., Ltd.*