William Karas (DC Bar No. 222463)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington DC 20036
Telephone: 202.429.6223
Facsimile: 202.261.0651
E-mail:  wkaras@steptoe.com

Attorneys for Defendant
Japan Airlines International Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | CASE NO. C 07-5634 CRB<br><br>MDL NO. 1913<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I am over the age of 18 and not a party to the within action. My business address is Steptoe & Johnson LLP, 1330 Connecticut Ave., Washington D.C. 20036. On March 26, 2008, I served or caused to be served a true copy of the following documents in the manner listed below:

1. **DEFENDANT JAPAN AIRLINES INTERNATIONAL CO. LTD.'S NOTICE OF APPEARANCE OF WILLIAM KARAS**

2. **DEFENDANT JAPAN AIRLINES' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**X    BY ECF:** I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in the Docket Number C 07-5634 CRB. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

**X    BY US MAIL:** I caused the sealed envelope containing the aforementioned document(s) to be delivered via US Mail to the addressee(s) specified below:

**(SEE ATTACHED SERVICE LIST)**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Washington, D.C. on March 26, 2008.

/s/ Olga Vaytsman
OLGA VAYTSMAN

1  *In re Transpacific Passenger Air Transportation Antitrust Litigation*
   **MDL No. 1913**
2
                          **SERVICE LIST**
3

4  Michael J. Holland
   **CONDON & FORSYTH LLP**
5  7 Times Square, 18th Floor
   New York, New York 10036
6  Tel: 212-490-9100
   *Attorney for Defendant Air New Zealand*
7
   James V. Dick
8  **SQUIRE, SANDERS & DEMPSEY LLP**
   1201 Pennsylvania Avenue, N.W., Suite 500
9  Washington, D.C. 20004
   Tel: 202-626-6600
10 Fax: 202-626-6780
   *Attorney for Defendant China Airlines*
11
   Christopher T. Casamassima
12 **KIRKLAND & ELLIS LLP**
   777 South Figueroa Street
13 Los Angeles, California 90017-5800
   Tel: 213-680-8400
14 *Attorney for Defendant EVA Airways*

15 David A. Senior
   Benjamin D. Weston
16 **MCBREEN & SENIOR**
   2029 Century Park East, Third Floor
17 Los Angeles, CA 90067
   Tel: 310-552-5300
18 Fax: 310-552-1205
   *Attorney for Defendant Malaysia Airlines*
19
   W. Todd Miller
20 Kimberly N. Shaw
   **BAKER & MILLER PLLC**
21 2401 Pennsylvania Avenue, N.W., Suite 300
   Washington, D.C. 20037
22 Tel: 202-663-7820
   Fax: 202-663-7849
23 *Attorney for Defendant Qantas Airways*

24 William R. Sherman
   **LATHAM & WATKINS LLP**
25 555 Eleventh Street, N.W., Suite 1000
   Washington, DC 20004
26 Tel: 202-637-2200
   Fax: 202-637-2201
27 *Attorney for Defendant Singapore Airlines*

28 Richard J. Favretto
   **MAYER BROWN LLP**
   1909 K. Street N.W.

1  Washington, DC 20006
   Tel: 202-263-3250
2  Fax: 202-263-3300
   *Attorney for Defendant United Airlines*
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
CASE NO. C 07-5634 CRB