1  Matthew S. Covington (California No. 154429)
   DLA PIPER US LLP
2  153 Townsend Street, Suite 800
   San Francisco, California 94107-1957
3  Telephone:   415 836-2500  Fax: 415 836-2501
4  matthew.covington@dlapiper.com

5  Attorney for Defendant
   CATHAY PACIFIC AIRWAYS LTD.
6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | IN RE TRANSPACIFIC PASSENGER
   | AIR TRANSPORTATION                CASE NO. 07-cv-05634-CRB
12 | ANTITRUST LITIGATION
                                       MDL No. 1913
13
                                       [PROPOSED] ORDER GRANTING
14 | This Document Relates to:         APPLICATION FOR ADMISSION OF
                                       EDWARD B. SCHWARTZ *PRO HAC VICE*
15 | ALL ACTIONS

16

17      Edward B. Schwartz, an active member in good standing of the bar of District of

18 Columbia, whose business address and telephone number is

19              DLA Piper US LLP
                500 8th Street, NW
20              Washington, DC 20004
                (202) 799-4516
21

22 having applied in the above-entitled action for admission to practice in the Northern District of

23 California on a *pro hac vice* basis, representing Cathay Pacific Airways Ltd.

24      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

25 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

26 *vice*. Service of papers upon and communication with co-counsel designated in the application

27 will constitute notice to the party. All future filings in this action are subject to the requirements

28
                                        -1-

1  contained in General Order No. 45, *Electronic Case Filing*.

3  Dated: March __26__, 2008



IT IS SO ORDERED

Judge Charles R. Breyer

6  SE\9108638.1

DLA PIPER US LLP
WASHINGTON