Laurence D. King (SBN 206423)
lking@kaplanfox.com
KAPLAN, FOX & KILSHEIMER, LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700
Fax: (415) 772-4707

Robert N. Kaplan
rkaplan@kaplanfox.com
Donald R. Hall
dhall@kaplanfox.com
Jason A. Zweig
jzweig@kaplanfox.com
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714

*Attorneys for Plaintiff Stephen Gaffigan*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Master File No.: CV 07-05634 CRB<br><br>MDL No. 1913<br><br>PLAINTIFF STEPHEN GAFFIGAN'S JOINDER IN PLAINTIFFS DONALD WORTMAN, WILLIAM ADAMS, AND MARGARET GARCIA'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL<br><br>Date: March 28, 2008<br>Time: 10 a.m.<br>Courtroom: 8, 19th Floor<br>Judge: Hon. Charles R. Breyer |
| This Document Relates to:<br><br>ALL ACTIONS | |

Plaintiff Stephen Gaffigan ("Gaffigan") submits this Joinder in support of Plaintiffs Donald Wortman, William Adams, and Margaret Garcia's pending motion requesting that their attorneys, the law firm of Cotchett, Pitre & McCarthy ("the Cotchett Firm"), be appointed as interim lead counsel in this action.[1] The Cotchett Firm filed the first case in this matter, and is experienced in litigating similar price-fixing cases against air carriers. Moreover, the Cotchett Firm has developed working, cooperative relationships with the other firms representing plaintiffs in this action, including the attorneys representing Gaffigan, and intends to create an organizational structure, including creation of a Steering Committee, to prosecute the case. Plaintiff Gaffigan supports the Cotchett Firm's proposed management structure and submits that the efficiencies created will be in the best interests of the proposed class.

Therefore, for the foregoing reasons, Plaintiff Gaffigan respectfully requests that the Cotchett Firm be appointed interim lead counsel.

DATED: March 26, 2008        **KAPLAN FOX & KILSHEIMER LLP**

                      /s/Laurence D. King
Laurence D. King (SBN 206423)
lking@kaplanfox.com
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Ste 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707

Lori S. Brody (SBN 150545)
lbrody@kaplanfox.com
KAPLAN FOX & KILSHEIMER LLP
1801 Century Park East, Suite 1460
Los Angeles, CA 90067
Telephone: 310-785-0800
Facsimile: 310-785-0897

---

[1] Plaintiff Gaffigan filed the action entitled *Stephen Gaffigan v. Air New Zealand, et al.,* Case No. CV 08-00243 PSG(JWJx), on January 15, 2008 in the Central District of California; the *Gaffigan* case has not yet been transferred to the Northern District of California.

| | |
|---|---|
| 1 | Robert N. Kaplan |
| | rkaplan@kaplanfox.com |
| 2 | Donald R. Hall |
| | dhall@kaplanfox.com |
| 3 | Jason A. Zweig |
| | jzweig@kaplanfox.com |
| 4 | KAPLAN FOX & KILSHEIMER LLP |
| | 850 Third Avenue, 14th Floor |
| 5 | New York, NY 10022 |
| | Telephone: 212-687-1980 |
| 6 | Facsimile: 212-687-7714 |
| 7 | William Pinilis |
| | wpinilis@kaplanfox.com |
| 8 | KAPLAN FOX & KILSHEIMER LLP |
| | 160 Morris Street |
| 9 | Morristown, New Jersey 07960 |
| | Telephone: 973-656-0222 |
| 10 | Facsimile: 973-401-1114 |
| 11 | Gabe Halpern |
| | PINILISHALPERN, LLP |
| 12 | 160 Morris Street |
| | Morristown, New Jersey 07960 |
| 13 | Telephone: 973-401-1111 |
| | Facsimile: 973-401-1114 |
| 14 | |
| 15 | *Attorneys for Plaintiff Stephen Gaffigan* |

PLAINTIFF STEPHEN GAFFIGAN'S JOINDER IN PLAINTIFFS WORTMAN, ADAMS, AND GARCIA'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL

# PROOF OF SERVICE

I, Lisa C. D'Annunzio, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 350 Sansome Street, San Francisco, California 94104.

On March 26, 2008, I used the Northern District of California's Electronic Case Filing System, with ECF registered to Laurence D. King, to file the following document(s):

**PLAINTIFF STEPHEN GAFFIGAN'S JOINDER IN PLAINTIFFS DONALD WORTMAN, WILLIAM ADAMS, AND MARGARET GARCIA'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The parties served by e-mail in this case are found on the Court's Electronic Mail Notice List.

On this date, I served the below parties:

| | |
|---|---|
| Richard Pollard Kinnan<br>Walter J. Lack<br>ENGSTROM LIPSCOMB & LACK<br>10100 Santa Monica Blvd.<br>16th Floor<br>Los Angeles, CA 90067 | Nanci Eiko Nishimura<br>Douglas Yongwoon Park<br>COTCHETT PITRE SIMON & MCCARTHY<br>840 Malcolm Road<br>Suite 200<br>Burlingame, CA 94010 |
| Edward B. Schwartz<br>DLA Piper US LLP<br>500 8th Street, NW<br>Washington, DC 20004 | |

(BY FACSIMILE) I sent the document from facsimile machine on the above date. I certify that said transmission was completed and that all pages were received and that a report was generated by the facsimile machine which confirms said transmission and receipt.

**XXX** (BY U.S. MAIL) I placed the sealed envelopes(s) for collection and mailing by following ordinary business practices of Kaplan Fox & Kilsheimer LLP. I am readily familiar with Kaplan Fox & Kilsheimer LLP's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

---

PLAINTIFF STEPHEN GAFFIGAN'S JOINDER IN PLAINTIFFS WORTMAN, ADAMS, AND GARCIA'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL

1     (BY PERSONAL SERVICE) I caused personal delivery of the document(s) listed above the person(s) at the addresses(es) set forth below.

    (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Kaplan Fox & Kilsheimer LLP. I am readily familiar with Kaplan Fox & Kilsheimer LLP's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

    I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed March 26, 2008, at San Francisco, California.

_____
                                Lisa C. D'Annunzio