1  Jesse Markham (CA State Bar No. 087788)
2  Adam Brezine (CA State Bar No. 220852)
   HOLME ROBERTS & OWEN LLP
3  560 Mission St.
   25th Floor
4  San Francisco, CA 94105
5  Tel:    (415) 268-2000
   Fax:    (415) 268-1999
6
7  Yang Chen
   CONSTANTINE CANNON
8  450 Lexington Avenue
   New York, NY 10017
9  Tel:    (212) 350-2700
   Fax:    (212) 350-2701
10
11 Attorneys for Defendant
   All Nippon Airways Co., Ltd.
12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                        SAN FRANCISCO DIVISION
15

| | |
|---|---|
| 16  In re TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION 17 | **Master File No. 07-cv-05634-CRB** **MDL No. 1913** |
| 18 | **STIPULATION RE FURTHER EXTENSION OF TIME FOR DEFENDANT ALL NIPPON AIRWAYS CO., LTD. TO RESPOND TO *ABRAMS* COMPLAINT** |
| 19 20 | |
| 21  This Document Relates to 22  *Abrams v. Air New Zealand, Ltd., et al.,* Case No. 3:08-cv-00339 CRB. 23 | |

24
25
26
27
28

1    WHEREAS the undersigned plaintiff has filed the case with the caption *Abrams v. Air*

2    *New Zealand, Ltd., et al.*, Case No. 3:08-cv-00339 CRB, which is consolidated as part of the

3    above-captioned MDL No. 1913;

4    WHEREAS plaintiff alleges antitrust violations by defendant airlines in the sale of

5    passenger air transportation services containing transpacific flight segments;

6    WHEREAS multiple complaints have been filed to date in federal district courts

7    throughout the United States by plaintiffs purporting to bring class actions on behalf of purchasers

8    of passenger air transportation services containing transpacific flight segments (collectively "the

9    Transpacific Air Passenger cases");

10    WHEREAS, the Judicial Panel on Multidistrict Litigation issued an Order on February 19,

11    2008 transferring the Transpacific Air Passenger cases to this jurisdiction for coordinated and

12    consolidated pretrial proceedings pursuant to 28 U.S.C. Section 1407;

13    WHEREAS plaintiff and All Nippon Airways Co., Ltd. stipulated on February 19, 2008

14    that, *inter alia*, the deadline for All Nippon Airways Co., Ltd. to answer, move, or otherwise

15    respond to plaintiff's Complaint shall be extended for forty-five days after the Judicial Panel on

16    Multidistrict Litigation grants, denies, or otherwise disposes of the motion to consolidate;

17    WHEREAS plaintiff anticipates the possibility of filing a Consolidated Amended

18    Complaint in the Transpacific Air Passenger cases, but no such Complaint has yet been filed;

19    WHEREAS plaintiff and All Nippon Airways Co., Ltd. do not anticipate that a

20    Consolidated Amended Complaint will be filed prior to forty-five days after the Judicial Panel on

21    Multidistrict Litigation's Order of February 19, 2008;

22    WHEREAS plaintiff and All Nippon Airways Co., Ltd. have agreed that an orderly

23    schedule for any response to the pleadings in the Transpacific Air Passenger cases would be more

24    efficient for the parties and for the Court;

25    PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANT ALL NIPPON

26    AIRWAYS CO., LTD., BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD,

27    HEREBY STIPULATE AS FOLLOWS:

28    1.    The deadline for All Nippon Airways Co., Ltd. to answer, move, or otherwise

102276.1

1   respond to plaintiff's Complaint shall be extended until forty-five days after the filing of a

2   Consolidated Amended Complaint in the Transpacific Air Passenger cases, or such other times as

3   the parties may jointly agree to in writing.

4        2.        This Stipulation supersedes Paragraph 1 of the Stipulation filed on February 12,

5   2008 between plaintiff and All Nippon Airways Co., Ltd.  Paragraphs 2 and 3 of said Stipulation

6   shall remain in effect.

7        IT IS SO STIPULATED.

8   DATED:  March 26, 2008            By:    _Adam Brezine_____

9                                            Jesse Markham (No. 087788)
                                             Adam Brezine (No. 220852)
10                                           HOLME ROBERTS & OWEN LLP
                                             560 Mission St.
11                                           25th Floor
                                             San Francisco, CA  94105
12                                           Tel:  (415) 268-2000
                                             Fax:  (415) 268-1999
13

14

15                                           Yang Chen
                                             CONSTANTINE CANNON
16                                           450 Lexington Avenue
                                             New York, NY 10017
17                                           Telephone:  (212) 350-2700
                                             Facsimile:  (212) 350-2701
18

19                                           *Attorneys for Defendant All Nippon
                                             Airways Co., Ltd.*

20  DATED:  March 26, 2008            By:    /s/_____

21                                           Craig C. Corbitt (No. 83251);
                                             Matthew R. Schultz (No. 220641);
22                                           Jiangxiao Athena Hou (No. 215256);
                                             Patrick B. Clayton (No. 240191);
23                                           ZELLE, HOFMANN, VOELBEL,
                                               MASON & GETTE LLP
24                                           44 Montgomery Street, Suite 3400
                                             San Francisco, California, 94104
25                                           Telephone:  (415) 693-0700
                                             Facsimile:  (415) 693-0770
26

27

28                                           *Attorneys for Plaintiff*

1

<u>ATTESTATION OF CONCURRENCE IN FILING</u>

2

   Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Adam Brezine, hereby

3

attest that concurrence in the filing of this stipulation and proposed order has been obtained from

4

Counsel for Plaintiffs and the Proposed Class who has provided the conformed signature above.

5

6

                                        HOLME ROBERTS & OWEN LLP

7

                              By:    _____

8

                                        Adam Brezine

9

                                        *Attorneys for Defendant All Nippon*
                                        *Airways Co., Ltd.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**