Laurence D. King (SBN 206423)
lking@kaplanfox.com
KAPLAN, FOX & KILSHEIMER, LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700
Fax: (415) 772-4707

Marc M. Seltzer
mseltzer@susmangodfrey.com
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150

*Attorneys for Plaintiff Bruce Hut*

[Additional counsel  appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Master File No.: CV 07-05634 CRB |
| | MDL No. 1913 |
| | PLAINTIFF BRUCE HUT'S JOINDER IN PLAINTIFFS DONALD WORTMAN, WILLIAM ADAMS, AND MARGARET GARCIA'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL |
| | Date: March 28, 2008 Time: 10 a.m. Courtroom: 8, 19th Floor Judge: Hon. Charles R. Breyer |
| This Document Relates to: ALL ACTIONS | |

1   Plaintiff Bruce Hut ("Hut") submits this Joinder in support of Plaintiffs Donald

2   Wortman, William Adams, and Margaret Garcia's pending motion requesting that their

3   attorneys, the law firm of Cotchett, Pitre & McCarthy ("the Cotchett Firm"), be appointed as

4   interim lead counsel in this action.[1]  The Cotchett Firm filed the first case in this matter, and is

5   experienced in litigating similar price-fixing cases against air carriers.  Moreover, the Cotchett

6   Firm has developed working, cooperative relationships with the other firms representing

7   plaintiffs in this action, including the attorneys representing Hut, and intends to create an

8   organizational structure, including creation of a Steering Committee, to prosecute the case.

9   Plaintiff Hut supports the Cotchett Firm's proposed management structure and submits that the

10  efficiencies created will be in the best interests of the proposed class.

11   Therefore, for the foregoing reasons, Plaintiff Hut respectfully requests that the Cotchett

12  Firm be appointed interim lead counsel.

13  Dated: March 26, 2008                    Respectfully submitted,

14                                           SUSMAN GODFREY LLP

15                                           /s/ Marc M. Seltzer
                                             Marc M. Seltzer
16                                           mseltzer@susmangodfrey.com
                                             SUSMAN GODFREY LLP
17                                           1901 Avenue of the Stars, Suite 950
                                             Los Angeles, CA 90067-6029
18                                           Telephone: (310) 789-3100

19
                                             Laurence D. King (SBN 206423)
20                                           lking@kaplanfox.com
                                             KAPLAN FOX & KILSHEIMER LLP
21                                           350 Sansome Street, Suite 400
                                             San Francisco, CA 94104
22                                           Telephone: (415) 772-4700
                                             Fax: (415) 772-2707
23

24

25

26

27
    _____
28  [1]  Plaintiff Hut filed the action entitled *Bruce Hut v Air New Zealand, et al.*, Case No. CV 08-01462 MEJ, on
    March 14, 2008 in this District, which has not yet been related to the above-entitled consolidated cases.

PLAINTIFF BRUCE HUT'S JOINDER IN PLAINTIFFS WORTMAN, ADAMS, AND GARCIA'S MOTION
FOR APPOINTMENT OF INTERIM LEAD COUNSEL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Daniel J. Walker
dwalker@susmangodfrey.com
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: (206) 516-3880
Fax: (206) 516-3883

*Attorneys for Plaintiff Bruce Hut*

1

**FILER'S ATTESTATION**

2

I, Laurence D. King, am the ECF User whose identification and password are being

3

used to file PLAINTIFF BRUCE HUT'S JOINDER IN PLAINTIFFS DONALD

4

WORTMAN, WILLIAM ADAMS, AND MARGARET GARCIA'S MOTION FOR

5

APPOINTMENT OF INTERIM LEAD COUNSEL. In compliance with General Order

6

45.X.B, I hereby attest that Marc M. Seltzer, Counsel of Record for plaintiff Bruce Hut has

7

concurred in the filing of this document**.**

8

9

10

Dated: March 26, 2008                    **KAPLAN FOX & KILSHEIMER LLP**

11

By: _____ /s/ Laurence D. King _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

1

2      I, Lisa C. D'Annunzio, declare that I am over the age of eighteen (18) and not a party to

3   the within action.  I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 350

4   Sansome Street, San Francisco, California 94104.

5      On March 26, 2008, I used the Northern District of California's Electronic Case Filing

6   System, with ECF registered to Laurence D. King, to file the following document(s):

7   **PLAINTIFF BRUCE HUT'S JOINDER IN PLAINTIFFS DONALD WORTMAN,**
    **WILLIAM ADAMS, AND MARGARET GARCIA'S MOTION FOR APPOINTMENT**

8   **OF INTERIM LEAD COUNSEL**

9

10     The ECF system is designed to send an e-mail message to all parties in the case, which

11  constitutes service. The parties served by e-mail in this case are found on the Court's Electronic

12  Mail Notice List.

13

14  On this date, I served the below parties:

| | |
|---|---|
| Richard Pollard Kinnan<br>Walter J. Lack<br>ENGSTROM LIPSCOMB & LACK<br>10100 Santa Monica Blvd.<br>16th Floor<br>Los Angeles, CA 90067 | Nanci Eiko Nishimura<br>Douglas Yongwoon Park<br>COTCHETT PITRE SIMON & MCCARTHY<br>840 Malcolm Road<br>Suite 200<br>Burlingame, CA 94010 |
| Edward B. Schwartz<br>DLA Piper US LLP<br>500 8th Street, NW<br>Washington, DC 20004 | |

15

16

17

18

19

20

21

22     (BY FACSIMILE) I sent the document from facsimile machine on the above date.  I

23  certify that said transmission was completed and that all pages were received and that a report
    was generated by the facsimile machine which confirms said transmission and receipt.

24  **XXX**   (BY U.S. MAIL) I placed the sealed envelopes(s) for collection and mailing by

25  following ordinary business practices of Kaplan Fox & Kilsheimer LLP.  I am readily familiar
    with Kaplan Fox & Kilsheimer LLP's practice for collecting and processing of correspondence

26  for mailing with the United States Postal Service, said practice being that, in the ordinary
    course of business, correspondence with postage fully prepaid is deposited with the United

27  States Postal Service the same day as it is placed for collection.

28

---

PLAINTIFF BRUCE HUT'S JOINDER IN PLAINTIFFS WORTMAN, ADAMS, AND GARCIA'S MOTION
FOR APPOINTMENT OF INTERIM LEAD COUNSEL

1        (BY PERSONAL SERVICE) I caused personal delivery of the document(s) listed
above the person(s) at the addresses(es) set forth below.

2

3        (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s)
designated by the express service carrier for collection and overnight delivery by following the

4    ordinary business practices of Kaplan Fox & Kilsheimer LLP.  I am readily familiar with
Kaplan Fox & Kilsheimer LLP's practice for collecting and processing of correspondence for

5    overnight delivery, said practice being that, in the ordinary course of business, correspondence
for overnight delivery is deposited with delivery fees paid or provided for at the carrier's

6    express service offices for next-day delivery the same day as the correspondence is placed for

7    collection.

8        I declare under penalty of perjury under the laws of the United States of America and

9    the State of California that the foregoing is true and correct.

10   Executed March 26, 2008, at San Francisco, California.

11

12   _____

13                       Lisa C. D'Annunzio

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28