JACK W. LEE, Esq. [SBN 71626]
BRAD YAMAUCHI, Esq. [SBN 73245]
SEAN TAMURA-SATO, Esq. [SBN 254092]
MINAMI TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, California 94108-4903
Tel: (415) 788-9000
Fax: (415) 398-3887
jlee@MinamiTamaki.com

Attorneys for Plaintiff Dickson Leung
and the Proposed Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Case No. CV 07-5634 CRB<br><br>MDL No. 1913 |
| This Document Relates To:<br><br>*Dickson Leung v. EVA Airways, et al.*, Case No. CV 08-1616 VRW | **PLAINTIFF DICKSON LEUNG'S ADMINISTRATIVE MOTION TO RELATE CASES** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff Dickson Leung ("Plaintiff"), hereby moves this Court pursuant to Civil Local Rules 3-12(b) and 7-11 of the United States District Court of the Northern District of California to consider whether the action entitled, *Leung v. EVA Airways, et al.*, Case No. CV 08-1616 VRW ("*Leung*"), filed March 25, 2008, should be related to *Wortman, et al. v. Air New Zealand, Ltd., et al.,* Case No. CV 07-5634 CRB ("*Wortman*").  *Wortman* was filed November 6, 2007 in the Northern District of California and assigned to the Honorable Charles R. Breyer.

This administrative motion is made on the grounds that *Leung* and *Wortman* involve substantially similar questions of law and fact, and concern the same wrongful acts and occurrences.  Both cases allege a conspiracy to fix, raise, maintain and/or stabilize the prices for long-haul passenger transportation services and fuel surcharges on trans-Pacific flights to and from the United States.  Each case involves substantially the same defendants, who are many of the major airlines providing trans-Pacific passenger transportation services to and from the United States.

Were *Leung* to proceed independently, it would result in duplication of labor and expenses and would create an unnecessary risk of inconsistent results.  Consolidating the cases before a single judge would conserve both the parties' and the Court's resources.  Furthermore, consolidating the cases would allow for the coordination of case management and deadlines for initial disclosures and responses to the complaints.

The *Leung* and *Wortman* actions satisfy the criteria of Rule 3-12, and as such, the relation of these actions is proper.  Therefore, Plaintiff respectfully requests that the *Leung* action be related to the *Wortman* action and assigned to the Honorable Charles R. Breyer.

1 | DATED: March 26, 2008

    /s/ Jack W. Lee
JACK W. LEE, Esq. [SBN 71626]
BRAD YAMAUCHI, Esq. [SBN 73245]
SEAN TAMURA-SATO, Esq. [SBN 254092]
MINAMI TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, California  94108-4903
Tel:    (415) 788-9000
Fax:    (415) 398-3887
jlee@MinamiTamaki.com

Attorneys for Plaintiff Dickson Leung
and the Proposed Class