JACK W. LEE, Esq. [SBN 71626]
BRAD YAMAUCHI, Esq. [SBN 73245]
SEAN TAMURA-SATO, Esq. [SBN 254092]
MINAMI TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, California 94108-4903
Tel:    (415) 788-9000
Fax:   (415) 398-3887
jlee@MinamiTamaki.com

Attorneys for Plaintiff Dickson Leung
and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Case No. CV 07-5634 CRB<br><br>MDL No. 1913 |
|---|---|
| This Document Relates To:<br><br>*Dickson Leung v. EVA Airways, et al.,*<br>Case No. CV 08-1616 VRW | **DECLARATION OF JACK W. LEE IN SUPPORT OF PLAINTIFF DICKSON LEUNG'S ADMINISTRATIVE MOTION TO RELATE CASES** |

I, JACK W. LEE, declare as follows:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am a partner at Minami Tamaki LLP, attorneys of record for plaintiff Dickson Leung. I make this declaration pursuant to 28 U.S.C. § 1746. The matters set forth herein are within my personal knowledge, and if called and sworn as a witness I could competently testify regarding them.

2. Attached hereto as Exhibit A is a true and correct copy of the complaint captioned *Dickson Leung v. EVA Airways, et al.,* Case No. CV 08-1616 VRW ("*Leung*"). The attached complaint was filed March 25, 2008 in the Northern District of California and has been assigned to the Honorable Vaughn R. Walker.

3. Attached hereto as Exhibit B is a true and correct copy of the complaint filed in *Wortman et al. v. Air New Zealand, et al.,* Case No. CV 07-cv-5634 CRB ("*Wortman*"). The attached complaint was filed November 6, 2007 in the Northern District of California and assigned to the Honorable Charles R. Breyer.

4. Both cases allege a conspiracy to fix, raise, maintain and/or stabilize the prices for long-haul passenger transportation services and fuel surcharges on trans-Pacific flights to and from the United States.

5. Some of the defendants named in this action have not yet formally appeared. Civil Local Rule 3-12(b) requires that an Administrative Motion to Relate Cases be promptly filed. Accordingly, a global stipulation could not be obtained prior to filing this motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 26th day of March 2008, at San Francisco, California.

1  Dated: March 26, 2008                MINAMI TAMAKI LLP

                                        By: _____
                                            Jack W. Lee
                                            Attorney for Plaintiff
                                            Dickson Leung