JACK W. LEE, Esq. [SBN 71626]
BRAD YAMAUCHI, Esq. [SBN 73245]
SEAN TAMURA-SATO, Esq. [SBN 254092]
MINAMI TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, California 94108-4903
Tel: (415) 788-9000
Fax: (415) 398-3887
jlee@MinamiTamaki.com

Attorneys for Plaintiff Dickson Leung
and the Proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Case No. CV 07-5634 CRB<br><br>MDL No. 1913 |
| This Document Relates To:<br><br>*Dickson Leung v. EVA Airways, et al.,*<br>Case No. CV 08-1616 VRW | CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I, Sean Tamura-Sato, declare as follows:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and am not a party to this action. My business address is MINAMI TAMAKI LLP, 360 Post Street, 8th Floor, San Francisco, California 94108.

In said County and State, on March 26, 2008, I served the following:

1. PLAINTIFF DICKSON LEUNG'S ADMINISTRATIVE MOTION TO RELATE CASES

2. DECLARATION OF JACK W. LEE IN SUPPORT OF PLAINTIFF DICKSON LEUNG'S ADMINISTRATIVE MOTION TO RELATE CASES

3. [PROPOSED]ORDER GRANTING PLAINTIFF DICKSON LEUNG'S ADMINISTRATIVE MOTION TO RELATE CASES

__X__   BY ELECTRONIC FILING on those parties whose counsel are registered for electronic filing in this case.

__X__   BY MAIL. I placed a true copy in a sealed envelope addressed to the people on the following list and dated as indicated above. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in San Francisco, California, on March 26, 2008.

  /s/ Sean Tamura-Sato_____

1 | **BY U.S. MAIL**

2 | **Edward B. Schwartz**
3 | DLA Piper US LLP
    500 8th Street, NW
4 | Washington, DC 20004
    202-799-4516
5 | 202-799-5516 (fax)

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28