1   Susan G. Kupfer (Bar No. 141724)
    Kathleen S. Rogers (Bar No. 122853)
2   GLANCY BINKOW & GOLDBERG LLP
    One Embarcadero Center, Suite 760
3   San Francisco, CA  94111
    Telephone: (415) 972-8160
4   Facsimile:  (415) 972-8166
    skupfer@glancylaw.com
5   krogers@glancylaw.com

6   *Attorneys for Plaintiff Rufus Browning*
    *and the Proposed Class*

7

8

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

                      SAN FRANCISCO DIVISION
12

13
    IN RE TRANSPACIFIC PASSENGER AIR       Case No.:  C 07-5634-CRB
14  TRANSPORTATION ANTITRUST
    LITIGATION                             MDL No. 1913
15

16  This Document Relates to:             **PLAINTIFF RUFUS BROWNING'S
                                          ADMINISTRATIVE MOTION TO
17  ALL ACTIONS                           RELATE CASE**

18

19
    **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**
20
            PLEASE TAKE NOTICE that Rufus Browning, plaintiff in *Rufus Browning v. Air New*
21
    *Zealand. Ltd. et al.*, Case No. 08-cv-01458 MEJ, pending in the Northern District of California,
22
    hereby brings this Administrative Motion to Relate Case pursuant to Civil Local Rule 3-12.
23
    A.      **RELATED CASES**
24
            1.      *In re Transpacific Air Passenger Transportation Antitrust Litigation*
25
                    Master File No. M:08-cv-1913 (*"Transpacific Air"*);

2.    *Rufus Browning v. Air New Zealand. Ltd., et al.*

Case No. 08-cv-01458 MEJ ("*Browning*")

**B.    RELATIONSHIP OF THE CASES**

Civil Local Rule 3-12(a) provides that actions are related when:

(1)    The actions concern substantially the same parties, property, transaction or event; and

(2)    It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

The cases sought to be related meet both criteria of Rule 3-12.  First, *Browning* involves substantially the same parties and events as alleged in *Transpacific Air*.  Like *Transpacific Air*, *Browning* is a class action brought on behalf of purchasers of transpacific air passenger transportation services, and it names the same defendants.[1]  As in *Transpacific Air*, *Browning* alleges that Defendants, some of the largest airlines in the world, violated federal antitrust laws by conspiring to set the prices of transpacific air passenger travel.  Consequently, the cases will involve many common facts relating to the airline industry and many common legal questions relating to class certification and liability under antitrust laws.

Second, given their substantial similarities, duplication will result if the two actions proceed before different judges.  Moreover, no prejudice will result from relating the cases.  Just three weeks ago all cases in MDL No. 1913 were transferred to this Court, and plaintiffs in MDL No. 1913 have yet to file a consolidated complaint.

**C.    CONCLUSION**

In light of the related nature of the cases identified in this motion, the substantial experience of the Honorable Charles R. Breyer with antitrust class actions against airline

---

[1] Air New Zealand, Ltd.; All Nippon Airways Co., Ltd.; Cathay Pacific Airways, Ltd.; China Airlines, Ltd.; EVA Airways Corporation; Japan Airlines Corporation; Qantas Airways, Ltd.; Singapore Airlines, Ltd.; and Thai Airways International Public Company, Ltd. are all named defendants in *Transpacific Air*.

1  defendants, and the opportunities for judicial economy, plaintiff Rufus Browning respectfully

2  requests that his case be deemed related to *In re Transpacific Air Passenger Transportation*

3  *Antitrust Litigation.*

4                              Respectfully submitted,

5  DATED: March 27, 2008

6                                  /s/  Susan G. Kupfer

7                              Susan G. Kupfer (Bar No. 141724)
                               Kathleen S. Rogers (Bar No. 122853)

8                              GLANCY BINKOW & GOLDBERG LLP
                               One Embarcadero Center, Suite 760

9                              San Francisco, CA  94111
                               Telephone: (415) 972-8160

10                             Facsimile:   (415) 972-8166
                               skupfer@glancylaw.com

11                             krogers@glancylaw.com

12                             *Attorneys for Plaintiff Rufus Browning and the*
                               *Proposed Class*

13

14

15

16

17

18

19

20

21

22

23

24

25