1  Susan G. Kupfer (Bar No. 141724)
   Kathleen S. Rogers (Bar No. 122853)
2  GLANCY BINKOW & GOLDBERG LLP
   One Embarcadero Center, Suite 760
3  San Francisco, CA 94111
   Telephone: (415) 972-8160
4  Facsimile: (415) 972-8166
   skupfer@glancylaw.com
5  krogers@glancylaw.com

6  *Attorneys for Plaintiff Rufus Browning
   and the Proposed Class*

7

8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13

| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Case No.: C 07-5634-CRB<br><br>MDL No. 1913 |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | **PROOF OF SERVICE** |

# PROOF OF SERVICE

I, Alexandra K. Lubkin, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Glancy Binkow & Goldberg LLP, One Embarcadero Center, Suite 760, San Francisco, California, 94111; am not a party to or interested in the cause entitled upon the document to which this Proof of Service accompanies; and that on March 27, 2008, I served a true and correct copy of the following document(s) in the manner indicated below:

1. **PLAINTIFF RUFUS BROWNING'S ADMINISTRATIVE MOTION TO RELATE CASE**

2. **PROOF OF SERVICE**

☒  By USDC Live System-Document Filing System: on all interested parties registered for e-filing in the above-captioned case.

Dated: March 27, 2008               Signed _____

PROOF OF SERVICE
Case No. C 07-5634-CRB
MDL No. 1913

2