IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION _____/ This Order Relates to: ALL CASES _____/ | Master File No. C 07-5634 CRB MDL No. 1913 **ORDER APPOINTING INTERIM CLASS COUNSEL** |

After careful consideration of the submissions of the interested parties, and having had the opportunity for oral argument, the Court appoints Cohen, Milstein, Hausfeld & Toll, P.L.L.C. and Cotchett, Pitre & McCarthy as interim class counsel for the putative class pursuant to Federal Rule of Civil Procedure 23(g).

Dated: March 28, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE