Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
William Heye (233249) william@saveri.com
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

[Additional attorneys listed on signature page]

*Attorneys for Plaintiffs Lolly Randall and Christian Duke*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR ANTITRUST LITIGATION** ) ) ) ) | Case No. C-07-5634 CRB<br><br>MDL No. 1913 |
| **This document relates to**:<br><br>*Randall v. Air New Zealand, et al.*, Case No. C-08-0909 JCS<br><br>*Duke v. Air New Zealand, et al.*, Case No. C-08-1142 EMC | **PLAINTIFFS' ADMINISTRATIVE MOTION TO RELATE CASES** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Lolly Randall and Christian Duke hereby submit this Administrative Motion pursuant to Civil Local Rule 3-12 to consider whether two cases filed in this District, *Randall v. Air New Zealand, et al.*, Case No. C-08-0909-JCS ("*Randall*") and *Duke v. Air New Zealand, et al.*, Case No. C-08-1142 EMC ("*Duke*") should be related to *In Re Transpacific Passenger Air Antitrust Litigation*, Case No. CV-07-5634-CRB ("*Transpacific Litigation*").

Pursuant to Local Rule 3-12(d), Plaintiffs Lolly Randall and Christian Duke state that the *Randall* and *Duke* actions and the *Transpacific Litigation* allege that many of the same

Defendants violated federal antitrust laws by illegally fixing the prices on Transpacific flights. Plaintiffs in the *Randall* and *Duke* actions and the *Transpacific Litigation* raise claims for violations of the Sherman Act, 15 U.S.C. § 1.

Plaintiffs Randall and Duke are aware of the cases that have been related and consolidated as the *Transpacific Litigation*, and the cases subject to multidistrict proceedings, MDL No. 1913, transferred to this District.

It appears likely that there will be an unduly burdensome duplication of labor and expenses or the possibility of conflicting results if the cases are conducted before different Judges. Relating the cases will help eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

Dated: March 28, 2008                    Respectfully Submitted

By:    */s/ Cadio Zirpoli*
       Guido Saveri (22349)
       R. Alexander Saveri (173102)
       Cadio Zirpoli (179108)
       William Heye (233249)
       SAVERI & SAVERI, INC.
       111 Pine Street, Suite 1700
       San Francisco, CA   94111
       Telephone: (415) 217-6810

       *Attorneys for Plaintiffs*
       *Lolly Randall and Christian Duke*

       John G. Emerson
       Scott E. Poynter
       EMERSON POYNTER LLP
       The Museum Center
       500 President Clinton Ave., Ste. 305
       Little Rock, AR 72201
       Telephone: (501) 907-2555

       *Attorneys for Plaintiffs Lolly Randall*
       *and Christian Duke*

1  Lawrence D. McCabe
   MURRAY, FRANK & SAILER LLP
2  275 Madison Avenue
   New York, NY 10016
3  Telephone: (212) 682-1818

4
   *Attorneys for Plaintiffs Lolly Randall*
5  *and Christian Duke*

6  B.J. Wade
   GLASSMAN, EDWARDS, WADE AND
7  WYATT, P.C.
   26 N. Second Street
8  Memphis, TN 38103
   Telephone: (901) 527-4673
9

10 *Attorneys for Plaintiff Christian Duke*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28