Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
William Heye (233249) william@saveri.com
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Attorneys for Plaintiffs Lolly Randall and Christian Duke*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR ANTITRUST LITIGATION** | ) Case No. C-07-5634 CRB<br>)<br>) MDL No. 1913<br>) |
| **This document relates to**:<br><br>*Randall v. Air New Zealand, et al.*,<br>Case No. C-08-0909 JCS<br><br>*Duke v. Air New Zealand, et al.*,<br>Case No. C-08-1142 EMC | )<br>) **DECLARATION OF CADIO ZIRPOLI**<br>) **IN SUPPORT OF PLAINTIFFS'**<br>) **ADMINISTRATIVE MOTION TO**<br>) **RELATE CASES**<br>)<br>)<br>) |

I, Cadio Zirpoli, declare as follows:

1.　I am an attorney duly licensed by the State of California and am admitted to practice before this court. I am an associate at Saveri & Saveri, Inc., attorneys of record for plaintiffs Lolly Randall and Christian Duke. I make this declaration pursuant to 28 U.S.C. §1746. The matters set forth herein are my personal knowledge, and if called and sworn as a witness I could competently testify regarding them.

2.　The *Randall* and *Duke* actions are proposed class actions on behalf of purchasers of international air transportation from defendants Air New Zealand, Ltd., All Nippon Airways Co., Ltd., Cathay Pacific Airways, Ltd., China Airlines, Ltd., Eva Airways Corporation, Japan Airlines Corporation, Malaysian Airlines, Ltd., Qantas Airways, Ltd., Singapore Airlines, Ltd.,

Thai Airways International Public Company, Ltd., and United Airlines Corporation.  The *Randall* and *Duke* actions and the *Transpacific Litigation* actions all allege a conspiracy to fix, maintain, and inflate the price of international air transportation fuel surcharges to passengers flying into and out of the United States.

  4. A stipulation pursuant to Civil Local Rule 7-11(a) could not be obtained because defendants in this action have not yet appeared.

  I declare under penalty perjury under the laws of the State of California that the foregoing is true and correct. Executed this 28th day of March, 2008, at San Francisco, California.

      */s/ Cadio Zirpoli*
      Cadio Zirpoli

2

DECLARATION OF CADIO ZIRPOLI IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES