Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
William Heye (233249) william@saveri.com
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Attorneys for Plaintiffs Lolly Randall and Christian Duke*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR ANTITRUST LITIGATION** | ) Case No. C-07-5634 CRB )<br>) MDL No. 1913 ) |
| **This document relates to**: | ) |
| *Randall v. Air New Zealand, et al.*,<br>Case No. C-08-0909 JCS | ) **[PROPOSED] ORDER GRANTING**<br>) **PLAINTIFFS' ADMINISTRATIVE**<br>) **MOTION TO RELATE CASES**<br>) |
| *Duke v. Air New Zealand, et al.*,<br>Case No. C-08-1142 EMC | )<br>)<br>) |

1   On March 28, 2008 plaintiffs Lolly Randall and Christian Duke filed an Administrative
2   Motion to Relate Cases pursuant to Civil Local Rule 3-12. The time for filing an opposition or
3   statement of support has passed. The Court having considered the papers and pleadings on file,
4   and good cause appearing,

5   HEREBY GRANTS Plaintiffs' Administrative Motion to Relate Cases.

6   IT IS HEREBY ORDERED that *Randall v. Air New Zealand, et al.,* Case No. CV-08-
7   0909-JCS and *Duke v. Air New Zealand, et al.*, Case No. C-08-1142-EMC, be related to *In Re*
8   *Transpacific Passenger Air Antitrust Litigation*, Case No. CV-07-5634-CRB.

DATED: _____          _____
                                Hon. Charles R. Breyer
                                United States District Court Judge

2
[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO RELATE CASES