1    Susan G. Kupfer (Bar No. 141724)
     Kathleen S. Rogers (Bar No. 122853)
2    GLANCY BINKOW & GOLDBERG LLP
     One Embarcadero Center, Suite 760
3    San Francisco, CA  94111
     Telephone: (415) 972-8160
4    Facsimile:  (415) 972-8166
     skupfer@glancylaw.com
5    krogers@glancylaw.com

6    *Attorneys for Plaintiff Rufus Browning*
     *and the Proposed Class*

7

8

9

10                       UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14   IN RE TRANSPACIFIC PASSENGER AIR          Case No.:  C 07-5634-CRB
     TRANSPORTATION ANTITRUST
15   LITIGATION                                 MDL No. 1913

16   This Document Relates to:                  **DECLARATION OF SUSAN G. KUPFER
                                                IN SUPPORT OF PLAINTIFF RUFUS
17   ALL ACTIONS                                BROWNING'S ADMINISTRATIVE
                                                MOTION TO RELATE CASE**
18

19

20           I, Susan G. Kupfer, declare as follows:

21           1.      I am an attorney duly licensed to practice before this Court.  I am a member of

22   the law firm Glancy Binkow & Goldberg LLP, and counsel for Plaintiff Rufus Browning in the

23   case entitled *Rufus Browning v. Air New Zealand, Ltd. et al.,* Case No. 08-cv-01458-MEJ,

24   pending in the Northern District of California ("*Browning*").  I submit this Declaration in

25   support of Rufus Browning's Administrative Motion to Relate Case.  I make this Declaration

1  based on personal knowledge, and if called to testify, I could and would do so competently as to

2  the matters set forth below.

3

4      2.      Attached as Exhibit A is a true and correct copy of the *Browning* Complaint.  The

   *Browning* action is a proposed class action on behalf of purchasers of passenger air services for
5

6  travel containing transpacific flight segments.  Like the actions in the Transpacific Passenger Air

   Transportation Antitrust Litigation, *Browning* alleges a conspiracy by the same defendants to fix,
7

8  raise, maintain and stabilize the price of passenger air transportation services in violation of

   Section 1 of the Sherman Act, U.S.C. §1.
9

10     I declare under penalty of perjury that the foregoing is true and correct.  Executed this

11 28th day of March 2008 at San Francisco, California.

12

13

14                              /s/  Susan G. Kupfer

15                         Susan G. Kupfer (Bar No. 141724)
                          Kathleen S. Rogers (Bar No. 122853)
16                         GLANCY BINKOW & GOLDBERG LLP
                          One Embarcadero Center, Suite 760
17                         San Francisco, CA  94111
                          Telephone: (415) 972-8160
18                         Facsimile:  (415) 972-8166
                          skupfer@glancylaw.com
19                         krogers@glancylaw.com

20                         *Attorneys for Plaintiff Rufus Browning and the*
                          *Proposed Class*

21

22

23

24

25

DECLARATION OF SUSAN G. KUPFER IN SUPPORT OF PLAINTIFF RUFUS BROWNING'S ADMINISTRATIVE      2
MOTION TO RELATE CASE
Case No. C 07-5634-CRB
MDL No. 1913