Susan G. Kupfer (Bar No. 141724)
Kathleen S. Rogers (Bar No. 122853)
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, CA  94111
Telephone: (415) 972-8160
Facsimile:  (415) 972-8166
skupfer@glancylaw.com
krogers@glancylaw.com

*Attorneys for Plaintiff Rufus Browning
and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Case No.:  C 07-5634-CRB <br><br> MDL No. 1913 |
| This Document Relates to: <br><br> *Rufus Browning v. Air New Zealand, Ltd. et al.,* N.D. Cal. Case No. 08-cv-01458-MEJ | **[PROPOSED] ORDER GRANTING PLAINTIFF RUFUS BROWNING'S ADMINISTRATIVE MOTION TO RELATE CASE** |

1      Pursuant to Civil Local Rule 3-12, and on good cause shown, Plaintiff Rufus Browning's

2 Administrative Motion to Relate Case is granted.  The action captioned *Rufus Browning v. Air

3 *New Zealand, Ltd., et al.,* N.D. Cal. Case No. 08-cv-01458-MEJ is hereby related to *Wortman et*

4 *al. v. Air New Zealand, Ltd., et al.,* N.D. Cal. Case No. 07-cv-5634-CRB.  *Browning* shall be

5 consolidated in *In re Transpacific Passenger Air Transportation Antitrust Litigation*, N.D. Cal.

6 Case No. C-07-5634-CRB.

7      IT IS SO ORDERED.

8

9 Dated: _____, 2008

10

11                                               Hon. Charles R. Breyer

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[PROPOSED] ORDER GRANTING PLAINTIFF RUFUS BROWNING'S ADMINISTRATIVE MOTION TO RELATE CASE
Case No. C 07-5634-CRB
MDL No. 1913

2