Susan G. Kupfer (Bar No. 141724)
Kathleen S. Rogers (Bar No. 122853)
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, CA 94111
Telephone: (415) 972-8160
Facsimile: (415) 972-8166
skupfer@glancylaw.com
krogers@glancylaw.com

*Attorneys for Plaintiff Rufus Browning
and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Case No.: C 07-5634-CRB<br><br>MDL No. 1913 |
| This Document Relates to:<br><br>ALL ACTIONS | **PROOF OF SERVICE** |

# PROOF OF SERVICE

I, Alexandra K. Lubkin, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Glancy Binkow & Goldberg LLP, One Embarcadero Center, Suite 760, San Francisco, California, 94111; am not a party to or interested in the cause entitled upon the document to which this Proof of Service accompanies; and that on March 28, 2008, I served a true and correct copy of the following document(s) in the manner indicated below:

1. **DECLARATION OF SUSAN G. KUPFER IN SUPPORT OF PLAINTIFF RUFUS BROWNING'S ADMINISTRATIVE MOTION TO RELATE CASE [WITH EXHIBIT]**

2. **[PROPOSED] ORDER GRANTING PLAINTIFF RUFUS BROWNING'S ADMINISTRATIVE MOTION TO RELATE CASE [WITH EXHIBIT]**

3. **PROOF OF SERVICE**

☒ By USDC Live System-Document Filing System: on all interested parties registered for e-filing in the above-captioned case.

Dated: March 28, 2008         Signed _____

PROOF OF SERVICE
Case No. C 07-5634-CRB
MDL No. 1913