UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

JUDGE CHARLES R. BREYER

Date: March 28, 2008

Case No. MDL 1913    C- 07-5634 CRB

Title: In re Transpacific Passenger Air Transportation Antitrust Litigation

Attorneys present: Ruben Partain, Scott Cunningham, Benjamin Weston, Guido Saveri, Jeff Westerman, Elizabeth Pritzker, Aaron Sheanin, Laurence King, Francis Scarpulla, Richard Kellner, Derek Howard, Joe Cotchett, Michael Hausfeld, Stuart Gross, Allan Steyer, Bruce Simon, Christopher Sanchez

Deputy Clerk: Frank Justiliano

Court Reporter: Katherine Powell

**PROCEEDINGS**

1) P's Motion for Appt of Interim Lead Counsel - HELD.

**ORDERED AFTER HEARING:** Michael Hausfeld and Joe Cotchett appointed co-counsels.