Jesse Markham (CA State Bar No. 087788)
Adam Brezine (CA State Bar No. 220852)
HOLME ROBERTS & OWEN LLP
560 Mission St.
25th Floor
San Francisco, CA 94105
Tel:  (415) 268-2000
Fax:  (415) 268-1999

Yang Chen
CONSTANTINE CANNON
450 Lexington Avenue
New York, NY 10017
Tel:  (212) 350-2700
Fax:  (212) 350-2701

Attorneys for Defendant
All Nippon Airways Co., Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Master File No. 07-cv-05634-CRB<br><br>MDL No. 1913<br><br>**STIPULATION RE FURTHER EXTENSION OF TIME FOR DEFENDANT ALL NIPPON AIRWAYS CO., LTD. TO RESPOND TO *ABRAMS* COMPLAINT** |
| This Document Relates to<br><br>*Abrams v. Air New Zealand, Ltd., et al.,* Case No. 3:08-cv-00339 CRB. | |

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

102276.1

1  WHEREAS the undersigned plaintiff has filed the case with the caption *Abrams v. Air New Zealand, Ltd., et al.*, Case No. 3:08-cv-00339 CRB, which is consolidated as part of the above-captioned MDL No. 1913;

WHEREAS plaintiff alleges antitrust violations by defendant airlines in the sale of passenger air transportation services containing transpacific flight segments;

WHEREAS multiple complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of purchasers of passenger air transportation services containing transpacific flight segments (collectively "the Transpacific Air Passenger cases");

WHEREAS, the Judicial Panel on Multidistrict Litigation issued an Order on February 19, 2008 transferring the Transpacific Air Passenger cases to this jurisdiction for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. Section 1407;

WHEREAS plaintiff and All Nippon Airways Co., Ltd. stipulated on February 19, 2008 that, *inter alia*, the deadline for All Nippon Airways Co., Ltd. to answer, move, or otherwise respond to plaintiff's Complaint shall be extended for forty-five days after the Judicial Panel on Multidistrict Litigation grants, denies, or otherwise disposes of the motion to consolidate;

WHEREAS plaintiff anticipates the possibility of filing a Consolidated Amended Complaint in the Transpacific Air Passenger cases, but no such Complaint has yet been filed;

WHEREAS plaintiff and All Nippon Airways Co., Ltd. do not anticipate that a Consolidated Amended Complaint will be filed prior to forty-five days after the Judicial Panel on Multidistrict Litigation's Order of February 19, 2008;

WHEREAS plaintiff and All Nippon Airways Co., Ltd. have agreed that an orderly schedule for any response to the pleadings in the Transpacific Air Passenger cases would be more efficient for the parties and for the Court;

PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANT ALL NIPPON AIRWAYS CO., LTD., BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1.  The deadline for All Nippon Airways Co., Ltd. to answer, move, or otherwise

1 | respond to plaintiff's Complaint shall be extended until forty-five days after the filing of a
2 | Consolidated Amended Complaint in the Transpacific Air Passenger cases, or such other times as
3 | the parties may jointly agree to in writing.
4 |     2.    This Stipulation supersedes Paragraph 1 of the Stipulation filed on February 12,
5 | 2008 between plaintiff and All Nippon Airways Co., Ltd.  Paragraphs 2 and 3 of said Stipulation
6 | shall remain in effect.
7 |     IT IS SO STIPULATED.
8 | DATED: March 26, 2008    By: /s/ Adam Brezine

Jesse Markham (No. 087788)
Adam Brezine (No. 220852)
HOLME ROBERTS & OWEN LLP
560 Mission St.
25th Floor
San Francisco, CA 94105
Tel: (415) 268-2000
Fax: (415) 268-1999

Yang Chen
CONSTANTINE CANNON
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 350-2700
Facsimile: (212) 350-2701

*Attorneys for Defendant All Nippon Airways Co., Ltd.*

DATED: March 26, 2008    By: /s/
Craig C. Corbitt (No. 83251);
Matthew R. Schultz (No. 220641);
Jiangxiao Athena Hou (No. 215256);
Patrick B. Clayton (No. 240191);
ZELLE, HOFMANN, VOELBEL,
 MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, California, 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

*Attorneys for Plaintiff*

Dated: March 31, 2008

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

777259.1     2     102276.1
**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

ATTESTATION OF CONCURRENCE IN FILING

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Adam Brezine, hereby attest that concurrence in the filing of this stipulation and proposed order has been obtained from Counsel for Plaintiffs and the Proposed Class who has provided the conformed signature above.

HOLME ROBERTS & OWEN LLP

By: *(signed)* Adam Brezine

*Attorneys for Defendant All Nippon Airways Co., Ltd.*