1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Case No. CV 07-5634 CRB<br><br>MDL No. 1913<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF DICKSON LEUNG'S ADMINISTRATIVE MOTION TO RELATE CASES** |
|---|---|
| This Document Relates To:<br><br>*Dickson Leung v. EVA Airways, et al.,* Case No. CV 08-1616 VRW | |

Pursuant to Civil Local Rule 3-12, and on good cause shown, Plaintiff Dickson Leung's Administrative Motion to Relate Cases is granted. The action captioned *Leung v. EVA Airways, et al.*, Case No. CV 08-1616 VRW ("*Leung*"), filed March 25, 2008, is related to *Wortman, et al. v. Air New Zealand, Ltd., et al.,* Case No. CV 07-5634 CRB ("*Wortman*"). *Leung* shall be consolidated in *In re Transpacific Passenger Air Transportation Antitrust Litigation*, N.D. Cal. Case No. CV 07-5634 CRB.

Dated: __March 31__, 2008

_____

Hon. Charles R. Breyer