1  Terry Gross (103878)
   Adam C. Belsky (147800)
2  Monique Alonso (127078)
   GROSS BELSKY ALONSO LLP
3  180 Montgomery Street, Suite 2200
   San Francisco, California 94104
4  Telephone: (415) 544-0200
   Facsimile:  (415) 544-0201
5
   Attorneys for Plaintiff
6  KEVIN MOY and the Proposed Class

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11

12  DONALD WORTMAN, WILLIAM ) Case No.  CV 07-5634 CRB
    ADAMS, MARGARET GARCIA, )
13  individually and on behalf of all others ) **[PROPOSED]** **ORDER GRANTING**
    similarly situated, ) **PLAINTIFF KEVIN MOY'S**
14   ) **ADMINISTRATIVE MOTION TO**
                  Plaintiffs, ) **CONSIDER WHETHER CASES**
15   ) **SHOULD BE RELATED**
          v. )
16   ) **(Civil Local Rule 3-12 AND 7-11)**
     )
17  AIR NEW ZEALAND, et al., )
     )
18                Defendants. )
     )
19   )
     )
20  **This Document Relates to:** )
     ) Case No.:  C 08-01383 MEJ
21  KEVIN MOY v. AIR NEW ZEALAND; )
    ALL NIPPON AIRWAYS; CATHAY )
22  PACIFIC AIRWAYS; CHINA AIRLINES; )
    EVA AIRLINES; JAPAN AIRLINES )
23  INTERNATIONAL; MALAYSIA )
    AIRLINES; NORTHWEST AIRLINES; )
24  QANTAS AIRWAYS;  SINGAPORE AIR; )
    THAI AIRWAYS; and UNITED )
25  AIRLINES, INC., )
     )
26

27

28

1 | Pursuant to Local Rule 3-12, and on good cause shown, Plaintiff Kevin Moy's Administrative
2 | Motion to Consider Whether Cases Should be Related is GRANTED.  The matter captioned *Kevin*
3 | *Moy v. Air New Zealand, et al.*, Case No. CV 08-01383 MEJ, filed on March 11, 2008, is related to
4 | the matter captioned *David Wortman v. Air New Zealand, et al.*, Case No. CV 07-0534 CRB, filed on
5 | November 6, 2007 CRB.  Further, *Moy* shall be coordinated with the MDL proceeding entitled *In Re*
6 | *Transpacific Passenger Air Transportation Antitrust Litigation*, Case No. M:08-CV-01913 CRB.

Dated: ___March 31___, 2008            _____
                                        Honorable Charles R. Breyer