1  David A. Senior (SBN 108579)
   Benjamin D. Weston (SBN 240641)
2  Carrie A. McQuaid (SBN 254066)
   McBreen & Senior
3  2029 Century Park East
   Third Floor
4  Los Angeles, California 90067
   Telephone: 310-552-5300
5  Facsimile: 310-552-1205
   Email:  dsenior@mcbreensenior.com
6
   Attorneys for Defendant
7  Malaysian Airline System Berhad

8  Other counsel listed at signature lines

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11

12 **In re TRANSPACIFIC PASSENGER AIR** )   Master File No.07-cv-5634 CRB
   **TRANSPORTATION ANTITRUST**         )
13 **LITIGATION**                       )   MDL. NO. 1913
                                        )
14                                      )
                                        )   **STIPULATION PURSUANT TO LOCAL**
15                                      )   **RULE 6-1 EXTENDING TIME TO**
                                        )   **RESPOND TO COMPLAINT**
16                                      )
                                        )
17 ─────────────────────────            )
   This Document Relates To:            )
18                                      )
   *Abrams v. Air New Zealand, et al.*  )
19 3:08-cv-00339  CRB                   )
                                        )
20 ─────────────────────────

21

22

23

24

25

26

27

28

Pursuant to Local Rule 6-1, and in light of the February 19, 2008 Judicial Panel on Multidistrict Litigation ("JPML") Transfer Order consolidating this case and the other Transpacific Passenger Air cases, plaintiff Micah Abrams ("Plaintiff"), and defendant Malaysian Airline System Berhad, sued herein as "Malaysia Airlines" ("Defendant"), through counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or otherwise plead is enlarged until either: (1) 45 days after plaintiffs in the Transpacific Passenger Air cases file and serve a consolidated amended complaint; or, (2) 45 days after plaintiffs in the Transpacific Passenger Air cases provide notice that a consolidated amended complaint will not be filed.

IT IS FURTHER STIPULATED AND AGREED that Defendant's counsel shall accept service on behalf of Defendant of the summons and complaints in *Abrams v. Air New Zealand, et al.* 3:08-cv-00339 CRB, including any amended or consolidated complaints of Plaintiff in Master File No.07-cv-5634 CRB, and further, that Defendant shall not contest sufficiency of process or service of process.  This Stipulation does not constitute a waiver of any other defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction or improper venue.  Nothing in this paragraph shall obligate Defendant to answer, move, or otherwise respond

//
//
//
//
//
//
//
//

STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT;
Master File No.07-cv-5634 CRB

1

to any complaint until the time provided in the preceding paragraph.

Dated: April 2, 2008

By: __/s/ Carrie A. McQuaid_____
David A. Senior
Benjamin D. Weston
Carrie A. McQuaid
McBreen & Senior
2029 Century Park East
Third Floor
Los Angeles, California 90067
Telephone: 310-552-5300
Facsimile: 310-552-1205
Email: dsenior@mcbreensenior.com

Attorneys for Defendant
Malaysian Airline System Berhad

Dated: April 2, 2008     By: ___/s/ Jiangxiao Hou (by authorization)_____
Craig C. Corbitt (No. 83251)
Matthew R. Schultz (No. 220641)
Jiangxiao Athena Hou (No. 215256)
Patrick B. Clayton (No. 240191)
Zelle, Hofmann, Voelbel, Mason
 & Gette, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:    (415) 693-0700
Facsimile:    (415) 693-0770

Attorneys for Plaintiff and the Class

April 7, 2008

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Concurrence in the filing of this stipulation has been obtained from the foregoing signatories pursuant to United States District Court, Northern District of California General Order 45(X)(B).

By: __/s/ Carrie A. McQuaid_____

STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT;
Master File No.07-cv-5634 CRB