Christopher T. Casamassima (CA SB# 211280)
Pantea M. Yashar (CA SB# 234067)
KIRKLAND & ELLIS LLP
777 S. Figueroa Street, 37th Floor
Los Angeles, California  90017
Telephone:     (213) 680-8400
Facsimile:      (213) 680-8500
Email: ccasamassima@kirkland.com
Email: pyashar@kirkland.com

*Attorneys for Defendant*
*EVA Airways Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** _____ **This Document Relates to:** **ALL ACTIONS** | **MASTER FILE NO. C 07-5634 CRB** **MDL NO. 1913** **DEFENDANT EVA AIRWAYS CORPORATION'S FEDERAL RULE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rules of Civil Procedure 7.1, the undersigned certifies that EVA Airways Corporation ("EVA") has no parent corporation, and the only corporations that own 10% or more of EVA's stock are Evergreen Marine Corporation and Evergreen International Corporation.  Both Evergreen Marine Corporation and EVA are publicly traded on the Taiwan Stock Exchange.

Pursuant to Northern District of California Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities: (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest

in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Name of Interested Entity | Connection/Interest |
| --- | --- |
| Evergreen Marine Corporation | Shareholder |
| Evergreen International Corporation | Shareholder |

Dated: April 10, 2008

Respectfully submitted,

Kirkland & Ellis LLP

By: /s/Christopher T. Casamassima

Christopher T. Casamassima
Pantea M. Yashar
KIRKLAND & ELLIS LLP
777 S. Figueroa Street, 37th Floor
Los Angeles, California  90017
Telephone:    (213) 680-8400
Facsimile:     (213) 680-8500
Email: ccasamassima@kirkland.com
Email: pyashar@kirkland.com

*Attorneys for Defendant EVA Airways Corporation*

DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
MASTER FILE  NO. C 07-5634 CRB, MDL NO. 1913