Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
Steven N. Williams (175489; swilliams@cpmlegal.com)
Neil J. Swartzberg (215133; nswartzberg@cpmlegal.com)
Stuart G. Gross (251019; sgross@cpmlegal.com)
Aron K. Liang (228936; aliang@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577

Michael P. Lehmann (77152; mlehmann@cmht.com)
Christopher L. Lebsock (184546; clebsock@cmht.com)
Jon T. King (205073; jking@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone:  (415) 229-2080
Facsimile:   (415) 986-3643

*Interim Class Counsel and Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION ) ) ) ) ) | **Case No. 07-cv-05634-CRB**<br><br>**MDL No. 1913** |
| **This Document Relates to:** ) ) | **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR** |
| **ALL ACTIONS** ) ) ) ) | **DEFENDANTS TO RESPOND TO COMPLAINT** |

LAW OFFICES
COTCHETT,
PITRE &
McCARTHY

1    WHEREAS plaintiffs in these actions allege antitrust violations by defendant airlines in

2    the sale of passenger air transportation services containing transpacific flight segments;

3    WHEREAS multiple complaints have been filed to date in federal district courts

4    throughout the State of California by plaintiffs alleging class actions on behalf of purchasers of

5    passenger air transportation services containing transpacific flight segments (collectively "the

6    Transpacific Air Passenger cases");

7    WHEREAS on February 19, 2008 the Judicial Panel on Multidistrict Litigation

8    ("JPML") transferred this litigation to this Court for coordinated and consolidated pretrial

9    proceedings;

10   WHEREAS, pursuant to a stipulation and order previously executed by the parties and

11   entered by the Court, certain of the defendants' time to answer, move, or otherwise plead was

12   extended to the date when those defendants would otherwise be required to file a response

13   pursuant to Federal Rule of Civil Procedure 12, or to 45 days after the JPML's decision on the

14   pending motions for transfer;

15   WHEREAS on March 17, 2008, this Court entered Pretrial Order #1 consolidating all

16   civil actions transferred to this Court or related actions already pending before this Court for

17   pre-trial purposes;

18   WHEREAS, on March 28, 2008, this Court entered an order appointing the firms of

19   Cotchett, Pitre & McCarthy and Cohen Milstein Hausfeld & Toll LLC as interim lead counsel

20   pursuant to Fed. R. Civ. Proc. 23(g);

21   WHEREAS, all parties desire to establish a date for all defendants to answer or

22   otherwise respond to plaintiffs' claims.

23   PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFFS AND DEFENDANTS, BY AND

24   THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS

25   FOLLOWS:

26   1.    The deadline for Defendants to answer, move or otherwise respond to the

27   complaints in this action shall be extended until 45 days after the filing and service, in

28

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**
**Case No. 07-cv-05634-CRB; MDL No. 1913**

accordance with Pretrial Order #1 and Northern District of California General Order 45, of a Consolidated Complaint, or 45 days after lead counsel provides notice that a Consolidated Complaint will not be filed and designates a pending complaint as the operative complaint. This stipulation does not constitute a waiver of any defense including, but not limited to, the defenses of lack of personal jurisdiction or subject matter jurisdiction, improper venue, sufficiency of process or service of process. Nothing in this stipulation shall have any effect upon any prior agreement between parties concerning the service of process.

2.      The terms of this stipulation and order shall apply to all actions transferred to this Court as of the date of the stipulation and order, as well as any other actions pending in the United States District Court for the Northern District of California based upon the same allegations as set forth in *Wortman et al. v. Air New Zealand et al.*, case no. 07-cv-05634 (CRB) which have not been formally related to *Wortman* and any other related tag-along actions which have not yet been transferred to MDL no. 1913, including but not limited to the following actions:

- *Barton et al. v. Air New Zealand et al.* (Case No. 07-07392-PSG)
- *Ajaye et al. v. Air New Zealand et al.* (Case No. 07-05911-CRB)
- *Schelly et al. v. Air New Zealand et al.* (Case No. 07-06071-MMC)
- *Foy v. Air New Zealand et al* (Case No. 07-06219-CRB)
- *Casteel et al. v. Air New Zealand et al.* (Case No. 07-06343-CRB)
- *Clark et al. v. Air New Zealand et al.* (Case No. 07-06357-MMC)
- *Adlin v. Air New Zealand et al.* (Case No. 07-06410-EDL)
- *Gaffigan v. Air New Zealand et al.* (Case No. 08-00243-PSG)
- *Feigenbaum v. Air New Zealand et al.* (Case No. 08-00308-BZ)
- *Abrams v. Air New Zealand et al.* (Case No. 08-00339-CRB)
- *LaBarge v. Air New Zealand et al.* (Case No. 08-00487-SC)
- *Frederick v. Air New Zealand et al.* (Case No. 08-00615-MEJ)
- *Randall v. Air New Zealand et al.* (Case No. 08-00909-CRB)

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**
**Case No. 07-cv-05634-CRB; MDL No. 1913**

1    •    *David F. Murphy et al. v. Air New Zealand et al.* (Case No. 08-01214-
2         PJW)
3    •    *Barrett v. Qantas Airays Limited et al.* (Case No. 08-01140-EMC)
4    •    *Duke v. Air New Zealand et al.* (Case No. 08-01142-CRB)
5    •    *Moy et al. v. Air New Zealand et al.* (Case No. 08-01383-CRB)
6    •    *Hirai v. Air New Zealand et al.* (Case No. 08-01453-CRB)
7    •    *Browning v. Air New Zealand et al.* (Case No. 08-01458-MEJ)
8    •    *Hut v. Air New Zealand et al.* (Case No. 08-01462-MEJ)
9    •    *Leung v.  EVA Airways Corp. et al.* (Case No. 08-01616-CRB)

10   IT IS SO STIPULATED.

11

Dated: April 9, 2008          By:    */s/ Steven N. Williams*
12                                     Joseph W. Cotchett
                                       Steven N. Williams
13                                     Neil J. Swartzberg
                                       Stuart G. Gross
14                                     Aron K. Liang
                                       COTCHETT, PITRE & McCARTHY
15                                     San Francisco Airport Office Center
                                       840 Malcolm Road, Suite 200
16                                     Burlingame, CA 94010
                                       Tel: (650) 697-6000
17                                     Fax: (650) 697-6000

18                                     *Interim Class Counsel and Counsel for Plaintiffs*

19

20
Dated: April 9, 2008          By:    */s/ Michael P. Lehmann*
21                                     Michael P. Lehmann
                                       Christopher L. Lebsock
22                                     Jon T. King
                                       COHEN, MILSTEIN, HAUSFELD & TOLL,
23                                     P.L.L.C.
                                       One Embarcadero Center
24                                     Suite 2440
                                       San Francisco, CA 94111
25                                     Telephone: (415) 229-2080
                                       Facsimile:   (415) 986-3643
26
                                       *Interim Class Counsel and Counsel for Plaintiffs*
27

28

LAW OFFICES
COTCHETT,
PITRE &
McCARTHY

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT**
**Case No. 07-cv-05634-CRB; MDL No. 1913**

Dated: April 9, 2008          By:     /s/ *Rod D. Margo*
                                       Rod D. Margo
                                       Scott D. Cunningham
                                       CONDON & FORSYTH LLP
                                       1901 Avenue of the Stars, Suite 850
                                       Los Angeles, CA 90067
                                       Tel: (310) 557-2030
                                       Fax: (310) 557-1299

                                       *Attorneys for Defendant Air New Zealand, Ltd.*

Dated: April 9, 2008          By:     /s/ *Adam Brezine*
                                       Adam Brezine
                                       Jesse Markham
                                       HOLME ROBERTS & OWEN LLP
                                       560 Mission St, 25th Floor
                                       San Francisco, CA 94105
                                       Tel: (415) 268-2000
                                       Fax: (415) 268-1999

                                       Yang Chen
                                       CONSTANTINE CANNON LLP
                                       450 Lexington Avenue
                                       New York, NY 10017
                                       Tel: (212) 350-2700
                                       Fax: (212) 350-2701

                                       *Attorneys for Defendant All Nipon Airways Co, Ltd.*

Dated: April 9, 2008          By:     /s/ *Danielle S. Fitzpatrick*
                                       Danielle S. Fitzpatrick
                                       DLA PIPER US LLP
                                       701 Fifth Avenue, Suite 7000
                                       Seattle, WA 98104-7044
                                       Tel: (206) 839-4800
                                       Fax: (206) 839-4801

                                       *Attorneys for Defendant Cathay Pacific Airways, Ltd.*

Dated: April 9, 2008          By:     /s/ *James V. Dick*
                                       James V. Dick
                                       SQUIRE, SANDERS & DEMPSEY LLP
                                       1201 Pennsylvania Avenue, N.W., Suite 500

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**
**Case No. 07-cv-05634-CRB; MDL No. 1913**

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

5

1    Washington, D.C. 20004
     Tel: (202) 626-6600
2    Fax: (202) 626-6780

3    *Attorneys for Defendant China Airlines, Ltd.*

4

5
     Dated: April 9, 2008            By:    /s/ *Christopher T. Casamassima*
6                                            Christopher T. Casamassima
                                             KIRKLAND & ELLIS LLP
7                                            777 South Figueroa St.
                                             Los Angeles, CA 90017
8                                            Tel: (213) 680-8385
                                             Fax: (213) 680-8500
9
                                             *Attorneys for Defendant EVA Airways*
10

11

12   Dated: April 10, 2008           By:    /s/ *Willaim Karas*
                                             William Karas
13                                           STEPTOE & JOHNSON LLP
                                             1330 Connecticut Ave., N.W.
14                                           Washington, D.C. 20036
                                             Tel: (202) 429-3000
15                                           Fax: (202) 429-3902
16                                           *Attorneys for Defendant Japan Airlines*
                                             *International Co., Ltd.*
17

18

19   Dated: April 10, 2008           By:    /s/ *David A. Senior*
                                             David A. Senior
20                                           Benjamin D. Weston
                                             MCBREEN & SENIOR
21                                           2029 Century Park East, Third Floor
                                             Los Angeles, CA 90067
22                                           Tel: (310) 552-5300
                                             Fax: (310) 552-1205
23
                                             *Attorneys for Defendant Malaysia Airlines*
24

25

26   Dated: April 10, 2008           By:    /s/ *W. Todd Miller*
                                             W. Todd Miller
27                                           Kimberly N. Shaw

28   **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR**
     **DEFENDANTS TO RESPOND TO COMPLAINT**
     **Case No. 07-cv-05634-CRB; MDL No. 1913**


LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

1

BAKER & MILLER PLLC
2401 Pennsylvania Avenue NW, Suite 300
Washington, D.C. 20037
Tel: (202) 663-7820
Fax: (202) 663-7849

2

3

4

*Attorneys for Defendant Qantas Airways Limited*

5

6

Dated: April 10, 2008        By:        /s/ *Michael A. Duncheon*

7

Michael A. Duncheon
Lisa M. Pooley

8

HANSON BRIDGETT MARCUS VLAHOS &
RUDY LLP

9

425 Market Street, 26th Floor
San Francisco, CA 94105

10

Tel: (415) 995-5015
Fax: (415) 541-9366

11

12

*Attorneys for Defendant Qantas Airways Limited*

13

14

Dated: April 9, 2008        By:        /s/ *Charles R. Price*

15

Charles R. Price
LATHAM & WATKINS LLP

16

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004

17

Tel: (202) 637-2200
Fax: (202) 637-2201

18

*Attorneys for Defendant Singapore Airlines*

19

20

21

Dated: April 9, 2008        By:        /s/ *Rowan D. Wilson*

22

Rowan D. Wilson
CRAVATH, SWAINE & MOORE LLP

23

825 Eighth Avenue
New York, NY 10019

24

Tel: (212) 474-1384
Fax: (212) 474-3700

25

*Attorneys for Defendant Thai Airways International*
*Public Co. Ltd.*

26

27

28

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT
Case No. 07-cv-05634-CRB; MDL No. 1913**

1

2    Dated: April 10, 2008          By:    /s/ *Richard J. Favretto*
                                          Richard J. Favretto
3                                          MAYER BROWN LLP
                                          1909 K. Street N.W.
4                                          Washington, DC 20006
                                          Tel: 202-263-3250
5                                          Fax: 202-263-3300

6                                          *Attorneys for Defendant United Airlines*

7

8    IT IS SO ORDERED.

9    Dated:                          By:    _____
                                          Charles R. Breyer
10                                         Judge of the United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**
**Case No. 07-cv-05634-CRB; MDL No. 1913**

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

8