1  William R. Sherman
   LATHAM & WATKINS LLP
2  555 11th Street, NW, Suite 1000
   Washington, DC 20004
3  Telephone: (202) 637-2200
4  Facsimile: (202) 637-2201

5  Attorneys for Defendant
   SINGAPORE AIRLINES LIMITED
6

FILED
08 APR -7 PM 5: 19
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT [illegible]

7                    UNITED STATES DISTRICT COURT
8
                     NORTHERN DISTRICT OF CALIFORNIA
9

10

11 | IN RE TRANSPACIFIC PASSENGER AIR | CASE NO. 07-cv-05634-CRB
   | TRANSPORTATION ANTITRUST       |
12 | LITIGATION                      | MDL No. 1913

13 | This Document Relates to:       | **APPLICATION FOR ADMISSION OF WILLIAM R. SHERMAN *PRO HAC VICE***
14 | ALL ACTIONS                     |

15

16

17

18        Pursuant to Civil L.R. 11-3, William R. Sherman, an active member in good standing of
19 the bar of District of Columbia, hereby applies for admission to practice in the Northern District
20 of California on a *pro hac vice* basis representing Singapore Airlines Limited in the above-
   entitled action.
21
          In support of this application, I certify on oath that:
22
          1.    I am an active member in good standing of a United States Court of the highest
23
   court of another State or District of Columbia, as indicated above;
24
          2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local
25
   Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar
26
   with the Local Rules and Alternative Dispute Resolution programs of this Court; and,
27
          I declare under penalty of perjury that the foregoing is true and correct.
28

1 | Dated: April 1, 2008

Respectfully submitted,

By: _____
WILLIAM R. SHERMAN
Applicant for Admission *Pro Hac Vice*