1  William R. Sherman
   LATHAM & WATKINS LLP
2  555 11th Street, NW, Suite 1000
   Washington, DC 20004
3  Telephone: (202) 637-2200
4  Facsimile: (202) 637-2201

5  Attorneys for Defendant
   SINGAPORE AIRLINES LIMITED
6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA
9

10

11 | IN RE TRANSPACIFIC PASSENGER AIR          | CASE NO. 07-cv-05634-CRB
   | TRANSPORTATION ANTITRUST
12 | LITIGATION                                 | MDL No. 1913

13 | This Document Relates to:                  | **[PROPOSED] ORDER GRANTING**
   |                                            | **APPLICATION FOR ADMISSION OF**
14 | ALL ACTIONS                                | **WILLIAM R. SHERMAN *PRO HAC***
                                                | ***VICE***
15

16

17     William R. Sherman, an active member in good standing of the bar of the District of

18 Columbia, whose business address and telephone number is

19                          LATHAM & WATKINS LLP
20                          555 11th Street, NW, Suite 1000
                            Washington, DC 20004
21                          (202) 637-2200

22 having applied in the above-entitled action for admission to practice in the Northern District of

23 California on a *pro hac vice* basis, representing Singapore Airlines Limited.
24
       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
25
26 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

27 *vice*. Service of papers upon and communication with co-counsel designated in the application

28

                                           3

1   will constitute notice to the party. All future filings in this action are subject to the requirements

2   contained in General Order No. 45, *Electronic Case Filing*.

3

4   Dated: April ___, 2008                             Respectfully submitted,

5

6                                      By: _____
                                             JUDGE CHARLES R. BREYER

7                                            United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28