1  Charles R. Price
   LATHAM & WATKINS LLP
2  555 11th Street, NW, Suite 1000
   Washington, DC 20004
3  Telephone: (202) 637-2200
4  Facsimile: (202) 637-2201

5  Attorneys for Defendant
   SINGAPORE AIRLINES LIMITED
6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA
9

10 | IN RE TRANSPACIFIC PASSENGER AIR         | CASE NO. 07-cv-05634-CRB |
   | TRANSPORTATION ANTITRUST                 |                          |
11 | LITIGATION                               | MDL No. 1913             |
12 |                                          |                          |
   | This Document Relates to:                | **APPLICATION FOR ADMISSION OF** |
13 |                                          | **CHARLES R. PRICE *PRO HAC VICE*** |
   | ALL ACTIONS                              |                          |
14

15

16

17         Pursuant to Civil L.R. 11-3, Charles R. Price, an active member in good standing of the

18 bar of the U.S. District Court for the Eastern District of Virginia, hereby applies for admission to

19 practice in the Northern District of California on a *pro hac vice* basis representing Singapore

20 Airlines Limited in the above-entitled action.

21         In support of this application, I certify on oath that:

22         1.      I am an active member in good standing of a United States Court of the highest

23 court of another State or District of Columbia, as indicated above;

24         2.      I agree to abide by the Standards of Professional Conduct set forth in Civil Local

25 Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar

26 with the Local Rules and Alternative Dispute Resolution programs of this Court; and,

27         I declare under penalty of perjury that the foregoing is true and correct.

28

1 | Dated: April 4, 2008

Respectfully submitted,

By: _____
CHARLES R. PRICE
Applicant for Admission *Pro Hac Vice*

2