1   Charles R. Price
    LATHAM & WATKINS LLP
2   555 11th Street, NW, Suite 1000
    Washington, DC 20004
3   Telephone: (202) 637-2200
    Facsimile: (202) 637-2201
4

5   Attorneys for Defendant
    SINGAPORE AIRLINES LIMITED
6

7               UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9

10

11  IN RE TRANSPACIFIC PASSENGER AIR          CASE NO. 07-cv-05634-CRB
    TRANSPORTATION ANTITRUST
12  LITIGATION                                MDL No. 1913

13  This Document Relates to:                 **[PROPOSED] ORDER GRANTING
                                              APPLICATION FOR ADMISSION OF
14  ALL ACTIONS                               CHARLES R. PRICE *PRO HAC VICE***

15

16
        Charles R. Price, an active member in good standing of the bar of the District of
17
    Columbia, whose business address and telephone number is
18

19                          LATHAM & WATKINS LLP
                          555 11th Street, NW, Suite 1000
20                          Washington, DC 20004
                                (202) 637-2200
21

22  having applied in the above-entitled action for admission to practice in the Northern District of

23  California on a *pro hac vice* basis, representing Singapore Airlines Limited.

24      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

25  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

26  *vice.* Service of papers upon and communication with co-counsel designated in the application

27  will constitute notice to the party. All future filings in this action are subject to the requirements

28  contained in General Order No. 45, *Electronic Case Filing.*

                                        1

1

Dated: April __, 2008                    Respectfully submitted,

2

3

By: _____
4              JUDGE CHARLES R. BREYER
               United States District Court Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28