1   William R. Sherman
    LATHAM & WATKINS LLP
2   555 11th Street, NW, Suite 1000
    Washington, DC 20004
3   Telephone: (202) 637-2200
4   Facsimile: (202) 637-2201

5   Attorneys for Defendant
    SINGAPORE AIRLINES LIMITED
6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA
9

10

11  IN RE TRANSPACIFIC PASSENGER AIR          CASE NO. 07-cv-05634-CRB
    TRANSPORTATION ANTITRUST
12  LITIGATION                                MDL No. 1913

13  This Document Relates to:                 ~~[PROPOSED]~~ ORDER GRANTING
                                              APPLICATION FOR ADMISSION OF
14  ALL ACTIONS                               WILLIAM R. SHERMAN *PRO HAC*
                                              *VICE*
15

16

17       William R. Sherman, an active member in good standing of the bar of the District of

18  Columbia, whose business address and telephone number is

19                          LATHAM & WATKINS LLP
20                         555 11th Street, NW, Suite 1000
                                Washington, DC 20004
21                                (202) 637-2200

22  having applied in the above-entitled action for admission to practice in the Northern District of

23  California on a *pro hac vice* basis, representing Singapore Airlines Limited.
24
         IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
25
26  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

27  *vice*. Service of papers upon and communication with co-counsel designated in the application

28

                                             3

1    will constitute notice to the party.  All future filings in this action are subject to the requirements

2    contained in General Order No. 45, *Electronic Case Filing*.

3

4    Dated: April 14, 2008                    Respectfully submitted,

5

6                                             By: _____

7                                                 JUDGE CHARLES R. BREYER
                                                  United States District Judge
8

9    

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4