1  Charles R. Price
   LATHAM & WATKINS LLP
2  555 11th Street, NW, Suite 1000
   Washington, DC 20004
3  Telephone: (202) 637-2200
4  Facsimile: (202) 637-2201

5  Attorneys for Defendant
   SINGAPORE AIRLINES LIMITED
6

7                  UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

11 | IN RE TRANSPACIFIC PASSENGER AIR      | CASE NO. 07-cv-05634-CRB
   | TRANSPORTATION ANTITRUST              |
12 | LITIGATION                            | MDL No. 1913
   |                                       |
13 | This Document Relates to:             | [PROPOSED] ORDER GRANTING
   |                                       | APPLICATION FOR ADMISSION OF
14 | ALL ACTIONS                           | CHARLES R. PRICE *PRO HAC VICE*
15

16
         Charles R. Price, an active member in good standing of the bar of the District of
17
   Columbia, whose business address and telephone number is
18
                          LATHAM & WATKINS LLP
19                        555 11th Street, NW, Suite 1000
20                           Washington, DC 20004
                                (202) 637-2200
21
   having applied in the above-entitled action for admission to practice in the Northern District of
22
   California on a *pro hac vice* basis, representing Singapore Airlines Limited.
23
         IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
24
25 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

26 *vice*. Service of papers upon and communication with co-counsel designated in the application

27 will constitute notice to the party. All future filings in this action are subject to the requirements
28
   contained in General Order No. 45, *Electronic Case Filing*.

                                            1

1
2  Dated: April 14, 2008                    Respectfully submitted,
3
4                                           By: _____
                                                JUDGE CHARLES R. BREYER
5                                               United States

*IT IS SO ORDERED*
*Judge Charles R. Breyer*