Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
Steven N. Williams (175489; swilliams@cpmlegal.com)
Neil J. Swartzberg (215133; nswartzberg@cpmlegal.com)
Stuart G. Gross (251019; sgross@cpmlegal.com)
Aron K. Liang (228936; aliang@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

Michael P. Lehmann (77152; mlehmann@cmht.com)
Christopher L. Lebsock (184546; clebsock@cmht.com)
Jon T. King (205073; jking@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone:  (415) 229-2080
Facsimile:  (415) 986-3643

*Interim Class Counsel and Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | Case No. 07-cv-05634-CRB<br><br>MDL No. 1913 |
| **This Document Relates to:**<br><br>**ALL ACTIONS** | **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**
Case No. 07-cv-05634-CRB; MDL No. 1913

1   WHEREAS plaintiffs in these actions allege antitrust violations by defendant airlines in
2   the sale of passenger air transportation services containing transpacific flight segments;

3   WHEREAS multiple complaints have been filed to date in federal district courts
4   throughout the State of California by plaintiffs alleging class actions on behalf of purchasers of
5   passenger air transportation services containing transpacific flight segments (collectively "the
6   Transpacific Air Passenger cases");

7   WHEREAS on February 19, 2008 the Judicial Panel on Multidistrict Litigation
8   ("JPML") transferred this litigation to this Court for coordinated and consolidated pretrial
9   proceedings;

10  WHEREAS, pursuant to a stipulation and order previously executed by the parties and
11  entered by the Court, certain of the defendants' time to answer, move, or otherwise plead was
12  extended to the date when those defendants would otherwise be required to file a response
13  pursuant to Federal Rule of Civil Procedure 12, or to 45 days after the JPML's decision on the
14  pending motions for transfer;

15  WHEREAS on March 17, 2008, this Court entered Pretrial Order #1 consolidating all
16  civil actions transferred to this Court or related actions already pending before this Court for
17  pre-trial purposes;

18  WHEREAS, on March 28, 2008, this Court entered an order appointing the firms of
19  Cotchett, Pitre & McCarthy and Cohen Milstein Hausfeld & Toll LLC as interim lead counsel
20  pursuant to Fed. R. Civ. Proc. 23(g);

21  WHEREAS, all parties desire to establish a date for all defendants to answer or
22  otherwise respond to plaintiffs' claims.

23  PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFFS AND DEFENDANTS, BY AND
24  THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS
25  FOLLOWS:

26  1.      The deadline for Defendants to answer, move or otherwise respond to the
27  complaints in this action shall be extended until 45 days after the filing and service, in

28  **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**
    **Case No. 07-cv-05634-CRB; MDL No. 1913**

2

accordance with Pretrial Order #1 and Northern District of California General Order 45, of a Consolidated Complaint, or 45 days after lead counsel provides notice that a Consolidated Complaint will not be filed and designates a pending complaint as the operative complaint. This stipulation does not constitute a waiver of any defense including, but not limited to, the defenses of lack of personal jurisdiction or subject matter jurisdiction, improper venue, sufficiency of process or service of process. Nothing in this stipulation shall have any effect upon any prior agreement between parties concerning the service of process.

2. The terms of this stipulation and order shall apply to all actions transferred to this Court as of the date of the stipulation and order, as well as any other actions pending in the United States District Court for the Northern District of California based upon the same allegations as set forth in *Wortman et al. v. Air New Zealand et al.*, case no. 07-cv-05634 (CRB) which have not been formally related to *Wortman* and any other related tag-along actions which have not yet been transferred to MDL no. 1913, including but not limited to the following actions:

- *Barton et al. v. Air New Zealand et al.* (Case No. 07-07392-PSG)
- *Ajaye et al. v. Air New Zealand et al.* (Case No. 07-05911-CRB)
- *Schelly et al. v. Air New Zealand et al.* (Case No. 07-06071-MMC)
- *Foy v. Air New Zealand et al* (Case No. 07-06219-CRB)
- *Casteel et al. v. Air New Zealand et al.* (Case No. 07-06343-CRB)
- *Clark et al. v. Air New Zealand et al.* (Case No. 07-06357-MMC)
- *Adlin v. Air New Zealand et al.* (Case No. 07-06410-EDL)
- *Gaffigan v. Air New Zealand et al.* (Case No. 08-00243-PSG)
- *Feigenbaum v. Air New Zealand et al.* (Case No. 08-00308-BZ)
- *Abrams v. Air New Zealand et al.* (Case No. 08-00339-CRB)
- *LaBarge v. Air New Zealand et al.* (Case No. 08-00487-SC)
- *Frederick v. Air New Zealand et al.* (Case No. 08-00615-MEJ)
- *Randall v. Air New Zealand et al.* (Case No. 08-00909-CRB)

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**
**Case No. 07-cv-05634-CRB; MDL No. 1913**

3

1  • *David F. Murphy et al. v. Air New Zealand et al.* (Case No. 08-01214-PJW)

2  • *Barrett v. Qantas Airays Limited et al.* (Case No. 08-01140-EMC)

3  • *Duke v. Air New Zealand et al.* (Case No. 08-01142-CRB)

4  • *Moy et al. v. Air New Zealand et al.* (Case No. 08-01383-CRB)

5  • *Hirai v. Air New Zealand et al.* (Case No. 08-01453-CRB)

6  • *Browning v. Air New Zealand et al.* (Case No. 08-01458-MEJ)

7  • *Hut v. Air New Zealand et al.* (Case No. 08-01462-MEJ)

8  • *Leung v. EVA Airways Corp. et al.* (Case No. 08-01616-CRB)

IT IS SO STIPULATED.

Dated: April 9, 2008        By:    */s/ Steven N. Williams*
                                   Joseph W. Cotchett
                                   Steven N. Williams
                                   Neil J. Swartzberg
                                   Stuart G. Gross
                                   Aron K. Liang
                                   COTCHETT, PITRE & McCARTHY
                                   San Francisco Airport Office Center
                                   840 Malcolm Road, Suite 200
                                   Burlingame, CA 94010
                                   Tel: (650) 697-6000
                                   Fax: (650) 697-6000

                                   *Interim Class Counsel and Counsel for Plaintiffs*

Dated: April 9, 2008        By:    */s/ Michael P. Lehmann*
                                   Michael P. Lehmann
                                   Christopher L. Lebsock
                                   Jon T. King
                                   COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
                                   One Embarcadero Center
                                   Suite 2440
                                   San Francisco, CA 94111
                                   Telephone: (415) 229-2080
                                   Facsimile: (415) 986-3643

                                   *Interim Class Counsel and Counsel for Plaintiffs*

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**
**Case No. 07-cv-05634-CRB; MDL No. 1913**

4

| | | | |
|---|---|---|---|
| Dated: April 9, 2008 | | By: | /s/ *Rod D. Margo* |
| | | | Rod D. Margo |
| | | | Scott D. Cunningham |
| | | | CONDON & FORSYTH LLP |
| | | | 1901 Avenue of the Stars, Suite 850 |
| | | | Los Angeles, CA 90067 |
| | | | Tel: (310) 557-2030 |
| | | | Fax: (310) 557-1299 |
| | | | |
| | | | *Attorneys for Defendant Air New Zealand, Ltd.* |
| | | | |
| Dated: April 9, 2008 | | By: | /s/ *Adam Brezine* |
| | | | Adam Brezine |
| | | | Jesse Markham |
| | | | HOLME ROBERTS & OWEN LLP |
| | | | 560 Mission St, 25th Floor |
| | | | San Francisco, CA 94105 |
| | | | Tel: (415) 268-2000 |
| | | | Fax: (415) 268-1999 |
| | | | |
| | | | Yang Chen |
| | | | CONSTANTINE CANNON LLP |
| | | | 450 Lexington Avenue |
| | | | New York, NY 10017 |
| | | | Tel: (212) 350-2700 |
| | | | Fax: (212) 350-2701 |
| | | | |
| | | | *Attorneys for Defendant All Nipon Airways Co, Ltd.* |
| | | | |
| Dated: April 9, 2008 | | By: | /s/ *Danielle S. Fitzpatrick* |
| | | | Danielle S. Fitzpatrick |
| | | | DLA PIPER US LLP |
| | | | 701 Fifth Avenue, Suite 7000 |
| | | | Seattle, WA 98104-7044 |
| | | | Tel: (206) 839-4800 |
| | | | Fax: (206) 839-4801 |
| | | | |
| | | | *Attorneys for Defendant Cathay Pacific Airways, Ltd.* |
| | | | |
| Dated: April 9, 2008 | | By: | /s/ *James V. Dick* |
| | | | James V. Dick |
| | | | SQUIRE, SANDERS & DEMPSEY LLP |
| | | | 1201 Pennsylvania Avenue, N.W., Suite 500 |

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**
**Case No. 07-cv-05634-CRB; MDL No. 1913**

Case 3:07-cv-05634-CRB    Document 156    Filed 04/15/2008    Page 6 of 8


```
                                            Washington, D.C. 20004
                                            Tel: (202) 626-6600
                                            Fax: (202) 626-6780

                                            Attorneys for Defendant China Airlines, Ltd.
```

Dated: April 9, 2008        By:    /s/ *Christopher T. Casamassima*
                                    Christopher T. Casamassima
                                    KIRKLAND & ELLIS LLP
                                    777 South Figueroa St.
                                    Los Angeles, CA 90017
                                    Tel: (213) 680-8385
                                    Fax: (213) 680-8500

                                    *Attorneys for Defendant EVA Airways*

Dated: April 10, 2008       By:    /s/ *Willaim Karas*
                                    William Karas
                                    STEPTOE & JOHNSON LLP
                                    1330 Connecticut Ave., N.W.
                                    Washington, D.C. 20036
                                    Tel: (202) 429-3000
                                    Fax: (202) 429-3902

                                    *Attorneys for Defendant Japan Airlines International Co., Ltd.*

Dated: April 10, 2008       By:    /s/ *David A. Senior*
                                    David A. Senior
                                    Benjamin D. Weston
                                    MCBREEN & SENIOR
                                    2029 Century Park East, Third Floor
                                    Los Angeles, CA 90067
                                    Tel: (310) 552-5300
                                    Fax: (310) 552-1205

                                    *Attorneys for Defendant Malaysia Airlines*

Dated: April 10, 2008       By:    /s/ *W. Todd Miller*
                                    W. Todd Miller
                                    Kimberly N. Shaw



**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**
**Case No. 07-cv-05634-CRB; MDL No. 1913**

```
                                        BAKER & MILLER PLLC
                                        2401 Pennsylvania Avenue NW, Suite 300
                                        Washington, D.C. 20037
                                        Tel: (202) 663-7820
                                        Fax: (202) 663-7849
```

*Attorneys for Defendant Qantas Airways Limited*

Dated: April 10, 2008          By:     /s/ *Michael A. Duncheon*
                                        Michael A. Duncheon
                                        Lisa M. Pooley
                                        HANSON BRIDGETT MARCUS VLAHOS & RUDY LLP
                                        425 Market Street, 26th Floor
                                        San Francisco, CA 94105
                                        Tel: (415) 995-5015
                                        Fax: (415) 541-9366

*Attorneys for Defendant Qantas Airways Limited*

Dated: April 9, 2008           By:     /s/ *Charles R. Price*
                                        Charles R. Price
                                        LATHAM & WATKINS LLP
                                        555 Eleventh Street, N.W., Suite 1000
                                        Washington, D.C. 20004
                                        Tel: (202) 637-2200
                                        Fax: (202) 637-2201

*Attorneys for Defendant Singapore Airlines*

Dated: April 9, 2008           By:     /s/ *Rowan D. Wilson*
                                        Rowan D. Wilson
                                        CRAVATH, SWAINE & MOORE LLP
                                        825 Eighth Avenue
                                        New York, NY 10019
                                        Tel: (212) 474-1384
                                        Fax: (212) 474-3700

*Attorneys for Defendant Thai Airways International Public Co. Ltd.*

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**
**Case No. 07-cv-05634-CRB; MDL No. 1913**

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

Dated: April 10, 2008    By: /s/ *Richard J. Favretto*
Richard J. Favretto
MAYER BROWN LLP
1909 K. Street N.W.
Washington, DC 20006
Tel: 202-263-3250
Fax: 202-263-3300

*Attorneys for Defendant United Airlines*

IT IS SO ORDERED.

Dated:   April 11, 2008    By: _____
Charles R. Breyer
Judge of the United States District Court

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**
**Case No. 07-cv-05634-CRB; MDL No. 1913**

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY