Kenneth P. Ewing (DC Bar No. 439685)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington DC 20036
Telephone: 202.429.6264
Facsimile: 202.429.3902
E-mail: kewing@steptoe.com

Attorneys for Defendant
Japan Airlines International Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | CASE NO. C 07-5634 CRB<br><br>MDL NO. 1913<br><br>DEFENDANT JAPAN AIRLINES INTERNATIONAL CO. LTD.'S NOTICE OF APPEARANCE OF KENNETH P. EWING |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE THAT Kenneth P. Ewing of Steptoe & Johnson LLP, 1330 Connecticut Ave., NW, Washington D.C. 20036, hereby enters an appearance on behalf of Japan Airlines International Co., Ltd. in the above-captioned matter.

    Respectfully Submitted,

Dated: April 16, 2008      /s/ Kenneth P. Ewing

    STEPTOE & JOHNSON LLP
    1330 Connecticut Avenue, NW
    Washington DC 20036
    Telephone: 202.429.6264



| | |
|---|---|
| 1 | Facsimile: 202.429.3902 |
| 2 | E-mail: kewing@steptoe.com |
| 3 | *Attorneys for Defendant* |
| 4 | *Japan Airlines International Co., Ltd.* |