| | |
|---|---|
| 1 | James H. Mutchnik, P.C. |
| 2 | Email: jmutchnik@kirkland.com |
|   | Andrew P. Young |
| 3 | Email: apyoung@kirkland.com |
|   | **KIRKLAND & ELLIS LLP** |
| 4 | 200 East Randolph Drive |
|   | Chicago, Illinois 60601 |
| 5 | Telephone: (312) 861-2000 |
| 6 | Facsimile (312) 861-2200 |
| 7 | Christopher T. Casamassima (CA Bar No. 211280) |
|   | Email: ccasamassima@kirkland.com |
| 8 | Pantea M. Yashar (CA Bar No. 234067) |
|   | Email: pyashar@kirkland.com |
| 9 | **KIRKLAND & ELLIS LLP** |
| 10 | 777 South Figueroa Street |
|    | Los Angeles, California 90017 |
| 11 | Telephone: (213) 680-8400 |
|    | Facsimile: (213) 680-8500 |
| 12 | |
| 13 | Attorneys for Defendant EVA Airways Corporation |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Case No.: 07-5634 CRB<br><br>MDL No. 1913 |
| This Document Relates to:<br>ALL ACTIONS | **DEFENDANT EVA AIRWAYS CORPORATION'S NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the following attorneys enter appearances on behalf of EVA Airways Corporation in the above captioned matter, pursuant to this Court's March 17, 2008 Pretrial Order (Docket No. 98) relating to entries of appearance:

1   James H. Mutchnik, P.C., Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago,
2   IL 60601, a member in good standing of the United States District Court for the Northern District of
3   Illinois;
4   Andrew P. Young, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL
5   60601, a member in good standing of the United States District Court for the Northern District of
6   Illinois;
7   Christopher T. Casamassima, Kirkland & Ellis LLP, 777 South Figueroa Street, Los
8   Angeles, CA, 90017, a member in good standing of the United States District Courts for the
9   Northern, Central, Eastern, and Southern Districts of California; and
10  Pantea M. Yashar, Kirkland & Ellis LLP, 777 South Figueroa Street, Los Angeles,
11  CA, 90017, a member in good standing of the United States District Court for the Central District of
12  California.
13  All pleadings, notices, and other filings should be directed to the foregoing as
14  follows:

James H. Mutchnik, P.C.
Email: jmutchnik@kirkland.com
Andrew P. Young
Email: apyoung@kirkland.com
**KIRKLAND & ELLIS LLP**
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile (312) 861-2200

Christopher T. Casamassima
Email: ccasamassima@kirkland.com
Pantea M. Yashar
Email: pyashar@kirkland.com
**KIRKLAND & ELLIS LLP**
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

**Defendant EVA Airways Corporation Notice of Appearance, Case No. 07-5634 CRB**

1 | Respectfully Submitted,

Dated: April 16, 2008                KIRKLAND & ELLIS LLP

By:      /s/ Christopher T. Casamassima

KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Email: ccasamassima@kirkland.com

*Attorneys for Defendant EVA Airways Corporation*