JEFF S. WESTERMAN (SBN 94559)
MILBERG LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071-3149
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
Email: jwesterman@milberg.com

MILBERG LLP
PETER SAFIRSTEIN
ANDREW MORGANTI
One Pennsylvania Plaza
New York, NY 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
Email: psafirstein@milberg.com
    amorganti@milberg.com

Counsel for the Plaintiffs Lori Barrett
and Jason Gregory Turner

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Master File No. C 07-05634-CRB <br><br> MDL No. 1913 <br><br> NOTICE OF CHANGE OF LAW FIRM NAME |
| This Document Relates to: <br><br> ALL ACTIONS | JUDGE:   Hon. Charles R. Breyer |

NOTICE OF CHANGE OF LAW FIRM NAME
CASE NO. CV 07-5634 CRB
DOCS\431480v1

1 | TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

2 |     PLEASE TAKE NOTICE THAT the law firm Milberg Weiss LLP has changed its name
3 | to Milberg LLP.  The office address, and telephone and facsimile numbers remain the same;
4 | however, e-mail addresses have changed to reflect the milberg.com domain name.

5 | DATED:  April 23, 2008      MILBERG LLP
    JEFF S. WESTERMAN

    */s/ Jeff S. Westerman*
    JEFF S. WESTERMAN

    One California Plaza
    300 S. Grand Avenue, Suite 3900
    Los Angeles, CA 90071-3149
    Telephone: (213) 617-1200
    Facsimile:  (213) 617-1975
    Email: jwesterman@milberg.com

    MILBERG LLP
    PETER SAFIRSTEIN
    ANDREW MORGANTI
    One Pennsylvania Plaza
    New York, NY  10119-0165
    Telephone: (212) 594-5300
    Facsimile:  (212) 868-1229
    Email: psafirstein@milberg.com
       amorganti@milberg.com

    THE MILLER LAW FIRM, P.C.
    DAVID H. FINK
    Miller Building,
    950 West University Drive, Suite 300
    Rochester, MI 48307
    Telephone: (248) 841-2200
    Facsimile:  (248) 652-2852
    Email: dfink@millerlawpc.com

    Counsel for Plaintiffs Lori Barrett and Jason Gregory Turner

NOTICE OF CHANGE OF LAW FIRM NAME
CASE NO. CV 07-5634 CRB
DOCS\431480v1

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2. That on April 23, 2008, declarant served the NOTICE OF CHANGE OF LAW FIRM NAME by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

4. That on the above date, declarant served via e-mail to: scac@law.stanford.edu.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of April, 2008, at Los Angeles, California.

_____
ANN MARIE GENOVESE

NOTICE OF CHANGE OF LAW FIRM NAME
CASE NO. CV 07-5634 CRB
DOCS\431480v1

# SERVICE LIST

*Wortman et al. v. Air New Zealand et al*
USDC, Northern Dist. No. CV 07-5634 CRB

| | |
|---|---|
| Jeff S. Westerman<br>Sabrina S. Kim<br>MILBERG LLP<br>300 South Grand Ave, Suite 3900<br>Los Angeles, CA 90071<br>Tel: (213) 617-1200<br>Fax: (213) 617-1975<br>Email: jwesterman@milberg.com<br>   skim@milberg.com | *Attorneys for Third Party Plaintiffs* |
| Joseph W. Cotchett<br>Aron K. Liang<br>Nanci Eiko Nishimura<br>Douglas Yongwoon Park<br>Neil Swartzberg<br>Steven Noel Williams<br>COTCHETT PITRE & MCCARTHY<br>840 Malcolm Road, Suite 200<br>Burlingame CA 94010<br>Tel: (650) 697-6000<br>Fax: (650) 697-0577<br>Email: jcotchett@cpmlegal.com<br>   aliang@cpmlegal.com<br>   nnishimura@cpmlaw.com<br>   nswartzberg@cpmlaw.com<br>   swilliams@cpmlegal.com | *Attorneys for Plaintiffs Donald Wortman,*<br>*William Adams and Margaret Garcia* |

Aaron M. Sheanin
GIRARD GIBBS LLP
601 California Street, Suite 400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
Email: ams@girardgibbs.com

Richard Pollard Kinnan
Elizabeth Lane Crooke
Walter J. Lack
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067
Tel: (310) 552-3800
Fax: (310) 552-9434
Email: bcrooke@elllaw.com

NOTICE OF CHANGE OF LAW FIRM NAME
CASE NO. CV 07-5634 CRB
DOCS\431480v1

| | | |
|---|---|---|
| 1 | Derek G. Howard<br>MURRAY & HOWARD, LLP | *Attorney for Plaintiff Brenden G. Maloof* |
| 2 | 436 14th Street, Suite 1413<br>Oakland, CA 94612 | |
| 3 | Tel: (510) 444-2660<br>Email: dhoward@murrayhowardlaw.com | |
| 4 | Reginald Von Terrell | *Attorney for Plaintiff Robert Casteel, III* |
| 5 | THE TERRELL LAW GROUP<br>223 25th Street<br>Richmond, CA 94804 | |
| 6 | Tel: (510) 237-9700<br>Fax: (510) 237-4616 | |
| 7 | Email: reggiet2@aol.com | |
| 8 | Craig C. Corbitt | *Attorney for Plaintiff Micah Abrams* |
| 9 | ZELLE, HOFMANN, VOELBEL, MASON<br>  GETTE LLP | |
| 10 | 44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104 | |
| 11 | Tel: (415) 693-0700<br>Fax: (415) 693-0770 | |
| 12 | Email: ccorbitt@zelle.com | |
| 13 | Michael P. Lehmann<br>Christopher L. Lebsock | *Attorney for Plaintiff Rachel Diller and Trong Nguyen* |
| 14 | Jon T. King<br>COHEN, MILSTEIN, HAUSFELD | |
| 15 |   & TOLL PLLC<br>One Embarcadero Center, Suite 2440 | |
| 16 | San Francisco, CA 94111<br>Tel: (415) 229-2080 | |
| 17 | Fax: (415) 986-3643<br>Email: mlehmann@cmht.com | |
| 18 |         clebsock@cmht.com<br>        jking@cmht.com | |
| 19 | Michael D. Hausfeld | |
| 20 | Charles E. Tompkins<br>Andrea L. Hertzfeld | |
| 21 | COHEN, MILSTEIN, HAUSFELD<br>  & TOLL, PLLC | |
| 22 | 1100 New York Avenue, NW<br>West Tower, Suite 500 | |
| 23 | Washington, DC 20005<br>Tel: (202) 408-4600 | |
| 24 | Fax: (202) 408-4699<br>Email: mhausfeld@cmht.com | |
| 25 |         ctompkins@cmht.com<br>        ahertzfeld@cmht.com | |
| 26 | | |
| 27 | | |
| 28 | NOTICE OF CHANGE OF LAW FIRM NAME<br>CASE NO. CV 07-5634 CRB<br>DOCS\431480v1 | |

| | |
|---|---|
| 1  Adam Paul Brezine<br>   HOLME ROBERTS & OWEN<br>2  560 Mission Street, 25th Floor<br>   San Francisco, CA 94105<br>3  Tel: (415) 268-2000<br>   Fax: (415) 268-1999<br>4  Email: adam.brezine@hro.com | *Attorneys for Defendant All Nippon Airways* |
| 5  Dean Michael Harvey<br>   Kenneth Fisher Rossman<br>6  John F. Cove, Jr.<br>   BOIES, SCHILLER & FLEXNER LLP<br>7  1999 Harrison Street, Suite 900<br>   Oakland, CA 94612<br>8  Tel: (510) 874-1201<br>   Email: krossman@bsfllp.com<br>9       dharvey@bsfllp.com<br>        jcove@bsfllp.com | *Attorneys for Defendant Northwest Airlines* |
| 10  Mario Zunzio Alioto<br>    Lauren Clare Russell<br>11  TRUMP ALIOTO TRUMP<br>        & PRESCOTT LLP<br>12  2280 Union Street<br>    San Francisco, CA 94123<br>13  Tel: (415) 563-7200<br>    Fax: (415) 346-0679<br>14  Email: malioto@tatp.com<br>        laurenrussell@tatp.com | *Attorneys for Interested Party Martin Kaufman* |
| 16  Joseph Marid Patane<br>    LAW OFFICE OF JOSEPH M. PATANE<br>17  2280 Union Street<br>    San Francisco, CA 94123<br>18  Tel: (415) 563-7200<br>    Fax: (415) 346-0679<br>19  Email: jpatane@tatp.com | |

NOTICE OF CHANGE OF LAW FIRM NAME
CASE NO. CV 07-5634 CRB
DOCS\431480v1