1  MAYER BROWN LLP
   Richard J. Favretto, Esq.
2     rfavretto@mayerbrown.com
   Mitchell D. Raup, Esq.
3     mraup@mayerbrown.com
   John Roberti, Esq.
4     jroberti@mayerbrown.com
   1909 K Street, NW
5  Washington, DC 20006
   Telephone: (202) 263-3000
6  Facsimile:  (202) 263-3300

7  MAYER BROWN LLP
   Edward D. Johnson, Esq. (SBN 189475)
8     wjohnson@mayerbrown.com
   J. Joann Liao, Esq. (SBN 227329)
9     jliao@mayerbrown.com
   Two Palo Alto Square, Suite 300
10 3000 El Camino Real
   Palo Alto, CA 94306-2112
11 Telephone: (650) 331-2000
   Facsimile:  (650) 331-2060
12
   Attorneys for Defendant United Air Lines, Inc.
13

14                **UNITED STATES DISTRICT COURT**

15                **NORTHERN DISTRICT OF CALIFORNIA**

16                    **SAN FRANCISCO DIVISION**

| IN RE: TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | MDL Docket No. 1913 |
|---|---|
| | Master File No.: C 07-5634 CRB |
| | **NOTICE OF APPEARANCE** |
| This Document Relates To: ALL CASES | |

NOTICE OF APPEARANCE
MASTER FILE NO. C 07-5634 CRB

44046350.1

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Mitchell D. Raup of the law firm of Mayer Brown LLP

3  hereby appears as counsel of record for Defendant United Air Lines, Inc.

MAYER BROWN LLP


By:   /s/ Mitchell D. Raup

Attorneys for Defendant
UNITED AIR LINES, INC.