| | |
|---|---|
| 1 | Joseph W. Cotchett (36324) |
| | jcotchett@cpmlegal.com |
| 2 | Nancy L. Fineman (124870) |
| | nfineman@cpmlegal.com |
| 3 | Steven N. Williams (175489) |
| | swilliams@cpmlegal.com |
| 4 | Neil Swartzberg (215133) |
| | nswartzberg@cpmlegal.com |
| 5 | Douglas Y. Park (233398) |
| | dpark@cpmlegal.com |
| 6 | **COTCHETT, PITRE & McCARTHY** |
| | San Francisco Airport Office Center |
| 7 | 840 Malcolm Road, Suite 200 |
| | Burlingame, CA  94010 |
| 8 | Telephone:  (650) 697-6000 |
| | Facsimile:   (650) 697-0577 |
| 9 | |
| | Michael P. Lehmann (77152) |
| 10 | mlehmann@cmht.com |
| | Christopher L. Lebsock (184546) |
| 11 | clebsock@cmht.com |
| | Jon T. King (205073) |
| 12 | jking@cmht.com |
| | **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.** |
| 13 | One Embarcadero Center, Suite 2440 |
| | San Francisco, CA 94111 |
| 14 | Telephone:  (415) 229-2080 |
| | Facsimile:   (415) 986-3643 |
| 15 | |
| | *Interim Class Counsel and Counsel for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | Case No. 07-cv-05634-CRB<br><br>MDL No. 1913 |
| **This Document Relates to:** | **NOTICE OF TAG-ALONG ACTION** |
| *David F. Murphy, et al. v. Air New Zealand, et al.*<br><br>*Case No. 08-cv-1214–R-PJW* | |

**NOTICE OF TAG-ALONG ACTION**
**Case No. 07-cv-05634-CRB; MDL No. 1913**

**TO THE COURT AND ALL PARTIES**:

Pursuant to Pretrial Order #1, filed in the Northern District of California on March 17, 2008, Plaintiffs David F. Murphy and David Kuo give notice that *David F. Murphy, et al. v. Air New Zealand, et al.,* Case No. 08-1214, filed in the C.D. California is related to *Wortman et al. v. Air New Zealand*, *et al.*, Case No. 07-05634, filed in the N.D. California, as a tag-along action.

Dated: May 21, 2008              Respectfully Submitted,

By: /s/ *Steven N. Williams*

Joseph W. Cotchett
Nancy L. Fineman
Steven N. Williams
Neil Swartzberg
Douglas Y. Park
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Fax:(650) 697-0577

Michael P. Lehmann
Christopher L. Lebsock
Jon T. King
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
One Embarcadero Center, Suite 2440
San Francisco, CA 94111
Telephone:  (415) 229-2080
Facsimile:   (415) 986-3643

*Interim Class Counsel and Counsel for Plaintiffs*

---

**NOTICE OF TAG-ALONG ACTION**
**Case No. 07-cv-05634-CRB; MDL No. 1913**

2