| | |
|---|---|
| 1 | Joseph W. Cotchett (36324) |
|   | jcotchett@cpmlegal.com |
| 2 | Nancy L. Fineman (124870) |
|   | nfineman@cpmlegal.com |
| 3 | Steven N. Williams (175489) |
|   | swilliams@cpmlegal.com |
| 4 | Neil Swartzberg (215133) |
|   | nswartzberg@cpmlegal.com |
| 5 | Douglas Y. Park (233398) |
|   | dpark@cpmlegal.com |
| 6 | **COTCHETT, PITRE & McCARTHY** |
|   | San Francisco Airport Office Center |
| 7 | 840 Malcolm Road, Suite 200 |
|   | Burlingame, CA  94010 |
| 8 | Telephone:  (650) 697-6000 |
|   | Facsimile:   (650) 697-0577 |
| 9 |  |
|   | Michael P. Lehmann (77152) |
| 10 | mlehmann@cmht.com |
|   | Christopher L. Lebsock (184546) |
| 11 | clebsock@cmht.com |
|   | Jon T. King (205073) |
| 12 | jking@cmht.com |
|   | **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.** |
| 13 | One Embarcadero Center, Suite 2440 |
|   | San Francisco, CA 94111 |
| 14 | Telephone:  (415) 229-2080 |
|   | Facsimile:   (415) 986-3643 |
| 15 |  |
|   | *Interim Class Counsel and Counsel for Plaintiffs* |
| 16 |  |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | Case No. 07-cv-05634-CRB |
| | MDL No. 1913 |
| **This Document Relates to:** | **CERTIFICATE OF SERVICE** |
| *David F. Murphy, et al. v. Air New Zealand, et al.* | |
| *Case No. 08-cv-1214–R-PJW* | |

**CERTIFICATE OF SERVICE**

# CERTIFICATE OF SERVICE

I am employed in San Mateo County, which is where service of the documents referred to below occurred. I am over the age of 18 and not a party to the within action. My business address is Cotchett, Pitre & McCarthy, San Francisco Airport Center, 840 Malcolm Road, Burlingame, California 94010. I am readily familiar with Cotchett, Pitre & McCarthy's practices for the service of documents. On May 21, 2008, I served or caused to be served a true copy of the following documents in the manner listed below:

1. **NOTICE OF TAG-ALONG ACTION; and**
2. **CERTIFICATE OF SERVICE.**

**XXX  BY ECF:** I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in the Docket Numbers 07-cv-05634-CRB. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

**XXX  BY OVERNIGHT COURIER SERVICE:** I caused the sealed envelope containing the aforementioned document(s) to be delivered via overnight courier service to the addressee(s) specified below:

> Honorable Charles R. Breyer
> United States District Court
> Northern District of California
> 450 Golden Gate Avenue
> Courtroom 8, 19th Floor
> San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Burlingame, California, on May 21, 2008.

   */s/ Marisa Compesi*
   **MARISA COMPESI**