HANSON BRIDGETT LLP
MICHAEL A. DUNCHEON - 65682
mduncheon@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:  (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant
QANTAS AIRWAYS LIMITED

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORT ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 07-CV-05634-CRB<br><br>MDL No. 1913<br><br>**NOTICE OF CHANGE OF LAW FIRM NAME** |

PLEASE TAKE NOTICE that the law firm of Hanson, Bridgett, Marcus, Vlahos & Rudy, LLP has changed its name to HANSON BRIDGETT LLP. The office address, telephone, and facsimile numbers remain the same.

DATED: June 18, 2008

HANSON BRIDGETT LLP

By: /s/ Michael A. Duncheon
MICHAEL A. DUNCHEON
Attorneys for Defendant
QANTAS AIRWAYS LIMITED

- 1 -

NOTICE OF CHANGE OF LAW FIRM NAME                                             1532061.1