ALICE G. GLASS, (D.C. Bar No.441222)
alice.glass@earthlink.net
BAKER & MILLER PLLC
2401 Pennsylvania Ave. NW, Suite 300
Washington, DC 20037
Tel: (603) 863-5529
Fax: (603) 863-5531

Attorney for Defendant
QANTAS AIRWAYS LIMITED.

ORIGINAL FILED

JUN 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORT ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | CASE NO. 07-cv-05634 - CRB<br><br>MDL No. 1913<br><br>APPLICATION FOR ADMISSION OF ALICE G. GLASS *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Alice G. Glass, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Qantas Airways Limited in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the highest court of the District of Columbia;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Michael A. Duncheon (State Bar of California No. 65682)
HANSON BRIDGETT LLP
425 Market Street
26th Floor
San Francisco, CA 94105
Tel: (415) 995-5015

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 17, 2008        By: /s/ Alice G. Glass

ALICE G. GLASS

**PROOF OF SERVICE**

**IN RE TRANSPACIFIC PASSENGER AIR TRANSPORT ANTITRUST LITIGATION**
**Case No 07-CV-05634-CRB**

I, Melinda Less, declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the action entitled IN *RE TRANSPACIFIC PASSENGER AIR TRANSPORT ANTITRUST LITIGATION*; United States District Court Action No. 07-CV-05634-CRB; that my business address is 425 Market Street, 26th Floor, San Francisco, California 94105. On June 18, 2008, I served a true and accurate copy of the document(s) entitled:

**APPLICATION FOR ADMISSION OF ALICE G. GLASS *PRO HAC VICE***

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ALICE G. GLASS *PRO HAC VICE***

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

**SEE ATTACHED LIST**

[X] (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett LLP's practices for collecting and processing documents for mailing with United States Postal Service. Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 425 Market Street, 26th Floor, San Francisco, California 94105. The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

[ ] (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited each sealed envelope, with the postage prepaid, to be delivered via _____ to the party(ies) so designated on the service list.

[ ] (By Telecopy Fax pursuant to Code of Civil Procedure section 1013.) I am readily familiar with (firm name)'s practice for processing of documents via Telefax. Following these ordinary business practices, I directed that the above referenced documents(s) be placed in the Telefax machine, with all costs of Telefaxing prepaid, directed to each of the party(ies) listed on the attached service list using the last Telefax numbers(s) given by the party(ies), and processed through the Telefax equipment, until a report is provided by that equipment indicating that the Telefax operation was successful. A copy of the Telefax report indicating successful transmission is attached hereto.

PROOF OF SERVICE                                                              1531958.1

- 2 -

1   I declare that I am employed in the office of a member of the bar of this court at
2   whose direction the service was made. Executed on June 18, 2008, at San Francisco,
3   California.

_____
Melinda Less

PROOF OF SERVICE                                                          1531958.1

**IN RE TRANSPACIFIC PASSENGER AIR TRANSPORT ANTITRUST LITIGATION**
Case No 07-CV-05634-CRB

| | |
|---|---|
| Craig C. Corbitt<br>Zelle, Hofmann, Voelbel, Mason & Gette LLP<br>44 Montgomery Street<br>Suite 3400<br>San Francisco, CA 94104 | Attorneys for Plaintiff Micah Abrams |
| Joseph W. Cotchett<br>Cotchett, Pitre & McCarthy<br>San Francisco Airport Office Center<br>840 Malcolm Road<br>Suite 200<br>Burlingame, CA 94010 | Attorneys for Plaintiff William Adams<br>(Individually and on behalf of all others similarly situated) |
| Elizabeth Lane Crooke<br>Richard Pollard Kinnan<br>Walter J. Lack<br>Engstrom, Lipscomb & Lack<br>10100 Santa Monica Blvd., 16th Floo<br>Los Angeles, CA 90067 | Attorneys for Plaintiff William Adams<br>(Individually and on behalf of all others similarly situated) |
| Aron K. Liang<br>Nanci Eiko Nishimura<br>Douglas Yongwoon Park<br>Neil Swartzberg<br>Steven Noel Williams<br>Cotchett Pitre & McCarthy<br>San Francisco Airport Office Center<br>840 Malcolm Road<br>Suite 200<br>Burlingame, CA 94010 | Attorneys for Plaintiff William Adams<br>(Individually and on behalf of all others similarly situated) |
| Brian S. Kabateck<br>Kabateck Brown Kellner, LLP<br>644 South Figueroa Street<br>Los Angeles, CA 90071 | Attorneys for Plaintiff Meor Adlin |
| Jeff S. Westerman<br>Milberg LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 3900<br>Los Angeles, CA 90071 | Attorneys for Plaintiff Lori Barrett |
| Graham Bruce LippSmith<br>Girardi & Keese<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90017 | Attorneys for Plaintiff Andrew Barton |
| Guido Saveri<br>Saveri & Saveri Inc.<br>111 Pine Street<br>Suite 1700<br>San Francisco, CA 94111 | Attorneys for Plaintiff Michael Benson |

- 3 -

PROOF OF SERVICE

1531958.1

| | | |
|---|---|---|
| 1 | Derek G. Howard<br>Murray & Howard, LLP<br>436 14th Street<br>Suite 1413<br>Oakland, CA 94612 | Attorneys for Plaintiff Brenden G. Maloof |
| 2 | | |
| 3 | | |
| 4 | Susan Gilah Kupfer<br>Glancy Binkow & Goldberg LLP<br>One Embarcadero Center<br>Suite 760<br>San Francisco, CA 94111 | Attorneys for Plaintiff Rufus Browning |
| 5 | | |
| 6 | | |
| 7 | Phillip Alden Baker<br>Baker, Keener & Nahra<br>633 W. 5th Street<br>Suite 5400<br>Los Angeles, CA 90071 | Attorneys for Plaintiff Clyde H. Campbell |
| 8 | | |
| 9 | | |
| 10 | Reginald Von Terrell<br>The Terrell Law Group<br>223 25th Street<br>Richmond, CA 94804 | Attorneys for Plaintiff Robert Casteel, III |
| 11 | | |
| 12 | Brian Joseph Barry, Esq.<br>Law Offices of Brian Barry<br>1801 Avenue of The Stars<br>Suite 307<br>Los Angeles, CA 90067 | Attorneys for Plaintiff Woodrow Clark, II |
| 13 | | |
| 14 | | Attorneys for Plaintiff Rachel Diller |
| 15 | Jon T. King<br>Christopher L. Lebsock<br>Michael Paul Lehmann<br>Cohen, Milstein, Hausfeld & Toll PLLC<br>One Embarcadero Center<br>Suite 2440<br>San Francisco, CA 94111 | |
| 16 | | |
| 17 | | |
| 18 | | Attorneys for Plaintiff Christian Duke |
| 19 | John G. Emerson, Jr.<br>Scott E. Poynter<br>Emerson Poynter LLP<br>500 President Clinton Avenue<br>Suite 305<br>Little Rock, AR 72201 | |
| 20 | | |
| 21 | | Attorneys for Plaintiff Christian Duke |
| 22 | Guido Saveri<br>Richard Alexander Saveri<br>Cadio Zirpoli<br>William John Heye<br>Saveri & Saveri<br>111 Pine St Ste 1700<br>San Francisco, CA 94111 | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | Lawrence D. McCabe<br>Murray Frank & Sailer LLP<br>275 Madison Avenue<br>New York, NY 10016 | Attorneys for Plaintiff Christian Duke |
| 27 | | |
| 28 | | |

- 4 -

PROOF OF SERVICE

1531958.1

| | | |
|---|---|---|
| 1 | | |
| 2 | B. J. Wade<br>Glassman Edwards Wade & Wyatt, P. C. | Attorneys for Plaintiff Christian Duke |
| 3 | 26 N. Second Street<br>Memphis, TN 38103 | |
| 4 | Brian Joseph Barry, Esq.<br>Law Offices of Brian Barry | Attorneys for Plaintiff James Evans |
| 5 | 1801 Avenue of The Stars<br>Suite 307 | |
| 6 | Los Angeles, CA 90067 | |
| 7 | Phillip Alden Baker<br>Baker, Keener & Nahra | Attorneys for Plaintiff Matthew Evans |
| 8 | 633 W. 5th Street<br>Suite 5400 | |
| 9 | Los Angeles, CA 90071 | |
| 10 | Cheryl Hamer Mackell<br>Pomerantz Harudek Block Grossman & Gross LLP | Attorneys for Plaintiff Judah M. Feigenbaum |
| 11 | 840 Malcolm Road<br>Burlingame, CA 94010 | |
| 12 | | |
| 13 | Aaron M. Sheanin<br>Girard Gibbs LLP | Attorneys for Plaintiff Mark Foy |
| 14 | 601 California Street<br>Suite 1400 | |
| 15 | San Francisco, CA 94108 | |
| 16 | Guido Saveri<br>Saveri & Saveri Inc. | Attorneys for Plaintiff Scott Frederick |
| 17 | 111 Pine Street<br>Suite 1700 | |
| 18 | San Francisco, CA 94111 | |
| 19 | Laurence D. King<br>Kaplan Fox & Kilsheimer LLP | Attorneys for Plaintiff Stephen Gaffigan |
| 20 | 350 Sansome Street<br>Suite 400 | |
| 21 | San Francisco, CA 94104 | |
| 22 | Joseph W. Cotchett<br>Aron K. Liang | Attorneys for Plaintiff Margaret Garcia (Individually and on behalf of all others similarly situated) |
| 23 | Nanci Eiko Nishimura<br>Douglas Yongwoon Park | |
| 24 | Neil Swartzberg<br>Steven Noel Williams | |
| 25 | Cotchett, Pitre & McCarthy<br>San Francisco Airport Office Center | |
| 26 | 840 Malcolm Road<br>Suite 200 | |
| 27 | Burlingame, CA 94010 | |
| 28 | | |

PROOF OF SERVICE

1531958.1

| | | |
|---|---|---|
| 1 | Elizabeth Lane Crooke | Attorneys for Plaintiff Margaret Garcia |
| 2 | Richard Pollard Kinnan | (Individually and on behalf of all others |
| | Walter J. Lack | similarly situated) |
| 3 | Engstrom, Lipscomb & Lack | |
| | 10100 Santa Monica Blvd., 16th Floo | |
| 4 | Los Angeles, CA 90067 | |
| 5 | Richard J. Arsenault | Attorneys for Plaintiff Reiko Hirai |
| | Neblett, Beard & Arsenault | |
| 6 | P.O. Box 1190 | |
| | 2220 Bonaventure Court | |
| 7 | Alexandria, LA 71309 | |
| 8 | W. Joseph Bruckner | Attorneys for Plaintiff Reiko Hirai |
| | Lockridge Grindal Nauen P.L.L.P | |
| 9 | 100 Washington Avenue S | |
| | Suite 2200 | |
| 10 | Minneapolis, MN 55401 | |
| 11 | Joseph Goldberg | Attorneys for Plaintiff Reiko Hirai |
| | Freedman Boyd Hollander Goldberg & Ives, P.A. | |
| 12 | 20 First Plaza | |
| | Suite 700 | |
| 13 | Albuquerque, NM 87102 | |
| 14 | Daniel E. Gustafson | Attorneys for Plaintiff Reiko Hirai |
| | Gustafson Gluek PLLC | |
| 15 | 650 Northstar East | |
| | 608 Second Avenue South | |
| 16 | Minneapolis, MN 55402 | |
| 17 | Christopher T. Heffelfinger | Attorneys for Plaintiff Reiko Hirai |
| | Berman DeValerio Pease & Tabacco, P.C. | |
| 18 | 425 California Street, Suite 2025 | |
| | San Francisco, CA 94104 | |
| 19 | | |
| | Dianne M. Nast | Attorneys for Plaintiff Reiko Hirai |
| 20 | Roda & Nast PC | |
| | 801 Estelle Drive | |
| 21 | Lancaster, PA 17601 | |
| 22 | Laurence D. King | Attorneys for Plaintiff Bruce Hut |
| | Kaplan Fox & Kilsheimer LLP | |
| 23 | 350 Sansome Street | |
| | Suite 400 | |
| 24 | San Francisco, CA 94104 | |
| 25 | Marc Morris Seltzer | Attorneys for Plaintiff Bruce Hut |
| | Susman Godfrey LLP | |
| 26 | 1901 Avenue of the Stars | |
| | Suite 950 | |
| 27 | Los Angeles, CA 90067-6029 | |
| 28 | | |

- 6 -

PROOF OF SERVICE

1531958.1

| | | |
|---|---|---|
| 1 | | |
| 2 | Daniel J Walker<br>Susman Godfrey L.L.P. | Attorneys for Plaintiff Bruce Hut |
| 3 | 1201 Third Avenue<br>Suite 3800 | |
| 4 | Seattle, WA 98101 | |
| 5 | Mario Nunzio Alioto<br>Lauren Clare Russell | Attorneys for Plaintiff Martin Kaufman |
| 6 | Trump Alioto Trump & Prescott LLP<br>2280 Union Street | |
| 7 | San Francisco, CA 94123 | |
| 8 | Sherman Kassof<br>Law Offices of Sherman Kassof | Attorneys for Plaintiff Martin Kaufman |
| 9 | 954 Risa Road<br>Suite B | |
| 10 | Lafayette, CA 94549 | |
| 11 | Joseph Marid Patane<br>Law Office of Joseph M. Patane | Attorneys for Plaintiff Martin Kaufman |
| 12 | 2280 Union Street<br>San Francisco, CA 94123 | |
| 13 | Guido Saveri | Attorneys for Plaintiffs Tori Kitagawa<br>and Justin LaBarge |
| 14 | Saveri & Saveri Inc.<br>111 Pine Street | |
| 15 | Suite 1700<br>San Francisco, CA 94111 | |
| 16 | Jack Wing Lee | Attorneys for Plaintiff Dickson Leung |
| 17 | Minami Tamaki LLP<br>360 Post Street | |
| 18 | 8th Floor<br>San Francisco, CA 94108 | |
| 19 | Mario Nunzio Alioto | Attorneys for Plaintiff Ireatha Diane<br>Mitchell |
| 20 | Trump Alioto Trump & Prescott LLP<br>2280 Union Street | |
| 21 | San Francisco, CA 94123 | |
| 22 | Sherman Kassof<br>Law Offices of Sherman Kassof | Attorneys for Plaintiff Ireatha Diane<br>Mitchell |
| 23 | 954 Risa Road<br>Suite B | |
| 24 | Lafayette, CA 94549 | |
| 25 | Terry Gross<br>Gross & Belsky LLP | Attorneys for Plaintiff Kevin Moy |
| 26 | 180 Montgomery Street<br>Suite 2200 | |
| 27 | San Francisco, CA 94104 | |
| 28 | | |

- 7 -

PROOF OF SERVICE

1531958.1

| | |
|---|---|
| Jon T. King<br>Cohen, Milstein, Hausfeld & Toll PLLC<br>One Embarcadero Center<br>Suite 2440<br>San Francisco, CA 94111 | Attorneys for Plaintiff Trong Nguyen |
| Christopher L. Lebsock<br>Michael Paul Lehmann<br>Cohen Milstein Hausfeld & Toll, P.L.L.C.<br>1 Embarcadero Center<br>Suite 2440<br>San Francisco, CA 94111 | Attorneys for Plaintiff Trong Nguyen |
| John G. Emerson, Jr.<br>Emerson Poynter LLP<br>500 President Clinton Avenue<br>Suite 305<br>Little Rock, AR 72201 | Attorneys for Plaintiff Lolly Randall |
| Lawrence D. McCabe<br>Murray Frank & Sailer LLP<br>275 Madison Avenue<br>New York, NY 10016 | Attorneys for Plaintiff Lolly Randall |
| Guido Saveri<br>Richard Alexander Saveri<br>Cadio Zirpoli<br>Saveri & Saveri Inc.<br>111 Pine Street<br>Suite 1700<br>San Francisco, CA 94111 | Attorneys for Plaintiffs Lolly Randall and Thomas Schelly |
| B. J. Wade<br>Glassman Edwards Wade & Wyatt, P. C.<br>26 N. Second Street<br>Memphis, TN 38103 | Attorneys for Plaintiff Lolly Randall |
| Graham Bruce LippSmith<br>Girardi & Keese<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90017 | Attorneys for Plaintiff Tracey Wadmore Smith |
| Andrew Morganti<br>Peter Safirstein<br>Milberg LLP<br>One Pennsylvania Plaza<br>New York, NY 10119 | Attorneys for Plaintiff Jason Gregory Turner |
| Jeff S. Westerman<br>Milberg LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 3900<br>Los Angeles, CA 90071 | Attorneys for Plaintiff Jason Gregory Turner |

- 8 -

PROOF OF SERVICE

1531958.1

| | | |
|---|---|---|
| 1 | | |
| 2 | W. Cotchett<br>Cotchett, Pitre & McCarthy<br>San Francisco Airport Office Center | Attorneys for Plaintiff Donald Wortman<br>(Individually and on behalf of all others<br>similarly situation) |
| 3 | 840 Malcolm Road<br>Suite 200 | |
| 4 | Burlingame, CA 94010 | |
| 5 | Elizabeth Lane Crooke | Attorneys for Plaintiff Donald Wortman<br>(Individually and on behalf of all others |
| 6 | Richard Pollard Kinnan<br>Walter J. Lack | similarly situation) |
| 7 | Aron K. Liang<br>Nanci Eiko Nishimura | |
| 8 | Douglas Yongwoon Park<br>Neil Swartzberg | |
| 9 | Steven Noel Williams<br>Engstrom, Lipscomb & Lack | |
| 10 | 10100 Santa Monica Blvd., 16th Floo<br>Los Angeles, CA 90067 | |
| 11 | Aaron M. Sheanin | Attorneys for Plaintiff Donald Wortman<br>(Individually and on behalf of all others |
| 12 | Girard Gibbs LLP<br>601 California Street | similarly situation) |
| 13 | Suite 1400<br>San Francisco, CA 94108 | |
| 14 | Edward D. Johnson | Attorneys for Defendant United Airlines |
| 15 | Jung-Ying Joann Liao<br>Mayer Brown LLP | |
| 16 | 300 - 2 Palo Alto Square<br>3000 El Camino Real | |
| 17 | Palo Alto, CA 94306-2112 | |
| 18 | Mitchell D. Raup<br>Mayer Brown LLP | Attorneys for Defendant United Airlines |
| 19 | 1909 K Street NW<br>Washington, DC 20006 | |
| 20 | Charles R. Price | Attorneys for Defendant Singapore |
| 21 | William R. Sherman<br>Latham & Watkins LLP | Airlines |
| 22 | 555 11th Street, NW, Suite 1000<br>Washington, DC 20004 | |
| 23 | Mark S. Priver | Attorneys for Defendant Thai Airways |
| 24 | Ohashi & Priver<br>140 South Lake Avenue | |
| 25 | Suite 208<br>Pasadena, CA 91101 | |
| 26 | Ronald S Rolfe | Attorneys for Defendant Thai Airways |
| 27 | Rowan D. Wilson<br>Cravath, Swaine & Moore LLP | |
| 28 | Worldwide Plaza<br>825 8th Avenue, Room 4070B | |

- 9 -

PROOF OF SERVICE

1531958.1

| | | |
|---|---|---|
| 1 | New York, NY 10019-7475 | |
| 2 | Kenneth P. Ewing<br>William Karas | Attorneys for Defendant Japan Airlines International |
| 3 | Steptoe & Johnson LLP<br>1330 Connecticut Avenue, N.W. | |
| 4 | Washington, DC 20036 | |
| 5 | Carrie Ann McQuaid<br>McBreen & Senior | Attorneys for Defendant Malaysia Airlines |
| 6 | 2029 Century Park East, Third Floor<br>Los Angeles, CA 90067 | |
| 7 | | |
| 8 | W. Todd Miller<br>Kimberly N. Shaw | Attorneys for Defendant Qantas Airways, Ltd. |
| 9 | Alice G. Glass<br>Baker & Miller PLLC | |
| 10 | 2401 Pennsylvania Ave. NW, Suite 300<br>Washington, DC 20037 | |
| 11 | Adam Paul Brezine, Esq.<br>Holme Roberts & Owen | Attorneys for Defendants Air New Zealand and All Nippon Airways |
| 12 | One Maritime Plaza<br>Suite 2400A | |
| 13 | San Francisco, CA 94111 | Attorneys for Defendant Cathay Pacific Airways |
| 14 | Danielle Suzanne Fitzpatrick<br>DLA PIPER US LLP | |
| 15 | 701 Fifth Avenue<br>Suite 7000 | |
| 16 | Seattle, WA 98104 | |
| 17 | Edward B. Schwartz<br>DLA Piper US LLP | Attorneys for Defendant Cathay Pacific Airways |
| 18 | 500 8th Street, NW<br>Washington, DC 20004 | |
| 19 | Christopher Thomas Casamassima | Attorneys for Defendant Eva Airways |
| 20 | Pantea Yashar<br>Kirkland & Ellis LLP | |
| 21 | 777 South Figueroa St.<br>37th Floor | |
| 22 | Los Angeles, CA 90017 | |
| 23 | James Mutchnik<br>Andrew P. Young | Attorneys for Defendant Eva Airways |
| 24 | Kirkland & Ellis LLP<br>200 E. Randolph Drive | |
| 25 | Chicago, IL 60601 | |
| 26 | | |
| 27 | | |
| 28 | | |

- 10 -

PROOF OF SERVICE

1531958.1