KIMBERLY N. SHAW, (D.C. Bar No. 499656)
kshaw@bakerandmiller.com
BAKER & MILLER PLLC
2401 Pennsylvania Ave. NW, Suite 300
Washington, DC 20037
Tel:  (202) 663-7820
Fax: (202) 663-7849

Attorney for Defendant
QANTAS AIRWAYS LIMITED.

ORIGINAL
FILED

JUN 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORT ANTITRUST LITIGATION | CASE NO. 07-cv-05634 - CRB |
| | MDL No. 1913 |
| **This Document Relates to:** | |
| **ALL ACTIONS** | **APPLICATION FOR ADMISSION OF KIMBERLY N. SHAW** *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Kimberly N. Shaw, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Qantas Airways Limited in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of the highest court of the District of Columbia;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action.  The name, address and telephone number of that attorney is:

1

2

3  Michael A. Duncheon (State Bar of California No. 65682)
   HANSON BRIDGETT LLP
   425 Market Street
4  26th Floor
   San Francisco, CA 94105
5  Tel: (415) 995-5015

6

I declare under penalty of perjury that the foregoing is true and correct.

7  Dated: June 17, 2008            By: *Kimberly N. Shaw*

8                                       KIMBERLY N. SHAW

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

**IN RE TRANSPACIFIC PASSENGER AIR TRANSPORT ANTITRUST LITIGATION**
**Case No 07-CV-05634-CRB**

       I, Melinda Less, declare that I am a resident of the State of California.  I am over the age of 18 years and not a party to the action entitled IN *RE TRANSPACIFIC PASSENGER AIR TRANSPORT ANTITRUST LITIGATION*; United States District Court Action No. 07-CV-05634-CRB; that my business address is 425 Market Street, 26th Floor, San Francisco, California  94105.  On June 18, 2008, I served a true and accurate copy of the document(s) entitled:

           **APPLICATION FOR ADMISSION OF KIMBERLY N. SHAW *PRO HAC VICE***

           **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF KIMBERLY N. SHAW *PRO HAC VICE***

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

**SEE ATTACHED LIST**

☒    (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett LLP's practices for collecting and processing documents for mailing with United States Postal Service.  Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 425 Market Street, 26th Floor, San Francisco, California  94105.  The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

☐    (By Express Mail pursuant to Code of Civil Procedure section 1013.)  I deposited each sealed envelope, with the postage prepaid, to be delivered via _____ to the party(ies) so designated on the service list.

☐    (By Telecopy Fax pursuant to Code of Civil Procedure section 1013.)  I am readily familiar with (firm name)'s practice for processing of documents via Telefax.  Following these ordinary business practices, I directed that the above referenced documents(s) be placed in the Telefax machine, with all costs of Telefaxing prepaid, directed to each of the party(ies) listed on the attached service list using the last Telefax numbers(s) given by the party(ies), and processed through the Telefax equipment, until a report is provided by that equipment indicating that the Telefax operation was successful.  A copy of the Telefax report indicating successful transmission is attached hereto.

PROOF OF SERVICE

1531958.1

1          I declare that I am employed in the office of a member of the bar of this court at

2    whose direction the service was made.  Executed on June 18, 2008, at San Francisco,

3    California.

4

5    _____
     Melinda Less

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

PROOF OF SERVICE                                                                1531958.1

1

**IN RE TRANSPACIFIC PASSENGER AIR TRANSPORT ANTITRUST LITIGATION**
**Case No 07-CV-05634-CRB**

2

| | |
|---|---|
| Craig C. Corbitt | Attorneys for Plaintiff Micah Abrams |
| Zelle, Hofmann, Voelbel, Mason & Gette LLP | |
| 44 Montgomery Street | |
| Suite 3400 | |
| San Francisco, CA 94104 | |

3

4

5

| | |
|---|---|
| Joseph W. Cotchett | Attorneys for Plaintiff William Adams |
| Cotchett, Pitre & McCarthy | (Individually and on behalf of all others |
| San Francisco Airport Office Center | similarly situated) |
| 840 Malcolm Road | |
| Suite 200 | |
| Burlingame, CA 94010 | |

6

7

8

| | |
|---|---|
| Elizabeth Lane Crooke | Attorneys for Plaintiff William Adams |
| Richard Pollard Kinnan | (Individually and on behalf of all others |
| Walter J. Lack | similarly situated) |
| Engstrom, Lipscomb & Lack | |
| 10100 Santa Monica Blvd., 16th Floo | |
| Los Angeles, CA 90067 | |

9

10

11

| | |
|---|---|
| Aron K. Liang | Attorneys for Plaintiff William Adams |
| Nanci Eiko Nishimura | (Individually and on behalf of all others |
| Douglas Yongwoon Park | similarly situated) |
| Neil Swartzberg | |
| Steven Noel Williams | |
| Cotchett Pitre & McCarthy | |
| San Francisco Airport Office Center | |
| 840 Malcolm Road | |
| Suite 200 | |
| Burlingame, CA 94010 | |

12

13

14

15

16

| | |
|---|---|
| Brian S. Kabateck | Attorneys for Plaintiff Meor Adlin |
| Kabateck Brown Kellner, LLP | |
| 644 South Figueroa Street | |
| Los Angeles, CA 90071 | |

17

18

| | |
|---|---|
| Jeff S. Westerman | Attorneys for Plaintiff Lori Barrett |
| Milberg LLP | |
| One California Plaza | |
| 300 S. Grand Avenue, Suite 3900 | |
| Los Angeles, CA 90071 | |

19

20

21

| | |
|---|---|
| Graham Bruce LippSmith | Attorneys for Plaintiff Andrew Barton |
| Girardi & Keese | |
| 1126 Wilshire Blvd. | |
| Los Angeles, CA 90017 | |

22

23

| | |
|---|---|
| Guido Saveri | Attorneys for Plaintiff Michael Benson |
| Saveri & Saveri Inc. | |
| 111 Pine Street | |
| Suite 1700 | |
| San Francisco, CA 94111 | |

24

25

26

27

28

- 3 -

| | | |
|---|---|---|
| 1 | Derek G. Howard | Attorneys for Plaintiff Brenden G. Maloof |
| 2 | Murray & Howard, LLP | |
| 3 | 436 14th Street<br>Suite 1413<br>Oakland, CA 94612 | |
| 4 | Susan Gilah Kupfer | Attorneys for Plaintiff Rufus Browning |
| 5 | Glancy Binkow & Goldberg LLP<br>One Embarcadero Center<br>Suite 760 | |
| 6 | San Francisco, CA 94111 | |
| 7 | Phillip Alden Baker | Attorneys for Plaintiff Clyde H. Campbell |
| 8 | Baker, Keener & Nahra<br>633 W. 5th Street<br>Suite 5400 | |
| 9 | Los Angeles, CA 90071 | |
| 10 | Reginald Von Terrell | Attorneys for Plaintiff Robert Casteel, III |
| 11 | The Terrell Law Group<br>223 25th Street<br>Richmond, CA 94804 | |
| 12 | Brian Joseph Barry, Esq. | Attorneys for Plaintiff Woodrow Clark, II |
| 13 | Law Offices of Brian Barry<br>1801 Avenue of The Stars<br>Suite 307 | |
| 14 | Los Angeles, CA 90067 | |
| 15 | Jon T. King | Attorneys for Plaintiff Rachel Diller |
| 16 | Christopher L. Lebsock<br>Michael Paul Lehmann<br>Cohen, Milstein, Hausfeld & Toll PLLC | |
| 17 | One Embarcadero Center<br>Suite 2440<br>San Francisco, CA 94111 | |
| 18 | John G. Emerson, Jr. | Attorneys for Plaintiff Christian Duke |
| 19 | Scott E. Poynter<br>Emerson Poynter LLP | |
| 20 | 500 President Clinton Avenue<br>Suite 305 | |
| 21 | Little Rock, AR 72201 | |
| 22 | Guido Saveri | Attorneys for Plaintiff Christian Duke |
| 23 | Richard Alexander Saveri<br>Cadio Zirpoli<br>William John Heye | |
| 24 | Saveri & Saveri<br>111 Pine St Ste 1700 | |
| 25 | San Francisco, CA 94111 | |
| 26 | Lawrence D. McCabe | Attorneys for Plaintiff Christian Duke |
| 27 | Murray Frank & Sailer LLP<br>275 Madison Avenue<br>New York, NY 10016 | |
| 28 | | |

- 4 -

1

2   B. J. Wade                                          Attorneys for Plaintiff Christian Duke
    Glassman Edwards Wade & Wyatt, P. C.
3   26 N. Second Street
    Memphis, TN 38103

4   Brian Joseph Barry, Esq.                            Attorneys for Plaintiff James Evans
    Law Offices of Brian Barry
5   1801 Avenue of The Stars
    Suite 307
6   Los Angeles, CA 90067

7   Phillip Alden Baker                                 Attorneys for Plaintiff Matthew Evans
    Baker, Keener & Nahra
8   633 W. 5th Street
    Suite 5400
9   Los Angeles, CA 90071

10  Cheryl Hamer Mackell                                Attorneys for Plaintiff Judah M.
    Pomerantz Harudek Block Grossman & Gross LLP        Feigenbaum
11  840 Malcolm Road
    Burlingame, CA 94010
12
    Aaron M. Sheanin                                    Attorneys for Plaintiff Mark Foy
13  Girard Gibbs LLP
    601 California Street
14  Suite 1400
    San Francisco, CA 94108
15
    Guido Saveri                                        Attorneys for Plaintiff Scott Frederick
16  Saveri & Saveri Inc.
    111 Pine Street
17  Suite 1700
    San Francisco, CA 94111
18
    Laurence D. King                                    Attorneys for Plaintiff Stephen Gaffigan
19  Kaplan Fox & Kilsheimer LLP
    350 Sansome Street
20  Suite 400
    San Francisco, CA 94104
21
    Joseph W. Cotchett                                  Attorneys for Plaintiff Margaret Garcia
22  Aron K. Liang                                       (Individually and on behalf of all others
    Nanci Eiko Nishimura                                similarly situated)
23  Douglas Yongwoon Park
    Neil Swartzberg
24  Steven Noel Williams
    Cotchett, Pitre & McCarthy
25  San Francisco Airport Office Center
    840 Malcolm Road
26  Suite 200
    Burlingame, CA 94010
27

28

                                    - 5 -

| | | |
|---|---|---|
| 1 | | |
| 2 | Elizabeth Lane Crooke<br>Richard Pollard Kinnan | Attorneys for Plaintiff Margaret Garcia<br>(Individually and on behalf of all others |
| | Walter J. Lack | similarly situated) |
| 3 | Engstrom, Lipscomb & Lack<br>10100 Santa Monica Blvd., 16th Floo | |
| 4 | Los Angeles, CA 90067 | |
| 5 | Richard J. Arsenault | Attorneys for Plaintiff Reiko Hirai |
| | Neblett, Beard & Arsenault | |
| 6 | P.O. Box 1190<br>2220 Bonaventure Court | |
| 7 | Alexandria, LA 71309 | |
| 8 | W. Joseph Bruckner | Attorneys for Plaintiff Reiko Hirai |
| | Lockridge Grindal Nauen P.L.L.P | |
| 9 | 100 Washington Avenue S<br>Suite 2200 | |
| 10 | Minneapolis, MN 55401 | |
| 11 | Joseph Goldberg | Attorneys for Plaintiff Reiko Hirai |
| | Freedman Boyd Hollander Goldberg & Ives, P.A. | |
| 12 | 20 First Plaza<br>Suite 700 | |
| 13 | Albuquerque, NM 87102 | |
| 14 | Daniel E. Gustafson | Attorneys for Plaintiff Reiko Hirai |
| | Gustafson Gluek PLLC | |
| 15 | 650 Northstar East<br>608 Second Avenue South | |
| 16 | Minneapolis, MN 55402 | |
| 17 | Christopher T. Heffelfinger | Attorneys for Plaintiff Reiko Hirai |
| | Berman DeValerio Pease & Tabacco, P.C. | |
| 18 | 425 California Street, Suite 2025<br>San Francisco, CA 94104 | |
| 19 | | |
| | Dianne M. Nast | Attorneys for Plaintiff Reiko Hirai |
| 20 | Roda & Nast PC<br>801 Estelle Drive | |
| 21 | Lancaster, PA 17601 | |
| 22 | Laurence D. King | Attorneys for Plaintiff Bruce Hut |
| | Kaplan Fox & Kilsheimer LLP | |
| 23 | 350 Sansome Street<br>Suite 400 | |
| 24 | San Francisco, CA 94104 | |
| 25 | Marc Morris Seltzer | Attorneys for Plaintiff Bruce Hut |
| | Susman Godfrey LLP | |
| 26 | 1901 Avenue of the Stars<br>Suite 950 | |
| 27 | Los Angeles, CA 90067-6029 | |
| 28 | | |

- 6 -

1

2  Daniel J Walker                                    Attorneys for Plaintiff Bruce Hut
   Susman Godfrey L.L.P.
3  1201 Third Avenue
   Suite 3800
4  Seattle, WA 98101

5  Mario Nunzio Alioto                                Attorneys for Plaintiff Martin Kaufman
   Lauren Clare Russell
6  Trump Alioto Trump & Prescott LLP
   2280 Union Street
7  San Francisco, CA 94123

8  Sherman Kassof                                     Attorneys for Plaintiff Martin Kaufman
   Law Offices of Sherman Kassof
9  954 Risa Road
   Suite B
10 Lafayette, CA 94549

11 Joseph Marid Patane                                Attorneys for Plaintiff Martin Kaufman
   Law Office of Joseph M. Patane
12 2280 Union Street
   San Francisco, CA 94123

13 Guido Saveri                                       Attorneys for Plaintiffs Tori Kitagawa
   Saveri & Saveri Inc.                               and Justin LaBarge
14 111 Pine Street
   Suite 1700
15 San Francisco, CA 94111

16 Jack Wing Lee                                      Attorneys for Plaintiff Dickson Leung
   Minami Tamaki LLP
17 360 Post Street
   8th Floor
18 San Francisco, CA 94108

19 Mario Nunzio Alioto                                Attorneys for Plaintiff Ireatha Diane
   Trump Alioto Trump & Prescott LLP                  Mitchell
20 2280 Union Street
   San Francisco, CA 94123

21

22 Sherman Kassof                                     Attorneys for Plaintiff Ireatha Diane
   Law Offices of Sherman Kassof                      Mitchell
23 954 Risa Road
   Suite B
24 Lafayette, CA 94549

25 Terry Gross                                        Attorneys for Plaintiff Kevin Moy
   Gross & Belsky LLP
26 180 Montgomery Street
   Suite 2200
27 San Francisco, CA 94104

28

- 7 -

1

2   Jon T. King                                         Attorneys for Plaintiff Trong Nguyen
    Cohen, Milstein, Hausfeld & Toll PLLC
3   One Embarcadero Center
    Suite 2440
    San Francisco, CA 94111

4

5   Christopher L. Lebsock                              Attorneys for Plaintiff Trong Nguyen
    Michael Paul Lehmann
6   Cohen Milstein Hausfeld & Toll, P.L.L.C.
    1 Embarcadero Center
    Suite 2440
7   San Francisco, CA 94111

8   John G. Emerson, Jr.                                Attorneys for Plaintiff Lolly Randall
    Emerson Poynter LLP
9   500 President Clinton Avenue
    Suite 305
10  Little Rock, AR 72201

11  Lawrence D. McCabe                                  Attorneys for Plaintiff Lolly Randall
    Murray Frank & Sailer LLP
12  275 Madison Avenue
    New York, NY 10016

13

14  Guido Saveri                                        Attorneys for Plaintiffs Lolly Randall
    Richard Alexander Saveri                            and Thomas Schelly
    Cadio Zirpoli
15  Saveri & Saveri Inc.
    111 Pine Street
16  Suite 1700
    San Francisco, CA 94111

17

18  B. J. Wade                                          Attorneys for Plaintiff Lolly Randall
    Glassman Edwards Wade & Wyatt, P. C.
    26 N. Second Street
19  Memphis, TN 38103

20  Graham Bruce LippSmith                              Attorneys for Plaintiff Tracey Wadmore
    Girardi & Keese                                     Smith
21  1126 Wilshire Blvd.
    Los Angeles, CA 90017

22

23  Andrew Morganti                                     Attorneys for Plaintiff Jason Gregory
    Peter Safirstein                                    Turner
    Milberg LLP
24  One Pennsylvania Plaza
    New York, NY 10119

25

26  Jeff S. Westerman                                   Attorneys for Plaintiff Jason Gregory
    Milberg LLP                                         Turner
    One California Plaza
27  300 S. Grand Avenue, Suite 3900
    Los Angeles, CA 90071

28

- 8 -

PROOF OF SERVICE                                                      1531958.1

| | |
|---|---|
| 1 | |
| 2 | W. Cotchett — Attorneys for Plaintiff Donald Wortman (Individually and on behalf of all others similarly situation) |

W. Cotchett
Cotchett, Pitre & McCarthy
San Francisco Airport Office Center
840 Malcolm Road
Suite 200
Burlingame, CA 94010
**Attorneys for Plaintiff Donald Wortman (Individually and on behalf of all others similarly situation)**

Elizabeth Lane Crooke
Richard Pollard Kinnan
Walter J. Lack
Aron K. Liang
Nanci Eiko Nishimura
Douglas Yongwoon Park
Neil Swartzberg
Steven Noel Williams
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floo
Los Angeles, CA 90067
**Attorneys for Plaintiff Donald Wortman (Individually and on behalf of all others similarly situation)**

Aaron M. Sheanin
Girard Gibbs LLP
601 California Street
Suite 1400
San Francisco, CA 94108
**Attorneys for Plaintiff Donald Wortman (Individually and on behalf of all others similarly situation)**

Edward D. Johnson
Jung-Ying Joann Liao
Mayer Brown LLP
300 - 2 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2112
**Attorneys for Defendant United Airlines**

Mitchell D. Raup
Mayer Brown LLP
1909 K Street NW
Washington, DC 20006
**Attorneys for Defendant United Airlines**

Charles R. Price
William R. Sherman
Latham & Watkins LLP
555 11th Street, NW, Suite 1000
Washington, DC 20004
**Attorneys for Defendant Singapore Airlines**

Mark S. Priver
Ohashi & Priver
140 South Lake Avenue
Suite 208
Pasadena, CA 91101
**Attorneys for Defendant Thai Airways**

Ronald S Rolfe
Rowan D. Wilson
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Avenue, Room 4070B
**Attorneys for Defendant Thai Airways**

- 9 -

PROOF OF SERVICE

1531958.1

1   New York, NY 10019-7475

2   Kenneth P. Ewing                                    Attorneys for Defendant Japan Airlines
    William Karas                                       International
3   Steptoe & Johnson LLP
    1330 Connecticut Avenue, N.W.
4   Washington, DC 20036

5   Carrie Ann McQuaid                                  Attorneys for Defendant Malaysia
    McBreen & Senior                                    Airlines
6   2029 Century Park East, Third Floor
    Los Angeles, CA 90067
7
    W. Todd Miller                                      Attorneys for Defendant Qantas
8   Kimberly N. Shaw                                    Airways, Ltd.
    Alice G. Glass
9   Baker & Miller PLLC
    2401 Pennsylvania Ave. NW, Suite 300
10  Washington, DC 20037

                                                        Attorneys for Defendants Air New
11  Adam Paul Brezine, Esq.                             Zealand and All Nippon Airways
    Holme Roberts & Owen
12  One Maritime Plaza
    Suite 2400A
13  San Francisco, CA 94111
                                                        Attorneys for Defendant Cathay Pacific
14  Danielle Suzanne Fitzpatrick                        Airways
    DLA PIPER US LLP
15  701 Fifth Avenue
    Suite 7000
16  Seattle, WA 98104

17  Edward B. Schwartz                                  Attorneys for Defendant Cathay Pacific
    DLA Piper US LLP                                    Airways
18  500 8th Street, NW
    Washington, DC 20004

19  Christopher Thomas Casamassima                      Attorneys for Defendant Eva Airways
    Pantea Yashar
20  Kirkland & Ellis LLP
    777 South Figueroa St.
21  37th Floor
    Los Angeles, CA 90017
22
                                                        Attorneys for Defendant Eva Airways
23  James Mutchnik
    Andrew P. Young
24  Kirkland & Ellis LLP
    200 E. Randolph Drive
25  Chicago, IL 60601

26

27

28

- 10 -