1

2     W. TODD MILLER, (D.C. Bar No. 414930)
      tmiller@bakerandmiller.com
3     BAKER & MILLER PLLC
      2401 Pennsylvania Ave. NW, Suite 300
4     Washington, DC 20037
      Tel: (202) 663-7820
5     Fax: (202) 663-7849

6

7     Attorney for Defendant
      QANTAS AIRWAYS LIMITED.

8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12
      IN RE TRANSPACIFIC PASSENGER    )
13    AIR TRANSPORT ANTITRUST         )    CASE NO. 07-cv-05634 - CRB
      LITIGATION                      )
14                                    )    MDL No. 1913
      This Document Relates to:       )
15                                    )
      ALL ACTIONS                     )    APPLICATION FOR ADMISSION OF
16                                    )    W. TODD MILLER *PRO HAC VICE*
      _____)
17
              Pursuant to Civil L.R. 11-3, W. Todd Miller, an active member in good standing of the
18    bar of the District of Columbia, hereby applies for admission to practice in the Northern District
19    of California on a *pro hac vice* basis representing Qantas Airways Limited in the above-entitled
      action.
20            In support of this application, I certify on oath that:

21        1.    I am an active member in good standing of the highest court of the District of
                Columbia;
22
          2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local
23              Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to
                become familiar with the Local Rules and the Alternative Dispute Resolution
24              programs of this Court; and,

25        3.    An attorney who is a member of the bar of this Court in good standing and who
26              maintains an office within the State of California has been designated as co-
                counsel in the above-entitled action. The name, address and telephone number of
27              that attorney is:

28

ORIGINAL
FILED

JUN 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DIST...
NORTHERN DISTRICT OF CALIFORNIA

1

2
        Michael A. Duncheon (State Bar of California No. 65682)
3
        HANSON BRIDGETT LLP
        425 Market Street
4
        26th Floor
        San Francisco, CA 94105
5
        Tel:  (415) 995-5015

6
    I declare under penalty of perjury that the foregoing is true and correct.
7
Dated: June ___17___, 2008        By: _____
8
                      W. TODD MILLER
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE**

2

**IN RE TRANSPACIFIC PASSENGER AIR TRANSPORT ANTITRUST LITIGATION**
**Case No 07-CV-05634-CRB**

3

4        I, Melinda Less, declare that I am a resident of the State of California.  I am over
the age of 18 years and not a party to the action entitled IN *RE TRANSPACIFIC PASSENGER*
*AIR TRANSPORT ANTITRUST LITIGATION*; United States District Court Action

5   No. 07-CV-05634-CRB; that my business address is 425 Market Street, 26th Floor,
San Francisco, California  94105.  On June 18, 2008, I served a true and accurate copy of the

6   document(s) entitled:

7        **APPLICATION FOR ADMISSION OF W. TODD MILLER *PRO***
**HAC VICE***

8

9        **[PROPOSED] ORDER GRANTING APPLICATION FOR**
**ADMISSION OF W. TODD MILLER *PRO HAC VICE***

10   on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed
to the last address(es) given by the party(ies) as follows:

11

**SEE ATTACHED LIST**

12

13   ☒        (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am
readily familiar with Hanson Bridgett LLP's practices for collecting and processing

14        documents for mailing with United States Postal Service.  Following these ordinary
business practices, I placed the above referenced sealed envelope(s) for

15        collection and mailing with the United States Postal Service on the date listed
herein at 425 Market Street, 26th Floor, San Francisco, California  94105.  The

16        above referenced sealed envelope(s) will be deposited with the United States
Postal Service on the date listed herein in the ordinary course of business.

17

18   ☐        (By Express Mail pursuant to Code of Civil Procedure section 1013.)  I deposited
each sealed envelope, with the postage prepaid, to be delivered via _____

19        to the party(ies) so designated on the service list.

20   ☐        (By Telecopy Fax pursuant to Code of Civil Procedure section 1013.)  I am readily
familiar with (firm name)'s practice for processing of documents via Telefax.

21        Following these ordinary business practices, I directed that the above referenced
documents(s) be placed in the Telefax machine, with all costs of Telefaxing

22        prepaid, directed to each of the party(ies) listed on the attached service list using
the last Telefax numbers(s) given by the party(ies), and processed through the

23        Telefax equipment, until a report is provided by that equipment indicating that the
Telefax operation was successful.  A copy of the Telefax report indicating

24        successful transmission is attached hereto.

25

26

27

28

- 1 -

PROOF OF SERVICE                                                                                          1531958.1

1            I declare that I am employed in the office of a member of the bar of this court at

2  whose direction the service was made.  Executed on June 18, 2008, at San Francisco,

3  California.

4

5                             Melinda Less

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

1

**IN RE TRANSPACIFIC PASSENGER AIR TRANSPORT ANTITRUST LITIGATION**
Case No 07-CV-05634-CRB

2

| | |
|---|---|
| Craig C. Corbitt<br>Zelle, Hofmann, Voelbel, Mason & Gette LLP<br>44 Montgomery Street<br>Suite 3400<br>San Francisco, CA 94104 | Attorneys for Plaintiff Micah Abrams |
| Joseph W. Cotchett<br>Cotchett, Pitre & McCarthy<br>San Francisco Airport Office Center<br>840 Malcolm Road<br>Suite 200<br>Burlingame, CA 94010 | Attorneys for Plaintiff William Adams<br>(Individually and on behalf of all others<br>similarly situated) |
| Elizabeth Lane Crooke<br>Richard Pollard Kinnan<br>Walter J. Lack<br>Engstrom, Lipscomb & Lack<br>10100 Santa Monica Blvd., 16th Floo<br>Los Angeles, CA 90067 | Attorneys for Plaintiff William Adams<br>(Individually and on behalf of all others<br>similarly situated) |
| Aron K. Liang<br>Nanci Eiko Nishimura<br>Douglas Yongwoon Park<br>Neil Swartzberg<br>Steven Noel Williams<br>Cotchett Pitre & McCarthy<br>San Francisco Airport Office Center<br>840 Malcolm Road<br>Suite 200<br>Burlingame, CA 94010 | Attorneys for Plaintiff William Adams<br>(Individually and on behalf of all others<br>similarly situated) |
| Brian S. Kabateck<br>Kabateck Brown Kellner, LLP<br>644 South Figueroa Street<br>Los Angeles, CA 90071 | Attorneys for Plaintiff Meor Adlin |
| Jeff S. Westerman<br>Milberg LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 3900<br>Los Angeles, CA 90071 | Attorneys for Plaintiff Lori Barrett |
| Graham Bruce LippSmith<br>Girardi & Keese<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90017 | Attorneys for Plaintiff Andrew Barton |
| Guido Saveri<br>Saveri & Saveri Inc.<br>111 Pine Street<br>Suite 1700<br>San Francisco, CA 94111 | Attorneys for Plaintiff Michael Benson |

- 3 -

PROOF OF SERVICE                                                     1531958.1

| | | |
|---|---|---|
| 1 | Derek G. Howard | Attorneys for Plaintiff Brenden G. |
| 2 | Murray & Howard, LLP | Maloof |
| | 436 14th Street | |
| 3 | Suite 1413 | |
| | Oakland, CA 94612 | |
| 4 | Susan Gilah Kupfer | Attorneys for Plaintiff Rufus Browning |
| | Glancy Binkow & Goldberg LLP | |
| 5 | One Embarcadero Center | |
| | Suite 760 | |
| 6 | San Francisco, CA 94111 | |
| 7 | Phillip Alden Baker | Attorneys for Plaintiff Clyde H. |
| | Baker, Keener & Nahra | Campbell |
| 8 | 633 W. 5th Street | |
| | Suite 5400 | |
| 9 | Los Angeles, CA 90071 | |
| 10 | Reginald Von Terrell | Attorneys for Plaintiff Robert Casteel, |
| | The Terrell Law Group | III |
| 11 | 223 25th Street | |
| | Richmond, CA 94804 | |
| 12 | Brian Joseph Barry, Esq. | Attorneys for Plaintiff Woodrow Clark, |
| | Law Offices of Brian Barry | II |
| 13 | 1801 Avenue of The Stars | |
| | Suite 307 | |
| 14 | Los Angeles, CA 90067 | |
| 15 | Jon T. King | Attorneys for Plaintiff Rachel Diller |
| | Christopher L. Lebsock | |
| 16 | Michael Paul Lehmann | |
| | Cohen, Milstein, Hausfeld & Toll PLLC | |
| 17 | One Embarcadero Center | |
| | Suite 2440 | |
| 18 | San Francisco, CA 94111 | |
| 19 | John G. Emerson, Jr. | Attorneys for Plaintiff Christian Duke |
| | Scott E. Poynter | |
| 20 | Emerson Poynter LLP | |
| | 500 President Clinton Avenue | |
| 21 | Suite 305 | |
| | Little Rock, AR 72201 | |
| 22 | Guido Saveri | Attorneys for Plaintiff Christian Duke |
| | Richard Alexander Saveri | |
| 23 | Cadio Zirpoli | |
| | William John Heye | |
| 24 | Saveri & Saveri | |
| | 111 Pine St Ste 1700 | |
| 25 | San Francisco, CA 94111 | |
| 26 | Lawrence D. McCabe | Attorneys for Plaintiff Christian Duke |
| | Murray Frank & Sailer LLP | |
| 27 | 275 Madison Avenue | |
| | New York, NY 10016 | |
| 28 | | |

- 4 -

| | | |
|---|---|---|
| 1 | | |
| 2 | B. J. Wade<br>Glassman Edwards Wade & Wyatt, P. C.<br>26 N. Second Street<br>Memphis, TN 38103 | Attorneys for Plaintiff Christian Duke |
| 3 | | |
| 4 | Brian Joseph Barry, Esq.<br>Law Offices of Brian Barry<br>1801 Avenue of The Stars<br>Suite 307<br>Los Angeles, CA 90067 | Attorneys for Plaintiff James Evans |
| 5 | | |
| 6 | | |
| 7 | Phillip Alden Baker<br>Baker, Keener & Nahra<br>633 W. 5th Street<br>Suite 5400<br>Los Angeles, CA 90071 | Attorneys for Plaintiff Matthew Evans |
| 8 | | |
| 9 | | |
| 10 | Cheryl Hamer Mackell<br>Pomerantz Harudek Block Grossman & Gross LLP<br>840 Malcolm Road<br>Burlingame, CA 94010 | Attorneys for Plaintiff Judah M.<br>Feigenbaum |
| 11 | | |
| 12 | | |
| 13 | Aaron M. Sheanin<br>Girard Gibbs LLP<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94108 | Attorneys for Plaintiff Mark Foy |
| 14 | | |
| 15 | | |
| 16 | Guido Saveri<br>Saveri & Saveri Inc.<br>111 Pine Street<br>Suite 1700<br>San Francisco, CA 94111 | Attorneys for Plaintiff Scott Frederick |
| 17 | | |
| 18 | | |
| 19 | Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>350 Sansome Street<br>Suite 400<br>San Francisco, CA 94104 | Attorneys for Plaintiff Stephen Gaffigan |
| 20 | | |
| 21 | | |
| 22 | Joseph W. Cotchett<br>Aron K. Liang<br>Nanci Eiko Nishimura<br>Douglas Yongwoon Park<br>Neil Swartzberg<br>Steven Noel Williams<br>Cotchett, Pitre & McCarthy<br>San Francisco Airport Office Center<br>840 Malcolm Road<br>Suite 200<br>Burlingame, CA 94010 | Attorneys for Plaintiff Margaret Garcia<br>(Individually and on behalf of all others<br>similarly situated) |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

- 5 -

PROOF OF SERVICE                                                    1531958.1

| | | |
|---|---|---|
| 1 | | |
| 2 | Elizabeth Lane Crooke<br>Richard Pollard Kinnan<br>Walter J. Lack | Attorneys for Plaintiff Margaret Garcia<br>(Individually and on behalf of all others<br>similarly situated) |
| 3 | Engstrom, Lipscomb & Lack<br>10100 Santa Monica Blvd., 16th Floo | |
| 4 | Los Angeles, CA 90067 | |
| 5 | Richard J. Arsenault<br>Neblett, Beard & Arsenault | Attorneys for Plaintiff Reiko Hirai |
| 6 | P.O. Box 1190<br>2220 Bonaventure Court | |
| 7 | Alexandria, LA 71309 | |
| 8 | W. Joseph Bruckner<br>Lockridge Grindal Nauen P.L.L.P | Attorneys for Plaintiff Reiko Hirai |
| 9 | 100 Washington Avenue S<br>Suite 2200 | |
| 10 | Minneapolis, MN 55401 | |
| 11 | Joseph Goldberg<br>Freedman Boyd Hollander Goldberg & Ives, P.A. | Attorneys for Plaintiff Reiko Hirai |
| 12 | 20 First Plaza<br>Suite 700 | |
| 13 | Albuquerque, NM 87102 | |
| 14 | Daniel E. Gustafson<br>Gustafson Gluek PLLC | Attorneys for Plaintiff Reiko Hirai |
| 15 | 650 Northstar East<br>608 Second Avenue South | |
| 16 | Minneapolis, MN 55402 | |
| 17 | Christopher T. Heffelfinger<br>Berman DeValerio Pease & Tabacco, P.C. | Attorneys for Plaintiff Reiko Hirai |
| 18 | 425 California Street, Suite 2025<br>San Francisco, CA 94104 | |
| 19 | | |
| 20 | Dianne M. Nast<br>Roda & Nast PC | Attorneys for Plaintiff Reiko Hirai |
| 21 | 801 Estelle Drive<br>Lancaster, PA 17601 | |
| 22 | Laurence D. King<br>Kaplan Fox & Kilsheimer LLP | Attorneys for Plaintiff Bruce Hut |
| 23 | 350 Sansome Street<br>Suite 400 | |
| 24 | San Francisco, CA 94104 | |
| 25 | Marc Morris Seltzer<br>Susman Godfrey LLP | Attorneys for Plaintiff Bruce Hut |
| 26 | 1901 Avenue of the Stars<br>Suite 950 | |
| 27 | Los Angeles, CA 90067-6029 | |
| 28 | | |

- 6 -

PROOF OF SERVICE                                                    1531958.1

| | |
|---|---|
| Daniel J Walker | Attorneys for Plaintiff Bruce Hut |
| Susman Godfrey L.L.P. | |
| 1201 Third Avenue | |
| Suite 3800 | |
| Seattle, WA 98101 | |
| | |
| Mario Nunzio Alioto | Attorneys for Plaintiff Martin Kaufman |
| Lauren Clare Russell | |
| Trump Alioto Trump & Prescott LLP | |
| 2280 Union Street | |
| San Francisco, CA 94123 | |
| | |
| Sherman Kassof | Attorneys for Plaintiff Martin Kaufman |
| Law Offices of Sherman Kassof | |
| 954 Risa Road | |
| Suite B | |
| Lafayette, CA 94549 | |
| | |
| Joseph Marid Patane | Attorneys for Plaintiff Martin Kaufman |
| Law Office of Joseph M. Patane | |
| 2280 Union Street | |
| San Francisco, CA 94123 | |
| | |
| Guido Saveri | Attorneys for Plaintiffs Tori Kitagawa and Justin LaBarge |
| Saveri & Saveri Inc. | |
| 111 Pine Street | |
| Suite 1700 | |
| San Francisco, CA 94111 | |
| | |
| Jack Wing Lee | Attorneys for Plaintiff Dickson Leung |
| Minami Tamaki LLP | |
| 360 Post Street | |
| 8th Floor | |
| San Francisco, CA 94108 | |
| | |
| Mario Nunzio Alioto | Attorneys for Plaintiff Ireatha Diane Mitchell |
| Trump Alioto Trump & Prescott LLP | |
| 2280 Union Street | |
| San Francisco, CA 94123 | |
| | |
| Sherman Kassof | Attorneys for Plaintiff Ireatha Diane Mitchell |
| Law Offices of Sherman Kassof | |
| 954 Risa Road | |
| Suite B | |
| Lafayette, CA 94549 | |
| | |
| Terry Gross | Attorneys for Plaintiff Kevin Moy |
| Gross & Belsky LLP | |
| 180 Montgomery Street | |
| Suite 2200 | |
| San Francisco, CA 94104 | |

- 7 -

1531958.1

1

2  Jon T. King                                      Attorneys for Plaintiff Trong Nguyen
   Cohen, Milstein, Hausfeld & Toll PLLC
   One Embarcadero Center
3  Suite 2440
   San Francisco, CA 94111

4
   Christopher L. Lebsock                           Attorneys for Plaintiff Trong Nguyen
5  Michael Paul Lehmann
   Cohen Milstein Hausfeld & Toll, P.L.L.C.
6  1 Embarcadero Center
   Suite 2440
7  San Francisco, CA 94111

8  John G. Emerson, Jr.                             Attorneys for Plaintiff Lolly Randall
   Emerson Poynter LLP
9  500 President Clinton Avenue
   Suite 305
10 Little Rock, AR 72201

11 Lawrence D. McCabe                               Attorneys for Plaintiff Lolly Randall
   Murray Frank & Sailer LLP
12 275 Madison Avenue
   New York, NY 10016

13
   Guido Saveri                                     Attorneys for Plaintiffs Lolly Randall
14 Richard Alexander Saveri                         and Thomas Schelly
   Cadio Zirpoli
15 Saveri & Saveri Inc.
   111 Pine Street
16 Suite 1700
   San Francisco, CA 94111

17
   B. J. Wade                                       Attorneys for Plaintiff Lolly Randall
18 Glassman Edwards Wade & Wyatt, P. C.
   26 N. Second Street
19 Memphis, TN 38103

20 Graham Bruce LippSmith                           Attorneys for Plaintiff Tracey Wadmore
   Girardi & Keese                                  Smith
21 1126 Wilshire Blvd.
   Los Angeles, CA 90017

22
   Andrew Morganti                                  Attorneys for Plaintiff Jason Gregory
23 Peter Safirstein                                 Turner
   Milberg LLP
24 One Pennsylvania Plaza
   New York, NY 10119

25
   Jeff S. Westerman                                Attorneys for Plaintiff Jason Gregory
26 Milberg LLP                                      Turner
   One California Plaza
27 300 S. Grand Avenue, Suite 3900
   Los Angeles, CA 90071

28

                              - 8 -

| | | |
|---|---|---|
| 1 | | |
| 2 | W. Cotchett<br>Cotchett, Pitre & McCarthy<br>San Francisco Airport Office Center | Attorneys for Plaintiff Donald Wortman<br>(Individually and on behalf of all others<br>similarly situation) |
| 3 | 840 Malcolm Road<br>Suite 200 | |
| 4 | Burlingame, CA 94010 | |
| 5 | Elizabeth Lane Crooke<br>Richard Pollard Kinnan | Attorneys for Plaintiff Donald Wortman<br>(Individually and on behalf of all others<br>similarly situation) |
| 6 | Walter J. Lack<br>Aron K. Liang | |
| 7 | Nanci Eiko Nishimura<br>Douglas Yongwoon Park | |
| 8 | Neil Swartzberg<br>Steven Noel Williams | |
| 9 | Engstrom, Lipscomb & Lack<br>10100 Santa Monica Blvd., 16th Floo | |
| 10 | Los Angeles, CA 90067 | |
| 11 | Aaron M. Sheanin<br>Girard Gibbs LLP | Attorneys for Plaintiff Donald Wortman<br>(Individually and on behalf of all others<br>similarly situation) |
| 12 | 601 California Street<br>Suite 1400 | |
| 13 | San Francisco, CA 94108 | |
| 14 | Edward D. Johnson<br>Jung-Ying Joann Liao | Attorneys for Defendant United Airlines |
| 15 | Mayer Brown LLP<br>300 - 2 Palo Alto Square | |
| 16 | 3000 El Camino Real<br>Palo Alto, CA 94306-2112 | |
| 17 | | |
| 18 | Mitchell D. Raup<br>Mayer Brown LLP<br>1909 K Street NW | Attorneys for Defendant United Airlines |
| 19 | Washington, DC 20006 | |
| 20 | Charles R. Price<br>William R. Sherman | Attorneys for Defendant Singapore<br>Airlines |
| 21 | Latham & Watkins LLP<br>555 11th Street, NW, Suite 1000 | |
| 22 | Washington, DC 20004 | |
| 23 | Mark S. Priver<br>Ohashi & Priver | Attorneys for Defendant Thai Airways |
| 24 | 140 South Lake Avenue<br>Suite 208 | |
| 25 | Pasadena, CA 91101 | |
| 26 | Ronald S Rolfe<br>Rowan D. Wilson | Attorneys for Defendant Thai Airways |
| 27 | Cravath, Swaine & Moore LLP<br>Worldwide Plaza | |
| 28 | 825 8th Avenue, Room 4070B | |

- 9 -

1   New York, NY 10019-7475

2   Kenneth P. Ewing                              Attorneys for Defendant Japan Airlines
    William Karas                                 International
3   Steptoe & Johnson LLP
    1330 Connecticut Avenue, N.W.
4   Washington, DC 20036

5   Carrie Ann McQuaid                            Attorneys for Defendant Malaysia
    McBreen & Senior                              Airlines
6   2029 Century Park East, Third Floor
    Los Angeles, CA 90067
7
    W. Todd Miller                                Attorneys for Defendant Qantas
8   Kimberly N. Shaw                              Airways, Ltd.
    Alice G. Glass
9   Baker & Miller PLLC
    2401 Pennsylvania Ave. NW, Suite 300
10  Washington, DC 20037
                                                  Attorneys for Defendants Air New
11  Adam Paul Brezine, Esq.                       Zealand and All Nippon Airways
    Holme Roberts & Owen
12  One Maritime Plaza
    Suite 2400A
13  San Francisco, CA 94111
                                                  Attorneys for Defendant Cathay Pacific
14  Danielle Suzanne Fitzpatrick                  Airways
    DLA PIPER US LLP
15  701 Fifth Avenue
    Suite 7000
16  Seattle, WA 98104

17  Edward B. Schwartz                            Attorneys for Defendant Cathay Pacific
    DLA Piper US LLP                              Airways
18  500 8th Street, NW
    Washington, DC 20004

19  Christopher Thomas Casamassima               Attorneys for Defendant Eva Airways
20  Pantea Yashar
    Kirkland & Ellis LLP
21  777 South Figueroa St.
    37th Floor
22  Los Angeles, CA 90017

23  James Mutchnik                                Attorneys for Defendant Eva Airways
    Andrew P. Young
24  Kirkland & Ellis LLP
    200 E. Randolph Drive
25  Chicago, IL 60601

26

27

28

- 10 -

PROOF OF SERVICE                                                          1531958.1