Michael A. Duncheon (California Bar No. 65682)
HANSON BRIDGETT LLP
425 Market Street
26th Floor
San Francisco, CA 94105
Tel: (415) 995-5015
Fax: (415) 541-9366

Attorney for Defendant
QANTAS AIRWAYS LIMITED.



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORT ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | CASE NO. 07-cv-05634 - CRB<br><br>MDL No. 1913<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ALICE G. GLASS *PRO HAC VICE* |

Alice G. Glass, an active member in good standing of the bar of District of Columbia, whose business address and telephone number is

Baker & Miller PLLC
2401 Pennsylvania Ave. NW, Suite 300
Washington, DC 20037
(603) 863-5529

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Qantas Airways Limited.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 19, 2008

JUDGE CHARLES R. BREYER
United States District

