Craig C. Corbitt (No. 83251)
Matthew R. Schultz (No. 220641)
Jiangxiao Athena Hou (No. 215256)
Patrick B. Clayton (No. 240191)
ZELLE, HOFMANN, VOELBEL,
  MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, California  94104
Telephone:     (415) 693-0700
Facsimile:     (415) 693-0770

*Attorneys for Plaintiff Micah Abrams
and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE:  TRANSPACIFIC AIR PASSENGER ANTITRUST LITIGATION | Master File No. C-07-5634-CRB <br><br> MDL No. 1913 |
| This Document Relates To: <br><br> *Abrams v. Air New Zealand Ltd., et al.*, <br>    Case No. C-08-00339-CRB | **NOTICE OF ASSOCIATION OF COUNSEL** |

-1-
NOTICE OF ASSOCIATION OF COUNSEL

1 | TO THE CLERK OF COURT AND ALL COUNSEL OF RECORD:

2 | PLEASE TAKE NOTICE that Zelle, Hofmann, Voelbel, Mason & Gette LLP hereby

3 | associates Jennie Lee Anderson and Micha Star Liberty as counsel of record in this action on

4 | behalf of Plaintiff Micah Abrams and the proposed class.

5 | Accordingly, in addition to the other counsel of record, please serve copies of all

6 | filings and papers on the following:

> Jennie Lee Anderson (SBN 203586)
> Micha Star Liberty (SBN 215687)
> Andrus Liberty & Anderson LLP
> 1438 Market Street
> San Francisco, CA 94102
> Telephone: (415) 896-1000
> Facsimile: (415) 896-2249
> jennie@libertylaw.com

Dated: June 25, 2008

By: ___/s/ Patrick B. Clayton___
    Patrick B. Clayton

Craig C. Corbitt (No. 83251)
Matthew R. Schultz (No. 220641)
Jiangxiao Athena Hou (No. 215256)
Patrick B. Clayton (No. 240191)
ZELLE, HOFMANN, VOELBEL, MASON
  & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:   (415) 693-0700
Facsimile:   (415) 693-0770

*Attorneys for Plaintiff Micah Abrams and the Proposed Class*

# CERTIFICATE OF SERVICE

*IN RE: TRANSPACIFIC AIR PASSENGER ANTITRUST LITIGATION*
*Micah Abrams v. Air New Zealand, et al.*, Case No. CV 08-0339-CRB

I, Marie J. Babione, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason & Gette LLP, at the address indicated, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true and correct copy of the following document(s) in the manner indicated below:

**1.   NOTICE OF ASSOCIATION OF COUNSEL**

☐ by today depositing, at San Francisco, California, the said document(s) in the United States mail in a sealed envelope, with first-class postage thereon fully prepaid; (and/or)

☐ by facsimile transmission to the parties listed below;

☐ by overnight mail to the parties listed below;

☐ by today personally delivering the said document(s) to the person(s) indicated below in a manner provided by law, by handing them the documents or by leaving the said document(s) at the office(s) or usual place(s) of business, during usual business hours, of the said person(s) with a clerk or other person who was apparently in charge thereof and at least 18 years of age, whom I informed of the contents.

☒ (BY ELECTRONIC MAIL) I caused such document(s) to be emailed to the offices and/or to attorneys of offices of the below named addressee(s).

    Jennie Lee Anderson
    Micha Star Liberty
    Andrus Liberty & Anderson LLP
    1438 Market Street
    San Francisco, CA 94102
    Telephone: (415) 896-1000
    Facsimile: (415) 896-2249
    *jennie@libertylaw.com*

☒ **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

Dated: June 25, 2008

          Signed  */s/Marie J. Babione*
                     Marie J. Babione

#3172501v1