1 David H. Bamberger
DLA PIPER LLP (US)
2 500 8th Street NW
Washington, DC 20004
3 Telephone: 202-799-4500
Facsimile: 202-799-5500
4 Email: David.Bamberger@dlapiper.com

5 Attorneys for Defendant
Cathay Pacific Airways Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION**<br><br>**This Document Relates To:**<br>**ALL ACTIONS** | **CASE NO. C 07-5634 CRB**<br><br>**MDL NO. 1913**<br><br>**DEFENDANT CATHAY PACIFIC AIRWAYS LTD.'S NOTICE OF CHANGE IN COUNSEL** |

TO THE CLERK OF COURT AND ALL COUNSEL OF RECORD:

   PLEASE TAKE NOTICE that Defendant Cathay Pacific Airways Ltd. ("Cathay Pacific") submits this Notice of Change in Counsel in the above-captioned litigation. Edward B. Schwartz, who has previously appeared in this action, has resigned from the law firm of DLA Piper LLP (US) ("DLA Piper") and, as such, will no longer be counsel of record for plaintiffs in this case. Cathay Pacific will continue to be represented by David H. Bamberge and Danielle S. Fitzpatrick of DLA Piper, who have both previously entered their appearances in this action.

   Accordingly, Cathay Pacific respectfully requests that Mr. Schwartz be removed from the Court's electronic mail notice list and counsel's service lists.

1

2  Dated: June 25, 2009                By: /s/ David H. Bamberger
3                                           David H. Bamberger
                                             DLA PIPER LLP (US)
                                             500 8th Street NW
4                                           Washington, DC 20004
                                             Telephone: 202-799-4500
5                                           Facsimile: 202-799-5500
                                             Email: David.Bamberger@dlapiper.com
6
                                             Counsel for Defendant
7                                           Cathay Pacific Airways Ltd.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28