Jay L. Himes (State Bar No. 1236934)
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477
Email: jhimes@labaton.com

*Attorney for Plaintiff Rachel Diller*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Case No. C 07-5634 CRB<br>MDL No. 1913<br><br>NOTICE OF APPEARANCE<br>OF JAY L. HIMES |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Jay L. Himes of Labaton Sucharow LLP hereby appears as counsel for Plaintiff Rachel Diller in the above-captioned matter.

Dated: August 13, 2009                                Respectfully submitted,

                                                     /s/ Jay L. Himes
                                                     Jay L. Himes (State Bar No. 1236934)
                                                     LABATON SUCHAROW LLP
                                                     140 Broadway
                                                     New York, NY 10005
                                                     Tel: 212-907-0700
                                                     Fax: 212-818-0477
                                                     Email: jhimes@labaton.com

                                                     *Attorney for Plaintiff Rachel Diller*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the a true and correct copy of the foregoing **Notice of Appearance of Jay L. Himes** was filed electronically with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to all counsel of record on the 13th day of August, 2009.

/s/ Jay L. Himes
Jay L. Himes

NOTICE OF APPEARANCE OF JAY L. HIMES
[CASE NO. C 07-5634 CRB]