Morissa R. Falk (State Bar No. 4475448)
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477
Email: mfalk@labaton.com

*Attorney for Plaintiff Rachel Diller*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION**<br><br>**This Document Relates to:**<br><br>ALL ACTIONS | **Case No. C 07-5634 CRB**<br>**MDL No. 1913**<br><br>**NOTICE OF APPEARANCE**<br>**OF MORISSA R. FALK** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Morissa R. Falk of Labaton Sucharow LLP hereby appears as counsel for Plaintiff Rachel Diller in the above-captioned matter.

Dated: August 13, 2009                                      Respectfully submitted,

/s/ Morissa R. Falk
Morissa R. Falk (State Bar No. 4475448)
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Tel: 212-907-0700
Fax: 212-818-0477
Email: mfalk@labaton.com

*Attorney for Plaintiff Rachel Diller*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the a true and correct copy of the foregoing **Notice of Appearance of Morissa R. Falk** was filed electronically with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to all counsel of record on the 13th day of August, 2009.

                                        /s/ Morissa R. Falk
                                        Morissa R. Falk