Patrick D. Robbins (State Bar No. 152288)
Mikael A. Abye (State Bar No. 233458)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105-2723
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email:   probbins@shearman.com
         mabye@shearman.com


Paul Yde
Andrea Agathoklis
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Ave., NW
Washington, DC 20004
Telephone:  (202) 777-4548
Facsimile:  (202) 777-4555
Email:   paul.yde@freshfields.com
         andrea.agathoklis@freshfields.com
*Pro hac vice* applications to be filed

Attorneys for Defendant Continental Airlines, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION, | Case No.: M:08-CV-01913-CRB<br><br>Assigned to Hon. Charles R. Breyer<br><br>JOINT STIPULATION TO EXTEND DEFENDANT CONTINENTAL AIRLINES INC'S TIME TO FILE RESPONSIVE PLEADING TO THE CONSOLIDATED CLASS ACTION COMPLAINT; [PROPOSED] ORDER |

| | |
|---|---|
| 1 | Interim class counsel for the putative class and defendant Continental Airlines, Inc. |
| 2 | ("Continental"), through its counsel, hereby stipulate and agree, with the Court's permission, that |
| 3 | Continental shall have an additional thirty (30) days, until October 2, 2009, to file an answer or |
| 4 | otherwise respond to Plaintiffs' Consolidated Class Action Complaint. |
| 5 | IT IS SO STIPULATED. |

Dated: August 31, 2009                SHEARMAN & STERLING LLP


By: _____/s/_____
         Patrick D. Robbins

Patrick D. Robbins
Mikael A. Abye
525 Market Street, Suite 1500
San Francisco, CA 94105-2723

FRESHFIELDS BRUCKHAUS
DERINGER US LLP
Paul Yde
Andrea Agathoklis
701 Pennsylvania Ave., NW
Washington, DC 20004

Attorneys for Defendant Continental Airlines, Inc.


Dated: August 31, 2009                COTCHETT, PITRE & MCCARTY


By: _____/s/*_____
         Steven N. Williams

Joseph W. Cotchett
Nanci E. Nishimura
Steven N. Williams
Aron K. Liang
Matthew K. Edling
San Francicso Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010

| | |
|---|---|
| 1 | HAUSFELD LLP |
| | Michael P. Lehmann |
| 2 | Christopher L. Lebsock |
| | Jon T. King |
| 3 | 44 Montgomery Street, Suite 3400 |
| | San Francisco, CA 94104 |
| 4 | |
| | Michael D. Hausfeld |
| 5 | 1700 K Street, NW, Suite 650 |
| | Washington, DC 20006 |
| 6 | |
| | Interim Class Counsel for the Putative Class |

## ORDER

IT IS ORDERED that defendant Continental Airlines, Inc. shall have an additional thirty (30) days, until October 2, 2009, to file an answer or otherwise respond to Plaintiffs' Consolidated Class Action Complaint.

DATED: August 31, 2009  _____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT J...

IT IS SO ORDERED
Judge Charles R. Breyer

\*        Attestation: Per General Order 45, Section X.B. I hereby attest that the concurrence in the filing of this document has been obtained from this signatory.

>                        /s/
>                  Patrick D. Robbins