IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | File No. 3:07-cv-05634-CRB<br><br>MDL No. 1913<br><br>Assigned to Hon. Charles R. Breyer<br><br>[~~PROPOSED~~] ORDER REGARDING BRIEFING ON MOTIONS TO DISMISS |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The schedule for the responses of defendants Air France, Air New Zealand, All Nippon Airways, British Airways, Cathay Pacific Airways Ltd., China Airlines, Ltd., Deutsche Lufthansa AG, Swiss International Air Lines Ltd., EVA Airways, KLM Royal Dutch Airlines, Malaysia Airlines, Philippine Airlines, Qantas Airways, SAS AB, Singapore Airlines Ltd., Thai Airways International and Vietnam Airways to the CAC, and related briefing, is as follows:

| | |
|---|---|
| November 17, 2009 | Last day for defendants to file motions to dismiss and briefs in support thereof (or Answers to the CAC). |
| January 19, 2010 | Last day for plaintiffs to file briefs in opposition to defendants' motions to dismiss. |
| February 19, 2010 | Last day for defendants to file reply briefs to plaintiffs' opposition briefs. |

2. The page limits for briefing on the above-listed defendants' motions to dismiss are as follows:

    a.    Defendants intend to file a joint brief on issues common to all defendants, such joint brief not to exceed **50 pages**; plaintiffs may file a brief in

ATTORNEYS AT LAW

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING ON MOTIONS TO DISMISS
Case No. 3:07-cv-05634-CRB

opposition to defendants' joint brief not to exceed **50 pages**; defendants may file a reply brief to plaintiffs' opposition to the joint brief not to exceed **25 pages**.

    b. Defendants may file a brief or briefs in addition to the aforementioned joint brief, on issues common to more than one but less than all defendants, any such brief(s) not to exceed **20 pages**; plaintiffs may file brief(s) in opposition to such additional brief(s) not to exceed **20 pages**; defendants may file reply brief(s) not to exceed **10 pages**.

    c. Any individual defendant may file a separate brief on issues unique to that defendant, not to exceed **10 pages**; plaintiffs may file brief(s) in opposition to any such brief(s) not to exceed **10 pages**; defendants may file reply brief(s) not to exceed **5 pages**.

Dated: _Sept. 17___, 2009

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



2