Michael P. Lehmann (77152; mlehmann@hausfeldllp.com)
Christopher L. Lebsock (184546; clebsock@hausfeldllp.com)
Jon T. King (205073; jking@cmht.com)
**HAUSFELD LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980

Michael D. Hausfeld (mhausfeld@hausfeldllp.com)
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
Nanci E. Nishimura (152621; nnishimura@cpmlegal.com)
Steven N. Williams (175489; swilliams@cpmlegal.com)
Aron K. Liang (228936; aliang@cpmlegal.com)
Matthew K. Edling (250940; medling@cpmlegal.com)
**COTCHETT, PITRE & MCCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Interim Class Counsel For The Putative Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | No. 07-CV-5634-CRB <br><br> MDL 1913 <br><br> <u>CLASS ACTION</u> |
| **This Document Relates to:** <br><br> **ALL ACTIONS** | **JOINT STIPULATION TO EXTEND DEFENDANT JAPAN AIRLINES INTERNATIONAL COMPANY, LIMITED'S TIME TO FILE RESPONSIVE PLEADING TO THE CONSOLIDATED CLASS ACTION COMPLAINT; ~~[PROPOSED]~~ ORDER** |

JOINT STIPULATION TO EXTEND DEFENDANT JAPAN AIRLINES' TIME
TO FILE RESPONSIVE PLEADING TO THE CONSOLIDATED CLASS
ACTION COMPLAINT; [PROPOSED] ORDER.

Case No. 07-cv-05634

1      Pursuant to N.D. Cal. Local Rules 6-2 and 7-11, the undersigned parties, by and through their counsel of record, hereby agree and stipulate as follows:

     WHEREAS, plaintiffs filed their Consolidated Class Action Complaint (the "CAC") on August 5, 2009

     WHEREAS, Interim class counsel for the putative class and defendant Japan Airlines International Company, Limited ("JAL") have been involved in an on-going dialog about the facts and circumstances giving rise to this litigation and believe that it is in the parties' mutual best interests to extend the time in which JAL answers or otherwise responds to the CAC;

     WHEREAS, extending the time in which JAL answers or otherwise responds to the complaint will not unduly impede the progress of this litigation in light of the stipulation between Interim class counsel and certain of the other defendants named in the complaint, which calls for completion of briefing on motions to dismiss on February 19, 2010, with a hearing to take place thereafter.

     NOW, THEREFORE, the undersigned parties STIPULATE and AGREE, and request that the Court order that JAL shall have until March 15, 2010, to file an answer or otherwise respond to Plaintiffs' CAC.

     IT IS SO STIPULATED.

Dated: September 18, 2009                                   HAUSFELD LLP

                                                              By:   Christopher L. Lebsock\_\_\_\_\_
                                                                   Michael P. Lehmann
                                                                   Christopher L. Lebsock
                                                                   Jon T. King
                                                                   44 Montgomery Street, Suite 3400
                                                                   San Francisco, CA 94104
                                                                   Telephone: (415) 633-1908
                                                                   Facsimile: (415) 358-4980

                                                                   Michael D. Hausfeld
                                                                   1700 K Street, NW, Suite 650
                                                                   Washington, DC 20006
                                                                   Telephone: (202) 540-7200

|   |   |   |
|---|---|---|
| 1 |  | Facsimile: (202) 540-7201 |
| 2 |  | COTCHETT, PITRE & MCCARTHY |
| 3 |  | Joseph W. Cotchett |
|   |  | Nanci E. Nishimura |
| 4 |  | Steven N. Williams |
|   |  | Aron K. Liang |
| 5 |  | Matthew K. Edling |
|   |  | Telephone: (650) 697-6000 |
| 6 |  | Facsimile: (650) 697-0577 |
| 7 |  | *Interim Class Counsel For The Putative Class* |
| 8 | Dated: September 18, 2009 | STEPTOE & JOHNSON LLP |
| 9 |  |  |
| 10 |  | By: _____William Karas_____ |
| 11 |  | William Karas |
|   |  | Kenneth P. Ewing |
| 12 |  | 1330 Connecticut Avenue, NW |
|   |  | Washington, DC 20036 |
| 13 |  | TEL: 202.429.3000 |
|   |  | FAX: 202.429.3902 |

### [PROPOSED] ORDER

IT IS ORDERED that defendant Japan Airlines International Company, Limited ("JAL") shall have until March 15, 2010, to file an answer or otherwise respond to Plaintiffs' Consolidated Class Action Complaint.

DATED: _____    _____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*