Paul L. Yde (Dist. of Columbia Bar No. 449751)
Andrea Agathoklis (Dist. of Columbia Bar No. 476626)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Ave., NW, Suite 600
Washington, DC 20004
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
Email: paul.yde@freshfields.com
andrea.agathoklis@freshfields.com

Admitted *Pro hac vice*

Patrick D. Robbins (State Bar No. 152288)
Mikael A. Abye (State Bar No. 233458)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105-2723
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: probbins@shearman.com
mabye@shearman.com

Attorneys for Defendant Continental Airlines, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document Relates to: ALL ACTIONS | Master File No. C 07-05634 CRB<br><br>MDL No. 1913<br><br>Assigned to Hon. Charles R. Breyer<br><br>DEFENDANT CONTINENTAL AIRLINES, INC'S OPPOSITION TO MOTION BY CERTAIN DEFENDANTS TO COORDINATE ARGUMENT AND CONSIDERATION OF ALL DEFENDANTS' MOTIONS TO DISMISS<br><br>Date: November 13, 2009<br>Time: 10:00 a.m.<br>Judge: Honorable Charles R. Breyer<br>Courtroom: No. 8, 19th Floor |

# TABLE OF CONTENTS

Page

**TABLE OF AUTHORITIES** ........ ii

I. INTRODUCTION ........ 1

II. ARGUMENT ........ 1

A. Continental's Motion to Dismiss Concerns Only Continental ........ 1

B. Delay Will Prejudice Continental ........ 1

C. The Non-Continental Defendants Need Not Expend Resources to Travel to San Francisco ........ 2

III. CONCLUSION ........ 2

# TABLE OF AUTHORITIES

**Page**

## CASES

*Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007)........................................................................ 1

## I. INTRODUCTION

Defendant Continental Airlines, Inc. ("Continental") requests the Court deny the Motion By Certain Defendants to Coordinate Argument and Consideration of All Defendants' Motions to Dismiss ("Motion to Coordinate Argument") in the above captioned case. The non-Continental Defendants who signed the Motion to Coordinate Argument have not presented the Court with a sufficient explanation as to why delay at this late hour is warranted. Continental requests expedited treatment of this matter, as counsel for Continental are scheduled to depart the Washington, DC area for travel to San Francisco at 11:55am PST on Wednesday, November 11, 2009.

## II. ARGUMENT

### A. Continental's Motion to Dismiss Concerns Only Continental

Continental's Motion to Dismiss addresses matters alleged in Plaintiffs' Consolidated Class Action Complaint ("Complaint") as to Continental exclusively. Therefore, the only necessary participants at the forthcoming oral argument are Continental and the Plaintiffs.[1] Continental's written submissions before the Court to date and oral presentation to the Court have focused and will continue to focus only upon allegations made as to Continental. While the non-Continental Defendants state that they intend to raise issues in their forthcoming submissions that are broadly similar to those which Continental already has raised in its filings (*e.g.*, the failure of Plaintiffs to satisfy the pleading requirements as set forth in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007)), this possibility does not negate the fact that the oral argument will be focused squarely on allegations Plaintiffs have directed against Continental – not to any other non-Continental Defendant.

### B. Delay Will Prejudice Continental

Continental has expended significant resources preparing for Friday's hearing. Continental believes its inclusion as a Defendant in the Complaint is inappropriate and

[1] Continental notes that Plaintiffs appear to have rejected the non-Continental Defendants' efforts to delay argument. *See* Declaration of William R. Sherman In Support of Motion by Certain Defendants to Coordinate Argument and Consideration of All Defendants' Motion to Dismiss, at 2:14-18.

Continental seeks immediately to be vindicated and dismissed from the litigation. Continental also notes it has followed the Local Rules and procedures of the Court and that the hearing date was first noticed in Continental's initial Motion to Dismiss, on October 2, 2009, more than one month ago.

### C. The Non-Continental Defendants Need Not Expend Resources to Travel to San Francisco

The non-Continental Defendants suggest that it will be inefficient "to require all defendants' counsel to travel to San Francisco for a hearing on a single defendant's motion to dismiss." Motion to Coordinate Argument at 3. Continental submits that such travel is not necessary for this Continental-specific motion. Continental notes that counsel for several of the non-Continental Defendants who signed the Motion to Coordinate Argument are based in the San Francisco area, and that transcripts are readily available to all parties soon after the hearing.

## III. CONCLUSION

Based on the foregoing, Continental respectfully requests the Court deny the Motion By Certain Defendants to Coordinate Argument and Consideration of All Defendants' Motions to Dismiss. As indicated above, Continental requests expedited treatment of this matter as counsel for Continental are scheduled to depart the Washington, DC-area for travel to San Francisco at 11:55am PST on Wednesday, November 11, 2009.

Dated: November 10, 2009

Respectfully submitted,

FRESHFIELDS BRUCKHAUS DERINGER US LLP
Paul L. Yde
Andrea Agathoklis

SHEARMAN & STERLING LLP
Patrick D. Robbins
Mikael A. Abye

By: /s/
Paul L. Yde

Attorneys for Defendant Continental Airlines, Inc.