IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | No. CV 07-5634 CRB<br><br>MDL 1913 |
| This document relates to: ALL ACTIONS | **ORDER DENYING MOTION TO COORDINATE ARGUMENT** |

Now pending before the Court is a motion of certain Defendants to postpone the hearing on Defendant Continental Airlines, Inc.'s motion to dismiss, which is now scheduled for Friday, November 13, 2009, so that it can be coordinated with certain Defendants' coordinated motions to dismiss, which have not yet been filed. Having considered the motion, as well as Defendant Continental's opposition to the motion, the Court DENIES the motion.[1] The hearing on Defendant Continental Airlines, Inc.'s motion to dismiss will go forward as scheduled tomorrow. Parties may always seek leave of the Court to participate by telephone, if they wish to do so.

**IT IS SO ORDERED.**

Dated: November 12, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] The Court does not herein take a position on the motion's alternative request that the Court defer its ruling on Continental's motion to dismiss.

G:\CRBALL\2007\5634\order re coordinating argument.wpd