**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **November 17, 2009**

**MDL-08-01913** CRB
**C-07-05634 CRB**

In re:    TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION

Attorneys:    Michael Lehman, Steven Williams, Christopher Lebsock
              Brenda DeLuigi, Paul Yde, Andrea Agathoklis

Deputy Clerk: **BARBARA ESPINOZA**          Reporter:  **Sahar McVickar**

**PROCEEDINGS:**                                                **RULING:**

1. Continental's Motion to Dismiss Consolidated Class Action Complaint        Denied

2. P's Motion to Strike Declaration of Paul Yde

3.

**ORDERED AFTER HEARING:**

Parties are to workout discovery.  The Court will entertain summary judgment as to Continental on an expedited basis.

( ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____
( ) Referred to Magistrate Judge for: _____
( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____                     Expert Discovery Cut-Off _____
Plntf to Name Experts by _____              Deft to Name Experts by _____
P/T Conference Date _____   Trial Date _____   Set for _____ days
                            Type of Trial:  ( )Jury    ( )Court

Notes: _____