IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | No. CV 07-5634 CRB <br> MDL 1913 <br> **ORDER REGARDING DISCOVERY** |
| This document relates to: ALL ACTIONS | |

Discovery shall begin forthwith.

**IT IS SO ORDERED.**

Dated: December 14, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\5634\order re discovery.wpd