IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | No. C 07-5634 CRB<br>MDL 1913<br>**ORDER VACATING MARCH 12, 2010 HEARING** |
| This document relates to: ALL ACTIONS | |

In light of the motions now pending before the Bankruptcy Court for the Southern District of New York to clarify the intended scope of the Bankruptcy Court's injunction, the hearing scheduled for March 12, 2010 is vacated. The parties are instructed to advise this Court of the Bankruptcy's Court's decision on their motions within five days from the date the decision is issued.

**IT IS SO ORDERED.**

Dated: March 9, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\5634\Order Vacating March 12 hearing.wpd