Michael P. Lehmann (77152; mlehmann@hausfeldllp.com)
Christopher L. Lebsock (184546; clebsock@hausfeldllp.com)
Jon T. King (205073; jking@cmht.com)
**HAUSFELD LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980

Michael D. Hausfeld (mhausfeld@hausfeldllp.com)
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
Nanci E. Nishimura (152621; nnishimura@cpmlegal.com)
Steven N. Williams (175489; swilliams@cpmlegal.com)
Aron K. Liang (228936; aliang@cpmlegal.com)
Matthew K. Edling (250940; medling@cpmlegal.com)
**COTCHETT, PITRE & MCCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION**<br><br>**This Document Relates to:**<br>**ALL ACTIONS** | No. 07-CV-5634-CRB<br>MDL 1913<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING DATE ON MOTION TO COMPEL** |

1
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING DATE ON
MOTION TO COMPEL

86348                                                              No. 07-CV-5634-CRB; MDL1913

1   Pursuant to Local Rules 6-2 and 7-12, plaintiffs in the above captioned matter and
2   Airline Tariff Publishing Company ("ATPCO"), through their respective counsel, hereby
3   stipulate and agree as follows:
4   WHEREAS on June 14, 2010 plaintiffs filed a Motion to Compel Airline Tariff
5   Publishing Company to Produce Data and Documents Pursuant to the January 21, 2010
6   Subpoena (Dkt. No. 392) ( the "Motion") in this matter;
7   WHEREAS ATPCO, by letter dated June 24, 2010, has offered a proposed compromise
8   to the Motion;
9   WHEREAS the hearing on the Motion is currently scheduled for July 30, 2010;
10   ATPCO's opposition to the Motion is due to be filed on July 9, 2010; and plaintiffs' reply
11   memorandum in support of the Motion is due to be filed on July 16, 2010; and
12   WHEREAS plaintiffs require sufficient time to consider ATPCO's proposed offer of
13   compromise;
14   IT IS HEREBY STIPULATED AND AGREED that the hearing on the Motion currently
15   scheduled for July 30, 2010 shall be extended to September 10, 2010 or the earliest date
16   available thereafter.
17   IT IS FURTHER STIPULATED AND AGREED that ATPCO's opposition to the
18   Motion shall be filed on August 20, 2010 and plaintiffs' reply memorandum in support of the
19   Motion shall be filed on August 27, 2010.
20   IT IS SO STIPULATED.
21   Dated:  July 8, 2010                                   Respectfully submitted,
22
                                                           *For the Plaintiffs:*
23
24
25   By:    /s/ Christopher L. Lebsock
         Christopher L. Lebsock (184546;
26       clebsock@hausfeldllp.com.com)
         Michael P. Lehmann (77152;
27       mlehmann@hausfeldllp.com)
         Jon T. King (205073; jking@hausfeldllp.com.com)
28
                                                            2

**HAUSFELD LLP**
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980

Michael D. Hausfeld (mhausfeld@hausfeldllp.com)
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

Steven N. Williams (175489;
swilliams@cpmlegal.com)
Joseph W. Cotchett (36324;
jcotchett@cpmlegal.com)
Nanci E. Nishimura (152621;
nnishimura@cpmlegal.com)
Aron K. Liang (228936; aliang@cpmlegal.com)
Matthew K. Edling (250940;
medling@cpmlegal.com)
**COTCHETT, PITRE & MCCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577


*For Airline Tariff Publishing Company ("ATPCO"):*

Dated:  July 8, 2010

By:   /s/ Jonathan B. Hill
Jonathan B. Hill     (jhill@dowlohnes.com)
J. Parker Erkmann (perkmann@dowlohnes.com)
**DOW LOHNES PLLC**
1200 New Hampshire Avenue, NW, Suite 800
Washington, D.C. 20036-6802
Telephone: (202) 776-2036
Facsimile: (202) 776-4036

3
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING DATE ON
MOTION TO COMPEL

86348                                                                                                  No. 07-CV-5634-CRB; MDL1913

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS FURTHER ORDERED THAT the motion hearing on Plaintiffs' Motion to Compel Airline Tariff Publishing Company to Produce Data and Documents Pursuant to the January 21, 2010 Subpoena (Dkt. No. 392) shall be heard before this Honorable Court on  Sept. 10 , 2010 at 10:00 a.m./p.m. on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: July 9, 2010



Honorable Charles R. Breyer
Judge of the United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

4

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING DATE ON MOTION TO COMPEL

86348

No. 07-CV-5634-CRB; MDL1913