Joseph W. Cotchett (36324;
jcotchett@cpmlegal.com)
Pete N. McCloskey (SBN 024541;
pmccloskey@cpmlegal.com)
Steven N. Williams (175489;
swilliams@cpmlegal.com)
Nanci E. Nishimura (152621;
nnishimura@cpmlegal.com)
Aron K. Liang (228936;
aliang@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile:  (650) 697-0577

Michael P. Lehmann (77152;
mlehmann@hausfeldllp.com)
Christopher Lebsock (184546;
clebsock@hausfeldllp.com)
Jon T. King (205073;
jking@hausfeldllp.com
**HAUSFELD LLP**
44 Montgomery Street
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile:  (415) 358-4980

Michael D. Hausfeld
mhausfeld@hausfeldllp.com
**HAUSFELD LLP**
1700 K Street, Suite 650
Washington, D.C. 20006
Telephone: (202) 540-7200
Facsimile:  (202) 540-7201

*Interim Co-Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | ) ) ) 1:07-CV-5634-CRB ) ) MDL 1913 |
| This Document Relates To: | ) ) |
| All Actions | ) **EXPERT STIPULATION AND** ) **[PROPOSED]ORDER** ) |

The Plaintiffs and Defendants agree as follows regarding the scope of any expert

discovery in this case, relating to both class certification and the merits, and hereby agree and

submit this stipulation and proposed order:

1.      Within three business days of any party serving any expert reports and/or expert declarations in this litigation pursuant to Fed. R. Civ. P. 26(a)(2)(B), the party or parties proffering the expert witness shall produce: the data or other information relied upon by the expert witness in forming the expert witness's opinions; any exhibits that summarize or support the expert witness's opinions; the expert witness's qualifications, including a list of all publications authored in the previous 10 years; a list of all other cases in which, during the previous four years, the expert witness has testified as an expert at trial or by deposition; a statement of the compensation to be paid for the expert witness's study and testimony in the case. "Data or other information relied upon" shall be deemed to include, but will not be limited to, underlying data, spreadsheets, computerized regression analysis and/or other underlying reports and schedules sufficient to reconstruct the expert witness's work, calculations, and/or analyses. Information should be produced electronically (via email or disc) where appropriate. Where documents have previously been produced as part of the discovery, identification by Bates number is sufficient. As to other documents relied upon by the expert, documents that are publicly available need not be produced absent specific request.

2.      Notwithstanding the foregoing and the Federal Rules of Civil Procedure, the following types of information shall *not* be the subject of discovery:

(a)      the content of communications among and between: (i) counsel and the expert and/or the expert's staff and/or supporting firms; (ii) counsel and any non-testifying expert consultant and/or the consultant's staff; (iii) the expert and other experts and/or other non-testifying expert consultants; (iv) experts and their staff and/or supporting firms; (v) non-testifying expert consultants and their staffs; (vi) the respective staffs and/or supporting firms of experts or non-testifying expert consultants and the staffs and/or supporting firms of other experts or non-testifying expert consultants.

(b)      notes, drafts, written communications or other records of preliminary work created by, or for, experts or non-testifying expert consultants.

The foregoing exclusions from discovery will not apply to any information, communications or documents upon which the expert relies as a basis for his or her opinion.

1          The parties agree to comply with this Stipulation and Order pending the Court's approval.

2     **IT IS SO STIPULATED.**

3

4     DATED: July 16, 2010               **HAUSFELD, LLP**
                                         Michael D. Hausfeld
5                                        Michael P. Lehmann
                                         Christopher Lebsock
6

7                                        By:  _____/s/ Christopher L. Lebsock_____
8                                              Christopher L. Lebsock
                                         *Interim Co-Lead Counsel for Plaintiffs*
9

10    DATED: July 16, 2010               **COTCHETT, PITRE & McCARTHY**
                                         Joseph W. Cotchett
11                                       Steven N. Williams

12
                                         By:  _____/s/ Steven N. Williams_____
13                                             Steven N. Williams
                                         *Interim Co-Lead Counsel for Plaintiffs*
14

15    DATED: July 16, 2010               **FRESHFIELDS BRUCKHAUS DERINGER
                                         US LLP**
16                                       Paul L. Yde
                                         Andrea Agathoklis
17

18                                       By:  _____/s/ Paul L. Yde_____
19                                             Paul L. Yde
                                         *Counsel for Defendant Continental Airlines, Inc.*
20

21    DATED: July 16, 2010               **LATHAM & WATKINS LLP**
                                         William R. Sherman
22                                       Charles R. Price

23
                                         By:  _____/s/ William R. Sherman_____
24                                             William R. Sherman
                                         *Counsel for Defendant Singapore Airlines Ltd.*
25

26

27

28

EXPERT STIPULATION AND [PROPOSED]
ORDER                              -3-                      CASE NO. 07-CV-06394-CRB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: July 16, 2010

**CONDON & FORSYTH LLP**
Michael J. Holland
Scott Cunningham
Roderick Margo


By: _____ /s/ Michael J. Holland _____
Michael J. Holland
*Counsel for Defendant Air New Zealand*

DATED: July 16, 2010

**LINKLATERS LLP**
James R. Warnot, Jr.
Thomas A. McGrath


By: _____ /s/ James R. Warnot Jr. _____
James R. Warnot, Jr.
*Counsel for Defendant Société Air France*

DATED: July 16, 2010

**HOLME ROBERTS & OWEN LLP**
Adam P. Brezine
Jesse W. Markham, Jr.


By: _____ /s/ Adam P. Brezine _____
Adam P. Brezine
*Counsel for Defendant All Nippon Airways*

DATED: July 16, 2010

**CONSTANTINE CANNON LLP**
Douglas E. Rosenthal
Mitchell L. Stoltz
Alysia Solow


By: _____ /s/ Douglas E. Rosenthal _____
Douglas E. Rosenthal
*Counsel for Defendant All Nippon Airways*

DATED: July 16, 2010

**DLA PIPER LLP**
David H. Bamberger
Deana L. Cairo


By: _____ /s/ David H. Bamberger _____
David H. Bamberger
*Counsel for Defendant Cathay Pacific Airways*

DATED: July 16, 2010

**SQUIRE SANDERS & DEMPSEY, LLP**
James V. Dick
Chris Gordon

By:    /s/ James V. Dick
James V. Dick
*Counsel for Defendant China Airlines*

DATED: July 16, 2010

**KIRKLAND & ELLIS LLP**
Christopher Casamassima

By:    /s/ Christopher Casamassima
Christopher Casamassima
*Counsel for Defendant EVA Airways*

DATED: July 16, 2010

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Eric Mahr
Perry A. Lange

By:    /s/ Perry A. Lange
Perry A. Lange
*Counsel for Defendants Deutsche Lufthansa AG and Swiss International Air Lines Ltd.*

DATED: July 16, 2010

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Gary A. MacDonald
Jeff VanHoorweghe

By:    /s/ Gary MacDonald
Gary MacDonald
*Counsel for Defendant KLM Royal Dutch Airlines*

DATED: July 16, 2010

**MCBREEN & SENIOR**
David A. Senior
Benjamin D. Weston

By:    /s/ David A. Senior
David A. Senior
*Counsel for Defendant Malaysia Airlines*

DATED: July 16, 2010

**BAKER & MILLER PLLC**
W. Todd Miller
Kimberly N. Shaw

By: _____/s/ W. Todd Miller_____
W. Todd Miller
*Counsel for Defendant Qantas Airways*

DATED: July 16, 2010

**COVINGTON & BURLING LLP**
Anita Stork
Michael Fanelli

By: _____/s/ Anita Stork_____
Anita Stork
*Counsel for Defendant Philippine Airlines*

DATED: July 16, 2010

**CROWELL & MORING LLP**
George Ruttinger

By: _____/s/ George Ruttinger_____
George Ruttinger
*Counsel for Defendant SAS AB*

DATED: July 16, 2010

**CRAVATH, SWAINE & MOORE LLP**
Ronald S. Rolfe
Rowan D. Wilson
K. Timothy Kline

By: _____/s/ Ronald S. Rolfe_____
Ronald S. Rolfe
*Counsel for Defendant Thai Airways International
Public Company Limited*

1    DATED: July 16, 2010                 **HOGAN LOVELLS**
                                          Robert Hawk
2                                         Megan Dixon

3
                                          By: _____/s/ Robert Hawk____
4                                                      Robert Hawk
                                          *Counsel for Defendant Vietnam Airlines*
5

6    DATED: July 16, 2010                 **STEPTOE & JOHNSON LLP**
                                          William Karas
7                                         Kenneth P. Ewing

8
                                          By: _____
9                                                     William Karas
                                          *Counsel for Defendant Japan Airlines*
10                                        *International*

11

12

13   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

14

15   DATED:__ July 20, 2010_____

16                                        JUDGE CHA
                                          UNITE         IT IS SO ORDERED      RT

17

18                                                 Judge Charles R. Breyer

19

20

21

22

23

24

25

26

27

28

---
EXPERT STIPULATION AND [PROPOSED]
ORDER                                  -7-                    CASE NO. 07-CV-06394-CRB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF FED. R. CIV. P. 30(B)(6) DEPOSITION OF _____