Michael P. Lehmann (77152; mlehmann@hausfeldllp.com)
Christopher L. Lebsock (184546; clebsock@hausfeldllp.com)
Jon T. King (205073; jking@cmht.com)
**HAUSFELD LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980

Michael D. Hausfeld (mhausfeld@hausfeldllp.com)
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
Nanci E. Nishimura (152621; nnishimura@cpmlegal.com)
Steven N. Williams (175489; swilliams@cpmlegal.com)
Aron K. Liang (228936; aliang@cpmlegal.com)
Matthew K. Edling (250940; medling@cpmlegal.com)
**COTCHETT, PITRE & MCCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION**<br><br>**This Document Relates to:**<br>**ALL ACTIONS** | No. 07-CV-5634-CRB<br>MDL 1913<br><br><u>CLASS ACTION</u><br><br>JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING DATE ON MOTION TO COMPEL |

1  Pursuant to Local Rules 6-2 and 7-12, plaintiffs in the above captioned matter and Airline Tariff Publishing Company ("ATPCO"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS on June 14, 2010 plaintiffs filed a Motion to Compel Airline Tariff Publishing Company to Produce Data and Documents Pursuant to the January 21, 2010 Subpoena (Dkt. No. 392) (the "Motion") in this matter;

WHEREAS ATPCO, by letter dated June 24, 2010, has offered a proposed compromise to the Motion;

WHEREAS the hearing on the Motion is currently scheduled for September 10, 2010; and

WHEREAS plaintiffs and ATPCO are working cooperatively toward a compromise of the Motion;

IT IS HEREBY STIPULATED AND AGREED that the hearing on the Motion currently scheduled for September 10, 2010 shall be extended to September 24, 2010.

IT IS FURTHER STIPULATED AND AGREED that, in accordance with the Local Rules, ATPCO's opposition to the Motion shall be filed on September 3, 2010 and plaintiffs' reply memorandum in support of the Motion shall be filed on September 10, 2010.

IT IS SO STIPULATED.

Dated:  August 19, 2010                               Respectfully submitted,

*For the Plaintiffs:*


By:  */s/*Christopher L. Lebsock
     Christopher L. Lebsock (184546;
     clebsock@hausfeldllp.com.com)
     Michael P. Lehmann (77152;
     mlehmann@hausfeldllp.com)
     Jon T. King (205073; jking@hausfeldllp.com.com)
     **HAUSFELD LLP**
     44 Montgomery Street
     Suite 3400

|   |   |
|---|---|
| 1 | San Francisco, CA 94104 |
| 2 | Telephone: (415) 633-1908 |
|   | Facsimile: (415) 358-4980 |

Michael D. Hausfeld (mhausfeld@hausfeldllp.com)
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

Steven N. Williams (175489; swilliams@cpmlegal.com)
Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
Nanci E. Nishimura (152621; nnishimura@cpmlegal.com)
Aron K. Liang (228936; aliang@cpmlegal.com)
Matthew K. Edling (250940; medling@cpmlegal.com)
**COTCHETT, PITRE & MCCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*For Airline Tariff Publishing Company ("ATPCO"):*

Dated: August 19, 2010

By: */s/*Jonathan B. Hill
Jonathan B. Hill (jhill@dowlohnes.com)
J. Parker Erkmann (perkmann@dowlohnes.com)
**DOW LOHNES PLLC**
1200 New Hampshire Avenue, NW, Suite 800
Washington, D.C. 20036-6802
Telephone: (202) 776-2036
Facsimile: (202) 776-4036

3
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING DATE ON MOTION TO COMPEL

88986                                                                                 No. 07-CV-5634-CRB; MDL1913

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS FURTHER ORDERED THAT the motion hearing on Plaintiffs' Motion to Compel Airline Tariff Publishing Company to Produce Data and Documents Pursuant to the January 21, 2010 Subpoena (Dkt. No. 392) shall be heard before this Honorable Court on **September 24, 2010** at 10 a.m. on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 26, 2010         _____

Honorable Charles R. Breyer
Judge of the United States District Court

