# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION**<br><br>**This Document Relates to:**<br>**ALL ACTIONS** | File No. 3:07-cv-05634-CRB<br><br>MDL No. 1913<br><br>[PROPOSED] **ORDER SETTING HEARING DATES FOR DEFENDANTS' MOTION TO STAY, DEFENDANTS' MOTIONS TO DISMISS, AND CASE MANAGEMENT CONFERENCE**<br><br>Date:     Not Scheduled<br>Time:    Not Scheduled<br>Judge:   Hon. Charles R. Breyer |

IT IS ORDERED THAT the motion hearing on Defendants' Motion to Stay Proceedings shall be heard before this Honorable Court on ___November 1__, 2010 at _1:00___ a./p.m. on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

IT IS FURTHER ORDERED THAT the motion hearing on Defendants' Motions to Dismiss and the Case Management Conference shall be heard before this Honorable Court on __November 1__, 2010 at _1:00___ a./p.m. on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: _____August 26_, 2010

IT IS SO ORDERED
Judge Charles R. Breyer