G. Scott Emblidge (121613; Emblidge@mesllp.com)
Sylvia M. Sokol (200126; Sokol@mesllp.com)
Matthew Yan (257918; yan@mesllp.com)
MOSCONE EMBLIDGE & SATER LLP
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone:    (415) 362-3599
Facsimile:     (415) 362-2006

*Counsel for Plaintiff Caroline Joy*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Civil Case No. 3:07-cv-05634-CRB |
| | Civil Case No. 3:07-cv-06394-CRB |
| This Document Relates to: | MDL No. 1913 |
| *Joy v. Air France et al.* 10-cv-04137-CRB | **STIPULATION AND ORDER REGARDING WAIVER OF SERVICE OF SUMMONS** |

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1.     Plaintiff Caroline Joy recently filed *Joy v. Air France et al.*, N.D. Cal. Case No. 10-cv-04137 (CRB);

2.     In order to save the expense of serving a summons and complaint in this case, Defendants waive service of summons in this action, and any objection based on the absence of a summons or of service.

3.     Defendants need not answer the Joy complaint.

---

Stipulation And [Proposed] Order Re: Waiver of Service of Summons

CASE NO. 3:07-CV-05634 CRB
CASE NO. 3:07-CV-06394 CRB

4. Plaintiff Joy shall be bound by any previous Court orders in this matter, and by any ruling by the Court on pending or future motions, including Defendants' motions to dismiss.

5. Plaintiff Joy shall abide by any previous agreements between counsel for Plaintiffs and Defendants.

IT IS SO STIPULATED.

Dated:  December 3, 2010                    Respectfully submitted,

By:  */s/ Sylvia M. Sokol*
Sylvia M. Sokol (200126; sokol@mesllp.com)
G. Scott Emblidge (121613; emblidge@mesllp.com)
Matthew Yan (257918; yan@mesllp.com)
**MOSCONE EMBLIDGE & SATER LLP**
220 Montgomery Street, Suite 2100
San Francisco, CA  94104
Telephone:  (415) 362-3599
Facsimile:  (415) 362-2006
*Counsel for Plaintiff Caroline Joy*

*/s/ George Ruttinger*
George Ruttinger
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.624.2670
Facsimile: 202.628.5116
Email: gruttinger@crowell.com

Michael Goldman
SILVERBERG GOLDMAN & BIKOFF LLP
Georgetown Place
1101 30th Street, NW, Suite 120
Washington, DC 20007
Telephone: 202.944.3300
Facsimile: 202.944.3306
Email: mgoldman@sgbdc.com
*Counsel for Defendant SAS AB*

*/s/ Michael J. Holland*
Michael J. Holland
CONDON & FORSYTH LLP
7 Times Square

*/s/ James Warnot*
James Warnot
Thomas McGrath
LINKLATERS LLP
1345 Avenue Of The Americas
New York, NY 10105
Telephone: 212.903.9000
Facsimile: 212.903.9100
Email: james.warnot@linklaters.com
*Counsel for Defendant Societe Air France*

*/s/ Douglas E. Rosenthal*
Douglas E. Rosenthal
Mitchell L. Stoltz
Alysia Solow

| Stipulation and [Proposed] Order re: Waiver of Service of Summons | -2- | CASE NO. 3:07-CV-05634 CRB<br>CASE NO. 3:07-CV-06394 CRB |
|---|---|---|

| | |
|---|---|
| New York, NY 10036<br>Telephone: 212.894.6740<br>Facsimile: 212.370.4482<br>Email: mholland@condonlaw.com<br><br>Scott Cunningham<br>Roderick Margo<br>CONDON & FORSYTH LLP<br>1901 Avenue of the Stars, Suite 850<br>Los Angeles, CA 90067<br>Telephone: 310.557.2030<br>Facsimile: 310.557.1299<br>Email: scunningham@condonlaw.com<br>*Counsel for Defendant Air New Zealand* | CONSTANTINE CANNON LLP<br>1627 Eye Street, N.W., 10th Floor<br>Washington, DC 20006<br>Telephone: 202.204.3510<br>Facsimile: 202.304.3501<br>Email: drosenthal@constantinecannon.com<br><br>Jesse W. Markham, Jr.<br>Adam Brezine<br>HOLME ROBERTS & OWEN LLP<br>560 Mission Street, 25th Floor<br>San Francisco, CA 94105<br>Telephone: 415.268.1958<br>Facsimile: 415.268.1999<br>Email: jesse.markham@hro.com<br>*Counsel for Defendant All Nippon Airways* |
| */s/ William R. Sherman*<br>William R. Sherman<br>Charles R. Price<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, D.C. 20004-1304<br>Telephone: +1.202.637.2200<br>Facsimile: +1.202.637.2201<br>Email: william.sherman@lw.com<br>*Counsel for Defendant Singapore Airlines Ltd.* | */s/ David H. Bamberger*<br>David H. Bamberger<br>Deana L. Cairo<br>DLA PIPER LLP (US)<br>500 8th Street, NW<br>Washington, DC 20004<br>Telephone: 202.799.4000<br>Facsimile: 202.799.5000<br>Email: david.bamberger@dlapiper.com<br>*Counsel for Defendant Cathay Pacific Airways Ltd.* |
| */s/ James V. Dick*<br>James V. Dick<br>Chris Gordon<br>SQUIRE, SANDERS & DEMPSEY LLP<br>1201 Pennsylvania Avenue, N.W.<br>Washington, DC 20004.2401<br>Telephone: 202.626.6714<br>Facsimile: 202.626.6780<br>Email: jdick@ssd.com<br>*Counsel for Defendant China Airlines, Ltd.* | */s/ Mark Flanagan*<br>Mark Flanagan<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>1117 California Avenue<br>Palo Alto, CA 94304<br>Telephone: 650.858.6047<br>Facsimile: 650.858.6100<br>Email: mark.flanagan@wilmerhale.com<br><br>Eric Mahr<br>Rachel Stutz<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Telephone: 202.663.6000 |

Stipulation and [Proposed] Order re: Waiver of Service of Summons   -3-   CASE NO. 3:07-CV-05634 CRB
CASE NO. 3:07-CV-06394 CRB

Facsimile: 202.663.6363
Email: eric.mahr@wilmerhale.com
*Counsel for Defendants Deutsche Lufthansa AG and Swiss International Air Lines Ltd.*

*/s/ Christopher Casamassima*
Christopher Casamassima
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, CA 90017
Telephone: 213.680.8353
Facsimile: 213.680.8500
Email: ccasamassima@kirkland.com
*Counsel for Defendant EVA Airways*

*/s/ Gary MacDonald*
Gary MacDonald
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, D.C. 20005
Telephone: 202.371.7000
Facsimile: 202.393.5760
Email: gary.macdonald@skadden.com
*Counsel for Defendant KLM Royal Dutch Airlines*

*/s/ David A. Senior*
David A. Senior
Benjamin D. Weston
MCBREEN & SENIOR
2029 Century Park East
Third Floor
Los Angeles, CA 90067
Telephone: 310.552.5300
Facsimile: 310.552.1205
Email: dsenior@mcbreensenior.com
*Counsel for Defendant Malaysia Airlines*

*/s/ Anita Stork*
Anita Stork
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone: 415.591.7050
Facsimile: 415.591.6091
Email: astork@cov.com

Michael Fanelli
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue
NW Washington, DC 20004-2401
Telephone: 202.662.5383
Facsimile: 202.662.6291
Email: mfanelli@cov.com
*Counsel for Defendant Philippine Airlines*

*/s/ W. Todd Miller*
W. Todd Miller
Kimberly N. Shaw
BAKER & MILLER PLLC
2401 Pennsylvania Ave., NW #300
Washington, DC 20037
Telephone: 202.663.7822
Facsimile: 202.663.7849
Facsimile: 202.795.9413

*/s/ Kenneth P. Ewing*
Kenneth P. Ewing
William Karas
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: 202.429.3000
Facsimile: 212.429.3202
Email: kewing@steptoe.com

Stipulation and [Proposed] Order re: Waiver of Service of Summons — -4- — CASE NO. 3:07-CV-05634 CRB / CASE NO. 3:07-CV-06394 CRB

Email: tmiller@bakerandmiller.com
*Counsel for Defendant Qantas Airways*

*Counsel for Defendant Japan Airlines International*

*/s/ Ronald S. Rolfe*
Ronald S. Rolfe
Rowan D. Wilson
Timothy K. Kline
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: 212.474.1714
Facsimile: 212.474.3700
Email: rrolfe@cravath.com
*Counsel for Defendant Thai Airways International*

*/s/ Robert Hawk*
Robert Hawk
HOGAN & HARTSON LLP
525 University Avenue, 4th Floor
Palo Alto, CA 94301
Telephone: 650.463.4008
Facsimile: 650.463.4199
Email: rbhawk@hhlaw.com

Megan Dixon
HOGAN & HARTSON LLP
4 Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: 415.374.2305
Facsimile: 415.374.2499
Email: mdixon@hhlaw.com
*Counsel for Defendant Vietnam Airways*

*/s/ Patrick D. Robbins*
Patrick D. Robbins
Mikael A. Abye
SHEARMAN & STERLING LLP
525 Market Street
San Francisco, CA 94105
Telephone: 415.616.1100
Facsimile: 415.616.1199
Email: probbins@shearman.com

Paul L. Yde
Andrea Agathoklis
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20004
Telephone: 202.777.4530
Facsimile: 202.777.4555
Email: paul.yde@freshfields.com
*Counsel for Defendant Continental Airlines, Inc.*

**ORDER**

IT IS SO ORDERED.

DATED: December 7, 2010

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE