Jay L. Himes (State Bar No. 1236934)
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477
Email: jhimes@labaton.com

*Attorney for Plaintiff Rachel Diller*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | MDL No. 1913<br>Master File No.: Case No. CV 07-5634 CRB |
| This Document Relates to:<br>ALL ACTIONS | MOTION BY LABATON SUCHAROW LLP FOR AN ORDER DIRECTING THE WITHDRAWAL OF MORISSA R. FALK AS COUNSEL FOR PLAINTIFF RACHEL DILLER |

Labaton Sucharow LLP respectfully applies for an Order of the Court directing the withdrawal of Morissa R. Falk as counsel of record for Plaintiff Rachel Diller in the above-referenced action, pursuant to Northern District of California Local Rule 11-5(a).  In support of its motion, Labaton Sucharow LLP states:

1. Plaintiff Rachel Diller is represented by, among other law firms, Labaton Sucharow LLP.

2. Morissa R. Falk, formerly an associate attorney with Labaton Sucharow LLP, appeared on behalf of Rachel Diller on August 13, 2009 (D.E. 212), pursuant to the Order entered on March 17, 2008 (D.E. 98).

3. Morissa R. Falk also appeared on behalf of Rachel Diller in MDL No. 08-md-01913 on September 1, 2009 (D.E. 65), pursuant to the Order entered March 17, 2008 (Master File Case No. CV 07-5634 CRB (D.E. 98).

4. Morissa R. Falk is no longer associated with Labaton Sucharow LLP.

5. Labaton Sucharow LLP continues to represent Plaintiff Rachel Diller through Labaton Sucharow LLP attorney Jay L. Himes, a member of the firm.

6. The withdrawal of Morissa R. Falk as one of the counsel for Plaintiff Rachel Diller will not jeopardize Plaintiff's case or otherwise negatively impact the legal representation in this case. Nor will it result in any delay or other circumstances causing prejudice to any other party.

Accordingly, Labaton Sucharow LLP respectfully requests that the Court enter an Order directing Morissa R. Falk's withdrawal as counsel for Plaintiff Rachel Diller and discharging Morissa R. Falk from all further obligation and responsibility in these referenced actions.

Dated: January 4, 2011

Respectfully submitted,

/s/ Jay L. Himes
Jay L. Himes (State Bar No. 1236934)
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Tel: 212-907-0700
Fax: 212-818-0477
Email: jhimes@labaton.com

*Attorney for Plaintiff Rachel Diller*

MOTION BY LABATON SUCHAROW LLP FOR AN ORDER DIRECTING THE
WITHDRAWAL OF MORISSA R. FALK AS COUNSEL FOR PLAINTIFF RACHEL DILLER
[CASE NO. C 07-5634 CRB]

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2011, I electronically filed the foregoing **Motion by Labaton Sucharow LLP for an Order Directing the Withdrawal of Morissa R. Falk as Counsel for Plaintiff Rachel Diller** with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record.

DATED:  January 4, 2011

/s/ Jay L. Himes
Jay L. Himes (State Bar No. 1236934)
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Tel: 212-907-0700
Fax: 212-818-0477
Email: jhimes@labaton.com

Motion by Labaton Sucharow LLP for an Order Directing the Withdrawal of Morissa R. Falk as Counsel For Plaintiff Rachel Diller [Case No. C 07-5634 CRB]

3