Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
Steven N. Williams (175489; swilliams@cpmlegal.com)
Nanci E. Nishimura (152621; nnishimura@cpmlegal.com)
Aron K. Liang (228936; aliang@cpmlegal.com)
Douglas Y. Park (233398; dpark@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**, **LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Fax:(650) 697-0577

*Attorneys for Plaintiffs Wortman, Adams and Garcia,*
 *and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA**, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>          vs.<br><br>**AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES,**<br><br>                    Defendants | Case No. 07-cv-05634-CRB<br><br>MDL No. 1913<br><br><br><br><br>**NOTICE OF CHANGE OF FIRM NAME** |

**NOTICE OF CHANGE OF FIRM NAME, Case No. 07-cv-05634-CRB**

1  TO THE COURT AND ALL PARTIES OF RECORD:

2      COTCHETT, PITRE & McCARTHY hereby advises the Court and all parties in this

3  matter that as of January 3, 2011, the firm's new name is:

4            **COTCHETT, PITRE & McCARTHY, LLP**

5      The address, telephone, and facsimile numbers will remain the same.

6

7  Dated: February 24, 2011          COTCHETT, PITRE & McCARTHY, LLP

8

9                                              By:    */s/ Steven N. Williams*