1  Seth R. Gassman (State Bar No. 4227294)
   LABATON SUCHAROW LLP
2  140 Broadway
   New York, NY 10005
3  Telephone: 212-907-0700
   Facsimile: 212-818-0477
4  Email: sgassman@labaton.com

5  *Attorney for Plaintiff Rachel Diller*

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | ) MDL: No. 1913 ) ) Master File No.: Case No. CV 07-5634 CRB ) |
| **This Document Relates to:** **ALL ACTIONS** | ) **NOTICE OF APPEARANCE** ) **OF SETH R. GASSMAN** ) ) |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Seth R. Gassman of Labaton Sucharow LLP hereby appears as counsel for Plaintiff Rachel Diller in the above-captioned matter.

Dated: March 10, 2011                             Respectfully submitted,

                                                  /s/ Seth R. Gassman
                                                  Seth R. Gassman (State Bar No. 4227294)
                                                  LABATON SUCHAROW LLP
                                                  140 Broadway
                                                  New York, NY 10005
                                                  Tel: 212-907-0700
                                                  Fax: 212-818-0477
                                                  Email: sgassman@labaton.com

                                                  *Attorney for Plaintiff Rachel Diller*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on March 10, 2011, a true and correct copy of the foregoing **Notice of Appearance of Seth R. Gassman** was filed electronically with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                /s/ Seth R. Gassman
                                                Seth R. Gassman