Allan Steyer (State Bar No.100318)
D. Scott Macrae (State Bar No. 104663)
Michelle Akerman (State Bar No. 265022)
STEYER LOWENTHAL BOODROOKAS
  ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email: asteyer@steyerlaw.com
       smacrae@bamlawlj.com
       makerman@steyerlaw.com

*Attorneys for Plaintiff Rachel Diller*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | **Case No. 3:07-cv-05634 CRB** <br> **MDL No. 1913** <br> **NOTICE OF CHANGE IN COUNSEL** |
| **This Document Relates to:** <br> **ALL ACTIONS** | |

NOTICE OF CHANGE IN COUNSEL
Case No. 3:07-cv-05634 CRB
S:\Transpacific Passenger\Pleadings\Notice of change in counsel - SRG.wpd

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Simon R. Goodfellow is no longer associated with the firm of Steyer Lowenthal Boodrookas Alvarez & Smith LLP, and is hereby withdrawn as counsel for plaintiff Rachel Diller in the above-captioned action.  Steyer Lowenthal Boodrookas Alvarez & Smith LLP, through the undersigned counsel of record, continues to serve as counsel for plaintiff Rachel Diller.

Dated: April 4, 2011				Respectfully submitted,

 /s/ Allan Steyer
Allan Steyer (State Bar No. 100318)
D. Scott Macrae (State Bar No. 104663)
Michelle Akerman (State Bar No. 265022)
STEYER LOWENTHAL BOODROOKAS
  ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA 94111
Tel: 415-421-3400
Fax: 415-421-2234
Email: asteyer@steyerlaw.com
           smacrae@bamlawlj.com
           makerman@steyerlaw.com

*Attorneys for Plaintiff Rachel Diller*

1

NOTICE OF CHANGE IN COUNSEL
Case No. 3:07-cv-05634 CRB
S:\Transpacific Passenger\Pleadings\Notice of change in counsel - SRG.wpd

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2011, I electronically filed the foregoing **NOTICE OF CHANGE IN COUNSEL** with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record registered for electronic filing.

/s/ Linda Rorem
Linda Rorem