1  Joseph J. Tabacco, Jr. (75484)
2  Christopher Heffelfinger (118058)
   Matthew Pearson (235339)
3  **BERMAN DeVALERIO**
   One California Street, Suite 900
4  San Francisco, CA 94111
   Telephone: (415) 433-3200
5  Facsimile: (415) 433-6382
   jtabacco@bermandevalerio.com
6  cheffelfinger@bermandevalerio.com
   mpearson@bermandevalerio.com

7  **Attorneys for Plaintiff Reiko Hirai**

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12
13  IN RE TRANSPACIFIC PASSENGER AIR      ) Master File No. 07-CV-05634-CRB
    TRANSPORTATION ANTITRUST             ) MDL No. 1913
14  LITIGATION                           )
                                         ) **NOTICE OF CHANGE OF ADDRESS**
15  This document relates to:            )
                                         )
16       ALL ACTIONS.                    )
                                         )
17                                       )
                                         )
18

[07-CV-05634-CRB] NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective immediately, the Palm Beach Gardens, Florida office of Berman DeValerio has relocated. Contact information is as follows:

> Berman DeValerio
> 3507 Kyoto Gardens Drive, Suite 200
> Palm Beach Gardens, Florida  33410

The firm's telephone number, fax number and e-mail addresses, as well as the Boston and San Francisco addresses, remain the same.

Dated:  April 4, 2011                              **BERMAN DeVALERIO**

By:     /s/ Christopher T. Heffelfinger
         Christopher T. Heffelfinger

Joseph J. Tabacco, Jr.
Matthew Pearson
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
jtabacco@bermandevalerio.com
cheffelfinger@bermandevalerio.com
mpearson@bermandevalerio.com

Manuel J. Dominguez
**BERMAN DeVALERIO**
3507 Kyoto Gardens Drive, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 835-9400
Facsimile:  (561) 835-0322
mdominguez@bermandevalerio.com

**Attorneys for Plaintiff Reiko Hirai**