Douglas E. Rosenthal
Robert S. Schwartz
Mitchell L. Stoltz
Alysia A. Solow
Rick Dumas-Eymard
CONSTANTINE CANNON LLP
One Franklin Square
1301 K Street, N.W., Suite 1050 East
Washington, DC 20005
Telephone: 202.204.3510
Facsimile:  202.304.3501
Email: drosenthal@constantinecannon.com
*Attorneys for Defendant All Nippon Airways*

Jesse W. Markham, Jr.
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: 415.268.1958
Facsimile:  415.268.1999
Email: jesse.markham@hro.com
*Attorneys for Defendant All Nippon Airways Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document Relates To:  All Actions | **CASE NO.  07-CV-5634-CRB**<br><br>**MDL No. 1913**<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

---
Defendant All Nippon Airways Co. Ltd.'s Notice of Substitution of Counsel          Case No. 07-CV-5634-CRB

#56646 v1 saf

1 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2 | Please take notice that Adam Brezine, attorney of record for Defendant All Nippon Airways

3 | Co., Ltd., will be substituted as counsel and replaced by Douglas E. Rosenthal for the above-

4 | referenced case.

5 | Dated: April 6, 2011

6 | */s/ Douglas E. Rosenthal*
Douglas E. Rosenthal
7 | Robert S. Schwartz
8 | Mitchell L. Stoltz
Alysia A. Solow
9 | Rick Dumas-Eymard
CONSTANTINE CANNON LLP
10 | One Franklin Square
11 | 1301 K Street, N.W., Suite 1050 East
Washington, DC 20005
12 | Telephone: 202.204.3510
Facsimile:  202.304.3501
13 | Email: drosenthal@constantinecannon.com
14 |
Jesse W. Markham, Jr.
15 | HOLME ROBERTS & OWEN LLP
16 | 560 Mission Street, 25th Floor
San Francisco, CA 94105
17 | Telephone: 415.268.1958
Facsimile:  415.268.1999
18 | Email: jesse.markham@hro.com
19 | *Counsel for Defendant All Nippon Airways Co., Ltd.*

1

Defendant All Nippon Airways Co. Ltd.'s Notice of Substitution of Counsel        Case No. 07-CV-5634-CRB

#56646 v1 saf

1 | **GENERAL ORDER 45 ATTESTATION**

2 |       I, Jesse W. Markham, Jr., hereby attest, pursuant to N.D. Cal. General Order No. 45,

3 | that concurrence to the filing of this document has been obtained from each signatory hereto.

                          /s/          Jesse W. Markham, Jr.

2

Defendant All Nippon Airways Co. Ltd.'s Notice of Substitution of Counsel      Case No. 07-CV-5634-CRB

#56646 v1 saf