1  ROWAN D. WILSON
   CRAVATH, SWAINE & MOORE LLP
2  Worldwide Plaza
   825 Eighth Avenue
3  New York, New York 10019
   Telephone: (212) 474-1000
4  Facsimile: (212) 474-3700
   rwilson@cravath.com
5
   *Attorney for Defendant*
6  *Thai Airways International*
   *Public Company Ltd.*

7

**FILED**

MAY 25 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST 13  LITIGATION | File No. 3:07-cv-05634-CRB  MDL No. 1913 |
| 14  This Document Relates to: ALL ACTIONS 15 16 | **DEFENDANT THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY LTD.'S REPRESENTATION STATEMENT** |

17

18

19

20

21

22

23

24

25

26

27

28

1

## REPRESENTATION STATEMENT

Pursuant to F.R.A.P. 12(b) and Circuit Rule 3-2, undersigned counsel hereby states

that undersigned counsel represents Thai Airways International Public Company Ltd., and no

other party. The following is a list of all other remaining parties to the action in the district court

and their counsel.

*Counsel for All Plaintiffs*

**Michael P. Lehmann**
**Christopher L. Lebsock**
**Jon T. King**
Hausfeld LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
(415) 633-1949
mlehmann@hausfeldllp.com
clebsock@hausfeldllp.com
jking@hausfeldllp.com

**Michael D. Hausfeld**
**Megan E. Jones**
Hausfeld LLP
1700 K Street NW
Suite 650
Washington, DC 20006
(202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeldllp.com
mjones@hausfeldllp.com

**Joseph W. Cotchett**
**Matthew K. Edling**
**Aron K. Liang**
**Naci E. Nishimura**
**Steven Noel Williams**
Cotchett Pitre & McCarthy LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
650-697-6000
Fax: 650-697-0577
jcotchett@cpmlegal.com
medling@cpmlegal.com
aliang@cpmlegal.com
nnishimura@cpsmlaw.com
swilliams@cpmlegal.com

REPRESENTATION STATEMENT                    1                    C-07-CV-05634-CRB

1   *Counsel for Plaintiff Donald Wortman*

2   **Elizabeth Lane Crooke**          **Aaron M. Sheanin**
    **Richard Pollard Kinnan**         Girard Gibbs LLP
3   **Walter John Lack**               601 California Street
    Engstrom, Lipscomb & Lack          Suite 1400
4   10100 Santa Monica Blvd., 16th Floor   San Francisco, CA 94108
    Los Angeles, CA 90067              415-981-4800
5   310-552-3800x313                   Fax: 415-981-4846
    Fax: 310-552-9434                  asheanin@pswplaw.com
6   bcrooke@elllaw.com
    rkinnan@elllaw.com
7   wlack@elllaw.com

8

9   *Counsel for Plaintiff William Adams*

10  **Elizabeth Lane Crooke**
    **Richard Pollard Kinnan**
11  **Walter John Lack**
    (See above for address)

12

13  *Counsel for Plaintiff Margaret Garcia*

14  **Elizabeth Lane Crooke**
    **Richard Pollard Kinnan**
15  **Walter John Lack**
    (See above for address)
16

17  *Counsel for Plaintiff Brenden G. Maloof*

18
    **Derek G. Howard**
19  Minami Tamaki LLP
    360 Post Street
20  8th Floor
    San Francisco, CA 94108
21  415-788-9000
    Fax: 415-398-3887
22  dhoward@minamitamaki.com

23

24  *Counsel for Plaintiff Robert Casteel, III*

25  **Reginald Von Terrell**          **Sharron Williams Gelobter**
    The Terrell Law Group             Yurumein Law Firm
26  Post Office Box 13315, PMB #148   1736 Franklin Street, 10th Floor
    Oakland, CA 94661                 Oakland, CA 94612
27  510-237-9700                      510-288-8686
    Fax: 510-237-4616                 Fax: 775-522-6586
28  reggiet2@aol.com

REPRESENTATION STATEMENT                2                    C-07-CV-05634-CRB

1 | *Counsel for Plaintiff Micah Abrams*

2 | **Craig C. Corbitt**
Zelle Hofmann Voelbel & Mason LLP
3 | 44 Montgomery Street
4 | Suite 3400
San Francisco, CA 94104
5 | 415-693-0700
Fax: 415-693-0770
6 | ccorbitt@zelle.com

7

8 | *Counsel for Plaintiff Martin Kaufman*

**Jennie Lee Anderson**
Andrus Anderson LLP
155 Montgomery Street
Suite 900
San Francisco, CA 94104
415-986-1400
Fax: 415-986-1474
jennie@andrusanderson.com

9 | **Mario Nunzio Alioto**
**Lauren Clare Russell**
10 | Trump Alioto Trump & Prescott LLP
11 | 2280 Union Street
San Francisco, CA 94123
12 | 415-563-7200
Fax: 415-346-0679
13 | malioto@tatp.com
laurenrussell@tatp.com
14

**Sherman Kassof**
Law Offices of Sherman Kassof
954 Risa Road
Suite B
Lafayette, CA 94549
510-652-2554
Fax: 510-652-9308
heevay@att.net

15 | **Joseph Mario Patane**
Law Office of Joseph M. Patane
16 | 2280 Union Street
San Francisco, CA 94123
17 | 415-563-7200
Fax: 415-346-0679
18 | jpatane@tatp.com

19

20

21

22

23

24

25

26

27

28

REPRESENTATION STATEMENT     3     C-07-CV-05634-CRB

*Counsel for Plaintiff Rachel Diller*

**Jay L. Himes**
**Seth R. Gassman**
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
(212) 907-0700
Fax: (212) 818-0477
jhimes@labaton.com
sgassman@labaton.com

**Daniel Cohen**
Cuneo Gilbert & LaDuca, LLP
507 C Street NE
Washington, DC 20002
202-789-3960
danielc@cuneolaw.com

**Allan Steyer**
**Michelle Akerman**
Steyer Lowenthal Boodrookas Alvarez &
Smith LLP
One California Street, Suite 300
San Francisco, CA 94111
415-421-3400
Fax: (415) 421-2234
asteyer@steyerlaw.com
makerman@steyerlaw.com

**Brian P. Murray**
**Lee Albert**
Murray, Frank & Sailer LLP
275 Madison Avenue, 8th Floor
New York, NY 10016
212-682-1818
Fax: 212-682-1892
bmurray@murrayfrank.com
lalbert@murrayfrank.com

**Steven A. Kanner**
**William Henry London**
Freed Kanner London & Millen LLC
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015
224-632-4500
Fax: 224-632-4519
kanner@fklmlaw.com
wlondon@fklmlaw.com

**Kimberly Ann Kralowec**
The Kralowec Law Group
188 The Embarcadero, Suite 800
San Francisco, CA 94105
415-546-6800
Fax: 415-546-6801
kkralowec@kraloweclaw.com

**Robert G. Eisler**
Cohen, Milstein, Hausfeld & Toll, PLLC
150 East 52nd Street
30th Floor
New York, NY 10022
212-838-7797
Fax: 212-838-7745
reisler@gelaw.com

*Counsel for Plaintiff Lori Barrett*

**Jeff S. Westerman**
Milberg LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
213-617-1200
Fax: 213-617-1975
jwesterman@milberg.com

**Peter G.A. Safirstein**
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119-0165
212-594-5300
Fax: 212-868-1229
psafirstein@milberg.com

1  *Counsel for Plaintiff Clyde H. Campbell*

2  **Phillip Alden Baker**
   Baker, Keener & Nahra
3  633 W. 5th Street
   Suite 5400
4  Los Angeles, CA 90071
5  213-241-0900
   Fax: 213-241-0990
6  pbaker@bknlawyers.com

7

8  *Counsel for Plaintiff Matthew Evans*

9  **Phillip Alden Baker**
   (See above for address)
10

11 *Counsel for Plaintiff Thomas Schelly*

12
   **Guido Saveri**
13 Saveri & Saveri, Inc.
   706 Sansome Street
14 San Francisco, CA 94111
15 415-217-6810
   Fax: 415-217-6813
16 guido@saveri.com

17

18 *Counsel for Plaintiff Mark Foy*

19 **Aaron M. Sheanin**
   (See above for address)
20

21 *Counsel for Plaintiff Jason Gregory Turner*

22 **Jeff S. Westerman**                **Peter G.A. Safirstein**
   (See above for address)              (See above for address)
23

24

25

26

27

28

REPRESENTATION STATEMENT                5                C-07-CV-05634-CRB

1 | *Counsel for Plaintiff Stephen Gaffigan*

2 | **Lori Sambol Brody**                    **Laurence D. King**
3 | Kaplan Fox & Kilsheimer LLP             Kaplan Fox & Kilsheimer LLP
  | 1801 Century Park East, Suite 1095      350 Sansome Street
  | Los Angeles, CA 90067                   Suite 400
4 | 310-785-0800                            San Francisco, CA 94104
  | Fax: 310-785-0897                       415-772-4700
5 | lbrody@kaplanfox.com                    Fax: 415-772-4707
  |                                         lking@kaplanfox.com
6 |

7 | *Counsel for Plaintiff Bruce Hut*

8 | **Daniel J Walker**                      **Marc M. Seltzer**
9 | Susman Godfrey L.L.P.                    Susman Godfrey LLP
  | 1201 Third Avenue                       1901 Avenue of the Stars
10 | Suite 3800                              Suite 950
  | Seattle, WA 98101                        Los Angeles, CA 90067-6029
11 | 206-516-3880                            310-789-3100
  | Fax: 206-516-3883                        Fax: 310-789-3150
12 | dwalker@susmangodfrey.com               mseltzer@susmangodfrey.com

13 | **Lori Sambol Brody**                   **Laurence D. King**
  | (See above for address)                 (See above for address)

14 |

15 | *Counsel for Plaintiff Dickson Leung*

16 | **Jack Wing Lee**
17 | Minami Tamaki LLP
  | 360 Post Street
18 | 8th Floor
  | San Francisco, CA 94108
19 | 415/788-9000
  | Fax: 415-398-3887
20 | jlee@MinamiTamaki.com

21 |

22 | *Counsel for Plaintiff Kevin Moy*

23 | **Terry Gross**
  | Gross & Belsky LLP
24 | 180 Montgomery Street
  | Suite 2200
25 | San Francisco, CA 94104
26 | 415-544-0200
  | Fax: 415-544-0201
27 | terry@gba-law.com

28 |

REPRESENTATION STATEMENT                6                C-07-CV-05634-CRB

1   *Counsel for Plaintiff Rufus Browning*

2   **Susan Gilah Kupfer**
3   Glancy Binkow & Goldberg LLP
    One Embarcadero Center
4   Suite 760
    San Francisco, CA 94111
5   415-972-8160
    Fax: 415-972-8166
6   skupfer@glancylaw.com

7

8   *Counsel for Plaintiff Lolly Randall*

9   **Guido Saveri**                  **B. J. Wade**
    **Cadio R. Zirpoli**              Glassman Edwards Wade & Wyatt, P. C.
10  **Richard Alexander Saveri**      26 N. Second Street
    Saveri & Saveri, Inc.             Memphis, TN 38103
11  706 Sansome Street                (901) 521-0940
    San Francisco, CA 94111
12  415-217-6810
    Fax: 415-217-6813
13  guido@saveri.com
    zirpoli@saveri.com
14  rick@saveri.com

15  **John G. Emerson**               **Lawrence D. McCabe**
    Emerson Poynter LLP               Murray Frank & Sailer LLP
16  830 Apollo Lane                   275 Madison Avenue
    Houston, TX 77058                 New York, NY 10016
17  281-488-8854                      212 682-1818
    Fax: 281-488-8867
18  jemerson@emersonpoynter.com

19

20

21

22

23

24

25

26

27

28

REPRESENTATION STATEMENT          7          C-07-CV-05634-CRB

1   *Counsel for Plaintiff Christian Duke*

2   **Guido Saveri**                          **John G. Emerson**
3   **Cadio R. Zirpoli**                       **Scott E. Poynter**
    **Richard Alexander Saveri**               Emerson Poynter LLP
4   **William John Heye**                      The Museum Center
    Saveri & Saveri                           500 President Clinton Ave.
5   706 Sansome Street                        Suite 305
    San Francisco, CA 94111                   Little Rock, AR 72201
6   415-217-6810                              501-907-2555
                                              Fax: 501-907-2556
7   Fax: 415-217-6813                         jemerson@emersonpoynter.com
    guido@saveri.com                          scott@emersonpoynter.com
8   zirpoli@saveri.com
    rick@saveri.com
9   william@saveri.com

10  **B. J. Wade**                             **Lawrence D. McCabe**
    (See above for address)                   (See above for address)
11

12
    *Counsel for Plaintiff Andrew Barton*
13

14  **Graham Bruce LippSmith**
    Girardi & Keese
15  1126 Wilshire Blvd.
    Los Angeles, CA 90017
16  213-977-0211
    Fax: 213-481-1554
17  glippsmith@girardikeese.com

18

19  *Counsel for Tracey Wadmore Smith*

20  **Graham Bruce LippSmith**
    (See above for address)
21

22
    *Counsel for Plaintiff Michael Benson*
23

24  **Guido Saveri**
    (See above for address)

25

26  *Counsel for Plaintiff Tori Kitagawa*

27  **Guido Saveri**
    (See above for address)
28

REPRESENTATION STATEMENT                8              C-07-CV-05634-CRB

1

*Counsel for Plaintiff Woodrow Clark II*

2

**Brian Joseph Barry, Esq.**
Law Offices of Brian Barry
3
1801 Avenue of The Stars
4    Suite 307
Los Angeles, CA 90067
5    310-788-0831
Fax: 310-788-0841
6    bribarry1@yahoo.com

7

8    *Counsel for Plaintiff James Evans*

9    **Brian Joseph Barry, Esq.**
(See above for address)
10

11
*Counsel for Plaintiff Meor Adlin*
12

**Brian Stephen Kabateck**
13    Kabateck Brown Kellner LLP
644 South Figueroa Street
14    Los Angeles, CA 90017
(213) 217-5000
15    Fax: (213) 217-5010
16    bsk@kbklawyers.com

17

18    *Counsel for Plaintiff Justin LaBarge*

19    **Guido Saveri**                      **Eugene A. Spector**
(See above for address)              Spector Roseman Kodroff & Willis, PC
20                                         1818 Market Street
25th Floor
21                                         Philadelphia, PA 19103
215-496-0300
22                                         espector@srkw-law.com

23
*Counsel for Plaintiff Scott Frederick*
24

**Guido Saveri**                      **Garrett D. Blanchfield , Jr.**
25    (See above for address)              Reinhardt Wendorf & Blanchfield
East 1250 First National Bank Building
26                                         322 Minnesota Street
St. Paul, MN 55101
27                                         651-287-2100
Fax: 651-287-2103
28                                         g.blanchfield@rwblawfirm.com

REPRESENTATION STATEMENT              9                    C-07-CV-05634-CRB

1 | *Counsel for Plaintiff Reiko Hirai*

2 | **Christopher T. Heffelfinger**
Berman DeValerio
3 | 3507 Kyoto Gardens Drive, Suite 200
Palm Beach Gardens, FL 33410
4 | 415-433-3200
Fax: 415-433-6382
5 | cheffelfinger@bermandevalerio.com

**Joseph Goldberg**
Freedman Boyd Hollander Goldberg &
Ives, P.A.
20 First Plaza
Suite 700
Albuquerque, NM 87102
505-842-9960
Fax: 505-842-0761
jg@fbdlaw.com

7 | **Daniel E. Gustafson**
Gustafson Gluek PLLC
8 | 650 Northstar East
608 Second Avenue South
9 | Minneapolis, MN 55402
612-333-8844
10 | Fax: 612-339-6622
dgustafson@gustafsongluek.com

**Richard J. Arsenault**
Neblett, Beard & Arsenault
P.O. Box 1190
2220 Bonaventure Court
Alexandria, LA 71309
318/487-9874
Fax: 318/561-2591
rarsenault@nbalawfirm.com

12 | **Dianne M. Nast**
Roda & Nast PC
801 Estelle Drive
13 | Lancaster, PA 17601
717-892-3000
14 | Fax: 717-892-1200
dnast@rodanast.com

**W. Joseph Bruckner**
Lockridge Grindal Nauen P.L.L.P
100 Washington Avenue S
Suite 2200
Minneapolis, MN 55401
612-339-6900
Fax: 612-339-0981
wjbruckner@locklaw.com

16 |

17 | *Counsel for Plaintiff Ireatha Diane Mitchell*

18 | **Mario Nunzio Alioto**
(See above for address)

**Sherman Kassof**
(See above for address)

19 |

20 | *Counsel for Plaintiff Franklyn Ajaye*

21 | **Ashlei Melissa Vargas**
**Bruce Lee Simon**
Pearson Simon Warshaw Penny LLP
22 | 44 Montgomery Street
Suite 2450
23 | San Francisco, CA 94104
415-433-9000
24 | Fax: 415-433-9008
avargas@pswplaw.com
25 | bsimon@pswplaw.com

REPRESENTATION STATEMENT                    10                    C-07-CV-05634-CRB

*Counsel for Plaintiff Larry Chen*
(No additional counsel.  See counsel for all plaintiffs.)


*Counsel for Plaintiff David Kuo*

**Gregory Jonathon Mann**
**Pierce Henry O'Donnell**
**Robert M. Partain**
O'Donnell & Associates P.C.
550 South Hope Street, Suite 1000
Los Angeles, CA 90071
213-347-0290
Fax: 213-347-0299
pod@oslaw.com
rpartain@oslaw.com


*Counsel for Plaintiff David Murphy*

**Gregory Jonathon Mann**
**Pierce Henry O'Donnell**
**Robert M. Partain**
(See above for address)


*Counsel for Plaintiff Titi Tran*

**Ashlei Melissa Vargas**
**Bruce Lee Simon**
(See above for address)


*Counsel for Plaintiff Caroline Joy*

**Sylvia M. Sokol**
Moscone Emblidge & Sater LLP
220 Montgomery Street
Suite 2100
San Francisco, CA 94111
415-362-3599
Fax: 415-362-2006
sokol@mesllp.com

REPRESENTATION STATEMENT                    11                    C-07-CV-05634-CRB

1

*Counsel for Defendant Air New Zealand*

2

**Michael J. Holland**
Condon & Forsyth LLP
3   7 Times Square
New York, NY 10036
4   (212) 490-9100
Fax: (212) 370-4482
5   mholland@condonlaw.com

6

**Roderick David Margo**
**Scott David Cunningham**
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067
(310) 557-2030
Fax: (310) 577-1299
rmargo@condonlaw.com
scunningham@condonlaw.com

7

8   *Counsel for Defendant All Nippon Airways*

9   **Douglas E. Rosenthal**
**Mitchell Leff Stoltz**
10   Constantine Cannon LLP
One Franklin Square
11   1301 K Street, N.W., Suite 1050 East
Washington, DC 20005
12   202-204-3500
Fax: 202-304-3501
13   drosenthal@constantinecannon.com
mstoltz@constantinecannon.com

**Jesse William Markham**
Holme Roberts & Owen LLP
560 Mission Street, Suite 2500
San Francisco, Ca 94105-2994
(415) 268-2000
Fax: (415) 268-1999
Jesse.Markham@hro.com

14

15   *Counsel for Defendant Cathay Pacific Airways*

16

17   **David H. Bamberger**
**Deana Louise Cairo**
18   DLA Piper LLP
500 8th Street, N.W.
19   Washington, DC 20004
202-799-4000
20   Fax: 202-799-5500
david.bamberger@dlapiper.com
21   deana.cairo@dlapiper.com

**Danielle Suzanne Fitzpatrick**
DLA Piper US LLP
701 Fifth Avenue
Suite 7000
Seattle, WA 98104
206-839-4876
Fax: 206-839-4801
danielle.fitzpatrick@dlapiper.com

22

*Counsel for Defendant China Airlines*

23

**James V. Dick**
24   Squire, Sanders & Dempsey, LLP
1201 Pennsylvania Ave. NW
25   Suite 500
Washington, DC 20004
26   202-626-6714
Fax: 202-626-6780
27   jdick@ssd.com

28

REPRESENTATION STATEMENT                12                C-07-CV-05634-CRB

1

*Counsel for Defendant Eva Airways*

2

**Christopher Thomas Casamassima**          **Andrew P. Young**

3

Kirkland & Ellis LLP                        **James Mutchnik**

333 South Hope Street                       Kirkland & Ellis LLP

4

Los Angeles, CA 90017                       300 North LaSalle Street

213-680-8353                                Chicago, IL 60654

5

chris.casamassima@kirkland.com              312-862-2000

Fax: 312-862-2200

6

andrew.young@kirkland.com

james.mutchnik@kirkland.com

7

8

*Counsel for Defendant Japan Airlines International*

9

**William Karas**

10

**Kenneth P. Ewing**

Steptoe & Johnson LLP

11

1330 Connecticut Ave, NW

Washington, DC 20036

12

202-429-3000

13

Fax: 202-261-0651

wkaras@steptoe.com

14

kewing@steptoe.com

15

16

*Counsel for Defendant Singapore Airlines*

17

**William R. Sherman**

**Charles R. Price**

18

**Jason D Cruise**

Latham & Watkins LLP

19

555 - 11th Street, N.W.

Washington, DC 20004

20

202-637-2200

21

Fax: 202-637-2201

william.sherman@lw.com

22

randy.price@lw.com

jason.cruise@lw.com

23

24

25

26

27

28

REPRESENTATION STATEMENT                13                C-07-CV-05634-CRB

1 | *Counsel for Defendant United Airlines*

2 | **Jung-Ying Joann Liao**
3 | **Edward D. Johnson**
   | Mayer Brown LLP
4 | Two Palo Alto Square, Suite 300
   | 3000 El Camino Real
5 | Invalid email address as of 01/05/11
   | Palo Alto, CA 94306-2112
6 | 650-331-2000
7 | Fax: 650-331-2060
   | wjohnson@mayerbrown.com

**Mitchell D. Raup**
Mayer Brown LLP
1909 K Street NW
Washington, DC 20006
202 263 3257
Fax: 202 263 5257
mraup@mayerbrown.com

8

9 | *Counsel for Defendant Qantas Airways, Ltd.*

10 | **Alice G. Glass**
11 | **Kimberly N. Shaw**
    | **W. Todd Miller**
12 | Baker & Miller PLLC
    | Suite 300
13 | 2401 Pennsylvania Ave. NW
    | Washington, DC 20037
14 | 202-663-7820
15 | Fax: 202-663-7849
    | kshaw@bakerandmiller.com
16 | tmiller@bakerandmiller.com

**Michael Bertram McNaughton**
Hanson, Bridgett, Marcus, Vlahos & Rudy
333 Market Street, Suite 2300
San Francisco, CA 94105
415/777-3200
mmcnaughton@hansonbridgett.com

17

18 | *Counsel for Defendant Air France*

19 | **James Robert Warnot , Jr.**
    | **Brenda DiLuigi**
20 | **Thomas A McGrath**
    | Linklaters LLP
21 | 1345 Avenue of the Americas
    | New York, NY 10105
22 | (212) 903-9000
23 | Fax: (212) 903-9100
    | james.warnot@linklaters.com
24 | brenda.diluigi@linklaters.com
    | thomas.mcgrath@linklaters.com
25

26

27

28

REPRESENTATION STATEMENT      14      C-07-CV-05634-CRB

1  *Counsel for Defendant Continental Airlines, Inc.*

2  **Mikael Asseffa Abye**            **Paul L. Yde**
   **Patrick David Robbins**         **Richard Sutton Snyder**
3  Shearman & Sterling LLP           Freshfields Bruckhaus Deringer US LLP
4  525 Market St                     701 Pennsylvania Ave., NW
   San Francisco, CA 94105           Suite 600
5  415-616-1100                      Washington, DC 20004
   mabye@shearman.com                202-969-4500
6  probbins@shearman.com             Fax: 202-777-4555
                                     paul.yde@freshfields.com
7                                    richard.snyder@freshfields.com

8

9  *Counsel for Defendant Philippine Airlines, Inc.*

10 **Anita Fern Stork , Esq.**
   **Kelly Patrice Finley**
11 Covington & Burling LLP
12 One Front Street, 35th Floor
   San Francisco, CA 94111
13 415-591-6000
   Fax: 415-591-6091
14 astork@cov.com
   kfinley@cov.com
15

16
   *Counsel for Defendant Malaysian Airline System Berhad*
17

18 **David Andrew Senior**
   **Ann-Kathryn Rose Tria**
19 **Matthew Weston**
   McBreen & Senior
20 2029 Century Park East
   Third Floor
21 Los Angeles, CA 90067
   310-552-5300
22 Fax: 310-552-1205
23 dsenior@mcbreensenior.com
   atria@mcbreensenior.com
24 mweston@mcbreensenior.com

25

26

27

28

REPRESENTATION STATEMENT                15                C-07-CV-05634-CRB

1  *Counsel for Defendant SAS AB*

2  **George David Ruttinger**
   Crowell & Moring
3  1001 Pennsylvania Ave NW
   Washington, DC 20004-2505
4  202-624-2500
5  gruttinger@crowell.com

6

7  *Counsel for Defendant Vietnam Airlines*

8  **Robert B. Hawk**
   **J. Christopher Mitchell**
9  Hogan Lovells US LLP
   525 University Ave., 4th Floor
10 Palo Alto, CA 94301
   650-6=330-7313
11 Fax: 650-463-4199
12 robert.hawk@hoganlovells.com
   chris.mitchell@hoganlovells.com
13

14 **Benjamin Todd Diggs**
   **Megan Dixon**
15 Hogan Lovells US LLP
   4 Embarcadero Center, 22nd Floor
16 San Francisco, CA 94111
   415-986-7348
17 Fax: 415-374-2499
   benjamin.diggs@hoganlovells.com
18 megan.dixon@hoganlovells.com

19

20 *Counsel for Defendant Koninklijke Luchtvaart Maatschappij N.V.*

21 **Gary A. MacDonald**
   **John M. Nannes**
22 Skadden, Arps, Slate, Meagher & Flom
   LLP
23 1440 New York Avenue N.W.
   Washington D.C., DC 20005
24 202-371-7000
25 gary.macdonald@skadden.com
   john.nannes@skadden.com
26

27

28

REPRESENTATION STATEMENT              16              C-07-CV-05634-CRB

1  *Counsel for Interested Party United States of America*

2  **Jeffrey Michael Smith**
3  U.S. Dep't of Justice
   Civil Division
4  20 Massachusetts Ave., NW
   Room 7144
5  Washington, DC 20001
   202-514-5751
6  Jeffrey.Smith5@usdoj.gov

7

8

9  DATE: May 24, 2011                          CRAVATH, SWAINE & MOORE LLP

10                                             By:

11                                             Rowan D. Wilson
                                               Worldwide Plaza
                                               825 Eighth Avenue
12                                             New York, New York 10019
                                               Telephone: (212) 474-1000
13                                             Facsimile: (212) 474-3700

14                                             *Attorney for Defendant Thai Airways
                                               International Public Company Ltd.*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

REPRESENTATION STATEMENT          17          C-07-CV-05634-CRB