ADRMOP, APPEAL, E-Filing, RELATE

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-05634-CRB
## Internal Use Only

Wortman et al v. Air New Zealand et al          Date Filed: 11/06/2007
Assigned to: Hon. Charles R. Breyer            Jury Demand: Plaintiff
Lead case: 3:08-md-01913-CRB                   Nature of Suit: 410 Anti-Trust
Member cases:                                  Jurisdiction: Federal Question

    3:07-cv-05634-CRB
    3:07-cv-06417-CRB
    3:07-cv-05811-CRB
    3:07-cv-05821-CRB
    3:07-cv-05911-CRB
    3:07-cv-06071-CRB
    3:07-cv-06219-CRB
    3:07-cv-06343-CRB
    3:07-cv-06357-CRB
    3:07-cv-06394-CRB
    3:07-cv-06410-CRB
    3:08-cv-00308-CRB
    3:08-cv-00339-CRB
    3:08-cv-00487-CRB
    3:08-cv-00615-CRB
    3:08-cv-01383-CRB
    3:08-cv-01912-CRB
    3:08-cv-03786-CRB
    3:08-cv-01462-CRB
    3:08-cv-01616-CRB
    3:08-cv-00909-CRB
    3:08-cv-01458-CRB
    3:09-cv-01644-CRB
    3:08-cv-01444-CRB
    3:08-cv-01140-CRB
    3:08-cv-01142-CRB
Relate Case Cases:   3:07-cv-06394-CRB
                       3:10-cv-04137-CRB
Cause: 15:1 Antitrust Litigation

**Plaintiff**

**Donald Wortman**                          represented by   **Joseph W. Cotchett**
*Individually and on behalf of all others*                   Cotchett Pitre & McCarthy LLP
*similarly situated*                                         840 Malcolm Road, Suite 200
                                                             Suite 200
                                                             Burlingame, CA 94010
                                                             650-697-6000
                                                             Fax: 650-697-0577
                                                             Email: jcotchett@cpmlegal.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Aaron M. Sheanin**
                                                             Girard Gibbs LLP
                                                             601 California Street
                                                             Suite 1400
                                                             San Francisco, CA 94108
                                                             415-981-4800
                                                             Fax: 415-981-4846
                                                             Email: asheanin@pswplaw.com
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Aron K. Liang**
                                                             Cotchett Pitre & McCarthy LLP
                                                             840 Malcolm Road, Suite 200
                                                             Burlingame, CA 94010
                                                             650-697-6000
                                                             Fax: 650-697-0577
                                                             Email: aliang@cpmlegal.com
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Douglas Yongwoon Park**
                                                             Cotchett Pitre & McCarthy LLP
                                                             840 Malcolm Rd., Suite 200
                                                             Burlingame, CA 94010
                                                             650-697-6000
                                                             Fax: 650-697-0577
                                                             Email: dpark@cpmlegal.com
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Elizabeth Lane Crooke**
                                                             Engstrom, Lipscomb & Lack
                                                             10100 Santa Monica Blvd., 16th Floor
                                                             Los Angeles, CA 90067
                                                             310-552-3800x313
                                                             Fax: 310-552-9434
                                                             Email: bcrooke@elllaw.com
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Nanci Eiko Nishimura**
                                                             Cotchett Pitre & McCarthy LLP

840 Malcolm Road, Suite 200
Burlingame, CA 94010
650-697-6000
Fax: 650-697-0577
Email: nnishimura@cpsmlaw.com
*ATTORNEY TO BE NOTICED*

**Neil Swartzberg**
Cotchett Pitre & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010
650-697-6000
Fax: 650-697-0577
Email: nswartzberg@cpmlegal.com
*ATTORNEY TO BE NOTICED*

**Richard Pollard Kinnan**
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd.
Los Angeles, CA 90067
310-552-3800 x 315
Fax: 310-552-9434
Email: rkinnan@elllaw.com
*ATTORNEY TO BE NOTICED*

**Richard Pollard Kinnan**
Engstrom Lipscomb & Lack
10100 Santa Monica Blvd. 16FL
Los Angeles, CA 90067-4107
310-552-3800
Fax: 310-522-9434
*ATTORNEY TO BE NOTICED*

**Steven Noel Williams**
Cotchett Pitre & McCarthy LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
650-697-6000
Fax: 650-697-0577
Email: swilliams@cpmlegal.com
*ATTORNEY TO BE NOTICED*

**Walter John Lack ,**
Engstrom Lipscomb & Lack
10100 Santa Monica Blvd
12th
Los Angeles, CA 90067-4107
(310) 552-3800
Fax: (310) 552-9434

Email: wlack@elllaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Adams**                    represented by   **Joseph W. Cotchett**
*Individually and on behalf of all others*            (See above for address)
*similarly situated*                                  *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Aron K. Liang**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Douglas Yongwoon Park**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Elizabeth Lane Crooke**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Nanci Eiko Nishimura**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Neil Swartzberg**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Richard Pollard Kinnan**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Steven Noel Williams**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Walter John Lack ,**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Garcia**                  represented by   **Joseph W. Cotchett**
*Individually and on behalf of all others*            (See above for address)
*similarly situated*                                  *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Aron K. Liang**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Douglas Yongwoon Park**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Lane Crooke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nanci Eiko Nishimura**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil Swartzberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Pollard Kinnan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Noel Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Walter John Lack ,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brenden G. Maloof**                    represented by   **Derek G. Howard**
                                                          Minami Tamaki LLP
                                                          360 Post Street
                                                          8th Floor
                                                          San Francisco, CA 94108
                                                          415-788-9000
                                                          Fax: 415-398-3887
                                                          Email: dhoward@minamitamaki.com
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Casteel, III**                  represented by   **Reginald Von Terrell**
                                                          The Terrell Law Group
                                                          Post Office Box 13315, PMB #148
                                                          Oakland, CA 94661
                                                          510-237-9700
                                                          Fax: 510-237-4616
                                                          Email: reggiet2@aol.com
                                                          *ATTORNEY TO BE NOTICED*

**Sharron Williams Gelobter**
Yurumein Law Firm
1736 Franklin Street, 10th Floor
Oakland, CA 94612
510-288-8686
Fax: 775-522-6586
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Micah Abrams**                    represented by   **Craig C. Corbitt**
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
415-693-0700
Fax: 415-693-0770
Email: ccorbitt@zelle.com
*ATTORNEY TO BE NOTICED*

**Jennie Lee Anderson**
Andrus Anderson LLP
155 Montgomery Street
Suite 900
San Francisco, CA 94104
415-986-1400
Fax: 415-986-1474
Email: jennie@andrusanderson.com
*ATTORNEY TO BE NOTICED*

**Micha Star Liberty**
Liberty Law Office
414 13th Street, 7th Floor
Oakland, CA 94612
510-645-1000
Fax: 888-645-2008
Email: micha@libertylaw.com
*TERMINATED: 02/25/2009*
*ATTORNEY TO BE NOTICED*

**Steven Noel Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martin Kaufman**                   represented by   **Mario Nunzio Alioto**
Trump Alioto Trump & Prescott LLP
2280 Union Street
San Francisco, CA 94123
415-563-7200
Fax: 415-346-0679

Email: malioto@tatp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Mario Patane**
Law Office of Joseph M. Patane
2280 Union Street
San Francisco, CA 94123
415-563-7200
Fax: 415-346-0679
Email: jpatane@tatp.com
*ATTORNEY TO BE NOTICED*

**Lauren Clare Russell**
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
415-563-7200
Fax: 415-346-0679
Email: laurenrussell@tatp.com
*ATTORNEY TO BE NOTICED*

**Sherman Kassof**
Law Offices of Sherman Kassof
954 Risa Road
Suite B
Lafayette, CA 94549
510-652-2554
Fax: 510-652-9308
Email: heevay@att.net
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rachel Diller**                   represented by   **Jay L. Himes**
                                                     Labaton Sucharow LLP
                                                     140 Broadway
                                                     New York, NY 10005
                                                     212-907-0834
                                                     Email: jhimes@labaton.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Morissa R. Falk**
                                                     Labaton Sucharow LLP
                                                     140 Broadway
                                                     New York, NY 10005
                                                     (212) 907-0700
                                                     Fax: (212) 818-0477
                                                     Email: mfalk@labaton.com
                                                     *TERMINATED: 01/06/2011*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seth R. Gassman**
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
(212) 907-0700
Fax: (212) 818-0477
Email: sgassman@labaton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allan Steyer**
Steyer Lowenthal Boodrookas Alvarez
& Smith LLP
One California Street, Suite 300
San Francisco, CA 94111
415-421-3400
Fax: (415) 421-2234
Email: asteyer@steyerlaw.com
*ATTORNEY TO BE NOTICED*

**Brian P Murray**
Murray, Frank & Sailer LLP
275 Madison Avenue, 8th Floor
New York, NY 10016
212-682-1818
Fax: 212-682-1892
Email: bmurray@murrayfrank.com
*ATTORNEY TO BE NOTICED*

**Christopher L. Lebsock**
Hausfeld LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
(415) 633-1949
Email: clebsock@hausfeldllp.com
*ATTORNEY TO BE NOTICED*

**Daniel Cohen**
Cuneo Gilbert & LaDuca, LLP
507 C Street NE
Washington, DC 20002
202-789-3960
Email: danielc@cuneolaw.com
*ATTORNEY TO BE NOTICED*

**Henry A. Cirillo**

Smith Dollar PC
404 Mendocino Avenue, Second Floor
Santa Rosa, CA 95401
707-522-1100
Fax: 707-522-1101
Email: hcirillo@smithdollar.com
*TERMINATED: 01/05/2011*
*ATTORNEY TO BE NOTICED*

**Jon T. King**
Hausfeld LLP
44 Montgomery St.
Suite 3400
San Francisco, CA 94104
(415) 633-1921
Fax: (415) 693-0770
Email: jking@hausfeldllp.com
*ATTORNEY TO BE NOTICED*

**Kimberly Ann Kralowec**
The Kralowec Law Group
188 The Embarcadero, Suite 800
San Francisco, CA 94105
415-546-6800
Fax: 415-546-6801
Email: kkralowec@kraloweclaw.com
*ATTORNEY TO BE NOTICED*

**Lee Albert**
Murray, Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016
212-682-1818
Email: lalbert@murrayfrank.com
*ATTORNEY TO BE NOTICED*

**Michael Paul Lehmann**
Hausfeld LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
Email: mlehmann@hausfeldllp.com
*ATTORNEY TO BE NOTICED*

**Michelle Akerman**
Steyer Lowenthal Boodrookas Alvarez
and Smith
One California Street
Suite 300

San Francisco, CA 94111
415-421-3400
Email: makerman@steyerlaw.com
*ATTORNEY TO BE NOTICED*

**Robert G. Eisler**
Cohen, Milstein, Hausfeld & Toll,
PLLC
150 East 52nd Street
30th Floor
New York, NY 10022
212-838-7797
Fax: 212-838-7745
Email: reisler@gelaw.com
*ATTORNEY TO BE NOTICED*

**Simon Richard Goodfellow**
Steyer Lowenthal Boodrookas Alvarez
& Smith LLP
One California St., Ste. 300
San Francisco, CA 94111
415-421-3400
Fax: 415-421-2234
Email: sgoodfellow@steyerlaw.com
*TERMINATED: 04/04/2011*
*ATTORNEY TO BE NOTICED*

**Steven A. Kanner**
Freed Kanner London & Millen LLC
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015
224-632-4500
Fax: 224-632-4519
Email: kanner@fklmlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Henry London ,**
Freed Kanner London & Millen LLC
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015
224-632-4500
Fax: 224-632-4521
Email: wlondon@fklmlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Trong Nguyen**                        represented by   **Christopher L. Lebsock**
*TERMINATED: 07/29/2010*                                (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jon T. King**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michael Paul Lehmann**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lori Barrett**                        represented by   **Jeff S. Westerman**
                                                        Milberg LLP
                                                        One California Plaza
                                                        300 S. Grand Avenue, Suite 3900
                                                        Los Angeles, CA 90071
                                                        213-617-1200
                                                        Fax: 213-617-1975
                                                        Email: jwesterman@milberg.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Peter G.A. Safirstein**
                                                        Milberg LLP
                                                        One Pennsylvania Plaza
                                                        New York, NY 10119-0165
                                                        212-594-5300
                                                        Fax: 212-868-1229
                                                        Email: psafirstein@milberg.com
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clyde H. Campbell**                   represented by   **Phillip Alden Baker**
                                                        Baker, Keener & Nahra
                                                        633 W. 5th Street
                                                        Suite 5400
                                                        Los Angeles, CA 90071
                                                        213-241-0900
                                                        Fax: 213-241-0990
                                                        Email: pbaker@bknlawyers.com
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Evans**                       represented by   **Phillip Alden Baker**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Schelly**                      represented by   **Guido Saveri**

Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
415-217-6810
Fax: 415-217-6813
Email: guido@saveri.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Foy**                          represented by   **Aaron M. Sheanin**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Gregory Turner**              represented by   **Andrew J. Morganti**
                                                       Milberg LLP
                                                       One Pennsylvania Plaza
                                                       New York, NY 10119-0165
                                                       212-946-9359
                                                       Fax: 212-868-1229
                                                       Email: amorganti@milberg.com
                                                       *TERMINATED: 10/07/2009*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jeff S. Westerman**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Peter G.A. Safirstein**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Gaffigan**                  represented by   **Laurence D. King**
                                                       Kaplan Fox & Kilsheimer LLP
                                                       350 Sansome Street
                                                       Suite 400
                                                       San Francisco, CA 94104
                                                       415-772-4700
                                                       Fax: 415-772-4707
                                                       Email: lking@kaplanfox.com
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Lori Sambol Brody**
                                                       Kaplan Fox & Kilsheimer LLP
                                                       1801 Century Park East, Suite 1095
                                                       Los Angeles, CA 90067
                                                       310-785-0800
                                                       Fax: 310-785-0897
                                                       Email: lbrody@kaplanfox.com

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bruce Hut**                        represented by   **Laurence D. King**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Daniel J Walker**
                                                     Susman Godfrey L.L.P.
                                                     1201 Third Avenue
                                                     Suite 3800
                                                     Seattle, WA 98101
                                                     206-516-3880
                                                     Fax: 206-516-3883
                                                     Email: dwalker@susmangodfrey.com
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Lori Sambol Brody**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Marc M. Seltzer**
                                                     Susman Godfrey LLP
                                                     1901 Avenue of the Stars
                                                     Suite 950
                                                     Los Angeles, CA 90067-6029
                                                     310-789-3100
                                                     Fax: 310-789-3150
                                                     Email: mseltzer@susmangodfrey.com
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dickson Leung**                    represented by   **Jack Wing Lee**
                                                     Minami Tamaki LLP
                                                     360 Post Street
                                                     8th Floor
                                                     San Francisco, CA 94108
                                                     415/788-9000
                                                     Fax: 415-398-3887
                                                     Email: jlee@MinamiTamaki.com
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Moy**                        represented by   **Terry Gross**
                                                     Gross & Belsky LLP
                                                     180 Montgomery Street
                                                     Suite 2200
                                                     San Francisco, CA 94104

415-544-0200
Fax: 415-544-0201
Email: terry@gba-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rufus Browning**                    represented by **Susan Gilah Kupfer**
                                      Glancy Binkow & Goldberg LLP
                                      One Embarcadero Center
                                      Suite 760
                                      San Francisco, CA 94111
                                      415-972-8160
                                      Fax: 415-972-8166
                                      Email: skupfer@glancylaw.com
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lolly Randall**                     represented by **Guido Saveri**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **B. J. Wade**
                                      Glassman Edwards Wade & Wyatt, P.
                                      C.
                                      26 N. Second Street
                                      Memphis, TN 38103
                                      (901) 521-0940
                                      *ATTORNEY TO BE NOTICED*

                                      **Cadio R. Zirpoli**
                                      Saveri & Saveri, Inc.
                                      706 Sansome Street
                                      San Francisco, CA 94111
                                      415-217-6810
                                      Fax: 415-217-6813
                                      Email: zirpoli@saveri.com
                                      *ATTORNEY TO BE NOTICED*

                                      **John G. Emerson**
                                      Emerson Poynter LLP
                                      830 Apollo Lane
                                      Houston, TX 77058
                                      281-488-8854
                                      Fax: 281-488-8867
                                      Email: jemerson@emersonpoynter.com
                                      *ATTORNEY TO BE NOTICED*

**Lawrence D. McCabe**
Murray Frank & Sailer LLP
275 Madison Avenue
New York, NY 10016
212 682-1818
*ATTORNEY TO BE NOTICED*

**Richard Alexander Saveri**
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
415-217-6810
Fax: 415-217-6813
Email: rick@saveri.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christian Duke**                    represented by   **Guido Saveri**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **B. J. Wade**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Cadio R. Zirpoli**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **John G. Emerson**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Lawrence D. McCabe**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Richard Alexander Saveri**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Scott E. Poynter**
                                                       Emerson Poynter LLP
                                                       The Museum Center
                                                       500 President Clinton Ave.
                                                       Suite 305
                                                       Little Rock, AR 72201
                                                       501-907-2555
                                                       Fax: 501-907-2556

Email: scott@emersonpoynter.com
*ATTORNEY TO BE NOTICED*

**William John Heye**
Saveri & Saveri
706 Sansome Street
San Francisco, CA 94111
415-217-6810
Fax: 415-217-6813
Email: william@saveri.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Andrew Barton**                    represented by   **Graham Bruce LippSmith**
                                                      Girardi & Keese
                                                      1126 Wilshire Blvd.
                                                      Los Angeles, CA 90017
                                                      213-977-0211
                                                      Fax: 213-481-1554
                                                      Email: glippsmith@girardikeese.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Tracey Wadmore Smith**             represented by   **Graham Bruce LippSmith**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Michael Benson**                   represented by   **Guido Saveri**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Tori Kitagawa**                    represented by   **Guido Saveri**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Woodrow Clark, II**                represented by   **Brian Joseph Barry , Esq.**
                                                      Law Offices of Brian Barry
                                                      1801 Avenue of The Stars
                                                      Suite 307
                                                      Los Angeles, CA 90067
                                                      310-788-0831
                                                      Fax: 310-788-0841
                                                      Email: bribarry1@yahoo.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Evans**                          represented by   **Brian Joseph Barry , Esq.**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Meor Adlin**                           represented by   **Brian Stephen Kabateck**
                                                          Kabateck Brown Kellner LLP
                                                          644 South Figueroa Street
                                                          Los Angeles, CA 90017
                                                          (213) 217-5000
                                                          Fax: (213) 217-5010
                                                          Email: bsk@kbklawyers.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judah M. Feigenbaum**                  represented by   **Cheryl Darlene Hamer**
*TERMINATED: 07/10/2008*                                 Pomerantz Haudek Grossman & Gross
                                                          LLP
                                                          1025 Connecticut Ave NW
                                                          #1000
                                                          Washington, DC 20036
                                                          202-327-5420
                                                          Email: chamer@pomlaw.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Justin LaBarge**                       represented by   **Guido Saveri**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Eugene A. Spector**
                                                          Spector Roseman Kodroff & Willis, PC

                                                          1818 Market Street
                                                          25th Floor
                                                          Philadelphia, PA 19103
                                                          215-496-0300
                                                          Email: espector@srkw-law.com
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Frederick**                      represented by   **Guido Saveri**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Garrett D. Blanchfield , Jr.**
Reinhardt Wendorf & Blanchfield
East 1250 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101
651-287-2100
Fax: 651-287-2103
Email: g.blanchfield@rwblawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Reiko Hirai**                    represented by   **Christopher T. Heffelfinger**
Berman DeValerio
3507 Kyoto Gardens Drive, Suite 200
Palm Beach Gardens, FL 33410
415-433-3200
Fax: 415-433-6382
Email:
cheffelfinger@bermandevalerio.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel E. Gustafson**
Gustafson Gluek PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
612-333-8844
Fax: 612-339-6622
Email:
dgustafson@gustafsongluek.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dianne M. Nast**
Roda & Nast PC
801 Estelle Drive
Lancaster, PA 17601
717-892-3000
Fax: 717-892-1200
Email: dnast@rodanast.com
*ATTORNEY TO BE NOTICED*

**Joseph Goldberg**
Freedman Boyd Hollander Goldberg &
Ives, P.A.

20 First Plaza
Suite 700
Albuquerque, NM 87102
505-842-9960
Fax: 505-842-0761
Email: jg@fbdlaw.com
*ATTORNEY TO BE NOTICED*

**Richard J. Arsenault**
Neblett, Beard & Arsenault
P.O. Box 1190
2220 Bonaventure Court
Alexandria, LA 71309
318/487-9874
Fax: 318/561-2591
Email: rarsenault@nbalawfirm.com
*ATTORNEY TO BE NOTICED*

**W. Joseph Bruckner**
Lockridge Grindal Nauen P.L.L.P
100 Washington Avenue S
Suite 2200
Minneapolis, MN 55401
612-339-6900
Fax: 612-339-0981
Email: wjbruckner@locklaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ireatha Diane Mitchell**                represented by   **Mario Nunzio Alioto**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Sherman Kassof**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**All Plaintiffs**                        represented by   **Christopher L. Lebsock**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Aron K. Liang**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Daniel A. Small**
                                                           Cohen Milstein Sellers & Toll PLLC

1100 New York Avenue, NW
Suite 500 West Tower
Washington, DC 20005-3964
(202) 408-4600
Email: dsmall@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Gilmur Roderick Murray**
Murray & Howard, LLP
760 Market Street
Suite 1068
San Francisco, CA 94102
415-461-3200
Email:
gmurray@murrayhowardlaw.com
*ATTORNEY TO BE NOTICED*

**Joseph W. Cotchett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan E. Jones**
Hausfeld LLP
1700 K Street NW
Suite 650
Washington, DC 20006
(202) 540-7200
Fax: (202) 540-7201
Email: mjones@hausfeldllp.com
*ATTORNEY TO BE NOTICED*

**Steven Noel Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Franklyn Ajaye**                        represented by   **Aron K. Liang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashlei Melissa Vargas**
Pearson Simon Warshaw Penny LLP
44 Montgomery Street
Suite 2450
San Francisco, CA 94104
415-433-9000
Fax: 415-433-9008
Email: avargas@pswplaw.com
*ATTORNEY TO BE NOTICED*

**Bruce Lee Simon**
Pearson, Simon, Warshaw & Penny,
LLP
44 Montgomery Street
Suite 2450
San Francisco, CA 94104
415-433-9000
Fax: 415-433-9008
Email: bsimon@pswplaw.com
*ATTORNEY TO BE NOTICED*

**Christopher L. Lebsock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Esther L Klisura**
Sher Leff LLP
450 Mission Street
Suite 400
San Francisco, CA 94105
415-348-8300
Fax: 415-348-8333
Email: eklisura@sherleff.com
*TERMINATED: 01/21/2011*
*ATTORNEY TO BE NOTICED*

**Jon T. King**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph W. Cotchett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Kendall Edling**
Cotchett, Pitre & McCarthy LLP
840 Malcolm Road
Suite 200
Burlingame, CA 94010
650-697-6000
Fax: 650-697-6340
Email: medling@cpmlegal.com
*ATTORNEY TO BE NOTICED*

**Michael D. Hausfeld**
Hausfeld LLP
1700 K Street NW
Suite 650
Washington, DC 20006
202-540-7200

Fax: 202-540-7201
Email: mhausfeld@hausfeldllp.com
*ATTORNEY TO BE NOTICED*

**Michael P. Lehmann**
Hausfeld, LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
415-633-1908
Email: mlehmann@hausfeldllp.com
*ATTORNEY TO BE NOTICED*

**Nanci Eiko Nishimura**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Noel Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Larry Chen**                    represented by  **Aron K. Liang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher L. Lebsock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jon T. King**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph W. Cotchett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Kendall Edling**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael D. Hausfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael P. Lehmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nanci Eiko Nishimura**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Noel Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Kuo**                    represented by    **Aron K. Liang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher L. Lebsock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Jonathon Mann**
O'Donnell & Associates P.C.
550 South Hope Street, Suite 1000
Los Angeles, CA 90071
213-347-0290
Fax: 213-347-0299
*ATTORNEY TO BE NOTICED*

**Jon T. King**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph W. Cotchett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Kendall Edling**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael D. Hausfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael P. Lehmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nanci Eiko Nishimura**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pierce Henry O'Donnell ,**

O'Donnell & Associates P.C.
550 South Hope Street, Suite 1000
Los Angeles, CA 90071
213-347-0290
Fax:
Email: pod@oslaw.com
*ATTORNEY TO BE NOTICED*

**Robert M. Partain**
O'Donnell & Associates
550 South Hope St.
Suite 1000
Los Angeles, CA 90071
213-347-0290
Fax: 213-489-4515
Email: rpartain@oslaw.com
*ATTORNEY TO BE NOTICED*

**Steven Noel Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Murphy**                  represented by   **Aron K. Liang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher L. Lebsock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Jonathon Mann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jon T. King**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph W. Cotchett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Kendall Edling**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael D. Hausfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael P. Lehmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nanci Eiko Nishimura**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pierce Henry O'Donnell ,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert M. Partain**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Noel Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Titi Tran**                       represented by   **Aron K. Liang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashlei Melissa Vargas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bruce Lee Simon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher L. Lebsock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Esther L Klisura**
(See above for address)
*TERMINATED: 01/21/2011*
*ATTORNEY TO BE NOTICED*

**Jon T. King**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph W. Cotchett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Kendall Edling**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael D. Hausfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael P. Lehmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nanci Eiko Nishimura**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Noel Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Caroline Joy**                    represented by   **Sylvia M. Sokol**
                                                     Moscone Emblidge & Sater LLP
                                                     220 Montgomery Street
                                                     Suite 2100
                                                     San Francisco, CA 94111
                                                     415-362-3599
                                                     Fax: 415-362-2006
                                                     Email: sokol@mesllp.com
                                                     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Air New Zealand**                 represented by   **Jesse William Markham**
                                                     Holme Roberts & Owen LLP
                                                     560 Mission Street, Suite 2500
                                                     San Francisco, Ca 94105-2994
                                                     (415) 268-2000
                                                     Fax: (415) 268-1999
                                                     Email: Jesse.Markham@hro.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Michael J. Holland**
                                                     Condon and Forsyth LLP
                                                     7 Times Square
                                                     New York, NY 10036
                                                     (212) 490-9100

Fax: (212) 370-4482
Email: mholland@condonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roderick David Margo**
Condon & Forsyth
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067
310/557-2030
Fax: 310-557-1299
Email: rmargo@condonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott David Cunningham**
Condon & Forsyth LLP
1901 Avenue of the Stars, Ste 850
Los Angeles, CA 90067
(310) 557-2030
Fax: (310) 557-1299
Email: scunningham@condonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**All Nippon Airways**                    represented by   **Adam Paul Brezine , Esq.**
Holme Roberts & Owen
560 Mission Street
Floor 25
San Francisco, CA 94105
415.268.2000
Fax: 415.268.1999
Email: adam.brezine@hro.com
*TERMINATED: 04/06/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas E. Rosenthal**
Constantine Cannon LLP
One Franklin Square
1301 K Street, N.W., Suite 1050 East
Washington, DC 20005
202-204-3510
Fax: 202-304-3501
Email:
drosenthal@constantinecannon.com
*ATTORNEY TO BE NOTICED*

**Jesse William Markham**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell Leff Stoltz ,**
Constantine Cannon LLP
One Franklin Square
1301 K Street, N.W., Suite 1050 East
Washington, DC 20005
202-204-3500
Fax:
Email:
mstoltz@constantinecannon.com
*ATTORNEY TO BE NOTICED*

**Richard James Mooney**
Holme Roberts & Owen LLP
560 Mission Street
25th Floor
San Francisco, CA 94105
415-268-2000
Fax: 415-268-1999
Email: richard.mooney@hro.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cathay Pacific Airways**                represented by **David H. Bamberger**
DLA Piper LLP
500 8th Street, N.W.
Washington, DC 20004
202-799-4500
Fax: 202-799-5500
Email: david.bamberger@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward B. Schwartz ,**
DLA Piper US LLP
500 8th Street, NW
Washington, DC 20004
202-799-4516
Fax: 202-799-5516
Email: edward.schwartz@dlapiper.com
*TERMINATED: 06/25/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jesse William Markham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle Suzanne Fitzpatrick**
DLA PIPER US LLP
701 Fifth Avenue
Suite 7000
Seattle, WA 98104
206-839-4876
Fax: 206-839-4801
Email:
danielle.fitzpatrick@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Deana Louise Cairo**
DLA Piper LLP (US)
500 8th Street, NW
Washington, DC 20004
202-799-4000
Fax: 202-799-5523
Email: deana.cairo@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Defendant**

China Airlines                          represented by **James V Dick**
                                                        Squire, Sanders & Dempsey, LLP
                                                        1201 Pennsylvania Ave. NW
                                                        Suite 500
                                                        Washington, DC 20004
                                                        202-626-6714
                                                        Fax: 202-626-6780
                                                        Email: jdick@ssd.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jesse William Markham**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

Eva Airways                             represented by **Christopher Thomas Casamassima**
                                                        Kirkland & Ellis LLP
                                                        333 South Hope Street
                                                        Los Angeles, CA 90017
                                                        213-680-8353
                                                        Email:
                                                        chris.casamassima@kirkland.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jesse William Markham**
                                                        (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew P. Young**
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2000
Fax: 312-862-2200
Email: andrew.young@kirkland.com
*ATTORNEY TO BE NOTICED*

**James Mutchnik**
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
312-862-2000
Fax: 312-862-2200
Email: james.mutchnik@kirkland.com
*ATTORNEY TO BE NOTICED*

**Pantea Yashar**
Kirkland & Ellis LLP
777 S Figueroa St
Los Angeles, CA 90017-5800
213-680-8400
Fax: 213-680-8500
Email: pyashar@kirkland.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Japan Airlines International**          represented by   **William Karas**
Steptoe & Johnson LLP
1330 Connecticut Ave, NW
Washington, DC 20036
202-429-6223
Fax: 202-261-0651
Email: wkaras@steptoe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth P. Ewing**
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
202/429-3000
Fax: 202-429-3902
Email: kewing@steptoe.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Malaysia Airlines**                    represented by   **Jesse William Markham**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Carrie Ann McQuaid**
                                                          McBreen & Senior
                                                          2029 Century Park East, Third Floor
                                                          Los Angeles, CA 90067
                                                          310-552-5300
                                                          Fax: 310-5521205
                                                          Email: cmcquaid@mcbreensenior.com
                                                          *TERMINATED: 08/14/2009*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Northwest Airlines**                   represented by   **Kenneth Fisher Rossman**
*TERMINATED: 02/13/2008*                                  Boies, Schiller & Flexner LLP
                                                          1999 Harrison Street
                                                          Suite 900
                                                          Oakland, CA 94612
                                                          510-874-1000
                                                          Email: krossman@bsfllp.com
                                                          *TERMINATED: 04/09/2008*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Dean Michael Harvey**
                                                          Boies, Schiller & Flexner
                                                          1999 Harrison St
                                                          Suit 900
                                                          Oakland, CA 94612
                                                          510-874-1000
                                                          Email: dharvey@bsfllp.com
                                                          *TERMINATED: 04/09/2008*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **John F. Cove , Jr.**
                                                          Boies Schiller & Flexner LLP
                                                          1999 Harrison Street
                                                          Suite 900
                                                          Oakland, CA 94612
                                                          510/874-1000
                                                          Fax: 510-874-1460
                                                          Email: jcove@bsfllp.com
                                                          *TERMINATED: 04/09/2008*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Qantas Airways**

**Defendant**

**Singapore Airlines**                   represented by   **Jesse William Markham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William R. Sherman**
Latham & Watkins LLP
555 - 11th Street, N.W.
Washington, DC 20004
202-637-2200
Fax: 202-637-2201
Email: william.sherman@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles R. Price**
Latham & Watkins LLP
555 11th Street, NW, Suite 1000
Washington, DC 20004
202-637-2200
Fax: 202-637-2201
Email: randy.price@lw.com
*ATTORNEY TO BE NOTICED*

**Jason D Cruise ,**
Latham & Watkins LLP
555 11th Street, NW
Suite 1000
Washington, DC 20004

202-637-2200
Fax:
Email: jason.cruise@lw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thai Airways**                         represented by   **Mark S. Priver**
Ohashi & Priver
140 South Lake Avenue
Suite 208
Pasadena, CA 91101
626-584-1107
Fax: 626-584-3636
Email: priev@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald S Rolfe**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Avenue, Room 4070B
New York, NY 10019-7475
212-474-1000 x1714
Fax: 212-474-3700
Email: rrolfe@cravath.com
*TERMINATED: 01/04/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rowan D. Wilson**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212-474-1000
Fax: 212-474-3700
Email: rwilson@cravath.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gina M. Magel**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
212-474-1000
Fax: 212-474-3700
*ATTORNEY TO BE NOTICED*

**Jesse William Markham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leslie A. O'Brien**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
212-474-1000
Fax: 212-474-3700
Email: lobrien@cravath.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**United Airlines**                     represented by   **Jung-Ying Joann Liao**
Mayer Brown LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real

Invalid email address as of 01/05/11
Palo Alto, CA 94306-2112
650-331-2000
Fax: 650-331-2060
Email:
invalidaddress@invalidaddress.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward D. Johnson**
Mayer Brown LLP
300 - 2 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2112
650-331-2000
Fax: 650-331-2060
Email: wjohnson@mayerbrown.com
*ATTORNEY TO BE NOTICED*

**Mitchell D. Raup**
Mayer Brown LLP
1909 K Street NW
Washington, DC 20006
202 263 3257
Fax: 202 263 5257
Email: mraup@mayerbrown.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Qantas Airways, Ltd.**                  represented by   **Jesse William Markham**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Michael A. Duncheon**
                                                           Hanson Bridgett LLP
                                                           425 Market Street
                                                           26th Floor
                                                           San Francisco, CA 94105-2173
                                                           (415) 777-3200
                                                           Fax: (415) 541-9366
                                                           Email:
                                                           mduncheon@hansonbridgett.com
                                                           *TERMINATED: 10/21/2010*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Michael Bertram McNaughton**
                                                           Hanson, Bridgett, Marcus, Vlahos &
                                                           Rudy

333 Market Street, Suite 2300
San Francisco, CA 94105
415/777-3200
Email:
mmcnaughton@hansonbridgett.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alice G. Glass**
Baker & Miller PLLC
2401 Pennsylvania Ave. NW, Suite 300

Washington, DC 20037
603-863-5529
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kimberly N. Shaw ,**
Baker & Miller PLLC
Suite 300
2401 Pennsylvania Ave. NW
Washington, DC 20037
202-663-7820
Fax: 202-663-7849
Email: kshaw@bakerandmiller.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Todd Miller ,**
Baker & Miller PLLC
Suite 300
2401 Pennsylvania Ave. NW
Washington, DC 20037
202-663-7820
Fax: 202-663-7849
Email: tmiller@bakerandmiller.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Air France**                          represented by **Jesse William Markham**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Brenda DiLuigi**
                                         Linklaters
                                         1345 Avenue of the Americas
                                         New York, NY 10105
                                         212-903-9000

Email: brenda.diluigi@linklaters.com
*ATTORNEY TO BE NOTICED*

**James Robert Warnot , Jr.**
Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
(212) 903-9000
Fax: (212) 903-9100
Email: james.warnot@linklaters.com
*ATTORNEY TO BE NOTICED*

**Thomas A McGrath**
Linklaters
1345 Avenue of the Americas
New York, NY 10105
212-903-9000
Email: thomas.mcgrath@linklaters.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**British Airways**
*TERMINATED: 11/02/2009*

**Defendant**

**Continental Airlines, Inc.**                 represented by  **Jesse William Markham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea Agathoklis**
Freshfields Bruckhaus Deringer US
LLP
701 Pennsylvania Ave., NW
Suite 600
Washington, DC 20004
202-777-4548
Fax: 202-777-4555
Email:
andrea.agathoklis@freshfields.com
*TERMINATED: 09/10/2010*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mikael Asseffa Abye**
Shearman & Sterling LLP
525 Market St
San Francisco, CA 94105
415-616-1197

Email: mabye@shearman.com
*ATTORNEY TO BE NOTICED*

**Patrick David Robbins**
Shearman & Sterling LLP
525 Market Street
Suite 1500
San Francisco, CA 94105-2723
415-616-1100
Fax: 415-616-1199
Email: probbins@shearman.com
*ATTORNEY TO BE NOTICED*

**Paul L. Yde**
Freshfields Bruckhaus Deringer US
LLP
701 Pennsylvania Ave., NW
Suite 600
Washington, DC 20004
202-777-4530
Fax: 202-777-4555
Email: paul.yde@freshfields.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Sutton Snyder**
701 Pennsylvania Ave, NW
Suite 600
Washington, DC 20004
United Sta
202-777-4565
Fax: 202-777-4555
Email: richard.snyder@freshfields.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deutsche Lufthansa AG**                   represented by   **Eric J Mahr**
*TERMINATED: 05/20/2011*                                    WilmerHale
                                                             1875 Pennsylvania Ave, NW
                                                             Washington, DC 20006
                                                             202-663-6446
                                                             Email: eric.mahr@wilmerhale.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Perry A Lange**
Wilmer Cutler Pickering Hale and Dorr
1875 Pennsylvania Ave NW
Washington, DC 20006
202-663-6493

Email: perry.lange@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**KLM Royal Dutch Airline**                represented by   **Jesse William Markham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Philippine Airlines, Inc.**              represented by   **Jesse William Markham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anita Fern Stork , Esq.**
Covington & Burling LLP
One Front Street, 35th Floor
San Francisco, CA 94111
415-591-6000
Fax: 415-591-6091
Email: astork@cov.com
*ATTORNEY TO BE NOTICED*

**Kelly Patrice Finley**
Covington & Burling LLP
One Front Street
35th Floor
San Francisco, CA 94111
415-591-6000
Fax: 415-955-6570
Email: kfinley@cov.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Malaysian Airline System Berhad**        represented by   **David Andrew Senior**
McBreen & Senior
2029 Century Park East
Third Floor
Los Angeles, CA 90067
310-552-5300
Fax: 310-552-1205
Email: dsenior@mcbreensenior.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ann-Kathryn Rose Tria**
McBreen & Senior
2029 Century Park East
3rd Fl

LA, CA 90067
310-552-5300
Email: atria@mcbreensenior.com
*ATTORNEY TO BE NOTICED*

**Matthew Weston**
2029 Century Park East
Third Floor
Los Angeles, CA 90067
214-850-1347
Email: mweston@mcbreensenior.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**SAS AB**                                    represented by  **George David Ruttinger**
                                              Crowell & Moring
                                              1001 Pennsylvania Ave NW
                                              Washington, DC 20004-2505
                                              202-624-2500
                                              Email: gruttinger@crowell.com
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Jesse William Markham**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Swiss International AG**                     represented by  **Eric J Mahr**
*TERMINATED: 05/20/2011*                       (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Perry A Lange**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Vietnam Airlines**                          represented by  **Jesse William Markham**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Robert B. Hawk**
                                              Hogan Lovells US LLP
                                              525 University Ave., 4th Floor
                                              Palo Alto, CA 94301
                                              650-463-4008
                                              Fax: 650-463-4199

Email: robert.hawk@hoganlovells.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Todd Diggs ,**
Hogan Lovells US LLP
4 Embarcadero Center, 22nd Floor
San Francisco, CA 94111
415-374-2301
Fax: 415-374-2499
Email:
benjamin.diggs@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**J. Christopher Mitchell**
Hogan Lovells US LLP
525 University Avenue, 4th Floor
Palo Alto, CA 94301
650-463-4013
Fax: 650-463-4199
Email:
chris.mitchell@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Megan Dixon**
Hogan Lovells US LLP
4 Embarcadero Center
22nd Floor
San Francisco, CA 94111
415-374-2300
Fax: 415-374-2499
Email: megan.dixon@hoganlovells.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**Koninklijke Luchtvaart**            represented by **Gary A. MacDonald**
**Maatschappij N.V.**                 Skadden, Arps, Slate, Meagher & Flom
                                      LLP
                                      1440 New York Avenue N.W.
                                      Washington D.C., DC 20005
                                      202-371-7000
                                      Email: gary.macdonald@skadden.com
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **John M. Nannes**
                                      Skadden, Arps, Slate, Meagher & Flom
                                      LLP
                                      1440 New York Avenue, N.W.

Washington, DC 20005
202-371-7000
Email: john.nannes@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**UNITED STATES OF AMERICA**          represented by   **Jeffrey Michael Smith**
U.S. Dep't of Justice
Civil Division
20 Massacusetts Ave., NW
Room 7144
Washington, DC 20001
202-514-5751
Email: Jeffrey.Smith5@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/06/2007 | 🌐 1 | COMPLAINT for Violation of the Sherman Antitrust Act against Air New Zealand, All Nippon Airways, Cathay Pacific Airways, China Airlines, Eva Airways, Japan Airlines International, Malaysia Airlines, Northwest Airlines, Qantas Airways, Singapore Airlines, Thai Airways, United Airlines ( Filing fee $ 350, receipt number 34611012243; summons issued). Filed by William Adams, Margaret Garcia, Donald Wortman. (sv, COURT STAFF) (Filed on 11/6/2007) Additional attachment(s) added on 11/6/2007 (sv, COURT STAFF). (Entered: 11/06/2007) |
| 11/06/2007 | 🌐 2 | ADR SCHEDULING ORDER: Case Management Statement due by 2/5/2008. Case Management Conference set for 2/12/2008 03:00 PM. (Attachments: # 1 Standing Order for Judge Laporte# 2 Standing Order re CMC# 3 Standing Order for all Judges)(sv, COURT STAFF) (Filed on 11/6/2007) (Entered: 11/06/2007) |
| 11/06/2007 | 🌐 | Summons Issued as to Air New Zealand, All Nippon Airways, Cathay Pacific Airways, China Airlines, Eva Airways, Japan Airlines International, Malaysia Airlines, Northwest Airlines, Qantas Airways, Singapore Airlines, Thai Airways, United Airlines. (sv, COURT STAFF) (Filed on 11/6/2007) (Entered: 11/06/2007) |
| 11/06/2007 | 🌐 | CASE DESIGNATED for Electronic Filing. (sv, COURT STAFF) (Filed on 11/6/2007) (Entered: 11/06/2007) |
| 11/15/2007 | 🌐 3 | NOTICE by Brenden G. Maloof *Related Case(s)* (Howard, Derek) (Filed on 11/15/2007) (Entered: 11/15/2007) |
| 11/28/2007 | 🌐 4 | ORDER RELATING CASE with C07-05811 MJJ. Signed by Judge Elizabeth D. Laporte on 11/27/07. (lmh, COURT STAFF) (Filed on 11/28/2007) (Entered: 11/28/2007) |

| 11/29/2007 | 5 | Proposed Order *and Stipulation* by Donald Wortman. (Williams, Steven) (Filed on 11/29/2007) (Entered: 11/29/2007) |
| 11/30/2007 | 6 | CERTIFICATE OF SERVICE by Donald Wortman re 5 Proposed Order (Williams, Steven) (Filed on 11/30/2007) (Entered: 11/30/2007) |
| 11/30/2007 | 7 | STIPULATION AND ORDER re 5 Proposed Order filed by Donald Wortman. Signed by Magistrate Judge Elizabeth D. Laporte on November 30, 2007. (edllc2, COURT STAFF) (Filed on 11/30/2007) (Entered: 11/30/2007) |
| 12/03/2007 | 8 | Reply Memorandum *Response of Plaintiffs Wortman, Adams and Garcia to Administrative Motion to Relate Case* filed byDonald Wortman. (Williams, Steven) (Filed on 12/3/2007) (Entered: 12/03/2007) |
| 12/04/2007 | 9 | ORDER RELATING CASES C-07-5837EDL, C-07-5634EDL, C-07-5811EDL and C-07-5911JSW to C-07-3985CRB. by Judge Charles R. Breyer. Signed by Judge Charles R. Breyer on 12/03/07. (be, COURT STAFF) (Filed on 12/4/2007) (Entered: 12/04/2007) |
| 12/04/2007 | | Case Reassigned to Judge Hon. Charles R. Breyer. Judge Magistrate Judge Elizabeth D. Laporte no longer assigned to the case. Signed by Executive Committee on 12/4/07. (mab, COURT STAFF) (Filed on 12/4/2007) (Entered: 12/04/2007) |
| 12/04/2007 | 10 | Certificate of Interested Entities identifying Corporate Parent Northwest Airlines, Inc., Corporate Parent Northwest Airlines Corporation for Northwest Airlines. (Cove, John) (Filed on 12/4/2007) (Entered: 12/04/2007) |
| 12/04/2007 | 11 | NOTICE of Appearance by John F. Cove, Jr *OF JOHN F. COVE, JR. AND KENNETH F. ROSSMAN IV* (Cove, John) (Filed on 12/4/2007) (Entered: 12/04/2007) |
| 12/04/2007 | 12 | CERTIFICATE OF SERVICE by Northwest Airlines re 11 Notice of Appearance, 10 Certificate of Interested Entities (Cove, John) (Filed on 12/4/2007) (Entered: 12/04/2007) |
| 12/04/2007 | | (Court only) ***Attorney Kenneth Fisher Rossman for Northwest Airlines added. (mcl, COURT STAFF) (Entered: 12/05/2007) |
| 12/14/2007 | 13 | ORDER DENYING MOTION TO RELATE CASES. Signed by Judge Charles R. Breyer on 12/13/07. (be, COURT STAFF) (Filed on 12/14/2007) (Entered: 12/14/2007) |
| 12/19/2007 | 14 | NOTICE by Robert Casteel, III *of Related Case(s)* (Terrell, Reginald) (Filed on 12/19/2007) (Entered: 12/19/2007) |
| 01/10/2008 | 15 | MOTION *Plaintiff Wortman, Adams and Garcia's Administrative Motion for Relief Pursuant to Local Rule 7-11 For Designation of a Placeholder Complaint and Summons* filed by Donald Wortman. (Williams, Steven) (Filed on 1/10/2008) (Entered: 01/10/2008) |

| | | |
|---|---|---|
| 01/10/2008 | 🌐 16 | Declaration of Steven N. Williams *Declaration of Steven N. Williams in Support of Plaintiff Wortman, Adams and Garcia's 15 Administrative Motion for Relief Pursuant to Local Rule 7-11 For Designation of a Placeholder Complaint and Summons* filed byDonald Wortman. (Williams, Steven) (Filed on 1/10/2008) Modified on 1/11/2008 (mcl, COURT STAFF). (Entered: 01/10/2008) |
| 01/10/2008 | 🌐 17 | Proposed Order *[Proposed] Order for Designation of a Placeholder Complaint and Summons* by Donald Wortman. (Williams, Steven) (Filed on 1/10/2008) (Entered: 01/10/2008) |
| 01/10/2008 | 🌐 18 | CERTIFICATE OF SERVICE re 15 , 16 and 17 by Donald Wortman *Certificate of Service* (Williams, Steven) (Filed on 1/10/2008) Modified on 1/11/2008 (mcl, COURT STAFF). (Entered: 01/10/2008) |
| 01/14/2008 | 🌐 19 | ORDER by Judge Charles R. Breyer granting 15 Motion for Order for Designation of a Placeholder Complaint and Summons (be, COURT STAFF) (Filed on 1/14/2008) (Entered: 01/14/2008) |
| 01/16/2008 | 🌐 20 | NOTICE of Voluntary Dismissal *of Defendant American Airlines* by Brenden G. Maloof (Howard, Derek) (Filed on 1/16/2008) (Entered: 01/16/2008) |
| 01/18/2008 | 🌐 21 | MOTION to Relate Case *Plaintiff Micah Abrams' Administrative Motion to Relate Cases* filed by Micah Abrams. (Attachments: # 1 Corbitt Declaration, # 2 Exhibit A to Corbitt Declaration, # 3 Proposed Order, # 4 Certificate of Service)(Corbitt, Craig) (Filed on 1/18/2008) (Entered: 01/18/2008) |
| 01/18/2008 | 🌐 22 | STIPULATION *PURSUANT TO LOCAL RULE 6-2 AND [PROPOSED] ORDER CONTINUING COURT-ORDERED DEADLINES* by Northwest Airlines. (Harvey, Dean) (Filed on 1/18/2008) (Entered: 01/18/2008) |
| 01/18/2008 | 🌐 23 | NOTICE of Appearance by Dean Michael Harvey *OF DEAN M. HARVEY* (Harvey, Dean) (Filed on 1/18/2008) (Entered: 01/18/2008) |
| 01/18/2008 | 🌐 24 | Declaration of John F. Cove, Jr. in Support of 22 Stipulation *OF JOINT STIPULATION PURSUANT TO LOCAL RULE 6-2 AND [PROPOSED] ORDER CONTINUING COURT-ORDERED DEADLINES* filed byNorthwest Airlines. (Related document(s) 22 ) (Cove, John) (Filed on 1/18/2008) (Entered: 01/18/2008) |
| 01/18/2008 | 🌐 25 | CERTIFICATE OF SERVICE by Northwest Airlines re 23 Notice of Appearance, 22 Stipulation, 24 Declaration in Support, (Harvey, Dean) (Filed on 1/18/2008) (Entered: 01/18/2008) |
| 01/23/2008 | 🌐 26 | ORDER by Judge Charles R. Breyer granting 21 Motion to Relate Case C-08-0339MEJ to C-07-5634CRB (be, COURT STAFF) (Filed on 1/23/2008) (Entered: 01/23/2008) |
| 01/24/2008 | 🌐 27 | ORDER continuing court-ordered deadllines re 24 Declaration in Support, filed by Northwest Airlines. The CMC continued to a date within 45 days of the JPML granting, denying or otherwise disposing |

| | | the 1407 motion. Signed by Judge Charles R. Breyer on 1/23/08. (be, COURT STAFF) (Filed on 1/24/2008) (Entered: 01/24/2008) |
|---|---|---|
| 01/25/2008 | 28 | NOTICE by Donald Wortman *Plaintiff Wortman, Adams and Garcia's Notice of Placeholder Complaint and Summons* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Williams, Steven) (Filed on 1/25/2008) (Entered: 01/25/2008) |
| 01/28/2008 | 29 | Letter from Steven N. Williams. (Williams, Steven) (Filed on 1/28/2008) (Entered: 01/28/2008) |
| 01/28/2008 | 30 | Ex Parte Application *Plaintiff Wortman, Adams and Garcia's Ex Parte Miscellaneous Administrative Request for Issuance of Letters Rogatory* filed by Donald Wortman. (Williams, Steven) (Filed on 1/28/2008) (Entered: 01/28/2008) |
| 01/28/2008 | 31 | Declaration of Steven N. Williams *Declaration of Steven N. Williams In Support of Plaintiff Wortman, Adams and Garcia's Ex Parte Miscellaneous Administrative Request for Issuance of Letters Rogatory* filed byDonald Wortman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Williams, Steven) (Filed on 1/28/2008) (Entered: 01/28/2008) |
| 01/28/2008 | 32 | MOTION for Issuance of Letters Rogatory *Request for International Judicial Assistance (Letter Rogatory for Air New Zealand)* filed by Donald Wortman. (Williams, Steven) (Filed on 1/28/2008) Modified on 1/30/2008 (mcl, COURT STAFF). (Entered: 01/28/2008) |
| 01/28/2008 | 33 | MOTION for Issuance of Letters Rogatory *Request for International Judicial Assistance (Letter Rogatory for China Airlines)* filed by Donald Wortman. (Williams, Steven) (Filed on 1/28/2008) Modified on 1/30/2008 (mcl, COURT STAFF). (Entered: 01/28/2008) |
| 01/28/2008 | 34 | MOTION for Issuance of Letters Rogatory *Request for International Judicial Assistance (Letter Rogatory for Eva Airways)* filed by Donald Wortman. (Williams, Steven) (Filed on 1/28/2008) Modified on 1/30/2008 (mcl, COURT STAFF). (Entered: 01/28/2008) |
| 01/28/2008 | 35 | MOTION for Issuance of Letters Rogatory *Request for International Judicial Assistance (Letter Rogatory for Malaysia Airlines)* filed by Donald Wortman. (Williams, Steven) (Filed on 1/28/2008) Modified on 1/30/2008 (mcl, COURT STAFF). (Entered: 01/28/2008) |
| 01/28/2008 | 36 | MOTION for Issuance of Letters Rogatory *Request for International Judicial Assistance (Letter Rogatory for Qantas Airways)* filed by Donald Wortman. (Williams, Steven) (Filed on 1/28/2008) Modified on 1/30/2008 (mcl, COURT STAFF). (Entered: 01/28/2008) |
| 01/28/2008 | 37 | MOTION for Issuance of Letters Rogatory *Request for International Judicial Assistance (Letter Rogatory for Singapore Airlines)* filed by Donald Wortman. (Williams, Steven) (Filed on 1/28/2008) Modified on 1/30/2008 (mcl, COURT STAFF). (Entered: 01/28/2008) |
| 01/28/2008 | 38 | MOTION for Issuance of Letters Rogatory *Request for International* |

| | | |
|---|---|---|
| | | *Judicial Assistance (Letter Rogatory for Thai Airways)* filed by Donald Wortman. (Williams, Steven) (Filed on 1/28/2008) Modified on 1/30/2008 (mcl, COURT STAFF). (Entered: 01/28/2008) |
| 01/28/2008 | 🌐 39 | Proposed Order *[Proposed] Order re Issuance of Letters Rogatory* by Donald Wortman. (Williams, Steven) (Filed on 1/28/2008) (Entered: 01/28/2008) |
| 01/29/2008 | 🌐 40 | MOTION to Relate Case *Administrative Motion To Consider Whether Cases Should Be Related* filed by Martin Kaufman. (Attachments: # 1 Affidavit Declaration of Lauren C. Russell In Support Of Administrative Motion to Relate Cases, # 2 Proposed Order [Proposed] Order Relating Cases, # 3 Affidavit Proof of Service)(Russell, Lauren) (Filed on 1/29/2008) (Entered: 01/29/2008) |
| 02/04/2008 | 🌐 41 | ORDER by Judge Charles R. Breyer granting 30 Ex Parte Application for Issuance of Letters Rogatory (be, COURT STAFF) (Filed on 2/4/2008) (Entered: 02/04/2008) |
| 02/04/2008 | 🌐 42 | ORDER by Judge Charles R. Breyer granting 32 Motion for Issuance of Letters Rogatory (New Zealand) (be, COURT STAFF) (Filed on 2/4/2008) (Entered: 02/04/2008) |
| 02/04/2008 | 🌐 43 | ORDER by Judge Charles R. Breyer granting 33 Motion for Issuance of Letters Rogatory (China Airlines)(be, COURT STAFF) (Filed on 2/4/2008) (Entered: 02/04/2008) |
| 02/04/2008 | 🌐 44 | ORDER by Judge Charles R. Breyer granting 34 Motion for Issuance of Letters Rogatory (Eva Airways) (be, COURT STAFF) (Filed on 2/4/2008) (Entered: 02/04/2008) |
| 02/04/2008 | 🌐 45 | ORDER by Judge Charles R. Breyer granting 35 Motion for Issuance of Letters Rogatory (Malaysia) (be, COURT STAFF) (Filed on 2/4/2008) (Entered: 02/04/2008) |
| 02/04/2008 | 🌐 46 | ORDER by Judge Charles R. Breyer granting 36 Motion for Issuance of Letters Rogatory (Australia) (be, COURT STAFF) (Filed on 2/4/2008) (Entered: 02/04/2008) |
| 02/04/2008 | 🌐 47 | ORDER by Judge Charles R. Breyer granting 37 Motion for Issuance of Letters Rogatory (Singapore) (be, COURT STAFF) (Filed on 2/4/2008) (Entered: 02/04/2008) |
| 02/04/2008 | 🌐 48 | ORDER by Judge Charles R. Breyer granting 38 Motion for Issuance of Letters Rogatory (Thailand) (be, COURT STAFF) (Filed on 2/4/2008) (Entered: 02/04/2008) |
| 02/04/2008 | 🌐 49 | NOTICE of Voluntary Dismissal *of AMR Corporation on behalf of Plaintiff Maloof (C-07-5811 CRB) by Brenden G. Maloof (Howard, Derek) (Filed on 2/4/2008) Modified on 2/5/2008 (mcl, COURT STAFF). (Entered: 02/04/2008)* |
| 02/11/2008 | 🌐 50 | NOTICE of Voluntary Dismissal *Notice of Voluntary Dismissal Without Prejudice as to Defendant Northwest Airlines [F.R.C.P. Section 41(a)* |

|  |  | *(1)]* by Donald Wortman (Attachments: # 1 Certificate of Service) (Williams, Steven) (Filed on 2/11/2008) (Entered: 02/11/2008) |
|---|---|---|
| 02/12/2008 | 51 | ORDER by Judge Charles R. Breyer granting 40 Motion to Relate Case C-07-6417JI to C-07-5634CRB (be, COURT STAFF) (Filed on 2/12/2008) (Entered: 02/12/2008) |
| 02/13/2008 |  | (Court only) *** Party Northwest Airlines terminated. (be, COURT STAFF) (Filed on 2/13/2008) (Entered: 02/13/2008) |
| 02/14/2008 | 52 | NOTICE of Voluntary Dismissal *of Northwest Airlines* by Brenden G. Maloof (Howard, Derek) (Filed on 2/14/2008) (Entered: 02/14/2008) |
| 02/19/2008 | 53 | ORDER RELATING CASE C-07-5821VRW to C-07-5634CRB. Signed by Judge Charles R. Breyer on 2/14/08. (be, COURT STAFF) (Filed on 2/19/2008) (Entered: 02/19/2008) |
| 02/20/2008 | 54 | MOTION to Appoint Lead Plaintiff and Lead Counsel filed by William Adams, Margaret Garcia, Donald Wortman. Motion Hearing set for 3/28/2008 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Attachments: # 1 Proposed Order Proposed Order Appointing Interim Class Counsel)(Cotchett, Joseph) (Filed on 2/20/2008) (Entered: 02/20/2008) |
| 02/20/2008 | 55 | Declaration of Joseph W. Cotchett in Support of 54 MOTION to Appoint Lead Plaintiff and Lead Counsel filed byWilliam Adams, Margaret Garcia, Donald Wortman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Related document(s) 54 ) (Cotchett, Joseph) (Filed on 2/20/2008) (Entered: 02/20/2008) |
| 02/20/2008 | 56 | CERTIFICATE OF SERVICE by William Adams, Margaret Garcia, Donald Wortman re 54 MOTION to Appoint Lead Plaintiff and Lead Counsel, 55 Declaration in Support, (Cotchett, Joseph) (Filed on 2/20/2008) (Entered: 02/20/2008) |
| 02/20/2008 | 57 | NOTICE of Appearance by Mario Nunzio Alioto (Alioto, Mario) (Filed on 2/20/2008) (Entered: 02/20/2008) |
| 02/20/2008 | 58 | NOTICE of Appearance by Joseph Marid Patane (Patane, Joseph) (Filed on 2/20/2008) (Entered: 02/20/2008) |
| 02/20/2008 | 59 | Amended CERTIFICATE OF SERVICE by William Adams, Margaret Garcia, Donald Wortman re 54 MOTION to Appoint Lead Plaintiff and Lead Counsel, 55 Declaration in Support, (Cotchett, Joseph) (Filed on 2/20/2008) Modified on 2/21/2008 (mcl, COURT STAFF). (Entered: 02/20/2008) |
| 02/20/2008 | 60 | MOTION to Relate Case *PLAINTIFF MARK FOYS ADMINISTRATIVE MOTION TO RELATE CASES* filed by Donald Wortman. (Sheanin, Aaron) (Filed on 2/20/2008) (Entered: 02/20/2008) |
| 02/20/2008 | 61 | Declaration of AARON M. SHEANIN in Support of 60 MOTION to Relate Case *PLAINTIFF MARK FOYS ADMINISTRATIVE MOTION TO RELATE CASES* filed byDonald Wortman. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit EXHIBIT A TO ADMIN. MOTION TO RELATE CASES, # 2 Exhibit EXHIBIT B TO ADMIN. MOTION TO RELATE CASES, # 3 Exhibit EXHIBIT C TO ADMIN. MOTION TO RELATE CASES) (Related document(s) 60 ) (Sheanin, Aaron) (Filed on 2/20/2008) (Entered: 02/20/2008) |
| 02/20/2008 | 62 | Proposed Order re 60 MOTION to Relate Case *PLAINTIFF MARK FOYS ADMINISTRATIVE MOTION TO RELATE CASES* by Donald Wortman. (Sheanin, Aaron) (Filed on 2/20/2008) (Entered: 02/20/2008) |
| 02/22/2008 | 63 | STIPULATION *Joint Stipulation Pursuant to Local Rule 6-1 Extending Time For China Airlines Ltd. to Respond to Complaint & Agreement of Defense Counsel to Accept Service of Complaint* by William Adams, Margaret Garcia, Donald Wortman. (Attachments: # 1 Certificate of Service)(Swartzberg, Neil) (Filed on 2/22/2008) (Entered: 02/22/2008) |
| 02/22/2008 | 64 | STIPULATION *Pursuant to Local Rule 6-1 Extending Time For Defendant All Nippon Airways To Respond To Complaint & Agreement Of Defense Counsel To Accept Service Of Complaint* by All Nippon Airways. (Brezine, Adam) (Filed on 2/22/2008) (Entered: 02/22/2008) |
| 02/22/2008 | 65 | STIPULATION *Joint Stipulation Pursuant to Local Rule 6-1 Extending Time for Japan Airlines to Respond to Complaint & Agreement of Defense Counsel to Accept Service of Complaint* by William Adams, Margaret Garcia, Donald Wortman. (Attachments: # 1 Certificate of Service)(Swartzberg, Neil) (Filed on 2/22/2008) (Entered: 02/22/2008) |
| 02/22/2008 | 66 | MOTION to Appoint Counsel *Plaintiffs Rachel Diller and Tron Nguyen's Motion And Motion For Appointment of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. AS INTERIM CLASS COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES* filed by Rachel Diller, Trong Nguyen. Motion Hearing set for 3/28/2008 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Attachments: # 1 Declaration of Michael Paul Lehmann In Support of Plaintiffs Rachel Diller and Trong Nguyen's Notice of Motion and Motion For Appointment of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. As Interim Class Counsel, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Exhibit Exhibit 3, # 5 Exhibit Pages 1-5 of Exhibit 4, # 6 Exhibit Pages 1-7 of Exhibit 4, # 7 Exhibit Pages 6-8 of Exhibit 4, # 8 Exhibit Pages 8-15 of Exhibit 4, # 9 Exhibit Pages 16-25 of Exhibit 4, # 10 Exhibit Pages 26-34 of Exhibit 4, # 11 Exhibit Pages 35-42 of Exhibit 4, # 12 Errata Pages 43-48 of Exhibit 4, # 13 Exhibit Pages 49-52 of Exhibit 4, # 14 Proposed Order [Proposed] Order Appointing Cohen, Milstein, Hausfeld & Toll, P.L.L.C. As Interim Class Counsel, # 15 Plaintiffs Rachel Diller and Trong Nguyen's Notice of Motion and Motion For Appointment of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. As Interim Class Counsel; Memorandum of Points and Authorities)(King, Jon) (Filed on 2/22/2008) (Entered: 02/22/2008) |
| 02/25/2008 | 67 | ORDER by Judge Charles R. Breyer granting 60 Motion to Relate Case C-07-6219EDL to C-07-5634CRB (be, COURT STAFF) (Filed on 2/25/2008) (Entered: 02/25/2008) |
| | | |

| 02/25/2008 | 68 | STIPULATION *Joint Stipulation Pursuant to Local Rule 6-1 Extending Time for Qantas Airways Limited to Respond to Complaint & Agreement of Defense Counsel to Accept Service of Complaint* by William Adams, Margaret Garcia, Donald Wortman. (Attachments: # 1 Certificate of Service)(Swartzberg, Neil) (Filed on 2/25/2008) (Entered: 02/25/2008) |
| --- | --- | --- |
| 02/26/2008 | 69 | ORDER Granting re 68 Stipulation Pursuant To Local Rule 6-1 Extending Time For Qantas Airways Limmited To Respond To Complaint & Agreement of Defense Counsel To Accept Service of Complaint, filed by Margaret Garcia, William Adams, Donald Wortman. Signed by Judge Charles R. Breyer on 2/26/08. (fj, COURT STAFF) (Filed on 2/26/2008) (Entered: 02/26/2008) |
| 02/26/2008 | 70 | ORDER Granting re 65 Stipulation Pursuant to Local Rule 6-1 Extending Time For Japan Airlines International Co., Ltd. To Respond to Complaint & Agreement of Defense Counsel To Accept Service of Complaint, filed by Margaret Garcia, William Adams, Donald Wortman. Signed by Judge Charles R. Breyer on 2/26/08. (fj, COURT STAFF) (Filed on 2/26/2008) (Entered: 02/26/2008) |
| 02/26/2008 | 71 | ORDER Granting re 64 Stipulation Pursuant to Local Rule 6-1 Extending Time For Defendant All Nippon Airways Co., Ltd. To Respond To Complaint & Agreement of Defense Counsel To Accept Service of Compliant filed by All Nippon Airways. Signed by Judge Charles R. Breyer on 2/26/08. (fj, COURT STAFF) (Filed on 2/26/2008) (Entered: 02/26/2008) |
| 02/26/2008 | 72 | ORDER Granting re 63 Stipulation Pursuant To Local Rule 6-1 Extending Time For China Airlines Ltd. To Respond To Complaint & Agreement of Defense Counsel To Accept Service of Complaint, filed by Margaret Garcia, William Adams, Donald Wortman. Signed by Judge Charles R. Breyer on 2/26/08. (fj, COURT STAFF) (Filed on 2/26/2008) (Entered: 02/26/2008) |
| 02/26/2008 | 73 | STIPULATION *Joint Stipulation Pursuant to Local Rule 6-1 Extending Time for Thai Airways International Public Company Limited to Respond to Complaint & Agreement of Defense Counsel to Accept Service of Complaint* by William Adams, Margaret Garcia, Donald Wortman. (Attachments: # 1 Certificate of Service)(Swartzberg, Neil) (Filed on 2/26/2008) (Entered: 02/26/2008) |
| 02/26/2008 | 74 | STIPULATION *Joint Stipulation Pursuant to Local Rule 6-1 Extending Time for Malaysia Airlines to Respond to Complaint & Agreement of Defense Counsel to Accept Service of Complaint* by William Adams, Margaret Garcia, Donald Wortman. (Attachments: # 1 Certificate of Service)(Swartzberg, Neil) (Filed on 2/26/2008) (Entered: 02/26/2008) |
| 02/28/2008 | 75 | STIPULATION *Joint Stipulation Pursuant to Local Rule 6-1(a) Extending Time for Air New Zealand, Ltd. to Respond to Complaint and Agreement of Its Counsel to Accept Service of Complaint* by William Adams, Margaret Garcia, Donald Wortman. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Certificate of Service)(Swartzberg, Neil) (Filed on 2/28/2008) (Entered: 02/28/2008) |
| 02/29/2008 | 🌐 76 | NOTICE by Lori Barrett *of Support for 54 Motion for Appointment of Interim Lead Counsel filed by Plaintiffs Donald Wortman, William Adams and Margaret Garcia* (Westerman, Jeff) (Filed on 2/29/2008) Modified on 3/3/2008 (mcl, COURT STAFF). (Entered: 02/29/2008) |
| 02/29/2008 | 🌐 77 | CERTIFICATE OF SERVICE by Lori Barrett re 76 Notice (Other) (Westerman, Jeff) (Filed on 2/29/2008) (Entered: 02/29/2008) |
| 03/03/2008 | 🌐 78 | ORDER re 73 Stipulation, filed by Margaret Garcia, William Adams, Donald Wortman. Signed by Judge Charles R. Breyer on 3/03/08. (be, COURT STAFF) (Filed on 3/3/2008) (Entered: 03/03/2008) |
| 03/03/2008 | 🌐 79 | ORDER re 74 Stipulation, filed by Margaret Garcia, William Adams, Donald Wortman. Signed by Judge Charles R. Breyer on 3/03/08. (be, COURT STAFF) (Filed on 3/3/2008) (Entered: 03/03/2008) |
| 03/03/2008 | 🌐 80 | ORDER re 75 Stipulation, filed by Margaret Garcia, William Adams, Donald Wortman. Signed by Judge Charles R. Breyer on 3/03/08. (be, COURT STAFF) (Filed on 3/3/2008) (Entered: 03/03/2008) |
| 03/05/2008 | 🌐 81 | AMENDED CERTIFICATE of Service re 66 MOTION to Appoint Counsel *Plaintiffs Rachel Diller and Tron Nguyen's Motion And Motion For Appointment of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. AS INTERIM CLASS COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES REVISED CERTIFICATE OF SERVICE filed by Rachel Diller, Trong Nguyen.* Motion Hearing set for 3/28/2008 10:30 AM in Courtroom 8, 19th Floor, San Francisco. (Lehmann, Michael) (Filed on 3/5/2008) Modified on 3/6/2008 (mcl, COURT STAFF). (Entered: 03/05/2008) |
| 03/05/2008 | 🌐 | (Court only) ***Motions terminated: 81 MOTION to Amend/Correct 66 MOTION to Appoint Counsel *Plaintiffs Rachel Diller and Tron Nguyen's Motion And Motion For Appointment of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. AS INTERIM CLASS COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES*66 MOTION to Appoint Counsel *Plaintiffs Rachel Diller and Tron Nguyen's Motion And Motion For Appointment of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. AS INTERIM CLASS COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES*66 MOTION to Appoint Counsel *Plaintiffs Rachel Diller and Tron Nguyen's Motion And Motion For Appointment of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. AS INTERIM CLASS COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES* |
| 03/06/2008 | 🌐 82 | NOTICE by Donald Wortman *of Support for 54 Motion for Appointment of Interim Lead Counsel* (Kinnan, Richard) (Filed on 3/6/2008) Modified on 3/7/2008 (mcl, COURT STAFF). (Entered: 03/06/2008) |
| 03/07/2008 | 🌐 83 | Joinder in 54 Motion to Appoint Interim Class Counsel filed by Clyde |

|  |  | H. Campbell, Matthew Evans. (Baker, Phillip) (Filed on 3/7/2008) Modified on 3/10/2008 (mcl, COURT STAFF). (Entered: 03/07/2008) |
|---|---|---|
| 03/07/2008 | 84 | NOTICE of Appearance by Michael Paul Lehmann (Lehmann, Michael) (Filed on 3/7/2008) (Entered: 03/07/2008) |
| 03/07/2008 | 85 | NOTICE of Appearance by Christopher L. Lebsock (Lebsock, Christopher) (Filed on 3/7/2008) (Entered: 03/07/2008) |
| 03/07/2008 | 86 | RESPONSE in Support re 54 MOTION to Appoint Lead Plaintiff and Lead Counsel *Response In Support of Plaintiffs Donald Wortman, William Adams and Margaret Garcia's Motion for Appointment of Interim Lead Counsel* filed byMartin Kaufman. (Russell, Lauren) (Filed on 3/7/2008) (Entered: 03/07/2008) |
| 03/07/2008 | 87 | RESPONSE in Support *Memorandum in Support of 54 Motion for Appointment of Interim Lead Counsel Filed by Plaintiffs Donald Wortman, William Adams and Margaret Garcia* filed byThomas Schelly. (Saveri, Guido) (Filed on 3/7/2008) Modified on 3/10/2008 (mcl, COURT STAFF). (Entered: 03/07/2008) |
| 03/07/2008 | 88 | Memorandum in Opposition *Plaintiffs' Wortman, Adams, and Garcia's Response to 66 , 89 Motions for Appointment of Interim Lead Counsel* filed byWilliam Adams, Margaret Garcia, Donald Wortman. (Attachments: # 1 Certificate of Service)(Cotchett, Joseph) (Filed on 3/7/2008) Modified on 3/10/2008 (mcl, COURT STAFF). (Entered: 03/07/2008) |
| 03/07/2008 | 89 | Plaintiff Brenden G. Maloof's Notice of Support for 54 Motion for Appointment of Interim Lead Counsel Filed by Plaintiffs Donald Wortman, William Adams and Margaret Garcia filed by Brenden G. Maloof. (Howard, Derek) (Filed on 3/7/2008) Modified on 3/10/2008 (mcl, COURT STAFF). (Entered: 03/07/2008) |
| 03/07/2008 | 90 | Memorandum in Opposition re 54 MOTION to Appoint Lead Plaintiff and Lead Counsel filed byRachel Diller. (King, Jon) (Filed on 3/7/2008) (Entered: 03/07/2008) |
| 03/07/2008 | 91 | RESPONSE in Support *OF 54 WORTMAN PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL* filed byMark Foy. (Sheanin, Aaron) (Filed on 3/7/2008) Modified on 3/10/2008 (mcl, COURT STAFF). (Entered: 03/07/2008) |
| 03/07/2008 |  | (Court only) ***Motions terminated: 83 First MOTION for Joinder *in Request to Appoint Interim Class Counsel* filed by Matthew Evans, Clyde H. Campbell. (mcl, COURT STAFF) (Entered: 03/10/2008) |
| 03/07/2008 |  | (Court only) ***Motions terminated: 89 MOTION to Appoint Counsel *Plaintiff Brenden G. Maloof's Notice of Support for Motion for Appointment of Interim Lead Counsel Filed by Plaintiffs Donald Wortman, William Adams and Margaret Garcia* filed by Brenden G. Maloof. (mcl, COURT STAFF) (Entered: 03/10/2008) |
| 03/10/2008 | 92 | MOTION to Relate Case *Administrative Motion to Consider Whether* |

| | | |
|---|---|---|
| | | *Cases Should be Related* filed by Lori Barrett. (Westerman, Jeff) (Filed on 3/10/2008) (Entered: 03/10/2008) |
| 03/10/2008 | 🌐 93 | Declaration of Jeff S. Westerman in Support of 92 MOTION to Relate Case *Administrative Motion to Consider Whether Cases Should be Related* filed byLori Barrett. (Attachments: # 1 Exhibit A)(Related document(s) 92 ) (Westerman, Jeff) (Filed on 3/10/2008) (Entered: 03/10/2008) |
| 03/10/2008 | 🌐 94 | Proposed Order re 92 MOTION to Relate Case *Administrative Motion to Consider Whether Cases Should be Related* by Lori Barrett. (Westerman, Jeff) (Filed on 3/10/2008) (Entered: 03/10/2008) |
| 03/13/2008 | 🌐 95 | MOTION for leave to appear in Pro Hac Vice (Edward B. Schwartz) ( Filing fee $ 210, receipt number 34611016955.) filed by Cathay Pacific Airways. (Attachments: # 1 Proposed Order)(mcl, COURT STAFF) (Filed on 3/13/2008) (Entered: 03/14/2008) |
| 03/13/2008 | 🌐 100 | MOTION for leave to appear in Pro Hac Vice (Edward B. Schwartz) ( Filing fee $ 210, receipt number 34611016955.) filed by Cathay Pacific Airways. (Attachments: # 1 Proposed Order)(mcl, COURT STAFF) (Filed on 3/13/2008) (Entered: 03/17/2008) |
| 03/13/2008 | 🌐 | (Court only) ***Attorney Edward B. Schwartz for Cathay Pacific Airways added. (mcl, COURT STAFF) (Entered: 03/17/2008) |
| 03/14/2008 | 🌐 96 | Reply Memorandum re 66 MOTION to Appoint Counsel *Plaintiffs Rachel Diller and Tron Nguyen's Motion And Motion For Appointment of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. AS INTERIM CLASS COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES* filed byRachel Diller. (King, Jon) (Filed on 3/14/2008) (Entered: 03/14/2008) |
| 03/14/2008 | 🌐 97 | Reply Memorandum *Plaintiffs' Wortman, Adams and Garcia's Reply Brief Regarding 54 Motions for Appointment of Interim Lead Counsel* filed byWilliam Adams, Margaret Garcia, Donald Wortman. (Attachments: # 1 Certificate of Service)(Cotchett, Joseph) (Filed on 3/14/2008) Modified on 3/17/2008 (mcl, COURT STAFF). (Entered: 03/14/2008) |
| 03/17/2008 | 🌐 98 | PRETRIAL ORDER No. 1. Signed by Judge Charles R. Breyer on 3/17/2008. (crblc1, COURT STAFF) (Filed on 3/17/2008) Master docket case file under the style IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION and under the identification C 07-5634 CRB. In addition to the master file number, all pleadings shall include in the caption the MDL number: MDL No. 1913. (Entered: 03/17/2008) |
| 03/17/2008 | 🌐 99 | ORDER by Judge Charles R. Breyer granting 95 Motion for Pro Hac Vice (E B Schwartz) (be, COURT STAFF) (Filed on 3/17/2008) (Entered: 03/17/2008) |
| 03/18/2008 | 🌐 101 | *** **ERRONEOUS ENTRY** *** *Plaintiff Rachel Diller and Trong Nguyen's Administrative Motion to Consider Whether Cases Should be* |

|            |          |                                                                                                                                                                                                                                                                                                                                                                                                                                     |
|------------|----------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |          | *Related* filed by Rachel Diller, Trong Nguyen. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Proposed Order Proposed Order Granting Plaintiffs Rachel Diller and TRONG NGUYEN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED)(Lebsock, Christopher) (Filed on 3/18/2008) Modified on 3/19/2008 (mcl, COURT STAFF). Modified on 3/19/2008 (mcl, COURT STAFF). (Entered: 03/18/2008)               |
| 03/18/2008 | 🌐 102   | First MOTION to Relate Case *Plaintiffs Rachel Diller and Trong Nguyen's Administrative Motion to Consider Whether Cases Should be Related* filed by Rachel Diller, Trong Nguyen. (Lebsock, Christopher) (Filed on 3/18/2008) (Entered: 03/18/2008)                                                                                                                                                                                     |
| 03/18/2008 | 🌐       | (Court only) ***Motions terminated: 101 MOTION to Relate Case *Plaintiff Rachel Diller and Trong Nguyen's Administrative Motion to Consider Whether Cases Should be Related* filed by Trong Nguyen, Rachel Diller. (mcl, COURT STAFF) (Entered: 03/19/2008)                                                                                                                                                                             |
| 03/19/2008 | 🌐 103   | Declaration of Christopher L. Lebsock in Support of 102 First MOTION to Relate Case *Plaintiffs Rachel Diller and Trong Nguyen's Administrative Motion to Consider Whether Cases Should be Related* filed byRachel Diller. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Proposed Order Proposed Order Granting Plaintiffs Rachel Diller and Trong Nguyen's Administrative Motion to Consider Whether Cases Should Be Related)(Related document(s) 102 ) (Lebsock, Christopher) (Filed on 3/19/2008) (Entered: 03/19/2008) |
| 03/19/2008 | 🌐 104   | MOTION to Relate Case *Administrative Motion to Consider Whether Cases Should be Related* filed by Jason Gregory Turner. (Westerman, Jeff) (Filed on 3/19/2008) (Entered: 03/19/2008)                                                                                                                                                                                                                                                  |
| 03/19/2008 | 🌐 105   | Declaration of Jeff S. Westerman in Support of 104 MOTION to Relate Case *Administrative Motion to Consider Whether Cases Should be Related* filed byJason Gregory Turner. (Attachments: # 1 Exhibit A) (Related document(s) 104 ) (Westerman, Jeff) (Filed on 3/19/2008) (Entered: 03/19/2008)                                                                                                                                         |
| 03/19/2008 | 🌐 106   | Proposed Order *Relating Cases* by Jason Gregory Turner. (Westerman, Jeff) (Filed on 3/19/2008) (Entered: 03/19/2008)                                                                                                                                                                                                                                                                                                                 |
| 03/20/2008 | 🌐 107   | ORDER by Judge Charles R. Breyer granting 102 Motion to Relate Case C-07-6394JSW to lead case C-07-5634CRB, MDL 1913) (be, COURT STAFF) (Filed on 3/20/2008) (Entered: 03/20/2008)                                                                                                                                                                                                                                                    |
| 03/21/2008 | 🌐 108   | ORDER by Judge Charles R. Breyer granting 104 Motion to Relate Case C-08-1444EDL to C-07-5634CRB (be, COURT STAFF) (Filed on 3/21/2008) (Entered: 03/21/2008)                                                                                                                                                                                                                                                                         |
| 03/24/2008 | 🌐 109   | STIPULATION *JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME FOR CATHAY PACIFIC AIRWAYS LTD. TO RESPOND TO COMPLAINT* by William Adams, Margaret Garcia, Donald Wortman. (Swartzberg, Neil) (Filed on 3/24/2008) (Entered: 03/24/2008)                                                                                                                                                                                     |

| 03/24/2008 | 🌐 110 | STIPULATION *JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME FOR SINGAPORE AIRLINES LIMITED TO RESPOND TO COMPLAINT* by William Adams, Margaret Garcia, Donald Wortman. (Swartzberg, Neil) (Filed on 3/24/2008) (Entered: 03/24/2008) |
|---|---|---|
| 03/24/2008 | 🌐 111 | CERTIFICATE OF SERVICE by William Adams, Margaret Garcia, Donald Wortman re 110 Stipulation, 109 Stipulation (Swartzberg, Neil) (Filed on 3/24/2008) (Entered: 03/24/2008) |
| 03/25/2008 | 🌐 112 | STIPULATION AND ORDER re 110 extending time for Singapore Airlines to respond to complaint. Signed by Judge Charles R. Breyer on 03/25/08. (rbe, COURT STAFF) (Filed on 3/25/2008) (Entered: 03/25/2008) |
| 03/25/2008 | 🌐 113 | STIPULATION AND ORDER re 109 extending time for Cathay Pacific Airways Ltd. to respond to complaint. Signed by Judge Charles R. Breyer on 03/25/08. (rbe, COURT STAFF) (Filed on 3/25/2008) (Entered: 03/25/2008) |
| 03/25/2008 | 🌐 114 | STIPULATION *Joint Stipulation Pursuant to Local Rule 6-1(a) Extending Time for EVA Airways to Respond to Complaint* by William Adams, Margaret Garcia, Donald Wortman. (Swartzberg, Neil) (Filed on 3/25/2008) (Entered: 03/25/2008) |
| 03/25/2008 | 🌐 115 | CERTIFICATE OF SERVICE by William Adams, Margaret Garcia, Donald Wortman re 114 Stipulation (Swartzberg, Neil) (Filed on 3/25/2008) (Entered: 03/25/2008) |
| 03/26/2008 | 🌐 116 | NOTICE of Appearance by William Karas (Karas, William) (Filed on 3/26/2008) (Entered: 03/26/2008) |
| 03/26/2008 | 🌐 117 | Certificate of Interested Entities by Japan Airlines International identifying Corporate Parent Japan Airlines Corporation for Japan Airlines International. (Karas, William) (Filed on 3/26/2008) (Entered: 03/26/2008) |
| 03/26/2008 | 🌐 118 | NOTICE by Japan Airlines International re 116 Notice of Appearance, 117 Certificate of Interested Entities *Certificate of Service* (Karas, William) (Filed on 3/26/2008) (Entered: 03/26/2008) |
| 03/26/2008 | 🌐 119 | ORDER re 114 Stipulation filed by Margaret Garcia, William Adams, Donald Wortman. Signed by Judge Charles R. Breyer on 3/26/08. (be, COURT STAFF) (Filed on 3/26/2008) (Entered: 03/26/2008) |
| 03/26/2008 | 🌐 120 | ORDER by Judge Charles R. Breyer granting 100 Motion for Pro Hac Vice (Edward Schwartz) (be, COURT STAFF) (Filed on 3/26/2008) (Entered: 03/26/2008) |
| 03/26/2008 | 🌐 121 | Joinder *in 54 Plaintiffs Donald Wortman, William Adams, and Margaret Garcia's Motion for Appointment of Interim Lead Counsel* by Stephen Gaffigan. (King, Laurence) (Filed on 3/26/2008) Modified on 3/27/2008 (mcl, COURT STAFF). (Entered: 03/26/2008) |

| 03/26/2008 | 🌐 122 | STIPULATION *RE Further Extension of Time For Defendant All Nippon Airways Co., Ltd. To Respond To Abrams Complaint* by All Nippon Airways. (Brezine, Adam) (Filed on 3/26/2008) (Entered: 03/26/2008) |
| 03/26/2008 | 🌐 123 | Joinder *in 54 Plaintiffs Donald Wortman, William Adams, and Margaret Garcia's Motion for Appointment of Interim Lead Counsel* by Bruce Hut. (King, Laurence) (Filed on 3/26/2008) Modified on 3/27/2008 (mcl, COURT STAFF). (Entered: 03/26/2008) |
| 03/26/2008 | 🌐 124 | MOTION to Relate Case *Administrative Motion to Consider Whether Cases Should Be Related* filed by Dickson Leung. (Lee, Jack) (Filed on 3/26/2008) (Entered: 03/26/2008) |
| 03/26/2008 | 🌐 125 | Declaration of Jack W. Lee in Support of 124 MOTION to Relate Case *Administrative Motion to Consider Whether Cases Should Be Related* filed byDickson Leung. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Related document(s) 124 ) (Lee, Jack) (Filed on 3/26/2008) (Entered: 03/26/2008) |
| 03/26/2008 | 🌐 126 | Proposed Order re 124 MOTION to Relate Case *Administrative Motion to Consider Whether Cases Should Be Related* by Dickson Leung. (Lee, Jack) (Filed on 3/26/2008) (Entered: 03/26/2008) |
| 03/26/2008 | 🌐 127 | CERTIFICATE OF SERVICE by Dickson Leung re 126 Proposed Order, 125 Declaration in Support, 124 MOTION to Relate Case *Administrative Motion to Consider Whether Cases Should Be Related* (Lee, Jack) (Filed on 3/26/2008) (Entered: 03/26/2008) |
| 03/27/2008 | 🌐 128 | MOTION to Relate Case *and [Proposed] Order* filed by Kevin Moy. (Attachments: # 1 Proposed Order)(Gross, Terry) (Filed on 3/27/2008) (Entered: 03/27/2008) |
| 03/27/2008 | 🌐 129 | MOTION to Relate Case *Plaintiff Rufus Browning's Administrative Motion to Relate Case* filed by Rufus Browning. (Attachments: # 1 Proof of Service)(Kupfer, Susan) (Filed on 3/27/2008) (Entered: 03/27/2008) |
| 03/28/2008 | 🌐 130 | **ORDER by Judge Charles R. Breyer appointing interim lead counsel. Court appoints Cohen, MIlstein, Hausfeld & Toll, P.L.L.C adn Cotchettt, Pitre & McCarthy as interim class counsel for the putative class.(crblc1, COURT STAFF) (Filed on 3/28/2008) (Entered: 03/28/2008)** |
| 03/28/2008 | 🌐 131 | MOTION to Relate Case *Plaintiffs' Administratie Motion to Relate Cases* filed by Lolly Randall and Christian Duke. (Saveri, Guido) (Filed on 3/28/2008) Modified on 4/11/2008 (mcl, COURT STAFF). (Entered: 03/28/2008) |
| 03/28/2008 | 🌐 132 | Declaration *of Cadio Zirpoli in Support of Plaintiffs' Administrative Motion to Relate Cases* filed byLolly Randall. (Saveri, Guido) (Filed on 3/28/2008) (Entered: 03/28/2008) |
| 03/28/2008 | 🌐 133 | Proposed Order re 131 MOTION to Relate Case *Plaintiffs'* |

| | | |
|---|---|---|
| | | *Administratie Motion to Relate Cases* by Lolly Randall. (Saveri, Guido) (Filed on 3/28/2008) (Entered: 03/28/2008) |
| 03/28/2008 | 🌐 134 | Declaration of Susan G. Kupfer in Support of 129 MOTION to Relate Case *Plaintiff Rufus Browning's Administrative Motion to Relate Case* filed byRufus Browning. (Attachments: # 1 Exhibit A, # 2 Proposed Order, # 3 Proof of Service)(Related document(s) 129 ) (Kupfer, Susan) (Filed on 3/28/2008) (Entered: 03/28/2008) |
| 03/28/2008 | 🌐 135 | Minute Entry: Motion Hearing on P's Motion for Appt. of Interim Lead Counsel held on 3/28/2008 before Charles R. Breyer (Date Filed: 3/28/2008). Michael Hausfeld and Joe Cotchett appointed co-counsels. (Court Reporter Katherine Powell.) (fj, COURT STAFF) (Date Filed: 3/28/2008) (Entered: 03/28/2008) |
| 03/31/2008 | 🌐 136 | ORDER Granting re 122 Stipulation Re Further Extension of Time For Defendant All Nippon Airways Co., Ltd. To Respond To Abrams Complaint filed by All Nippon Airways. Signed by Judge Charles R. Breyer on 3/31/08. (fj, COURT STAFF) (Filed on 3/31/2008) (Entered: 03/31/2008) |
| 04/01/2008 | 🌐 137 | ORDER by Judge Charles R. Breyer granting 124 Motion to Relate Case C-08-1616 VRW with C-07-5634 CRB and consolidated with MDL 08-1913 CRB. (tl, COURT STAFF) (Filed on 4/1/2008) (Entered: 04/01/2008) |
| 04/01/2008 | 🌐 138 | ORDER by Judge Charles R. Breyer granting 128 Motion to Relate Case C-08-1383 MEJ to C-07-5634 CRB and consolidating C-08-1383 MEJ with MDL 08-1913 CRB. (tl, COURT STAFF) (Filed on 4/1/2008) (Entered: 04/01/2008) |
| 04/02/2008 | 🌐 139 | STIPULATION *Pursuant to Local Rule 6-1 Extending Time to Respond to Complaint* by Malaysia Airlines. (McQuaid, Carrie) (Filed on 4/2/2008) (Entered: 04/02/2008) |
| 04/03/2008 | 🌐 140 | STIPULATION *Pursuant to Local Rule 6-1 Extending Time to Respond to Complaint* by Malaysia Airlines. (McQuaid, Carrie) (Filed on 4/3/2008) (Entered: 04/03/2008) |
| 04/07/2008 | 🌐 141 | ORDER extending time to respond re 139 Stipulation filed by Malaysia Airlines. Signed by Judge Charles R. Breyer on 4/07/08. (be, COURT STAFF) (Filed on 4/7/2008) (Entered: 04/07/2008) |
| 04/07/2008 | 🌐 142 | ORDER re 140 Stipulation filed by Malaysia Airlines. Signed by Judge Charles R. Breyer on 4/7/08. (be, COURT STAFF) (Filed on 4/7/2008) (Entered: 04/07/2008) |
| 04/07/2008 | 🌐 143 | STIPULATION *Pursuant to Local Rule 6-1 Extending Time to Respond to Complaint* by Malaysia Airlines. (McQuaid, Carrie) (Filed on 4/7/2008) (Entered: 04/07/2008) |
| 04/07/2008 | 🌐 150 | MOTION for leave to appear in Pro Hac Vice (William R. Sherman) ( Filing fee $ 210, receipt number 34611017877.) filed by Singapore Airlines. (Attachments: # 1 Proposed Order)(mcl, COURT STAFF) |

|  |  | (Filed on 4/7/2008) (Entered: 04/11/2008) |
|---|---|---|
| 04/08/2008 | 151 | MOTION for leave to appear in Pro Hac Vice (Charles R. Price) ( Filing fee $ 210, receipt number 34611017950.) filed by Singapore Airlines. (Attachments: # 1 Proposed Order)(mcl, COURT STAFF) (Filed on 4/8/2008) (Entered: 04/11/2008) |
| 04/09/2008 | 144 | ORDER by Judge Charles R. Breyer granting 131 Motion to Relate Case C-08-0909JCS and C-08-1142EMC to C07-5634CRB and MDL 1913 (be, COURT STAFF) (Filed on 4/9/2008) (Entered: 04/09/2008) |
| 04/09/2008 | 145 | ORDER RELATING CASES C-07-5811CRB, C-07-5911CRB, C-07-6343CRB and C-08-1462MEJ to C-07-5634CRB and MDL 1913. Signed by Judge Charles R. Breyer on 4/7/08. (be, COURT STAFF) (Filed on 4/9/2008) (Entered: 04/09/2008) |
| 04/09/2008 |  | (Court only) *** Attorney Kenneth Fisher Rossman; John F. Cove, Jr and Dean Michael Harvey terminated. (mcl, COURT STAFF) (Entered: 04/09/2008) |
| 04/09/2008 | 146 | ORDER extending time to respond re 143 Stipulation filed by Malaysia Airlines. Signed by Judge Charles R. Breyer on 4/08/08. (be, COURT STAFF) (Filed on 4/9/2008) (Entered: 04/09/2008) |
| 04/10/2008 | 147 | Certificate of Interested Entities by Eva Airways *Defendant EVA Airways Corporation's Federal Rule 7.1 Disclosure Statement and Local Rule 3-16 Certification of Interested Entities or Parties* (Casamassima, Christopher) (Filed on 4/10/2008) (Entered: 04/10/2008) |
| 04/10/2008 | 148 | STIPULATION *Stipulation and [Proposed] Order Regarding Extension of Time for Defendants to Respond to Complaint* by William Adams, Margaret Garcia, Donald Wortman. (Attachments: # 1 Certificate of Service)(Williams, Steven) (Filed on 4/10/2008) (Entered: 04/10/2008) |
| 04/10/2008 | 149 | MOTION to Relate Case filed by Donald Wortman. (Attachments: # 1 Certificate of Service)(Williams, Steven) (Filed on 4/10/2008) (Entered: 04/10/2008) |
| 04/10/2008 |  | (Court only) ***Party Andrew Barton rep by Graham Bruce LippSmith, and Tracey Wadmore Smith added. (mcl, COURT STAFF) (Entered: 04/17/2008) |
| 04/11/2008 | 152 | ORDER RELATING CASES C-08-1140EMC and C-08-1458MEJ to C-07-5634CRB. Signed by Judge Charles R. Breyer on 4/10/08. (be, COURT STAFF) (Filed on 4/11/2008) (Entered: 04/11/2008) |
| 04/14/2008 | 153 | Proposed Order *[Proposed] Order Granting 149 Administrative Motion to Consider Whether Cases Should Be Related* by William Adams, Margaret Garcia, Donald Wortman. (Attachments: # 1 Certificate of Service)(Williams, Steven) (Filed on 4/14/2008) Modified on 4/16/2008 (mcl, COURT STAFF). (Entered: 04/14/2008) |
| 04/15/2008 | 154 | ORDER by Judge Charles R. Breyer granting 150 Motion for Pro Hac |

| | | |
|---|---|---|
| | | Vice (Wm R. Sherman) (be, COURT STAFF) (Filed on 4/15/2008) (Entered: 04/15/2008) |
| 04/15/2008 | 🌐 155 | ORDER by Judge Charles R. Breyer granting 151 Motion for Pro Hac Vice (C R. Price) (be, COURT STAFF) (Filed on 4/15/2008) (Entered: 04/15/2008) |
| 04/15/2008 | 🌐 156 | ORDER regarding extension of time for defendants to respond re 148 Stipulation, filed by Margaret Garcia, William Adams, Donald Wortman. Signed by Judge Charles R. Breyer on 4/11/08. (be, COURT STAFF) (Filed on 4/15/2008) (Entered: 04/15/2008) |
| 04/15/2008 | 🌐 157 | ORDER by Judge Charles R. Breyer granting 149 Motion to Relate Cases C07-6071MMC, C-07-6357MMC, C-07-6410EDL, C-08-0308BZ, C-08-0487SC, C-08-0615MEJ and C-08-1453CRB to C-07-5634CRB (MDL 1793CRB) (be, COURT STAFF) (Filed on 4/15/2008) (Entered: 04/15/2008) |
| 04/15/2008 | 🌐 | (Court only) ***Motions terminated: (be, COURT STAFF) (Filed on 4/15/2008) (Entered: 04/15/2008) |
| 04/15/2008 | 🌐 | (Court only) ***Attorney William R. Sherman for Singapore Airlines, Charles R. Price for Singapore Airlines added. (mcl, COURT STAFF) (Entered: 04/16/2008) |
| 04/15/2008 | 🌐 | (Court only) ***Party Michael Benson rep by Guido Saveri, and Tori Kitagawa, and Woodrow Clark, II rep by Brian Joseph Barry, Esq, and James Evans, and Meor Adlin rep by Brian S. Kabateck, and Judah M. Feigenbaum rep by Cheryl Hamer Mackell, and Justin LaBarge added. (mcl, COURT STAFF) (Entered: 04/17/2008) |
| 04/15/2008 | 🌐 | (Court only) ***Party Scott Frederick rep by Guido Saveri, and Reiko Hirai rep by Daniel E. Gustafson, Richard J. Arsenault, Christopher T. Heffelfinger, Dianne M. Nast, Joseph Goldberg, W. Joseph Bruckner added. (mcl, COURT STAFF) (Entered: 04/17/2008) |
| 04/16/2008 | 🌐 158 | NOTICE of Appearance by Kenneth P. Ewing *for Japan Airlines International Co., Ltd.* (Ewing, Kenneth) (Filed on 4/16/2008) (Entered: 04/16/2008) |
| 04/16/2008 | 🌐 159 | NOTICE of Appearance by Christopher Thomas Casamassima *Defendant EVA Airways Corporation's Notice of Appearance* (Casamassima, Christopher) (Filed on 4/16/2008) (Entered: 04/16/2008) |
| 04/16/2008 | 🌐 | (Court only) ***Attorney James Mutchnik for Eva Airways, Andrew P. Young for Eva Airways, Pantea Yashar for Eva Airways added. (mcl, COURT STAFF) (Entered: 04/17/2008) |
| 04/23/2008 | 🌐 160 | NOTICE by Lori Barrett, Jason Gregory Turner *OF CHANGE OF LAW FIRM NAME* (Westerman, Jeff) (Filed on 4/23/2008) (Entered: 04/23/2008) |
| 04/28/2008 | 🌐 161 | NOTICE of Appearance by Mitchell D. Raup (Raup, Mitchell) (Filed on 4/28/2008) (Entered: 04/28/2008) |

| | | |
|---|---|---|
| 05/01/2008 | 🌐 162 | TRANSCRIPT of Proceedings held on 3/28/08 before Judge Charles R. Breyer. Court Reporter: Katherine A. Powell. (mcl, COURT STAFF) (Filed on 5/1/2008) (Entered: 05/01/2008) |
| 05/21/2008 | 🌐 163 | NOTICE by William Adams, Margaret Garcia, Donald Wortman *Notice of Tag-Along Action* (Attachments: # 1 Certificate of Service)(Williams, Steven) (Filed on 5/21/2008) (Entered: 05/21/2008) |
| 06/18/2008 | 🌐 164 | NOTICE by Qantas Airways, Ltd. *NOTICE OF CHANGE OF LAW FIRM NAME* (Duncheon, Michael) (Filed on 6/18/2008) (Entered: 06/18/2008) |
| 06/18/2008 | 🌐 165 | MOTION for leave to appear in Pro Hac Vice (Alice G. Glass) ( Filing fee $ 210, receipt number 34611020360.) filed by Qantas Airways, Ltd. (Attachments: # 1 Proposed Order)(mcl, COURT STAFF) (Filed on 6/18/2008) (Entered: 06/19/2008) |
| 06/18/2008 | 🌐 166 | MOTION for leave to appear in Pro Hac Vice (Kimberly N. Shaw) ( Filing fee $ 210, receipt number 34611020360.) filed by Qantas Airways, Ltd. (Attachments: # 1 Proposed Order)(mcl, COURT STAFF) (Filed on 6/18/2008) (Entered: 06/19/2008) |
| 06/18/2008 | 🌐 167 | MOTION for leave to appear in Pro Hac Vice (W. Todd Miller) ( Filing fee $ 210, receipt number 34611020360.) filed by Qantas Airways, Ltd. (Attachments: # 1 Proposed Order)(mcl, COURT STAFF) (Filed on 6/18/2008) (Entered: 06/19/2008) |
| 06/19/2008 | 🌐 168 | ORDER by Judge Charles R. Breyer granting 165 Motion for Pro Hac Vice (Alice G. Glass) (be, COURT STAFF) (Filed on 6/19/2008) (Entered: 06/19/2008) |
| 06/19/2008 | 🌐 169 | ORDER by Judge Charles R. Breyer granting 166 Motion for Pro Hac Vice (Kimberly N. Shaw) (be, COURT STAFF) (Filed on 6/19/2008) (Entered: 06/19/2008) |
| 06/19/2008 | 🌐 170 | ORDER by Judge Charles R. Breyer granting 167 Motion for Pro Hac Vice (Todd Miller) (be, COURT STAFF) (Filed on 6/19/2008) (Entered: 06/19/2008) |
| 06/19/2008 | 🌐 | (Court only) ***Attorney Alice G. Glass for Qantas Airways, Ltd., Kimberly N. Shaw for Qantas Airways, Ltd., W. Todd Miller for Qantas Airways, Ltd. added. (mcl, COURT STAFF) (Entered: 06/20/2008) |
| 06/25/2008 | 🌐 171 | ASSOCIATION of Counsel by Micah Abrams. (Corbitt, Craig) (Filed on 6/25/2008) (Entered: 06/25/2008) |
| 06/25/2008 | 🌐 | (Court only) ***Attorney Jennie Lee Anderson for Micah Abrams, Micha Star Liberty for Micah Abrams added. (mcl, COURT STAFF) (Entered: 06/30/2008) |
| 07/02/2008 | 🌐 172 | CONDITIONAL TRANSFER ORDER (CTO-2) by MDL Panel. (mcl, COURT STAFF) (Filed on 7/2/2008) (Entered: 07/08/2008) |
| 07/10/2008 | 🌐 | (Court only) *** Party Judah M. Feigenbaum and Judah M. |

|  |  | Feigenbaum terminated pursuant to Notice of Voluntary Dismissal without Prejudice 09 filed in C-08-308CRB. (be, COURT STAFF) (Filed on 7/10/2008) (Entered: 07/11/2008) |
|---|---|---|
| 09/19/2008 | 🌐 173 | NOTICE by Justin LaBarge *of Change of Firm Name* (Spector, Eugene) (Filed on 9/19/2008) (Entered: 09/19/2008) |
| 11/11/2008 | 🌐 174 | MOTION to Substitute Attorney *Plaintiffs Rachel Diller's and Trong Nguyen's Motion for Administrative Relief Pursuant to Rule 7-11 Regarding Substitution of Co-Lead Counsel* filed by Micah Abrams, Margaret Garcia, Donald Wortman. (Attachments: # 1 Stipulation & [Proposed] Order, # 2 Certificate of Service)(Williams, Steven) (Filed on 11/11/2008) (Entered: 11/11/2008) |
| 11/14/2008 | 🌐 175 | ORDER by Judge Charles R. Breyer granting (174) Motion to Substitute Attorney. in case 3:07-cv-05634-CRB; granting (35) Motion to Substitute Attorney. in case M:08-cv-01913-CRB (be, COURT STAFF) (Filed on 11/14/2008) (Entered: 11/14/2008) |
| 11/21/2008 | 🌐 176 | MOTION to Withdraw as Attorney *(Administrative Motion Pursuant to L.R. 7-11 Regarding Withdrawal of Cohen Milstein Sellers & Toll, PLLC as counsel for Plaintiffs Rachel Diller and Trong Nguyen* filed by Trong Nguyen. (Attachments: # 1 Declaration Of Christopher L. Lebsock In Support, # 2 Declaration of Rachel Diller In Support, # 3 Declaration of Trong Nguyen In Support, # 4 Proposed Order)(Lebsock, Christopher) (Filed on 11/21/2008) (Entered: 11/21/2008) |
| 11/24/2008 | 🌐 177 | ORDER by Judge Charles R. Breyer granting (176) Motion to Withdraw as Attorney. in case 3:07-cv-05634-CRB (be, COURT STAFF) (Filed on 11/24/2008) (Entered: 11/24/2008) |
| 12/01/2008 | 🌐 178 | NOTICE of Appearance by Daniel A. Small (Small, Daniel) (Filed on 12/1/2008) (Entered: 12/01/2008) |
| 12/01/2008 | 🌐 179 | NOTICE by All Plaintiffs *Notice of Firm Name Change* (Small, Daniel) (Filed on 12/1/2008) (Entered: 12/01/2008) |
| 12/01/2008 | 🌐 180 | MOTION for Leave to File *Motion for Reconsideration of Order Regarding Substitution of Co-Lead Counsel* filed by All Plaintiffs. (Attachments: # 1 Exhibit A- Declaration of Daniel A. Small, # 2 Proposed Order, # 3 Certificate of Service)(Small, Daniel) (Filed on 12/1/2008) (Entered: 12/01/2008) |
| 12/02/2008 | 🌐 181 | Memorandum in Opposition re 180 MOTION for Leave to File *Motion for Reconsideration of Order Regarding Substitution of Co-Lead Counsel* filed byRachel Diller. (Attachments: # 1 Request for Judicial Notice, # 2 Certificate of Service)(Lebsock, Christopher) (Filed on 12/2/2008) (Entered: 12/02/2008) |
| 12/03/2008 | 🌐 182 | Letter from Daniel A. Small. (Small, Daniel) (Filed on 12/3/2008) (Entered: 12/03/2008) |
| 12/09/2008 | 🌐 183 | NOTICE by Rachel Diller re 181 Memorandum in Opposition, *Submission of Supplemental Authority and Certificate of Service* |

| | | (Lebsock, Christopher) (Filed on 12/9/2008) (Entered: 12/09/2008) |
|---|---|---|
| 12/16/2008 | 🌐 184 | ORDER by Judge Charles R. Breyer granting 180 Motion for Leave to File (crblc1, COURT STAFF) (Filed on 12/16/2008) (Entered: 12/16/2008) |
| 12/19/2008 | 🌐 185 | MOTION for Reconsideration re 175 Order on Motion to Substitute Attorney, filed by All Plaintiffs. (Attachments: # 1 Affidavit Declaration of Daniel A. Small, # 2 Proposed Order, # 3 Certificate of Service) (Small, Daniel) (Filed on 12/19/2008) (Entered: 12/19/2008) |
| 01/05/2009 | 🌐 186 | Memorandum in Opposition re 185 MOTION for Reconsideration re 175 Order on Motion to Substitute Attorney, MOTION for Reconsideration re 175 Order on Motion to Substitute Attorney, filed byRachel Diller, Trong Nguyen. (Attachments: # 1 Declaration of Michael D. Hausfeld in Support of Hausfeld LLP's Opposition to Cohen Milstein Sellers & Toll PLLC's Motion for Reconsideration, # 2 [Proposed] Order Denying Motion for Reconsideration, # 3 Certificate of Service)(Lebsock, Christopher) (Filed on 1/5/2009) (Entered: 01/05/2009) |
| 01/12/2009 | 🌐 187 | Reply to Opposition *of Hausfeld LLP to 185 Cohen Milstein Sellers & Toll PLLC's Motion for Reconsideration* filed byAll Plaintiffs. (Attachments: # 1 Affidavit Declaration of Daniel A. Small, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Certificate of Service)(Small, Daniel) (Filed on 1/12/2009) Modified on 1/13/2009 (mcl, COURT STAFF). (Entered: 01/12/2009) |
| 01/14/2009 | 🌐 188 | CLERKS NOTICE Motion Hearing set for 1/29/2009 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (be, COURT STAFF) (Filed on 1/14/2009) (Entered: 01/14/2009) |
| 01/14/2009 | 🌐 189 | CORRECTED DOCUMENT to 188 CLERKS NOTICE Motion Hearing set for 1/29/2009 10:00 AM in Courtroom 8, 19th Floor, San Francisco(be, COURT STAFF) (Filed on 1/14/2009) (Entered: 01/14/2009) |
| 01/20/2009 | 🌐 190 | NOTICE of Change of Address by Christopher T. Heffelfinger *Notice of Change of Firm Name and Office Address* (Heffelfinger, Christopher) (Filed on 1/20/2009) (Entered: 01/20/2009) |
| 01/27/2009 | 🌐 191 | Letter from Daniel A. Small. (Small, Daniel) (Filed on 1/27/2009) (Entered: 01/27/2009) |
| 01/29/2009 | 🌐 192 | Minute Entry: Motion Hearing held on 1/29/2009 before Charles R. Breyer (Date Filed: 1/29/2009) re (185 in 3:07-cv-05634-CRB) MOTION for Reconsideration re (175) Order on Motion to Substitute Attorney, MOTION for Reconsideration re (175) Order on Motion to Substitute Attorney, filed by All Plaintiffs, ***Motions terminated: (185 in 3:07-cv-05634-CRB) MOTION for Reconsideration re (175) Order on Motion to Substitute Attorney, MOTION for Reconsideration re (175) Order on Motion to Substitute Attorney, filed by All Plaintiffs.. (Court Reporter Sahar McVickar.) (be, COURT STAFF) (Date Filed: |

| | | 1/29/2009) (Entered: 01/30/2009) |
|---|---|---|
| 02/05/2009 | 🌐 193 | NOTICE of Change of Address by Derek G. Howard (Howard, Derek) (Filed on 2/5/2009) (Entered: 02/05/2009) |
| 02/25/2009 | 🌐 194 | NOTICE by Micah Abrams *of Notice of Change of Counsel* (Anderson, Jennie) (Filed on 2/25/2009) (Entered: 02/25/2009) |
| 02/25/2009 | 🌐 195 | NOTICE by Micah Abrams *of Notice of Change of Address & Firm Name* (Anderson, Jennie) (Filed on 2/25/2009) (Entered: 02/25/2009) |
| 02/25/2009 | 🌐 | (Court only) *** Attorney Micha Star Liberty terminated. (mcl, COURT STAFF) (Entered: 02/26/2009) |
| 03/30/2009 | 🌐 196 | NOTICE of Appearance by James V Dick *for defendant China Airlines Ltd.* (Dick, James) (Filed on 3/30/2009) (Entered: 03/30/2009) |
| 06/25/2009 | 🌐 197 | NOTICE of Appearance by David H. Bamberger *for Defendant Cathay Pacific Airways Ltd.* (Bamberger, David) (Filed on 6/25/2009) (Entered: 06/25/2009) |
| 06/25/2009 | 🌐 198 | NOTICE of Change In Counsel by David H. Bamberger *for Defendant Cathay Pacific Airways Ltd.* (Bamberger, David) (Filed on 6/25/2009) (Entered: 06/25/2009) |
| 06/25/2009 | 🌐 | (Court only) *** Attorney Edward B. Schwartz terminated. (mcl, COURT STAFF) (Entered: 06/29/2009) |
| 06/29/2009 | 🌐 199 | NOTICE of Appearance by Deana Louise Cairo *on behalf of Cathay Pacific Airways Ltd.* (Cairo, Deana) (Filed on 6/29/2009) (Entered: 06/29/2009) |
| 08/06/2009 | 🌐 200 | COMPLAINT *PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT* against Air New Zealand, All Nippon Airways, Cathay Pacific Airways, China Airlines, Eva Airways, Japan Airlines International, Malaysia Airlines, Northwest Airlines, Qantas Airways, Qantas Airways, Ltd., Singapore Airlines, Thai Airways, United Airlines (Filing fee $ 350.). Filed byAll Plaintiffs. (Williams, Steven) (Filed on 8/6/2009) (Entered: 08/06/2009) |
| 08/06/2009 | 🌐 201 | *** **FILED IN ERROR. PLEASE SEE DOCKET # 203 . *** NOTICE of Appearance by Allan Steyer (Steyer, Allan) (Filed on 8/6/2009) Modified on 8/7/2009 (ewn, COURT STAFF). (Entered: 08/06/2009) |
| 08/06/2009 | 🌐 202 | NOTICE of Appearance by Simon Richard Goodfellow (Goodfellow, Simon) (Filed on 8/6/2009) (Entered: 08/06/2009) |
| 08/06/2009 | 🌐 203 | NOTICE of Appearance by Allan Steyer (Steyer, Allan) (Filed on 8/6/2009) (Entered: 08/06/2009) |
| 08/06/2009 | 🌐 204 | CERTIFICATE OF SERVICE by Rachel Diller re 202 Notice of Appearance (Goodfellow, Simon) (Filed on 8/6/2009) (Entered: 08/06/2009) |
| | | |

| 08/06/2009 | 205 | CERTIFICATE OF SERVICE by Rachel Diller re 203 Notice of Appearance (Steyer, Allan) (Filed on 8/6/2009) (Entered: 08/06/2009) |
| 08/06/2009 | | (Court only) ***Party Air France, British Airways, Continental Airlines, Inc., Deutsche Lufthansa AG, KLM Royal Dutch Airline, Philippine Airlines, Inc., Malaysian Airline System Berhad, SAS AB, Swiss International AG and Vietnam Airlines added. (mcl, COURT STAFF) (Entered: 08/07/2009) |
| 08/06/2009 | | (Court only) ***Party Franklyn Ajaye, Larry Chen, David Kuo, Dickson Leung, David Murphy and Titi Tran added. (mcl, COURT STAFF) (Entered: 08/07/2009) |
| 08/07/2009 | 206 | NOTICE by All Plaintiffs re 200 Complaint, *Notice of Additional Counsel for Plaintiffs and Putative Class* (Williams, Steven) (Filed on 8/7/2009) (Entered: 08/07/2009) |
| 08/07/2009 | | (Court only) ***Attorney Bruce Lee Simon,Esther L Klisura,Ashlei Melissa Vargas for Franklyn Ajaye,Garrett D. Blanchfield, Jr for Scott Frederick,Pierce O'Donnell,Gregory Jonathon Mann,Robert M Brava-Partain for David Kuo,Pierce O'Donnell,Gregory Jonathon Mann,Robert M Brava-Partain for David Murphy,Bruce Lee Simon,Esther L Klisura,Ashlei Melissa Vargas for Titi Tran added. (mcl, COURT STAFF) (Entered: 08/10/2009) |
| 08/11/2009 | 207 | NOTICE of Appearance by Lee Albert (Albert, Lee) (Filed on 8/11/2009) (Entered: 08/11/2009) |
| 08/11/2009 | 208 | NOTICE of Appearance by Brian P Murray (Murray, Brian) (Filed on 8/11/2009) (Entered: 08/11/2009) |
| 08/11/2009 | 209 | NOTICE of Appearance by Daniel Cohen (Cohen, Daniel) (Filed on 8/11/2009) (Entered: 08/11/2009) |
| 08/12/2009 | 210 | CERTIFICATE OF SERVICE by All Plaintiffs re 200 Complaint, (Williams, Steven) (Filed on 8/12/2009) (Entered: 08/12/2009) |
| 08/13/2009 | 211 | NOTICE of Appearance by Jay L. Himes (Himes, Jay) (Filed on 8/13/2009) (Entered: 08/13/2009) |
| 08/13/2009 | 212 | NOTICE of Appearance by Morissa R. Falk (Falk, Morissa) (Filed on 8/13/2009) (Entered: 08/13/2009) |
| 08/13/2009 | 213 | NOTICE of Substitution of Counsel by Ann-Kathryn Rose Tria *Malaysian Airline System Berhad's Notice of Substitution of Counsel* (Attachments: # 1 Certificate of Service)(Tria, Ann-Kathryn) (Filed on 8/13/2009) (Entered: 08/13/2009) |
| 08/13/2009 | 214 | NOTICE of Appearance by Matthew Weston (Attachments: # 1 Certificate of Service)(Weston, Matthew) (Filed on 8/13/2009) (Entered: 08/13/2009) |
| 08/13/2009 | 215 | NOTICE of Appearance by David Andrew Senior (Attachments: # 1 Certificate of Service)(Senior, David) (Filed on 8/13/2009) (Entered: |

| | | 08/13/2009) |
|---|---|---|
| 08/14/2009 | 🌐216 | NOTICE of Appearance by Jesse William Markham *Notice of Appearance of Douglas E. Rosenthal* (Markham, Jesse) (Filed on 8/14/2009) (Entered: 08/14/2009) |
| 08/14/2009 | 🌐217 | NOTICE of Appearance by Jesse William Markham *Notice of Appearance of Mitchell L. Stoltz* (Markham, Jesse) (Filed on 8/14/2009) (Entered: 08/14/2009) |
| 08/14/2009 | 🌐218 | MOTION for Order Authorizing Alternative Service Pursuant to FRCP 4(f)(3) filed by All Plaintiffs. Motion Hearing set for 9/18/2009 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Declaration of Christopher L. Lebsock, # 3 Proposed Order, # 4 Certificate of Service)(Lebsock, Christopher) (Filed on 8/14/2009) (Entered: 08/14/2009) |
| 08/14/2009 | 🌐 | (Court only) ***Attorney Mitchell L. Stoltz for All Nippon Airways added. (ys, COURT STAFF) (Filed on 8/14/2009) (Entered: 08/17/2009) |
| 08/14/2009 | 🌐 | (Court only) ***Attorney Douglas E. Rosenthal for All Nippon Airways added. (ys, COURT STAFF) (Filed on 8/14/2009) (Entered: 08/17/2009) |
| 08/14/2009 | | (Court only) ***Attorney Matthew L. Weston for Malaysian Airline System Berhad added. (ys, COURT STAFF) (Filed on 8/14/2009) (Entered: 08/17/2009) |
| 08/14/2009 | | (Court only) *** Attorney Carrie Ann McQuaid terminated. (ys, COURT STAFF) (Filed on 8/14/2009) (Entered: 08/17/2009) |
| 09/01/2009 | 🌐219 | ORDER to extend time to file responsive pleading to consolidated class action complaint re (64 in M:08-cv-01913-CRB) Stipulation filed by Continental Airlines, Inc.. Signed by Judge Charles R. Breyer on 8/31/09. (be, COURT STAFF) (Filed on 9/1/2009) (Entered: 09/01/2009) |
| 09/02/2009 | 🌐220 | CERTIFICATE OF SERVICE by All Plaintiffs *PROOF OF SERVICE OF SUMMONS AND COMPLAINT FOR BRITISH AIRWAYS PLC* (Williams, Steven) (Filed on 9/2/2009) (Entered: 09/02/2009) |
| 09/02/2009 | 🌐221 | CERTIFICATE OF SERVICE by All Plaintiffs *PROOF OF SERVICE OF SUMMONS AND COMPLAINT FOR CATHAY PACIFIC AIRWAYS LIMITED* (Williams, Steven) (Filed on 9/2/2009) (Entered: 09/02/2009) |
| 09/02/2009 | 🌐222 | CERTIFICATE OF SERVICE by All Plaintiffs *PROOF OF SERVICE OF SUMMONS AND COMPLAINT FOR CONTINENTAL AIRLINES, INC.* (Williams, Steven) (Filed on 9/2/2009) (Entered: 09/02/2009) |
| 09/02/2009 | 🌐223 | CERTIFICATE OF SERVICE by All Plaintiffs *PROOF OF SERVICE OF SUMMONS AND COMPLAINT FOR DEUTSCHE LUFTHANSA* (Williams, Steven) (Filed on 9/2/2009) (Entered: 09/02/2009) |
| | | |

| 09/02/2009 | 224 | CERTIFICATE OF SERVICE by All Plaintiffs *PROOF OF SERVICE OF SUMMONS AND COMPLAINT FOR EVA AIRWAYS CORPORATION* (Williams, Steven) (Filed on 9/2/2009) (Entered: 09/02/2009) |
| 09/02/2009 | 225 | CERTIFICATE OF SERVICE by All Plaintiffs *PROOF OF SERVICE OF SUMMONS AND COMPLAINT FOR PHILIPPINE AIRLINES, INC.* (Williams, Steven) (Filed on 9/2/2009) (Entered: 09/02/2009) |
| 09/02/2009 | 226 | CERTIFICATE OF SERVICE by All Plaintiffs *PROOF OF SERVICE OF SUMMONS AND COMPLAINT FOR SINGAPORE AIRLINES LIMITED* (Williams, Steven) (Filed on 9/2/2009) (Entered: 09/02/2009) |
| 09/02/2009 | 227 | CERTIFICATE OF SERVICE by All Plaintiffs *PROOF OF SERVICE OF SUMMONS AND COMPLAINT FOR SWISS INTERNATIONAL AIR LINES, LTD* (Williams, Steven) (Filed on 9/2/2009) (Entered: 09/02/2009) |
| 09/02/2009 | 228 | CERTIFICATE OF SERVICE by All Plaintiffs *PROOF OF SERVICE OF SUMMONS AND COMPLAINT FOR VIETNAM AIRLINES* (Williams, Steven) (Filed on 9/2/2009) (Entered: 09/02/2009) |
| 09/09/2009 | 229 | WAIVER OF SERVICE Returned Executed filed by All Plaintiffs. Service waived by Deutsche Lufthansa AG waiver sent on 8/13/2009, answer due 10/13/2009. (Williams, Steven) (Filed on 9/9/2009) (Entered: 09/09/2009) |
| 09/10/2009 | 230 | NOTICE of Change of Address by Lori Sambol Brody (Brody, Lori) (Filed on 9/10/2009) (Entered: 09/10/2009) |
| 09/11/2009 | 231 | CERTIFICATE OF SERVICE by Stephen Gaffigan, Bruce Hut re 230 Notice of Change of Address (Brody, Lori) (Filed on 9/11/2009) (Entered: 09/11/2009) |
| 09/14/2009 | 232 | ORDER by Judge Charles R. Breyer granting 218 Motion for alternative service pursuant to FRCP 4(f)(3) (be, COURT STAFF) (Filed on 9/14/2009) (Entered: 09/14/2009) |
| 09/14/2009 | 233 | STIPULATION *(Joint) Regarding Briefing on Motions to Dismiss* by Singapore Airlines. (Attachments: # 1 Proposed Order)(Sherman, William) (Filed on 9/14/2009) (Entered: 09/14/2009) |
| 09/14/2009 | 234 | Declaration of William R. Sherman in Support of 233 Stipulation *(Joint) Regarding Briefing on Motions to Dismiss* filed bySingapore Airlines. (Related document(s) 233 ) (Sherman, William) (Filed on 9/14/2009) (Entered: 09/14/2009) |
| 09/16/2009 | 235 | ORDER by Judge Charles R. Breyer in case 3:07-cv-05634-CRB; granting (78) Motion for Pro Hac Vice in case M:08-cv-01913-CRB (Paul L. Yde) (be, COURT STAFF) (Filed on 9/16/2009) (Entered: 09/16/2009) |
| 09/16/2009 | 236 | ORDER by Judge Charles R. Breyer in case 3:07-cv-05634-CRB; granting (79) Motion for Pro Hac Vice in case M:08-cv-01913-CRB |

| | | |
|---|---|---|
| | | (Andrea Agathoklis) (be, COURT STAFF) (Filed on 9/16/2009) (Entered: 09/16/2009) |
| 09/16/2009 | 🌐 | (Court only) ***Attorney Paul L. Yde,Andrea Agathoklis for Continental Airlines, Inc. added. (mcl, COURT STAFF) (Entered: 09/17/2009) |
| 09/18/2009 | 🌐 237 | STIPULATION *(Joint) To Extend Defendant Japan Airlines International, Limited's Time To File Responsive Pleading To The Consolidated Class Action Complaint; [Proposed] Order, filed* by All Plaintiffs. (Attachments: # 1 Certificate of Service)(Lebsock, Christopher) (Filed on 9/18/2009) (Entered: 09/18/2009) |
| 09/18/2009 | 🌐 238 | ORDER re 233 Stipulation filed by Singapore Airlines, Set/Reset Deadlines as to 233 Stipulation. Motions due by 11/17/2009.Responses due by 1/19/2010. Replies due by 2/19/2010. Signed by Judge Charles R. Breyer on 9/17/09. (be, COURT STAFF) (Filed on 9/18/2009) (Entered: 09/18/2009) |
| 09/22/2009 | 🌐 239 | ORDER to extend time to file responsive pleading re 237 Stipulation. Signed by Judge Charles R. Breyer on 9/21/09. (be, COURT STAFF) (Filed on 9/22/2009) (Entered: 09/22/2009) |
| 09/22/2009 | 🌐 240 | ORDER by Judge Charles R. Breyer in case 3:07-cv-05634-CRB; granting (82) Motion for Pro Hac Vice in case M:08-cv-01913-CRB ( J D Cruise) (be, COURT STAFF) (Filed on 9/22/2009) (Entered: 09/22/2009) |
| 09/22/2009 | 🌐 | (Court only) ***Attorney Jason D. Cruise for Singapore Airlines added. (mcl, COURT STAFF) (Entered: 09/23/2009) |
| 10/07/2009 | 🌐 241 | NOTICE by Jason Gregory Turner *of Withdrawal of Andrew Morganti* (Safirstein, Peter) (Filed on 10/7/2009) (Entered: 10/07/2009) |
| 10/07/2009 | 🌐 242 | NOTICE by Lori Barrett *of Withdrawal of Andrew Morganti* (Safirstein, Peter) (Filed on 10/7/2009) (Entered: 10/07/2009) |
| 10/07/2009 | 🌐 243 | MOTION to Dismiss *Notice of Motion and Motion to Dismiss Consolidated Class Action Complaint Pursuant to F.R.C.P. 12(B)(6); Memorandum of Points and Authorities in Support Thereof (Previously Filed in Case No. 08-CV-01913-CRB on October 2, 2009)* filed by Continental Airlines, Inc.. Motion Hearing set for 11/13/2009 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Attachments: # 1 Appendix 1)(Abye, Mikael) (Filed on 10/7/2009) (Entered: 10/07/2009) |
| 10/07/2009 | 🌐 244 | Declaration of Paul L. Yde in Support of 243 MOTION to Dismiss *Notice of Motion and Motion to Dismiss Consolidated Class Action Complaint Pursuant to F.R.C.P. 12(B)(6); Memorandum of Points and Authorities in Support Thereof (Previously Filed in Case No. 08-CV-01913-CRB on October 2, 2009)*Notice of Motion and Motion to Dismiss Consolidated Class Action Complaint Pursuant to F.R.C.P. 12 (B)(6); Memorandum of Points and Authorities in Support Thereof (Previously Filed in Case No. 08-CV-01913-CRB on October 2, 2009) |

| | | filed byContinental Airlines, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Related document(s) 243 ) (Abye, Mikael) (Filed on 10/7/2009) (Entered: 10/07/2009) |
|------------|--------|------------------------------------------------------------------|
| 10/07/2009 | 🌐 245 | Proposed Order re 243 MOTION to Dismiss *Notice of Motion and Motion to Dismiss Consolidated Class Action Complaint Pursuant to F.R.C.P. 12(B)(6); Memorandum of Points and Authorities in Support Thereof (Previously Filed in Case No. 08-CV-01913-CRB on October 2, 2009)*Notice of Motion and Motion to Dismiss Consolidated Class Action Complaint Pursuant to F.R.C.P. 12(B)(6); Memorandum of Points and Authorities in Support Thereof (Previously Filed in Case No. 08-CV-01913-CRB on October 2, 2009) by Continental Airlines, Inc.. (Abye, Mikael) (Filed on 10/7/2009) (Entered: 10/07/2009) |
| 10/07/2009 | 🌐 | (Court only) *** Attorney Andrew J. Morganti terminated. (mcl, COURT STAFF) (Entered: 10/08/2009) |
| 10/07/2009 | 🌐 | (Court only) ***Attorney Patrick David Robbins for Continental Airlines, Inc. added. (mcl, COURT STAFF) (Entered: 10/08/2009) |
| 10/12/2009 | 🌐 246 | NOTICE of Change of Address by Bruce Lee Simon (Simon, Bruce) (Filed on 10/12/2009) (Entered: 10/12/2009) |
| 10/13/2009 | 🌐 247 | NOTICE of Appearance by James Robert Warnot, Jr *for Defendant Societe Air France* (Warnot, James) (Filed on 10/13/2009) (Entered: 10/13/2009) |
| 10/13/2009 | 🌐 248 | NOTICE of Appearance by Thomas A McGrath *for Defendant Societe Air France* (McGrath, Thomas) (Filed on 10/13/2009) (Entered: 10/13/2009) |
| 10/13/2009 | 🌐 249 | NOTICE of Appearance by Brenda DiLuigi *for Defendant Societe Air France* (DiLuigi, Brenda) (Filed on 10/13/2009) (Entered: 10/13/2009) |
| 10/13/2009 | 🌐 250 | Certificate of Interested Entities by Air France (Warnot, James) (Filed on 10/13/2009) (Entered: 10/13/2009) |
| 10/13/2009 | 🌐 251 | NOTICE of Appearance by Robert B. Hawk *for Defendant Vietnam Airlines Corporation* (Hawk, Robert) (Filed on 10/13/2009) (Entered: 10/13/2009) |
| 10/13/2009 | 🌐 | (Court only) ***Attorney J. Christopher Mitchell,Megan Dixon,Benjamin T. Diggs for Vietnam Airlines added. (mcl, COURT STAFF) (Entered: 10/14/2009) |
| 10/19/2009 | 🌐 252 | NOTICE of Appearance by Perry A Lange *for Defendants Deutsche Lufthansa AG and Swiss International Air Lines Ltd* (Lange, Perry) (Filed on 10/19/2009) (Entered: 10/19/2009) |
| 10/19/2009 | 🌐 253 | Certificate of Interested Entities by Deutsche Lufthansa AG (Lange, Perry) (Filed on 10/19/2009) (Entered: 10/19/2009) |
| 10/19/2009 | 🌐 254 | Certificate of Interested Entities by Swiss International AG identifying |

| | | |
|---|---|---|
| | | Corporate Parent Deutsche Lufthansa AG for Swiss International AG. (Lange, Perry) (Filed on 10/19/2009) (Entered: 10/19/2009) |
| 10/23/2009 | 🌐 255 | NOTICE of Appearance by Eric J Mahr *for Defendants Deutsche Lufthansa AG and Swiss International Air Lines Ltd* (Mahr, Eric) (Filed on 10/23/2009) (Entered: 10/23/2009) |
| 10/23/2009 | 🌐 256 | Memorandum in Opposition *Plaintiffs' Opposition to 243 Continental Airline, Inc.'s Motion to Dismiss Consolidated Class Action Complaint Pursuant to F.R.C.P. 12(B)(6)* filed by All Plaintiffs. (Attachments: # 1 Proposed Order [Proposed] Order Denying Continental Airline, Inc.'s Motion to Dismiss Consolidated Class Action Complaint Pursuant to F.R.C.P. 12(B)(6))(Williams, Steven) (Filed on 10/23/2009) Modified on 10/26/2009 (mcl, COURT STAFF). (Entered: 10/23/2009) |
| 10/23/2009 | 🌐 257 | MOTION to Strike *Plaintiffs' Objections to and Motion to Strike 244 Declaration of Paul L. Yde* filed by All Plaintiffs. Motion Hearing set for 11/13/2009 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Attachments: # 1 [Proposed] Order Granting Plaintiffs' Objections to and Motion to Strike Declaration of Paul L. Yde)(Williams, Steven) (Filed on 10/23/2009) Modified on 10/26/2009 (mcl, COURT STAFF). (Entered: 10/23/2009) |
| 10/23/2009 | 🌐 258 | Request for Judicial Notice *Plaintiffs' Request for Judicial Notice in Opposition to 256 Continental Airline Inc.'s Motion to Dismiss Consolidated Class Action Complaint Pursuant to F.R.C.P. 12(B)(6)* filed by All Plaintiffs. (Williams, Steven) (Filed on 10/23/2009) Modified on 10/26/2009 (mcl, COURT STAFF). (Entered: 10/23/2009) |
| 10/30/2009 | 🌐 259 | NOTICE of Appearance by Anita Fern Stork, Esq *Defendant Philippine Airlines, Inc.s' Notice of Appearance of Anita F. Stork* (Stork, Anita) (Filed on 10/30/2009) (Entered: 10/30/2009) |
| 10/30/2009 | 🌐 260 | Reply to Opposition re 243 MOTION to Dismiss *Notice of Motion and Motion to Dismiss Consolidated Class Action Complaint Pursuant to F.R.C.P. 12(B)(6); Memorandum of Points and Authorities in Support Thereof (Previously Filed in Case No. 08-CV-01913-CRB on October 2, 2009)*Notice of Motion and Motion to Dismiss Consolidated Class Action Complaint Pursuant to F.R.C.P. 12(B)(6); Memorandum of Points and Authorities in Support Thereof (Previously Filed in Case No. 08-CV-01913-CRB on October 2, 2009) filed byContinental Airlines, Inc.. (Yde, Paul) (Filed on 10/30/2009) (Entered: 10/30/2009) |
| 10/30/2009 | 🌐 261 | Memorandum in Opposition re 257 MOTION to Strike *Plaintiffs' Objections to and Motion to Strike Declaration of Paul L. Yde* filed byContinental Airlines, Inc.. (Yde, Paul) (Filed on 10/30/2009) (Entered: 10/30/2009) |
| 10/30/2009 | 🌐 262 | Certificate of Interested Entities by Philippine Airlines, Inc. *Disclosure of Non-Party Interested Entities or Persons by Defendant Philippine Airlines, Inc.* (Stork, Anita) (Filed on 10/30/2009) (Entered: 10/30/2009) |
| | | |

| | | |
|---|---|---|
| 11/02/2009 | 🌐 263 | NOTICE of Voluntary Dismissal *of British Airways, Plc* by Rachel Diller (Lebsock, Christopher) (Filed on 11/2/2009) (Entered: 11/02/2009) |
| 11/02/2009 | 🌐 | (Court only) *** Party British Airways terminated. (mcl, COURT STAFF) (Entered: 11/03/2009) |
| 11/04/2009 | 🌐 264 | NOTICE of Appearance by Gary A. MacDonald *on Behalf of Koninklijke Luchtvaart Maatschappij N.V.* (MacDonald, Gary) (Filed on 11/4/2009) (Entered: 11/04/2009) |
| 11/04/2009 | 🌐 265 | Certificate of Interested Entities by Koninklijke Luchtvaart Maatschappij N.V. identifying Corporate Parent Air France-KLM for Koninklijke Luchtvaart Maatschappij N.V.. (MacDonald, Gary) (Filed on 11/4/2009) (Entered: 11/04/2009) |
| 11/04/2009 | 🌐 266 | NOTICE of Appearance by John M. Nannes *on Behalf of Koninklijke Luchtvaart Maatschappij N.V.* (Nannes, John) (Filed on 11/4/2009) (Entered: 11/04/2009) |
| 11/05/2009 | 🌐 267 | Certificate of Interested Entities by Vietnam Airlines *Corporation* (Hawk, Robert) (Filed on 11/5/2009) (Entered: 11/05/2009) |
| 11/05/2009 | 🌐 268 | Certificate of Interested Entities by Continental Airlines, Inc. *PURSUANT TO CIVIL L.R. 3-16* (Abye, Mikael) (Filed on 11/5/2009) (Entered: 11/05/2009) |
| 11/10/2009 | 🌐 269 | MOTION by Certain Defendants to Coordinate Argument and Consideration of All Defendants' Motions to Dismiss filed by Singapore Airlines. (Attachments: # 1 Proposed Order)(Sherman, William) (Filed on 11/10/2009) (Entered: 11/10/2009) |
| 11/10/2009 | 🌐 270 | Declaration of William R. Sherman in Support of 269 MOTION by Certain Defendants to Coordinate Argument and Consideration of All Defendants' Motions to Dismiss filed bySingapore Airlines. (Related document(s) 269 ) (Sherman, William) (Filed on 11/10/2009) (Entered: 11/10/2009) |
| 11/10/2009 | 🌐 271 | CERTIFICATE OF SERVICE by Singapore Airlines re 270 Declaration in Support, 269 MOTION by Certain Defendants to Coordinate Argument and Consideration of All Defendants' Motions to Dismiss (Sherman, William) (Filed on 11/10/2009) (Entered: 11/10/2009) |
| 11/10/2009 | 🌐 272 | Memorandum in Opposition re 269 MOTION by Certain Defendants to Coordinate Argument and Consideration of All Defendants' Motions to Dismiss filed byContinental Airlines, Inc.. (Yde, Paul) (Filed on 11/10/2009) (Entered: 11/10/2009) |
| 11/12/2009 | 🌐 273 | ORDER by Judge Charles R. Breyer denying 269 Motion to Coordinate Argument. (crblc1, COURT STAFF) (Filed on 11/12/2009) (Entered: 11/12/2009) |
| 11/13/2009 | 🌐 274 | MOTION for Extension of Time to File *Certain Defendants' Motions to Dismiss the Consolidated Class Action Complaint and Modify Briefing* |

|  |  |  |
|---|---|---|
|  |  | *Schedule (Unopposed)* filed by Singapore Airlines. (Attachments: # 1 Proposed Order)(Sherman, William) (Filed on 11/13/2009) (Entered: 11/13/2009) |
| 11/13/2009 | 🌐275 | Declaration of William R. Sherman in Support of 274 MOTION for Extension of Time to File *Certain Defendants' Motions to Dismiss the Consolidated Class Action Complaint and Modify Briefing Schedule (Unopposed)* MOTION for Extension of Time to File *Certain Defendants' Motions to Dismiss the Consolidated Class Action Complaint and Modify Briefing Schedule (Unopposed)* filed bySingapore Airlines. (Related document(s) 274 ) (Sherman, William) (Filed on 11/13/2009) (Entered: 11/13/2009) |
| 11/13/2009 | 🌐278 | Minute Entry: Motion Hearing held on 11/13/2009 before Charles R. Breyer (Date Filed: 11/13/2009) re 257 MOTION to Strike 243 MOTION to Dismiss filed ***Motions terminated: 243 MOTION to Dismiss 257 MOTION to Strike (Court Reporter Sahar McVickar.) (be, COURT STAFF) (Date Filed: 11/13/2009) (Entered: 11/17/2009) |
| 11/16/2009 | 🌐276 | ORDER by Judge Charles R. Breyer granting 274 Motion for Extension of Time to File (be, COURT STAFF) (Filed on 11/16/2009) (Entered: 11/16/2009) |
| 11/16/2009 | 🌐 | Set/Reset Deadlines as to, Set/Reset Deadlines: Motions to dismiss due by 11/23/2009. Responses due by 1/22/2010. Replies due by 2/19/2010. (be, COURT STAFF) (Filed on 11/16/2009) (Entered: 11/16/2009) |
| 11/17/2009 | 🌐277 | Transcript of Proceedings held on 11/13/09, before Judge Charles R. Breyer. **lead case for MDL 1913 (C-08-1913CRB) Court Reporter/Transcriber Sahar McVickar, CSR, RPR, Telephone number (415) 626-6060/sahar_mcvickar@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 2/12/2010. (McVickar, Sahar) (Filed on 11/17/2009) (Entered: 11/17/2009) |
| 11/17/2009 | 🌐279 | MOTION Administrative Motion and [Proposed] Order Permitting Vietnam Airlines Corporation to File Fifteen Page Opening Memorandum of its Motion Dismiss filed by Vietnam Airlines. (Hawk, Robert) (Filed on 11/17/2009) (Entered: 11/17/2009) |
| 11/17/2009 | 🌐280 | Declaration of Megan Dixon *in Support of 279 Administrative Motion for Order Permitting Vietnam Airlines Corporation to File Fifteen Page Opening Memorandum in Support of its Motion to Dismiss* filed byVietnam Airlines. (Dixon, Megan) (Filed on 11/17/2009) Modified on 11/18/2009 (mcl, COURT STAFF). (Entered: 11/17/2009) |
| 11/18/2009 | 🌐281 | ORDER by Judge Charles R. Breyer granting 279 Motion to file a fifteen page opening memorandum (be, COURT STAFF) (Filed on |

| | | 11/18/2009) (Entered: 11/18/2009) |
|---|---|---|
| 11/18/2009 | 🌐 282 | MOTION for leave to appear in Pro Hac Vice (Steven A. Kanner) ( Filing fee $ 210, receipt number 34611039096.) filed by Rachel Diller. (Attachments: # 1 Proposed Order)(mcl, COURT STAFF) (Filed on 11/18/2009) (Entered: 11/19/2009) |
| 11/18/2009 | 🌐 283 | MOTION for leave to appear in Pro Hac Vice (William H. London) ( Filing fee $ 210, receipt number 34611039097.) filed by Rachel Diller. (Attachments: # 1 Proposed Order)(mcl, COURT STAFF) (Filed on 11/18/2009) (Entered: 11/19/2009) |
| 11/23/2009 | 🌐 284 | Certificate of Interested Entities by China Airlines (Dick, James) (Filed on 11/23/2009) (Entered: 11/23/2009) |
| 11/23/2009 | 🌐 285 | ORDER by Judge Charles R. Breyer granting 282 Motion for Pro Hac Vice (S A Kanner) (be, COURT STAFF) (Filed on 11/23/2009) (Entered: 11/23/2009) |
| 11/23/2009 | 🌐 286 | ORDER by Judge Charles R. Breyer granting 283 Motion for Pro Hac Vice ( W H London) (be, COURT STAFF) (Filed on 11/23/2009) (Entered: 11/23/2009) |
| 11/23/2009 | 🌐 287 | Joint MOTION to Dismiss *the Consolidated Class Action Complaint on Relation Back Grounds* filed by Philippine Airlines, Inc., Vietnam Airlines. Motion Hearing set for 3/12/2010 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Stork, Anita) (Filed on 11/23/2009) Modified on 11/24/2009 (mcl, COURT STAFF). (Entered: 11/23/2009) |
| 11/23/2009 | 🌐 288 | MOTION to Dismiss *the Consolidated Class Action Complaint on Foreign Regulatory Grounds* filed by Philippine Airlines, Inc.. Motion Hearing set for 3/12/2010 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Stork, Anita) (Filed on 11/23/2009) (Entered: 11/23/2009) |
| 11/23/2009 | 🌐 289 | Request for Judicial Notice re 287 Joint MOTION to Dismiss *the Consolidated Class Action Complaint on Relation Back Grounds*, 288 MOTION to Dismiss *the Consolidated Class Action Complaint on Foreign Regulatory Grounds* filed byPhilippine Airlines, Inc.. (Related document(s) 287 , 288 ) (Stork, Anita) (Filed on 11/23/2009) (Entered: 11/23/2009) |
| 11/23/2009 | 🌐 290 | MOTION to Dismiss *Plaintiffs' Consolidated Class Action Complaint: Issues Common to Joint Defendants* filed by All Nippon Airways, Air New Zealand, Cathay Pacific Airways, Eva Airways, Malaysian Airline System Berhad, Philippine Airlines, Inc., Qantas Airways, Ltd., Singapore Airlines, Ltd., Thai Airways and Vietnam Airlines. Motion Hearing set for 3/12/2010 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Attachments: # 1 Proposed Order)(Markham, Jesse) (Filed on 11/23/2009) Modified on 11/24/2009 (mcl, COURT STAFF). (Entered: 11/23/2009) |
| 11/23/2009 | 🌐 291 | Proposed Order re 287 Joint MOTION to Dismiss *the Consolidated Class Action Complaint on Relation Back Grounds* by Philippine |

|  |  | Airlines, Inc.. (Stork, Anita) (Filed on 11/23/2009) (Entered: 11/23/2009) |
|---|---|---|
| 11/23/2009 | 🌐 292 | Proposed Order re 288 MOTION to Dismiss *the Consolidated Class Action Complaint on Foreign Regulatory Grounds* by Philippine Airlines, Inc.. (Stork, Anita) (Filed on 11/23/2009) (Entered: 11/23/2009) |
| 11/23/2009 | 🌐 293 | MOTION to Dismiss *Notice of Motion and Motion; Memorandum of Points and Authorities in Support of European Carriers' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint* filed by Air France. Motion Hearing set for 3/12/2010 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Attachments: # 1 Proposed Order)(DiLuigi, Brenda) (Filed on 11/23/2009) Modified on 12/4/2009 (mcl, COURT STAFF). (Entered: 11/23/2009) |
| 11/23/2009 | 🌐 294 | MOTION to Dismiss *Defendant Vietnam Airlines Corporation's Notice of Motion and Motion to Dismiss Consolidated Class Action Complaint; Memorandum of Points and Authorities in Support Thereof* filed by Vietnam Airlines. Motion Hearing set for 3/12/2010 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Hawk, Robert) (Filed on 11/23/2009) (Entered: 11/23/2009) |
| 11/23/2009 | 🌐 295 | MOTION to Dismiss *Defendant All Nippon Airways Co., Ltd's Notice of Motion and Motion to Dismiss Consolidated Class Action Complaint; Memorandum of Points and Authorities in Support Thereof* filed by All Nippon Airways. Motion Hearing set for 3/12/2010 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Attachments: # 1 Proposed Order Granting All Nippon Airways Co., Ltd.'s Motion to Dismiss) (Markham, Jesse) (Filed on 11/23/2009) (Entered: 11/23/2009) |
| 11/23/2009 | 🌐 296 | Proposed Order *Proposed Order Granting* 294 *Defendant Vietnam Airlines Corporation's Motion to Dismiss Consolidated Class Action Complaint* by Vietnam Airlines. (Hawk, Robert) (Filed on 11/23/2009) Modified on 11/24/2009 (mcl, COURT STAFF). (Entered: 11/23/2009) |
| 11/23/2009 | 🌐 297 | Certificate of Interested Entities by Cathay Pacific Airways *Limited* (Bamberger, David) (Filed on 11/23/2009) (Entered: 11/23/2009) |
| 11/23/2009 | 🌐 298 | Declaration of Kelly P. Finley in Support of 287 Joint MOTION to Dismiss *the Consolidated Class Action Complaint on Relation Back Grounds,* 288 MOTION to Dismiss *the Consolidated Class Action Complaint on Foreign Regulatory Grounds* filed byPhilippine Airlines, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25)(Related document(s) 289 , 287 , 288 ) (Finley, Kelly) (Filed on 11/23/2009) Modified on 11/24/2009 (mcl, COURT STAFF). (Entered: 11/23/2009) |

| 11/23/2009 | 🌐 299 | MOTION to Dismiss *Notice of Motion and Motion of Defendants Vietnam Airlines Corporation and Thai Airways International Public Company Limited to Dismiss Consolidated Class Action Complaint; Memorandum of Points and Authorities in Support Thereof [Act of State]* filed by Thai Airways, Vietnam Airlines. Motion Hearing set for 3/12/2010 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Hawk, Robert) (Filed on 11/23/2009) (Entered: 11/23/2009) |
|---|---|---|
| 11/23/2009 | 🌐 300 | MOTION to Dismiss filed by Eva Airways. Motion Hearing set for 3/12/2010 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Attachments: # 1 Proposed Order)(Casamassima, Christopher) (Filed on 11/23/2009) (Entered: 11/23/2009) |
| 11/23/2009 | 🌐 301 | Proposed Order *[Proposed] Order Granting 299 Defendants Vietnam Airlines Corporation and Thai Airways International Public Company Limited's Motion to Dismiss Consolidated Class Action Complaint [Act of State]* by Vietnam Airlines. (Hawk, Robert) (Filed on 11/23/2009) Modified on 11/24/2009 (mcl, COURT STAFF). (Entered: 11/23/2009) |
| 11/23/2009 | 🌐 302 | Request for Judicial Notice *Request for Judicial Notice in Support of 294 Vietnam Airlines Corporation's Motion to Dismiss Consolidated Class Complaint* filed byVietnam Airlines. (Related document(s) 299 , 294 ) (Hawk, Robert) (Filed on 11/23/2009) Modified on 11/24/2009 (mcl, COURT STAFF). (Entered: 11/23/2009) |
| 11/23/2009 | 🌐 303 | MOTION to Dismiss filed by Cathay Pacific Airways. Motion Hearing set for 3/12/2010 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Attachments: # 1 Proposed Order)(Bamberger, David) (Filed on 11/23/2009) (Entered: 11/23/2009) |
| 11/23/2009 | 🌐 304 | MOTION to Dismiss *Plaintifffs' Consolidated Class Action Complaint: Issues Common to All Nippon Airways Co., Ltd., China Airlines, Ltd., and Thai Airways International Public Company Limited* filed by All Nippon Airways, China Airlines, Thai Airways. Motion Hearing set for 3/12/2010 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Attachments: # 1 Signature Page (Declarations/Stipulations) Declaration of Robert S. Schwartz In Support, # 2 Proposed Order) (Markham, Jesse) (Filed on 11/23/2009) (Entered: 11/23/2009) |
| 11/23/2009 | 🌐 305 | Declaration of Benjamin T. Diggs *Declaration of Benjamin T. Diggs in Support of 294 Vietnam Airlines Corporation's Motion to Dismiss Consolidated Class Action Complaint* filed byVietnam Airlines. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14)(Related document(s) 294 , 299 ) (Hawk, Robert) (Filed on 11/23/2009) Modified on 11/24/2009 (mcl, COURT STAFF). (Entered: 11/23/2009) |
| 11/23/2009 | 🌐 306 | Request for Judicial Notice re 303 MOTION to Dismiss filed byCathay Pacific Airways. (Related document(s) 303 ) (Bamberger, David) (Filed on 11/23/2009) (Entered: 11/23/2009) |

| | | |
|---|---|---|
| 11/23/2009 | 🌐307 | Request for Judicial Notice re 304 MOTION to Dismiss *Plaintifffs' Consolidated Class Action Complaint: Issues Common to All Nippon Airways Co., Ltd., China Airlines, Ltd., and Thai Airways International Public Company Limited* filed byAll Nippon Airways, China Airlines, Thai Airways. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24)(Related document(s) 304 ) (Markham, Jesse) (Filed on 11/23/2009) (Entered: 11/23/2009) |
| 11/23/2009 | 🌐308 | Declaration of Deana L. Cairo in Support of 303 MOTION to Dismiss filed by Cathay Pacific Airways. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (Related document(s) 306 , 303 ) (Bamberger, David) (Filed on 11/23/2009) Modified on 11/24/2009 (mcl, COURT STAFF). (Entered: 11/23/2009) |
| 11/23/2009 | 🌐309 | CERTIFICATE OF SERVICE by Cathay Pacific Airways re 306 Request for Judicial Notice, 303 MOTION to Dismiss, 308 Declaration in Support, 297 Certificate of Interested Entities (Bamberger, David) (Filed on 11/23/2009) (Entered: 11/23/2009) |
| 11/23/2009 | 🌐310 | MOTION to Dismiss *[ATA]* filed by Malaysian Airline System Berhad. Motion Hearing set for 3/12/2010 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Attachments: # 1 Proposed Order)(Tria, Ann-Kathryn) (Filed on 11/23/2009) (Entered: 11/23/2009) |
| 11/23/2009 | 🌐311 | Joint MOTION to Dismiss *[FRCP 9(b)]* filed by Malaysian Airline System Berhad and Air New Zealand. Motion Hearing set for 3/12/2010 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Attachments: # 1 Proposed Order)(Tria, Ann-Kathryn) (Filed on 11/23/2009) Modified on 11/24/2009 (mcl, COURT STAFF). (Entered: 11/23/2009) |
| 11/23/2009 | 🌐312 | MOTION to Dismiss *("Defendant Thai Airways International Public Company Ltd.'s Notice of Motion and Individual Motion to Dismiss Consolidated Class Action Complaint; Memorandum of Points and Authorities in Support Thereof")* filed by Thai Airways. Motion Hearing set for 3/12/2010 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Rolfe, Ronald) (Filed on 11/23/2009) (Entered: 11/23/2009) |
| 11/23/2009 | 🌐313 | Request for Judicial Notice re 312 MOTION to Dismiss *("Defendant Thai Airways International Public Company Ltd.'s Notice of Motion and Individual Motion to Dismiss Consolidated Class Action Complaint; Memorandum of Points and Authorities in Support Thereof")* MOTION to Dismiss *("Defendant Thai Airways International Public Company Ltd.'s Notice of Motion and Individual Motion to Dismiss Consolidated Class Action Complaint; Memorandum of Points and Authorities in Support Thereof")* *("Request for Judicial Notice in Support of Defendant Thai Airways International Public Company Ltd.'s Motions to Dismiss* |

| | | |
|---|---|---|
| | | *Consolidated Class Action Complaint")* filed byThai Airways. (Related document(s) 312 ) (Rolfe, Ronald) (Filed on 11/23/2009) (Entered: 11/23/2009) |
| 11/23/2009 | 🌐 314 | Declaration of Ronald S. Rolfe in Support of 312 MOTION to Dismiss *("Defendant Thai Airways International Public Company Ltd.'s Notice of Motion and Individual Motion to Dismiss Consolidated Class Action Complaint; Memorandum of Points and Authorities in Support Thereof")* MOTION to Dismiss *("Defendant Thai Airways International Public Company Ltd.'s Notice of Motion and Individual Motion to Dismiss Consolidated Class Action Complaint; Memorandum of Points and Authorities in Support Thereof")*, 313 Request for Judicial Notice,,, *("Declaration of Ronald S. Rolfe in Support of Defendant Thai Airways International Public Company Ltd.'s Motion to Dismiss Consolidated Class Action Complaint")* filed byThai Airways. (Attachments: # 1 Exhibit A, # 2 Exhibit B - Part 1, # 3 Exhibit B - Part 2, # 4 Exhibit B - Part 3, # 5 Exhibit B - Part 4, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G)(Related document(s) 312 , 313 ) (Rolfe, Ronald) (Filed on 11/23/2009) Modified on 11/24/2009 (mcl, COURT STAFF). (Entered: 11/23/2009) |
| 11/23/2009 | 🌐 315 | Proposed Order re 312 MOTION to Dismiss *("Defendant Thai Airways International Public Company Ltd.'s Notice of Motion and Individual Motion to Dismiss Consolidated Class Action Complaint; Memorandum of Points and Authorities in Support Thereof")* MOTION to Dismiss *("Defendant Thai Airways International Public Company Ltd.'s Notice of Motion and Individual Motion to Dismiss Consolidated Class Action Complaint; Memorandum of Points and Authorities in Support Thereof")* by Thai Airways. (Rolfe, Ronald) (Filed on 11/23/2009) (Entered: 11/23/2009) |
| 11/23/2009 | 🌐 316 | CERTIFICATE OF SERVICE by Thai Airways re 312 MOTION to Dismiss *("Defendant Thai Airways International Public Company Ltd.'s Notice of Motion and Individual Motion to Dismiss Consolidated Class Action Complaint; Memorandum of Points and Authorities in Support Thereof")* MOTION to Dismiss *("Defendant Thai Airways International Public Company Ltd.'s Notice of Motion and Individual Motion to Dismiss Consolidated Class Action Complaint; Memorandum of Points and Authorities in Support Thereof")*, 315 Proposed Order,,, 313 Request for Judicial Notice,,, 314 Declaration in Support,,,,, (Rolfe, Ronald) (Filed on 11/23/2009) (Entered: 11/23/2009) |
| 11/23/2009 | 🌐 | (Court only) ***Attorney Steven A. Kanner,William H. London for Rachel Diller added. (mcl, COURT STAFF) (Entered: 11/24/2009) |
| 11/25/2009 | 🌐 317 | ERRATA re 304 MOTION to Dismiss *Plaintifffs' Consolidated Class Action Complaint: Issues Common to All Nippon Airways Co., Ltd., China Airlines, Ltd., and Thai Airways International Public Company Limited* by All Nippon Airways. (Markham, Jesse) (Filed on 11/25/2009) (Entered: 11/25/2009) |
| 12/01/2009 | 🌐 318 | ANSWER to Complaint *(Plaintiffs' Consolidated Class Action* |

| | | |
|---|---|---|
| | | *Complaint)* byContinental Airlines, Inc.. (Yde, Paul) (Filed on 12/1/2009) (Entered: 12/01/2009) |
| 12/03/2009 | 🌐319 | MOTION for leave to appear in Pro Hac Vice (Megan Jones) ( Filing fee $ 210, receipt number 34611039268.) filed by All Plaintiffs. (Attachments: # 1 Proposed Order)(mcl, COURT STAFF) (Filed on 12/3/2009) (Entered: 12/03/2009) |
| 12/07/2009 | 🌐320 | ORDER by Judge Charles R. Breyer granting 319 Motion for Pro Hac Vice (m Jones) (be, COURT STAFF) (Filed on 12/7/2009) (Entered: 12/07/2009) |
| 12/07/2009 | 🌐 | (Court only) ***Attorney Megan E. Jones for All Plaintiffs added. (mcl, COURT STAFF) (Entered: 12/08/2009) |
| 12/10/2009 | 🌐321 | NOTICE of Change of Address by Christopher Thomas Casamassima *And Corrected Attorney Service List Information for EVA Airways Corp.* (Casamassima, Christopher) (Filed on 12/10/2009) (Entered: 12/10/2009) |
| 12/11/2009 | 🌐322 | NOTICE by All Plaintiffs *REQUEST FOR CASE MANAGEMENT CONFERENCE* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Certificate of Service)(Williams, Steven) (Filed on 12/11/2009) (Entered: 12/11/2009) |
| 12/14/2009 | 🌐323 | ORDER REGARDING DISCOVERY. Signed by Judge Charles R. Breyer on 12/14/2009. (crblc1, COURT STAFF) (Filed on 12/14/2009) (Entered: 12/14/2009) |
| 12/14/2009 | 🌐324 | NOTICE by All Plaintiffs *NOTICE OF ENTRY OF 323 ORDER* (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Williams, Steven) (Filed on 12/14/2009) Modified on 12/15/2009 (mcl, COURT STAFF). (Entered: 12/14/2009) |
| 01/05/2010 | 🌐325 | NOTICE of Appearance by Michelle Akerman (Akerman, Michelle) (Filed on 1/5/2010) (Entered: 01/05/2010) |
| 01/21/2010 | 🌐326 | NOTICE by Japan Airlines International *Suggestion of Bankruptcy for Japan Airlines Corporation, et al.* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Karas, William) (Filed on 1/21/2010) (Entered: 01/21/2010) |
| 01/22/2010 | 🌐327 | Request for Judicial Notice *Consolidated Request for Judicial Notice in Support of Plaintiffs' Memoranda in Opposition to Defendants' Motions to Dismiss* filed byAll Plaintiffs. (Attachments: # 1 Exhibit A-N, # 2 Exhibit O, # 3 Exhibit P-JJ)(Williams, Steven) (Filed on 1/22/2010) (Entered: 01/22/2010) |
| 01/22/2010 | 🌐328 | Memorandum in Opposition re 295 MOTION to Dismiss *Defendant All Nippon Airways Co., Ltd's Notice of Motion and Motion to Dismiss Consolidated Class Action Complaint; Memorandum of Points and Authorities in Support Thereof Plaintiffs' Memorandum of Points and Authorities in Support of Opposition to All Nippon Airways Co., Ltd.'s Motion to Dismiss Consolidated Class Action Complaint* filed byAll |

| | | Plaintiffs. (Williams, Steven) (Filed on 1/22/2010) (Entered: 01/22/2010) |
|---|---|---|
| 01/22/2010 | 🌑329 | Memorandum in Opposition re 303 MOTION to Dismiss *Plaintiffs' Opposition to Cathay Pacific Airways Ltd.'s Motion to Dismiss Consolidated Class Action Complaint* filed byAll Plaintiffs. (Williams, Steven) (Filed on 1/22/2010) (Entered: 01/22/2010) |
| 01/22/2010 | 🌑330 | Memorandum in Opposition re 310 MOTION to Dismiss *[ATA] Plaintiffs' Memorandum of Points and Authorities in Opposition to Malaysian Airline System Berhad's Motion to Dismiss Consolidated Class Action Complaint Pursuant to F.R.C.P. 12(B)(6)* filed byAll Plaintiffs. (Williams, Steven) (Filed on 1/22/2010) (Entered: 01/22/2010) |
| 01/22/2010 | 🌑331 | Memorandum in Opposition re 300 MOTION to Dismiss *Plaintiffs' Opposition to Defendant Eva Airways Corporation's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint* filed byAll Plaintiffs. (Williams, Steven) (Filed on 1/22/2010) (Entered: 01/22/2010) |
| 01/22/2010 | 🌑332 | Memorandum in Opposition re 294 MOTION to Dismiss *Defendant Vietnam Airlines Corporation's Notice of Motion and Motion to Dismiss Consolidated Class Action Complaint; Memorandum of Points and Authorities in Support Thereof PLAINTIFFS' OPPOSITION TO DEFENDANT VIETNAM AIRLINES CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT* filed byAll Plaintiffs. (Liang, Aron) (Filed on 1/22/2010) (Entered: 01/22/2010) |
| 01/22/2010 | 🌑333 | Memorandum in Opposition re 293 MOTION to Dismiss *Notice of Motion and Motion; Memorandum of Points and Authorities in Support of European Carriers' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint Plaintiffs' Opposition to European Carrier Defendants' Motion to Dismiss Consolidated Class Action Complaint* filed byAll Plaintiffs. (Williams, Steven) (Filed on 1/22/2010) (Entered: 01/22/2010) |
| 01/22/2010 | 🌑334 | Memorandum in Opposition re 311 Joint MOTION to Dismiss *[FRCP 9 (b)]*Joint MOTION to Dismiss *[FRCP 9(b)] Opposition to Motion to Dismiss Claims re Fradulent Concealment Pursuant to F.R.C.P. 12(B) (6) by Malaysian Airline System BHD and Air New Zealand, Ltd.* filed byAll Plaintiffs. (Williams, Steven) (Filed on 1/22/2010) (Entered: 01/22/2010) |
| 01/22/2010 | 🌑335 | Memorandum in Opposition re 287 Joint MOTION to Dismiss *the Consolidated Class Action Complaint on Relation Back Grounds CLASS PLAINTIFFS' MEMORANDUM IN OPPOSITION TO THE MOTION OF DEFENDANTS PHILIPPINE AIRLINES, INC. AND VIETNAM AIRLINES CORPORATION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT ON RELATION BACK GROUNDS* filed byAll Plaintiffs. (Liang, Aron) (Filed on 1/22/2010) (Entered: 01/22/2010) |
| | | |

| 01/22/2010 | 336 | Memorandum in Opposition re 304 MOTION to Dismiss *Plaintifffs' Consolidated Class Action Complaint: Issues Common to All Nippon Airways Co., Ltd., China Airlines, Ltd., and Thai Airways International Public Company Limited Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint re Issues Common to All Nippon Airways Co., Ltd., China Airlines, Ltd., and Thai Airways International Public Company Limited* filed byAll Plaintiffs. (Williams, Steven) (Filed on 1/22/2010) (Entered: 01/22/2010) |
|---|---|---|
| 01/22/2010 | 337 | Memorandum in Opposition *PLAINTIFFS' OPPOSITION TO 299 THE MOTION OF VIETNAM AIRLINES CORPORATION AND THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY LIMITED'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT [ACT OF STATE DOCTRINE]* filed byAll Plaintiffs. (Liang, Aron) (Filed on 1/22/2010) Modified on 1/25/2010 (mcl, COURT STAFF). (Entered: 01/22/2010) |
| 01/22/2010 | 338 | Memorandum in Opposition re 288 MOTION to Dismiss *the Consolidated Class Action Complaint on Foreign Regulatory Grounds Plaintiffs' Opposition to Defendants Philippine Airlines, Inc.'s Motion to Dismiss Foreign Regulatory Grounds* filed byAll Plaintiffs. (Williams, Steven) (Filed on 1/22/2010) (Entered: 01/22/2010) |
| 01/22/2010 | 339 | Memorandum in Opposition re 290 MOTION to Dismiss *Plaintiffs' Consolidated Class Action Complaint: Issues Common to Joint Defendants PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT; ISSUES COMMON TO JOINT DEFENDANTS* filed byAll Plaintiffs. (Liang, Aron) (Filed on 1/22/2010) (Entered: 01/22/2010) |
| 01/22/2010 | 340 | Memorandum in Opposition re 312 MOTION to Dismiss *("Defendant Thai Airways International Public Company Ltd.'s Notice of Motion and Individual Motion to Dismiss Consolidated Class Action Complaint; Memorandum of Points and Authorities in Support Thereof")* MOTION to Dismiss *("Defendant Thai Airways International Public Company Ltd.'s Notice of Motion and Individual Motion to Dismiss Consolidated Class Action Complaint; Memorandum of Points and Authorities in Support Thereof") Plaintiffs' Opposition to Defendant Thai Airways International Company Ltd.'s Motion to Dismiss the Consolidated Class Action Complaint* filed byAll Plaintiffs. (Williams, Steven) (Filed on 1/22/2010) (Entered: 01/22/2010) |
| 01/22/2010 | 341 | CERTIFICATE OF SERVICE by All Plaintiffs re 328 Memorandum in Opposition, 336 Memorandum in Opposition,, 327 Request for Judicial Notice, 337 Memorandum in Opposition, 333 Memorandum in Opposition, 340 Memorandum in Opposition,, 339 Memorandum in Opposition, 331 Memorandum in Opposition, 330 Memorandum in Opposition, 338 Memorandum in Opposition, 335 Memorandum in Opposition, 332 Memorandum in Opposition, 334 Memorandum in Opposition, 329 Memorandum in Opposition (Liang, Aron) (Filed on 1/22/2010) (Entered: 01/22/2010) |

| 01/27/2010 | 🌐 342 | NOTICE of Change of Address by Christopher T. Heffelfinger (Heffelfinger, Christopher) (Filed on 1/27/2010) (Entered: 01/27/2010) |
| 02/10/2010 | 🌐 343 | NOTICE of Appearance by Henry A. Cirillo (Cirillo, Henry) (Filed on 2/10/2010) (Entered: 02/10/2010) |
| 02/18/2010 | 🌐 344 | MOTION Notice of Administrative Motion and Motion Pursuant to L.R. 7-11 to Stay Proceedings Upon Notice of Injunction in In re: Japan Airlines filed by Air France. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Proposed Order)(McGrath, Thomas) (Filed on 2/18/2010) (Entered: 02/18/2010) |
| 02/19/2010 | 🌐 345 | ERRATA re 344 MOTION Notice of Administrative Motion and Motion Pursuant to L.R. 7-11 to Stay Proceedings Upon Notice of Injunction in In re: Japan Airlines by Air France. (McGrath, Thomas) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 🌐 346 | Reply to Opposition re 303 MOTION to Dismiss *the Consolidated Class Action Complaint* filed byCathay Pacific Airways. (Cairo, Deana) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 🌐 347 | CERTIFICATE OF SERVICE by Cathay Pacific Airways re 346 Reply to Opposition *regarding Motion to Dismiss the Consolidated Class Action Complaint* (Cairo, Deana) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 🌐 348 | Reply Memorandum re 312 MOTION to Dismiss *("Defendant Thai Airways International Public Company Ltd.'s Notice of Motion and Individual Motion to Dismiss Consolidated Class Action Complaint; Memorandum of Points and Authorities in Support Thereof")* MOTION to Dismiss *("Defendant Thai Airways International Public Company Ltd.'s Notice of Motion and Individual Motion to Dismiss Consolidated Class Action Complaint; Memorandum of Points and Authorities in Support Thereof") ("Defendant Thai Airways International Public Company Ltd.'s Reply Memorandum Of Points And Authorities In Support Of Its Notice Of Motion And Motion To Dismiss")* filed byThai Airways. (Rolfe, Ronald) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 🌐 349 | Reply to Opposition re 287 Joint MOTION to Dismiss *the Consolidated Class Action Complaint on Relation Back Grounds filed by Philippine Airlines, Inc. and Vietnam Airlines Corporation* filed byPhilippine Airlines, Inc.. (Stork, Anita) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 🌐 350 | Reply to Opposition re 288 MOTION to Dismiss *the Consolidated Class Action Complaint on Foreign Regulatory Grounds* filed byPhilippine Airlines, Inc.. (Stork, Anita) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 🌐 351 | Reply Memorandum *of Defendants Vietnam Airlines Corporation and Thai Airways International Public Company Limited in Support of* 299 *Motion to Dismiss Consolidated Class Action Complaint [Act of State Doctrine]* filed by Vietnam Airlines. (Hawk, Robert) (Filed on 2/19/2010) Modified on 2/22/2010 (mcl, COURT STAFF). (Entered: |

| | | 02/19/2010 |
|---|---|---|
| 02/19/2010 | 🌐 352 | RESPONSE in Support *of 294 Defendant Vietnam Airlines Corporation's Motion to Dismiss Consolidated Class Action Complaint* filed by Vietnam Airlines. (Hawk, Robert) (Filed on 2/19/2010) Modified on 2/22/2010 (mcl, COURT STAFF). (Entered: 02/19/2010) |
| 02/19/2010 | 🌐 353 | Appendix *of Authority in Support of 352 Reply in Support of Defendant Vietnam Airlines Corporation's Motion to Dismiss Consolidated Class Action Complaint* filed by Vietnam Airlines. (Attachments: # 1 Tab 1) (Hawk, Robert) (Filed on 2/19/2010) Modified on 2/22/2010 (mcl, COURT STAFF). (Entered: 02/19/2010) |
| 02/19/2010 | 🌐 354 | Reply Memorandum re 300 MOTION to Dismiss *Consolidated Class Action Complaint* filed byEva Airways. (Casamassima, Christopher) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 🌐 355 | RESPONSE in Support of 295 Motion to Dismiss Consolidated Class Action Complaint filed by All Nippon Airways. (Brezine, Adam) (Filed on 2/19/2010) Modified on 2/22/2010 (mcl, COURT STAFF). (Entered: 02/19/2010) |
| 02/19/2010 | 🌐 356 | RESPONSE in Support *of 304 Defendants' Motion to Dismiss Consolidated Class Action Complaint: Issues Common to All Nippon Airways Co., Ltd., China Airlines, Ltd., and Thai Airways International Public Company Limited* filed by All Nippon Airways. (Brezine, Adam) (Filed on 2/19/2010) Modified on 2/22/2010 (mcl, COURT STAFF). (Entered: 02/19/2010) |
| 02/19/2010 | 🌐 357 | Request for Judicial Notice re 356 Response in Support, *of their Motion to Dismiss* filed byAll Nippon Airways. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6) (Related document(s) 356 ) (Brezine, Adam) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 🌐 358 | Reply Memorandum re 290 MOTION to Dismiss *Plaintiffs' Consolidated Class Action Complaint: Issues Common to Joint Defendants* filed bySingapore Airlines. (Attachments: # 1 Exhibit A) (Sherman, William) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 🌐 359 | Declaration of David D. Golden in Support of 356 Response in Support, *of Defendants' Motion to Dismiss Plaintiff' Consolidated Class Action Complaint: Issues Common to All Nippon Airways, Co., Ltd., China Airlines, Ltd., and Thai Airways International Public Company Limited* filed byAll Nippon Airways. (Related document(s) 356 ) (Brezine, Adam) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 🌐 360 | Declaration of Charles R. Price in Support of 358 Reply Memorandum filed bySingapore Airlines. (Attachments: # 1 Exhibit A)(Related document(s) 358 ) (Sherman, William) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 🌐 361 | Request for Judicial Notice re 358 Reply Memorandum filed |

| | | |
|---|---|---|
| | | bySingapore Airlines. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Related document(s) 358 ) (Sherman, William) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 362 | Reply Memorandum re 293 MOTION to Dismiss *Notice of Motion and Motion; Memorandum of Points and Authorities in Support of European Carriers' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint* filed byAir France. (McGrath, Thomas) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 363 | CERTIFICATE OF SERVICE by Singapore Airlines re 358 Reply Memorandum, 361 Request for Judicial Notice, 360 Declaration in Support (Sherman, William) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 364 | Declaration of Thomas A. McGrath in Support of 362 Reply Memorandum, filed byAir France. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Related document(s) 362 ) (McGrath, Thomas) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 365 | Request for Judicial Notice re 362 Reply Memorandum, 364 Declaration in Support, filed byAir France. (Related document(s) 362 , 364 ) (McGrath, Thomas) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 366 | Reply to Opposition re 311 Joint MOTION to Dismiss *[FRCP 9(b)]* Joint MOTION to Dismiss *[FRCP 9(b)]* filed byMalaysian Airline System Berhad. (Tria, Ann-Kathryn) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 367 | Reply to Opposition re 310 MOTION to Dismiss *[ATA]* filed byMalaysian Airline System Berhad. (Tria, Ann-Kathryn) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/22/2010 | 368 | CERTIFICATE OF SERVICE by Thai Airways re 348 Reply Memorandum,,, (Rolfe, Ronald) (Filed on 2/22/2010) (Entered: 02/22/2010) |
| 02/22/2010 | 369 | Memorandum in Opposition re 344 MOTION Notice of Administrative Motion and Motion Pursuant to L.R. 7-11 to Stay Proceedings Upon Notice of Injunction in In re: Japan Airlines filed byAll Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order, # 4 Certificate of Service)(Williams, Steven) (Filed on 2/22/2010) (Entered: 02/22/2010) |
| 02/23/2010 | 370 | Reply Memorandum re 344 MOTION Notice of Administrative Motion and Motion Pursuant to L.R. 7-11 to Stay Proceedings Upon Notice of Injunction in In re: Japan Airlines filed byAir France. (McGrath, Thomas) (Filed on 2/23/2010) (Entered: 02/23/2010) |
| 02/23/2010 | 371 | MOTION to Strike 370 Reply Memorandum *Re Defendants Administrative Motion To Stay Proceedings* filed by All Plaintiffs. (Attachments: # 1 Proposed Order Granting Motion To Strike, # 2 Certificate Of Service)(Lebsock, Christopher) (Filed on 2/23/2010) |

| | | (Entered: 02/23/2010) |
|---|---|---|
| 03/03/2010 | 372 | ORDER by Judge Charles R. Breyer in case 3:06-cv-05440-CRB; deferring ruling on (287) Motion to Dismiss; deferring ruling on (288) Motion to Dismiss; deferring ruling on (290) Motion to Dismiss; deferring ruling on (293) Motion to Dismiss; deferring ruling on (294) Motion to Dismiss; deferring ruling on (295) Motion to Dismiss; deferring ruling on (299) Motion to Dismiss; deferring ruling on (300) Motion to Dismiss; deferring ruling on (303) Motion to Dismiss; deferring ruling on (304) Motion to Dismiss; deferring ruling on (310) Motion to Dismiss; deferring ruling on (311) Motion to Dismiss; deferring ruling on (312) Motion to Dismiss in case 3:07-cv-05634-CRB (crblc3, COURT STAFF) (Filed on 3/3/2010) (Entered: 03/03/2010) |
| 03/04/2010 | 373 | NOTICE by All Plaintiffs *Plaintiffs' Notice of Filing with Bankruptcy Court* (Williams, Steven) (Filed on 3/4/2010) (Entered: 03/04/2010) |
| 03/05/2010 | 374 | NOTICE by Philippine Airlines, Inc. *All Defendants' Notice of Intention to File Responses and/or Objections* (Stork, Anita) (Filed on 3/5/2010) (Entered: 03/05/2010) |
| 03/08/2010 | 375 | NOTICE by Rachel Diller *Notice of Association of Kimberly A. Kralowec as Counsel of Record for Plaintiff Rachel Diller* (Lebsock, Christopher) (Filed on 3/8/2010) (Entered: 03/08/2010) |
| 03/08/2010 | | (Court only) ***Attorney Kimberly Ann Kralowec for Rachel Diller added. (mcl, COURT STAFF) (Entered: 03/09/2010) |
| 03/09/2010 | 376 | ORDER Vacating Hearing Scheduled for March 12, 2010. Signed by Judge Charles R. Breyer on 3/9/2010. (crblc3, COURT STAFF) (Filed on 3/9/2010) (Entered: 03/09/2010) |
| 03/09/2010 | | ***Deadlines terminated. (mcl, COURT STAFF) (Entered: 03/10/2010) |
| 03/18/2010 | 377 | NOTICE of Appearance by Kimberly Ann Kralowec (Kralowec, Kimberly) (Filed on 3/18/2010) (Entered: 03/18/2010) |
| 03/18/2010 | 378 | CERTIFICATE OF SERVICE by Rachel Diller re 377 Notice of Appearance (Kralowec, Kimberly) (Filed on 3/18/2010) (Entered: 03/18/2010) |
| 03/30/2010 | 379 | STATUS REPORT *Report to Court re: Bankruptcy Hearing on Scope of Stay* by All Plaintiffs. (Williams, Steven) (Filed on 3/30/2010) (Entered: 03/30/2010) |
| 03/31/2010 | 380 | STATUS REPORT *Report to Court re: Bankruptcy Order on Scope of Stay* by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Williams, Steven) (Filed on 3/31/2010) (Entered: 03/31/2010) |
| 03/31/2010 | 381 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d *Concerning Defendants' Pending Motions To Dismiss* filed byAll Plaintiffs. (Related document(s) 311 , 310 , 293 , 300 , 299 , 303 , 312 , 290 , 287 , 304 , 294 , 295 , 288 ) (Lebsock, Christopher) (Filed on |

| | | 3/31/2010) (Entered: 03/31/2010) |
|---|---|---|
| 04/02/2010 | 🌐 382 | Letter from Joseph W. Cotchett & Michael P. Lehmann. (Cotchett, Joseph) (Filed on 4/2/2010) (Entered: 04/02/2010) |
| 04/05/2010 | 🌐 383 | Letter from Robert B. Hawk to Judge Breyer *Re: In re Transpacific Passenger Air Transportation Antitrust Litigation.* (Hawk, Robert) (Filed on 4/5/2010) (Entered: 04/05/2010) |
| 04/05/2010 | 🌐 384 | Letter from Eric Mahr. (Mahr, Eric) (Filed on 4/5/2010) (Entered: 04/05/2010) |
| 04/05/2010 | 🌐 385 | NOTICE of Association by Robert Casteel, III (Terrell, Reginald) (Filed on 4/5/2010) Modified on 4/6/2010 (mcl, COURT STAFF). (Entered: 04/05/2010) |
| 04/05/2010 | 🌐 | (Court only) ***Attorney Sharron S K Williams Gelobter for Robert Casteel, III added. (mcl, COURT STAFF) (Entered: 04/06/2010) |
| 04/06/2010 | 🌐 386 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d *Concerning Defendants' Pending Motions to Dismiss* filed byAir France. (Related document(s) 311 , 310 , 293 , 300 , 299 , 303 , 312 , 290 , 287 , 304 , 294 , 295 , 288 ) (Warnot, James) (Filed on 4/6/2010) (Entered: 04/06/2010) |
| 04/09/2010 | 🌐 387 | NOTICE of Change of Address by Jesse William Markham *Notice of Constantine Cannon Change of Address* (Markham, Jesse) (Filed on 4/9/2010) (Entered: 04/09/2010) |
| 05/03/2010 | 🌐 388 | NOTICE by Vietnam Airlines *Notice of Change of Attorney Information* (Hawk, Robert) (Filed on 5/3/2010) (Entered: 05/03/2010) |
| 05/11/2010 | 🌐 389 | NOTICE by Stephen Gaffigan, Bruce Hut *of Suspension of Appearance* (Brody, Lori) (Filed on 5/11/2010) (Entered: 05/11/2010) |
| 05/11/2010 | 🌐 | (Court only) *** Attorney Laurence D. King terminated. (mcl, COURT STAFF) (Entered: 05/12/2010) |
| 06/08/2010 | 🌐 390 | NOTICE by Stephen Gaffigan, Bruce Hut re 389 Notice (Other) *of Reinstatement of Appearance* (King, Laurence) (Filed on 6/8/2010) (Entered: 06/08/2010) |
| 06/11/2010 | 🌐 391 | CLERKS NOTICE Advising Counsel of Change in MDL Master Case Number Format (rcs, COURT STAFF) (Filed on 6/11/2010) (Entered: 06/11/2010) |
| 06/14/2010 | 🌐 392 | MOTION to Compel *Airline Tariff Publishing Company to produce data and document pursuant to the January 21, 2010 subpoena* filed by All Plaintiffs. Motion Hearing set for 7/30/2010 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Jessica Servais, # 3 Declaration of Robert Taylor, # 4 Proposed Order, # 5 Certificate of Service)(Lebsock, Christopher) (Filed on 6/14/2010) (Entered: 06/14/2010) |

| | | |
|---|---|---|
| 07/06/2010 | 393 | CLERKS NOTICE Case Management Conference set for 7/21/2010 10:00 AM in Courtroom 8, 19th Floor, San Francisco. Motion Hearing set for 7/21/2010 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (be, COURT STAFF) (Filed on 7/6/2010) (Entered: 07/06/2010) |
| 07/08/2010 | 394 | MOTION to Continue *JOINT ADMINISTRATIVE MOTION AND STIPULATION TO REQUEST CONTINUED HEARING DATE* filed by All Plaintiffs. Motion Hearing set for 8/25/2010 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Williams, Steven) (Filed on 7/8/2010) (Entered: 07/08/2010) |
| 07/08/2010 | 395 | Declaration of Steven N. Williams in Support of 394 MOTION to Continue *JOINT ADMINISTRATIVE MOTION AND STIPULATION TO REQUEST CONTINUED HEARING DATE* filed byAll Plaintiffs. (Related document(s) 394 ) (Williams, Steven) (Filed on 7/8/2010) (Entered: 07/08/2010) |
| 07/09/2010 | 396 | STIPULATION re 392 MOTION to Compel *Airline Tariff Publishing Company to produce data and document pursuant to the January 21, 2010 subpoena (Joint Stipulation To Continue Hearing)* filed by All Plaintiffs. (Attachments: # 1 Declaration of Jessica Servais In Support Of Joint Motion To Continue Hearing Date On Motion To Compel Records From ATPCO)(Lebsock, Christopher) (Filed on 7/9/2010) (Entered: 07/09/2010) |
| 07/09/2010 | 397 | ORDER extending hearing date on motion to compel re 396 Stipulation, filed by All Plaintiffs, 392 MOTION to Compel *Airline Tariff Publishing Company to produce data and document pursuant to the January 21, 2010 subpoena*. Responses due by 8/20/2010. Replies due by 8/27/2010. Motion Hearing set for 9/10/2010 10:00 AM in Courtroom 8, 19th Floor, San Francisco.. Signed by Judge Charles R. Breyer on 7/9/2010. (be, COURT STAFF) (Filed on 7/9/2010) (Entered: 07/09/2010) |
| 07/12/2010 | 398 | ORDER by Judge Charles R. Breyer granting 394 Motion to Continue hearing on motions and CMC (be, COURT STAFF) (Filed on 7/12/2010) (Entered: 07/12/2010) |
| 07/12/2010 | | Set/Reset Hearings:, Set/Reset Deadlines as to Case Management Conference set for 8/27/2010 10:00 AM in Courtroom 8, 19th Floor, San Francisco. Motion Hearing set for 8/27/2010 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (be, COURT STAFF) (Filed on 7/12/2010) (Entered: 07/12/2010) |
| 07/15/2010 | 399 | NOTICE of Change of Address by Gilmur Roderick Murray (Murray, Gilmur) (Filed on 7/15/2010) (Entered: 07/15/2010) |
| 07/16/2010 | 400 | STIPULATION *Expert Stipulation And [Proposed] Order filed* by All Plaintiffs. (Lebsock, Christopher) (Filed on 7/16/2010) (Entered: 07/16/2010) |
| 07/16/2010 | 401 | STIPULATION *And [Proposed] Protective Order filed* by All Plaintiffs. (Lebsock, Christopher) (Filed on 7/16/2010) (Entered: |

| | | 07/16/2010) |
|---|---|---|
| 07/20/2010 | 🌐 402 | NOTICE by All Plaintiffs *JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT JAPAN AIRLINES INTERNATIONAL, LTD.* (Williams, Steven) (Filed on 7/20/2010) (Entered: 07/20/2010) |
| 07/20/2010 | 🌐 403 | EXPERT STIPULATION AND ORDER re 400 Stipulation filed by All Plaintiffs. Signed by Judge Charles R. Breyer on 7/20/2010. (be, COURT STAFF) (Filed on 7/20/2010) (Entered: 07/20/2010) |
| 07/20/2010 | 🌐 404 | STIPULATION AND PROTECTIVE ORDER. Signed by Judge Charles R. Breyer on 7/20/2010. (be, COURT STAFF) (Filed on 7/20/2010) (Entered: 07/20/2010) |
| 07/29/2010 | 🌐 405 | STIPULATION *Of Voluntary Dismissal Without Prejudice* by Trong Nguyen. (Lebsock, Christopher) (Filed on 7/29/2010) (Entered: 07/29/2010) |
| 07/29/2010 | 🌐 | (Court only) *** Party Trong Nguyen, terminated. (be, COURT STAFF) (Filed on 7/29/2010) (Entered: 08/02/2010) |
| 08/06/2010 | 🌐 406 | NOTICE of Change of Address by Lori Sambol Brody (Brody, Lori) (Filed on 8/6/2010) (Entered: 08/06/2010) |
| 08/09/2010 | 🌐 407 | CLERKS NOTICE Case Management Conference reset for 9/10/2010 10:00 AM in Courtroom 8, 19th Floor, San Francisco. Motion(s) Hearing reset for 9/10/2010 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (be, COURT STAFF) (Filed on 8/9/2010) (Entered: 08/09/2010) |
| 08/13/2010 | 🌐 408 | NOTICE of Appearance by Roderick David Margo (Attachments: # 1 Proof of Service)(Margo, Roderick) (Filed on 8/13/2010) (Entered: 08/13/2010) |
| 08/19/2010 | 🌐 409 | STIPULATION re 392 MOTION to Compel *Airline Tariff Publishing Company to produce data and document pursuant to the January 21, 2010 subpoena (Joint Stipulation and [Proposed] Order Extending Hearing Date) filed* by All Plaintiffs. (Attachments: # 1 Declaration of Jessica N. Servais in Support of Joint Stipulation)(Lebsock, Christopher) (Filed on 8/19/2010) (Entered: 08/19/2010) |
| 08/24/2010 | 🌐 410 | STIPULATION *on Available Dates For Hearings* by Singapore Airlines. (Attachments: # 1 Proposed Order Setting Hearing Dates) (Price, Charles) (Filed on 8/24/2010) (Entered: 08/24/2010) |
| 08/25/2010 | 🌐 411 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d *Concerning Defendants' Pending Motions to Dismiss* filed bySingapore Airlines. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Price, Charles) (Filed on 8/25/2010) (Entered: 08/25/2010) |
| 08/26/2010 | 🌐 412 | ORDER extending hearing date as to 392 MOTION to Compel *Airline Tariff Publishing Company to produce data and document pursuant to the January 21, 2010 subpoena.* Motion Hearing set for 9/24/2010 |

| | | |
|---|---|---|
| | | 10:00 AM in Courtroom 8, 19th Floor, San Francisco.. Signed by Judge Charles R. Breyer on 8/26/2010. (be, COURT STAFF) (Filed on 8/26/2010) (Entered: 08/26/2010) |
| 08/26/2010 | 🌐413 | ORDER setting hearing dates, Set/Reset Deadlines as to Case Management Conference set for 11/1/2010 01:00 PM in Courtroom 8, 19th Floor, San Francisco. Motion to Stay, Motions to Dismiss Hearing set for 11/1/2010 01:00 PM in Courtroom 8, 19th Floor, San Francisco.. Signed by Judge Charles R. Breyer on 8/26/2010. (be, COURT STAFF) (Filed on 8/26/2010) (Entered: 08/26/2010) |
| 08/26/2010 | 🌐414 | STIPULATION re 404 Protective Order *Joint Stipulation and [Proposed] Amendment to Protective Order filed* by All Plaintiffs. (Lebsock, Christopher) (Filed on 8/26/2010) (Entered: 08/26/2010) |
| 09/02/2010 | 🌐415 | AMENDMENT TO PROTECTIVE ORDER. Signed by Judge Charles R. Breyer on 9/1/2010. (be, COURT STAFF) (Filed on 9/2/2010) (Entered: 09/02/2010) |
| 09/02/2010 | 🌐416 | NOTICE by All Plaintiffs re 392 MOTION to Compel *Airline Tariff Publishing Company to produce data and document pursuant to the January 21, 2010 subpoena (Notice of Withdrawal of Motion)* (Lebsock, Christopher) (Filed on 9/2/2010) (Entered: 09/02/2010) |
| 09/02/2010 | 🌐 | (Court only) ***Motion terminated: 392 MOTION to Compel *Airline Tariff Publishing Company to produce data and document pursuant to the January 21, 2010 subpoena filed* by All Plaintiffs. (be, COURT STAFF) (Filed on 9/2/2010) (Entered: 09/02/2010) |
| 09/10/2010 | 🌐417 | NOTICE by Continental Airlines, Inc. *Notice of Withdrawal of Attorney Andrea Agathoklis as Counsel for Defendant Continental Airlines, Inc.* (Abye, Mikael) (Filed on 9/10/2010) (Entered: 09/10/2010) |
| 09/10/2010 | 🌐 | (Court only) *** Attorney Andrea Agathoklis terminated. (slh, COURT STAFF) (Filed on 9/10/2010) (Entered: 09/13/2010) |
| 09/20/2010 | 🌐418 | MOTION to Relate Case filed by Caroline Joy. (Sokol, Sylvia) (Filed on 9/20/2010) (Entered: 09/20/2010) |
| 09/20/2010 | 🌐419 | Proposed Order *Granting Caroline Joy's Administrative Motion to Consider Whether Cases Should be Related* by Caroline Joy. (Sokol, Sylvia) (Filed on 9/20/2010) (Entered: 09/20/2010) |
| 09/20/2010 | 🌐420 | Declaration of Sylvia M. Sokol *in support of Plaintiff Caroline Joy's Administrative Motion to Consider Whether Cases Should be Related* filed byCaroline Joy. (Sokol, Sylvia) (Filed on 9/20/2010) (Entered: 09/20/2010) |
| 09/22/2010 | 🌐421 | Statement *of Recent Decision filed* by All Plaintiffs. (Lebsock, Christopher) (Filed on 9/22/2010) (Entered: 09/22/2010) |
| 09/22/2010 | 🌐422 | ORDER by Judge Charles R. Breyer granting 418 Motion to Relate Case. Case 10-4137 related to 07-5634. (sis, COURT STAFF) (Filed on 9/22/2010) (Entered: 09/23/2010) |

| 10/21/2010 | 🌐 423 | Certificate of Interested Entities by All Nippon Airways *Defendant All Nippon Airways Co., Ltd's Disclosure of Non-Party Interested Entities* (Brezine, Adam) (Filed on 10/21/2010) (Entered: 10/21/2010) |
| --- | --- | --- |
| 10/21/2010 | 🌐 424 | NOTICE of Appearance by Michael J. Holland (Holland, Michael) (Filed on 10/21/2010) (Entered: 10/21/2010) |
| 10/21/2010 | 🌐 425 | Certificate of Interested Entities by Air New Zealand (Holland, Michael) (Filed on 10/21/2010) (Entered: 10/21/2010) |
| 10/21/2010 | 🌐 426 | Certificate of Interested Entities by Thai Airways *("Defendant Thai Airways International Public Company Ltd.'s Certification Of Interested Entities Or Persons')* (Rolfe, Ronald) (Filed on 10/21/2010) (Entered: 10/21/2010) |
| 10/21/2010 | 🌐 427 | Certificate of Interested Entities by Singapore Airlines (Price, Charles) (Filed on 10/21/2010) (Entered: 10/21/2010) |
| 10/21/2010 | 🌐 428 | NOTICE of Substitution of Counsel by Michael Bertram McNaughton (McNaughton, Michael) (Filed on 10/21/2010) (Entered: 10/21/2010) |
| 10/21/2010 | 🌐 429 | NOTICE of Appearance by Roderick David Margo *Notice of Appearance of Counsel* (Margo, Roderick) (Filed on 10/21/2010) (Entered: 10/21/2010) |
| 10/21/2010 | 🌐 430 | NOTICE of Appearance by Scott David Cunningham *Notice of Appearance of Counsel* (Cunningham, Scott) (Filed on 10/21/2010) (Entered: 10/21/2010) |
| 10/21/2010 | 🌐 431 | Certificate of Interested Entities by Qantas Airways, Ltd. (McNaughton, Michael) (Filed on 10/21/2010) (Entered: 10/21/2010) |
| 10/21/2010 | 🌐 | (Court only) *** Attorney Michael A. Duncheon terminated. (mjj2, COURT STAFF) (Filed on 10/21/2010) (Entered: 10/22/2010) |
| 10/22/2010 | 🌐 432 | Notice of Errata re 339 Opposition filed by All Plaintiffs. (Williams, Steven) (Filed on 10/22/2010) Modified on 10/25/2010 (mjj2, COURT STAFF). (Entered: 10/22/2010) |
| 10/22/2010 | 🌐 433 | NOTICE of Appearance by George David Ruttinger (Ruttinger, George) (Filed on 10/22/2010) (Entered: 10/22/2010) |
| 10/22/2010 | 🌐 434 | Certificate of Interested Entities by SAS AB (Ruttinger, George) (Filed on 10/22/2010) (Entered: 10/22/2010) |
| 10/22/2010 | 🌐 435 | CERTIFICATE OF SERVICE by SAS AB re 433 Notice of Appearance, 434 Certificate of Interested Entities (Ruttinger, George) (Filed on 10/22/2010) (Entered: 10/22/2010) |
| 10/22/2010 | 🌐 436 | JOINT CASE MANAGEMENT STATEMENT filed by Singapore Airlines. (Sherman, William) (Filed on 10/22/2010) (Entered: 10/22/2010) |
| 10/29/2010 | 🌐 437 | Request for Judicial Notice re 328 Memorandum in Opposition, 336 Memorandum in Opposition,, 339 Memorandum in Opposition, |

| | | |
|---|---|---|
| | | *(Supplemental Request)* filed byAll Plaintiffs. (Related document(s) 328 , 336 , 339 ) (Lebsock, Christopher) (Filed on 10/29/2010) (Entered: 10/29/2010) |
| 10/29/2010 | 438 | Letter from Defendants *to Judge Breyer with Proposed Agenda for Hearing Scheduled for November 1, 2010 and November 2, 2010.* (Price, Charles) (Filed on 10/29/2010) (Entered: 10/29/2010) |
| 11/01/2010 | 439 | Memorandum in Opposition *Defendants' Opposition to 437 Plaintiffs' Supplemental Request for Judicial Notice With Respect to the Motions to Dismiss Set for Hearing on November 1, 2010* filed byAir France, Air New Zealand, All Nippon Airways, Cathay Pacific Airways, China Airlines, Continental Airlines, Inc., Eva Airways, KLM Royal Dutch Airline, Malaysia Airlines, Philippine Airlines, Inc., Qantas Airways, Ltd., SAS AB, Singapore Airlines, Thai Airways, Vietnam Airlines. (Attachments: # 1 Proposed Order Denying Plaintiffs' Supplemental Request for Judicial Notice with Respect to the Motions Set for Hearing on November 1, 2010)(Markham, Jesse) (Filed on 11/1/2010) Modified on 11/2/2010 (mjj2, COURT STAFF). (Entered: 11/01/2010) |
| 11/01/2010 | 440 | Minute Entry: Motion Hearing held on 11/1/2010 before Charles R. Breyer (Date Filed: 11/1/2010). Case Management Conference set for 11/2/2010 09:30 AM in Courtroom 8, 19th Floor, San Francisco. Motion Hearing set for 11/2/2010 09:30 AM in Courtroom 8, 19th Floor, San Francisco. (Court Reporter Kathy Wyatt.) (be, COURT STAFF) (Date Filed: 11/1/2010) (Entered: 11/01/2010) |
| 11/01/2010 | 441 | AMENDED MINUTES TO 440 Minute Entry: Motion Hearing held on 11/1/2010 before Charles R. Breyer (Date Filed: 11/1/2010). Motion Hearing/Case Management Conference set for 11/2/2010 09:30 AM in Courtroom 8, 19th Floor, San Francisco. (Court Reporter Kathy Wyatt.) (be, COURT STAFF) (Filed on 11/1/2010) (Entered: 11/02/2010) |
| 11/02/2010 | 442 | Minute Entry: Initial Case Management Conference not held, Motion Hearing held on 11/2/2010 before Charles R. Breyer (Date Filed: 11/2/2010). (Court Reporter Connie Kuhl.) (be, COURT STAFF) (Date Filed: 11/2/2010) (Entered: 11/02/2010) |
| 11/02/2010 | 443 | Request for Judicial Notice *Plaintiffs' Request for Judicial Notice* filed byAll Plaintiffs. (Williams, Steven) (Filed on 11/2/2010) (Entered: 11/02/2010) |
| 11/04/2010 | 444 | CERTIFICATE OF SERVICE by Air France, Air New Zealand, All Nippon Airways, Cathay Pacific Airways, China Airlines, Continental Airlines, Inc., Eva Airways, KLM Royal Dutch Airline, Malaysia Airlines, Philippine Airlines, Inc., Qantas Airways, Ltd., SAS AB, Singapore Airlines, Thai Airways, Vietnam Airlines re 439 Memorandum in Opposition,, (Markham, Jesse) (Filed on 11/4/2010) (Entered: 11/04/2010) |
| 11/22/2010 | 445 | ORDER REGARDING SOLICITATION OF STATE DEPARTMENT OPINION. Signed by Judge Charles R. Breyer on 11/22/2010. (crblc1, COURT STAFF) (Filed on 11/22/2010) (Entered: 11/22/2010) |

| 11/24/2010 | 446 | Transcript of Proceedings held on 11-02-2010, before Judge Charles R. Breyer. Court Reporter/Transcriber Connie McCarthy Kuhl, Telephone number 415-431-2020. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 2/22/2011. (ck, COURT STAFF) (Filed on 11/24/2010) (Entered: 11/24/2010) |
| --- | --- | --- |
| 11/29/2010 | 447 | NOTICE by Rachel Diller *of Association of Robert G. Eisler as Counsel of Record for Plaintiff Rachel Diller* (Lebsock, Christopher) (Filed on 11/29/2010) (Entered: 11/29/2010) |
| 11/29/2010 |  | (Court only) ***Attorney Robert G. Eisler for Rachel Diller added. (mcl, COURT STAFF) (Entered: 11/30/2010) |
| 12/02/2010 | 448 | Transcript of Proceedings held on 11-1-10, before Judge Charles R. Breyer. Court Reporter/Transcriber Katherine Wyatt, Telephone number 925-212-5224. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (kpw, COURT STAFF) (Filed on 12/2/2010) (Entered: 12/02/2010) |
| 12/06/2010 | 449 | NOTICE by All Nippon Airways *Defendant All Nippon Airways Co., Ltd.'s Submission of Plea Agreement* (Markham, Jesse) (Filed on 12/6/2010) (Entered: 12/06/2010) |
| 12/06/2010 | 450 | STIPULATION *and [Proposed] Order Regarding Waiver of Service of Summons* by Caroline Joy. (Sokol, Sylvia) (Filed on 12/6/2010) (Entered: 12/06/2010) |
| 12/06/2010 | 451 | Letter from Robert Hawk. (Attachments: # 1 Draft Letter from J. Breyer to Dept. of State, # 2 Consolidated Class Action Complaint, # 3 Motion to Dismiss re Act of State, # 4 Plaintiffs' Opposition to Motion to Dismiss re Act of State, # 5 Reply in Support of Motion to Dismiss re Act of State, # 6 Vietnam Airlines' Act of State Exhibits, # 7 Plaintiffs' Act of State Exhibits - Part 1, # 8 Plaintiffs' Act of State Exhibits - Part 2, # 9 Thai Airways' Act of State Exhibits - Part 1, # 10 Thai Airways' Act of State Exhibits - Part 2, # 11 Thai Airways' Act of State Exhibits - Part 3, # 12 Thai Airways' Act of State Exhibits - Part 4, # 13 Thai Airways' Act of State Exhibits - Part 5, # 14 Thai Airways' Act of State Exhibits - Part 6, # 15 Statement of Recent Decision, # 16 Hearing Transcript)(Hawk, Robert) (Filed on 12/6/2010) (Entered: 12/06/2010) |
| 12/07/2010 | 452 | NOTICE of Appearance by Richard Sutton Snyder *Co-Counsel for* |

|  |  | *Defendant Continental Airlines, Inc.* (Snyder, Richard) (Filed on 12/7/2010) (Entered: 12/07/2010) |
|---|---|---|
| 12/08/2010 | 🌐453 | ORDER Regarding Waiver of Service of Summons re (450 in 3:07-cv-05634-CRB) Stipulation filed by Caroline Joy, (11 in 3:10-cv-04137-CRB) Stipulation filed by Caroline Joy. Signed by Judge Charles R. Breyer on 12/7/2010. (be, COURT STAFF) (Filed on 12/8/2010) (Entered: 12/08/2010) |
| 12/14/2010 | 🌐454 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d filed byCathay Pacific Airways. (Attachments: # 1 Exhibit A) (Cairo, Deana) (Filed on 12/14/2010) (Entered: 12/14/2010) |
| 12/14/2010 | 🌐455 | Letter from the Court to Mr. Harold Hongju Koh. (crblc1, COURT STAFF) (Filed on 12/14/2010) (Entered: 12/14/2010) |
| 01/04/2011 | 🌐456 | MOTION to Withdraw as Attorney *re: Morissa R. Falk* filed by Rachel Diller. (Attachments: # 1 Proposed Order)(Himes, Jay) (Filed on 1/4/2011) (Entered: 01/04/2011) |
| 01/04/2011 | 🌐457 | NOTICE of Change In Counsel by Ronald S Rolfe (Rolfe, Ronald) (Filed on 1/4/2011) (Entered: 01/04/2011) |
| 01/04/2011 | 🌐 | (Court only) *** Attorney Ronald S Rolfe terminated. (mcl, COURT STAFF) (Entered: 01/05/2011) |
| 01/04/2011 | 🌐 | (Court only) ***Attorney Gina M. Magel,Leslie A. O'Brien for Thai Airways added. (mcl, COURT STAFF) (Entered: 01/05/2011) |
| 01/05/2011 | 🌐458 | NOTICE of Change In Counsel by Allan Steyer (Steyer, Allan) (Filed on 1/5/2011) (Entered: 01/05/2011) |
| 01/05/2011 | 🌐 | (Court only) *** Attorney Henry A. Cirillo terminated. (mcl, COURT STAFF) (Entered: 01/06/2011) |
| 01/06/2011 | 🌐459 | ORDER by Judge Charles R. Breyer granting (456) Motion to Withdraw as Attorney. Attorney Morissa R. Falk terminated in case 3:07-cv-05634-CRB (be, COURT STAFF) (Filed on 1/6/2011) (Entered: 01/06/2011) |
| 01/07/2011 | 🌐460 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d filed byAll Plaintiffs. (Related document(s) 339 ) (Lebsock, Christopher) (Filed on 1/7/2011) (Entered: 01/07/2011) |
| 01/21/2011 | 🌐461 | NOTICE by UNITED STATES OF AMERICA -- *Statement of Interest* (Smith, Jeffrey) (Filed on 1/21/2011) (Entered: 01/21/2011) |
| 01/21/2011 | 🌐 | (Court only) *** Attorney Esther L Klisura terminated. (mcl, COURT STAFF) (Entered: 01/24/2011) |
| 02/24/2011 | 🌐462 | NOTICE by William Adams, Margaret Garcia, Donald Wortman *NOTICE OF CHANGE OF FIRM NAME* (Williams, Steven) (Filed on 2/24/2011) (Entered: 02/24/2011) |
| 03/10/2011 | 🌐463 | NOTICE of Appearance by Seth R. Gassman (Gassman, Seth) (Filed on |

| | | 3/10/2011) (Entered: 03/10/2011) |
|---|---|---|
| 04/04/2011 | 🌐 464 | NOTICE of Change In Counsel by Allan Steyer (Steyer, Allan) (Filed on 4/4/2011) (Entered: 04/04/2011) |
| 04/04/2011 | 🌐 465 | NOTICE of Change of Address by Christopher T. Heffelfinger (Heffelfinger, Christopher) (Filed on 4/4/2011) (Entered: 04/04/2011) |
| 04/04/2011 | 🌐 | (Court only) *** Attorney Simon Richard Goodfellow terminated. (mcl, COURT STAFF) (Entered: 04/05/2011) |
| 04/06/2011 | 🌐 466 | NOTICE of Substitution of Counsel by Jesse William Markham (Markham, Jesse) (Filed on 4/6/2011) (Entered: 04/06/2011) |
| 04/06/2011 | 🌐 | (Court only) *** Attorney Adam Paul Brezine, Esq terminated. (mcl, COURT STAFF) (Entered: 04/07/2011) |
| 05/09/2011 | 🌐 467 | ORDER by Judge Charles R. Breyer granting 287 Motion to Dismiss; denying 288 Motion to Dismiss; granting in part and denying in part 290 Motion to Dismiss; granting in part and denying in part 293 Motion to Dismiss; granting in part and denying in part 294 Motion to Dismiss; granting in part and denying in part 295 Motion to Dismiss; denying 299 Motion to Dismiss; denying 300 Motion to Dismiss; denying 303 Motion to Dismiss; denying 304 Motion to Dismiss; denying 310 Motion to Dismiss; granting 311 Motion to Dismiss; denying 312 Motion to Dismiss; denying 344 Motion to Stay. (crblc1, COURT STAFF) (Filed on 5/9/2011) (Entered: 05/09/2011) |
| 05/13/2011 | ⬛🌐 468 | MOTION to Schedule Case Management Conference filed by Singapore Airlines. (Sherman, William) (Filed on 5/13/2011) (Entered: 05/13/2011) |
| 05/14/2011 | 🌐 469 | JOINDER (re 468 MOTION to Schedule Case Management Conference ) *Plaintiffs' Joinder in Defendant's Request for Case Management Conference* filed byAll Plaintiffs. (Attachments: # 1 Exhibit A)(Williams, Steven) (Filed on 5/14/2011) Modified on 5/16/2011 (mjj2, COURT STAFF). (Entered: 05/14/2011) |
| 05/19/2011 | 🌐 470 | CLERKS NOTICE Case Management Conference set for 6/24/2011 08:30 AM in Courtroom 6, 17th Floor, San Francisco. (beS, COURT STAFF) (Filed on 5/19/2011) (Entered: 05/19/2011) |
| 05/20/2011 | 🌐 471 | NOTICE of Voluntary Dismissal *of Lufthansa AG and Swiss International Airlines Ltd. without prejudice* by All Plaintiffs (Lebsock, Christopher) (Filed on 5/20/2011) (Entered: 05/20/2011) |
| 05/20/2011 | 🌐 | (Court only) *** Party Deutsche Lufthansa AG and Swiss International AG terminated. (mjj2, COURT STAFF) (Filed on 5/20/2011) (Entered: 05/23/2011) |
| 05/23/2011 | ⬛🌐 472 | MOTION for Leave to File *the European Carriers' Motion for Reconsideration of the Court's May 9, 2011 Order* filed by Air France. (Attachments: # 1 Exhibit Proposed Motion for Reconsideration, # 2 Proposed Order)(McGrath, Thomas) (Filed on 5/23/2011) (Entered: |

| | | 05/23/2011) |
|---|---|---|
| 05/24/2011 | 🔲🌐 473 | Joint MOTION for Certificate of Appealability *Defendants' Joint Motion for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. §1292(b)* filed by All Nippon Airways, China Airlines. Motion Hearing set for 7/1/2011 10:00 AM in Courtroom 8, 19th Floor, San Francisco before Hon. Charles R. Breyer. (Mooney, Richard) (Filed on 5/24/2011) (Entered: 05/24/2011) |
| 05/24/2011 | 🌐 474 | Proposed Order re 473 Joint MOTION for Certificate of Appealability *Defendants' Joint Motion for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. §1292(b)*Joint MOTION for Certificate of Appealability *Defendants' Joint Motion for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. §1292(b)* by All Nippon Airways, China Airlines. (Mooney, Richard) (Filed on 5/24/2011) (Entered: 05/24/2011) |
| 05/24/2011 | 🌐 475 | STIPULATION *and [Proposed] Order Re Briefing and Hearing Schedule for Defendants All Nippon Airways Co., Ltd. and China Airlines, Ltd.'s Joint Motion for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. §1292(b)* by All Nippon Airways, China Airlines. (Mooney, Richard) (Filed on 5/24/2011) (Entered: 05/24/2011) |
| 05/25/2011 | 🌐 476 | ERRATA *NOTICE OF ERRATA RE DEFENDANTS JOINT MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)* by All Nippon Airways, China Airlines. (Mooney, Richard) (Filed on 5/25/2011) (Entered: 05/25/2011) |
| 05/25/2011 | 🔲🌐 477 | MOTION for Certificate of Appealability *Defendants Joint Motion for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b)* filed by All Nippon Airways, China Airlines. Motion Hearing set for 7/1/2011 10:00 AM in Courtroom 8, 19th Floor, San Francisco before Hon. Charles R. Breyer. (Mooney, Richard) (Filed on 5/25/2011) (Entered: 05/25/2011) |
| 05/25/2011 | 🌐 478 | RESPONSE (re 472 MOTION for Leave to File *the European Carriers' Motion for Reconsideration of the Court's May 9, 2011 Order* ) *Plaintiffs' Opposition to European Carriers' Motion for Leave to File a Motion For Reconsideration* filed byAll Plaintiffs. (Williams, Steven) (Filed on 5/25/2011) (Entered: 05/25/2011) |
| 05/25/2011 | 🌐 479 | NOTICE OF APPEAL as to 467 Order on Motion to Dismiss, by Thai Airways. Filing fee $ 455, Receipt # 34611060264. (mcl, COURT STAFF) (Filed on 5/25/2011) (Entered: 05/26/2011) |
| 05/25/2011 | 🌐 480 | Representation Statement re 479 Notice of Appeal by Thai Airways. (mcl, COURT STAFF) (Filed on 5/25/2011) (Entered: 05/26/2011) |
| 05/26/2011 | 🌐 481 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 479 Notice of Appeal. (mcl, COURT STAFF) (Entered: 05/26/2011) |
| 05/26/2011 | 🌐 482 | Copy of Notice of Appeal and Docket sheet mailed to all counsel re |

| | | |
|---|---|---|
| | | appeal 479 . (mcl, COURT STAFF) (Entered: 05/26/2011) |