IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS<br>_____/ | No. C 07-05634 CRB<br><br>**ORDER DENYING LEAVE TO FILE MOTION TO RECONSIDER** |

The European Carrier Defendants seek leave to file a motion for reconsideration of the Court's May 9, 2011 Order, asking the Court to "clarify that its FTAIA ruling applies to all of Plaintiffs' claims against the European Carriers," as "Plaintiffs' claims against the European Carriers rely on allegations of conduct that is wholly foreign." See dkt. 472 at 2. The Court DENIES this motion. The Court dismissed with prejudice Plaintiffs' claims based on foreign injury. See dkt. 467. To the extent that Plaintiffs' claims against the European Carrier Defendants relate solely to foreign injury, those claims are dismissed. That is not the Court's understanding of Plaintiffs' claims. Reconsideration is therefore not warranted.

**IT IS SO ORDERED.**

Dated: May 27, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\5634\Order re reconsideration - europe.wpd