Paul L. Yde
Richard S. Snyder
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Ave., NW, Suite 600
Washington, DC 20004
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
Email: paul.yde@freshfields.com
richard.snyder@freshfields.com

Admitted *Pro hac vice*

Patrick D. Robbins (State Bar No. 152288)
Mikael A. Abye (State Bar No. 233458)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: probbins@shearman.com
mabye@shearman.com

Attorneys for Defendant Continental Airlines, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document Relates To: ALL ACTIONS | Case No.:  3:07-CV-05634-CRB<br>                   MDL No. 1913<br><br>Assigned to Hon. Charles R. Breyer<br><br>SUPPLEMENTAL DECLARATION OF PAUL L. YDE CORRECTING THE AUGUST 15, 2011 DECLARATION OF PAUL L. YDE IN SUPPORT OF DEFENDANT CONTINENTAL AIRLINES, INC.'S MOTION TO DISMISS FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT PURSUANT TO F.R.C.P. 12(B)(1)<br><br>Date:       September 30, 2011<br>Time:       10:00 a.m.<br>Judge:      Honorable Charles R. Breyer<br>Courtroom: No. 8, 19th Floor |

I, Paul L. Yde, declare as follows:

1. I am a member of the Bar of the District of Columbia Court of Appeals, and am admitted on a *pro hac vice* basis to practice before this Court in the above-captioned case. I am a partner with the law firm of Freshfields Bruckhaus Deringer US LLP, attorneys for Defendant Continental Airlines, Inc. ("Continental"). I make this declaration in support of Continental's Motion to Dismiss the First Amended Class Action Complaint Pursuant to F.R.C.P. 12(b)(1) ("the 12(b)(1) Motion to Dismiss"). I am familiar with and have personal knowledge of the pleadings and proceedings in this case and the facts set forth in this declaration, and, if called to do so, could and would testify competently to those facts.

2. I executed a declaration on August 15, 2011 ("the August 15 Declaration") in support of Continental's 12(b)(1) Motion to Dismiss which was filed in the above-captioned case on the same date. (August 15 Declaration at Dkt. No. 521[1]; 12(b)(1) Motion to Dismiss at Dkt. No. 520.)

3. The August 15 Declaration contained two unintentional errors regarding dates, which I correct below.

4. Paragraph 4 of the August 15 Declaration states, in part, that "Continental filed a motion to dismiss within 21 days of service." In fact, Continental filed its initial motion to dismiss in this matter on October 2, 2009 (3:08-md-01913, Dkt. No. 84) pursuant to a 30-day stipulated extension of time (*see* Dkt. No. 219). The 12(b)(1) Motion to Dismiss repeats this error at page 3, lines 6-7.

5. Paragraph 7 of the August 15 Declaration states, in part, that "[s]tarting in August 2009, I have requested that Plaintiffs provide a copy of the full Japanese language email in question." In fact, my associate first contacted Plaintiffs' counsel on my behalf to set up a call to discuss this matter in August 2009, but I first requested that Plaintiffs provide this document during a conference call on September 15, 2009, not in August 2009. The 12(b)(1) Motion to Dismiss repeats this error at page 3, n.8 and page 9, n.16.

---

[1] All docket number references refer to the 3:07-cv-05634 docket, *unless otherwise noted*.

1    6.     Both errors listed above were made inadvertently, and at the time I executed the
2    August 15 Declaration, I believed the errors to be true facts.
3    7.     I apologize for any inconvenience these errors may have caused the Court or
4    opposing counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration was executed on August 19, 2011, in Washington, D.C.

*/s/ Paul L. Yde*
Paul L. Yde