| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   | William R. Sherman (admitted *Pro Hac Vice*) |
| 2 | 555 Eleventh Street, N.W., Suite 1000 |
|   | Washington, D.C. 20004-1304 |
| 3 | Telephone: +1.202.637.2200 |
|   | Facsimile: +1.202.637.2201 |
| 4 | Email: william.sherman@lw.com |
| 5 | Ashley M. Bauer (SBN 231626) |
|   | 505 Montgomery Street, Suite 2000 |
| 6 | San Francisco, CA 94111-6538 |
|   | Telephone: +1.415.391.0600 |
| 7 | Facsimile: +1.415.395.8095 |
|   | Email: ashley.bauer@lw.com |
| 8 | |
|   | *Counsel for Defendant Singapore Airlines Limited* |
| 9 | See signature page for complete list of counsel |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Case No. 07-CV-05634-CRB |
| | MDL No. 1913 |
| | Class Action |
| This Document Relates to: | |
| ALL ACTIONS | JOINT STIPULATION AND [~~PROPOSED~~] ORDER ON TIMING FOR FILING OF REPLY MEMORANDA IN FURTHER SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS PORTIONS OF PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT |

\\

\\

\\

\\

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON DC

STIPULATION AND [PROPOSED] ORDER ON TIMING
FOR FILING OF REPLIES
Case No. 07-cv-5634-CRB

Pursuant to Local Rule 6-2 defendants respectfully request an extension of three (3) days, until **September 9, 2011,** to file their reply briefs in support of their motions to dismiss. (Dkt. ## 516, 518, 519, 520.) Defendants' original date to reply to plaintiffs' oppositions is September 6, 2011. Defendants have conferred with plaintiffs' counsel and plaintiffs' counsel has consented to the requested extension, with the understanding that the hearing date of September 30, 2011, which was set by the Court, shall not change.

Dated: September 2, 2011                                    Respectfully submitted,

| | |
|---|---|
| */s/ William R. Sherman* | */s/ Steven N. Williams* |
| William R. Sherman | Joseph W. Cotchett |
| LATHAM & WATKINS LLP | Niall P. McCarthy |
| 555 Eleventh Street, N.W., Suite 1000 | Paul N. "Pete" McCloskey |
| Washington, D.C. 20004-1304 | Steven N. Williams |
| Telephone: +1.202.637.2200 | Nanci E. Nishimura |
| Facsimile: +1.202.637.2201 | Niki B. Okcu |
| Email: william.sherman@lw.com | Eric J. Buescher |
| | COTCHETT, PITRE & McCARTHY, LLP |
| Ashley M. Bauer | San Francisco Airport Office Center 840 |
| 505 Montgomery Street, Suite 2000 | Malcolm Road, Suite 200 |
| San Francisco, CA 94111-6538 | Burlingame, CA 94010 |
| Telephone: +1.415.391.0600 | Telephone: 650-697-6000 |
| Facsimile: +1.415.395.8095 | Facsimile: 650-697-0577 |
| Email: ashley.bauer@lw.com | Email: jcotchett@cpmlegal.com |
| | nmccarthy@cpmlegal.com |
| *Counsel for Defendant Singapore Airlines Ltd.* | swilliams@cpmlegal.com |
| | nnishimura@cpmlegal.com |
| | nokcu@cpmlegal.com |
| | ebuescher@cpmlegal.com |
| | |
| | *Interim Class Counsel for the Putative Class* |
| */s/ Michael J. Holland* | */s/ Christopher L. Lebsock* |
| Michael J. Holland | Michael P. Lehmann |
| Jean C. Rose | Christopher L. Lebsock |
| CONDON & FORSYTH LLP | HAUSFELD LLP |
| 7 Times Square | 44 Montgomery Street, Suite 3400 |
| New York, NY 10036 | San Francisco, CA 94104 |
| Telephone: 212.894.6740 | Telephone: (415) 633-1908 |
| Facsimile: 212.370.4482 | Facsimile: (415) 358-4980 |
| Email: mholland@condonlaw.com | Email: mlehmann@hausfeldllp.com |
| | clebsock@hausfeldllp.com |

| | |
|---|---|
| Roderick Margo<br>Scott Cunningham<br>CONDON & FORSYTH LLP<br>1901 Avenue of the Stars, Suite 850<br>Los Angeles, CA 90067<br>Telephone: 310.557.2030<br>Facsimile: 310.557.1299<br>Email: rmargo@condonlaw.com<br>*Counsel for Defendant Air New Zealand Limited* | Michael D. Hausfeld<br>HAUSFELD LLP<br>1700 K Street, NW, Suite 650<br>Washington, DC 20006<br>Telephone: (202) 540-7200<br>Facsimile: (202) 540-7201<br>Email: mhausfeld@hausfeldllp.com<br><br>*Interim Class Counsel for the Putative Class* |

*/s/ James Warnot*
James Warnot
Thomas McGrath
LINKLATERS LLP
1345 Avenue Of The Americas
New York, NY 10105
Telephone: 212.903.9000
Facsimile: 212.903.9100
Email: james.warnot@linklaters.com

*Counsel for Defendant Air France*

*/s/ Douglas E. Rosenthal*
Douglas E. Rosenthal
Mitchell L. Stoltz
CONSTANTINE CANNON LLP
1301 K Street, N.W., Suite 1050 East
Washington, DC 20005
Telephone: 202.204.3510
Facsimile: 202.304.3501
Email: drosenthal@constantinecannon.com

Jesse W. Markham, Jr.
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: 415.268.1958
Facsimile: 415.268.1999
Email: jesse.markham@hro.com

*Counsel for Defendant All Nippon Airways, Co., Ltd.*

3

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON DC

STIPULATION AND [PROPOSED] ORDER ON TIMING
FOR FILING OF REPLIES
Case No. 07-cv-5634-CRB

1

2 */s/ David H. Bamberger*
David H. Bamberger
3 Deana L. Cairo
DLA PIPER LLP (US)
4 500 8th Street, NW
Washington, DC 20004
5 Telephone: 202.799.4000
Facsimile: 202.799.5000
6 Email: david.bamberger@dlapiper.com

7
*Counsel for Defendant Cathay Pacific Airways*
8 *Ltd.*

9 */s/ Paul L. Yde*
Paul L. Yde
10 Richard Snyder
FRESHFIELDS BRUCKHAUS DERINGER
11 US LLP
701 Pennsylvania Ave., NW, Suite 600
12 Washington, DC 20004
13 Telephone: 202.777-4500
Facsimilie: 202.777-4555
14 Email: paul.yde@freshfields.com

15
*Counsel for Defendant Continental Airlines,*
16 *Inc.*

17 */s/ James V. Dick*
James V. Dick
18 SQUIRE, SANDERS & DEMPSEY LLP
1201 Pennsylvania Avenue, N.W.
19 Washington, DC 20004.2401
20 Telephone: 202.626.6714
Facsimile: 202.626.6780
21 Email: jdick@ssd.com

22 *Counsel for Defendant China Airlines, Ltd.*

23 */s/ Christopher T. Casamassima*
24 Christopher T. Casamassima
KIRKLAND & ELLIS LLP
25 333 South Hope Street
Los Angeles, CA 90071
26 Telephone: 213.680.8353
27 Facsimile: 213.680.8500
Email: ccasamassima@kirkland.com
28

4

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON DC

STIPULATION AND [PROPOSED] ORDER ON TIMING
FOR FILING OF REPLIES
Case No. 07-cv-5634-CRB

James H. Mutchnik, P.C.
KIRKLAND & ELLIS LLP
300 North La Salle Street
Chicago, IL 60654
Telephone: 312.862.2000
Facsimile: 312.862.2200
Email: james.mutchnik@kirkland.com

*Counsel for Defendant EVA Airways Corp.*

*/s/ Gary A. MacDonald*
Gary A. MacDonald
John M. Nannes
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, D.C. 20005
Telephone: 202.371.7000
Facsimile: 202.393.5760
Email: gary.macdonald@skadden.com

*Counsel for Defendant KLM Royal Dutch Airlines*

*/s/ David A. Senior*
David A. Senior
Matthew L. Weston
MCBREEN & SENIOR
2029 Century Park East
Third Floor
Los Angeles, CA 90067
Telephone: 310.552.5300
Facsimile: 310.552.1205
Email: dsenior@mcbreensenior.com

*Counsel for Defendant Malaysia Airways System Berhad*

*/s/ Anita Stork*
Anita Stork
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone: 415.591.7050
Facsimile: 415.591.6091
Email: astork@cov.com

5

STIPULATION AND [PROPOSED] ORDER ON TIMING
FOR FILING OF REPLIES
Case No. 07-cv-5634-CRB

*Counsel for Defendant Philippine Airlines*
/s/ W. Todd Miller
W. Todd Miller
Kimberly N. Shaw
BAKER & MILLER PLLC
2401 Pennsylvania Ave., NW #300
Washington, DC 20037
Telephone: 202.663.7820
Facsimile: 202.663.7849
Email: tmiller@bakerandmiller.com

*Counsel for Defendant Qantas Airways Limited*

/s/ George D. Ruttinger
George D. Ruttinger
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.624.2670
Facsimile: 202.628.5116
Email: gruttinger@crowell.com

*Counsel for Defendant SAS AB*

/s/ Rowan D. Wilson
Rowan D. Wilson
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: 212.474.1714
Facsimile: 212.474.3700
Email: rwilson@cravath.com

*Counsel for Defendant Thai Airways International Public Company Limited*

/s/ Robert Hawk
Robert Hawk
HOGAN LOVELLS US LLP
525 University Avenue, 4th Floor
Palo Alto, CA 94301
Telephone: 650.463.4008
Facsimile: 650.463.4199
Email: robert.hawk@hoganlovells.com

6

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON DC

STIPULATION AND [PROPOSED] ORDER ON TIMING
FOR FILING OF REPLIES
Case No. 07-cv-5634-CRB

Megan Dixon
HOGAN LOVELLS US LLP
4 Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: 415.374.2300
Facsimile: 415.374.2499
Email: megan.dixon@hoganlovells.com

*Counsel for Defendant Vietnam Airlines Company Limited*

**ORDER (Civ. L.R. 7-12)**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  September 2  , 2011    _____
JUDGE CHARLES R. BREYER
UNITED STATES DISTRICT COURT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON DC

8

STIPULATION AND [PROPOSED] ORDER ON TIMING
FOR FILING OF REPLIES
Case No. 07-cv-5634-CRB