IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS<br>_____ / | No. C 07-05634 CRB<br><br>**ORDER GRANTING MOTION OF SINGAPORE AIRLINES AND DENYING MOTIONS OF MALAYSIAN AIRLINES, THE EUROPEAN CARRIERS, AND CONTINENTAL AIRLINES** |

For the reasons stated from the bench at the motion hearing on Friday, September 30, 2011, the Court hereby (A) GRANTS the Motion to Dismiss filed by Singapore Airlines (dkt. 516), (B) DENIES the Motion to Dismiss filed by Malaysian Airlines (dkt. 518), (C) DENIES the Motion to Dismiss filed by the European Carriers (dkt. 519), and (D) DENIES the Motion to Dismiss filed by Continental Airlines (dkt. 520).

**IT IS SO ORDERED.**

Dated: October 4, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\5634\Order re 9-30-11 MTDs.wpd