1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11   In re                                 No. C-07-05634 CRB (DMR)
12   TRANSPACIFIC PASSENGER AIR            **ORDER RE PLAINTIFFS' MOTION TO**
     TRANSPORTATION ANTITRUST              **COMPEL**
13   LITIGATION,
14
15   _____/
16
17   TO ALL PARTIES AND COUNSEL OF RECORD:
18          The court will conduct a hearing on Plaintiffs' Motion to Compel Defendants All Nippon
19   Airways Co., Ltd. and China Airlines, Ltd. to Provide Discovery [Docket No. 527] ("Motion to
20   Compel") on **October 27, 2011 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland,
21   California 94612. Those persons most familiar with the disputes that are the subject of the Motion
22   to Compel, as well as those persons with authority to resolve the disputes, must be present for the
23   hearing. At the conclusion of the hearing, those persons, along with all other counsel whose
24   presence is necessary to conduct a meaningful meet and confer process, shall be prepared to meet
25   and confer in the courthouse (at a location to be determined by the court) on the discovery disputes
26   that are the subjects of the Motion to Compel. Counsel shall be prepared to devote the entire day, if
27   necessary, to resolving the disputes.
28

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1          **By no later than October 25, 2011**, Defendants All Nippon Airways Co., Ltd. and China

2   Airlines, Ltd. shall e-file a submission that specifically identifies each and every "blocking" statute

3   Defendants are potentially asserting as objections to the discovery requests at issue in the Motion to

4   Compel, and shall submit copies of all such statutes.  For each blocking statute identified,

5   Defendants shall **identify with adequate specificity** the types of documents and information

6   Defendants believe are protected against production due to the individual blocking statute, so that

7   the parties may be prepared to have a detailed, meaningful discussion about blocking statutes as part

8   of the meet and confer session.

9

10         IT IS SO ORDERED.

11

12  Dated: October 20, 2011

13  _____

14  DONNA M. RYU
    United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28