Michael P. Lehmann (77152; mlehmann@hausfeldllp.com)
Christopher L. Lebsock (184546; clebsock@hausfeldllp.com)
Jon T. King (205073; jking@hausfeldllp.com)
**HAUSFELD LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:  (415) 633-1908
Facsimile:  (415) 358-4980

Michael D. Hausfeld (mhausfeld@hausfeldllp.com)
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone:  (202) 540-7200
Facsimile:    (202) 540-7201

Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
Nanci E. Nishimura (152621; nnishimura@cpmlegal.com)
Steven N. Williams (175489; swilliams@cpmlegal.com)
Aron K. Liang (228936; aliang@cpmlegal.com)
Matthew K. Edling (250940; medling@cpmlegal.com)
**COTCHETT, PITRE & MCCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  (650) 697-6000
Facsimile:    (650) 697-0577

*Interim Class Counsel For The Putative Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | No. 07-CV-5634-CRB |
| | MDL 1913 |
| | CLASS ACTION |
| **This Document Relates to:** | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF SAS AB** |
| **ALL ACTIONS** | |

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Case No. 07-cv-06394-CRB

Pursuant to F.R.C.P. 41(a)(1)(A), Plaintiffs hereby voluntarily dismiss, without prejudice, Defendants SAS AB from the First Amended Consolidated Amended Class Action Complaint filed on July 14, 2011.  The parties shall bear their own attorneys fees and costs.

Dated: November 15, 2011  Respectfully submitted,

By:  */s/ Christopher L. Lebsock*
Michael P. Lehmann (77152; mlehmann@hausfeldllp.com)
Christopher L. Lebsock (184546; clebsock@hausfeldllp.com)
Jon T. King (205073; jking@hausfeldllp.com)
**HAUSFELD LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:  (415) 633-1908
Facsimile:  (415) 358-4980

Michael D. Hausfeld (mhausfeld@hausfeldllp.com)
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone:  (202) 540-7200
Facsimile:   (202) 540-7201

Dated:  November 15, 2011  Respectfully submitted,

By:   */s/ Steven N. Williams*
Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
Nanci E. Nishimura (152621; nnishimura@cpmlegal.com)
Steven N. Williams (175489; swilliams@cpmlegal.com)
Aron K. Liang (228936; aliang@cpmlegal.com)
Matthew K. Edling (250940; medling@cpmlegal.com)
**COTCHETT, PITRE & MCCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577