UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION, <br>_____/ | No. C-07-05634 CRB (DMR)<br><br>**ORDER RE JOINT LETTER BRIEFS RE DISCOVERY DISPUTE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

On November 30, Plaintiffs and Defendant All Nippon Airways Company, Ltd. ("ANA") filed a joint letter brief regarding their discovery dispute. [Docket No. 601.] On December 1, 2011, the non-ANA defendants filed a letter regarding their intention to file a joint letter brief with Plaintiffs regarding the same discovery dispute and requested that the court defer ruling on the issues raised in the first letter until the non-ANA defendants and Plaintiffs have an opportunity to be heard on the issue. [Docket No. 604.] No such joint letter has been submitted by the non-ANA defendants and Plaintiffs. Therefore, by **December 14, 2011**, the parties shall submit a brief joint letter updating the court on the status of the parties' meet and confer efforts regarding these disputes and setting forth a proposal regarding the deadline for submitting additional joint letter briefing.

IT IS SO ORDERED.

Dated: December 12, 2011

DONNA M. RYU
United States Magistrate Judge