UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION,<br>_____/ | No. C-07-05634 CRB (DMR)<br><br>**NOTICE AND ORDER SETTING HEARING ON JOINT DISCOVERY LETTERS** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the parties' joint letters regarding their discovery dispute. [Docket Nos. 601, 610.] You are hereby notified that a hearing regarding the dispute is set for **January 12, 2012 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link on left side, click link to Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

IT IS SO ORDERED.

Dated: January 3, 2012

DONNA M. RYU
United States Magistrate Judge