United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION,

_____/

No. C-07-05634 CRB (DMR)

**ORDER RE PARTIES' SUBMISSIONS RE PROTOCOL FOR REVIEW AND SELECTION PROCEDURE FOR *AIR CARGO* DOCUMENTS**

Plaintiffs moved to compel the production of materials ANA previously produced in parallel litigation, *In re Air Cargo Shipping Services Antitrust Litigation ("Air Cargo")*, Case No. 06-1775-JGG, pending in the Eastern District of New York ("the *Air Cargo* materials"). On January 12, 2012, the court conducted a hearing, and on January 18, 2012, the court entered a written order summarizing the rulings made by the court on the record during the hearing. [Docket No. 621.] The court directed the parties to meet and confer on a review and selection procedure modeled on the stipulated procedure in the action *In re Cathode Ray Tube Antitrust Litigation*, Case No. 07-5944-SC (Docket No. 952). The parties met and conferred but were unable to reach agreement, and on January 26, 2012, the parties submitted a joint letter regarding their respective proposals for the review and selection procedure of the documents for use in this case. [Docket No. 624.]

Having considered the submissions of the parties, the court orders the following: the attached proposed order regarding the designation and production of *Air Cargo* documents is the court's

tentative ruling on the parties' present dispute. If the parties object to any of the provisions, the parties shall submit a joint letter not to exceed three pages by **no later than February 13, 2012** outlining the objections. If the court does not receive a joint letter by February 13, 2012, the tentative ruling shall become the court's order.

IT IS SO ORDERED.

Dated: February 6, 2012



_____
DONNA M. RYU
United States Magistrate Judge