**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | No. C-07-05634 CRB (DMR) |
| TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION, | **ORDER RE PROTOCOL FOR REVIEW AND SELECTION PROCEDURE FOR *AIR CARGO* DOCUMENTS** |

_____/

The court is in receipt of the parties' joint letter regarding the court's February 6, 2012 tentative ruling and proposed order regarding the production of materials ANA previously produced in parallel litigation, *In re Air Cargo Shipping Services Antitrust Litigation ("Air Cargo")*, Case No. 06-1775-JGG, pending in the Eastern District of New York. [Docket No. 629.] Having considered the parties' joint letter, the court issues herewith its Order Re Production of Air Cargo Documents. Changes to the court's previous proposed order are on page 2 at lines 24, 27, and 28.

IT IS SO ORDERED.

Dated: February 14, 2012

_____
DONNA M. RYU
United States Magistrate Judge