UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | No. C-07-05634 CRB  (DMR) |
| TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION, _____/ | **ORDER REQUIRING JOINT LETTER TO BE FILED AS MOTION** |

The court is in receipt of the parties' joint letter addressing their discovery dispute, filed on May 17, 2012.  Doc. no. 640.  Because the joint letter is not properly categorized on the docket as a motion, the parties are hereby ordered to refile the joint letter on the court's ECF system under the Civil Events category of Motions and Related Filings > Motions - General > "Discovery Letter Brief," within three days of the date of this order.

IT IS SO ORDERED.

Dated: May 18, 2012

DONNA M. RYU
United States Magistrate Judge