UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION,

_____/

No. C-07-05634 CRB (DMR)

**ORDER REQUIRING SUPPORTING DOCUMENTATION AND SETTING HEARING**

The court hereby orders the parties to file the following documentation in support of the joint letter addressing Plaintiffs' motion to compel production of documents and information located in the Philippines:

Defendant Philippine Airlines, Inc. shall file a copy of (1) the Philippine Blocking Statute, (2) the Philippines DOJ letter, and (3) Executive Order No. 853.

Plaintiffs shall file a document setting forth only those discovery requests and responses that are at issue in this dispute.

The supporting documentation must be filed by no later than May 29, 2012. A hearing on the matter is hereby set for July 12, 2012 at 11:00 a.m. in Courtroom 4 of the Oakland courthouse.

IT IS SO ORDERED.

Dated: May 22, 2012

DONNA M. RYU
United States Magistrate Judge