| | |
|---|---|
| 1 | ANITA F. STORK (SBN 142265) |
| | CORTLIN H. LANNIN (SBN 266488) |
| 2 | One Front Street, 35th Floor |
| | San Francisco, CA 94111 |
| 3 | Telephone: (415) 591-6000 |
| | Facsimile: (415) 591-6091 |
| 4 | astork@cov.com |
| 5 | MICHAEL J. FANELLI (admitted *pro hac vice*) |
| | COVINGTON & BURLING LLP |
| 6 | 1201 Pennsylvania Avenue, NW |
| | Washington, DC 20004-2401 |
| 7 | Telephone: (202) 662-6000 |
| | Facsimile: (202) 662-6291 |
| 8 | mfanelli@cov.com |
| 9 | Attorneys for Defendant |
| 10 | PHILIPPINE AIRLINES, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Civil Case No.: 3:07-cv-05634-CRB (DMR) <br><br> MDL No. 1913 |
| This Document Relates To: <br><br> All Actions | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE** AS MODIFIED <br><br> Date: July 12, 2012 <br> Time: 11:00 a.m. <br> Ctrm: Courtroom 4, 3rd Floor <br> Judge: The Honorable Donna M. Ryu |

1   Pursuant to Civil Local Rules 6-1(b) and 6-2 of the United States District Court
2   for the Northern District of California, Plaintiffs and Defendant Philippine Airlines, Inc.
3   ("PAL"), by and through their respective counsel of record, hereby stipulate as follows:
4   WHEREAS, by this Court's Order of May 22, 2012, Dkt. No. 643, a hearing
5   regarding Plaintiffs' motion to compel the production of documents and information located in
6   the Philippines has been set for July 12, 2012 at 11:00 a.m. in Courtroom 4 of the Oakland
7   courthouse, before the Honorable Donna M. Ryu;
8   WHEREAS Anita F. Stork, lead lawyer for Defendant PAL, was unavailable on
9   the scheduled hearing date for the reasons set forth in the accompanying declaration;
10  WHEREAS Michael J. Fanelli, the other senior lawyer representing PAL in this
11  matter, is based in Washington, DC, and likewise was unavailable on the scheduled hearing date
12  for the reasons set forth in the accompanying declaration;
13  THEREFORE Plaintiffs and Defendant PAL hereby stipulate, with the Court's
14  agreement, to reschedule the hearing regarding Plaintiffs' motion to compel to August 8, 2012.

DATED: June 21, 2012                Respectfully submitted:

                                    By:     */s/ Anita F. Stork*
                                            Anita F. Stork
                                            Cortlin H. Lannin
                                            Michael J. Fanelli
                                            COVINGTON & BURLING LLP

                                            Attorneys for Defendant Philippine
                                            Airlines, Inc.

DATED: June 21, 2012                Respectfully submitted:

                                    By:     */s/ Steven N. Williams*
                                            Joseph W. Cotchett
                                            Steven N. Williams
                                            COTCHETT, PITRE & McCARTHY

                                            Co-Lead Counsel for Plaintiffs

- 1 -

Joint Stipulation and [Proposed] Order to Continue Hearing Date        Case No. 3:07-CV-05634- CRB

DATED: June 21, 2012 Respectfully submitted:

By:    */s/ Christopher Lebsock*
        Michael D. Hausfeld
        Michael P. Lehmann
        Christopher Lebsock
        HAUSFELD, LLP

        Co-Lead Counsel for Plaintiffs

ORDER

The hearing on Plaintiffs' motion to compel is hereby continued to August 9, 2012, at 11:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.**

Dated: June 22, 2012

*IT IS SO ORDERED AS MODIFIED*

_____
The Honorable Donna M. Ryu
United States Magistrate Judge

- 2 -

Joint Stipulation and [Proposed] Order to Continue Hearing Date     Case No. 3:07-CV-05634- CRB

**ATTESTATION OF FILING**

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I hereby attest that concurrence in the filing of this document has been properly obtained.

DATED: June 21, 2012

Respectfully submitted,

By:   */s/ Anita F. Stork*
      Anita F. Stork
      COVINGTON & BURLING LLP

      Attorneys for Defendant Philippine Airlines, Inc.