**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD WORTMAN,   No. C 07-05634 DMR

    Plaintiff(s),   **ORDER EXTENDING DEADLINE TO SUBMIT JOINT DISCOVERY LETTER**

    v.

AIR NEW ZEALAND,

    Defendant(s).
_____/

The court is in receipt of the joint letter submitted by Plaintiffs and Philippines Airlines, Inc. [Docket No. 656.] The request is granted. Plaintiffs and Philippines Airlines, Inc. are granted an extension to August 28, 2012 to submit a further joint discovery letter brief.

IT IS SO ORDERED.

Dated: August 24, 2012

_____
DONNA M. RYU
United States Magistrate Judge