Michael P. Lehmann (77152; mlehmann@hausfeldllp.com)
Christopher L. Lebsock (184546; clebsock@hausfeldllp.com)
**HAUSFELD LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980

Michael D. Hausfeld (mhausfeld@hausfeldllp.com)
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
Steven N. Williams (175489; swilliams@cpmlegal.com)
Adam J. Zapala (245748; azapala@cpmlegal.com
Gene W. Kim (279549; gkim@cpmlegal.com)
**COTCHETT, PITRE & MCCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

***Interim Class Counsel For The Putative Class***

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | Civil Case No.: 3:07-cv-05634-CRB |
| | MDL No. 1913 |
| **This Document Relates to:** | **STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT** KONINKLIJKE LUCHTVAART MAATSCHAPPIJ N.V. |
| **All Actions** | Hon. Charles R. Breyer |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs hereby request, and it is hereby stipulated by and between Plaintiffs and Defendant Koninklijke Luchtvaart Maatschappij N.V. ("KLM") through their designated counsel of record, that KLM be dismissed, without prejudice, as a party defendant in the above-captioned action. The parties shall bear their own attorneys' fees and costs.

Dated: November 16, 2012

Respectfully submitted,

By: *\/s/ Christopher L. Lebsock*

Michael P. Lehmann
Christopher L. Lebsock
**HAUSFELD LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980

Michael D. Hausfeld
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

Dated: November 16, 2012

Respectfully submitted,

By: */s/ Steven N. Williams*

Joseph W. Cotchett
Steven N. Williams
Adam J. Zapala
Gene W. Kim
**COTCHETT, PITRE & MCCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Interim Class Counsel For The Putative Class*

*[continued]*

Dated: November 16, 2012

Respectfully submitted,

By: */s/ Gary A. MacDonald*

Gary A. MacDonald
John M. Nannes
Anjali B. Patel
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760

*Counsel for Defendant Koninklijke Luchtvaart Maatschappij N.V.*

**GENERAL ORDER 45 ATTESTATION**

I, Steven N. Williams, hereby attest, pursuant to Northern District of California, Order No. 45, that concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Steven N. Williams*
Steven N. Williams

**ORDER**

IT IS SO ORDERED.

DATED: ________________

______________________________
HONORABLE CHARLES R. BREYER
U.S. DISTRICT COURT JUDGE