UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION,

_____/

No. C-07-05634 CRB (DMR)

**ORDER RE DECEMBER 14, 2012 JOINT DISCOVERY LETTER**

The court is in receipt of the parties' December 14, 2012 joint letter on discovery disputes. [Docket No. 668.] The parties are hereby ordered to meet and confer *collectively* regarding Plaintiffs' proposed interim production deadlines. If, following their meet and confer, the parties are unable to agree upon a schedule for interim production deadlines, the parties shall file a joint letter setting forth their separate proposals and justifications for each. Any joint letter shall be filed no later than January 11, 2013.

IT IS SO ORDERED.

Dated: December 27, 2012

DONNA M. RYU
United States Magistrate Judge