Joseph W. Cotchett (36324)
Steven N. Williams (175489)
Adam J. Zapala (245748)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile:   650-697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com

Michael D. Hausfeld
**HAUSFELD LLP**
1700 k Street, N.W., Suite 650
Washington, D.C. 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeldllp.com

Michael P. Lehmann (77152)
Christopher L. Lebsock (184546)
**HAUSFELD LLP**
44 Montgomery Street, Suite 3400
San Francisco CA  94104
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeldllp.com
clebsock@hausfeldllp.com

*Interim Co-Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>**All Actions** | Civil Case No. 3:07-cv-05634-CRB-DMR<br><br>MDL No. 1913<br><br>**STIPULATION AND [PROPOSED] ORDER RE DEPOSITION LIMITS**<br><br>Judge: Hon. Donna M. Ryu<br>Date:   February 14, 2013<br>Time:  11:00 a.m. |

WHEREAS, the parties have met and conferred concerning limits on the number of depositions to be taken in this case and have agreed as follows:

1. Plaintiffs and Defendants may take a total of 90 depositions per side.

2. No more than 10 (including 30(b)(6)) depositions may be conducted by one side of deponents related to a single party on the opposing side, except that this limitation shall not apply to any party which has pled guilty to violating the Sherman Act in relation to the provision of Transpacific passenger air transportation or to former employees of a single party who are not represented by counsel for the party.  The limit on depositions related to a single party which has pled guilty to violating the Sherman Act in relation to the provision of Transpacific passenger air transportation shall be 15.

3. Rule 30(a)(2)(A)(ii) and the seven hour presumptive limit of Rule 30(d)(1) shall apply to all depositions, except that depositions for which interpreters are used shall have a nine hour presumptive limit.

4. The foregoing limitation of 90 depositions per side shall not include any depositions of expert witnesses.

5. Any limitations set forth above may be modified by agreement of the parties or upon a showing of good cause to the Court after appropriate efforts to resolve disputes between the parties have been made.

Dated:  February 13, 2013                    Respectfully submitted,

By: _____*/s/ Steven N. Williams*_____
**COTCHETT, PITRE & McCARTHY, LLP**
Joeseph W. Cotchett
Steven N. Williams
Adam J. Zapala

*Interim Co-Lead Counsel for Plaintiffs*

STIPULATION AND PROPOSED ORDER RE INTERIM DISCOVERY DEADLINES
CASE NO. 3:07-cv-05634 CRB-DMR                                                                                          1

|     |     |
| --- | --- |
| 1   | By: _/s/ Michael P. Lehmann_ |
|     | **HAUSFELD, LLP** |
| 2   | Michael D. Hausfeld |
|     | Michael P. Lehmann |
| 3   | Christopher Lebsock |
| 4   | _Interim Co-Lead Counsel for Plaintiffs_ |

By: _/s/ Michael J. Holland_
**CONDON & FORSYTH LLP**
Michael J. Holland

_Counsel for Defendant Air New Zealand_

By: _/s/ Jesse W. Markham_
**JESSE W. MARKHAM, JR.**

_Counsel for Defendant All Nippon Airways Co., Ltd._

By: _/s/ Ankur Kapoor_
**CONSTANTINE CANNON LLP**
Douglas E. Rosenthal
Ankur Kapoor
Gary J. Malone
Alysia Solow

_Counsel for Defendant All Nippon Airways Co., Ltd._

By: _/s/ David H. Bamberger_
**DLA PIPER LLP**
David H. Bamberger
Deana L. Cairo

_Counsel for Defendant Cathay Pacific Airways_

By: _/s/ James V. Dick_
**SQUIRE SANDERS (US) LLP**
James V. Dick

_Counsel for Defendant China Airlines_

By: _/s/ Richard S. Snyder_
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Richard S. Snyder (pro hac vice)

_Counsel for Defendant Continental Airlines, Inc._

STIPULATION AND PROPOSED ORDER RE INTERIM DISCOVERY DEADLINES
CASE NO. 3:07-cv-05634 CRB-DMR      2

By: _____/s/ Tammy Tsoumas_____
**KIRKLAND & ELLIS LLP**
Tammy Tsoumas

*Counsel for Defendant EVA Airways*

By: _____/s/ Shahzeb Lari_____
**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
Bernard A. Nigro
Shahzeb Lari

*Counsel for Defendant Malaysia Airline System Berhad*

By: _____/s/ W. Todd Miller_____
**BAKER & MILLER PLLC**
W. Todd Miller (pro hac vice)
Kimberly N. Shaw (pro hac vice)

*Counsel for Defendant Qantas Airways Limited*

By: _____/s/ William R. Sherman_____
**LATHAM & WATKINS LLP**
William R. Sherman
Ashley M. Bauer

*Counsel for Defendant Singapore Airlines Limited*

By: _____/s/ Anita Stork_____
**COVINGTON & BURLING LLP**
Anita Stork

*Cousnel for Defendant Philippine Airlines*

By: _____/s/ Rowan D. Wilson_____
**CRAVATH, SWAINE & MOORE LLP**
Rowan D. Wilson
Kavita Ramakrishnan

*Counsel for Defendant Thai Airways International Public Co., Ltd.*

By: _____/s/ Robert B. Hawk_____
**HOGAN LOVELL US LLP**
Robert B. Hawk

*Counsel for Defendant Vietnam Air Lines*

### ATTESTATION OF FILING

I, Steven N. Williams, hereby attest, pursuant to Northern District of California, Local Rule 5-1(i)(3), that concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Steven N. Williams*
Steven N. Williams

**SO ORDERED**.

Dated: February 14, 2013

_____
Donna M. Ryu
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED