1  Michael J. Holland, Esq.
   Jean C. Rose, Esq.
2  CONDON & FORSYTH LLP
   7 Times Square
3  New York, New York  10036
   Tel:  (212) 490-9100
4  Fax:  (212) 370-4482
   mholland@condonlaw.com
5  jrose@condonlaw.com

6  Scott D. Cunningham, Esq.
   CONDON & FORSYTH LLP
7  1901 Avenue of the Stars, Suite 850
   Los Angeles, California 90067
8  Tel: (310) 557-2030
   Fax: (310) 557-1299
9  scunningham@condonlaw.com

10

11 Counsel for Defendant Air New Zealand

12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16 _____
                                   )
17 **IN RE TRANSPACIFIC PASSENGER**        **No. 07-CV-5634-CRB**
   **AIR TRANSPORTATION**                 )
18 **ANTITRUST LITIGATION**               )  **MDL No. 1913**
                                   )
19                                 )  **STIPULATION**
                                   )
20 _____  )
                                   )
21 **This Document Relates to:**            )
                                   )
22                                 )
   **ALL ACTIONS**                        )
23 _____  )

24        IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the plaintiffs

25 and defendant Air New Zealand Ltd., that, pursuant to 28 U.S.C. 1330(a), Air New Zealand Ltd.

26 is entitled to a non-jury trial of the claims asserted against it in Plaintiffs' First Amended

27 Consolidated Class Action Complaint.

28

1       Dated:  February 27, 2013

CONDON & FORSYTH LLP

2

*Michael J. Holland*

3   SPECTOR ROSEMAN KODROFF &
    WILLIS, P.C.

Michael J. Holland
CONDON & FORSYTH LLP
7 Times Square
New York, New York 10036
(212) 490-9100
mholland@condonlaw.com

4

5   /s/ Jay S. Cohen
      Jay S. Cohen
    1818 Market Street, Suite 2500

6   Philadelphia, PA   19103
    (215) 496-0300

7   jcohen@srkw-law.com

- and -

Scott D. Cunningham
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067
(310) 557-2030

8

9   COTCHETT, PITRE & McCARTHY, LLP

scunningham@condonlaw.com

10

*Attorneys for Defendant*
*Air New Zealand Ltd.*

11   /s/ Steven N. Williams
      Steven N. Williams
    840 Malcolm Road, Suite 200

12   Burlingame, CA  94010
    (650) 697-6000

13   swilliams@cpmlegal.com

14

15   HAUSFELD LLP

16   /s/ Christopher L. Lebsock
      Christopher L. Lebsock

17   44 Montgomery Street, Suite 3400
    San Francisco, CA  94104

18   (415) 633-1908
    clebsock@hausfeldllp.com

19

20   Attorneys for Plaintiffs

21

22   SO ORDERED:

23

24

_____

25       U.S.D.J.

26

27

28

Stipulation

- 2 -

CASE NO. 07-CV-5634-CRB