United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION,

_____/

No. C-07-05634 CRB (DMR)

**ORDER TO FILE STATUS REPORT REGARDING DISCOVERY DISPUTE [Docket No. 700]**

Plaintiffs and Defendant Vietnam Airlines ("VN") filed a joint letter on March 15, 2013 setting forth a discovery dispute regarding Plaintiffs' responses to two requests for admission ("RFAs") served by VN. [Docket No. 700 (Joint Letter).] In the letter, the parties indicated that Plaintiffs had agreed to supplement their responses to the RFAs, with a further response date of April 15, 2013. (Joint Letter 2, 4.)

The court hereby orders the parties to update the court regarding the status of this discovery dispute in advance of the May 2, 2013 hearing on this matter. By no later than April 30, 2013, the parties shall submit a joint letter that does not exceed two pages regarding whether any dispute remains following the service of Plaintiffs' supplemental responses. If a dispute remains, and the

1  parties have not yet met and conferred, the parties shall immediately meet and confer, and shall
2  update the court regarding the status of their meet and confer in the April 30 submission.

4        IT IS SO ORDERED.

6  Dated: April 23, 2013



DONNA M. RYU
United States Magistrate Judge