UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION, <br><br>_____ / | No. C-07-05634 CRB (DMR)<br><br>**ORDER TO FILE SUPPLEMENTAL BRIEF REGARDING DISCOVERY DISPUTE [Docket No. 701]** |

    The court has reviewed Plaintiffs and Defendant Vietnam Airlines's ("VN") March 15, 2013 joint letter setting forth their disputes regarding Plaintiffs' requests for production to VN. [Docket No. 701 (Joint Letter).] A hearing on this matter is set for May 2, 2013 at 11:00 a.m. Lead counsel for the parties are hereby ordered to appear at the hearing on May 2, 2013. Following the hearing, lead counsel shall meet and confer in the courthouse regarding their discovery disputes, and shall be prepared to devote the entire day, if necessary, to resolving the disputes.

    In addition, in the letter, VN represents that Vietnamese law limits the scope of discovery against VN, and briefly sets forth three categories of Vietnamese laws that it asserts "limit the obligation and ability of VN to comply with Plaintiffs' discovery requests." (Joint Letter 8-9.) However, VN did not set forth descriptions or categories of documents that it believes are protected

against production. Accordingly, by no later than April 30, 2013, VN shall file a submission in which it provides a detailed explanation of how the laws limit the scope of discovery with respect to VN. Specifically, VN shall identify each and every Vietnamese law that it contends limits its obligation and ability to comply with Plaintiffs' discovery, and shall submit English translations of all such laws. For each law identified, VN shall **identify with adequate specificity** the types of documents and information VN believes are protected against production due to the individual law, so that the parties may be prepared to have a detailed, meaningful discussion about this issue as part of their meet and confer session following the hearing. The court refers VN to the August 14, 2012 Order Re Parties' Joint Discovery Letter containing the court's prior ruling on a dispute between Plaintiffs and Defendant Philippine Airlines, Inc. regarding the application of a foreign blocking statute to discovery in this matter. [*See* Docket No. 655.]

IT IS SO ORDERED.

Dated: April 24, 2013

DONNA M. RYU
United States Magistrate Judge

2