| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | ) Civil Case No. 3:07-cv-05634-CRB-DMR<br>)<br>) MDL No. 1913<br>) |
| This Document Relates to:<br><br>All Actions | ) **JOINT STATUS REPORT TO THE COURT**<br>) **RE PENDING DISCOVERY DISPUTES**<br>) **WITH VIETNAM AIRLINES**<br>)<br>) |

Pursuant to this Court's order of May 23, 2013 (Dkt. No. 710), Plaintiffs and Vietnam Airlines Company Limited no longer have any remaining discovery disputes, and request accordingly that this Court vacate the currently scheduled July 11, 2013 hearing.

Dated: July 3, 2013 

Respectfully submitted,

By:  /s/ Steven N. Williams
Joseph W. Cotchett
Steven N. Williams
Adam J. Zapala
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

Michael P. Lehmann
Christopher L. Lebsock
**HAUSFELD LLP**
44 Montgomery Street, Suite 3400
San Francisco CA  94104
Tel: (415) 633-1908
Fax: (415) 358-4980

*Interim Co-Lead Counsel for Plaintiffs*

 /s/ Robert Hawk
Robert Hawk
**HOGAN LOVELLS US LLP**
525 University Avenue, 4th Floor
Palo Alto, California 94301
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
robert.hawk@hoganlovells.com

*Counsel for Defendant Vietnam Airlines Company Limited*

**GENERAL ORDER 45 ATTESTATION**

I, Steven N. Williams, hereby attest, pursuant to Northern District of California, Local Rule 5-1(i)(3), that concurrence to the filing of this document has been obtained from each signatory hereto.

                                       */s/ Steven N. Williams*
                                       Steven N. Williams

**SO ORDERED**.

Dated: _____

                                                 Donna M. Ryu
                                    UNITED STATES MAGISTRATE JUDGE