1
2
3
4
5
6
7

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | No. C-07-05634 CRB (DMR) |
| TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION, | **ORDER VACATING JULY 11, 2013 DISCOVERY HEARING** |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has received Plaintiffs and Vietnam Airlines Company Limited's joint status report regarding their discovery disputes. [Docket No. 711.] In light of the status report, the July 11, 2013 discovery hearing on the March 15, 2013 joint discovery letters [docket nos. 699, 700, 701] is VACATED. The joint discovery letters are denied as moot.

IT IS SO ORDERED.

Dated: July 3, 2013



DONNA M. RYU
United States Magistrate Judge