Paul L. Yde
Richard Snyder
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Ave., NW, Suite 600
Washington, DC 20004
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
Email: paul.yde@freshfields.com
richard.snyder@freshfields.com

Admitted *Pro hac vice*

Patrick D. Robbins (State Bar No. 152288)
Mikael A. Abye (State Bar No. 233458)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: probbins@shearman.com
mabye@shearman.com

*Counsel for Defendant Continental Airlines, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | No. 07-CV-5634-CRB <br> MDL 1913 <br> <u>CLASS ACTION</u> |
| **This Document Relates to:** <br><br> **ALL ACTIONS** | **STIPULATION RE VOLUNTARY DISMISSAL OF CONTINENTAL AIRLINES, INC.** |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), the parties, by and through their counsel, stipulate to the voluntary dismissal of Defendant Continental Airlines, Inc., without prejudice, from the above-captioned action including all matters consolidated in the MDL referenced above. The parties shall bear their own attorneys fees and costs.

**SO STIPULATED:**

DATED: July 12, 2013     **HAUSFELD, LLP**
Michael D. Hausfeld
Michael P. Lehmann
Christopher Lebsock


By: */s/ Christopher L. Lebsock*
Christopher L. Lebsock
*Interim Co-Lead Counsel for Plaintiffs*

DATED: July 12, 2013     **COTCHETT, PITRE & McCARTHY**
Joseph W. Cotchett
Steven N. Williams


By: */s/ Steven N. Williams*
Steven N. Williams
*Interim Co-Lead Counsel for Plaintiffs*

DATED: July 12, 2013     **FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Paul L. Yde
Rich Snyder


By: */s/ Paul L. Yde*
Paul L. Yde
*Counsel for Defendant Continental Airlines, Inc.*

DATED: July 12, 2013     **BAKER & MILLER PLLC**
W. Todd Miller
Kimberly N. Shaw


By: */s/ Kimberly N. Shaw*

              Kimberly N. Shaw
              *Counsel for Defendant Qantas Airways Limited*

DATED: July 12, 2013    **CONDON & FORSYTH LLP**
              Michael J. Holland


              By: */s/ Michael J. Holland*
                 Michael J. Holland
              *Counsel for Defendant Air New Zealand Ltd.*

DATED: July 12, 2013    **CONSTANTINE CANNON LLP**
              Ankur Kapoor


              By: */s/ Ankur Kapoor*
                 Ankur Kapoor
              *Counsel for Defendant All Nippon Airways Co., Ltd.*

DATED: July 12, 2013    **JESSE W. MARKHAM, JR.**
              Jesse W. Markham, Jr.


              By: */s/ Jesse W. Markham, Jr.*
                 Jesse W. Markham, Jr.
              *Counsel for Defendant All Nippon Airways Co., Ltd.*

DATED: July 12, 2013    **COVINGTON & BURLING LLP**
              Anita F. Stork


              By: */s/ Anita Stork*
                 Anita Stork
              *Counsel for Defendant Philippine Airlines, Inc.*

DATED: July 12, 2013    **CRAVATH, SWAINE & MOORE LLP**
              Kavita Ramakrishnan


              By: */s/ Kavita Ramakrishnan*
                 Kavita Ramakrishnan
              *Counsel for Defendant Thai Airways International*
              *Public Co., Ltd.*

DATED: July 12, 2013    **DLA PIPER US LLP**
              David H. Bamberger


              By: */s/ David H. Bamberger*

STIPULATION RE PLAINTIFFS' VOLUNTARY DISMISSAL
OF CONTINENTAL AIRLINES, INC.              CASE NO. 07-CV-5634-CRB

|   |   |
|---|---|
|   | David H. Bamberger<br>*Counsel for Defendant Cathay Pacific Airways Ltd.* |
| DATED: July 12, 2013 | **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**<br>Bernard A. Nigro<br>Shahzeb Lari<br><br>By:  */s/ Shahzeb Lari*<br>    Shahzeb Lari<br>*Counsel for Defendant Malaysian Airline System Berhad* |
| DATED: July 12, 2013 | **HOGAN LOVELLS US LLP**<br>Robert Hawk<br><br>By:  */s/ Robert Hawk*<br>    Robert Hawk<br>*Counsel for Defendant Vietnam Airlines Company Limited* |
| DATED: July 12, 2013 | **KIRKLAND & ELLIS LLP**<br>Tammy A. Tsoumas<br><br>By:  */s/ Tammy S. Tsoumas*<br>    Tammy S. Tsoumas<br>*Counsel for Defendant EVA Airways Corp.* |
| DATED: July 12, 2013 | **LATHAM & WATKINS LLP**<br>William R. Sherman<br>Ashley Bauer<br><br>By:  */s/ William R. Sherman*<br>    William R. Sherman<br>*Counsel for Defendant Singapore Airlines Limited* |
| DATED: July 12, 2013 | **SQUIRE SANDERS (US) LLP**<br>James V. Dick<br><br>By:  */s/ James V. Dick*<br>    James V. Dick<br>*Counsel for Defendant China Airlines, Ltd.* |

DATED: July 12, 2013          **STEPTOE & JOHNSON LLP**
                              William Karas
                              Kenneth P. Ewing


                        By:  */s/ William Karas*
                              William Karas
                         *Japan Airlines Co., Ltd.*


## ATTESTATION

I, Richard S. Snyder, hereby attest, pursuant to Northern District of California, Local Rule 5-1(i)(3), that concurrence to the filing of this document has been obtained from each signatory hereto.

 */s/ Richard S. Snyder*
Richard S. Snyder