1  Joseph W. Cotchett (36324)
   Paul N. "Pete" McCloskey (024541)
2  Steven N. Williams (175489)
   Adam J. Zapala (245748)
3  Eric J. Buescher (271323)
   Gene W. Kim (279549)
4  **COTCHETT, PITRE & McCARTHY, LLP**
   San Francisco Airport Office Center
5  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
6  Tel: 650-697-6000
   Fax: 650-697-0577
7  jcotchett@cpmlegal.com
   swilliams@cpmlegal.com
8  azapala@cpmlegal.com
   ebuescher@cpmlegal.com
9  gkim@cpmlegal.com

10 Michael D. Hausfeld (*pro hac vice*)          Michael P. Lehmann (77152)
   Megan E. Jones (*pro hac vice*)               Christopher L. Lebsock (184546)
11 **HAUSFELD LLP**                              **HAUSFELD LLP**
   1700 K Street, N.W., Suite 650                44 Montgomery Street, Suite 3400
12 Washington, D.C. 20006                        San Francisco CA 94104
   Tel: (202) 540-7200                           Tel: (415) 633-1908
13 Fax: (202) 540-7201                           Fax: (415) 358-4980
   mhausfeld@hausfeldllp.com                     mlehmann@hausfeldllp.com
14 mjones@hausfeldllp.com                        clebsock@hausfeldllp.com

15 *Interim Co- Lead Counsel for the Putative Class*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | Civil Case No. 3:07-cv-05634-CRB-DMR <br><br> MDL No. 1913 <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND BRIEFING AND DISCOVERY SCHEDULE** |
| **This Document Relates to:** <br><br> **ALL ACTIONS** | |

---

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND BRIEFING & DISCOVERY SCHEDULE; CASE NO.07-cv-5634-CRB-DMR

1   The Court has considered Plaintiffs' Administrative Motion to extend the briefing and discovery schedule currently established by a prior Order of this Court (*see* Dkt. No. 665, setting Sept. 16, 2013 as the date for filing Plaintiffs' motion for class certification and close of fact discovery on October 31, 2013) and Dkt. No. 683 (establishing interim discovery deadlines), and the opposition to Plaintiffs' Administrative Motion.

ON GOOD CAUSE SHOWN, it is hereby ordered that the schedule previously set in this case is modified as follows:

1.   Defendants complete document production in response to Plaintiffs' First, Second and Third Requests for Production of Documents and provide written responses to Plaintiffs' Third Set Interrogatories by August 15, 2013.

2.   Plaintiffs serve class certification brief and related expert report(s) on or before June 27, 2014.

3.   Defendants serve class certification opposition papers and related expert report(s) on or before December 4, 2014.

4.   Close of fact discovery shall be on February 20, 2015.

5.   Plaintiffs serve their class certification reply papers and any reply expert report(s), which shall respond to Defendants' opposition briefs and/or report(s), on or before March 4, 2015.

6.   Paragraphs 6-8 of Docket No. 665 are incorporated herein by reference.

**IT IS SO ORDERED.**

Dated: _____

HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT