IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | No. C 07-05634 CRB<br><br>**ORDER REVISING BRIEFING AND DISCOVERY SCHEDULE** |

Upon consideration of Plaintiffs' Administrative Motion to Extend Briefing and Discovery Schedule (dkt. 715), and the opposition thereto (dkt. 717), the Court ORDERS the following revised schedule to govern class certification briefing and fact discovery:

| | |
|---|---|
| Close of fact discovery: | January 31, 2014 |
| Plaintiffs' brief and related expert report(s): | February 3, 2014 |
| Defendants' opposition and related expert report(s): | August 2, 2014 |
| Plaintiffs' reply and any reply expert report(s): | October 2, 2014 |
| Defendants' sur-reply and further expert report(s):[1] | December 2, 2014 |

**IT IS SO ORDERED.**

Dated: August 30, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] This date shall apply only if Defendants move the Court for leave to file a sur-reply and the Court grants such a motion.