Joseph W. Cotchett (36324)
Paul N. "Pete" McCloskey (024541)
Steven N. Williams (175489)
Adam J. Zapala (245748)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile:   650-697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
ebuescher@cpmlegal.com
gkim@cpmlegal.com

Michael D. Hausfeld
**HAUSFELD LLP**
1700 K Street, N.W., Suite 650
Washington, D.C. 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeldllp.com

Michael P. Lehmann (77152)
Christopher L. Lebsock (184546)
**HAUSFELD LLP**
44 Montgomery Street, Suite 3400
San Francisco CA  94104
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeldllp.com
clebsock@hausfeldllp.com

*Interim Co- Lead Counsel for the Putative Class*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION**<br><br>**This Document Relates to:**<br><br>**ALL ACTIONS** | No. 07-CV-5634-CRB<br><br>MDL No. 1913<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE A REPLY RE:**<br>**MOTION TO EXTEND THE BRIEFING AND DISCOVERY SCHEDULE** |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE A REPLY RE: MOTION TO EXTEND THE BRIEFING AND DISCOVERY SCHEDULE
No.07-CV-5634-CRB

On good cause shown, Plaintiffs are hereby granted leave to file their Reply Re: Motion To Extend The Briefing And Discovery Schedule.

**SO ORDERED.**

Dated: Sept. 3, 2013

_____
Judge Charles R. Breyer