Michael P. Lehmann (77152)
Christopher L. Lebsock (184546)
**HAUSFELD LLP**
44 Montgomery Street, Suite 3400
San Francisco CA 94104
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeldllp.com
clebsock@hausfeldllp.com

Michael D. Hausfeld (*pro hac vice*)
Megan E. Jones (*pro hac vice*)
Seth R. Gassman
**HAUSFELD LLP**
1700 K Street, N.W., Suite 650
Washington, D.C. 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeldllp.com
mjones@hausfeldllp.com
sgassman@hausfeldllp.com

*Interim Co- Lead Counsel for the Putative Class*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** <br><br> **This Document Relates to:** <br><br> **ALL ACTIONS** | Civil Case No. 3:07-cv-05634-CRB-DMR <br><br> MDL No. 1913 <br><br> **NOTICE OF CHANGE OF FIRM AFFILIATION** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Seth R. Gassman, attorney for Plaintiff Rachel Diller and the Putative Class in the above-captioned matter, hereby gives official notice to the Clerk of Court and counsel of record of his change in firm affiliation, and hereby provides his contact information set forth below:

>Seth R. Gassman
>**HAUSFELD LLP**
>1700 K Street, N.W., Suite 650
>Washington, D.C. 20006
>Tel: (202) 540-7200
>Fax: (202) 540-7201
>Email: sgassman@hausfeldllp.com

DATED:  September 10, 2013

Respectfully submitted,

 */s/ Seth R. Gassman*

Michael D. Hausfeld (*pro hac vice*)
Megan E. Jones (*pro hac vice*)
Seth R. Gassman
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone:  (202) 540-7200
Facsimile:    (202) 540-7201

Michael P. Lehmann (77152)
Christopher Lebsock   (184546)
**HAUSFELD LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:  (415) 633-1908
Facsimile:  (415) 358-4980

***Interim Co- Lead Counsel for the Putative Class***

**CERTIFICATE OF SERVICE**

I, Seth R. Gassman, hereby declare that I caused the forgoing document to be filed with the Clerk of the Court using the Official Court Electronic Document Filing System which served copies on all interested parties registered for electronic filing.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 10, 2013                    */s/ Seth R. Gassman*
                                                               Seth R. Gassman