1  W. Todd Miller (Admitted *Pro Hac Vice*)
   BAKER & MILLER PLLC
2  2401 Pennsylvania Ave, NW
   Suite 300
3  Washington, DC 20036
   Telephone: 202-663-7820
4  Facsimile: 202-663-7849
   Email: TMiller@bakerandmiller.com
5
   Michael Bertram McNaughton (Bar No. 168244)
6  HANSON BRIDGETT LLP
7  425 Market Street
   26th Floor
8  San Francisco, CA 94105
   Telephone: 415.777.3200
9  Facsimile: 415.541.9366
   Email: mmcnaughton@hansonbridgett.com
10
11 *Counsel for Defendant Qantas Airways Limited*

12            UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA

14              SAN FRANCISCO DIVISION

15

16 _____
                                          )
17 **IN RE TRANSPACIFIC PASSENGER**        )   **No. 07-CV-5634-CRB**
   **AIR TRANSPORTATION**                  )
   **ANTITRUST LITIGATION**                )   **MDL No. 1913**
18                                         )
                                          )
19                                         )   **STIPULATION AND [~~PROPOSED~~]**
                                          )   **ORDER SETTING BRIEFING**
                                          )   **SCHEDULE FOR**
20                                         )   **DEFENDANTS' SUMMARY**
                                          )   **JUDGMENT MOTIONS BASED ON**
21 **This Document Relates to:**           )   **THE FILED RATE DOCTRINE AND**
                                          )   **MODIFYING THE SCHEDULE FOR**
22                                         )   **BRIEFING ON CLASS**
                                          )   **CERTIFICATION**
23                                         )
                                          )
24 **ALL ACTIONS**                         )
   _____)

25

26 The parties to the within action hereby agree and stipulate as follows:

27        WHEREAS, Air New Zealand Ltd., Cathay Pacific Airways Ltd., China Airlines, Ltd.

28

Stipulation and [Proposed] Order Setting Briefing Schedule for Defendants'
Summary Judgment Motions Based on the Filed Rate Doctrine and        CASE NO. 07-cv-5634-CRB
Modifying the Schedule for Briefing on Class Certification

EVA Airways Corp., Philippine Airlines, Inc., Qantas Airways Limited, Singapore Airlines Limited and Thai Airways International filed a joint brief for summary judgment based on the Filed Rate Doctrine on September 10, 2013 (Doc. 728);

WHEREAS, All Nippon Airways Co., Ltd. (Doc. 724), Cathay Pacific Airways Ltd. (Doc. 725), and China Airlines, Ltd. (Doc. 731), have filed individual motions for summary judgment and supporting briefs based on the Filed Rate Doctrine on September 10, 2013;

WHEREAS, Air New Zealand, EVA Airways, Philippine Airlines, Qantas Airways Limited, Singapore Airlines and Thai Airways International each plan to file motions for and individual briefs in support of summary judgment based on the Filed Rate Doctrine within the next three weeks;

WHEREAS, Plaintiffs have served notices of deposition pursuant to the Federal Rules of Civil Procedure for certain of the declarants supporting the motions filed to date, and intend to serve notices of depositions for declarants proffered in support of any additional motions which are filed;

WHEREAS, both Defendants and Plaintiffs ("the Parties") believe it would be more efficient for the Court to decide Defendants' summary judgment motions based on the Filed Rate Doctrine prior to the briefing of any motion for class certification;

WHEREAS, the Parties agree that the deadline for close of fact discovery on January 31, 2014, shall not be affected by this Stipulation; and

WHEREAS, the time differentials between the deadlines for filing a motion for class certification, opposition thereto, the reply, and any sur-reply shall remain consistent with the previous Order entered by the Court on August 30, 2013 (Doc. 720);

NOW THEREFORE, the Parties agree and stipulate as follows:

1. To extend Plaintiffs' time to respond to all of the Defendants' motions for summary

Stipulation and Proposed Order Setting Briefing Schedule for Defendants'
Summary Judgment Motions Based on the Filed Rate Doctrine and
Modifying the Schedule for Briefing on Class Certification        2        CASE NO. 07-CV-5634-CRB

judgment based on the Filed Rate Doctrine to 60 days after Defendants' counsel notify Plaintiffs via e-mail that all of the summary judgment motions that Defendants intend to file based on the Filed Rate Doctrine have in fact been filed; such time to be moderately adjusted by agreement of the Parties should the deadline for Plaintiffs' response as set by this Paragraph fall near any major holidays, in which case the Court will be notified of the agreed-upon, adjusted response date;

2. Defendants may submit and file replies in further support of their motions for summary judgment based on the Filed Rate Doctrine within 45 days after Plaintiffs' response to those motions is filed, or January 30, 2014, whichever date is later;

3. The time by which Plaintiffs may submit their brief and any related expert report(s) in support of a motion for class certification shall be extended to 90 days after this Court issues an Order deciding Defendants' motions for summary judgment based on the Filed Rate Doctrine;

4. The time by which Defendants may submit their briefs in opposition to Plaintiffs' motion for class certification and any related expert report(s) shall be extended to 180 days after Plaintiffs file their brief in support of class certification;

5. Plaintiffs' reply brief and any reply expert report(s) in further support of their motion for class certification shall be due 60 days after Defendants file their briefs in opposition; and

6. Defendants' sur-replies and further expert report(s) in further opposition to Plaintiffs' motion for class certification shall be due 60 days after Plaintiffs file their reply brief.[1]

7. Any party may seek a continuance of the dates set forth in this Stipulation and [Proposed] Order for good cause shown.

---

[1] This date shall apply only if Defendants move the Court for leave to file a sur-reply and the Court grants such a motion.

1 | **SO STIPULATED:**

2 | **September 24, 2013**

3

4 | By:   /s/ Christopher Lebsock
   | **HAUSFELD, LLP**
5 | Michael D. Hausfeld
   | Michael P. Lehmann
6 | Christopher Lebsock
   | *Interim Co-Lead Counsel for Plaintiffs*

7

8

9 | By:   /s/ Steven N. Williams
   | **COTCHETT, PITRE & McCARTHY**
10 | Joseph W. Cotchett
   | Steven N. Williams
11 | *Interim Co-Lead Counsel for Plaintiffs*

12

13

14 | By:   /s/Michael J. Holland
   | **CONDON & FORSYTH LLP**
15 | Michael J. Holland
   | Jean Cooper Rose
16 | *Counsel for Defendant Air New Zealand*

17

18

19 | By:   /s/ William R. Sherman
   | **LATHAM & WATKINS LLP**
20 | William R. Sherman
   | Ashley Bauer
21 | *Counsel for Defendant Singapore Airlines Ltd.*

22

23

24

25

26

27

28

Stipulation and Proposed Order Setting Briefing Schedule for Defendants'
Summary Judgment Motions Based on the Filed Rate Doctrine and
Modifying the Schedule for Briefing on Class Certification

4

CASE NO. 07-CV-5634-CRB

1

2

    By:   /s/ Ankur Kapoor

3    **CONSTANTINE CANNON LLP**
    Douglas E. Rosenthal

4    Ankur Kapoor
    Alysia A. Solow

5    Gary J. Malone

6    *Counsel for Defendant All Nippon Airways Co., Ltd.*

7
    By: /s/ Jesse W. Markham, Jr.

8    Jesse W. Markham Jr.

9    *Counsel for Defendant All Nippon Airways Co., Ltd.*

10

11    By:   /s/ David H. Bamberger

12    **DLA PIPER LLP**
    David H. Bamberger

13    Deana L. Cairo

14    *Counsel for Defendant Cathay Pacific Airways*

15

16

17

18    By:   /s/ James V. Dick

19    **SQUIRE SANDERS & DEMPSEY, LLP**
    James V. Dick

20    *Counsel for Defendant China Airlines*

21

22

23

24

25    By:   /s/ Tammy A. Tsmoumas

26    **KIRKLAND & ELLIS LLP**
    Tammy A. Tsmoumas

27    *Counsel for Defendant EVA Airways*

28

Stipulation and Proposed Order Setting Briefing Schedule for Defendants'
Summary Judgment Motions Based on the Filed Rate Doctrine and
Modifying the Schedule for Briefing on Class Certification     5     CASE NO. 07-CV-5634-CRB

1

2

3      By:   /s/ W. Todd Miller
       **BAKER & MILLER PLLC**
4      W. Todd Miller
       Kimberly N. Shaw
5
       *Counsel for Defendant Qantas Airways Limited*
6

7

8
       By:   /s/ Anita Stork
9      **COVINGTON & BURLING LLP**
       Anita Stork
10
       *Counsel for Defendant Philippine Airlines*
11

12

13     By:   /s/ Rowan D. Wilson
       **CRAVATH, SWAINE & MOORE LLP**
14     Rowan D. Wilson
       Kavita B. Ramakrishnan
15
       *Counsel for Defendant Thai Airways International*
16     *Public Company Limited*

17
       **IT IS SO ORDERED**
18               October 2,
       **DATED: ~~September~~ _____, 2013**
19

20

21

22                                    

23

24

25

26

27

28

Stipulation and Proposed Order Setting Briefing Schedule for Defendants'
Summary Judgment Motions Based on the Filed Rate Doctrine and
Modifying the Schedule for Briefing on Class Certification                6        CASE NO. 07-CV-5634-CRB