UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Civil Case No. 3:07-cv-05634-CRB-DMR<br><br>MDL No. 1913<br><br>[~~PROPOSED~~] ORDER REGARDING TAKING OF DEPOSITION OF ISAO ONO AT THE UNITED STATES CONSULATE IN OSAKA, JAPAN |

**TO ANY CONSUL OR VICE-CONSUL OF THE UNITED STATES ASSIGNED TO OSAKA, JAPAN:**

WHEREAS, the above-captioned coordinated proceedings are pending before this Court;

WHEREAS the Plaintiffs allege that Defendants engaged in anticompetitive conduct concerning the pricing of passenger fares and fuel surcharges on routes between the U.S. and Asia/Oceania;

WHEREAS discovery is currently ongoing;

WHEREAS the Plaintiffs reserved a deposition room at the United States Consulate General in Osaka, Japan for taking the deposition on December 16, 2013.

On stipulation and pursuant to Article 17 of The United States-Japan Consular Convention of 1963, 15 U.S.T. 768,

IT IS ORDERED that the deposition of the following witness, who will appear voluntarily, be taken at the United States Consulate General in Osaka, Japan:

Name: Isao Ono
Current Employer: Unknown (formerly employed by All Nippon Airways)
Address: Unknown

The deposition will commence on or about December 16, 2013 at 9:00 a.m. (local time) and conclude on or about December 16, 2013 at 5:00 p.m. (local time).

Counsel for Plaintiffs who will participate in the said deposition is Christopher L. Lebsock.

Counsel for Defendant All Nippon Airways Co., Ltd., and for the deponent who will participate in the said deposition include one or more of the following: Douglas E. Rosenthal; Aymeric Dumas-Eymard; Gary J. Malone; and Ankur Kapoor. Counsel for Defendant All Nippon Airways Co., Ltd., and for the deponent may also be accompanied by their check translator Yo Watanabe.

Counsel for Defendant Cathay Pacific Airways Ltd. Martin Dajani may also participate in the said deposition.

The proceedings will be reported by Stephen Bonham Platt of Merrill Corporation and recorded on video by Dean Harrington of Merrill Corporation. Bruce Holcombre will act as an

1  interpreter.

2      The transcript of the deposition will be prepared and distributed among the interested

3  parties by the court reporter without further involvement by the Consulate General.

4      IT IS SO ORDERED.

5  Dated: __Nov. 5__, 2013

6      Hon. Judge Donna M. Ryu
    United States Magistrate Judge

