**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **November 22, 2013**　　　　　　　　　　Time: 8 minutes

**C-07-05634 CRB**

**In re TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION**

Attorneys:　Steven Williams, Adam Zapala, Chris Lebsock
　　　　　　Anita Stork Ashley Bauer

Deputy Clerk: **BARBARA ESPINOZA**　　　　　Reporter: **Debra Pas**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Motion to Substitue Plaintiff and Leave to Amend Class Complaint | Granted |
| 2. | |
| 3. | |

**ORDERED AFTER HEARING:**

Close of discovery 1/31/2014

File Rate Doctrine within fourteen (14) days

( ) ORDER TO BE PREPARED BY:　Plntf _____　Deft _____　Court _____

( ) Referred to Magistrate Judge for: _____

( ) CASE CONTINUED TO _____　　　　for _____

Discovery Cut-Off _____　　　　　　Expert Discovery Cut-Off _____
Plntf to Name Experts by _____　　　Deft to Name Experts by _____
P/T Conference Date _____　Trial Date _____　Set for _____ days
　　　　　　　　　　Type of Trial:　( )Jury　( )Court

Notes: _____