LATHAM & WATKINS LLP
William R. Sherman (admitted *pro hac vice*)
*William.Sherman@lw.com*
Ashley M. Bauer (Bar No. 231626)
*Ashley.Bauer@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Attorneys for Defendant
Singapore Airlines Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION

**This Document Relates to:**
**ALL ACTIONS**

**CASE NO. 07-CV-5634-CRB**

MDL No. 1913

CLASS ACTION

**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR SINGAPORE AIRLINES LIMITED'S MOTION FOR SUMMARY JUDGMENT RE: FILED RATE ISSUES**

At the hearing on Friday, November 22, 2013, concerning Plaintiffs' Motion to Substitute Plaintiffs and Leave to Amend Class Complaint, the Court ordered Defendants to file any remaining motions concerning the Filed Rate Doctrine within 14 days, or by December 6, 2013. *See* Dkt. No. 742 (Minute Entry setting filing deadline). Although Defendant Singapore Airlines Limited ("SIA") is working diligently to complete its motion for summary judgment based on the Filed Rate Doctrine, SIA's intended fact declarant is currently on leave and is unavailable until after the deadline set by the Court for filing that motion. Upon learning that SIA's declarant was unavailable, counsel for SIA contacted co-lead counsel for Plaintiffs, who have

agreed to a brief extension of time, until December 17, 2013, for SIA to file its motion. Such an extension will have only a minimal impact on the briefing schedule for the filed rate motions. *See* Dkt. No. 734 (Stipulation and Order providing Plaintiffs with 60 days from the date of the last-filed brief to submit responses). Plaintiffs and Defendant Singapore Airlines have agreed that Plaintiffs will have 60 days from the date that Singapore Airlines files its motion for summary judgment to depose Singapore Airlines' fact declarant and to file Plaintiffs' responses to Defendants' motions for summary judgment. This stipulated extension will not affect any other pending deadlines in this action. Undersigned counsel therefore respectfully requests a brief extension—until December 17, 2013—for SIA to file its motion for summary judgment on Filed Rate issues and a brief extension of the fact discovery cut off for the sole purpose of permitting Plaintiffs to depose Singapore Airlines' fact declarant.

AGREED this 27th day of November, 2013.

Respectfully submitted,

**LATHAM & WATKINS LLP**
William R. Sherman
Ashley M. Bauer

By: /s/   Ashley M. Bauer
        Ashley M. Bauer
        *Counsel for Defendant Singapore Airlines Limited*

**COTCHETT, PITRE & McCARTHY, LLP**
Adam J. Zapala

By: /s/   *Adam J. Zapala*
        Adam J. Zapala
        *Co-Lead Counsel for Plaintiffs*

Case3:07-cv-05634-CRB Document747 Filed12/04/13 Page3 of 3

PURSUANT TO STIPULATION, IT IS SO ORDERED this 4th day of December 2013.

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA

CHARLES R. BREYER
United States District Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3