Tammy A. Tsoumas (CA Bar No. 250487)
Jason Y. Kelly (CA Bar No. 274144)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
E-mail:   tammy.tsoumas@kirkland.com
          jason.kelly@kirkland.com

James H. Mutchnik, P.C. (IL Bar No. 6201681)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
E-mail:   james.mutchnik@kirkland.com

Counsel for Defendant EVA Airways Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Case No.:  07-CV-5634-CRB<br><br>MDL No.:  1913<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR EVA AIRWAYS CORPORATION'S MOTION FOR SUMMARY JUDGMENT RE: FILED RATE ISSUES** |

At the hearing on Friday, November 22, 2013, concerning Plaintiffs' Motion to Substitute Plaintiffs and Leave to Amend Class Complaint, the Court ordered Defendants to file any remaining motions concerning the Filed Rate Doctrine within

14 days, or by December 6, 2013. See Dkt. No. 742 (Minute Entry setting filing deadline).  Although Defendant EVA Airways Corporation ("EVA") is working diligently to complete its motion for summary judgment regarding the filed rate doctrine, one of EVA's fact declarants is on leave on December 5, 2013 and December 6, 2013.  Immediately upon learning that EVA's declarant was unavailable during days that are critical for EVA to finalize its summary judgment papers, counsel for EVA contacted co-lead counsel for Plaintiffs, who have agreed to a brief extension of time, until December 17, 2013, for EVA to file its motion. Such an extension will have only a minimal impact on the briefing schedule for the filed rate motions. *See* Dkt. No. 734 (Stipulation and Order providing Plaintiffs with 60 days from the date of the last-filed brief to submit responses).  Plaintiffs and Defendant EVA have agreed that Plaintiffs will have 60 days from the date that EVA files its motion for summary judgment to depose EVA's fact declarant(s) and to file Plaintiffs' responses to Defendants' motions for summary judgment.  This stipulated extension will not affect any other pending deadlines in this action.  Undersigned counsel therefore respectfully requests a brief extension—until December 17, 2013—for EVA to file its motion for summary judgment regarding filed rate issues and a brief extension of the fact discovery cut off for the sole purpose of permitting Plaintiffs to depose EVA's fact declarant(s).

     AGREED this 3rd day of December, 2013.

By: /s/ Tammy A. Tsoumas
Tammy A. Tsoumas
Jason Y. Kelly
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
E-mail: tammy.tsoumas@kirkland.com
jason.kelly@kirkland.com

James H. Mutchnik, P.C.
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile (312) 862-2200
E-mail: james.mutchnik@kirkland.com

*Counsel for Defendant EVA Airways Corporation*

By: /s/ Adam J. Zapala
Adam J. Zapala
**COTCHETT, PITRE & MCCARTHY, LLP**
San Francisco Airport Office Ctr
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
E-mail: azapala@cpmlegal.com

*Co-Lead Counsel for Plaintiffs*

PURSUANT TO STIPULATION, IT IS SO ORDERED this 4th day of December 2013.

_____
CHARLES R. BREYER
United States District Judge

3