UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WORTMAN, ET AL, <br><br> Plaintiff(s), <br><br> v. <br><br> AIR NEW ZEALAND, ET AL, <br><br> Defendant(s). | No. C-07-05634-CRB (DMR) <br><br> **NOTICE AND ORDER SETTING HEARING ON JOINT DISCOVERY LETTERS** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the parties' joint letters regarding their discovery disputes [Docket Nos. 756, 757, and 758] . You are hereby notified that a hearing regarding the discovery disputes is set for **December 18, 2013 at 2:30 p.m.,** Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

IT IS SO ORDERED.

Dated: December 10, 2013

DONNA M. RYU
United States Magistrate Judge