Joseph W. Cotchett (SBN 36324)
Steven N. Williams (SBN 175489)
Adam J. Zapala (SBN 245748)
Elizabeth Tran (SBN 280502)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
etran@cpmlegal.com

| | |
|---|---|
| Michael D. Hausfeld (*pro hac vice*) | Michael P. Lehmann (SBN 77152) |
| Seth R. Gassman | Christopher L. Lebsock (SBN 184546) |
| **HAUSFELD LLP** | **HAUSFELD LLP** |
| 1700 K Street, N.W., Suite 650 | 44 Montgomery Street, Suite 3400 |
| Washington, D.C. 20006 | San Francisco CA  94104 |
| Tel: (202) 540-7200 | Tel: (415) 633-1908 |
| Fax: (202) 540-7201 | Fax: (415) 358-4980 |
| mhausfeld@hausfeldllp.com | mlehmann@hausfeldllp.com |
| sgassman@hausfeldllp.com | clebsock@hausfeldllp.com |

*Interim Co- Lead Counsel for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION**<br><br>**This Document Relates to:**<br><br>**ALL ACTIONS** | Civil Case No. 3:07-cv-05634-CRB-DMR<br><br>MDL No. 1913<br><br>**STIPULATION AND ORDER REGARDING SETTLING DEFENDANT'S RESPONSE TO CLASS PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

WHEREAS on July 14, 2011 and November 22, 2013, Class Plaintiffs filed their First Amended Consolidated Class Action Complaint and Second Amended Consolidated Class Action Complaint, respectively;

WHEREAS Defendant Vietnam Airlines Company Limited ("Vietnam Airlines") was a named Defendant on these Complaints;

WHEREAS Defendant Vietnam Airlines filed its Answer to Plaintiffs' First Amended Consolidated Class Action Complaint on November 15, 2011;

WHEREAS, on July 1, 2013, prior to the filing of the Second Amended Consolidated Class Action Complaint, Class Plaintiffs and Vietnam Airlines reached a settlement agreement, subject to Court approval, resolving Class Plaintiffs' claims against Vietnam Airlines in this matter;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Class Plaintiffs and the undersigned Defendant, that:

Defendant Vietnam Airlines shall not be required to file any additional response to the Second Amended Consolidated Class Action Complaint;

Defendant Vietnam Airlines' prior Answer to the First Amended Consolidated Class Action Complaint shall be deemed responsive to the Second Amended Consolidated Class Action Complaint; and

Defendant Vietnam Airlines' prior Answer shall be deemed to deny any additional or different allegation made in the Second Amended Consolidated Class Action Complaint;

PROVIDED THAT, should the settlement agreement executed between Class Plaintiffs and Defendant Vietnam Airlines fail to become final for any reason, Vietnam Airlines shall have 14 days from the date the settlement agreement becomes null and void to respond to the Second Amended Consolidated Class Action Complaint.

///

///

///

STIPULATION AND [PROPOSED] ORDER RE: SETTLING DEFENDANT'S RESPONSE TO CLASS PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT     1
CASE NO. 3:07-cv-05634-CRB-DMR

IT IS SO STIPULATED:

Dated:  December 5, 2013

| **HOGAN LOVELLS US LLP** | **COTCHETT, PITRE & McCARTHY, LLP** |
|---|---|
| */s/ Robert Hawk* | */s/ Steven N. Williams* |
| Robert Hawk<br>HOGAN LOVELLS US LLP<br>525 University Avenue<br>4th Floor<br>Palo Alto, CA 94301<br>Telephone: (650) 463-4000<br>Facsimile: (650) 463-4199<br><br>*Counsel for Defendant Vietnam Airlines Company Limited* | Joseph W. Cotchett<br>Steven N. Williams<br>Adam J. Zapala<br>Elizabeth Tran<br>COTCHETT, PITRE & McCARTHY, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone:  (650) 697-6000<br>Facsimile:   (650) 697-0577 |

**HAUSFELD LLP**

*/s/ Seth R. Gassman*

Michael D. Hausfeld
Seth R. Gassman
HAUSFELD LLP
1700 K Street, Suite 650
Washington, D.C. 20006
Telephone: (202) 540-7200
Facsimile:  (202) 540-7201

Michael P. Lehmann
Christopher L. Lebsock
HAUSFELD LLP
44 Montgomery Street
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile:  (415) 358-4980

*Interim Co-Lead Counsel for Plaintiffs and the Putative Class*

## ATTESTATION

I, Seth R. Gassman, hereby attest, pursuant to Northern District of California, Local Rule 5-1(i)(3), that concurrence to the filing of this document has been obtained from each signatory hereto.

    */s/ Seth R. Gassman*
    Seth R. Gassman

STIPULATION AND [PROPOSED] ORDER RE: SETTLING DEFENDANT'S RESPONSE TO CLASS PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 3:07-CV-05634-CRB-DMR

2


**SO ORDERED**.

Dated: Dec. 11, 2013

_____
HON.
UNITED STATES DISTRICT COURT JUDGE



STIPULATION AND [PROPOSED] ORDER RE: SETTLING DEFENDANT'S RESPONSE TO CLASS PLAINTIFFS'
SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 3:07-cv-05634-CRB-DMR

3