David H. Bamberger (admitted *pro hac vice*)
Deana L. Cairo (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
500 8th Street, N.W.
Washington, DC 20004
Telephone: 202-799-4000
Facsimile: 202-799-5000
Email: david.bamberger@dlapiper.com
deana.cairo@dlapiper.com

Counsel for Cathay Pacific Airways Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | CASE NO. 07-CV-5634-CRB<br><br>MDL No. 1913<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING CERTAIN DEFENDANTS' RESPONSES TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT |

WHEREAS, following the Court's Order on Motions to Dismiss on October 4, 2011 (Dkt. 556), Plaintiffs filed a First Amended Class Action Complaint ("FAC") on July 14, 2011 (Dkt. 493);

WHEREAS, the Defendants filed answers to the FAC on November 15, 2011;

WHEREAS, on October 15, 2013, the Plaintiffs filed a Motion for Leave to Amend to substitute named class representative, with a copy of their proposed Second Amended Class Action Complaint attached (Dkt. 735);

WHEREAS, on October 29, 2013, Defendants filed an Opposition to Plaintiffs' Motion for

I PIPER LLP (US)
500 8TH ST., NW
WASHINGTON, DC
20004

Stipulation and Order Regarding Certain
Defendants' Responses to the Second Amended
Complaint

CASE NO. 07-CV-5634-CRB

Leave to Amend (Dkt. 736);

WHEREAS, on November 22, 2013, the Court entered an Order regarding the Plaintiffs' Motion for Leave to Amend, which granted the Plaintiffs' motion and ruled that the Second Amended Class Action Complaint be filed (Dkt 742);

WHEREAS, the Plaintiffs and Defendants have agreed that, given the substantial overlap and the nature of the amendments between the SAC and the FAC, Defendants' previously filed Answers to the FAC shall be deemed sufficient for responding to the SAC;

NOW THEREFORE IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, that Defendants' previously filed Answers to the FAC shall be deemed sufficient for purposes of responding to the SAC. This means that to the extent an undersigned Defendant admitted, denied or objected to, in full or in part, any allegation in the FAC, that Defendant shall be deemed to have admitted, denied or objected to, in full or in part, the same substantive allegation set forth in the SAC. This also means that all defenses asserted in the FAC are also asserted against the SAC.

IT IS SO STIPULATED.

**COTCHETT, PITRE & McCARTHY, LLP**
Joseph W. Cotchett
Steven N. Williams


By: _____
Steven N. Williams
*Interim Co-Lead Counsel for Plaintiffs*


**HAUSFELD, LLP**
Michael D. Hausfeld
Michael P. Lehmann
Christopher Lebsock


By: _____
Christopher Lebsock
*Interim Co-Lead Counsel for Plaintiffs*

Stipulation and Order Regarding Certain Defendants' Responses to the Second Amended Complaint

CASE NO. 07-CV-5634-CRB

- 2 -

DLA PIPER LLP (US)
500 8TH ST., NW
WASHINGTON, DC
20004

1
2
3  **DLA PIPER LLP**
   David H. Bamberger
4  Deana L. Cairo

5  By: /s/David H. Bamberger
   David H. Bamberger
6  *Counsel for Defendant Cathay Pacific Airways*

7

8  **SQUIRE SANDERS & DEMPSEY, LLP**
   James V. Dick
9

10 By: /s/James V. Dick
   James V. Dick
11 *Counsel for Defendant China Airlines*

12

13 **KIRKLAND & ELLIS LLP**
   James H. Mutchnik
14

15 By: /s/James H. Mutchnik
   James H. Mutchnik
16 *Counsel for Defendant EVA Airways*

17 **CRAVATH, SWAINE & MOORE LLP**
   Rowan D. Wilson
18 Lauren Rosenberg

19 By: /s/Rowan D. Wilson
   Rowan D. Wilson
20 *Counsel for Defendant Thai Airways*
   *International Public Co., Ltd.*
21

22
23
24
25
26
27
28

DLA PIPER LLP (US)
500 8TH ST., NW
WASHINGTON, DC
20004

Stipulation and Order Regarding Certain Defendants' Responses to the Second Amended Complaint

- 3 -

CASE NO. 07-CV-5634-CRB

**ATTESTATION CLAUSE**

I, Deana Cairo, hereby attest in accordance with Civil Local Rule 5-1(i)(3) the above-listed counsel have provided concurrence with the electronic filing of the foregoing document entitled STIPULATION AND [PROPOSED] ORDER REGARDING CERTAIN DEFENDANTS' ANSWERS TO THE SECOND AMENDED COMPLAINT.

DATED: December 6, 2013

*/s/Deana L. Cairo*
Deana L. Cairo
DLA PIPER LLP (US)
*Counsel for Defendant Cathay Pacific Airways Ltd.*

IT IS SO ORDERED.

DATED: Dec 11, 2013

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE