UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION,<br>_____/ | No. C-07-05634 CRB (DMR)<br><br>**ORDER RE PLAINTIFFS' REQUEST FOR LETTERS ROGATORY [DOCKET NO. 796]** |

The court is in receipt of Plaintiffs' request for the court to issue three Letters Rogatory for depositions for witnesses in Singapore. [Docket No. 796.] Plaintiffs have requested this matter be considered on an expedited basis. Therefore, any opposition to Plaintiffs' request must be filed by no later than **10:00 a.m. on December 23, 2013**.

IT IS SO ORDERED.

Dated: December 20, 2013

DONNA M. RYU
United States Magistrate Judge