1  Joseph W. Cotchett
   Paul N. "Pete" McCloskey
2  Steven N. Williams
   Adam Zapala
3  COTCHETT, PITRE & MCCARTHY, LLP
   San Francisco Airport Office Center
4  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
5  Telephone: 650-697-6000
   Facsimile: 650-697-0577
6
   Michael D. Hausfeld                      Michael P. Lehman (77152)
7  HAUSFELD LLP                             Christopher Lebsock (184546)
   1700 K Street, N.W., Suite 650           HAUSFELD LLP
8  Washington, D.C. 20006                   44 Montgomery Street, Suite 3400
   Telephone: (202) 540-7200                San Francisco, CA 94104
9                                           Telephone: (415) 633-1908

10 Allan Steyer (100318)                    Jennie Anderson (203586)
   Jayne A. Peeters (108052)                ANDRUS ANDERSON LLP
11 Dana M. Andreoli (262068)                155 Montgomery Street, Suite 900
   STEYER LOWENTHAL BOODROOKAS              San Francisco, CA 94104
12   ALVAREZ & SMITH LLP                    Telephone: (415) 986-1400
   One California Street, Third Floor
13 San Francisco, California 94111
   Telephone: (415) 421-3400
14 *Attorneys for Class Plaintiffs*

15                 UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17
   IN RE TRANSPACIFIC PASSENGER          Case No.:  C 07-5634 CRB
18 AIR TRANSPORTATION ANTITRUST
   LITIGATION                            MDL No. 1913
19 ─────────────────────────────
                                         **REQUEST FOR INTERNATIONAL
20                                       JUDICIAL ASSISTANCE REGARDING
   This Document Relates to:             TAKING DEPOSITION OF HUANG
21                                       CHENG ENG**
   ALL ACTIONS
22                                       **(LETTER ROGATORY)**

23

24

25

26

27

28 REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF HUANG CHENG
   ENG (LETTER ROGATORY)
   CASE NO. C07-5634 CRB

TO THE REGISTRAR OF THE SUPREME COURT OF SINGAPORE:

WHEREAS, the above-captioned coordinated proceedings are pending before this Court;

WHEREAS, the Plaintiffs allege that Defendants engaged in anticompetitive conduct concerning the pricing of passenger fares and fuel surcharges on routes between the U.S. and Asia/Oceania;

WHEREAS, discovery in the above-captioned coordinated proceedings is currently ongoing and has a deadline of completion of January 31, 2014;

WHEREAS, it is necessary for the purposes of justice and for the due determination of the matters in dispute between the parties that the following person should be examined as a witness upon oath touching such matters, namely Huang Cheng Eng, Townhouse Apartments, 139 Cavenagh Road, #09–01, Singapore (229627), and it appears that such witness is resident within your jurisdiction:

**I. REQUEST**

The United States District Court Northern District of California presents its compliments to the Supreme Court of Singapore, and requests international assistance to compel testimony to be used in a civil proceeding before this Court in the above-captioned matter.

This Court requests, for the reasons previously stated, that the Supreme Court of Singapore summon Huang Cheng Eng, Townhouse Apartments, 139 Cavenagh Road, #09–01, Singapore (229627), to attend at such time and place as you shall appoint, if possible, prior to January 31, 2014, before you or such other person as according to your procedure is competent to take the examination of witnesses, and that you will cause such witness to be examined orally on the interrogatories and topics which are attached to this letter of request as Attachment A, in the presence of the agents of the plaintiffs and defendants on due notice given.

In addition, this Courts requests that you will permit the agents of both the plaintiffs and defendants to examine upon interrogatories and oral examination on the interrogatories and topics which are attached to this letter of request as Attachment A or arising out of the answers

-1-
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

thereto, such witness, and permit the cross-examination of the said witness upon cross-interrogatories and oral examination, and permit the party producing the witness for examination to examine him orally, or permit the agents of both the plaintiffs and defendants to attend the deposition and taken evidence by video-link.

In addition, this Courts requests that you will be pleased to cause the evidence of the said witness (and the answers of the said witness and all additional oral questions, whether on examination, cross-examination or re-examination) to be reduced into writing and all books, letters, papers and documents produced on such examination to be duly marked for identification, and that you will be further pleased to authenticate such examination by the seal of your tribunal or in such other way as is in accordance with your procedure and to return it together with the interrogatories and cross-interrogatories and a note of the charges and expenses payable in respect of the execution of this request through the counsel from whom the same was received for transmission to the United States District Court of the Northern District of California.

In addition, this Court requests that you will cause the agents of the parties appointed to be informed of the date and place where the examination is to take place.  Their contact information is as follows:

Allan Steyer
Jayne A. Peeters
Dana M. Andreoli
STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234

Jennie Lee Anderson
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415.986.1400
Facsimile: 415.986.1474

*Attorneys for Plaintiff Rachel Diller*

Ashley Marie Bauer
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415-395-8138
Facsimile: 415-395-8095

William Sherman
LATHAM & WATKINS LLP
555 11th Street, N.W.
Washington, D.C. 20004
Telephone: 202-637-2200
Facsimile: 202-637-2201

*Attorneys for Defendant Singapore Airlines*

## II.  FACTS OF THE CASE

Plaintiffs Micah Abrams, Meor Adlin, Franklyn Ajaye, Andrew Barton, Brenden G. Maloof, Rachel Diller, Scott Frederick, David Kuo, Dickson Leung, Donald Wortman, Harley Oda, Roy Onomura, Shinsuke Kobayashi, Patricia Lee, Nancy Kajiyama, on her own behalf and on behalf of Noboru Kajiyama [deceased], Della Ewing Chow, James Kawaguchi, individually and on behalf of all others similarly situated, filed the complaint in this action under Section 16 of the Clayton Act, (15 U.S.C. §26).  The Second Amended Class Action Complaint in this matter seeks to obtain injunctive relief for violations of Section 1 of the Sherman Antitrust Act (15 U.S.C. §1) and to recover damages and/or restitution based on claims that Defendants Air France, Air New Zealand, All Nippon Airways, Cathay Pacific Airways, China Airlines, Eva Airways, Japan Airlines International, KLM Royal Dutch Airline,  Malaysia Airlines, Malaysian Airline System Berhad, Philippine Airlines, Inc., Qantas Airways, Ltd., Singapore Airlines, Thai Airways, United Airlines, and Vietnam Airlines engaged in anticompetitive conduct concerning the pricing of passenger fares and fuel surcharges on routes between the U.S. and Asia/Oceania from approximately January 2000 through at least July 2011 that caused plaintiffs and individuals similarly situated to pay artificially high and non-competitive prices for tickets for air passenger travel in the United States.

///

///

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1  **III.  RECIPROCITY**

2        The United States District Court for the Northern District of California would be willing

3  to provide similar assistance to the Supreme Court of Singapore.

4  **IV.  REIMBURSEMENT FOR COSTS**

5        Counsel for the Plaintiffs have represented that they are willing to reimburse the

6  Supreme Court of Singapore for costs incurred in executing this Letter Rogatory in an amount

7  not to exceed Two Thousand dollars ($2000.00) in United States Dollars.  If the costs for

8  executing this Letter Rogatory will exceed USD $2000, please contact counsel for the Plaintiffs

9  before exceeding this amount.  Their contact information is as follows:

10  Allan Steyer
    Jayne A. Peeters
11  Dana M. Andreoli
    STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP
12  One California Street, Third Floor
    San Francisco, California 94111
13  Telephone: (415) 421-3400
    Facsimile: (415) 421-2234

14
    Jennie Lee Anderson
15  ANDRUS ANDERSON LLP
    155 Montgomery Street, Suite 900
16  San Francisco, CA 94104
    Telephone: 415.986.1400
17  Facsimile: 415.986.1474

18        The Court extends to the Registrar of the Supreme Court of Singapore assurances of its

19  highest consideration.

20

21

22  Dated:  12/23/2013                        By: _____

23                                           Hon. Judge Donna M. Ryu

24                                           United States Magistrate Judge

25

26

27
                                           -4-
28  REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF HUANG CHENG
    ENG (LETTER ROGATORY)
    CASE NO. C07-5634 CRB

**Attachment A: Questions for Huang Cheng Eng**

1.      What is your full name?

2.      When were you employed with Singapore Airlines?

      a.      What positions did you hold at Singapore Airlines?

      b.      What were the dates that you held each of those positions?

      c.      What were your responsibilities and duties for each of those positions?

      d.      Were you involved in setting Singapore Airlines' fuel surcharges?

            i.      If yes, how did Singapore Airlines decide to initially impose a fuel surcharge and in what amount?

            ii.      If yes, what were the criteria used to determine the fuel surcharges imposed?

            iii.      If yes, how did Singapore Airlines decide how much to change the fuel surcharge for Singapore Airlines?

            iv.      If yes, did Singapore Airlines ever change the fuel surcharge for Singapore Airlines flights flying to and from the United States?

            v.      If yes, when did Singapore Airlines make those changes to fuel surcharges for Singapore Airlines flights flying to and from the United States?

            vi.      If yes, who at Singapore Airlines had authority to change or control the Singapore Airlines fuel surcharge?

                What was their title?

                When were they employed with Singapore Airlines?

                Who did they report to?

                Who were their direct reports?

            vii.      If no, who did have authority?

                What was their title?

                When were they employed with Singapore Airlines?

                Who did they report to?

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1          Who were their direct reports?

2          Did you ever communicate with these people about changing fuel

3     surcharges for Singapore Airline flights to or from the United States?

4          If yes, when?

5          If yes, what was said?

6     e.     Were you involved in setting Singapore Airlines' fares?

7          i.     If yes, what were the criteria used to determine Singapore Airlines' fares?

8          ii.    If yes, how did Singapore Airlines decide how much to change the fares

9               for Singapore Airlines?

10         iii.   If yes, did Singapore Airlines ever change the fares for Singapore

11    Airlines flights flying to and from the United States?

12         iv.    If yes, when did Singapore Airlines make those changes to fares for

13    Singapore Airlines flights flying to and from the United States?

14         v.     If yes, who else at Singapore Airlines had authority to change or control

15    the Singapore Airlines fares?

16         What was their title?

17         When were they employed with Singapore Airlines?

18         Who did they report to?

19         Who were their direct reports?

20         vi.    If no, who did have authority to change or control the Singapore Airlines

21    fares?

22         What was their title?

23         When were they employed with Singapore Airlines?

24         Who did they report to?

25         Who were their direct reports?

26         Did you ever communicate with these people about changing fuel

27    surcharges for Singapore Airline flights to or from the United States?

28
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF HUANG CHENG
ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1      If yes, when?

2      If yes, what was said?

3    3.    Were you employed with other airlines?

4        a.    If yes, with what other airlines were you employed?

5        b.    If yes, what dates were you employed at each of the other airlines?

6        c.    If yes, what positions did you hold at each of the other airlines?

7        d.    If yes, what were your responsibilities/duties at each of the other airlines?

8    4.    When you were employed at Singapore Airlines, did you directly communicate with

9    other airlines regarding fuel surcharges?

10       a.    What airlines?

11       b.    With whom did you communicate?

12       c.    When did you communicate with them?

13       d.    What was communicated?

14       e.    Why?

15    5.    When you were employed at Singapore Airlines, did you directly communicate with

16    other airlines regarding fares?

17       a.    What airlines?

18       b.    With whom did you communicate?

19       c.    When did you communicate with them?

20       d.    What was communicated?

21       e.    Why?

22    6.    Were you aware of anyone else at Singapore Airlines who directly communicates with

23    other airlines regarding fuel surcharges?

24       a.    Who?  What were their names and titles?

25       b.    What airlines and with whom did they communicate with?

26       c.    When did they communicate with the other airlines?

27       d.    What was communicated?

28
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF HUANG CHENG
ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1        e.     Why?

2  7.     Were you aware of anyone else at Singapore Airlines who directly communicates with

3  other airlines regarding fares?

4        a.     Who?  What were their names and titles?

5        b.     What airlines and with whom did they communicate with?

6        c.     When did they communicate with the other airlines?

7        d.     What was communicated?

8        e.     Why?

9  8.     Did Singapore Airlines coordinate with other airlines regarding whether to impose fuel

10  surcharges?

11        a.     If yes, did these fuel surcharges affect flights to or from the United States?

12  9.     Did Singapore Airlines coordinate with other airlines regarding the amount of fuel

13  surcharges to be imposed on any given flight?

14        a.     If yes, did these fuel surcharges affect flights to or from the United States?

15  10.    Did Singapore Airlines coordinate with other airlines regarding the amount of fares to be

16        charged for any given flight?

17        a.     If yes, did these fares affect flights to or from the United States?

18  11.    Did Singapore Airlines agree with other airlines to raise fuel surcharges if another

19  airline raised their fuel surcharge?

20        a.     If yes, did these fuel surcharges affect flights to or from the United States?

21  12.    Did Singapore Airlines agree with other airlines to raise fares if another airline raised

22  their fares?

23        a.     If yes, did these fares affect flights to or from the United States?

24  13.    When you were employed at Singapore Airlines, did you or anyone who reported to you

25  communicate with Cathay Pacific Airways regarding fuel surcharges?

26        a.     If yes, who at Singapore Airlines participated in these communications?  What

27  were their names and titles?

28

1   b.   If yes, who at Cathay Pacific participated in these communications? What were

2   their names and titles?

3   c.   How did these communications take place?  I.E. by telephone, over email, in

4   person, facsimile?

5   d.   When did these communications take place?

6   e.   What was communicated?

7   f.   Did Singapore Airlines agree with Cathay Pacific Airways to impose fuel

8   surcharges if Cathay Pacific Airways raised their fuel surcharge?

9       (1)   If yes, did these fuel surcharges affect/concern flights to or from the

10      United States?

11  g.   Did Singapore Airlines agree with Cathay Pacific Airways to coordinate the

12          amount of fuel surcharges to be imposed on any given flight?

13      (1)   If yes, did these fuel surcharges affect/concern flights to or from the

14      United States?

15  h.   Did Singapore Airlines agree with Cathay Pacific Airways to raise fuel

16          surcharges if Cathay Pacific Airways raised their fuel surcharge?

17      (1)   If yes, did these fuel surcharges affect/concern flights to or from the

18      United States?

19  14.  When you were employed at Singapore Airlines, did you or anyone who reported to you

20  communicate with Cathay Pacific Airways regarding fares?

21  a.   If yes, who at Singapore Airlines participated in these communications?  What

22  were their names and titles?

23  b.   If yes, who at Cathay Pacific participated in these communications? What were

24  their names and titles?

25  c.   How did these communications take place?  I.E. by telephone, over email, in

26          person, facsimile?

27  d.   When did these communications take place?

28
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF HUANG CHENG
ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

e.      What was communicated?

f.      Did Singapore Airlines agree with Cathay Pacific Airways to coordinate the amount of fares to be imposed on any given flight?

(1)     If yes, did these fares affect/concern flights to or from the United States?

h.      Did Singapore Airlines agree with Cathay Pacific Airways to raise fares if Cathay Pacific Airways raised their fares?

(1)     If yes, did these fares affect/concern flights to or from the United States?

15.    When you were employed at Singapore Airlines, did you or anyone who reported to you communicate with All Nippon Airways regarding fuel surcharges?

a.      If yes, who at Singapore Airlines participated in these communications?  What were their names and titles?

b.      If yes, who All Nippon Airways participated in these communications? What were their names and titles?

c.      How did these communications take place?  I.E. by telephone, over email, in person, facsimile?

d.      When did these communications take place?

e.      What was communicated?

f.      Did Singapore Airlines agree with All Nippon Airways to impose fuel surcharges if All Nippon Airways raised their fuel surcharge?

(1)     If yes, did these fuel surcharges affect/concern flights to or from the United States?

g.      Did Singapore Airlines agree with All Nippon Airways to coordinate the amount of fuel surcharges to be imposed on any given flight?

(1)     If yes, did these fuel surcharges affect/concern flights to or from the United States?

h.      Did Singapore Airlines agree with All Nippon Airways to raise fuel surcharges if All Nippon Airways raised their fuel surcharge?

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1          (1)      If yes, did these fuel surcharges affect/concern flights to or from the

2    United States?

3    16.      When you were employed at Singapore Airlines, did you or anyone who reported to you

4    communicate with All Nippon Airways regarding fares?

5          a.      If yes, who at Singapore Airlines participated in these communications?  What

6    were their names and titles?

7          b.      If yes, who at All Nippon Airways participated in these communications? What

8    were their names and titles?

9          c.      How did these communications take place?  I.E. by telephone, over email, in

10          person, facsimile?

11          d.      When did these communications take place?

12          e.      What was communicated?

13          f.      Did Singapore Airlines agree with All Nippon Airways to coordinate the amount

14          of fares to be imposed on any given flight?

15          (1)      If yes, did these fares affect/concern flights to or from the United States?

16          g.      Did Singapore Airlines agree with All Nippon Airways to raise fares if All

17          Nippon Airways raised their fares?

18          (1)      If yes, did these fares affect/concern flights to or from the United States?

19    17.      When you were employed at Singapore Airlines, did you or anyone who reported to you

20    communicate with China Airlines regarding fuel surcharges?

21          a.      If yes, who at Singapore Airlines participated in these communications?  What

22    were their names and titles?

23          b.      If yes, who China Airlines participated in these communications? What were

24    their names and titles?

25          c.      How did these communications take place?  I.E. by telephone, over email, in

26          person, facsimile?

27          d.      When did these communications take place?

28
-11-
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF HUANG CHENG
ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1      e.      What was communicated?

2      f.      Did Singapore Airlines agree with China Airlines to impose fuel surcharges if

3   China Airlines raised their fuel surcharge?

4              (1)     If yes, did these fuel surcharges affect/concern flights to or from the

5       United States?

6      g.      Did Singapore Airlines agree with China Airlines to coordinate the amount of

7              fuel surcharges to be imposed on any given flight?

8              (1)     If yes, did these fuel surcharges affect/concern flights to or from the

9       United States?

10     h.      Did Singapore Airlines agree with China Airlines to raise fuel surcharges if

11             China Airlines raised their fuel surcharge?

12             (1)     If yes, did these fuel surcharges affect/concern flights to or from the

13      United States?

14   18.   When you were employed at Singapore Airlines, did you or anyone who reported to you

15   communicate with China Airlines regarding fares?

16     a.      If yes, who at Singapore Airlines participated in these communications?  What

17   were their names and titles?

18     b.      If yes, who at China Airlines participated in these communications? What were

19   their names and titles?

20     c.      How did these communications take place?  I.E. by telephone, over email, in

21             person, facsimile?

22     d.      When did these communications take place?

23     e.      What was communicated?

24     f.      Did Singapore Airlines agree with China Airlines to coordinate the amount of

25             fares to be imposed on any given flight?

26             (1)     If yes, did these fares affect/concern flights to or from the United States?

27

28

g.      Did Singapore Airlines agree with China Airlines to raise fares if China Airlines raised their fares?

(1)      If yes, did these fares affect/concern flights to or from the United States?

19.    When you were employed at Singapore Airlines, did you or anyone who reported to you communicate with Malaysia Airlines regarding fuel surcharges?

a.      If yes, who at Singapore Airlines participated in these communications?  What were their names and titles?

b.      If yes, who Malaysia Airlines participated in these communications? What were their names and titles?

c.      How did these communications take place?  I.E. by telephone, over email, in person, facsimile?

d.      When did these communications take place?

e.      What was communicated?

f.      Did Singapore Airlines agree with Malaysia Airlines to impose fuel surcharges if China Airlines raised their fuel surcharge?

(1)      If yes, did these fuel surcharges affect/concern flights to or from the United States?

g.      Did Singapore Airlines agree with Malaysia Airlines to coordinate the amount of fuel surcharges to be imposed on any given flight?

(1)      If yes, did these fuel surcharges affect/concern flights to or from the United States?

h.      Did Singapore Airlines agree with Malaysia Airlines to raise fuel surcharges if Malaysia Airlines raised their fuel surcharge?

(1)      If yes, did these fuel surcharges affect/concern flights to or from the United States?

20.    When you were employed at Singapore Airlines, did you or anyone who reported to you communicate with Malaysia Airlines regarding fares?

-13-

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1       a.     If yes, who at Singapore Airlines participated in these communications?  What

2 were their names and titles?

3       b.     If yes, who at Malaysia Airlines participated in these communications? What

4 were their names and titles?

5       c.     How did these communications take place?  I.E. by telephone, over email, in

6               person, facsimile?

7       d.     When did these communications take place?

8       e.     What was communicated?

9       f.     Did Singapore Airlines agree with Malaysia Airlines to coordinate the amount of

10               fares to be imposed on any given flight?

11           (1)     If yes, did these fares affect/concern flights to or from the United States?

12       g.     Did Singapore Airlines agree with Malaysia Airlines to raise fares if Malaysia

13               Airlines raised their fares?

14           (1)     If yes, did these fares affect/concern flights to or from the United States?

15 21.    When you were employed at Singapore Airlines, did you or anyone who reported to you

16 communicate with Philippine Airlines regarding fuel surcharges?

17       a.     If yes, who at Singapore Airlines participated in these communications?  What

18 were their names and titles?

19       b.     If yes, who Philippine Airlines participated in these communications? What were

20 their names and titles?

21       c.     How did these communications take place?  I.E. by telephone, over email, in

22               person, facsimile?

23       d.     When did these communications take place?

24       e.     What was communicated?

25       f.     Did Singapore Airlines agree with Philippine Airlines to impose fuel surcharges

26 if Philippine Airlines raised their fuel surcharge?

27

28
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF HUANG CHENG
ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1     (1) If yes, did these fuel surcharges affect/concern flights to or from the

2 United States?

3   g. Did Singapore Airlines agree with Philippine Airlines to coordinate the amount

4    of fuel surcharges to be imposed on any given flight?

5     (1) If yes, did these fuel surcharges affect/concern flights to or from the

6 United States?

7   h. Did Singapore Airlines agree with Philippine Airlines to raise fuel surcharges if

8    Philippine Airlines raised their fuel surcharge?

9     (1) If yes, did these fuel surcharges affect/concern flights to or from the

10 United States?

11 22. When you were employed at Singapore Airlines, did you or anyone who reported to you

12 communicate with Philippine Airlines regarding fares?

13   a. If yes, who at Singapore Airlines participated in these communications?  What

14 were their names and titles?

15   b. If yes, who at Philippine Airlines participated in these communications? What

16 were their names and titles?

17   c. How did these communications take place?  I.E. by telephone, over email, in

18    person, facsimile?

19   d. When did these communications take place?

20   e. What was communicated?

21   g. Did Singapore Airlines agree with Philippine Airlines to coordinate the amount

22    of fares to be imposed on any given flight?

23     (1) If yes, did these fares affect/concern flights to or from the United States?

24   h. Did Singapore Airlines agree with Philippine Airlines to raise fares if Philippine

25    Airlines raised their fares?

26     (1) If yes, did these fares affect/concern flights to or from the United States?

27

28

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF HUANG CHENG
ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

23.     When you were employed at Singapore Airlines, did you or anyone who reported to you communicate with Thai Airways regarding fuel surcharges?

      a.     If yes, who at Singapore Airlines participated in these communications?  What were their names and titles?

      b.     If yes, who Thai Airways participated in these communications? What were their names and titles?

      c.     How did these communications take place?  I.E. by telephone, over email, in person, facsimile?

      d.     When did these communications take place?

      e.     What was communicated?

      f.     Did Singapore Airlines agree with Thai Airways to impose fuel surcharges if Thai Airways raised their fuel surcharge?

           (1)     If yes, did these fuel surcharges affect/concern flights to or from the United States?

      g.     Did Singapore Airlines agree with Thai Airways to coordinate the amount of fuel surcharges to be imposed on any given flight?

           (1)     If yes, did these fuel surcharges affect/concern flights to or from the United States?

      h.     Did Singapore Airlines agree with Thai Airways to raise fuel surcharges if Thai Airways raised their fuel surcharge?

           (1)     If yes, did these fuel surcharges affect/concern flights to or from the United States?

24.     When you were employed at Singapore Airlines, did you or anyone who reported to you communicate with Thai Airways regarding fares?

      a.     If yes, who at Singapore Airlines participated in these communications?  What were their names and titles?

b. If yes, who at Thai Airways participated in these communications? What were their names and titles?

c. How did these communications take place?  I.E. by telephone, over email, in person, facsimile?

d. When did these communications take place?

e. What was communicated?

f. Did Singapore Airlines agree with Thai Airways to coordinate the amount of fares to be imposed on any given flight?

(1) If yes, did these fares affect/concern flights to or from the United States?

g. Did Singapore Airlines agree with Thai Airways to raise fares if Thai Airways raised their fares?

(1) If yes, did these fares affect/concern flights to or from the United States?

25. When you were employed at Singapore Airlines, did you or anyone who reported to you communicate with Vietnam Airlines regarding fuel surcharges?

a. If yes, who at Singapore Airlines participated in these communications?  What were their names and titles?

b. If yes, who Vietnam Airlines participated in these communications? What were their names and titles?

c. How did these communications take place?  I.E. by telephone, over email, in person, facsimile?

d. When did these communications take place?

e. What was communicated?

f. Did Singapore Airlines agree with Vietnam Airlines to impose fuel surcharges if Vietnam Airways raised their fuel surcharge?

(1) If yes, did these fuel surcharges affect/concern flights to or from the United States?

-17-
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

g.      Did Singapore Airlines agree with Vietnam Airlines to coordinate the amount of

fuel surcharges to be imposed on any given flight?

(1)     If yes, did these fuel surcharges affect/concern flights to or from the

United States?

h.      Did Singapore Airlines agree with Vietnam Airlines to raise fuel surcharges if

Vietnam Airlines raised their fuel surcharge?

(1)     If yes, did these fuel surcharges affect/concern flights to or from the

United States?

26.     When you were employed at Singapore Airlines, did you or anyone who reported to you

communicate with Vietnam Airlines regarding fares?

a.      If yes, who at Singapore Airlines participated in these communications?  What

were their names and titles?

b.      If yes, who at Vietnam Airlines participated in these communications? What

were their names and titles?

c.      How did these communications take place?  I.E. by telephone, over email, in

person, facsimile?

d.      When did these communications take place?

e.      What was communicated?

f.      Did Singapore Airlines agree with Vietnam Airlines to coordinate the amount of

fares to be imposed on any given flight?

(1)     If yes, did these fares affect/concern flights to or from the United States?

g.      Did Singapore Airlines agree with Vietnam Airlines to raise fares if Vietnam

Airlines raised their fares?

(1)     If yes, did these fares affect/concern flights to or from the United States?

27.     When you were employed at Singapore Airlines, did you or anyone who reported to you

communicate with Japan Airlines regarding fuel surcharges?

-18-

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF HUANG CHENG
ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1       a.      If yes, who at Singapore Airlines participated in these communications?  What

2    were their names and titles?

3       b.      If yes, who Japan Airlines participated in these communications? What were

4    their names and titles?

5       c.      How did these communications take place?  I.E. by telephone, over email, in

6              person, facsimile?

7       d.      When did these communications take place?

8       e.      What was communicated?

9       f.      Did Singapore Airlines agree with Japan Airlines to impose fuel surcharges if

10   Japan Airlines raised their fuel surcharge?

11             (1)      If yes, did these fuel surcharges affect/concern flights to or from the

12             United States?

13      g.      Did Singapore Airlines agree with Japan Airlines to coordinate the amount of

14             fuel surcharges to be imposed on any given flight?

15             (1)      If yes, did these fuel surcharges affect/concern flights to or from the

16             United States?

17      h.      Did Singapore Airlines agree with Japan Airlines to raise fuel surcharges if Japan

18             Airlines raised their fuel surcharge?

19             (1)      If yes, did these fuel surcharges affect/concern flights to or from the

20             United States?

21   28.    When you were employed at Singapore Airlines, did you or anyone who reported to you

22   communicate with Japan Airlines regarding fares?

23      a.      If yes, who at Singapore Airlines participated in these communications?  What

24   were their names and titles?

25      b.      If yes, who at Japan Airlines participated in these communications? What were

26   their names and titles?

27

28
-19-
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF HUANG CHENG
ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

     c.      How did these communications take place?  I.E. by telephone, over email, in person, facsimile?

     d.      When did these communications take place?

     e.      What was communicated?

     f.      Did Singapore Airlines agree with Japan Airlines to coordinate the amount of fares to be imposed on any given flight?

          (1)     If yes, did these fares affect/concern flights to or from the United States?

     g.      Did Singapore Airlines agree with Japan Airlines to raise fares if Japan Airlines raised their fares?

          (1)     If yes, did these fares affect/concern flights to or from the United States?

29.     With respect to each document identified in <u>ATTACHMENT B</u>, a copy of which will be provided to you, answer the following:

     a.      Are you familiar with this document?

     b.      Have you seen this document before?

     c.      Please explain what this document is.

     d.      When did you first see this document?

          (1)     Was this in connection with your employment at SIA?

          (2)     If yes, what was your position and responsibilities at the time?

     e.      Are you the author of this document?

          (1)     Were you in any way involved in the preparation of this document?

          (2)     Explain your involvement.

          (3)     If applicable, what does it mean to be "sponsored" or "approved" by you?

          (4)     Did you send this document to anyone?

               i.     If yes, who?

               ii.     If yes, why?

     f.      What was the purpose of this document?

     g.      Did you receive this document?

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1    (1) If yes, why was it sent to you?

2    (2) If yes, how did you respond?

3  h. Please explain the roles of the other individuals named in this document at the

4 time this document originated.

5    (1) What company did each such individual work for?

6    (2) Was the company a competitor of SIA?

7    (3) What position did each such individual hold and what were his or her

8 responsibilities?

9    (4) What was your relationship with each such individual?

10    (5) How frequently did you communicate with each such individual?

11    (6) How did you communicate with him or her, e.g., letter, email, telephone,

12 in person, etc.

13  i. Were there any follow-up communications, e.g., letter, email, telephone, in

14 person, etc., to this document?

15  j. Did you discuss this document with anyone at SIA?

16    (1) If yes, with whom (name, position, responsibilities)?

17    (2) If yes, when?

18    (3) If yes, please describe your discussions.

19    (4) If yes, did you or anyone at SIA come to any conclusions?

20  k. Did you discuss this document with anyone outside of SIA?

21    (1) If yes, with whom (name, company, position, responsibilities)?

22    (2) If yes, when?

23    (3) If yes, please describe your discussions.

24    (4) If yes, did you come to any agreement regarding the matters described in

25 the document?

26    (5) Did you come to any agreement regarding future conduct of SIA and/or

27 any competitor?

28

-21-

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

## ATTACHMENT B

Exhibit 1 is a copy of an email string the last of which is from Dirk van Nieuwkerk to Ee Kim Lye regarding "AW: Good Morning", dated May 12, 2004, produced by SIA and identified as SIA_11_000198616 - SIA_11_000198617

Exhibit 2 is a copy of an email string the last of which is from Subhas Menon to Kian Hai Cheng etc. regarding "Fw: Fuel surcharge", dated May 12, 2004, produced by SIA and identified as SIA_08_000148431

Exhibit 3 is a copy of a paper entitled "IMPLEMENTATION OF FUEL SURCHARGE", dated May 13, 2004, produced by SIA and identified as SIA_11_000026793 - SIA_11_000026794

Exhibit 4 is a copy of a paper entitled "IMPLEMENTATION OF FUEL SURCHARGE", dated May 21, 2004, produced by SIA and identified as SIA_11_000113063 - SIA_11_000113066

Exhibit 5 is a copy of a paper entitled "IMPLEMENTATION OF FUEL SURCHARGE", dated May 21, 2004, produced by SIA and identified as SIA_11_000128937 - SIA_11_000128941

Exhibit 6 is a copy of an email string the last of which is from Kazuhisa Okamoto to Lee SekEng etc. regarding "JAPAN FUEL SURCHARGE", dated December 28, 2004, produced by SIA and identified as SIA_11_000201926 - SIA_11_000201932

Exhibit 7 is a copy of an email string the last of which is from Ee Kim Lye to Constance Wong regarding "JAPAN FUEL SURCHARGE", dated December 30, 2004, produced by SIA and identified as SIA_11_000211721 - SIA_11_000211725

Exhibit 8 is a copy of an email string the last of which is from Ee Kim Lye to Constance Wong regarding "JAPAN FUEL SURCHARGE", dated December 30, 2004, produced by SIA and identified as SIA_11_000211726 - SIA_11_000211731

Exhibit 9 is a copy of an email string the last of which is from Huang Cheng Eng to Ee Kim Lye regarding "fuel surcharge", dated September 21, 2005, produced by SIA and identified as SIA_11_000197434 - SIA_11_000197435

Exhibit 10 is a copy of an email string the last of which is from Huang Cheng Eng to YauSeng Chin regarding "SQ JAPAN FUEL SURCHARGE APR-SEP06", dated February 22, 2006, produced by SIA and identified as SIA_11_000046149 - SIA_11_000046154

Exhibit 11 is a copy of an email string the last of which is from PheeTeik Yeoh to Ee Kim Lye regarding "SQ JAPAN FUEL SURCHARGE APR-SEP06", dated February 27, 2006, produced by SIA and identified as SIA_11_000046659 - SIA_11_000046668

Exhibit 12 is a copy of an email string the last of which is from PheeTeik Yeoh to Ee Kim Lye regarding "SQ JAPAN FUEL SURCHARGE", dated March 1, 2006, produced by SIA and identified as SIA_11_000047272 - SIA_11_000047282

Exhibit 13 is a copy of an email string the last of which is from Yvette Lee to PheeTeik Yeoh etc. regarding "JAPAN FUEL SURCHARGE", dated May 2, 2007, produced by SIA and identified as SIA_11_000247518 - SIA_11_000247521

Exhibit 14 is a copy of a paper entitled "BOARD BOOK, ALLIANCE MANAGEMENT BOARD MEETING", dated September 5-6, 2007, produced by ANA and identified as ANA-00612419 - ANA-00612433

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

Exhibit 15 is a copy of an email string the last of which is from Joey Kwek to Claudia Chia etc. regarding "CFM: Internal Discussion on IATA proposal on 11Feb08 Mon 1500hrs MCR3", dated January 29, 2008, produced by SIA and identified as SIA_11_000224363 - SIA_11_000224366

Exhibit 16 is a copy of an email string the last of which is from PheeTeik Yeoh to Matthew Raos and Yvette Lee regarding "IATA follow up", dated February 5, 2008, produced by SIA and identified as SIA_11_000225020 - SIA_11_000225023

Exhibit 17 is a copy of a paper entitled "BOARD BOOK, ALLIANCE MANAGEMENT BOARD MEETING", dated July 15-16, 2009.

Exhibit 18 is a copy of a paper entitled "SIA FUEL SURCHARGE - ROLLBACK PROGRAM", dated February 2005, produced by SIA and identified as SIA_11_000037778 - SIA_11_000037780.

Exhibit 19 is a copy of a paper entitled "SIA FUEL SURCHARGE - ROLLBACK PROGRAM", dated February 2005, produced by SIA and identified as SIA_11_000037781 - SIA_11_000037784.

Exhibit 20 is a copy of a paper entitled "SIA Management Committee Meeting 16/06, August 2006, REVIEW OF SIA'S FUEL SURCHARGES", produced by SIA and identified as SIA_11_000055185 - SIA_11_000055187.

Exhibit 21 is a copy of a paper entitled "IMPLEMENTATION OF FUEL SURCHARGE", dated May 13, 2004, produced by SIA and identified as SIA_11_000114878 - SIA_11_000114879.

Exhibit 22 is a copy of an email string the last of which is from Huang Cheng Eng to Ee Kim Lye etc. regarding "filing of fuel surcharge by CX", dated May 19, 2004, produced by SIA and identified as SIA_11_000112849.

Exhibit 23 is a copy of a paper entitled "IMPLEMENTATION OF FUEL SURCHARGE", dated May 19, 2004, produced by SIA and identified as SIA_11_000209750 - SIA_11_000209752.

Exhibit 24 is a copy of a letter from Huang Cheng Eng to Vice Presidents, General Managers, and State Managers regarding "IMPLEMENTATION OF FARE INCREASES TO OFFSET RISING FUEL COST", dated May 27, 2004, produced by SIA and identified as SIA_11_000113006.

Exhibit 25 is a copy of a paper entitled "SIA FUEL SURCHARGE", dated October 29, 2004, produced by SIA and identified as SIA_11_000034239 – SIA_11_000034253.

Exhibit 26 is a copy of a paper entitled "SIA FUEL SURCHARGE - ROLLBACK", dated February 8, 2005, produced by SIA and identified as SIA_11_000037774 - SIA_11_000037777.

Exhibit 27 is a copy of a paper entitled "SIA FUEL SURCHARGE - ROLLBACK PROGRAM", dated February 18, 2005, produce by SIA and identified as SIA_11_000037785 - SIA_11_000037788.

Exhibit 28 is a copy of a paper entitled "SIA FUEL SURCHARGE - ROLLBACK PROGRAM", dated February 18, 2005, produced by SIA and identified as SIA_11_000037789 - SIA_11_000037791.

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

Exhibit 29 is a copy of a paper entitled "SIA FUEL SURCHARGE - ROLLBACK PROGRAM", dated February 18, 2005, produced by SIA and identified as SIA_11_000102775 - SIA_11_000102779.

Exhibit 30 is a copy of a paper entitled "SIA FUEL SURCHARGE - ROLLBACK PROGRAM", dated February 18, 2005, produced by SIA and identified as SIA_11_000210269 - SIA_11_000210271.

Exhibit 31 is a copy of an email string the last of which is from Ian Lorigan to Ee Kim Lye and Constance Wong regarding "Fuel surcharge", dated July 14, 2005, produced by SIA and identified as SIA_11_000111704 - SIA_11_000111708.

Exhibit 32 is a copy of an email string the last of which is from PheeTeik Yeoh to Ee Kim Lye etc. regarding "Fuel Surcharge", dated August 31, 2005, produced by SIA and identified as SIA_11_000197384 - SIA_11_000197385.

Exhibit 33 is a copy of an email string the last of which is from YokeSan Tham to Ee Kim Lye and PheeTeik Yeoh regarding "Fuel Surcharge", dated August 31, 2005, produced by SIA and identified as SIA_11_000197428 - SIA_11_000197430.

Exhibit 34 is a copy of an email string the last of which is from LikHsin Lee to Constance Wong etc. regarding "SQ China: Fuel Surcharge", dated September 23, 2005, produced by SIA and identified as SIA_11_000196834 - SIA_11_000196835.

Exhibit 35 is a copy of an email string the last of which is from PheeTeik Yeoh to Ee Kim Lye regarding "fuel surcharge", dated September 24, 2005, produced by SIA and identified as SIA_11_000197431 - SIA_11_000197432.

Exhibit 36 is a copy of an email string the last of which is from Ee Kim Lye to ChiewPeng Lam regarding "SQ China: Fuel Surcharge", dated September 26, 2005, produced by SIA and identified as SIA_11_000213225 - SIA_11_000213227.

Exhibit 37 is a copy of an email string the last of which is from Subhas Menon to Huang Cheng Eng etc. regarding "Baggage Harmonization", dated November 17, 2005, produced by SIA and identified as SIA_04_000006537 - SIA_04_000006540.

Exhibit 38 is a copy of an email string the last of which is from David Goh to Tadashi Sato etc. regarding "Baggage Harmonization", dated November 28, 2005, produced by SIA and identified as SIA_06_000032877 - SIA_06_000032880.

Exhibit 39 is a copy of an email string the last of which is from Subhas Menon to Ee Kim Lye etc. regarding "3rd Tier Fuel Surcharge", dated July 28, 2006, produced by SIA_11_000005593 - SIA_11_000005594.

Exhibit 40 is a copy of a paper entitled "SIA Management Committee Meeting 29/06, 03 August 2006, THIRD TIER FUEL SURCHARGE", produced by SIA and identified as SIA_11_000037758 - SIA_11_000037760.

Exhibit 41 is a copy of a paper entitled "SIA Management Committee Meeting 33/06, 06 September 2006, REVIEW OF SIA'S FUEL SURCHARGES AND INTRODUCTION OF A NEW TIER", produced by SIA and identified as SIA_11_000052947 - SIA_11_000052949.

Exhibit 42 is a copy of a paper entitled "SIA Management Committee Meeting 37/06, 04 October 2006, REVIEW OF SIA'S FUEL SURCHARGES", produced by SIA and identified as SIA_11_000026828 - SIA_11_000026830.

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1

2  Exhibit 43 is a copy of a paper entitled "SIA Management Committee Meeting 37/06, 04
   October 2006, REVIEW OF SIA'S FUEL SURCHARGES", produced by SIA and identified as
3  SIA_11_000196256 - SIA_11_000196258.

4  Exhibit 44 is a copy of a paper entitled "MINUTES OF REVENUE & NETWORK
   PERFORMANCE COMMITTEE (RNPC)", dated April 1, 2008, produced by SIA, identified as
   SIA_01_000034819 - SIA_01_000034822.

5
   Exhibit 45 is a copy of a paper entitled "SIA Management Meeting, 16/08, Wed-16 Apr 2008,
6  AGENDA", produced by SIA and identified as SIA_01_000042453 - SIA_01_000042468.

7  Exhibit 46 is a copy of a paper entitled "SIA Management Committee Meeting xx/08,
   Wednesday, 09 July 2008, REVIEW OF SIA CURRENT 3-TIER FUEL SURCHARGE", dated
8  May 7, 2008, produced by SIA and identified as SIA_11_000067447 - SIA_11_000067449.

9  Exhibit 47 is a copy of a paper entitled "SIA Management Committee Meeting xx/08,
   Wednesday, 09 July 2008, REVIEW OF SIA CURRENT 3-TIER FUEL SURCHARGE", dated
10 May 7, 2008, produced by SIA and identified as SIA_11_000172844 - SIA_11_000172847.

11 Exhibit 48 is a copy of a paper entitled "SIA Management Committee Meeting xx/08,
   Wednesday, 09 July 2008, REVIEW OF SIA 3-TIER FUEL SURCHARGE", by SIA and
12 identified as SIA_11_000067614 - SIA_11_000067617.

13 Exhibit 49 is a copy of a paper entitled "SIA Management Committee Meeting 27/08,
   Wednesday, 09 July 2008, REVIEW OF SIA 3-TIER FUEL SURCHARGE", by SIA and
14 identified as SIA_11_000070025 - SIA_11_000070029.

15 Exhibit 50 is a copy of a paper entitled "SIA Management Committee Meeting xx/08,
   Wednesday, 16 July 2008, REVIEW OF SIA 3-TIER FUEL SURCHARGE", produced by SIA
16 and identified as SIA_11_000029928 - SIA_11_000029933.

17 Exhibit 51 is a copy of a paper entitled "SIA Management Committee Meeting 29/08, Tuesday,
   22 July 2008, REVIEW OF SIA'S 3-TIER FUEL SURCHARGE", produced by SIA and
18 identified as SIA_11_000030054 - SIA_11_000030059

19 Exhibit 52 is a copy of a paper entitled "SIA Management Committee Meeting 29/08,
   Wednesday, 23 July 2008, REVIEW OF SIA'S 3-TIER FUEL SURCHARGE", produced by
20 SIA and identified as SIA_11_000070032 - SIA_11_000070036.

21 Exhibit 53 is a copy of a paper entitled "SIA Management Committee Meeting 32/08,
   Wednesday 13 August 2008, REVIEW OF SIA'S FUEL SURCHARGES", produced by SIA
22 and identified as SIA_11_000029571 - SIA_11_000029574.

23 Exhibit 54 is a copy of a paper entitled "SIA Management Committee Meeting 32/08,
   Wednesday, 13 August 2008, REVIEW OF SIA'S FUEL SURCHARGES", produced by SIA
24 and identified as SIA_11_000070812 - SIA_11_000070815.

25 Exhibit 55 is a copy of a paper entitled "SIA Management Committee Meeting 32/08,
   Wednesday, 13 August 2008, REVIEW OF SIA'S FUEL SURCHARGES", produced by SIA
26 and identified as SIA_11_000076075 - SIA_11_000076079.

27 Exhibit 56 is a copy of a paper entitled "SIA Management Committee Meeting 35/08,
   Wednesday, 03 September 2008, REVIEW OF SIA'S FUEL SURCHARGES", produced by SIA
28 and identified as SIA_11_000038447 - SIA_11_000038451.

Exhibit 57 is a copy of a paper entitled "SIA Management Committee Meeting 35/08, Wednesday 03 September 2008, REVIEW OF SIA'S FUEL SURCHARGES", produced by SIA and identified as SIA_11_000038457 - SIA_11_000038460.

Exhibit 58 is a copy of a paper entitled "SIA Management Committee Meeting 35/08, Thursday 04 September 2008, REVIEW OF SIA'S FUEL SURCHARGES", produced by SIA and identified as SIA_11_000076910 - SIA_11_000076914.

Exhibit 59 is a copy of a paper entitled "SIA Management Committee Meeting 39/08, Thursday, 02 October 2008, REVIEW OF SIA'S FUEL SURCHARGES", produced by SIA and identified as SIA_11_000038416 - SIA_11_000038420.

Exhibit 60 is a copy of a paper entitled "SIA Management Committee Meeting 39/08, Wednesday, 08 October 2008, REVIEW OF SIA FUEL SURCHARGES", produced by SIA and identified as SIA_11_000030418 - SIA_11_000030422.

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2013, I electronically filed the foregoing

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING

DEPOSITION OF HUANG CHENG ENG (LETTER ROGATORY) with the Clerk of the Court

using the ECF system which will send notification of such filing to all attorneys of record

registered for electronic filing.

/s/ Dana M. Andreoli
Dana M. Andreoli