Joseph W. Cotchett
Paul N. "Pete" McCloskey
Steven N. Williams
Adam Zapala
COTCHETT, PITRE & MCCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577

Michael D. Hausfeld
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, D.C. 20006
Telephone: (202) 540-7200

Michael P. Lehman (77152)
Christopher Lebsock (184546)
HAUSFELD LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908

Allan Steyer (100318)
Jayne A. Peeters (108052)
Dana M. Andreoli (262068)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400

Jennie Anderson (203586)
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400

*Attorneys for Class Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.:  C 07-5634 CRB<br><br>MDL No. 1913<br><br>**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF CHAN SECK FUN**<br><br>**(LETTER ROGATORY)** |

1    TO THE REGISTRAR OF THE SUPREME COURT OF SINGAPORE:

2           WHEREAS, the above-captioned coordinated proceedings are pending before this

3    Court;

4           WHEREAS, the Plaintiffs allege that Defendants engaged in anticompetitive conduct

5    concerning the pricing of passenger fares and fuel surcharges on routes between the U.S. and

6    Asia/Oceania;

7           WHEREAS, discovery in the above-captioned coordinated proceedings is currently

8    ongoing and has a deadline of completion of January 31, 2014;

9           WHEREAS, it is necessary for the purposes of justice and for the due determination of

10   the matters in dispute between the parties that the following person should be examined as a

11   witness upon oath touching such matters, namely Chan Seck Fun, Blk 5000J #23-44 Marine

12   Parade Road, Singapore (449291), and it appears that such witness is resident within your

13   jurisdiction:

14   **I. REQUEST**

15          The United States District Court Northern District of California presents its compliments

16   to the Supreme Court of Singapore, and requests international assistance to compel testimony to

17   be used in a civil proceeding before this Court in the above-captioned matter.

18          This Court requests, for the reasons previously stated, that the Supreme Court of

19   Singapore summon Chan Seck Fun, Blk 5000J #23-44 Marine Parade Road, Singapore

20   (449291), to attend at such time and place as you shall appoint, if possible, prior to January 31,

21   2014, before you or such other person as according to your procedure is competent to take the

22   examination of witnesses, and that you will cause such witness to be examined orally on the

23   interrogatories and topics which are attached to this letter of request as Attachment A, in the

24   presence of the agents of the plaintiffs and defendants on due notice given.

25          In addition, this Courts requests that you will permit the agents of both the plaintiffs and

26   defendants to examine upon interrogatories and oral examination on the interrogatories and

27   topics which are attached to this letter of request as Attachment A or arising out of the answers

28

-1-

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF CHAN SECK FUN (LETTER ROGATORY)
CASE NO. C07-5634 CRB

thereto, such witness, and permit the cross-examination of the said witness upon cross-interrogatories and oral examination, and permit the party producing the witness for examination to examine him orally, or permit the agents of both the plaintiffs and defendants to attend the deposition and taken evidence by video-link.

In addition, this Courts requests that you will be pleased to cause the evidence of the said witnesses (and the answers of the said witnesses and all additional oral questions, whether on examination, cross-examination or re-examination) to be reduced into writing and all books, letters, papers and documents produced on such examination to be duly marked for identification, and that you will be further pleased to authenticate such examination by the seal of your tribunal or in such other way as is in accordance with your procedure and to return it together with the interrogatories and cross-interrogatories and a note of the charges and expenses payable in respect of the execution of this request through the counsel from whom the same was received for transmission to the United States District Court of the Northern District of California.

In addition, this Court requests that you will cause the agents of the parties appointed to be informed of the date and place where the examination is to take place. Their contact information is as follows:

Allan Steyer
Jayne A. Peeters
Dana M. Andreoli
STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234

Jennie Lee Anderson
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415.986.1400
Facsimile: 415.986.1474

*Attorneys for Plaintiff Rachel Diller*

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF CHAN SECK FUN (LETTER ROGATORY)
CASE NO. C07-5634 CRB

Ashley Marie Bauer
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415-395-8138
Facsimile: 415-395-8095

William Sherman
LATHAM & WATKINS LLP
555 11th Street, N.W.
Washington, D.C. 20004
Telephone: 202-637-2200
Facsimile: 202-637-2201

*Attorneys for Defendant Singapore Airlines*

## II. FACTS OF THE CASE

Plaintiffs Micah Abrams, Meor Adlin, Franklyn Ajaye, Andrew Barton, Brenden G. Maloof, Rachel Diller, Scott Frederick, David Kuo, Dickson Leung, Donald Wortman, Harley Oda, Roy Onomura, Shinsuke Kobayashi, Patricia Lee, Nancy Kajiyama, on her own behalf and on behalf of Noboru Kajiyama [deceased], Della Ewing Chow, James Kawaguchi, individually and on behalf of all others similarly situated, filed the complaint in this action under Section 16 of the Clayton Act, (15 U.S.C. §26). The Second Amended Class Action Complaint in this matter seeks to obtain injunctive relief for violations of Section 1 of the Sherman Antitrust Act (15 U.S.C. §1) and to recover damages and/or restitution based on claims that Defendants Air France, Air New Zealand, All Nippon Airways, Cathay Pacific Airways, China Airlines, Eva Airways, Japan Airlines International, KLM Royal Dutch Airline, Malaysia Airlines, Malaysian Airline System Berhad, Philippine Airlines, Inc., Qantas Airways, Ltd., Singapore Airlines, Thai Airways, United Airlines, and Vietnam Airlines engaged in anticompetitive conduct concerning the pricing of passenger fares and fuel surcharges on routes between the U.S. and Asia/Oceania from approximately January 2000 through at least July 2011 that caused plaintiffs and individuals similarly situated to pay artificially high and non-competitive prices for tickets for air passenger travel in the United States.

///

///

## III.  RECIPROCITY

The United States District Court for the Northern District of California would be willing to provide similar assistance to the Supreme Court of Singapore.

## IV.  REIMBURSEMENT FOR COSTS

Counsel for the Plaintiffs have represented that they are willing to reimburse the Supreme Court of Singapore for costs incurred in executing this Letter Rogatory in an amount not to exceed Two Thousand dollars ($2000.00) in United States Dollars.  If the costs for executing this Letter Rogatory will exceed USD $2000, please contact counsel for the Plaintiffs before exceeding this amount.  Their contact information is as follows:

Allan Steyer
Jayne A. Peeters
Dana M. Andreoli
STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234

Jennie Lee Anderson
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415.986.1400
Facsimile: 415.986.1474

The Court extends to the Registrar of the Supreme Court of Singapore assurances of its highest consideration.

Dated:  12/23/2013            By: _____
                                  Hon. Judge Donna M. Ryu
                                  United States Magistrate Judge

-4-
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF CHAN SECK FUN (LETTER ROGATORY)
CASE NO. C07-5634 CRB

**Attachment A: Questions for Chan Seck Fun**

1.      What is your full name?

2.      When were you employed with Singapore Airlines?

      a.      What positions did you hold at Singapore Airlines?

      b.      What were the dates that you held each of those positions?

      c.      What were your responsibilities and duties for each of those positions?

      d.      Were you involved in setting Singapore Airlines' fuel surcharges?

            i.      If yes, how did Singapore Airlines decide to initially impose a fuel surcharge and in what amount?

            ii.      If yes, what were the criteria used to determine the fuel surcharges imposed?

            iii.      If yes, how did Singapore Airlines decide how much to change the fuel surcharge for Singapore Airlines?

            iv.      If yes, did Singapore Airlines ever change the fuel surcharge for Singapore Airlines flights flying to and from the United States?

            v.      If yes, when did Singapore Airlines make those changes to fuel surcharges for Singapore Airlines flights flying to and from the United States?

            vi.      If yes, who at Singapore Airlines had authority to change or control the Singapore Airlines fuel surcharge?

                What was their title?

                When were they employed with Singapore Airlines?

                Who did they report to?

                Who were their direct reports?

            vii.      If no, who did have authority?

                What was their title?

                When were they employed with Singapore Airlines?

                Who did they report to?

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF CHAN SECK FUN (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1         Who were their direct reports?

2         Did you ever communicate with these people about changing fuel

3 surcharges for Singapore Airline flights to or from the United States?

4         If yes, when?

5         If yes, what was said?

6    e.    Were you involved in setting Singapore Airlines' fares?

7        i.    If yes, what were the criteria used to determine Singapore Airlines' fares?

8        ii.    If yes, how did Singapore Airlines decide how much to change the fares

9        for Singapore Airlines?

10        iii.    If yes, did Singapore Airlines ever change the fares for Singapore

11 Airlines flights flying to and from the United States?

12        iv.    If yes, when did Singapore Airlines make those changes to fares for

13 Singapore Airlines flights flying to and from the United States?

14        v.    If yes, who else at Singapore Airlines had authority to change or control

15 the Singapore Airlines fares?

16         What was their title?

17         When were they employed with Singapore Airlines?

18         Who did they report to?

19         Who were their direct reports?

20        vi.    If no, who did have authority to change or control the Singapore Airlines

21 fares?

22         What was their title?

23         When were they employed with Singapore Airlines?

24         Who did they report to?

25         Who were their direct reports?

26         Did you ever communicate with these people about changing fuel

27 surcharges for Singapore Airline flights to or from the United States?

28

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF CHAN SECK FUN (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1    If yes, when?

2    If yes, what was said?

3    3.    Were you employed with other airlines?

4        a.    If yes, with what other airlines were you employed?

5        b.    If yes, what dates were you employed at each of the other airlines?

6        c.    If yes, what positions did you hold at each of the other airlines?

7        d.    If yes, what were your responsibilities/duties at each of the other airlines?

8    4.    When you were employed at Singapore Airlines, did you directly communicate with

9    other airlines regarding fuel surcharges?

10       a.    What airlines?

11       b.    With whom did you communicate?

12       c.    When did you communicate with them?

13       d.    What was communicated?

14       e.    Why?

15   5.    When you were employed at Singapore Airlines, did you directly communicate with

16   other airlines regarding fares?

17       a.    What airlines?

18       b.    With whom did you communicate?

19       c.    When did you communicate with them?

20       d.    What was communicated?

21       e.    Why?

22   6.    Were you aware of anyone else at Singapore Airlines who directly communicates with

23   other airlines regarding fuel surcharges?

24       a.    Who?  What were their names and titles?

25       b.    What airlines and with whom did they communicate with?

26       c.    When did they communicate with the other airlines?

27       d.    What was communicated?

28
-7-
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF CHAN SECK
FUN (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1        e.      Why?

2  7.     Were you aware of anyone else at Singapore Airlines who directly communicates with

3  other airlines regarding fares?

4        a.      Who?  What were their names and titles?

5        b.      What airlines and with whom did they communicate with?

6        c.      When did they communicate with the other airlines?

7        d.      What was communicated?

8        e.      Why?

9  8.     Did Singapore Airlines coordinate with other airlines regarding whether to impose fuel

10  surcharges?

11        a.      If yes, did these fuel surcharges affect flights to or from the United States?

12  9.     Did Singapore Airlines coordinate with other airlines regarding the amount of fuel

13  surcharges to be imposed on any given flight?

14        a.      If yes, did these fuel surcharges affect flights to or from the United States?

15  10.    Did Singapore Airlines coordinate with other airlines regarding the amount of fares to be

16          charged for any given flight?

17        a.      If yes, did these fares affect flights to or from the United States?

18  11.    Did Singapore Airlines agree with other airlines to raise fuel surcharges if another

19  airline raised their fuel surcharge?

20        a.      If yes, did these fuel surcharges affect flights to or from the United States?

21  12.    Did Singapore Airlines agree with other airlines to raise fares if another airline raised

22  their fares?

23        a.      If yes, did these fares affect flights to or from the United States?

24  13.    When you were employed at Singapore Airlines, did you or anyone who reported to you

25  communicate with Cathay Pacific Airways regarding fuel surcharges?

26        a.      If yes, who at Singapore Airlines participated in these communications?  What

27  were their names and titles?

28

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF CHAN SECK FUN (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1    b.    If yes, who at Cathay Pacific participated in these communications? What were

2  their names and titles?

3    c.    How did these communications take place?  I.E. by telephone, over email, in

4  person, facsimile?

5    d.    When did these communications take place?

6    e.    What was communicated?

7    f.    Did Singapore Airlines agree with Cathay Pacific Airways to impose fuel

8  surcharges if Cathay Pacific Airways raised their fuel surcharge?

9        (1)    If yes, did these fuel surcharges affect/concern flights to or from the

10        United States?

11    g.    Did Singapore Airlines agree with Cathay Pacific Airways to coordinate the

12        amount of fuel surcharges to be imposed on any given flight?

13        (1)    If yes, did these fuel surcharges affect/concern flights to or from the

14        United States?

15    h.    Did Singapore Airlines agree with Cathay Pacific Airways to raise fuel

16        surcharges if Cathay Pacific Airways raised their fuel surcharge?

17        (1)    If yes, did these fuel surcharges affect/concern flights to or from the

18        United States?

19  14.  When you were employed at Singapore Airlines, did you or anyone who reported to you

20  communicate with Cathay Pacific Airways regarding fares?

21    a.    If yes, who at Singapore Airlines participated in these communications?  What

22  were their names and titles?

23    b.    If yes, who at Cathay Pacific participated in these communications? What were

24  their names and titles?

25    c.    How did these communications take place?  I.E. by telephone, over email, in

26        person, facsimile?

27    d.    When did these communications take place?

28
-9-

e.     What was communicated?

f.     Did Singapore Airlines agree with Cathay Pacific Airways to coordinate the amount of fares to be imposed on any given flight?

(1)     If yes, did these fares affect/concern flights to or from the United States?

h.     Did Singapore Airlines agree with Cathay Pacific Airways to raise fares if Cathay Pacific Airways raised their fares?

(1)     If yes, did these fares affect/concern flights to or from the United States?

15.     When you were employed at Singapore Airlines, did you or anyone who reported to you communicate with All Nippon Airways regarding fuel surcharges?

a.     If yes, who at Singapore Airlines participated in these communications?  What were their names and titles?

b.     If yes, who All Nippon Airways participated in these communications? What were their names and titles?

c.     How did these communications take place?  I.E. by telephone, over email, in person, facsimile?

d.     When did these communications take place?

e.     What was communicated?

f.     Did Singapore Airlines agree with All Nippon Airways to impose fuel surcharges if All Nippon Airways raised their fuel surcharge?

(1)     If yes, did these fuel surcharges affect/concern flights to or from the United States?

g.     Did Singapore Airlines agree with All Nippon Airways to coordinate the amount of fuel surcharges to be imposed on any given flight?

(1)     If yes, did these fuel surcharges affect/concern flights to or from the United States?

h.     Did Singapore Airlines agree with All Nippon Airways to raise fuel surcharges if All Nippon Airways raised their fuel surcharge?

-10-

1      (1)     If yes, did these fuel surcharges affect/concern flights to or from the

2   United States?

3   16.     When you were employed at Singapore Airlines, did you or anyone who reported to you

4   communicate with All Nippon Airways regarding fares?

5      a.     If yes, who at Singapore Airlines participated in these communications?  What

6   were their names and titles?

7      b.     If yes, who at All Nippon Airways participated in these communications? What

8   were their names and titles?

9      c.     How did these communications take place?  I.E. by telephone, over email, in

10      person, facsimile?

11     d.     When did these communications take place?

12     e.     What was communicated?

13     f.     Did Singapore Airlines agree with All Nippon Airways to coordinate the amount

14      of fares to be imposed on any given flight?

15      (1)     If yes, did these fares affect/concern flights to or from the United States?

16     g.     Did Singapore Airlines agree with All Nippon Airways to raise fares if All

17      Nippon Airways raised their fares?

18      (1)     If yes, did these fares affect/concern flights to or from the United States?

19   17.     When you were employed at Singapore Airlines, did you or anyone who reported to you

20   communicate with China Airlines regarding fuel surcharges?

21     a.     If yes, who at Singapore Airlines participated in these communications?  What

22   were their names and titles?

23     b.     If yes, who China Airlines participated in these communications? What were

24   their names and titles?

25     c.     How did these communications take place?  I.E. by telephone, over email, in

26      person, facsimile?

27     d.     When did these communications take place?

28
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF CHAN SECK
FUN (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1        e.      What was communicated?

2        f.      Did Singapore Airlines agree with China Airlines to impose fuel surcharges if

3  China Airlines raised their fuel surcharge?

4           (1)     If yes, did these fuel surcharges affect/concern flights to or from the

5        United States?

6        g.      Did Singapore Airlines agree with China Airlines to coordinate the amount of

7           fuel surcharges to be imposed on any given flight?

8           (1)     If yes, did these fuel surcharges affect/concern flights to or from the

9        United States?

10        h.      Did Singapore Airlines agree with China Airlines to raise fuel surcharges if

11           China Airlines raised their fuel surcharge?

12           (1)     If yes, did these fuel surcharges affect/concern flights to or from the

13        United States?

14  18.     When you were employed at Singapore Airlines, did you or anyone who reported to you

15  communicate with China Airlines regarding fares?

16        a.      If yes, who at Singapore Airlines participated in these communications?  What

17  were their names and titles?

18        b.      If yes, who at China Airlines participated in these communications? What were

19  their names and titles?

20        c.      How did these communications take place?  I.E. by telephone, over email, in

21           person, facsimile?

22        d.      When did these communications take place?

23        e.      What was communicated?

24        f.      Did Singapore Airlines agree with China Airlines to coordinate the amount of

25           fares to be imposed on any given flight?

26           (1)     If yes, did these fares affect/concern flights to or from the United States?

27

28

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF CHAN SECK
FUN (LETTER ROGATORY)
CASE NO. C07-5634 CRB

g.     Did Singapore Airlines agree with China Airlines to raise fares if China Airlines raised their fares?

(1)    If yes, did these fares affect/concern flights to or from the United States?

19.    When you were employed at Singapore Airlines, did you or anyone who reported to you communicate with Malaysia Airlines regarding fuel surcharges?

a.     If yes, who at Singapore Airlines participated in these communications?  What were their names and titles?

b.     If yes, who Malaysia Airlines participated in these communications? What were their names and titles?

c.     How did these communications take place?  I.E. by telephone, over email, in person, facsimile?

d.     When did these communications take place?

e.     What was communicated?

f.     Did Singapore Airlines agree with Malaysia Airlines to impose fuel surcharges if China Airlines raised their fuel surcharge?

(1)    If yes, did these fuel surcharges affect/concern flights to or from the United States?

g.     Did Singapore Airlines agree with Malaysia Airlines to coordinate the amount of fuel surcharges to be imposed on any given flight?

(1)    If yes, did these fuel surcharges affect/concern flights to or from the United States?

h.     Did Singapore Airlines agree with Malaysia Airlines to raise fuel surcharges if Malaysia Airlines raised their fuel surcharge?

(1)    If yes, did these fuel surcharges affect/concern flights to or from the United States?

20.    When you were employed at Singapore Airlines, did you or anyone who reported to you communicate with Malaysia Airlines regarding fares?

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF CHAN SECK FUN (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1         a.     If yes, who at Singapore Airlines participated in these communications?  What

2    were their names and titles?

3         b.     If yes, who at Malaysia Airlines participated in these communications? What

4    were their names and titles?

5         c.     How did these communications take place?  I.E. by telephone, over email, in

6                person, facsimile?

7         d.     When did these communications take place?

8         e.     What was communicated?

9         f.     Did Singapore Airlines agree with Malaysia Airlines to coordinate the amount of

10               fares to be imposed on any given flight?

11               (1)     If yes, did these fares affect/concern flights to or from the United States?

12        g.     Did Singapore Airlines agree with Malaysia Airlines to raise fares if Malaysia

13               Airlines raised their fares?

14               (1)     If yes, did these fares affect/concern flights to or from the United States?

15   21.     When you were employed at Singapore Airlines, did you or anyone who reported to you

16   communicate with Philippine Airlines regarding fuel surcharges?

17        a.     If yes, who at Singapore Airlines participated in these communications?  What

18   were their names and titles?

19        b.     If yes, who Philippine Airlines participated in these communications? What were

20   their names and titles?

21        c.     How did these communications take place?  I.E. by telephone, over email, in

22               person, facsimile?

23        d.     When did these communications take place?

24        e.     What was communicated?

25        f.     Did Singapore Airlines agree with Philippine Airlines to impose fuel surcharges

26   if Philippine Airlines raised their fuel surcharge?

27

28

-14-

1           (1)    If yes, did these fuel surcharges affect/concern flights to or from the

2 United States?

3     g.    Did Singapore Airlines agree with Philippine Airlines to coordinate the amount

4         of fuel surcharges to be imposed on any given flight?

5           (1)    If yes, did these fuel surcharges affect/concern flights to or from the

6 United States?

7     h.    Did Singapore Airlines agree with Philippine Airlines to raise fuel surcharges if

8         Philippine Airlines raised their fuel surcharge?

9           (1)    If yes, did these fuel surcharges affect/concern flights to or from the

10 United States?

11 22.    When you were employed at Singapore Airlines, did you or anyone who reported to you

12 communicate with Philippine Airlines regarding fares?

13     a.    If yes, who at Singapore Airlines participated in these communications?  What

14 were their names and titles?

15     b.    If yes, who at Philippine Airlines participated in these communications? What

16 were their names and titles?

17     c.    How did these communications take place?  I.E. by telephone, over email, in

18         person, facsimile?

19     d.    When did these communications take place?

20     e.    What was communicated?

21     g.    Did Singapore Airlines agree with Philippine Airlines to coordinate the amount

22         of fares to be imposed on any given flight?

23           (1)    If yes, did these fares affect/concern flights to or from the United States?

24     h.    Did Singapore Airlines agree with Philippine Airlines to raise fares if Philippine

25         Airlines raised their fares?

26           (1)    If yes, did these fares affect/concern flights to or from the United States?

27

28

-15-

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF CHAN SECK FUN (LETTER ROGATORY)
CASE NO. C07-5634 CRB

23.     When you were employed at Singapore Airlines, did you or anyone who reported to you communicate with Thai Airways regarding fuel surcharges?

      a.     If yes, who at Singapore Airlines participated in these communications?  What were their names and titles?

      b.     If yes, who Thai Airways participated in these communications? What were their names and titles?

      c.     How did these communications take place?  I.E. by telephone, over email, in person, facsimile?

      d.     When did these communications take place?

      e.     What was communicated?

      f.     Did Singapore Airlines agree with Thai Airways to impose fuel surcharges if Thai Airways raised their fuel surcharge?

          (1)     If yes, did these fuel surcharges affect/concern flights to or from the United States?

      g.     Did Singapore Airlines agree with Thai Airways to coordinate the amount of fuel surcharges to be imposed on any given flight?

          (1)     If yes, did these fuel surcharges affect/concern flights to or from the United States?

      h.     Did Singapore Airlines agree with Thai Airways to raise fuel surcharges if Thai Airways raised their fuel surcharge?

          (1)     If yes, did these fuel surcharges affect/concern flights to or from the United States?

24.     When you were employed at Singapore Airlines, did you or anyone who reported to you communicate with Thai Airways regarding fares?

      a.     If yes, who at Singapore Airlines participated in these communications?  What were their names and titles?

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF CHAN SECK FUN (LETTER ROGATORY)
CASE NO. C07-5634 CRB

b.      If yes, who at Thai Airways participated in these communications? What were their names and titles?

c.      How did these communications take place?  I.E. by telephone, over email, in person, facsimile?

d.      When did these communications take place?

e.      What was communicated?

f.      Did Singapore Airlines agree with Thai Airways to coordinate the amount of fares to be imposed on any given flight?

(1)      If yes, did these fares affect/concern flights to or from the United States?

g.      Did Singapore Airlines agree with Thai Airways to raise fares if Thai Airways raised their fares?

(1)      If yes, did these fares affect/concern flights to or from the United States?

25.      When you were employed at Singapore Airlines, did you or anyone who reported to you communicate with Vietnam Airlines regarding fuel surcharges?

a.      If yes, who at Singapore Airlines participated in these communications?  What were their names and titles?

b.      If yes, who Vietnam Airlines participated in these communications? What were their names and titles?

c.      How did these communications take place?  I.E. by telephone, over email, in person, facsimile?

d.      When did these communications take place?

e.      What was communicated?

f.      Did Singapore Airlines agree with Vietnam Airlines to impose fuel surcharges if Vietnam Airways raised their fuel surcharge?

(1)      If yes, did these fuel surcharges affect/concern flights to or from the United States?

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF CHAN SECK FUN (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1        g.     Did Singapore Airlines agree with Vietnam Airlines to coordinate the amount of

2              fuel surcharges to be imposed on any given flight?

3            (1)    If yes, did these fuel surcharges affect/concern flights to or from the

4    United States?

5        h.     Did Singapore Airlines agree with Vietnam Airlines to raise fuel surcharges if

6              Vietnam Airlines raised their fuel surcharge?

7            (1)    If yes, did these fuel surcharges affect/concern flights to or from the

8    United States?

9  26.    When you were employed at Singapore Airlines, did you or anyone who reported to you

10  communicate with Vietnam Airlines regarding fares?

11        a.     If yes, who at Singapore Airlines participated in these communications?  What

12  were their names and titles?

13        b.     If yes, who at Vietnam Airlines participated in these communications? What

14  were their names and titles?

15        c.     How did these communications take place?  I.E. by telephone, over email, in

16              person, facsimile?

17        d.     When did these communications take place?

18        e.     What was communicated?

19        f.     Did Singapore Airlines agree with Vietnam Airlines to coordinate the amount of

20              fares to be imposed on any given flight?

21            (1)    If yes, did these fares affect/concern flights to or from the United States?

22        g.     Did Singapore Airlines agree with Vietnam Airlines to raise fares if Vietnam

23              Airlines raised their fares?

24            (1)    If yes, did these fares affect/concern flights to or from the United States?

25  27.    When you were employed at Singapore Airlines, did you or anyone who reported to you

26  communicate with Japan Airlines regarding fuel surcharges?

27

28

-18-

1        a.     If yes, who at Singapore Airlines participated in these communications?  What

2    were their names and titles?

3        b.     If yes, who Japan Airlines participated in these communications? What were

4    their names and titles?

5        c.     How did these communications take place?  I.E. by telephone, over email, in

6                person, facsimile?

7        d.     When did these communications take place?

8        e.     What was communicated?

9        f.     Did Singapore Airlines agree with Japan Airlines to impose fuel surcharges if

10   Japan Airlines raised their fuel surcharge?

11             (1)     If yes, did these fuel surcharges affect/concern flights to or from the

12   United States?

13       g.     Did Singapore Airlines agree with Japan Airlines to coordinate the amount of

14               fuel surcharges to be imposed on any given flight?

15             (1)     If yes, did these fuel surcharges affect/concern flights to or from the

16   United States?

17       h.     Did Singapore Airlines agree with Japan Airlines to raise fuel surcharges if Japan

18               Airlines raised their fuel surcharge?

19             (1)     If yes, did these fuel surcharges affect/concern flights to or from the

20   United States?

21   28.    When you were employed at Singapore Airlines, did you or anyone who reported to you

22   communicate with Japan Airlines regarding fares?

23       a.     If yes, who at Singapore Airlines participated in these communications?  What

24   were their names and titles?

25       b.     If yes, who at Japan Airlines participated in these communications? What were

26   their names and titles?

27

28

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF CHAN SECK
FUN (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1       c.     How did these communications take place?  I.E. by telephone, over email, in

2              person, facsimile?

3       d.     When did these communications take place?

4       e.     What was communicated?

5       f.     Did Singapore Airlines agree with Japan Airlines to coordinate the amount of

6              fares to be imposed on any given flight?

7              (1)     If yes, did these fares affect/concern flights to or from the United States?

8       g.     Did Singapore Airlines agree with Japan Airlines to raise fares if Japan Airlines

9              raised their fares?

10              (1)     If yes, did these fares affect/concern flights to or from the United States?

11   29.     With respect to each document identified in <u>ATTACHMENT B</u>, a copy of which will be

12   provided to you, answer the following:

13       a.     Are you familiar with this document?

14       b.     Have you seen this document before?

15       c.     Please explain what this document is.

16       d.     When did you first see this document?

17              (1)     Was this in connection with your employment at SIA?

18              (2)     If yes, what was your position and responsibilities at the time?

19       e.     Are you the author of this document?

20              (1)     Were you in any way involved in the preparation of this document?

21              (2)     Explain your involvement.

22              (3)     If applicable, what does it mean to be "sponsored" or "approved" by you?

23              (4)     Did you send this document to anyone?

24                    i.     If yes, who?

25                   ii.     If yes, why?

26       f.     What was the purpose of this document?

27       g.     Did you receive this document?

28

-20-

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF CHAN SECK
FUN (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1          (1)    If yes, why was it sent to you?

2          (2)    If yes, how did you respond?

3     h.    Please explain the roles of the other individuals named in this document at the

4  time this document originated.

5          (1)    What company did each such individual work for?

6          (2)    Was the company a competitor of SIA?

7          (3)    What position did each such individual hold and what were his or her

8  responsibilities?

9          (4)    What was your relationship with each such individual?

10          (5)    How frequently did you communicate with each such individual?

11          (6)    How did you communicate with him or her, e.g., letter, email, telephone,

12  in person, etc.

13     i.    Were there any follow-up communications, e.g., letter, email, telephone, in

14  person, etc., to this document?

15     j.    Did you discuss this document with anyone at SIA?

16          (1)    If yes, with whom (name, position, responsibilities)?

17          (2)    If yes, when?

18          (3)    If yes, please describe your discussions.

19          (4)    If yes, did you or anyone at SIA come to any conclusions?

20     k.    Did you discuss this document with anyone outside of SIA?

21          (1)    If yes, with whom (name, company, position, responsibilities)?

22          (2)    If yes, when?

23          (3)    If yes, please describe your discussions.

24          (4)    If yes, did you come to any agreement regarding the matters described in

25  the document?

26          (5)    Did you come to any agreement regarding future conduct of SIA and/or

27     any competitor?

28
-21-
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF CHAN SECK
FUN (LETTER ROGATORY)
CASE NO. C07-5634 CRB

# ATTACHMENT B

Exhibit 1 is a copy of an email dated March 5, 2003 from Chan Seck Fun to Ee Kim Lye, among others, (and related emails and attachments) regarding imposing fuel surcharges, produced by SIA and identified as SIA_11_000123186 – SIA_11_000123190.

Exhibit 2 is a copy of minutes from the August 5, 2003 Board of Airline Representatives Hong Kong meeting, produced by Cathay Pacific and identified as CXACMDL000004180 – CXACMDL000004186.

Exhibit 3 is a copy of an email dated May 19, 2004 from Kaori Noma to Ee Kim Lye, among others, (and related emails) regarding fuel prices and surcharges, produced by SIA and identified as SIA_11_000114045 – SIA_11_000114048.

Exhibit 4 is a copy of minutes from the November 19, 2003 Board of Airline Representatives Hong Kong meeting, produced by Cathay Pacific and identified as CXTPAC-000664227 – CXTPAC-000664233.

Exhibit 5 is a copy of minutes from the May 21, 2004 Board of Airline Representatives Hong Kong meeting, produced by Cathay Pacific and identified as CXTPAC-000664258 – CXTPAC-000664265.

Exhibit 6 is a copy of an email dated June 7, 2004 from Ee Kim Lye to Paakkeat Ong (and related emails) regarding fuel surcharges, produced by SIA and identified as SIA_11_000206784 – SIA_11_000206785.

Exhibit 7 is a copy of an email dated May 12, 2004 from Ee Kim Lye to Chan Seck Fun regarding fare increases and fuel prices, produced by SIA and identified as SIA_11_000209349.

Exhibit 8 is a copy of an email dated March 10, 2000 from Julie Yang to Ee Kim Lye, among others, (and related emails) regarding fuel surcharges, produced by SIA and identified as SIA_11_000229584 – SIA_11_000229586.

Exhibit 9 is a copy of an email dated May 31, 2004 from Chan Seck Fun to Ivan Wong, among others, (and related emails) regarding imposing fuel surcharges, produced by SIA and identified as SIA_11_000113253.

Exhibit 10 is a copy of an email dated April 11, 2003 from Ee Kim Lye to Chan Seck Fun (and related emails) regarding fare increases and fuel prices, produced by SIA and identified as SIA_11_000125898.

Exhibit 11 is a copy of an email dated December 30, 2003 from Chan Seck Fun to Edmond Chiu, among others, (and related emails) regarding insurance surcharges, produced by SIA and identified as SIA_11_000182728 - SIA_11_000182729.

Exhibit 12 is a copy of an email dated October 13, 2005 from Ee Kim Lye to Chan Seck Fun, among others, (and related emails) regarding fares, produced by SIA and identified as SIA_11_000018558 – SIA_11_000018560.

Exhibit 13 is a copy of an email dated December 23, 2003 from Chan Seck Fun to Rocky Kwok, among others, (and related emails) regarding insurance surcharges, produced by SIA and identified as SIA_11_000062520.

Exhibit 14 is a copy of an email dated February 6, 2004 from Victoria Wong to Constance Wong, among others, (and related emails) regarding insurance surcharges, produced by SIA and identified as SIA_11_000063986 - SIA_11_000063995.

Exhibit 15 is a copy of an email dated January 7, 2004 from Ee Kim Lye to Phillip Goh among others, (and related emails) regarding insurance surcharges, produced by SIA and identified as SIA_11_000127121 - SIA_11_000127124.

Exhibit 16 is a copy of an email dated January 12, 2004 from Ee Kim Lye to Philip Goh, among others, (and related emails) regarding insurance surcharges, produced by SIA and identified as SIA_11_000207456 – SIA_11_000207460.

Exhibit 17 is a copy of an email dated June 9, 2004 from Chan Seck Fun to Ee Kim Lye (and related emails) regarding fuel surcharges, produced by SIA and identified as SIA_11_000199085.

Exhibit 18 is a copy of an email dated June 2, 2004 from Chan Seck Fun to Ee Kim Lye (and related emails and attachments) regarding fuel surcharges, produced by SIA and identified as SIA_11_000199091 – SIA_11_000199092.

Exhibit 19 is a copy of an email dated March 10, 2000 from Julie Yang to Ee Kim Lye, among others, (and related emails) regarding fares, produced by SIA and identified as SIA_11_000229584 – SIA_11_000229586.

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF CHAN SECK FUN (LETTER ROGATORY)
CASE NO. C07-5634 CRB

CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2013, I electronically filed the foregoing

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING

DEPOSITION OF CHAN SECK FUN (LETTER ROGATORY) with the Clerk of the Court

using the ECF system which will send notification of such filing to all attorneys of record

registered for electronic filing.


/s/ Dana M. Andreoli
Dana M. Andreoli

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF CHAN SECK
FUN (LETTER ROGATORY)
CASE NO. C07-5634 CRB