Joseph W. Cotchett
Paul N. "Pete" McCloskey
Steven N. Williams
Adam Zapala
COTCHETT, PITRE & MCCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577

Michael D. Hausfeld
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, D.C. 20006
Telephone: (202) 540-7200

Michael P. Lehman (77152)
Christopher Lebsock (184546)
HAUSFELD LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908

Allan Steyer (100318)
Jayne A. Peeters (108052)
Dana M. Andreoli (262068)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400

Jennie Anderson (203586)
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400

*Attorneys for Class Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br>_____<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: C 07-5634 CRB<br><br>MDL No. 1913<br><br>[~~PROPOSED~~] ORDER REGARING TAKING OF DEPOSITION OF TOSHIAKI OSHIMA AT THE UNITED STATES CONSULATE IN OSAKA, JAPAN |

[~~PROPOSED~~] ORDER REGARDING TAKING OF DEPOSITION OF TOSHIAKI OSHIMA AT THE UNITED STATES
CONSULATE IN OSAKA, JAPAN
CASE NO. C07-5634 CRB

TO ANY CONSUL OR VICE-CONSUL OF THE UNITED STATES ASSIGNED TO OSAKA, JAPAN:

WHEREAS, the above-captioned coordinated proceedings are pending before this Court;

WHEREAS, the Plaintiffs allege that Defendants engaged in anticompetitive conduct concerning the pricing of passenger fares and fuel surcharges on routes between the U.S. and Asia/Oceania;

WHEREAS, discovery is currently ongoing;

WHEREAS, Plaintiffs reserved a deposition room at the United States Consulate General in Osaka, Japan for taking the deposition on January 29, 2014 and January 30, 2014;

On stipulation and pursuant to Article 17 of the United States – Japan Consular Convention of 1963, 15 U.S.T. 768,

IT IS ORDERED that the deposition of the following witness, who will appear voluntarily, be taken at the United States Consulate General in Osaka, Japan:

| | |
|---|---|
| Name: | Toshiaki Oshima |
| Current Employer: | Singapore Airlines Limited |
| Address: | Unknown |

The deposition will commence on or about January 29, 2014 at 9:00 a.m. (local time) and conclude on or about January 30, 2014 at 5:00 p.m. (local time).

Counsel for Plaintiffs who will participate in the deposition is Jennie Anderson. Counsel for defendant Singapore Airlines Limited and for the deponent who will participate in the deposition include one or more of the following: William R. Sherman, Daiske Yoshida, Ashley Marie Bauer. Counsel for defendant EVA Airways Corporation, Jason Kelly and Tammy Tsoumas, may also participate in said deposition.

The proceedings will be reported by Jennifer Buck, Jeanne Bullis and/or Jane La Porte and recorded on video by Paul Diserio of Merrill Corporation. Bruce Holcombre of Merrill Corporation will act as an interpreter.

-1-
[PROPOSED] ORDER REGARDING TAKING OF DEPOSITION OF TOSHIAKI OSHIMA AT THE UNITED STATES CONSULATE IN OSAKA, JAPAN
CASE NO. C07-5634 CRB

1     The transcript of the deposition will be prepared and distributed among the interested
2 parties by the court reporter without further involvement by the Consulate General.
3     IT IS SO ORDERED.

4

5

6 Dated: December 30, 2013     By: _____

7     H̶o̶n̶o̶r̶a̶b̶l̶e̶ ̶W̶i̶l̶l̶i̶a̶m̶ ̶A̶l̶s̶u̶p̶ JEFFREY S. WHITE
    United States District Judge
8     For CHARLES R. BREYER

-2-
[̶P̶R̶O̶P̶O̶S̶E̶D̶]̶ ORDER REGARDING TAKING OF DEPOSITION OF TOSHIAKI OSHIMA AT THE UNITED STATES CONSULATE IN OSAKA, JAPAN
CASE NO. C07-5634 CRB