Scott E. Poynter (AR Bar No. 90077)
William T. Crowder (AR Bar No. 2003138)
Corey D. McGaha (AR Bar No. 2003047)
The Rozelle-Murphy House
1301 Scott Street
Little Rock, AR 72202
Telephone: (501) 907-2555
Facsimile: (501) 907-2556
E-mail: scott@emersonpoynter.com
        wcrowder@emersonpoynter.com
        cmcgaha@emersonpoynter.com

John G. Emerson (TX Bar No. 06602600)
EMERSON POYNTER LLP
830 Apollo Lane
Houston, Texas 77058
Telephone: (281) 488-8854
Facsimile: (281) 488-8867
E-mail: jemerson@emersonpoynter.com

Attorneys for Plaintiff(s)

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Civil Case No. 3:07-CV-05634-CRB<br><br>MDL No. 1913<br><br>**ORDER GRANTING MOTION TO WITHDRAW CHRISTOPHER D. JENNINGS AS COUNSEL OF RECORD** |
| This Document Relates to:<br><br>All Actions | |

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW CHRISTOPHER D. JENNINGS AS COUNSEL OF RECORD

1  Before the Court is Defendants Motion to Withdraw Christopher D. Jennings as Named
2  Counsel.  Upon consideration, the Court finds the Motion should be and hereby is GRANTED.

January 10, 2014

_____
U.S. FEDERAL COURT JUDGE

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW CHRISTOPHER D. JENNINGS AS COUNSEL OF RECORD**