Tammy A. Tsoumas (CA Bar No. 250487)
Jason Y. Kelly (CA Bar No. 274144)
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
E-mail:  tammy.tsoumas@kirkland.com
         jason.kelly@kirkland.com

James H. Mutchnik, P.C. (IL Bar No. 6201681)
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
E-mail:  james.mutchnik@kirkland.com

Attorneys for Defendant EVA Airways Corporation

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION**<br><br>**This Document Relates to:**<br>**ALL ACTIONS** | Case No.: 07-CV-5634-CRB<br><br>MDL No.: 1913<br><br>**STIPULATION AND ORDER PURSUANT TO CIVIL LOCAL RULES 6-2 AND 7-12 REGARDING DEPOSITIONS FOLLOWING FACT DISCOVERY CUT-OFF**<br><br>Judge:  The Honorable Charles R. Breyer |

STIPULATION AND [PROPOSED] ORDER PURSUANT TO CIVIL LOCAL RULES 6-2 AND 7-12 REGARDING DEPOSITIONS FOLLOWING FACT DISCOVERY CUT-OFF

Case No. 07-CV-05634-CRB AND MDL No. 1913

1  WHEREAS, the Court's Order re Deposition Limits (Dkt. No. 691), dated February 14, 2013, provides that "[n]o more than 10 (including 30(b)(6)) depositions may be conducted by [Plaintiffs] related to [EVA Airways Corporation ("EVA")]";

WHEREAS, the Court's Order Revising Briefing and Discovery Schedule (Dkt. No. 720), dated August 30, 2013, provides that fact discovery in this case shall close on January 31, 2014;

WHEREAS, Plaintiffs have requested to take ten depositions of EVA:  8 individual depositions; the deposition of Ms. Tina Kuo, EVA's declarant in support of the Motion of EVA Airways Corp. for Summary Judgment; and, a deposition pursuant to Federal Rule of Civil Procedure 30(b)(6);

WHEREAS, counsel for Plaintiffs and EVA (collectively, the "Parties") have been meeting and conferring regarding the dates and locations for the depositions that Plaintiffs have indicated that they intend to take;

WHEREAS, the Parties have agreed, subject to the Court's approval, to complete four depositions after the January 31, 2014 close of fact discovery in order to accommodate the schedules of the Parties and the deponents;

WHEREAS, the Parties have agreed that these depositions will be of Mr. Glenn Chai, Ms. Daisy Yang, Mr. Gary Huang, and a deposition of EVA pursuant to Federal Rule of Civil Procedure 30(b)(6);

WHEREAS, the Parties have agreed that these four depositions will be completed by February 28, 2014;

WHEREAS, all parties in this action have stipulated to the Parties' agreement regarding Plaintiffs conducting these four depositions between January 31, 2014 and February 28, 2014; and,

WHEREAS, the Parties jointly agree that conducting these four depositions in February 2014 will not affect any other deadlines for this case, will not otherwise alter the close of fact discovery on January 31, 2014, and will be more convenient for the Parties and the deponents;

IT IS HEREBY STIPULATED by and between the Parties, subject to the Court's approval, that Plaintiffs shall conduct and complete these four of ten depositions related to EVA (specifically, the three depositions of EVA employees Mr. Glenn Chai, Ms. Daisy Yang, and Mr. Gary Huang,

STIPULATION AND [PROPOSED] ORDER PURSUANT TO CIVIL LOCAL RULES 6-2 AND 7-12 REGARDING DEPOSITIONS FOLLOWING FACT DISCOVERY CUT-OFF  -1-  **Case No. 07-CV-05634-CRB AND MDL No. 1913**

and the deposition of EVA pursuant to Federal Rule of Civil Procedure 30(b)(6)) no later than February 28, 2014; and

IT IS HEREBY FURTHER STIPULATED by and between the Parties that this Stipulation does not affect any other deadlines or otherwise alter the January 31, 2014 close of fact discovery.

Pursuant to Local Rule 6-2(a), the Declaration of Jason Kelly in Support of the Stipulation Regarding Depositions Following Fact Discovery Cut-Off is filed herewith.

DATED: January 15, 2014      **COTCHETT, PITRE & McCARTHY, LLP**

By:    */s/Adam J. Zapala*
       Adam J. Zapala

*Co-Lead Counsel for Plaintiffs*

**HAUSFELD, LLP**

By:    */s/ Seth Gassman*
       Seth Gassman

*Co-Lead Counsel for Plaintiffs*

**KIRKLAND & ELLIS LLP**

By:    */s/ Tammy Tsoumas*
      Tammy Tsoumas

*Counsel for Defendant EVA Airways Corporation*

**CONDON & FORSYTH LLP**

By:    */s/ Michael J. Holland*
      Michael J. Holland

*Counsel for Defendant Air New Zealand*

**CONSTANTINE CANNON LLP**

By:    */s/ Ankur Kapoor*
      Ankur Kapoor

*Counsel for Defendant All Nippon Airways Co., Ltd.*

**DLA PIPER LLP**

By:    */s/ David H. Bamberger*
      David H. Bamberger

*Counsel for Defendant Cathay Pacific Airways*

---

STIPULATION AND [PROPOSED] ORDER PURSUANT TO CIVIL LOCAL RULES 6-2 AND 7-12 REGARDING DEPOSITIONS FOLLOWING FACT DISCOVERY CUT-OFF    -3-   **Case No. 07-CV-05634-CRB AND MDL No. 1913**

|   |   |   |
|---|---|---|
| 1 | | **SQUIRE SANDERS & DEMPSEY, LLP** |
| 2 | | |
| 3 | | By:     */s/ James V. Dick*<br>       James V. Dick |
| 4 | | *Counsel for Defendant China Airlines* |

1                  **SQUIRE SANDERS & DEMPSEY, LLP**

2

3                  By:     */s/ James V. Dick*
                                            James V. Dick

4                  *Counsel for Defendant China Airlines*

5

6                  **COVINGTON & BURLING LLP**

7                  By:     */s/ Anita Stork*
                                            Anita Stork

8

9                  *Counsel for Defendant Philippine Airlines*

10

11                 **BAKER & MILLER PLLC**

12                By:     */s/ W. Todd Miller*
                                           W. Todd Miller

13

14                *Counsel for Defendant Qantas Airways Limited*

15

16               **LATHAM & WATKINS LLP**

17              By:     */s/ William R. Sherman*
                                    William R. Sherman

18

19             *Counsel for Defendant Singapore Airlines Limited*

20

21 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22

23 DATED: __January 17, 2014__

24                 HON. CHARLES R. BREYER
                      UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" signed Judge Charles R. Breyer]*