| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | William R. Sherman (admitted *Pro Hac Vice*)<br>555 Eleventh Street, N.W., Suite 1000 |
| 3 | Washington, D.C.  20004-1304<br>Telephone:  +1.202.637.2200 |
| 4 | Facsimile:  +1.202.637.2201<br>Email:  william.sherman@lw.com |
| 5 | Counsel for Defendant Singapore Airlines Limited |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION**<br><br>**This Document Relates to:**<br>**ALL ACTIONS** | File No. 3:07-cv-05634-CRB<br><br>MDL No. 1913<br><br>**ORDER REGARDING DEPOSITION OF KAZUHISA OKAMOTO AT THE UNITED STATES CONSULATE IN OSAKA, JAPAN** |

TO ANY CONSUL OR VICE-CONSUL OF THE UNITED STATES ASSIGNED TO OSAKA, JAPAN:

WHEREAS, the above-captioned coordinated proceedings are pending before this Court;

WHEREAS, discovery is currently ongoing;

WHEREAS, Plaintiffs have reserved a deposition room at the United States Consulate General in Osaka, Japan for taking the deposition on January 29, 2014 and January 30, 2014;

WHEREAS, on December 30, 2013, this Court issued an Order (Dkt. 808) setting the deposition of Kazuhisa Okamoto for January 30, 2014 at 9:00 a.m. (local time);

WHEREAS, the parties have stipulated that the Court's December 30, 2013 should be amended to allow for the participation of check interpreter, Yoshiko Iga:

On stipulation and pursuant to Article 17 of the United States – Japan Consular Convention of 1963, 15 U.S.T. 768,

IT IS ORDERED that the deposition of the following witness, who will appear voluntarily, be taken at the United States Consulate General in Osaka, Japan:

Name:              Kazuhisa Okamoto

Current Employer:  Singapore Airlines Limited

Address:           Unknown

The deposition will commence on or about January 30, 2014 at 9:00 a.m. (local time) and conclude on or about January 31, 2014 at 5:00 p.m. (local time).

Counsel for Plaintiffs who will participate in the deposition is Jennie Anderson. Counsel for defendant Singapore Airlines Limited and for the deponent who will participate in the deposition include: William R. Sherman and Ashley Marie Bauer. Counsel for defendant EVA Airways Corporation, Jason Kelly and Tammy Tsoumas, may also participate in said deposition.

The proceedings will be reported by Jennifer Buck, Jeanne Bullis and/or Jane La Porte and recorded on video by Paul Diserio of Merrill Corporation. Bruce Holcombre of Merrill Corporation will act as an interpreter. Yoshiko Iga will act as check interpreter.

The transcript of the deposition will be prepared and distributed among the interested parties by the court reporter without further involvement by the Consulate General.

IT IS SO ORDERED.

Dated:  January 22, 2014            By: _____
                                        Honorable Charles R. Breyer
                                        United States District Judge



[PROPOSED] ORDER REGARDING DEPOSITION OF KAZUHISA OKAMOTO                                   Case No. 07-cv-05634 CRB