UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Civil Case No. 3:07-cv-05634-CRB-DMR |
| | MDL No. 1913 |
| This Document Relates to: | STIPULATION AND ORDER RE PLAINTIFFS' RESPONSE TO SUMMARY JUDGMENT MOTIONS AND HEARING DATE |
| All Actions | |

Whereas, several Defendants have filed motions for summary judgment arguing that the filed rate doctrine precludes damage claims in this Court;

Whereas, Plaintiffs will file responses to those motions;

Whereas, on December 23, 2013, counsel for Defendant China Airlines, Ltd. ("CAL") and Plaintiffs filed a joint letter brief in which Plaintiffs seek an order quashing a third-party subpoena to the Airline Tariff Publication Co. ("ATPCO").  *See* Dkt. No. 806.

Whereas, on January 14, 2014, counsel for Defendant All Nippon Airways Co., Ltd. ("ANA") and Plaintiffs filed a joint letter brief regarding a discovery dispute concerning whether ANA should produce its Chief Executive Officer, Osamu Shinobe, for deposition.  *See* Dkt. No. 816.

Whereas, on January 15, 2014, counsel for Defendant EVA Airways Corporation ("EVA") and Plaintiffs filed a joint letter brief in which Plaintiffs request that EVA be ordered to provide a further response to Plaintiffs' Fourth Set of Interrogatories to EVA, Interrogatory No. 1, relating to the filed rate doctrine. *See* Dkt. No. 819.

Whereas, on January 15, 2014, counsel for Defendant Philippine Airlines Inc. ("PAL") and Plaintiffs filed a joint letter brief in which Plaintiffs request that PAL be ordered to provide a further response to Plaintiffs' Fourth Set of Interrogatories to PAL, Interrogatory No. 1, relating to the filed rate doctrine. *See* Dkt. No. 820.

Whereas, other defendants similarly situated to EVA and PAL in regards to their responses to the same interrogatory at issue above have agreed to be bound by the resolution of the motions concerning EVA and PAL.

Whereas, the Court set the hearing on these discovery motions for January 28, 2014, at 1:00 p.m.  *See* Dkt. No. 821.

Whereas the Parties are using their best efforts to complete fact discovery in this matter, including depositions, by the fact discovery deadline of January 31, 2014.

Whereas Plaintiffs have entered into stipulations with certain Defendants that, notwithstanding Plaintiffs' and those Defendants' best efforts, certain of the Parties' depositions may occur after January 31, 2014, for the convenience of the Parties and in the interests of justice.

Whereas, to that end, the Parties have scheduled 18 depositions of the Parties and one non-party deposition during the last week of January and seven depositions of the Parties during the first week of February.

Whereas counsel for Defendant PAL will be in the Philippines during the week of January 27, 2014, preparing for five depositions scheduled during the week of February 3, 2014.

Whereas, the Court's clerk has indicated that the Court has availability on February 13, 2014, at 3:30 p.m. to hear the motions concerning CAL, EVA, PAL, and ANA.

Whereas, the motions concerning EVA and PAL and the other defendants who are similarly situated to EVA and PAL, bear on Plaintiffs' responses to Defendants' motions for summary judgment on the filed rate doctrine.

Whereas, Plaintiffs' response to the summary judgment motions is presently scheduled for February 18th, 2014.

Whereas, Plaintiffs need sufficient time after the resolution of the aforementioned motions to respond to the summary judgment motions.

Now therefore, counsel for Plaintiffs and counsel for defendants Air New Zealand, ANA, Cathay, CAL, EVA, PAL, Qantas and Singapore Airlines hereby stipulate as follows:

In the event that the Court grants Plaintiffs' motion and orders EVA and PAL to provide further responses to the interrogatory at issue, Plaintiffs' response to the various summary judgment motions shall be due one week after EVA and PAL and any other similarly situated defendant provide such supplemental interrogatory answers. In no case, however, shall Plaintiffs' response to the summary judgment motions be due prior to March 3, 2014.

If the Court denies Plaintiffs' motion to compel further responses by EVA and PAL, Plaintiffs' response to the summary judgment motions shall be due on March 3, 2014.

If Plaintiffs do not file a declaration in support of their response to the summary judgment motions, Defendants shall file their reply papers within 59 days of Plaintiffs' response;

If Plaintiffs do file one or more declarations in support of their response to the summary judgment motions, Defendants shall file their reply papers on May 1, 2014 or 28 days after the last declarant in support of Plaintiffs' response to the summary judgment motions is deposed,

1  whichever is later.

2       The parties shall meet and confer after the filing of Plaintiffs' response to the summary

3  judgment motions regarding deposition dates for any declarants and a hearing date for the

4  summary judgment motions.

5

6  Dated:  January 27, 2014         Respectfully submitted,

7

8                                 */s/ Steven N. Williams*

                              **COTCHETT, PITRE & McCARTHY, LLP**

9                                Joeseph W. Cotchett

                              Steven N. Williams

10                                Adam J. Zapala

11                                *Interim Co-Lead Counsel for Plaintiffs*

12

13                                  */s/ Christopher L. Lebsock*

14                                **HAUSFELD, LLP**

                              Michael D. Hausfeld

15                                Michael P. Lehmann

                              Christopher  L. Lebsock

16                                *Interim Co-Lead Counsel for Plaintiffs*

17

18  Dated:  January 27, 2014    By:        */s/ Joseph A. Meckes*

19                                **SQUIRE SANDERS (US) LLP**

                              Joseph A. Meckes

20

21                                *Counsel for Defendant China Airlines*

22

23

24

25  Dated:  January 27, 2014    By:        */s/ Ankur Kapoor*

26

27

28

1

**CONSTANTINE CANNON LLP**
Ankur Kapoor

2

3

*Counsel for Defendant All Nippon Airways*

4

5    Dated:  January 27, 2014        By:  _____ */s/ Tammy A. Tsoumas* _____

**KIRKLAND & ELLIS LLP**

6    Tammy A. Tsoumas

7    *Counsel for Defendant EVA Airways Corporation*

8

9    Dated: January 27, 2014        By  _____ */s/ Deana Cairo* _____

**DLA PIPER**

10   Deana Cairo

11   *Counsel for Defendant Cathay Pacific Airways, Ltd.*

12

13   Dated: January 27, 2014        By:  _____ */s/ Todd Miller* _____

**BAKER & MILLER PLLC**

14   Todd Miller

15   *Counsel for Qantas Airways Limited*

16

17   Dated: January 27, 2014        By:  _____ */s/ Michael Holland* _____

18   **CONDON & FORSYTH LLP**
Michael Holland

19

20   *Counsel for Air New Zealand Limited*

21

22   Dated: January 27, 2014        By:  _____ */s/ Willam Sherman* _____

**LATHAM & WATKINS LLP**

23   William Sherman

24   *Counsel for Singapore Airlines Limited*

25

26

27

28

1   **SO ORDERED**.

2

3   Dated:  January 29, 2014

4



_____
Judge Charles R. Breyer
UNITED STATES DISTRICT JUDGE