1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION**

Case No. 07-CV-5634-CRB

MDL 1913

<u>CLASS ACTION</u>

**ORDER GRANTING NOTICE OF ATTORNEY WITHDRAWAL**

Fried, Frank, Harris, Shriver & Jacobson LLP's Notice of Attorney Withdrawal came before this Court. Having considered the request to remove Fried, Frank, Harris, Shriver & Jacobson LLP and its attorneys of record Bernard A. Nigro Jr. and Joshua D. Roth as counsel for Malaysian Airline System Berhad and that all pleadings, notices, orders, discovery correspondence, memoranda, documents, and things no longer will be served upon them, and finding good cause therefore, it is hereby ordered that Fried, Frank, Harris, Shriver & Jacobson LLP is terminated as counsel for Malaysian Airline System Berhad.

Dated: January 29, 2014

