UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS<br>_____/ | No. C-07-05634 CRB (DMR)<br><br>**ORDER RE DEPOSITION SCHEDULING DISPUTE [DOCKET NOS. 881, 882, 883]** |

The court is in receipt of Plaintiffs and Defendant All Nippon Airways Co., Ltd.'s ("ANA") letters addressing their dispute regarding whether Osame Shinobe's deposition should take place in May or June 2014. [Docket Nos. 881, 882, 883.] ANA represents that Shinobe is available for deposition on June 12 or June 13 and that the U.S. embassy in Tokyo is available on those dates, and Plaintiffs did not explain why waiting an additional month to depose Shinobe will result in prejudice. Therefore, the court orders the parties immediately to meet and confer to confirm Shinobe's deposition for June 12 or 13 by March 25, 2014. If either Shinobe or the U.S. embassy is no longer available on June 12 or 13, the deposition shall go forward on May 9, 2014 even though ANA's in-house counsel is not available then, because both Shinobe and the U.S. embassy appear available on that date.

IT IS SO ORDERED.

Dated: March 24, 2014

DONNA M. RYU
United States Magistrate Judge