1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION**<br><br>**This Document Relates to:**<br><br>**ALL ACTIONS** | Civil Case No. 3:07-cv-05634-CRB-DMR<br>MDL No. 1913<br><br>[~~PROPOSED~~] **ORDER REGARDING DEPOSITION OF OSAMU SHINOBE AT THE UNITED STATES EMBASSY IN TOKYO, JAPAN** |

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

[PROPOSED] ORDER REGARDING DEPOSITION OF OSAMU SHINOBE AT THE UNITED STATES EMBASSY IN TOKYO, JAPAN; CASE NO. 07-CV-5634-CRB

**TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES ASSIGNED TO TOKYO, JAPAN**

WHEREAS, the above-captioned coordinated proceedings are pending before this Court;

WHEREAS the Plaintiffs allege that Defendants engaged in anticompetitive conduct concerning the pricing of passenger fares and fuel surcharges on routes between the U.S. and Asia/Oceania;

WHEREAS the Plaintiffs reserved a deposition room at the United States Embassy in Tokyo, Japan for taking the deposition on or around June 12, 2014;

WHEREAS the Plaintiffs have already paid a fee to the United Embassy in Tokyo, Japan for reserving the conference room;

Upon the application of Plaintiffs and pursuant to Article 17 of The United States-Japan Consular Convention of 1963, 15 U.S.T. 768,

**IT IS ORDERED** that the deposition on notice of the following witness be taken at the United States Embassy in Tokyo, Japan:

<u>Name</u>: Osamu Shinobe, Chief Executive Officer, All Nippon Airways, Co., Ltd.

<u>Current Employer</u>: All Nippon Airways Co., Ltd. ("ANA")

<u>Address</u>: ANA Head Office, Shiodome-City Center, 1-5-2, Higashi-Shimbashi, Minato-ku, Tokyo 105-7133, Japan

The deposition will commence on or about June 12, 2014 at 9:00 am (local time) and conclude on or about 11:00 am (local time).

Counsel for Plaintiffs who will participate in the said deposition is Adam J. Zapala.

Counsel for Defendant ANA who will participate in the said deposition are Ankur Kapoor and Douglas E. Rosenthal. ANA also plans to have in attendance Takayoshi Sugawara (Senior Vice President and General Counsel, ANA), and Yo Watanabe (check interpreter).

The proceedings will be reported by Brandy Renee Stull, Jean Marie Bullis, Jade Kira King or Jennifer Buck of Merrill Corporation and recorded on video by Paul Diserio, Daniele Dean

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

[PROPOSED] ORDER REGARDING DEPOSITION OF OSAMU SHINOBE AT THE UNITED STATES EMBASSY IN TOKYO, JAPAN; CASE NO. 07-CV-5634-CRB

Harrington or Paul Michael Goldberg of Merrill Corporation.  William A. Lise will act as an interpreter.

The transcript of the deposition will be prepared and distributed among the interested parties by the court reporter without further involvement by the Consulate General.

**IT IS SO ORDERED**.

Dated: __April 15_____, 2014



Hon. Judge Donna M. Ryu
United States Magistrate Judge

[PROPOSED] ORDER REGARDING DEPOSITION OF OSAMU SHINOBE AT THE UNITED STATES EMBASSY IN TOKYO, JAPAN; CASE NO. 07-CV-5634-CRB

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP