1  Joseph W. Cotchett
   Paul N. "Pete" McCloskey
2  Steven N. Williams
   Adam Zapala
3  COTCHETT, PITRE & MCCARTHY, LLP
   San Francisco Airport Office Center
4  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
5  Telephone: 650-697-6000
   Facsimile: 650-697-0577
6
   Michael D. Hausfeld                      Michael P. Lehman (77152)
7  HAUSFELD LLP                             Christopher Lebsock (184546)
   1700 K Street, N.W., Suite 650           HAUSFELD LLP
8  Washington, D.C. 20006                   44 Montgomery Street, Suite 3400
   Telephone: (202) 540-7200                San Francisco, CA 94104
9                                           Telephone: (415) 633-1908

10 Allan Steyer (100318)                    Jennie Anderson (203586)
   Jayne A. Peeters (108052)                ANDRUS ANDERSON LLP
11 Dana M. Andreoli (262068)                155 Montgomery Street, Suite 900
   STEYER LOWENTHAL BOODROOKAS              San Francisco, CA 94104
     ALVAREZ & SMITH LLP                    Telephone: (415) 986-1400
12 One California Street, Third Floor
   San Francisco, California 94111
13 Telephone: (415) 421-3400

14 *Attorneys for Class Plaintiffs*

15           UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA

17

18 IN RE TRANSPACIFIC PASSENGER         Case No.:  C 07-5634 CRB
   AIR TRANSPORTATION ANTITRUST
   LITIGATION                           MDL No. 1913
19 ─────────────────────────────
                                        **AMENDED REQUEST FOR**
20                                      **INTERNATIONAL JUDICIAL**
   This Document Relates to:            **ASSISTANCE REGARDING TAKING**
21                                      **DEPOSITION OF EE KIM LYE**
   ALL ACTIONS
22                                      **(LETTER ROGATORY)**

23 ─────────────────────────────

24

25

26

27

28

1    TO THE REGISTRAR OF THE SUPREME COURT OF SINGAPORE:

2           WHEREAS, the above-captioned coordinated proceedings are pending before this

3    Court;

4           WHEREAS, the Plaintiffs allege that Defendants engaged in anticompetitive conduct

5    concerning the pricing of passenger fares and fuel surcharges on routes between the U.S. and

6    Asia/Oceania;

7           WHEREAS, it is necessary for the purposes of justice and for the due determination of

8    the matters in dispute between the parties that the following person should be examined as a

9    witness upon oath touching such matters, namely Ee Kim Lye, with a last known address of Blk

10   22, #11-358 Dover Crescent, Singapore (130022), and it appears that such witness is resident

11   within your jurisdiction:

12   **I. REQUEST**

13          The United States District Court Northern District of California presents its compliments

14   to the Supreme Court of Singapore, and requests international assistance to compel testimony to

15   be used in a civil proceeding before this Court in the above-captioned matter.

16          This Court requests, for the reasons previously stated, that the Supreme Court of

17   Singapore summon Ee Kim Lye, with a last known address of Blk 22, #11-358 Dover Crescent,

18   Singapore (130022), to attend at such time and place as you shall appoint, before you or such

19   other person as according to your procedure is competent to take the examination of witnesses,

20   and that you will cause such witness to be examined orally on the interrogatories and topics

21   which are attached to this letter of request as <u>Attachment A</u>, in the presence of the agents of the

22   plaintiffs and defendants on due notice given.

23          In addition, this Court requests that you will permit the agents of both the plaintiffs and

24   defendants to examine upon interrogatories and oral examination on the interrogatories and

25   topics which are attached to this letter of request as <u>Attachment A</u> or arising out of the answers

26   thereto, such witness, and permit the cross-examination of the said witness upon cross-

27   interrogatories and oral examination, and permit the party producing the witness for

28
                                                    -1-
AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF EE
KIM LYE (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1   examination to examine him orally, or permit the agents of both the plaintiffs and defendants to

2   attend the deposition and taken evidence by video-link.

3           In addition, this Court requests that you will be pleased to cause the evidence of the said

4   witness (and the answers of the said witness and all additional oral questions, whether on

5   examination, cross-examination or re-examination) to be reduced into writing and all books,

6   letters, papers and documents produced on such examination to be duly marked for

7   identification, and that you will be further pleased to authenticate such examination by the seal

8   of your tribunal or in such other way as is in accordance with your procedure and to return it

9   together with the interrogatories and cross-interrogatories and a note of the charges and

10  expenses payable in respect of the execution of this request through the counsel from whom the

11  same was received for transmission to the United States District Court of the Northern District

12  of California.

13          In addition, this Court requests that you will cause the agents of the parties appointed to

14  be informed of the date and place where the examination is to take place.  Their contact

15  information is as follows:

16  Allan Steyer
    Jayne A. Peeters
17  Dana M. Andreoli
    STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP
18  One California Street, Third Floor
    San Francisco, California 94111
19  Telephone: (415) 421-3400
    Facsimile: (415) 421-2234
20

21  Jennie Lee Anderson
    ANDRUS ANDERSON LLP
22  155 Montgomery Street, Suite 900
    San Francisco, CA 94104
23  Telephone: 415.986.1400
    Facsimile: 415.986.1474
24

25  *Attorneys for Plaintiff Rachel Diller*

26  ///

27  ///

28
    AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF EE
    KIM LYE (LETTER ROGATORY)
    CASE NO. C07-5634 CRB

Ashley Marie Bauer
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415-395-8138
Facsimile: 415-395-8095

William Sherman
LATHAM & WATKINS LLP
555 11th Street, N.W.
Washington, D.C. 20004
Telephone: 202-637-2200
Facsimile: 202-637-2201

*Attorneys for Defendant Singapore Airlines*

## II.  FACTS OF THE CASE

Plaintiffs Micah Abrams, Meor Adlin, Franklyn Ajaye, Andrew Barton, Brenden G. Maloof, Rachel Diller, Scott Frederick, David Kuo, Dickson Leung, Donald Wortman, Harley Oda, Roy Onomura, Shinsuke Kobayashi, Patricia Lee, Nancy Kajiyama, on her own behalf and on behalf of Noboru Kajiyama [deceased], Della Ewing Chow, James Kawaguchi, individually and on behalf of all others similarly situated, filed the complaint in this action under Section 16 of the Clayton Act, (15 U.S.C. §26).  The Second Amended Class Action Complaint in this matter seeks to obtain injunctive relief for violations of Section 1 of the Sherman Antitrust Act (15 U.S.C. §1) and to recover damages and/or restitution based on claims that Defendants Air France, Air New Zealand, All Nippon Airways, Cathay Pacific Airways, China Airlines, Eva Airways, Japan Airlines International, KLM Royal Dutch Airline,  Malaysia Airlines, Malaysian Airline System Berhad, Philippine Airlines, Inc., Qantas Airways, Ltd., Singapore Airlines, Thai Airways, United Airlines, and Vietnam Airlines engaged in anticompetitive conduct concerning the pricing of passenger fares and fuel surcharges on routes between the U.S. and Asia/Oceania from approximately January 2000 through at least July 2011 that caused plaintiffs and individuals similarly situated to pay artificially high and non-competitive prices for tickets for air passenger travel in the United States.

///

///

## III.  RECIPROCITY

The United States District Court for the Northern District of California would be willing to provide similar assistance to the Supreme Court of Singapore.

## IV.  REIMBURSEMENT FOR COSTS

Counsel for the Plaintiffs have represented that they are willing to reimburse the Supreme Court of Singapore for costs incurred in executing this Letter Rogatory in an amount not to exceed Two Thousand dollars ($2000.00) in United States Dollars.  If the costs for executing this Letter Rogatory will exceed USD $2000, please contact counsel for the Plaintiffs before exceeding this amount.  Their contact information is as follows:

Allan Steyer
Jayne A. Peeters
Dana M. Andreoli
STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234

Jennie Lee Anderson
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415.986.1400
Facsimile: 415.986.1474

The Court extends to the Registrar of the Supreme Court of Singapore assurances of its highest consideration.

Dated:  __4/17/2014_____        By: _____

GRANTED
Donna

Hon. Judge Donna M. Ryu
United States Magistrate Judge

-4-
AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF EE KIM LYE (LETTER ROGATORY)
CASE NO. C07-5634 CRB

**Attachment A: Questions for Ee Kim Lye**

1.      What is your full name?

2.      When were you employed with Singapore Airlines?

    a.      What positions did you hold at Singapore Airlines?

    b.      What were the dates that you held each of those positions?

    c.      What were your responsibilities and duties for each of those positions?

    d.      Who did you report to?

    e.      Who reported to you?

    f.      Were you involved in setting Singapore Airlines' fuel surcharges?

        i.      If yes, how did Singapore Airlines decide to initially impose a fuel surcharge and in what amount?

        ii.     If yes, what were the criteria used to determine the fuel surcharges imposed?

        iii.    If yes, how did Singapore Airlines decide how much to change the fuel surcharge for Singapore Airlines?

        iv.     If yes, did Singapore Airlines ever change the fuel surcharge for Singapore Airlines flights flying to and from the United States?

        v.      If yes, when did Singapore Airlines make those changes to fuel surcharges for Singapore Airlines flights flying to and from the United States?

        vi.     If yes, who at Singapore Airlines had authority to change or control the Singapore Airlines fuel surcharge?

            (a) What was their title?

            (b) When were they employed with Singapore Airlines?

            (c) Who did they report to?

            (d) Who were their direct reports?

        vii.    If no, who did have authority?

            (a) What was their title?

1    (b) When were they employed with Singapore Airlines?

2    (c) Who did they report to?

3    (d) Who were their direct reports?

4    (e)    Did you ever communicate with these people about changing fuel

5    surcharges for Singapore Airline flights to or from the United States?

6    If yes, when?

7    If yes, what was said?

8    g.    Did the fuel charges Singapore charged vary at any given time? E.g., by flight

9    time, distance, ticket class, destination?

10    i.    If so, when did they vary?

11    ii.    If so, why did they vary?

12    iii.    Was there every any tiered system for assessing fuel surcharges? How as

13    that structured?  When?

14    h.    Were you involved in setting Singapore Airlines' fares?

15    i.    If yes, what were the criteria used to determine Singapore Airlines' fares?

16    ii.    If yes, how did Singapore Airlines decide how much to change the fares

17    for Singapore Airlines?

18    iii.    If yes, did Singapore Airlines ever change the fares for Singapore

19    Airlines flights flying to and from the United States?

20    iv.    If yes, when did Singapore Airlines make those changes to fares for

21    Singapore Airlines flights flying to and from the United States?

22    v.    If yes, who else at Singapore Airlines had authority to change or control

23    the Singapore Airlines fares?

24    What was their title?

25    When were they employed with Singapore Airlines?

26    Who did they report to?

27    Who were their direct reports?

28
-6-
AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF EE
KIM LYE (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1          vi.     If no, who did have authority to change or control the Singapore Airlines

2      fares?

3              What was their title?

4              When were they employed with Singapore Airlines?

5              Who did they report to?

6              Who were their direct reports?

7              Did you ever communicate with these people about changing fuel

8      surcharges for Singapore Airline flights to or from the United States?

9              If yes, when?

10              If yes, what was said?

11   3.   Were you employed with other airlines?

12      a.     If yes, with what other airlines were you employed?

13      b.     If yes, what dates were you employed at each of the other airlines?

14      c.     If yes, what positions did you hold at each of the other airlines?

15      d.     If yes, what were your responsibilities/duties at each of the other airlines?

16   4.   When you were employed at Singapore Airlines, did you directly communicate with

17   other airlines regarding fuel surcharges?

18      a.     What airlines?

19      b.     With whom did you communicate?

20      c.     When did you communicate with them?

21      d.     What was communicated?

22      e.     Why?

23   5.   When you were employed at Singapore Airlines, did you directly communicate with

24   other airlines regarding fares?

25      a.     What airlines?

26      b.     With whom did you communicate?

27      c.     When did you communicate with them?

28
-7-
AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF EE
KIM LYE (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1       d.      What was communicated?

2       e.      Why?

3  6.     Were you aware of anyone else at Singapore Airlines who directly communicated with

4  other airlines regarding fuel surcharges?

5       a.      Who?  What were their names and titles?

6       b.      What airlines and with whom did they communicate with?

7       c.      When did they communicate with the other airlines?

8       d.      What was communicated?

9       e.      Why?

10  7.     Were you aware of anyone else at Singapore Airlines who directly communicated with

11  other airlines regarding fares?

12       a.      Who?  What were their names and titles?

13       b.      What airlines and with whom did they communicate with?

14       c.      When did they communicate with the other airlines?

15       d.      What was communicated?

16       e.      Why?

17  8.     Did Singapore Airlines coordinate with other airlines regarding whether to impose fuel

18  surcharges?

19       a.      If yes, describe all such instances.

20       b.      If yes, did these fuel surcharges affect flights to or from the United States?

21  9.     Did Singapore Airlines coordinate with other airlines regarding the amount of fuel

22  surcharges to be imposed on any given flight?

23       a.      If yes, describe all such instances.

24       b.      If yes, did these fuel surcharges affect flights to or from the United States?

25  10.    Did Singapore Airlines coordinate with other airlines regarding the amount of fares to be

26  charged for any given flight?

27       a.      If yes, describe all such instances.

28
AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF EE KIM LYE (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1    b.    If yes, did these fares affect flights to or from the United States?

2  11.    Did Singapore Airlines agree with other airlines to raise fuel surcharges if another

3  airline raised their fuel surcharge?

4    a.    If yes, describe all such instances.

5    b.    If yes, did these fuel surcharges affect flights to or from the United States?

6  12.    Did Singapore Airlines agree with other airlines to raise fares if another airline raised

7  their fares?

8    a.    If yes, describe all such instances.

9    If yes, did these fares affect flights to or from the United States?

10  13.    When you were employed at Singapore Airlines, did you or anyone who reported to you

11  communicate with Cathay Pacific Airways regarding fuel surcharges?

12    a.    If yes, who at Singapore Airlines participated in these communications?  What

13  were their names and titles?

14    b.    If yes, who at Cathay Pacific participated in these communications? What were

15  their names and titles?

16    c.    How did these communications take place?  I.E. by telephone, over email, in

17  person, facsimile?

18    d.    When did these communications take place?

19    e.    What was communicated?

20    f.    Did Singapore Airlines agree with Cathay Pacific Airways to impose fuel

21  surcharges if Cathay Pacific Airways raised their fuel surcharge?

22    (1)    If yes, did these fuel surcharges affect/concern flights to or from the

23    United States?  How?

24    (2)    What flights did these fuel surcharges affect/concern? How?

25    g.    Did Singapore Airlines agree with Cathay Pacific Airways to coordinate the

26  amount of fuel surcharges to be imposed on any given flight?

27

28
AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF EE
KIM LYE (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1    (1)    If yes, did these fuel surcharges affect/concern flights to or from the

2    United States?  How?

3    (2)    What flights did these fuel surcharges affect/concern? How?

4    h.    Did Singapore Airlines agree with Cathay Pacific Airways to raise fuel

5    surcharges if Cathay Pacific Airways raised their fuel surcharge?

6    (1)    If yes, did these fuel surcharges affect/concern flights to or from the

7    United States? How?

8    (2)    What flights did these fuel surcharges affect/concern? How?

9    14.  When you were employed at Singapore Airlines, did you or anyone who reported to you

10    communicate with Cathay Pacific Airways regarding fares?

11    a.    If yes, who at Singapore Airlines participated in these communications?  What

12    were their names and titles?

13    b.    If yes, who at Cathay Pacific participated in these communications? What were

14    their names and titles?

15    c.    How did these communications take place?  I.E. by telephone, over email, in

16    person, facsimile?

17    d.    When did these communications take place?

18    e.    What was communicated?

19    f.    Did Singapore Airlines agree with Cathay Pacific Airways to coordinate the

20    amount of fares to be imposed on any given flight?

21    (1)    If yes, did these fares affect/concern flights to or from the United States?

22    How?

23    (2)    What flights did these fares affect/concern? How?

24    g.    Did Singapore Airlines agree with Cathay Pacific Airways to raise fares if

25    Cathay Pacific Airways raised their fares?

26    (1)    If yes, did these fares affect/concern flights to or from the United States?

27    How?

28
-10-
AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF EE
KIM LYE (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1          (2)      What flights did these fares affect/concern? How?

2    15.      When you were employed at Singapore Airlines, did you or anyone who reported to you

3    communicate with All Nippon Airways regarding fuel surcharges?

4          a.      If yes, who at Singapore Airlines participated in these communications?  What

5    were their names and titles?

6          b.      If yes, who All Nippon Airways participated in these communications? What

7    were their names and titles?

8          c.      How did these communications take place?  I.E. by telephone, over email, in

9    person, facsimile?

10          d.      When did these communications take place?

11          e.      What was communicated?

12          f.      Did Singapore Airlines agree with All Nippon Airways to impose fuel

13    surcharges if All Nippon Airways raised their fuel surcharge?

14              (1)      If yes, did these fuel surcharges affect/concern flights to or from the

15          United States? How?

16              (2)      What flights did these fuel surcharges affect/concern? How?

17          g.      Did Singapore Airlines agree with All Nippon Airways to coordinate the amount

18    of fuel surcharges to be imposed on any given flight?

19              (1)      If yes, did these fuel surcharges affect/concern flights to or from the

20          United States? How?

21              (2)      What flights did these fuel surcharges affect/concern? How?

22          h.      Did Singapore Airlines agree with All Nippon Airways to raise fuel surcharges if

23    All Nippon Airways raised their fuel surcharge?

24              (1)      If yes, did these fuel surcharges affect/concern flights to or from the

25          United States? How?

26              (2)      What flights did these fuel surcharges affect/concern? How?

27

28
AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF EE
KIM LYE (LETTER ROGATORY)
CASE NO. C07-5634 CRB

16.     When you were employed at Singapore Airlines, did you or anyone who reported to you communicate with All Nippon Airways regarding fares?

      a.     If yes, who at Singapore Airlines participated in these communications?  What were their names and titles?

      b.     If yes, who at All Nippon Airways participated in these communications? What were their names and titles?

      c.     How did these communications take place?  I.E. by telephone, over email, in person, facsimile?

      d.     When did these communications take place?

      e.     What was communicated?

      f.     Did Singapore Airlines agree with All Nippon Airways to coordinate the amount of fares to be imposed on any given flight?

          (1)     If yes, did these fares affect/concern flights to or from the United States? How?

          (2)     What flights did these fares affect/concern? How?

      g.     Did Singapore Airlines agree with All Nippon Airways to raise fares if All Nippon Airways raised their fares?

          (1)     If yes, did these fares affect/concern flights to or from the United States? How?

          (2)     What flights did these fares affect/concern? How?

      h.     Are you aware that All Nippon Airways has pleaded guilty to charges that it conspired to fix certain types of passenger fares?  Have you reviewed the Plea Agreement?

17.     When you were employed at Singapore Airlines, did you or anyone who reported to you communicate with China Airlines regarding fuel surcharges?

      a.     If yes, who at Singapore Airlines participated in these communications?  What were their names and titles?

1    b.    If yes, who China Airlines participated in these communications? What were

2    their names and titles?

3    c.    How did these communications take place?  I.E. by telephone, over email, in

4    person, facsimile?

5    d.    When did these communications take place?

6    e.    What was communicated?

7    f.    Did Singapore Airlines agree with China Airlines to impose fuel surcharges if

8    China Airlines raised their fuel surcharge?

9    (1)    If yes, did these fuel surcharges affect/concern flights to or from the

10    United States? How?

11    (2)    What flights did these fuel surcharges affect/concern? How?

12    g.    Did Singapore Airlines agree with China Airlines to coordinate the amount of

13    fuel surcharges to be imposed on any given flight?

14    (1)    If yes, did these fuel surcharges affect/concern flights to or from the

15    United States? How?

16    (2)    What flights did these fuel surcharges affect/concern? How?

17    h.    Did Singapore Airlines agree with China Airlines to raise fuel surcharges if

18    China Airlines raised their fuel surcharge?

19    (1)    If yes, did these fuel surcharges affect/concern flights to or from the

20    United States? How?

21    (2)    What flights did these fuel surcharges affect/concern? How?

22    18.    When you were employed at Singapore Airlines, did you or anyone who reported to you

23    communicate with China Airlines regarding fares?

24    a.    If yes, who at Singapore Airlines participated in these communications?  What

25    were their names and titles?

26    b.    If yes, who at China Airlines participated in these communications? What were

27    their names and titles?

28
AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF EE
KIM LYE (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1       c.     How did these communications take place?  I.E. by telephone, over email, in

2  person, facsimile?

3       d.     When did these communications take place?

4       e.     What was communicated?

5       f.     Did Singapore Airlines agree with China Airlines to coordinate the amount of

6  fares to be imposed on any given flight?

7       (1)     If yes, did these fares affect/concern flights to or from the United States?

8  How?

9       (2)     What flights did these fares affect/concern? How?

10       g.     Did Singapore Airlines agree with China Airlines to raise fares if China Airlines

11  raised their fares?

12       (1)     If yes, did these fares affect/concern flights to or from the United States?

13  How?

14       (2)     What flights did these fares affect/concern? How?

15  19.     When you were employed at Singapore Airlines, did you or anyone who reported to you

16  communicate with Malaysia Airlines regarding fuel surcharges?

17       a.     If yes, who at Singapore Airlines participated in these communications?  What

18  were their names and titles?

19       b.     If yes, who Malaysia Airlines participated in these communications? What were

20  their names and titles?

21       c.     How did these communications take place?  I.E. by telephone, over email, in

22  person, facsimile?

23       d.     When did these communications take place?

24       e.     What was communicated?

25       f.     Did Singapore Airlines agree with Malaysia Airlines to impose fuel surcharges if

26  Malaysia Airlines raised their fuel surcharge?

27

28

1           (1)     If yes, did these fuel surcharges affect/concern flights to or from the

2   United States? How?

3           (2)     What flights did these fuel surcharges affect/concern? How?

4    g.     Did Singapore Airlines agree with Malaysia Airlines to coordinate the amount of

5   fuel surcharges to be imposed on any given flight?

6           (1)     If yes, did these fuel surcharges affect/concern flights to or from the

7   United States? How?

8           (2)     What flights did these fuel surcharges affect/concern? How?

9    h.     Did Singapore Airlines agree with Malaysia Airlines to raise fuel surcharges if

10  Malaysia Airlines raised their fuel surcharge?

11           (1)     If yes, did these fuel surcharges affect/concern flights to or from the

12  United States? How?

13          (2)     What flights did these fuel surcharges affect/concern? How?

14  20.    When you were employed at Singapore Airlines, did you or anyone who reported to you

15  communicate with Malaysia Airlines regarding fares?

16    a.     If yes, who at Singapore Airlines participated in these communications?  What

17  were their names and titles?

18    b.     If yes, who at Malaysia Airlines participated in these communications? What

19  were their names and titles?

20    c.     How did these communications take place?  I.E. by telephone, over email, in

21  person, facsimile?

22    d.     When did these communications take place?

23    e.     What was communicated?

24    f.     Did Singapore Airlines agree with Malaysia Airlines to coordinate the amount of

25  fares to be imposed on any given flight?

26           (1)     If yes, did these fares affect/concern flights to or from the United States?

27  How?

28

-15-

1           (2)      What flights did these fares affect/concern? How

2        g.      Did Singapore Airlines agree with Malaysia Airlines to raise fares if Malaysia

3   Airlines raised their fares?

4           (1)      If yes, did these fares affect/concern flights to or from the United States?

5   How?

6           (2)      What flights did these fares affect/concern? How?

7   21.    When you were employed at Singapore Airlines, did you or anyone who reported to you

8   communicate with Philippine Airlines regarding fuel surcharges?

9        a.      If yes, who at Singapore Airlines participated in these communications?  What

10  were their names and titles?

11       b.      If yes, who Philippine Airlines participated in these communications? What were

12  their names and titles?

13       c.      How did these communications take place?  I.E. by telephone, over email, in

14  person, facsimile?

15       d.      When did these communications take place?

16       e.      What was communicated?

17       f.      Did Singapore Airlines agree with Philippine Airlines to impose fuel surcharges

18  if Philippine Airlines raised their fuel surcharge?

19          (1)      If yes, did these fuel surcharges affect/concern flights to or from the

20  United States? How?

21          (2)      What flights did these fuel surcharges affect/concern? How?

22       g.      Did Singapore Airlines agree with Philippine Airlines to coordinate the amount

23  of fuel surcharges to be imposed on any given flight?

24          (1)      If yes, did these fuel surcharges affect/concern flights to or from the

25  United States? How?

26          (2)      What flights did these fuel surcharges affect/concern? How?

27

28

AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF EE
KIM LYE (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1        h.      Did Singapore Airlines agree with Philippine Airlines to raise fuel surcharges if

2 Philippine Airlines raised their fuel surcharge?

3             (1)     If yes, did these fuel surcharges affect/concern flights to or from the

4             United States? How?

5             (2)     What flights did these fuel surcharges affect/concern? How?

6 22.     When you were employed at Singapore Airlines, did you or anyone who reported to you

7 communicate with Philippine Airlines regarding fares?

8        a.      If yes, who at Singapore Airlines participated in these communications?  What

9 were their names and titles?

10        b.      If yes, who at Philippine Airlines participated in these communications? What

11 were their names and titles?

12        c.      How did these communications take place?  I.E. by telephone, over email, in

13 person, facsimile?

14        d.      When did these communications take place?

15        e.      What was communicated?

16        f.       Did Singapore Airlines agree with Philippine Airlines to coordinate the amount

17 of fares to be imposed on any given flight?

18             (1)     If yes, did these fares affect/concern flights to or from the United States?

19             How?

20             (2)     What flights did these fares affect/concern? How?

21        g.      Did Singapore Airlines agree with Philippine Airlines to raise fares if Philippine

22 Airlines raised their fares?

23             (1)     If yes, did these fares affect/concern flights to or from the United States?

24             How?

25             (2)     What flights did these fares affect/concern? How?

26 23.     When you were employed at Singapore Airlines, did you or anyone who reported to you

27 communicate with Thai Airways regarding fuel surcharges?

28

AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF EE KIM LYE (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1      a.      If yes, who at Singapore Airlines participated in these communications?  What

2   were their names and titles?

3      b.      If yes, who Thai Airways participated in these communications? What were their

4   names and titles?

5      c.      How did these communications take place?  I.E. by telephone, over email, in

6   person, facsimile?

7      d.      When did these communications take place?

8      e.      What was communicated?

9      f.      Did Singapore Airlines agree with Thai Airways to impose fuel surcharges if

10   Thai Airways raised their fuel surcharge?

11          (1)      If yes, did these fuel surcharges affect/concern flights to or from the

12          United States? How?

13          (2)      What flights did these fuel surcharges affect/concern? How?

14      g.      Did Singapore Airlines agree with Thai Airways to coordinate the amount of fuel

15   surcharges to be imposed on any given flight?

16          (1)      If yes, did these fuel surcharges affect/concern flights to or from the

17          United States? How?

18          (2)      What flights did these fuel surcharges affect/concern? How?

19      h.      Did Singapore Airlines agree with Thai Airways to raise fuel surcharges if Thai

20   Airways raised their fuel surcharge?

21          (1)      If yes, did these fuel surcharges affect/concern flights to or from the

22          United States? How?

23          (2)      What flights did these fuel surcharges affect/concern? How?

24   24.      When you were employed at Singapore Airlines, did you or anyone who reported to you

25   communicate with Thai Airways regarding fares?

26      a.      If yes, who at Singapore Airlines participated in these communications?  What

27   were their names and titles?

28
-18-
AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF EE
KIM LYE (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1    b.    If yes, who at Thai Airways participated in these communications? What were
2    their names and titles?

3    c.    How did these communications take place?  I.E. by telephone, over email, in
4    person, facsimile?

5    d.    When did these communications take place?

6    e.    What was communicated?

7    f.    Did Singapore Airlines agree with Thai Airways to coordinate the amount of
8    fares to be imposed on any given flight?

9    (1)    If yes, did these fares affect/concern flights to or from the United States?
10    How?

11    (2)    What flights did these fares affect/concern? How?

12    g.    Did Singapore Airlines agree with Thai Airways to raise fares if Thai Airways
13    raised their fares?

14    (1)    If yes, did these fares affect/concern flights to or from the United States?
15    How?

16    (2)    What flights did these fares affect/concern? How?

17    25.    When you were employed at Singapore Airlines, did you or anyone who reported to you
18    communicate with Vietnam Airlines regarding fuel surcharges?

19    a.    If yes, who at Singapore Airlines participated in these communications?  What
20    were their names and titles?

21    b.    If yes, who Vietnam Airlines participated in these communications? What were
22    their names and titles?

23    c.    How did these communications take place?  I.E. by telephone, over email, in
24    person, facsimile?

25    d.    When did these communications take place?

26    e.    What was communicated?

27

28
-19-
AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF EE
KIM LYE (LETTER ROGATORY)
CASE NO. C07-5634 CRB

f.      Did Singapore Airlines agree with Vietnam Airlines to impose fuel surcharges if Vietnam Airways raised their fuel surcharge?

(1)     If yes, did these fuel surcharges affect/concern flights to or from the United States? How?

(2)     What flights did these fuel surcharges affect/concern? How?

g.      Did Singapore Airlines agree with Vietnam Airlines to coordinate the amount of fuel surcharges to be imposed on any given flight?

(1)     If yes, did these fuel surcharges affect/concern flights to or from the United States? How?

(2)     What flights did these fuel surcharges affect/concern? How?

h.      Did Singapore Airlines agree with Vietnam Airlines to raise fuel surcharges if Vietnam Airlines raised their fuel surcharge?

(1)     If yes, did these fuel surcharges affect/concern flights to or from the United States? How?

(2)     What flights did these fuel surcharges affect/concern? How?

26.     When you were employed at Singapore Airlines, did you or anyone who reported to you communicate with Vietnam Airlines regarding fares?

a.      If yes, who at Singapore Airlines participated in these communications?  What were their names and titles?

b.      If yes, who at Vietnam Airlines participated in these communications? What were their names and titles?

c.      How did these communications take place?  I.E. by telephone, over email, in person, facsimile?

d.      When did these communications take place?

e.      What was communicated?

f.      Did Singapore Airlines agree with Vietnam Airlines to coordinate the amount of fares to be imposed on any given flight?

AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF EE KIM LYE (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1    (1)    If yes, did these fares affect/concern flights to or from the United States?

2    g.    Did Singapore Airlines agree with Vietnam Airlines to raise fares if Vietnam

3    Airlines raised their fares?

4    (1)    If yes, did these fares affect/concern flights to or from the United States?

5    27.    When you were employed at Singapore Airlines, did you or anyone who reported to you

6    communicate with Japan Airlines regarding fuel surcharges?

7    a.    If yes, who at Singapore Airlines participated in these communications?  What

8    were their names and titles?

9    b.    If yes, who Japan Airlines participated in these communications? What were

10    their names and titles?

11    c.    How did these communications take place?  I.E. by telephone, over email, in

12    person, facsimile?

13    d.    When did these communications take place?

14    e.    What was communicated?

15    f.    Did Singapore Airlines agree with Japan Airlines to impose fuel surcharges if

16    Japan Airlines raised their fuel surcharge?

17    (1)    If yes, did these fuel surcharges affect/concern flights to or from the

18    United States? How?

19    (2)    What flights did these fuel surcharges affect/concern? How?

20    g.    Did Singapore Airlines agree with Japan Airlines to coordinate the amount of

21    fuel surcharges to be imposed on any given flight?

22    (1)    If yes, did these fuel surcharges affect/concern flights to or from the

23    United States? How?

24    (2)    What flights did these fuel surcharges affect/concern? How?

25    h.    Did Singapore Airlines agree with Japan Airlines to raise fuel surcharges if Japan

26    Airlines raised their fuel surcharge?

27

28

-21-
AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF EE
KIM LYE (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1    (1)    If yes, did these fuel surcharges affect/concern flights to or from the

2    United States? How?

3    (2)    What flights did these fuel surcharges affect/concern? How?

4    28.    When you were employed at Singapore Airlines, did you or anyone who reported to you

5    communicate with Japan Airlines regarding fares?

6    a.    If yes, who at Singapore Airlines participated in these communications?  What

7    were their names and titles?

8    b.    If yes, who at Japan Airlines participated in these communications? What were

9    their names and titles?

10    c.    How did these communications take place?  I.E. by telephone, over email, in

11    person, facsimile?

12    d.    When did these communications take place?

13    e.    What was communicated?

14    f.    Did Singapore Airlines agree with Japan Airlines to coordinate the amount of

15    fares to be imposed on any given flight?

16    (1)    If yes, did these fares affect/concern flights to or from the United States?

17    How?

18    (2)    What flights did these fares affect/concern? How?

19    g.    Did Singapore Airlines agree with Japan Airlines to raise fares if Japan Airlines

20    raised their fares?

21    (1)    If yes, did these fares affect/concern flights to or from the United States?

22    How?

23    (2)    What flights did these fares affect/concern? How?

24    29.    Do you have an understanding of the allegations in this lawsuit?  What is your

25    understanding?

26    a.    Are you aware that plaintiffs in this lawsuit allege that Singapore Airlines

27    conspired to fix the price of fuel surcharges?

28
AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF EE
KIM LYE (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1        b.      Are you aware that plaintiffs in this lawsuit allege that Singapore airlines

2  conspired to fix the prices of passenger airfares?

3  30.     Did you receive any antitrust training while at Singapore Airlines?

4        a.      When? How? By Whom?

5        b.      Describe the training.

6  31.     With respect to each document identified in <u>ATTACHMENT B</u>, a copy of which will be

7  provided to you, answer the following:

8        a.      Are you familiar with this document?

9        b.      Have you seen this document before?

10       c.      Please explain what this document is.

11       d.      When did you first see this document?

12            (1)     Was this in connection with your employment at SIA?

13            (2)     If yes, what was your position and responsibilities at the time?

14       e.      Are you the author of this document?

15            (1)     Were you in any way involved in the preparation of this document?

16            (2)     Explain your involvement.

17            (3)     If applicable, what does it mean to be "sponsored" or "approved" by you?

18            (4)     Did you send this document to anyone?

19                 i.     If yes, who?

20                ii.     If yes, why?

21       f.      What was the purpose of this document?

22       g.      Did you receive this document?

23            (1)     If yes, why was it sent to you?

24            (2)     If yes, how did you respond?

25       h.      Please explain the roles of the other individuals named in this document at the

26  time this document originated.

27            (1)     What company did each such individual work for?

28

AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF EE
KIM LYE (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1          (2)     Was the company a competitor of SIA?

2          (3)     What position did each such individual hold and what were his or her

3      responsibilities?

4          (4)     What was your relationship with each such individual?

5          (5)     How frequently did you communicate with each such individual?

6          (6)     How did you communicate with him or her, e.g., letter, email, telephone,

7      in person, etc.

8      i.      Were there any follow-up communications, e.g., letter, email, telephone, in

9   person, etc., to this document?

10     j.      Did you discuss this document with anyone at SIA?

11         (1)     If yes, with whom (name, position, responsibilities)?

12         (2)     If yes, when?

13         (3)     If yes, please describe your discussions.

14         (4)     If yes, did you or anyone at SIA come to any conclusions?

15     k.      Did you discuss this document with anyone outside of SIA?

16         (1)     If yes, with whom (name, company, position, responsibilities)?

17         (2)     If yes, when?

18         (3)     If yes, please describe your discussions.

19         (4)     If yes, did you come to any agreement regarding the matters described in

20     the document?

21         (5)     Did you come to any agreement regarding future conduct of SIA and/or

22     any competitor?

23     l.      Explain the basis for any calculations contained in the document.

24

25

26

27

28
AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF EE
KIM LYE (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1

## ATTACHMENT B

2   Exhibit 1 is a copy of an email dated September 19, 2000 from Jimmy Cheng to Ee Kim Lye regarding planned fuel surcharge increases, produced by SIA and identified as
3   SIA_11_000155033.

4   Exhibit 2 is a copy of an email dated April 17, 2002 from Ee Kim Lye to Casey Ow Yong (and related emails) regarding imposing a fuel surcharge, produced by SIA and identified as
5   SIA_11_000165430 – SIA_11_000165431.

6   Exhibit 3 is a copy of an email dated March 5, 2003 from Chan Seck Fun to Ee Kim Lye, among others, (and related emails and attachments) regarding imposing fuel surcharges,
7   produced by SIA and identified as SIA_11_000123186 – SIA_11_000123190.

8   Exhibit 4 is a copy of an email dated May 10, 2004 from Huang Cheng Eng to Ee Kim Lye, among others, (and related emails) regarding fuel surcharge increases, produced by SIA and
9   identified as SIA_11_000113920 – SIA_11_000113921.

10  Exhibit 5 is a copy of an email dated May 19, 2004 from Kaori Noma to Ee Kim Lye, among others, (and related emails) regarding fare increases and fuel prices, produced by SIA and
11  identified as SIA_11_000114045-SIA_11_000114048.

12  Exhibit 6 is a copy of an email dated August 6, 2004 from Jimmy Cheng to Ee Kim Lye (and related emails) regarding fuel surcharge increases, produced by SIA and identified as
13  SIA_11_000113997.

14  Exhibit 7 is a copy of an email dated October 25, 2004 from Jimmy Cheng to Ee Kim Lye, among others, (and related emails) regarding fuel surcharge increases, produced by SIA and
15  identified as SIA_11_000120235.

16  Exhibit 8 is a copy of an email dated November 5, 2004 from Huang Cheng Eng to Ee Kim Lye, among others, (and related emails) regarding fuel surcharges, produced by SIA and
17  identified as SIA_11_000120220 – SIA_11_000120221.

18  Exhibit 9 is a copy of an email dated April 21, 2005 from Suzette Cha to Shirley Yan, among others, (and related emails) regarding fuel surcharge increases, produced by SIA and
19  identified as SIA_11_000103657 – SIA_11_000103659.

20  Exhibit 10 is a copy of an email dated April 21, 2005 from Ee Kim Lye to Huang Cheng Eng, among others, (and related emails) regarding fuel surcharge increases, produced by SIA and
21  identified as SIA_11_000130983 – SIA_11_000130984.

22  Exhibit 11 is a copy of an email dated May 27, 2005 from Tomomi Kubota to Ee Kim Lye, among others, (and related emails) regarding fuel surcharges, produced by
23  SIA_11_000102880 – SIA_11_000102881.

24  Exhibit 12 is a copy of an email dated May 12, 2004 from Ee Kim Lye to Chan Seck Fun regarding fare increases and fuel prices, produced by SIA and identified as
25  SIA_11_000209349.

26  Exhibit 13 is a copy of chart labeled "Summary on Implementation of Fare Increases for Period April 2000 – October 2000," produced by SIA and identified as SIA_15_000007189 -
27  SIA 15 000007193.

28
-25-
AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF EE
KIM LYE (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1

2

Exhibit 14 is a copy of a memorandum dated November 19, 2001 drafted by Vipawan Suwathluxkul and copied to Ee Kim Lye regarding insurance surcharges, produced by SIA and identified as SIA_15_000019172 – SIA_15_000019174.

3

4

5

Exhibit 15 is a copy of a memorandum regarding Assessment of SIA Participation in the IATA Tariff Co-Ordinating Conferences dated December 27, 2002 and prepared by the Head Tariffs & Industry Affairs, produced by SIA and identified as SIA_15_000008111 – SIA_15_000008113.

6

7

Exhibit 16 is a copy of an email dated March 3, 2003 from Edmond Chiu to Ee Kim Lye, among others, (and related emails) regarding fuel surcharges, produced by SIA and identified as SIA_15_000014587 - SIA_15_000014588.

8

9

Exhibit 17 is a copy of an email dated March 3, 2003 from Liang Song Lim to Ee Kim Lye, among others, (and related emails) regarding fare pricing and fuel surcharges, produced by SIA and identified as SIA_15_000014585 – SIA_15_000014586.

10

Exhibit 18 is a copy of notes from the BAR-Extraordinary Meeting dated March 4, 2003, produced by SIA and identified as SIA_15_000014578 – SIA_15_000014579.

11

12

Exhibit 19 is a copy of an email dated April 11, 2003 from Ee Kim Lye to Chan Seck Fun, among others, regarding fuel related fare increase, produced by SIA and identified as SIA_11_000125898.

13

14

Exhibit 20 is a copy of an email dated May 10, 2004 from Huang Cheng Eng to Ee Kim Lye, among others, (and related emails) regarding fuel surcharges, produced by SIA and identified as SIA_15_000014715 – SIA_15_000014716.

15

16

Exhibit 21 is a copy of a memorandum dated May 13, 2004 and prepared by Ee Kim Lye regarding fuel surcharges, produced by SIA and identified as SIA_11_000026793 – SIA_11_000026794.

17

18

Exhibit 22 is a copy of an email dated May 31, 2004 from Chan Seck Fun to Ee Kim Lye, among others, (and related emails) regarding fuel surcharges, produced by SIA and identified as SIA_11_000113253.

19

20

Exhibit 23 is a copy of an email dated June 1, 2004 from David Goh to Ee Kim Lye, among others, (and related emails) regarding fuel surcharges, produced by SIA and identified as SIA_15_000014705 - SIA_15_000014706.

21

22

Exhibit 24 is a copy of an email dated June 2, 2004 from Chan Seck Fun to Ee Kim Lye (and related attachments) regarding fuel surcharges, produced by SIA and identified as SIA_11_000199091.

23

24

Exhibit 25 is a copy of an email dated June 7, 2004 from Zainul Alijunied to Ee Kim Lye, among others, (and related emails) regarding fuel surcharges, produced by SIA and identified as SIA_11_000199933 – SIA_11_000199942.

25

26

Exhibit 26 is a copy of an email dated June 9, 2004 from Chan Seck Fun to Ee Kim Lye (and related emails) regarding fuel surcharges, produced by SIA and identified as SIA_11_000199085.

27

28

AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF EE KIM LYE (LETTER ROGATORY)
CASE NO. C07-5634 CRB

Exhibit 27 is a copy of a memorandum from SIA's Management Meeting dated August 18, 2004 regarding SIA's proposal to increase fuel surcharge prepared by Ee Kim Lye and sponsored by Huang Cheng Eng, produced by SIA and identified as SIA_15_000008015 – SIA_15_000008023.

Exhibit 28 is a copy of an email dated September 15, 2004 from Ee Kim Lye to Kaori Noma of JAL (and related emails) regarding fuel surcharges, produced by SIA and identified as SIA_15_000008021 – SIA_15_000008023.

Exhibit 29 is a copy of an IATA memorandum dated October 29, 2004 containing the minutes of the Special Meeting of the Passenger Tariff Conferences Steering Group held on September 27, 2004, produced by SIA and identified as SIA_11_000008255 – SIA_11_000008272.

Exhibit 30 is a copy of an email dated October 25, 2004 from Jimmy Cheng of Cathay to Ee Kim Lye, among others,(and related emails) regarding fuel surcharges, produced by SIA and identified as SIA_15_000018881.

Exhibit 31 is a copy of an email dated November 5, 2004 from Jimmy Cheng of Cathay to Ee Kim Lye (and related emails) regarding fuel surcharges, produced by SIA and identified as SIA_11_000120222.

Exhibit 32 is a copy of an email dated December 22, 2004 from Yasuhiro Nishiyama of ANA to Ee Kim Lye, among others, (and related emails) regarding fuel surcharges, produced by SIA and identified as SIA_11_000201974 – SIA_11_000201975.

Exhibit 33 is a copy of an email dated January 19, 2005 from Tomomi Kubota of JAL to Ee Kim Lye, among others, regarding fuel surcharges, produced by PAL and identified as PAL-02656960 – PAL-02656961.

Exhibit 34 is a copy of an email dated February 16, 2005 from Sak Hin Chin to Ee Kim Lye (and related emails) regarding fares and insurance surcharges, produced by SIA and identified as SIA_15_000008006 – SIA_15_000008008.

Exhibit 35 is a copy of an email dated April 22, 2005 from Laurence Lau of Malaysian Air to Ee Kim Lye (and related emails and attachments) regarding fuel surcharges, produced by SIA and identified as SIA_15_000018510 – SIA_15_000018511.

Exhibit 36 is a copy of an email dated April 29, 2005 from Eugene Lee of Philippine Air to Ee Kim Lye (and related emails) regarding fuel surcharges, produced by SIA and identified as SIA_15_000018517 – SIA_15_000018518.

Exhibit 37 is a copy of an email dated June 21, 2005 from Jimmy Cheng of Cathay to Ee Kim Lye (and related emails) regarding IATA fares and fuel surcharges, produced by SIA and identified as SIA_11_000111958 – SIA_11_000111959.

Exhibit 38 is a copy of an email dated July 8, 2005 from Constance Wong to Ee Kim Lye, among others (and related emails) regarding fuel surcharges, produced by SIA and identified as SIA_15_000016394 – SIA_15_000016397.

Exhibit 39 is a copy of an email dated October 17, 2005 from Kian Hai Cheng to Ian Lorigan, among others, (and related emails) regarding baggage, produced by SIA and identified as SIA_04_000006541 – SIA_04_000006543.

AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF EE KIM LYE (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1

2

Exhibit 40 is a copy of various spreadsheets regarding fuel surcharges, produced by SIA and identified as SIA_11_000000885 - SIA_11_000000889.

3

4

Exhibit 41 is a copy of an email dated May 2, 2007 from Yvette Lee to Constance Wong, among others (and related emails) regarding fuel surcharges, produced by SIA and identified as SIA_11_000247518 - SIA_11_000247521.

5

Exhibit 42 is a copy of an spreadsheet titled 3-Tier Fuel Surcharge Cost Recovery Based On Various Surcharges and identified as SIA_11_000000224.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF EE KIM LYE (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1

CERTIFICATE OF SERVICE

2      I hereby certify that on April 17, 2014, I electronically filed the foregoing AMENDED

3  REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING

4  DEPOSITION OF EE KIM LYE (LETTER ROGATORY) with the Clerk of the Court using the

5  ECF system which will send notification of such filing to all attorneys of record registered for

6  electronic filing.

7

8                                      /s/ *Jennie Lee Anderson*
                                        Jennie Lee Anderson
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF EE
KIM LYE (LETTER ROGATORY)
CASE NO. C07-5634 CRB