1   Joseph W. Cotchett
    Paul N. "Pete" McCloskey
2   Steven N. Williams
    Adam Zapala
3   COTCHETT, PITRE & MCCARTHY, LLP
    San Francisco Airport Office Center
4   840 Malcolm Road, Suite 200
    Burlingame, CA 94010
5   Telephone: 650-697-6000
    Facsimile: 650-697-0577
6
    Michael D. Hausfeld                        Michael P. Lehman (77152)
7   HAUSFELD LLP                               Christopher Lebsock (184546)
    1700 K Street, N.W., Suite 650             HAUSFELD LLP
8   Washington, D.C. 20006                     44 Montgomery Street, Suite 3400
    Telephone: (202) 540-7200                  San Francisco, CA 94104
9                                              Telephone: (415) 633-1908

10  Allan Steyer (100318)                      Jennie Anderson (203586)
    Jayne A. Peeters (108052)                  ANDRUS ANDERSON LLP
11  Dana M. Andreoli (262068)                  155 Montgomery Street, Suite 900
    STEYER LOWENTHAL BOODROOKAS                San Francisco, CA 94104
12    ALVAREZ & SMITH LLP                      Telephone: (415) 986-1400
    One California Street, Third Floor
13  San Francisco, California 94111
    Telephone: (415) 421-3400

14  *Attorneys for Class Plaintiffs*

15              UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17
    IN RE TRANSPACIFIC PASSENGER          |  Case No.:  C 07-5634 CRB
18  AIR TRANSPORTATION ANTITRUST          |
    LITIGATION                            |  MDL No. 1913
19  ──────────────────────────────────── |
                                          |  **AMENDED REQUEST FOR**
20  This Document Relates to:             |  **INTERNATIONAL JUDICIAL**
                                          |  **ASSISTANCE REGARDING TAKING**
21  ALL ACTIONS                           |  **DEPOSITION OF HUANG CHENG ENG**
                                          |
22                                        |  **(LETTER ROGATORY)**
23  ──────────────────────────────────── |

24

25

26

27

28  AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF
    HUANG CHENG ENG (LETTER ROGATORY)
    CASE NO. C07-5634 CRB

1   TO THE REGISTRAR OF THE SUPREME COURT OF SINGAPORE:

2   WHEREAS, the above-captioned coordinated proceedings are pending before this

3   Court;

4   WHEREAS, the Plaintiffs allege that Defendants engaged in anticompetitive conduct

5   concerning the pricing of passenger fares and fuel surcharges on routes between the U.S. and

6   Asia/Oceania;

7   WHEREAS, it is necessary for the purposes of justice and for the due determination of

8   the matters in dispute between the parties that the following person should be examined as a

9   witness upon oath touching such matters, namely Huang Cheng Eng, Townhouse Apartments,

10   139 Cavenagh Road, #09–01, Singapore (229627), and it appears that such witness is resident

11   within your jurisdiction:

12   **I. REQUEST**

13   The United States District Court Northern District of California presents its compliments

14   to the Supreme Court of Singapore, and requests international assistance to compel testimony to

15   be used in a civil proceeding before this Court in the above-captioned matter.

16   This Court requests, for the reasons previously stated, that the Supreme Court of

17   Singapore summon Huang Cheng Eng, Townhouse Apartments, 139 Cavenagh Road, #09–01,

18   Singapore (229627), to attend at such time and place as you shall appoint, before you or such

19   other person as according to your procedure is competent to take the examination of witnesses,

20   and that you will cause such witness to be examined orally on the interrogatories and topics

21   which are attached to this letter of request as <u>Attachment A</u>, in the presence of the agents of the

22   plaintiffs and defendants on due notice given.

23   In addition, this Court requests that you will permit the agents of both the plaintiffs and

24   defendants to examine upon interrogatories and oral examination on the interrogatories and

25   topics which are attached to this letter of request as <u>Attachment A</u> or arising out of the answers

26   thereto, such witness, and permit the cross-examination of the said witness upon cross-

27   interrogatories and oral examination, and permit the party producing the witness for

28

1    examination to examine him orally, or permit the agents of both the plaintiffs and defendants to

2    attend the deposition and taken evidence by video-link.

3            In addition, this Court requests that you will be pleased to cause the evidence of the said

4    witness (and the answers of the said witness and all additional oral questions, whether on

5    examination, cross-examination or re-examination) to be reduced into writing and all books,

6    letters, papers and documents produced on such examination to be duly marked for

7    identification, and that you will be further pleased to authenticate such examination by the seal

8    of your tribunal or in such other way as is in accordance with your procedure and to return it

9    together with the interrogatories and cross-interrogatories and a note of the charges and

10   expenses payable in respect of the execution of this request through the counsel from whom the

11   same was received for transmission to the United States District Court of the Northern District

12   of California.

13           In addition, this Court requests that you will cause the agents of the parties appointed to

14   be informed of the date and place where the examination is to take place.  Their contact

15   information is as follows:

16   Allan Steyer
     Jayne A. Peeters
17   Dana M. Andreoli
     STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP
18   One California Street, Third Floor
     San Francisco, California 94111
19   Telephone: (415) 421-3400
     Facsimile: (415) 421-2234
20
     Jennie Lee Anderson
21   ANDRUS ANDERSON LLP
     155 Montgomery Street, Suite 900
22   San Francisco, CA 94104
     Telephone: 415.986.1400
23   Facsimile: 415.986.1474

24   *Attorneys for Plaintiff Rachel Diller*

25   ///

26   ///

27   ///

28
     AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF
     HUANG CHENG ENG (LETTER ROGATORY)
     CASE NO. C07-5634 CRB

1  Ashley Marie Bauer
   LATHAM & WATKINS LLP
2  505 Montgomery Street, Suite 2000
   San Francisco, CA 94111-6538
3  Telephone: 415-395-8138
   Facsimile: 415-395-8095
4
   William Sherman
5  LATHAM & WATKINS LLP
   555 11th Street, N.W.
6  Washington, D.C. 20004
   Telephone: 202-637-2200
7  Facsimile: 202-637-2201

8  *Attorneys for Defendant Singapore Airlines*

9  **II. FACTS OF THE CASE**

10       Plaintiffs Micah Abrams, Meor Adlin, Franklyn Ajaye, Andrew Barton, Brenden G.

11  Maloof, Rachel Diller, Scott Frederick, David Kuo, Dickson Leung, Donald Wortman, Harley

12  Oda, Roy Onomura, Shinsuke Kobayashi, Patricia Lee, Nancy Kajiyama, on her own behalf and

13  on behalf of Noboru Kajiyama [deceased], Della Ewing Chow, James Kawaguchi, individually

14  and on behalf of all others similarly situated, filed the complaint in this action under Section 16

15  of the Clayton Act, (15 U.S.C. §26).  The Second Amended Class Action Complaint in this

16  matter seeks to obtain injunctive relief for violations of Section 1 of the Sherman Antitrust Act

17  (15 U.S.C. §1) and to recover damages and/or restitution based on claims that Defendants Air

18  France, Air New Zealand, All Nippon Airways, Cathay Pacific Airways, China Airlines, Eva

19  Airways, Japan Airlines International, KLM Royal Dutch Airline,  Malaysia Airlines,

20  Malaysian Airline System Berhad, Philippine Airlines, Inc., Qantas Airways, Ltd., Singapore

21  Airlines, Thai Airways, United Airlines, and Vietnam Airlines engaged in anticompetitive

22  conduct concerning the pricing of passenger fares and fuel surcharges on routes between the

23  U.S. and Asia/Oceania from approximately January 2000 through at least July 2011 that caused

24  plaintiffs and individuals similarly situated to pay artificially high and non-competitive prices

25  for tickets for air passenger travel in the United States.

26  ///

27  ///

28

1 | **III.  RECIPROCITY**

2 |      The United States District Court for the Northern District of California would be willing

3 | to provide similar assistance to the Supreme Court of Singapore.

4 | **IV.  REIMBURSEMENT FOR COSTS**

5 |      Counsel for the Plaintiffs have represented that they are willing to reimburse the

6 | Supreme Court of Singapore for costs incurred in executing this Letter Rogatory in an amount

7 | not to exceed Two Thousand dollars ($2000.00) in United States Dollars.  If the costs for

8 | executing this Letter Rogatory will exceed USD $2000, please contact counsel for the Plaintiffs

9 | before exceeding this amount.  Their contact information is as follows:

10 | Allan Steyer
Jayne A. Peeters

11 | Dana M. Andreoli
STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP

12 | One California Street, Third Floor
San Francisco, California 94111

13 | Telephone: (415) 421-3400
Facsimile: (415) 421-2234

14 |

15 | Jennie Lee Anderson
ANDRUS ANDERSON LLP

16 | 155 Montgomery Street, Suite 900
San Francisco, CA 94104

17 | Telephone: 415.986.1400
Facsimile: 415.986.1474

18 |      The Court extends to the Registrar of the Supreme Court of Singapore assurances of its

19 | highest consideration.

20 |

21 |

22 | Dated: _4/17/2014_____     By: _____

23 |                      Honorable Judge Donna M. Ryu
United States Magistrate Judge

GRANTED
Judge Donna M. Ryu

-4-

AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF
HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1   **Attachment A: Questions for Huang Cheng Eng**

2   1.     What is your full name?

3   2.     When were you employed with Singapore Airlines?

4       a.     What positions did you hold at Singapore Airlines?

5       b.     What were the dates that you held each of those positions?

6       c.     What were your responsibilities and duties for each of those positions?

7       d.     Who did you report to?

8       e.     Who reported to you?

9       f.     Were you involved in setting Singapore Airlines' fuel surcharges?

10           i.     If yes, how did Singapore Airlines decide to initially impose a fuel

11 surcharge and in what amount?

12           ii.     If yes, what were the criteria used to determine the fuel surcharges

13 imposed?

14           iii.     If yes, how did Singapore Airlines decide how much to change the fuel

15 surcharge for Singapore Airlines?

16           iv.     If yes, did Singapore Airlines ever change the fuel surcharge for

17 Singapore Airlines flights flying to and from the United States?

18           v.     If yes, when did Singapore Airlines make those changes to fuel

19 surcharges for Singapore Airlines flights flying to and from the United States?

20           vi.     If yes, who at Singapore Airlines had authority to change or control the

21 Singapore Airlines fuel surcharge?

22               (a) What was their title?

23               (b) When were they employed with Singapore Airlines?

24               (c) Who did they report to?

25               (d) Who were their direct reports?

26           vii.     If no, who did have authority?

27               (a) What was their title?

28

AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF
HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1                (b) When were they employed with Singapore Airlines?

2                (c) Who did they report to?

3                (d) Who were their direct reports?

4                 (e)  Did you ever communicate with these people about changing fuel

5  surcharges for Singapore Airline flights to or from the United States?

6                If yes, when?

7                If yes, what was said?

8      g.      Did the fuel charges Singapore charged vary at any given time? E.g., by flight

9  time, distance, ticket class, destination?

10          i.      If so, when did they vary?

11          ii.      If so, why did they vary?

12          iii.      Was there every any tiered system for assessing fuel surcharges? How as

13  that structured?  When?

14      h.      Were you involved in setting Singapore Airlines' fares?

15          i.      If yes, what were the criteria used to determine Singapore Airlines' fares?

16          ii.      If yes, how did Singapore Airlines decide how much to change the fares

17  for Singapore Airlines?

18          iii.      If yes, did Singapore Airlines ever change the fares for Singapore

19  Airlines flights flying to and from the United States?

20          iv.      If yes, when did Singapore Airlines make those changes to fares for

21  Singapore Airlines flights flying to and from the United States?

22          v.      If yes, who else at Singapore Airlines had authority to change or control

23  the Singapore Airlines fares?

24                What was their title?

25                When were they employed with Singapore Airlines?

26                Who did they report to?

27                Who were their direct reports?

28

AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF
HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1                vi.     If no, who did have authority to change or control the Singapore Airlines

2      fares?

3                What was their title?

4                When were they employed with Singapore Airlines?

5                Who did they report to?

6                Who were their direct reports?

7                Did you ever communicate with these people about changing fuel

8      surcharges for Singapore Airline flights to or from the United States?

9                If yes, when?

10                If yes, what was said?

11  3.     Were you employed with other airlines?

12      a.     If yes, with what other airlines were you employed?

13      b.     If yes, what dates were you employed at each of the other airlines?

14      c.     If yes, what positions did you hold at each of the other airlines?

15      d.     If yes, what were your responsibilities/duties at each of the other airlines?

16  4.     When you were employed at Singapore Airlines, did you directly communicate with

17  other airlines regarding fuel surcharges?

18      a.     What airlines?

19      b.     With whom did you communicate?

20      c.     When did you communicate with them?

21      d.     What was communicated?

22      e.     Why?

23  5.     When you were employed at Singapore Airlines, did you directly communicate with

24  other airlines regarding fares?

25      a.     What airlines?

26      b.     With whom did you communicate?

27      c.     When did you communicate with them?

28

AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF
HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1     d.     What was communicated?

2     e.     Why?

3  6.     Were you aware of anyone else at Singapore Airlines who directly communicates with

4  other airlines regarding fuel surcharges?

5     a.     Who?  What were their names and titles?

6     b.     What airlines and with whom did they communicate with?

7     c.     When did they communicate with the other airlines?

8     d.     What was communicated?

9     e.     Why?

10  7.     Were you aware of anyone else at Singapore Airlines who directly communicates with

11  other airlines regarding fares?

12     a.     Who?  What were their names and titles?

13     b.     What airlines and with whom did they communicate with?

14     c.     When did they communicate with the other airlines?

15     d.     What was communicated?

16     e.     Why?

17  8.     Did Singapore Airlines coordinate with other airlines regarding whether to impose fuel

18  surcharges?

19     a.     If yes, describe all such instances.

20     b.     If yes, did these fuel surcharges affect flights to or from the United States?

21  9.     Did Singapore Airlines coordinate with other airlines regarding the amount of fuel

22  surcharges to be imposed on any given flight?

23     a.     If yes, describe all such instances.

24     b.     If yes, did these fuel surcharges affect flights to or from the United States?

25  10.     Did Singapore Airlines coordinate with other airlines regarding the amount of fares to be

26  charged for any given flight?

27     a.     If yes, describe all such instances.

28
-8-
AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF
HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1        b.     If yes, did these fares affect flights to or from the United States?

2   11.    Did Singapore Airlines agree with other airlines to raise fuel surcharges if another

3   airline raised their fuel surcharge?

4        a.     If yes, describe all such instances.

5        b.     If yes, did these fuel surcharges affect flights to or from the United States?

6   12.    Did Singapore Airlines agree with other airlines to raise fares if another airline raised

7   their fares?

8        a.     If yes, describe all such instances.

9        b.     If yes, did these fares affect flights to or from the United States?

10   13.    When you were employed at Singapore Airlines, did you or anyone who reported to you

11   communicate with Cathay Pacific Airways regarding fuel surcharges?

12        a.     If yes, who at Singapore Airlines participated in these communications?  What

13   were their names and titles?

14        b.     If yes, who at Cathay Pacific participated in these communications? What were

15   their names and titles?

16        c.     How did these communications take place?  I.E. by telephone, over email, in

17   person, facsimile?

18        d.     When did these communications take place?

19        e.     What was communicated?

20        f.     Did Singapore Airlines agree with Cathay Pacific Airways to impose fuel

21   surcharges if Cathay Pacific Airways raised their fuel surcharge?

22        (1)     If yes, did these fuel surcharges affect/concern flights to or from the

23   United States?  How?

24        (2)     What flights did these fuel surcharges affect/concern? How?

25        g.     Did Singapore Airlines agree with Cathay Pacific Airways to coordinate the

26   amount of fuel surcharges to be imposed on any given flight?

27

28

1          (1)     If yes, did these fuel surcharges affect/concern flights to or from the

2     United States?  How?

3          (2)     What flights did these fuel surcharges affect/concern? How?

4     h.     Did Singapore Airlines agree with Cathay Pacific Airways to raise fuel

5     surcharges if Cathay Pacific Airways raised their fuel surcharge?

6          (1)     If yes, did these fuel surcharges affect/concern flights to or from the

7     United States?  How?

8          (2)     What flights did these fuel surcharges affect/concern? How?

9     14.  When you were employed at Singapore Airlines, did you or anyone who reported to you

10    communicate with Cathay Pacific Airways regarding fares?

11    a.     If yes, who at Singapore Airlines participated in these communications?  What

12    were their names and titles?

13    b.     If yes, who at Cathay Pacific participated in these communications? What were

14    their names and titles?

15    c.     How did these communications take place?  I.E. by telephone, over email, in

16    person, facsimile?

17    d.     When did these communications take place?

18    e.     What was communicated?

19    f.     Did Singapore Airlines agree with Cathay Pacific Airways to coordinate the

20    amount of fares to be imposed on any given flight?

21          (1)     If yes, did these fares affect/concern flights to or from the United States?

22    How?

23          (2)     What flights did these fares affect/concern? How?

24    g.     Did Singapore Airlines agree with Cathay Pacific Airways to raise fares if

25    Cathay Pacific Airways raised their fares?

26          (1)     If yes, did these fares affect/concern flights to or from the United States?

27    How?

28
-10-
AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF
HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1    (2)    What flights did these fares affect/concern? How?

2  15.    When you were employed at Singapore Airlines, did you or anyone who reported to you

3  communicate with All Nippon Airways regarding fuel surcharges?

4    a.    If yes, who at Singapore Airlines participated in these communications?  What

5  were their names and titles?

6    b.    If yes, who All Nippon Airways participated in these communications? What

7  were their names and titles?

8    c.    How did these communications take place?  I.E. by telephone, over email, in

9  person, facsimile?

10    d.    When did these communications take place?

11    e.    What was communicated?

12    f.    Did Singapore Airlines agree with All Nippon Airways to impose fuel

13  surcharges if All Nippon Airways raised their fuel surcharge?

14    (1)    If yes, did these fuel surcharges affect/concern flights to or from the

15    United States?  How?

16    (2)    What flights did these fuel surcharges affect/concern? How?

17    g.    Did Singapore Airlines agree with All Nippon Airways to coordinate the amount

18  of fuel surcharges to be imposed on any given flight?

19    (1)    If yes, did these fuel surcharges affect/concern flights to or from the

20    United States?  How?

21    (2)    What flights did these fuel surcharges affect/concern? How?

22    h.    Did Singapore Airlines agree with All Nippon Airways to raise fuel surcharges if

23  All Nippon Airways raised their fuel surcharge?

24    (1)    If yes, did these fuel surcharges affect/concern flights to or from the

25    United States?  How?

26    (2)    What flights did these fuel surcharges affect/concern? How?

27

28
AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF
HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

16.     When you were employed at Singapore Airlines, did you or anyone who reported to you communicate with All Nippon Airways regarding fares?

     a.     If yes, who at Singapore Airlines participated in these communications?  What were their names and titles?

     b.     If yes, who at All Nippon Airways participated in these communications? What were their names and titles?

     c.     How did these communications take place?  I.E. by telephone, over email, in person, facsimile?

     d.     When did these communications take place?

     e.     What was communicated?

     f.     Did Singapore Airlines agree with All Nippon Airways to coordinate the amount of fares to be imposed on any given flight?

          (1)     If yes, did these fares affect/concern flights to or from the United States? How?

          (2)     What flights did these fares affect/concern? How?

     g.     Did Singapore Airlines agree with All Nippon Airways to raise fares if All Nippon Airways raised their fares?

          (1)     If yes, did these fares affect/concern flights to or from the United States? How?

          (2)     What flights did these fares affect/concern? How?

     h.     Are you aware that All Nippon Airways has pleaded guilty to charges that it conspired to fix certain types of passenger fares?  Have you reviewed the Plea Agreement?

17.     When you were employed at Singapore Airlines, did you or anyone who reported to you communicate with China Airlines regarding fuel surcharges?

     a.     If yes, who at Singapore Airlines participated in these communications?  What were their names and titles?

-12-

AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1      b.      If yes, who China Airlines participated in these communications? What were

2 their names and titles?

3      c.      How did these communications take place?  I.E. by telephone, over email, in

4 person, facsimile?

5      d.      When did these communications take place?

6      e.      What was communicated?

7      f.      Did Singapore Airlines agree with China Airlines to impose fuel surcharges if

8 China Airlines raised their fuel surcharge?

9      (1)      If yes, did these fuel surcharges affect/concern flights to or from the

10      United States? How?

11      (2)      What flights did these fuel surcharges affect/concern? How?

12      g.      Did Singapore Airlines agree with China Airlines to coordinate the amount of

13 fuel surcharges to be imposed on any given flight?

14      (1)      If yes, did these fuel surcharges affect/concern flights to or from the

15      United States? How?

16      (2)      What flights did these fuel surcharges affect/concern? How?

17      h.      Did Singapore Airlines agree with China Airlines to raise fuel surcharges if

18 China Airlines raised their fuel surcharge?

19      (1)      If yes, did these fuel surcharges affect/concern flights to or from the

20      United States? How?

21      (2)      What flights did these fuel surcharges affect/concern? How?

22 18.      When you were employed at Singapore Airlines, did you or anyone who reported to you

23 communicate with China Airlines regarding fares?

24      a.      If yes, who at Singapore Airlines participated in these communications?  What

25 were their names and titles?

26      b.      If yes, who at China Airlines participated in these communications? What were

27 their names and titles?

28

-13-

1    c.    How did these communications take place?  I.E. by telephone, over email, in

2    person, facsimile?

3    d.    When did these communications take place?

4    e.    What was communicated?

5    f.    Did Singapore Airlines agree with China Airlines to coordinate the amount of

6    fares to be imposed on any given flight?

7    (1)    If yes, did these fares affect/concern flights to or from the United States?

8    How?

9    (2)    What flights did these fares affect/concern? How?

10    g.    Did Singapore Airlines agree with China Airlines to raise fares if China Airlines

11    raised their fares?

12    (1)    If yes, did these fares affect/concern flights to or from the United States?

13    How?

14    (2)    What flights did these fares affect/concern? How?

15    19.    When you were employed at Singapore Airlines, did you or anyone who reported to you

16    communicate with Malaysia Airlines regarding fuel surcharges?

17    a.    If yes, who at Singapore Airlines participated in these communications?  What

18    were their names and titles?

19    b.    If yes, who Malaysia Airlines participated in these communications? What were

20    their names and titles?

21    c.    How did these communications take place?  I.E. by telephone, over email, in

22    person, facsimile?

23    d.    When did these communications take place?

24    e.    What was communicated?

25    f.    Did Singapore Airlines agree with Malaysia Airlines to impose fuel surcharges if

26    Malaysia Airlines raised their fuel surcharge?

27

28

AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF
HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1            (1)    If yes, did these fuel surcharges affect/concern flights to or from the

2    United States? How?

3            (2)    What flights did these fuel surcharges affect/concern? How?

4        g.    Did Singapore Airlines agree with Malaysia Airlines to coordinate the amount of

5    fuel surcharges to be imposed on any given flight?

6            (1)    If yes, did these fuel surcharges affect/concern flights to or from the

7    United States? How?

8            (2)    What flights did these fuel surcharges affect/concern? How?

9        h.    Did Singapore Airlines agree with Malaysia Airlines to raise fuel surcharges if

10   Malaysia Airlines raised their fuel surcharge?

11           (1)    If yes, did these fuel surcharges affect/concern flights to or from the

12   United States? How?

13           (2)    What flights did these fuel surcharges affect/concern? How?

14   20.    When you were employed at Singapore Airlines, did you or anyone who reported to you

15   communicate with Malaysia Airlines regarding fares?

16       a.    If yes, who at Singapore Airlines participated in these communications?  What

17   were their names and titles?

18       b.    If yes, who at Malaysia Airlines participated in these communications? What

19   were their names and titles?

20       c.    How did these communications take place?  I.E. by telephone, over email, in

21   person, facsimile?

22       d.    When did these communications take place?

23       e.    What was communicated?

24       f.    Did Singapore Airlines agree with Malaysia Airlines to coordinate the amount of

25   fares to be imposed on any given flight?

26           (1)    If yes, did these fares affect/concern flights to or from the United States?

27   How?

28

-15-

AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF
HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

(2)      What flights did these fares affect/concern? How?

g.      Did Singapore Airlines agree with Malaysia Airlines to raise fares if Malaysia Airlines raised their fares?

(1)      If yes, did these fares affect/concern flights to or from the United States? How?

(2)      What flights did these fares affect/concern? How?

21.    When you were employed at Singapore Airlines, did you or anyone who reported to you communicate with Philippine Airlines regarding fuel surcharges?

a.      If yes, who at Singapore Airlines participated in these communications?  What were their names and titles?

b.      If yes, who Philippine Airlines participated in these communications? What were their names and titles?

c.      How did these communications take place?  I.E. by telephone, over email, in person, facsimile?

d.      When did these communications take place?

e.      What was communicated?

f.      Did Singapore Airlines agree with Philippine Airlines to impose fuel surcharges if Philippine Airlines raised their fuel surcharge?

(1)      If yes, did these fuel surcharges affect/concern flights to or from the United States? How?

(2)      What flights did these fuel surcharges affect/concern? How?

g.      Did Singapore Airlines agree with Philippine Airlines to coordinate the amount of fuel surcharges to be imposed on any given flight?

(1)      If yes, did these fuel surcharges affect/concern flights to or from the United States? How?

(2)      What flights did these fuel surcharges affect/concern? How?

AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1      h.      Did Singapore Airlines agree with Philippine Airlines to raise fuel surcharges if

2 Philippine Airlines raised their fuel surcharge?

3         (1)     If yes, did these fuel surcharges affect/concern flights to or from the

4 United States? How?

5         (2)     What flights did these fuel surcharges affect/concern? How?

6     22.     When you were employed at Singapore Airlines, did you or anyone who reported

7 to you communicate with Philippine Airlines regarding fares?

8      a.      If yes, who at Singapore Airlines participated in these communications?  What

9 were their names and titles?

10     b.      If yes, who at Philippine Airlines participated in these communications? What

11 were their names and titles?

12     c.      How did these communications take place?  I.E. by telephone, over email, in

13 person, facsimile?

14     d.      When did these communications take place?

15     e.      What was communicated?

16     f.      Did Singapore Airlines agree with Philippine Airlines to coordinate the amount

17 of fares to be imposed on any given flight?

18         (1)     If yes, did these fares affect/concern flights to or from the United States?

19 How?

20         (2)     What flights did these fares affect/concern? How?

21     g.      Did Singapore Airlines agree with Philippine Airlines to raise fares if Philippine

22 Airlines raised their fares?

23         (1)     If yes, did these fares affect/concern flights to or from the United States?

24 How?

25         (2)     What flights did these fares affect/concern? How?

26     23.     When you were employed at Singapore Airlines, did you or anyone who reported

27 to you communicate with Thai Airways regarding fuel surcharges?

28

AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF
HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1        a.        If yes, who at Singapore Airlines participated in these communications?  What

2    were their names and titles?

3        b.        If yes, who Thai Airways participated in these communications? What were their

4    names and titles?

5        c.        How did these communications take place?  I.E. by telephone, over email, in

6    person, facsimile?

7        d.        When did these communications take place?

8        e.        What was communicated?

9        f.        Did Singapore Airlines agree with Thai Airways to impose fuel surcharges if

10    Thai Airways raised their fuel surcharge?

11            (1)        If yes, did these fuel surcharges affect/concern flights to or from the

12            United States? How?

13            (2)        What flights did these fuel surcharges affect/concern? How?

14        g.        Did Singapore Airlines agree with Thai Airways to coordinate the amount of fuel

15    surcharges to be imposed on any given flight?

16            (1)        If yes, did these fuel surcharges affect/concern flights to or from the

17            United States? How?

18            (2)        What flights did these fuel surcharges affect/concern? How?

19        h.        Did Singapore Airlines agree with Thai Airways to raise fuel surcharges if Thai

20    Airways raised their fuel surcharge?

21            (1)        If yes, did these fuel surcharges affect/concern flights to or from the

22            United States? How?

23            (2)        What flights did these fuel surcharges affect/concern? How?

24    24.    When you were employed at Singapore Airlines, did you or anyone who reported to you

25    communicate with Thai Airways regarding fares?

26        a.        If yes, who at Singapore Airlines participated in these communications?  What

27    were their names and titles?

28
-18-
AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF
HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

b.      If yes, who at Thai Airways participated in these communications? What were their names and titles?

c.      How did these communications take place?  I.E. by telephone, over email, in person, facsimile?

d.      When did these communications take place?

e.      What was communicated?

f.      Did Singapore Airlines agree with Thai Airways to coordinate the amount of fares to be imposed on any given flight?

(1)     If yes, did these fares affect/concern flights to or from the United States? How?

(2)     What flights did these fares affect/concern? How?

g.      Did Singapore Airlines agree with Thai Airways to raise fares if Thai Airways raised their fares?

(1)     If yes, did these fares affect/concern flights to or from the United States? How?

(2)     What flights did these fares affect/concern? How?

25.     When you were employed at Singapore Airlines, did you or anyone who reported to you communicate with Vietnam Airlines regarding fuel surcharges?

a.      If yes, who at Singapore Airlines participated in these communications?  What were their names and titles?

b.      If yes, who Vietnam Airlines participated in these communications? What were their names and titles?

c.      How did these communications take place?  I.E. by telephone, over email, in person, facsimile?

d.      When did these communications take place?

e.      What was communicated?

AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1        f.      Did Singapore Airlines agree with Vietnam Airlines to impose fuel surcharges if

2   Vietnam Airways raised their fuel surcharge?

3               (1)     If yes, did these fuel surcharges affect/concern flights to or from the

4       United States? How?

5               (2)     What flights did these fuel surcharges affect/concern? How?

6        g.      Did Singapore Airlines agree with Vietnam Airlines to coordinate the amount of

7   fuel surcharges to be imposed on any given flight?

8               (1)     If yes, did these fuel surcharges affect/concern flights to or from the

9       United States? How?

10              (2)     What flights did these fuel surcharges affect/concern? How?

11       h.      Did Singapore Airlines agree with Vietnam Airlines to raise fuel surcharges if

12  Vietnam Airlines raised their fuel surcharge?

13              (1)     If yes, did these fuel surcharges affect/concern flights to or from the

14      United States? How?

15              (2)     What flights did these fuel surcharges affect/concern? How?

16  26.    When you were employed at Singapore Airlines, did you or anyone who reported to you

17  communicate with Vietnam Airlines regarding fares?

18       a.      If yes, who at Singapore Airlines participated in these communications?  What

19  were their names and titles?

20       b.      If yes, who at Vietnam Airlines participated in these communications? What

21  were their names and titles?

22       c.      How did these communications take place?  I.E. by telephone, over email, in

23  person, facsimile?

24       d.      When did these communications take place?

25       e.      What was communicated?

26       f.      Did Singapore Airlines agree with Vietnam Airlines to coordinate the amount of

27  fares to be imposed on any given flight?

28
-20-
AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF
HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1          (1)     If yes, did these fares affect/concern flights to or from the United States?

2      g.     Did Singapore Airlines agree with Vietnam Airlines to raise fares if Vietnam

3  Airlines raised their fares?

4          (1)     If yes, did these fares affect/concern flights to or from the United States?

5  27.    When you were employed at Singapore Airlines, did you or anyone who reported to you

6  communicate with Japan Airlines regarding fuel surcharges?

7      a.     If yes, who at Singapore Airlines participated in these communications?  What

8  were their names and titles?

9      b.     If yes, who Japan Airlines participated in these communications? What were

10  their names and titles?

11     c.     How did these communications take place?  I.E. by telephone, over email, in

12  person, facsimile?

13     d.     When did these communications take place?

14     e.     What was communicated?

15     f.     Did Singapore Airlines agree with Japan Airlines to impose fuel surcharges if

16  Japan Airlines raised their fuel surcharge?

17         (1)     If yes, did these fuel surcharges affect/concern flights to or from the

18         United States? How?

19         (2)     What flights did these fuel surcharges affect/concern? How?

20     g.     Did Singapore Airlines agree with Japan Airlines to coordinate the amount of

21  fuel surcharges to be imposed on any given flight?

22         (1)     If yes, did these fuel surcharges affect/concern flights to or from the

23         United States? How?

24         (2)     What flights did these fuel surcharges affect/concern? How?

25     h.     Did Singapore Airlines agree with Japan Airlines to raise fuel surcharges if Japan

26  Airlines raised their fuel surcharge?

27

28
AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF
HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1              (1)    If yes, did these fuel surcharges affect/concern flights to or from the

2      United States? How?

3              (2)    What flights did these fuel surcharges affect/concern? How?

4    28.    When you were employed at Singapore Airlines, did you or anyone who reported to you

5    communicate with Japan Airlines regarding fares?

6          a.    If yes, who at Singapore Airlines participated in these communications?  What

7    were their names and titles?

8          b.    If yes, who at Japan Airlines participated in these communications? What were

9    their names and titles?

10          c.    How did these communications take place?  I.E. by telephone, over email, in

11    person, facsimile?

12          d.    When did these communications take place?

13          e.    What was communicated?

14          f.    Did Singapore Airlines agree with Japan Airlines to coordinate the amount of

15    fares to be imposed on any given flight?

16              (1)    If yes, did these fares affect/concern flights to or from the United States?

17      How?

18              (2)    What flights did these fares affect/concern? How?

19          g.    Did Singapore Airlines agree with Japan Airlines to raise fares if Japan Airlines

20    raised their fares?

21              (1)    If yes, did these fares affect/concern flights to or from the United States?

22      How?

23              (2)    What flights did these fares affect/concern? How?

24    29.    Do you have an understanding of the allegations in this lawsuit?  What is your

25    understanding?

26          a.    Are you aware that plaintiffs in this lawsuit allege that Singapore Airlines

27    conspired to fix the price of fuel surcharges?

28
                                   -22-
AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF
HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1      b.      Are you aware that plaintiffs in this lawsuit allege that Singapore airlines

2  conspired to fix the prices of passenger airfares?

3  30.     Did you receive any antitrust training while at Singapore Airlines?

4      a.      When? How? By Whom?

5      b.      Describe the training.

6  31.     With respect to each document identified in <u>ATTACHMENT B</u>, a copy of which will be

7  provided to you, answer the following:

8      a.      Are you familiar with this document?

9      b.      Have you seen this document before?

10     c.      Please explain what this document is.

11     d.      When did you first see this document?

12          (1)     Was this in connection with your employment at SIA?

13          (2)     If yes, what was your position and responsibilities at the time?

14     e.      Are you the author of this document?

15          (1)     Were you in any way involved in the preparation of this document?

16          (2)     Explain your involvement.

17          (3)     If applicable, what does it mean to be "sponsored" or "approved" by you?

18          (4)     Did you send this document to anyone?

19               i.     If yes, who?

20               ii.    If yes, why?

21     f.      What was the purpose of this document?

22     g.      Did you receive this document?

23          (1)     If yes, why was it sent to you?

24          (2)     If yes, how did you respond?

25     h.      Please explain the roles of the other individuals named in this document at the

26  time this document originated.

27          (1)     What company did each such individual work for?

28

AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF
HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1          (2)     Was the company a competitor of SIA?

2          (3)     What position did each such individual hold and what were his or her

3     responsibilities?

4          (4)     What was your relationship with each such individual?

5          (5)     How frequently did you communicate with each such individual?

6          (6)     How did you communicate with him or her, e.g., letter, email, telephone,

7     in person, etc.

8     i.     Were there any follow-up communications, e.g., letter, email, telephone, in

9     person, etc., to this document?

10    j.     Did you discuss this document with anyone at SIA?

11         (1)     If yes, with whom (name, position, responsibilities)?

12         (2)     If yes, when?

13         (3)     If yes, please describe your discussions.

14         (4)     If yes, did you or anyone at SIA come to any conclusions?

15    k.     Did you discuss this document with anyone outside of SIA?

16         (1)     If yes, with whom (name, company, position, responsibilities)?

17         (2)     If yes, when?

18         (3)     If yes, please describe your discussions.

19         (4)     If yes, did you come to any agreement regarding the matters described in

20    the document?

21         (5)     Did you come to any agreement regarding future conduct of SIA and/or

22    any competitor?

23    l.     Explain the basis for any calculations contained in the document.

24

25

26

27

28
AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF
HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

**ATTACHMENT B**

Exhibit 1 is a copy of an email string the last of which is from Dirk van Nieuwkerk to Ee Kim Lye regarding "AW: Good Morning", dated May 12, 2004, produced by SIA and identified as SIA_11_000198616 - SIA_11_000198617.

Exhibit 2 is a copy of an email string the last of which is from Subhas Menon to Kian Hai Cheng etc. regarding "Fw: Fuel surcharge", dated May 12, 2004, produced by SIA and identified as SIA_08_000148431.

Exhibit 3 is a copy of a paper entitled "IMPLEMENTATION OF FUEL SURCHARGE", dated May 13, 2004, produced by SIA and identified as SIA_11_000026793 - SIA_11_000026794.

Exhibit 4 is a copy of a paper entitled "IMPLEMENTATION OF FUEL SURCHARGE", dated May 21, 2004, produced by SIA and identified as SIA_11_000128937 - SIA_11_000128941.

Exhibit 5 is a copy of an email string the last of which is from Ee Kim Lye to Constance Wong regarding "JAPAN FUEL SURCHARGE", dated December 30, 2004, produced by SIA and identified as SIA_11_000211726 - SIA_11_000211731.

Exhibit 6 is a copy of an email string the last of which is from Huang Cheng Eng to Ee Kim Lye regarding "fuel surcharge", dated September 21, 2005, produced by SIA and identified as SIA_11_000197434 - SIA_11_000197435.

Exhibit 7 is a copy of an email string the last of which is from Huang Cheng Eng to YauSeng Chin regarding "SQ JAPAN FUEL SURCHARGE APR-SEP06", dated February 22, 2006, produced by SIA and identified as SIA_11_000046149 - SIA_11_000046154.

Exhibit 8 is a copy of an email string the last of which is from PheeTeik Yeoh to Ee Kim Lye regarding "SQ JAPAN FUEL SURCHARGE APR-SEP06", dated February 27, 2006, produced by SIA and identified as SIA_11_000046659 - SIA_11_000046668.

Exhibit 9 is a copy of an email string the last of which is from PheeTeik Yeoh to Ee Kim Lye regarding "SQ JAPAN FUEL SURCHARGE", dated March 1, 2006, produced by SIA and identified as SIA_11_000047272 - SIA_11_000047282.

Exhibit 10 is a copy of an email string the last of which is from Yvette Lee to PheeTeik Yeoh etc. regarding "JAPAN FUEL SURCHARGE", dated May 2, 2007, produced by SIA and identified as SIA_11_000247518 - SIA_11_000247521.

Exhibit 11 is a copy of a paper entitled "BOARD BOOK, ALLIANCE MANAGEMENT BOARD MEETING", dated September 5-6, 2007, produced by ANA and identified as ANA-00612419 - ANA-00612433.

Exhibit 12 is a copy of a paper entitled "BOARD BOOK, ALLIANCE MANAGEMENT BOARD MEETING", dated July 15-16, 2009.

Exhibit 13 is a copy of a paper entitled "SIA FUEL SURCHARGE - ROLLBACK PROGRAM", dated February 2005, produced by SIA and identified as SIA_11_000037778 - SIA_11_000037780.

AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

1

2

Exhibit 14 is a copy of a paper entitled "SIA Management Committee Meeting 16/06, August 2006, REVIEW OF SIA'S FUEL SURCHARGES", produced by SIA and identified as SIA_11_000055185 - SIA_11_000055187.

3

4

Exhibit 15 is a copy of a paper entitled "IMPLEMENTATION OF FUEL SURCHARGE", dated May 13, 2004, produced by SIA and identified as SIA_11_000114878 - SIA_11_000114879.

5

6

Exhibit 16 is a copy of an email string the last of which is from Huang Cheng Eng to Ee Kim Lye etc. regarding "filing of fuel surcharge by CX", dated May 19, 2004, produced by SIA and identified as SIA_11_000112849.

7

8

Exhibit 17 is a copy of a paper entitled "IMPLEMENTATION OF FUEL SURCHARGE", dated May 19, 2004, produced by SIA and identified as SIA_11_000209750 - SIA_11_000209752.

9

10

Exhibit 18 is a copy of a paper entitled "SIA FUEL SURCHARGE", dated October 29, 2004, produced by SIA and identified as SIA_11_000034239 – SIA_11_000034253.

11

12

Exhibit 19 is a copy of a paper entitled "SIA FUEL SURCHARGE - ROLLBACK", dated February 8, 2005, produced by SIA and identified as SIA_11_000037774 - SIA_11_000037777.

13

14

Exhibit 20 is a copy of a paper entitled "SIA FUEL SURCHARGE - ROLLBACK PROGRAM", dated February 18, 2005, produced by SIA and identified as SIA_11_000102775 - SIA_11_000102779.

15

16

Exhibit 21 is a copy of an email string the last of which is from Ian Lorigan to Ee Kim Lye and Constance Wong regarding "Fuel surcharge", dated July 14, 2005, produced by SIA and identified as SIA_11_000111704 - SIA_11_000111708.

17

18

Exhibit 22 is a copy of an email string the last of which is from LikHsin Lee to Constance Wong etc. regarding "SQ China: Fuel Surcharge", dated September 23, 2005, produced by SIA and identified as SIA_11_000196834 - SIA_11_000196835.

19

20

Exhibit 23 is a copy of an email string the last of which is from PheeTeik Yeoh to Ee Kim Lye regarding "fuel surcharge", dated September 24, 2005, produced by SIA and identified as SIA_11_000197431 - SIA_11_000197432.

21

22

Exhibit 24 is a copy of an email string the last of which is from David Goh to Tadashi Sato etc. regarding "Baggage Harmonization", dated November 28, 2005, produced by SIA and identified as SIA_06_000032877 - SIA_06_000032880.

23

24

Exhibit 25 is a copy of an email string the last of which is from Subhas Menon to Ee Kim Lye etc. regarding "3rd Tier Fuel Surcharge", dated July 28, 2006, produced by SIA_11_000005593 - SIA_11_000005594.

25

26

Exhibit 26 is a copy of a paper entitled "SIA Management Committee Meeting 29/06, 03 August 2006, THIRD TIER FUEL SURCHARGE", produced by SIA and identified as SIA_11_000037758 - SIA_11_000037760.

27

28

-26-

1
2
Exhibit 27 is a copy of a paper entitled "SIA Management Committee Meeting 33/06, 06 September 2006, REVIEW OF SIA'S FUEL SURCHARGES AND INTRODUCTION OF A NEW TIER", produced by SIA and identified as SIA_11_000052947 - SIA_11_000052949.

3
4
Exhibit 28 is a copy of a paper entitled "SIA Management Committee Meeting 37/06, 04 October 2006, REVIEW OF SIA'S FUEL SURCHARGES", produced by SIA and identified as SIA_11_000196256 - SIA_11_000196258.

5
6
Exhibit 29 is a copy of a paper entitled "SIA Management Committee Meeting 27/08, Wednesday, 09 July 2008, REVIEW OF SIA 3-TIER FUEL SURCHARGE", by SIA and identified as SIA_11_000070025 - SIA_11_000070029.

7
8
Exhibit 30 is a copy of a paper entitled "SIA Management Committee Meeting xx/08, Wednesday, 16 July 2008, REVIEW OF SIA 3-TIER FUEL SURCHARGE", produced by SIA and identified as SIA_11_000029928 - SIA_11_000029933.

9
10
Exhibit 31 is a copy of a paper entitled "SIA Management Committee Meeting 29/08, Tuesday, 22 July 2008, REVIEW OF SIA'S 3-TIER FUEL SURCHARGE", produced by SIA and identified as SIA_11_000030054 - SIA_11_000030059

11
12
Exhibit 32 is a copy of a paper entitled "SIA Management Committee Meeting 29/08, Wednesday, 23 July 2008, REVIEW OF SIA'S 3-TIER FUEL SURCHARGE", produced by SIA and identified as SIA_11_000070032 - SIA_11_000070036.

13
14
Exhibit 33 is a copy of a paper entitled "SIA Management Committee Meeting 32/08, Wednesday 13 August 2008, REVIEW OF SIA'S FUEL SURCHARGES", produced by SIA and identified as SIA_11_000029571 - SIA_11_000029574.

15
16
Exhibit 34 is a copy of a paper entitled "SIA Management Committee Meeting 35/08, Wednesday, 03 September 2008, REVIEW OF SIA'S FUEL SURCHARGES", produced by SIA and identified as SIA_11_000038447 - SIA_11_000038451.

17
18
Exhibit 35 is a copy of a paper entitled "SIA Management Committee Meeting 35/08, Thursday 04 September 2008, REVIEW OF SIA'S FUEL SURCHARGES", produced by SIA and identified as SIA_11_000076910 - SIA_11_000076914.

19
20
Exhibit 36 is a copy of a paper entitled "SIA Management Committee Meeting 39/08, Wednesday, 08 October 2008, REVIEW OF SIA'S FUEL SURCHARGES", produced by SIA and identified as SIA_11_000030418 - SIA_11_000030422.

21
22
Exhibit 37 is a copy of an email dated March 16, 1999 from Huang Cheng Eng to Ping Choon Teh, among others, (and related emails) regarding transpacific routes, produced by SIA and identified as SIA_10_000004178 – SIA_10_000004179.

23
24
Exhibit 38 is a copy of internal notes dated August 20, 2002 regarding bilateral meeting of SIA and ANZ, produced by SIA and identified as SIA_10_000004003 – SIA_10_000004004.

25
Exhibit 39 is a copy of notes from the BAR-Extraordinary Meeting dated March 4, 2003, produced by SIA and identified as SIA_15_000014578 – SIA_15_000014579.

26
27
28
AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING DEPOSITION OF HUANG CHENG ENG (LETTER ROGATORY)
CASE NO. C07-5634 CRB

Exhibit 40 is a copy of an email dated March 8, 2004 from Huang Cheng Eng (and related emails) regarding bilateral meeting of SIA and ANA, produced by SIA and identified as SIA_10_000004137 – SIA_10_000004138.

Exhibit 41 is a copy of an email dated May 10, 2004 from Huang Cheng Eng to Ee Kim Lye, among others, (and related emails) regarding fuel surcharges, produced by SIA and identified as SIA_15_000014715 – SIA_15_000014716.

Exhibit 42 is a copy of an email dated May 12, 2004 from Huang Cheng Eng to Ee Kim Lye (and related emails and attachments) regarding fuel surcharges, produced by SIA and identified as SIA_15_000014786 – SIA_15_000014788.

Exhibit 43 is a copy of an email dated May 13, 2004 from Subhas Menon to Jeff Parks, among others, (and related emails) regarding fuel surcharges, produced by SIA and identified as SIA_07_000060292 – SIA_07_000060295.

Exhibit 44 is a copy of SIA Management Committee Meeting minutes dated May 16, 2004, produced by SIA and identified as SIA_10_000005570 – SIA_10_000005575.

Exhibit 45 is a copy of an email dated May 19, 2004 from Huang Cheng Eng to Ee Kim Lye, among others,(and related emails) regarding fuel surcharges, produced by SIA and identified as SIA_15_000014762 – SIA_15_000014764.

Exhibit 46 is a copy of a memorandum from SIA's Management Meeting dated August 18, 2004 regarding SIA's proposal to increase fuel surcharge prepared by Ee Kim Lye and sponsored by Huang Cheng Eng, produced by SIA and identified as SIA_15_000008015 – SIA_15_000008023.

Exhibit 47 is a copy of an email dated September 1, 2004 from Huang Cheng Eng to Ee Kim Lye, among others, (and related emails) regarding fuel surcharges, produced by SIA and identified as SIA_11_000122106 – SIA_11_000122113.

Exhibit 48 is a copy of an IATA memorandum dated October 29, 2004 containing the minutes of the Special Meeting of the Passenger Tariff Conferences Steering Group held on September 27, 2004, produced by SIA and identified as SIA_15_000008255 – SIA_15_000008272.

Exhibit 49 is a copy of SIA Management Committee Meeting minutes dated February 8, 2005, produced by SIA and identified as SIA_15_000018591 – SIA_15_000018595.

Exhibit 50 is a copy of an email dated April 13, 2005 from Yau Seng Chin to Ee Kim Lye, among others, (and related emails) regarding fuel surcharges, produced by SIA and identified as SIA_11_000104587– SIA_11_000104590.

Exhibit 51 is a copy of an email dated May 20, 2005 from Jeanette Juay to Huang Cheng Eng, among others, regarding internal memoranda for United States carrier meetings, produced by SIA and identified as SIA_15_000007488.

Exhibit 52 is a copy of an email dated May 31, 2005 from Phee Teik Yeoh to Ee Kim Lye, among others, (and related emails) regarding fuel surcharges, produced by SIA and identified as SIA_11_000102873 – SIA_11_000102877.

Exhibit 53 is a copy of an email dated September 27, 2005 from Stephen Forshaw to Huang Cheng Eng, among others, (and related emails) regarding fuel surcharges, produced by SIA and identified as SIA_11_000198162 – SIA_11_000198166.

Exhibit 54 is a copy of an email dated September 27, 2005 from Huang Cheng Eng to Ping Choon Teh, among others, (and related emails) regarding fuel surcharges, produced by SIA and identified as SIA_10_000004510 – SIA_10_000004515.

Exhibit 55 is a copy of an email dated November 28, 2005 from Huang Cheng Eng to Claudia Chia (and related emails) regarding bilateral meeting of SIA and Thai Airways, produced by SIA and identified as SIA_10_000004479 – SIA_10_000004481.

Exhibit 56 is a copy of BAR Meeting minutes dated January 16, 2006, produced by EVA and identified as EVA_TPAC0440252 – EVA_TPAC0440256.

Exhibit 57 is a copy of an email dated March 1, 2006 from Sy Yen Chen to Huang Cheng Eng, among others, (and related emails) regarding fuel surcharges, produced by SIA and identified as SIA_11_000047289 – SIA_11_000047304.

Exhibit 58 is a copy of Plaintiffs' Second Amended Consolidated Class Action Complaint filed on November 22, 2013 in *In re Transpacific Passenger Air Transportation Antitrust Litigation*, United States District Court for the Northern District of California, Case No. 07-CV-5634.

Exhibit 59 is a copy of All Nippon Airways Co. Ltd.'s Plea Agreement entered on December 6, 2010 in *United States of America v. All Nippon Airways Co., Ltd.*, United States District Court for the District of Columbia, Case No. 10-CR-00295.

1

**CERTIFICATE OF SERVICE**

2

      I hereby certify that on April 17, 2014, I electronically filed the foregoing AMENDED

3

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE REGARDING TAKING

4

DEPOSITION OF HUANG CHENG ENG (LETTER ROGATORY) with the Clerk of the

5

Court using the ECF system which will send notification of such filing to all attorneys of record

6

registered for electronic filing.

7

8

                                         */s/ Jennie Lee Anderson*

9

                                         Jennie Lee Anderson

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28