1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

9

10

11

12

13

14

15

16

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | No. 07-CV-5634-CRB |
| | MDL No. 1913 |
| | **STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE DEFENDANTS' REPLY BRIEF AND REVISED BRIEFING LIMITS** |
| **This Document Relates to:** | Judge:  The Hon. Charles R. Breyer |
| **ALL ACTIONS** | |

17

18

19

20

21

22

23

24

25

26

27

28

The parties to the within action hereby agree and stipulate as follows:

WHEREAS, the Court's Order dated February 26, 2014 setting a briefing schedule (Dkt. No. 866) for the Defendants' motions for summary judgment based on the filed rate doctrine. (Dkt. Nos. 724, 725, 728, 731, 753, 761, 763, 786, 792);

WHEREAS, the Court has previously set briefing limits and deadlines for Defendants' individual and joint replies in support of their motions for summary judgment based on the filed rate doctrine.  (Dkt. Nos. 841, 848, 866);

WHEREAS, the Parties have met and conferred regarding the timing and length of the Defendants Reply briefs;

WHEREAS, no hearing date for Defendants' motions for summary judgment has been set and the stipulations below will have no effect on the schedule for the case;

IT IS HEREBY STIPULATED by and between the Parties, subject to the Court's approval, that the Defendants individual and joint replies to Plaintiffs' omnibus opposition (Dkt. No. 869) will be due on July 30, 2014; and

IT IS HEREBY STIPULATED by and between the Parties, subject to this Court's approval, that the page limits for Defendants' individual and joint replies as ordered by the Court (Dkt. No. 866) will remain unchanged, except that the Defendants may file one joint brief which shall not exceed 50 pages of text (exclusive of declarations and/or supporting exhibits) instead of three 25 page briefs (a total of 75 pages) currently permitted by the Court's Order; and

IT IS HEREBY FURTHER STIPULATED by and between the Parties, subject to this Court's approval, that Plaintiffs shall have the opportunity to depose any new declarant who submits a declaration as part of any Defendant reply, if such declarant has not been previously deposed.  If the declarant has been previously deposed, the respective defendant will produce the declarant for a further deposition limited to the topic(s) raised in the declaration annexed to the

reply.  The deposition shall be noticed within thirty (30) days after the filing of Defendants' reply brief.

**SO STIPULATED:**

Dated: July 14, 2014

**HAUSFELD, LLP**

By:  /s/Christopher L. Lebsock
_____
Christopher L. Lebsock
*Interim Co-Lead Counsel for Plaintiffs*

**COTCHETT, PITRE & McCARTHY**

By:  /s/Steven N. Williams
_____
Steven N. Williams
*Interim Co-Lead Counsel for Plaintiffs*

**CONDON & FORSYTH LLP**

By:  /s/Michael J. Holland
_____
Michael J. Holland
*Counsel for Defendant Air New Zealand*

**CONSTANTINE CANNON LLP**

By:  /s/Ankur Kapoor
_____
Ankur Kapoor
*Counsel for Defendant All Nippon Airways*

**SQUIRE PATTON BOGGS**

By:  /s/James V. Dick
_____
James V. Dick
*Counsel for Defendant China Airlines*

Stipulation and Proposed Order Extending Time to File
Defendants' Reply Brief and Revised Briefing Limits

- 3 -

1

2
**KIRKLAND & ELLIS LLP**
Tammy A. Tsmoumas

3
By:   /s/Tammy A. Tsmoumas

4
                    Tammy A. Tsmoumas
                    *Counsel for Defendant EVA Airways*

5

6
**BAKER & MILLER PLLC**

7

8
By:   /s/W. Todd Miller

9
                    W. Todd Miller
                    *Counsel for Defendant Qantas Airways*

10
**COVINGTON & BURLING LLP**

11

12
By:   /s/Anita Stork

13
                    Anita Stork
                    *Counsel for Defendant Philippine Airlines*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order Extending Time to File
Defendants' Reply Brief and Revised Briefing Limits

- 4 -

Filer's Attestation:   Pursuant to Local Rule 5-1(i) regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from each of the signatories.

**CONDON & FORSYTH LLP**

By:   /s/Michael J. Holland
        Michael J. Holland

*Counsel for Defendant Air New Zealand*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: July 16 , 2014

Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA