1 | Douglas E. Rosenthal
Richard O. Levine
2 | Aymeric Dumas-Eymard
CONSTANTINE CANNON LLP
3 | 1001 Pennsylvania Avenue, N.W., Suite 1300 North
Washington, DC 20004
4 | Telephone: 202-204-3510
Facsimile: 202-204-3501
5 | Email: drosenthal@constantinecannon.com

6 | Ankur Kapoor
Alysia A. Solow
7 | Gary J. Malone
CONSTANTINE CANNON LLP
8 | 335 Madison Avenue, 9th Floor
New York, NY 10017
9 | Telephone: 212-350-2700
Facsimile: 212-350-2701
10 | Email: akapoor@constantinecannon.com

Jesse W. Markham, Jr.
2130 Fulton Street
San Francisco, CA 94117
Telephone: 415-422-4473
Email: jmarkhamlaw@sbcglobal.net

11 | *Counsel for Defendant All Nippon Airways Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | **MASTER FILE NO. 07-CV-5634-CRB**<br><br>**MDL NO. 1913**<br><br>**NOTICE OF CHANGE OF ADDRESS** |

1 | PLEASE TAKE NOTICE that effective July 28, 2014, the Washington, D.C. office of Constantine Cannon LLP has relocated. The new address is as follows:

1001 Pennsylvania Avenue, N.W., Suite 1300 North

Washington, DC 20004

The telephone and facsimile numbers will remain the same.

Dated:  July 28, 2014                                   Respectfully submitted,

>                              */s/ Douglas E. Rosenthal*
>                              Douglas E. Rosenthal
>                              Richard O. Levine
>                              Aymeric Dumas-Eymard
>                              CONSTANTINE CANNON LLP
>                              1001 Pennsylvania Avenue, N.W.
>                              Suite 1300 North
>                              Washington, DC 20004
>                              Telephone: 202-204-3510
>                              Facsimile:  202-204-3501
>                              Email: drosenthal@constantinecannon.com
>
>                              Ankur Kapoor
>                              Alysia A. Solow
>                              Gary J. Malone
>                              CONSTANTINE CANNON LLP
>                              335 Madison Avenue, 9th Floor
>                              New York, NY 10017
>                              Telephone: 212-350-2700
>                              Facsimile:  212-350-2701
>                              Email: akapoor@constantinecannon.com
>
>                              Jesse W. Markham, Jr.
>                              2130 Fulton Street
>                              San Francisco, CA 94117
>                              Telephone:  415-422-4473
>                              Email: jmarkhamlaw@sbcglobal.net
>
>                              Counsel for Defendant All Nippon Airways Co., Ltd.

**NOTICE OF CHANGE OF ADDRESS**