David H. Bamberger
F. Martin Dajani
Deana L. Cairo
**DLA PIPER LLP (US)**
500 8th Street, N.W.
Washington, DC 20004
Telephone: 202-799-4000
Facsimile: 202-799-5000
Email: david.bamberger@dlapiper.com
       martin.dajani@dlapiper.com
       deana.cairo@dlapiper.com

*Counsel for Cathay Pacific Airways Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. C 07-5634 CRB<br><br>MDL NO. 1913<br><br>**CATHAY PACIFIC'S JOINDER IN PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH DEFENDANT CATHAY PACIFIC AIRWAYS LIMITED** |

DLA Piper LLP (US)
Washington

CATHAY PACIFIC'S JOINDER IN PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY APPROVAL
OF SETTLEMENT WITH DEFENDANT CATHAY PACIFIC AIRWAYS LIMITED
MASTER FILE NO. 07-CV-5634 CRB/MDL NO. 1913

**CATHAY PACIFIC'S JOINDER IN PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH DEFEDNDANT CATHAY PACIFIC AIRWAYS LIMITED**

Defendant Cathay Pacific Airways Ltd. ("Cathay Pacific") joins in Plaintiffs' Amended Motion for Preliminary Approval of Settlement With Defendant Cathay Pacific Airways Limited (Dkt. No. 921) for the reasons set forth in Plaintiffs' accompanying papers.

Dated: August 7, 2014

By: */s/Deana L. Cairo*
Deana L. Cairo
David H. Bamberger
F. Martin Dajani
DLA PIPER LLP (US)
500 8th Street, N.W.
Washington, DC 20004
Telephone: 202-799-4000
Facsimile: 202-799-5000
Email: deana.cairo@dlapiper.com
    david.bamberger@dlapiper.com
    martin.dajani@dlapiper.com

*Counsel for Defendant Cathay Pacific Airways Ltd.*

DLA Piper LLP (US)
Wilmington

-2-
CATHAY PACIFIC'S JOINDER IN PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH DEFENDANT CATHAY PACIFIC AIRWAYS LIMITED
MASTER FILE NO. 07-CV-5634 CRB/MDL NO. 1913

David H. Bamberger
F. Martin Dajani
Deana L. Cairo
**DLA PIPER LLP (US)**
500 8th Street, N.W.
Washington, DC 20004
Telephone: 202-799-4000
Facsimile: 202-799-5000
Email: david.bamberger@dlapiper.com
       martin.dajani@dlapiper.com
       deana.cairo@dlapiper.com

*Counsel for Cathay Pacific Airways Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION**<br><br>**This Document Relates To:**<br>**ALL ACTIONS** | Master File No. C 07-5634 CRB<br><br>MDL NO. 1913<br><br>**CERTIFICATE OF SERVICE** |

DLA PIPER LLP (US)
WILMINGTON

CATHAY PACIFIC'S JOINDER IN PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY APPROVAL
OF SETTLEMENT WITH DEFENDANT CATHAY PACIFIC AIRWAYS LIMITED
MASTER FILE NO. 07-CV-5634 CRB/MDL NO. 1913

## CERTIFICATE OF SERVICE

I hereby certify that I am over the age of eighteen (18) and not a party to the above-referenced action. I am employed by the law firm of DLA Piper LLP (US), 500 8th Street, N.W., Washington, DC 20004.

On August 7, 2014, I served or caused to be served a true copy of the following document(s) in the manner listed below:

**CATHAY PACIFIC'S JOINDER IN PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH DEFENDANT CATHAY PACIFIC AIRWAYS LIMITED**

  XXX      **BY ECF:** I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in Case No. 07-cv-05634-CRB. Counsel of record are required by the Court to be registered for electronic filing, and are automatically provided notification by the Court's electronic filing system.

  XXX      **BY PERSONAL SERVICE:** I caused personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below:

> Honorable Charles R. Breyer
> United States District Court
> Northern District of California
> 450 Golden Gate Avenue
> Courtroom 8, 19th Floor
> San Francisco, CA 94102

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on August 7, 2014 at Washington, DC.

/s/Deana L. Cairo

DLA Piper LLP (US)
Wilmington

-2-
CATHAY PACIFIC'S JOINDER IN PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH DEFENDANT CATHAY PACIFIC AIRWAYS LIMITED
MASTER FILE NO. 07-CV-5634 CRB/MDL NO. 1913