LATHAM & WATKINS LLP
William R. Sherman (*admitted Pro Hac Vice*)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201
Email: william.sherman@lw.com

Ashley M. Bauer (SBN 231626)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Email: ashley.bauer@lw.com

*Counsel for Defendant Singapore Airlines Limited*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Master File No. C 07-5634-CRB<br><br>MDL NO. 1913 |
| **This Document Relates To:**<br><br>**ALL ACTIONS** | **STIPULATION AND ORDER REGARDING WITHDRAWAL OF SINGAPORE AIRLINES LIMITED'S MOTION FOR SUMMARY JUDGMENT ALL CLAIMS IN THE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

**STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF SINGAPORE AIRLINES LIMITED'S MOTION FOR SUMMARY JUDGMENT; Master File No. 07-cv-5634-CRB**

Plaintiffs and Defendant Singapore Airlines Limited ("SIA") hereby agree and stipulate as follows:

WHEREAS Defendants Air New Zealand Ltd., Cathay Pacific Airways Ltd., China Airlines, Ltd., EVA Airways Corp., Philippine Airlines, Inc., Qantas Airways Limited, Singapore Airlines Limited, and Thai Airways filed a joint brief for summary judgment based on the Filed Rate Doctrine on September 10, 2013 (Dkt. No. 728);

WHEREAS, SIA filed an individual motion for summary judgment and supporting briefs based on the Filed Rate Doctrine (Dkt. Nos. 786, 786-1, 787 and 787-1 through 787-6);

WHEREAS, Plaintiffs and SIA, by and through their counsel, have since entered into a Settlement Agreement;

WHEREAS, Plaintiffs intend to seek an order preliminarily approving the Settlement Agreement at an appropriate time convenient to the Court and counsel for the parties;

WHEREAS, Plaintiffs and SIA believe it would be more efficient to withdraw SIA's motion for summary judgment on the Filed Rate Doctrine pending the Court's determination of Plaintiffs' forthcoming motion seeking approval of the Settlement Agreement;

NOW THEREFORE, the Parties agree and stipulate as follows:

1. SIA withdraws from the joint brief for summary judgment based on the Filed Rate Doctrine (Dkt. No. 728);
2. SIA withdraws its motion for summary judgment and supporting declarations based on the Filed Rate Doctrine Dkt. Nos. 786, 786-1, 787 and 787-1 through 787-6;

**STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF SINGAPORE AIRLINE LIMITED'S  MOTION FOR SUMMARY JUDGMENT; Master File No. 07-cv-5634-CRB    1**

3. If SIA is not dismissed from the case as a result of the Settlement Agreement, SIA shall be permitted to reinstate its motion for summary judgment and the motion's accompanying papers based on the Filed Rate Doctrine, as well as file a reply brief and accompanying papers, which it did not file on July 30, 2014 due to the Settlement Agreement. Such reply brief shall be subject to the limitations previously ordered by the Court.

SO STIPULATED.

August 13, 2014  **LATHAM & WATKINS LLP**

*/s/ William R. Sherman*

William R. Sherman
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201
Email: william.sherman@lw.com

Ashley M. Bauer
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Email: ashley.bauer@lw.com

*Counsel for Defendant Singapore Airlines Limited*

August 13, 2014  **COTCHETT, PITRE & McCARTHY, LLP**

*/s/ Steven N. Williams*

STEVEN N. WILLIAMS
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577
swilliams@cpmlegal.com

**STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF SINGAPORE AIRLINE LIMITED'S MOTION FOR SUMMARY JUDGMENT; Master File No. 07-cv-5634-CRB     2**

August 13, 2014                    **HAUSFELD LLP**

                                                */s/ Christopher Lebsock*

CHRISTOPHER LEBSOCK
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:  415-633-1908
Facsimile:   415-358-4980
clebsock@hausfeldllp.com

*Interim Co-Lead Counsel for Plaintiffs*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATE: August 15, 2014



**STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF SINGAPORE AIRLINE LIMITED'S  MOTION FOR SUMMARY JUDGMENT; Master File No. 07-cv-5634-CRB     3**