Joseph W. Cotchett (36324)
jcotchett@cpmlegal.com
Steven N. Williams (175489)
swilliams@cpmlegal.com
Adam J. Zapala (245748)
azapala@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile:  (650) 697-0577

Michael P. Lehmann (77152)
mlehmann@hausfeldllp.com
Christopher Lebsock (184546)
clebsock@hausfeldllp.com
**HAUSFELD LLP**
44 Montgomery Street
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile:  (415) 358-4980

Michael D. Hausfeld
mhausfeld@hausfeldllp.com
Seth R. Gassman
sgassman@hausfeldllp.com
**HAUSFELD LLP**
1700 K Street, Suite 650
Washington, D.C. 20006
Telephone: (202) 540-7200
Facsimile:  (202) 540-7201

*Interim Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | Civil Action No. 3:07-CV-05634-CRB |
| | MDL No: 1913 |
| **This Document Relates To:**<br><br>**All Actions** | **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR AN ORDER SPECIALLY SETTING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENTS WITH DEFENDANTS QANTAS AIRWAYS LIMITED AND SINGAPORE AIRLINES LIMITED FOR HEARING ON OCTOBER 10, 2014** |

1  ON GOOD CAUSE SHOWN, Plaintiff's administrative motion for an order specially setting Plaintiffs' Motion for Preliminary Approval of Settlements with Qantas Airways Limited and Singapore Airlines Limited is granted. Plaintiffs' Motion for Preliminary Approval [Dkt No. 942] shall be heard on October 10, 2014 at 10:00 a.m.

SO ORDERED.

September 17, 2014

HON. _____

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(United States District Court, Northern District of California seal)

---

[PROPOSED] ORDER GRANTING PLAINTIFFS'
ADMINISTRATIVE MOTION FOR RELIEF            -1-            MASTER FILE NO. 07-CV-06394-CRB