1   Joseph W. Cotchett (36324)
    jcotchett@cpmlegal.com
2   Steven N. Williams (175489)
    swilliams@cpmlegal.com
3   Adam J. Zapala (245748)
    azapala@cpmlegal.com
4   **COTCHETT, PITRE & McCARTHY**
    San Francisco Airport Office Center
5   840 Malcolm Road, Suite 200
    Burlingame, CA 94010
6   Telephone: (650) 697-6000
    Facsimile:  (650) 697-0577
7
    Michael P. Lehmann (77152)              Michael D. Hausfeld
8   mlehmann@hausfeldllp.com                mhausfeld@hausfeldllp.com
    Christopher Lebsock (184546)            Seth R. Gassman
9   clebsock@hausfeldllp.com                sgassman@hausfeldllp.com
    **HAUSFELD LLP**                        **HAUSFELD LLP**
10  44 Montgomery Street                    1700 K Street, Suite 650
    San Francisco, CA 94111                 Washington, D.C. 20006
11  Telephone: (415) 633-1908               Telephone: (202) 540-7200
    Facsimile:  (415) 358-4980              Facsimile:  (202) 540-7201
12
    *Interim Co-Lead Counsel for Plaintiffs*
13
                    **UNITED STATES DISTRICT COURT**
14
                  **NORTHERN DISTRICT OF CALIFORNIA**
15
                      **SAN FRANCISCO DIVISION**
16  **IN RE TRANSPACIFIC PASSENGER**          Civil Action No. 3:07-CV-05634-CRB
    **AIR TRANSPORTATION ANTITRUST**
17  **LITIGATION**                            MDL No: 1913

18                                            **ORDER GRANTING PLAINTIFFS'**
                                              **MOTION FOR PRELIMINARY**
19                                            **APPROVAL OF SETTLEMENTS WITH**
                                              **DEFENDANTS QANTAS AIRWAYS**
20                                            **LIMITED AND SINGAPORE AIRLINES**
    **This Document Relates To:**             **LIMITED**
21
    **All Actions**
22

23

24

25

26

27

28

1

2

3

Plaintiffs have moved the Court for Preliminary Approval of Class Action Settlements with Settling Defendants Qantas Airways Limited ("Qantas") and Singapore Airlines Limited ("SQ") (collectively, the "Settling Defendants") and provisional certification of the Settlement Classes. The Court, having reviewed the motion, the Settlement Agreements, the pleadings and other papers on file in this action, and the statements of counsel and the parties, hereby finds that the motion should be GRANTED.

IT IS HEREBY ORDERED THAT:

1.      The Proposed Settlements with the Settling Defendants are preliminarily approved, subject to a final approval hearing of the Proposed Settlements (the "Fairness Hearing"). The Court finds that the Proposed Settlements fall within the range of possible final approval. The Court further finds that there is a sufficient basis for notifying Class members of the Proposed Settlements.

2.      The following Classes are provisionally certified for settlement purposes only, pursuant to Rule 23 of the Federal Rules of Civil Procedure:

QANTAS SETTLEMENT CLASS
All persons and entities that purchased passenger air transportation that included at least one flight segment between the United States and Asia or Oceania from Defendants, or any predecessor, subsidiary or affiliate thereof, at any time between January 1, 2000 and the Effective Date. Excluded from the class are purchases of passenger air transportation between the United States and the Republic of South Korea purchased from Korea Air Lines, Ltd. and/or Asiana Airlines, Inc. Also excluded from the class are government entities, Defendants, former defendants in the Actions, any parent, subsidiary, or affiliate thereof, and Defendants' officers, directors, employees, and immediate families.

SQ SETTLEMENT
All persons and entities that purchased passenger air transportation that included at least one flight segment between the United States and Asia or Oceania from Defendants or their co-conspirators, or any predecessor, subsidiary or affiliate thereof, at any time between January 1, 2000 and the Effective Date. Excluded from the class are purchases of passenger air transportation between the United States and the Republic of South Korea purchased from Korea Air Lines, Ltd. and/or Asiana Airlines, Inc. Also excluded from the class are governmental entities, Defendants, former defendants in the Actions, any parent, subsidiary or affiliate thereof, and Defendants' officers, directors, employees and immediate families.

[PROPOSED] ORDER GRANTING PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENTS                          MASTER FILE NO. CV-07-5634-CRB

1

3.      The Court finds the prerequisites to a class action under Federal Rule of Civil

Procedure 23(a) have been satisfied for settlement purposes by each of the above-described

Classes in that:

    a)  there are hundreds of thousands of putative Class members, making joinder of all
        members impracticable;

    b)  there are questions of fact and law that are common to all members of the Classes;

    c)  the claims of the Class Representatives are typical of those of the absent members
        of the Classes; and

    d)  Plaintiffs Meor Adlin, Franklin Ajaye, Andrew Barton, Rachel Diller, Scott
        Fredrick, David Kuo, Dickson Leung, Brendan Maloof, Donald Wortman, Harley
        Oda, Roy Onomura, Shinsuke Kobayashi, Patricia Lee, Nancy Kajiyama, Della
        Ewing Chow, and James Kawaguchi have and will fairly and adequately protect the
        interests of the absent members of the Classes and have retained counsel
        experienced in complex antitrust class action litigation who have and will continue
        to adequately advance the interests of the Classes.

4.      The Court finds that this action may be maintained as a class action under Federal

Rule of Civil Procedure 23(b)(3) for settlement because: (i) questions of fact and law common to

the Class members predominate over any questions affecting only the claims of individual Class

members; and (ii) a class action is superior to other available methods for the fair and efficient

adjudication of this controversy.

5.      The Court finds that the Settlement Agreements fall within the range of possible

approval.  The Court further finds that there is a sufficient basis for notifying the Classes of the

proposed settlements, and for enjoining Class members from proceeding in any other action

pending the conclusion of the Fairness Hearing.

6.      The Court hereby appoints the Interim Co-Lead Counsel, Cotchett, Pitre &

McCarthy, LLP and Hausfeld LLP, to serve as Settlement Class Counsel.

7.      The Court hereby appoints Plaintiffs Meor Adlin, Franklin Ajaye, Andrew Barton,

Rachel Diller, Scott Fredrick, David Kuo, Dickson Leung, Brendan Maloof, Donald Wortman,

Harley Oda, Roy Onomura, Shinsuke Kobayashi, Patricia Lee, Nancy Kajiyama, Della Ewing Chow, and James Kawaguchi to serve as Class Representatives on behalf of the Settlement Classes.

8.      The Court hereby provisionally establishes a litigation expense fund in the amount of $3 million to reimburse Plaintiffs for expenses that will be incurred prosecuting this action against Non-Settling Defendants after the final approval of the settlements. The Court further provisionally awards the class representatives $7,500 each for the time and effort that they have expended prosecuting this litigation on behalf of the classes.

9.      The Court will conduct a Fairness Hearing on a date to be set following notice to the Class, which will determine the following:

a)  Whether the proposed settlements are fair, reasonable, and adequate and should be granted final approval;

b)  Whether final judgment should be entered dismissing the claims of the classes against Settling Defendants, with prejudice as required by the Settlement Agreements; and

c)  Such other matters as the Court may deem appropriate.

**IT IS SO ORDERED.**

Dated: October 10, 2014



IT IS SO ORDERED

Judge Charles R. Breyer

[PROPOSED] ORDER GRANTING PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENTS                    MASTER FILE NO. CV-07-5634-CRB

3