1  Robert B. Hawk (SBN 118054)
   J. Christopher Mitchell (SBN 215639)
2  HOGAN LOVELLS US LLP
   4085 Campbell Avenue
3  Suite 100
   Menlo Park, California 94025
4  Telephone: (650) 463-4000
   Facsimile: (650) 463-4199
5  robert.hawk@hoganlovells.com
   chris.mitchell@hoganlovells.com
6
   *Attorneys for Defendant*
7  Vietnam Airlines Company Limited

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | CASE NO.: 3:07-CV-05634-CRB-DMR |
|---|---|
| | MDL No. 1913 |
| This Document Relates to:<br>ALL ACTIONS | **VIETNAM AIRLINES COMPANY LIMITED'S JOINDER IN PLAINTIFFS' MOTION FOR APPROVAL OF NOTICE PROGRAM, NOTICE FORMS, AND PLAN OF ALLOCATION**<br><br>Hearing Date: December 12, 2014<br>Judge: Hon. Charles R. Breyer<br>Time: 10:00 a.m.<br>Courtroom: 6, 17th Floor |

TO THE COURT, AND TO ALL PARTIES AND THE ATTORNEYS OF RECORD:

By and through its counsel of record, Vietnam Airlines Company Limited ("VN") hereby joins in Plaintiffs' Motion for Approval of Notice Program, Notice Forms, and Plan of Allocation. VN reserves the right to object to any actions inconsistent with the terms of the Amended Settlement Agreement between Plaintiffs and Vietnam Airlines Company Limited (the "VN Settlement Agreement"), including in particular any use of settlement funds in a manner not authorized by that agreement. Nothing in this Joinder represents a waiver of such objections.

DATED: October 27, 2014          HOGAN LOVELLS US LLP

                                 By      */s/ Robert B. Hawk*
                                           Robert B. Hawk

                                 Attorneys for Defendant
                                 VIETNAM AIRLINES COMPANY LIMITED

1

VIETNAM AIRLINES COMPANY LIMITED'S JOINDER IN PL.'S MOT. FOR APPROVAL OF NOTICE PROGRAM, NOTICE FORMS, AND PLAN OF ALLOCATION; CASE NO.: 3:07-CV-05634-CRB