Joseph W. Cotchett (36324)
jcotchett@cpmlegal.com
Steven N. Williams (175489)
swilliams@cpmlegal.com
Adam J. Zapala (245748)
azapala@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile:  (650) 697-0577

Michael P. Lehmann (77152)
mlehmann@hausfeldllp.com
Christopher Lebsock (184546)
clebsock@hausfeldllp.com
**HAUSFELD LLP**
44 Montgomery Street
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile:  (415) 358-4980

Michael D. Hausfeld
mhausfeld@hausfeldllp.com
Seth R. Gassman
sgassman@hausfeldllp.com
**HAUSFELD LLP**
1700 K Street, Suite 650
Washington, D.C. 20006
Telephone: (202) 540-7200
Facsimile:  (202) 540-7201

*Interim Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION**<br><br>**This Document Relates To:**<br><br>**All Actions** | Civil Case No. 3:07-CV-05634-CRB<br>MDL 1913<br><br>**PLAINTIFFS' REPLY RE: NOTICE OF MOTION AND MOTION FOR APPROVAL OF NOTICE PROGRAM**<br><br>Hearing Date: Friday, December 12, 2014<br>Judge: Hon. Charles R. Breyer<br>Time: 10:00 a.m.<br>Courtroom: 6, 17th Floor |

1  The time provided by L.R. 7-3 for filing oppositions to Plaintiffs' Notice Of Motion And
2  Motion For Approval Of Notice Program, Notice Forms, And Plan Of Allocation, which was
3  filed on November 13, 2014 [Dkt. No. 948], has now passed.  No opposition has been filed or
4  served.
5  For the reasons set forth in Plaintiffs' opening brief, entry of an order substantially in
6  form of that proposed by Plaintiffs in Dkt. No. 948-5 should be entered by the Court.  Counsel
7  will provide updated information about the timing of publication of the forms of notice at the
8  hearing on December 12 and will be prepared to discuss the dates for setting the motion for final
9  approval of the class action settlements with Cathay Pacific Airways Limited, Japan Airlines
10 International Company, Ltd., Malaysian Airline Systems Berhad, Qantas Airways Limited,
11 Singapore Airlines Limited, Societe Air France, Thai Airways International Public Company,
12 Ltd., and Vietnam Airlines Company, Ltd.

Dated:   November 3, 2014                         Respectfully submitted,

/s/*Steven N. Williams*                                  /s/*Christopher L. Lebsock*
Joseph W. Cotchett (36324)                        Michael P. Lehmann (77152)
jcotchett@cpmlegal.com                            mlehmann@hausfeldllp.com
Steven N. Williams (175489)                       Christopher Lebsock (184546)
swilliams@cpmlegal.com                            clebsock@hausfeldllp.com
Adam J. Zapala (245748)                           **HAUSFELD LLP**
azapala@cpmlegal.com                              44 Montgomery Street
**COTCHETT, PITRE & McCARTHY**                    San Francisco, CA 94111
San Francisco Airport Office Center               Telephone: (415) 633-1908
840 Malcolm Road, Suite 200                       Facsimile:  (415) 358-4980
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile:  (650) 697-0577

*Interim Co-Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Christopher Lebsock, declare that I am over the age of eighteen (18) and not a party to the entitled action. I am a partner at the law firm of HAUSFELD LLP, and my office is located at 44 Montgomery Street, Suite 3400, San Francisco, California 94104.

On November 3, 2014, I caused to be served a true and correct copy of the following:

1) **PLAINTIFFS' REPLY RE: NOTICE OF MOTION AND MOTION FOR APPROVAL OF NOTICE PROGRAM**

2) **CERTIFICATE OF SERVICE**

with the Clerk of the Court using the Official Court Electronic Document Filing System which served copies on all interested parties registered for electronic filing.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on November 3, 2014 at San Francisco, California.

 */s/ Christopher Lebsock*
 Christopher Lebsock