Joseph W. Cotchett (36324)
jcotchett@cpmlegal.com
Steven N. Williams (175489)
swilliams@cpmlegal.com
Adam J. Zapala (245748)
azapala@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile:  (650) 697-0577

| | |
|---|---|
| Michael P. Lehmann (77152) | Michael D. Hausfeld |
| mlehmann@hausfeldllp.com | mhausfeld@hausfeldllp.com |
| Christopher Lebsock (184546) | Seth R. Gassman |
| clebsock@hausfeldllp.com | sgassman@hausfeldllp.com |
| **HAUSFELD LLP** | **HAUSFELD LLP** |
| 44 Montgomery Street | 1700 K Street, Suite 650 |
| San Francisco, CA 94111 | Washington, D.C. 20006 |
| Telephone: (415) 633-1908 | Telephone: (202) 540-7200 |
| Facsimile:  (415) 358-4980 | Facsimile:  (202) 540-7201 |

*Interim Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | Civil Action No. 3:07-CV-05634-CRB |
| | MDL No: 1913 |
| | **AMENDED ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF NOTICE PROGRAM, NOTICE FORMS, AND PLAN OF ALLOCATION** |
| **This Document Relates To:** **All Actions** | |

Plaintiffs have moved the Court for approval of their proposed notice program and forms ("Notice Program") and the Plan of Allocation ("Plan of Allocation"). The Court, having reviewed the motion, the accompanying declarations, the pleadings and other papers on file in this action, and the statements of counsel and the parties, hereby finds that the motion should be GRANTED.

IT IS HEREBY ORDERED THAT:

1. The Court approves the proposed Notice Program, including the Long Form Notice, the Short Form Notice, attached to the Declaration of Dr. Shannon R. Wheatman in support of Plaintiffs' Motion for Approval of Notice Program, Notice Forms, and Plan of Allocation. The Court further approves the claim form attached to the Declaration of Christopher L. Lebsock in support of Plaintiffs' Motion for Approval of Notice Program, Notice Forms, and Plan of Allocation. The Court also preliminarily approves the proposed Plan of Allocation described in Plaintiffs' Motion for Approval of Notice Program, Notice Forms, and Plan of Allocation. The Court finds that the manner of notice proposed constitutes the best practicable notice under the circumstances as well as valid, due and sufficient notice to all persons entitled thereto and complies fully with the requirements of the Federal Rule of Civil Procedure 23 and the due process requirements of the United States Constitution. The Court further finds that the Plan of Allocation is fair, reasonable, and adequate under the circumstances and fairly compensates class members based upon the scope of the releases provided by Settling Defendants.

2. On or before March 29, 2015 Settlement Class Counsel shall cause the notice, in substantially the same form as Exhibits referenced above, to be published in the manner and in and through the media outlets and other mediums enumerated in the Notice Program and publication schedules attached as Exhibits to the Declaration of Dr. Shannon R. Wheatman. Settlement Class Counsel shall also provide a copy of the notice to all persons who request it and shall post a copy of the notice on the Internet at the address identified in the notice. Settlement Class Counsel shall notify Settling Defendants of all class members who elect to opt out of the settlements or object to the settlements within five business days of the deadline for the same.

3. At least ten (10) days before the date fixed by this Court for the Final Fairness Hearing, Settlement Class Counsel shall cause to be filed with the Clerk of this Court a declaration by the person under whose general direction the publication of notice was made, showing that

publication was made in accordance with this Order.

4. A hearing (the "Final Fairness Hearing") shall be held by this Court on Friday, May 22, 2015 at 10:00 a.m. before the Honorable Charles R. Breyer at the United States District Court for the Northern District of California, 450 Golden Gate Ave., Courtroom 6, 17th Floor, San Francisco, California, 94102 to make a final determination as to whether the proposed settlements are fair, adequate, and reasonable to the settlement classes and should be approved by the Court, and whether Settling Defendants should be released from claims as provided in the settlement agreements. The Court may adjourn this Final Fairness Hearing without further notice to members of the settlement classes.

5. Any member of a settlement class may request to be excluded from the settlement class; such request of exclusion must be made no later than thirty-five days before the date of the Final Fairness Hearing, and must otherwise comply with the requirements set forth in the long form notice provided on the website established by Kinsella Media ("Settlement Website"). Any member of a settlement class who does not timely seek exclusion from said class and who wishes to object to the terms of the relevant proposed settlement must do so in writing, must mail or deliver copies of such objection to Counsel for the Settling Parties and the Clerk of the Court no later than thirty-five days before the Final Fairness Hearing, and must otherwise comply with the requirements set forth in the long form notice provided on the Settlement Website.

6. In the event that one or more of the proposed settlements are approved by the Court after the Final Fairness Hearing, the deadline for class members to submit claims will be the later of one hundred twenty (120) days after the Effective Date of each of the respective settlements (as that term is defined in each of the Settlement Agreements) or the date upon which entry of judgment against each respective Settling Defendant is entered by the Court.

7. Settlement Class Counsel shall file with the Court their motion for final approval of the proposed settlement agreements at least fourteen (14) days prior to the date of the Final Fairness Hearing. Settlement Class Counsel shall post a copy of any motion and supporting papers on the Settlement Website at least ten (10) days prior to the Final Fairness Hearing.

8. Settlement Class Counsel shall file any motion concerning the payment of and/or distribution of attorneys' fees, costs, and/or incentive awards forty-five (45) days prior to the Final

Fairness Hearing. Settlement Class Counsel shall post a copy of any motion for attorneys' fees and supporting papers on the website within twenty-four hours after it is filed with the Court. Comments and/or objections to any motion must be made in writing and comply with the requirements set forth in the long form notice posted on the Settlement Website, and must be received by Settlement Class Counsel, and filed with the Court, at least thirty-five (35) days prior to the Final Fairness Hearing.

9. Settlement Class Counsel are authorized to pay out of the Settlement Fund sums actually invoiced by Kinsella Media/Rust for notice and administration.

**IT IS SO ORDERED.**

Dated: December 15, 2014

HON. CHARLES R. BREYER
United States District Judge