Theodore H. Frank (SBN 196332)
Anna St. John (*pro hac vice*)
**CENTER FOR CLASS ACTION FAIRNESS**
1718 M Street NW
No. 236
Washington, DC 20036
Voice: (703) 203-3848
Email: tfrank@gmail.com
Email: annastjohn@gmail.com

Aaron Dawson (SBN 283990)
**ALECTO LAW**
300 Lakeside Drive, Suite 403
Oakland, CA  94612
Voice: (415) 534-5346
Email: adawson@alectolaw.biz

*Attorneys for Objector Amy Yang*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Case No. 3:07-cv-05634-CRB<br><br>**STIPULATION REGARDING PARTIAL WITHDRAWAL OF OBJECTION OF AMY YANG**<br>Date:            May 22, 2015<br>Time:            10:00 a.m.<br>Courtroom:   6<br>Judge:           Hon. Charles R. Breyer |
| AMY YANG,<br><br>                    Objector. | |

Case No. 3:07-cv-05634-CRB

STIPULATION REGARDING PARTIAL WITHDRAWAL OF OBJECTION OF AMY YANG

Objector Amy Yang ("Yang") and named plaintiffs ("Plaintiffs") stipulate as follows:

WHEREAS, during the class period, Amy Yang asserts that she purchased tickets from American Airlines for trans-Pacific travel originating in the United States;

WHEREAS, Amy Yang asserts that she acted in good faith when she filed objections to the eight putative class settlements pending in this matter on April 17, 2015 (Dkt. 993);

WHEREAS, Ms. Yang and her counsel have no desire to object to settlements where Ms. Yang is not a class member;

WHEREAS, the settlements that plaintiffs have entered into with Cathay Pacific, Thai Airways and Qantas do not include individuals who purchased flights from "co-conspirators," nor do they designate American Airlines as a defendant;

WHEREAS, because of this, Yang wishes to withdraw her objection only as to the Cathay Pacific, Thai Airways and Qantas settlements;

WHEREAS such a withdrawal requires the Court's approval under Fed. R. Civ. P. 23(e)(5);

WHERAS neither Yang nor her counsel have asked for nor received anything in exchange for stipulating to partially withdraw her objection; and

WHEREAS counsel for the defendants have stated that they do not oppose Yang's partial withdrawal of her objection, but take the position that they need not participate in a stipulation for her to do so,

IT IS HEREBY STIPULATED by and between plaintiffs and objector, subject to the Court's approval, that Ms. Yang shall withdraw her objection to the Cathay Pacific, Thai Airlines and Qantas settlements, while retaining her objection with respect to the other five pending settlements.

Dated: May 7, 2015             **CENTER FOR CLASS ACTION FAIRNESS**

                               By:    /s/ Anna St. John
                                      Anna St. John

                               *Attorneys for Objector Amy Yang*

Case No: 3:07-cv-05634-CRB                                                           1
STIPULATION REGARDING PARTIAL WITHDRAWAL OF OBJECTION OF AMY YANG

Dated: May 7, 2015                                    **COTCHETT, PITRE & MCCARTHY, LLP**

                                     By:   /s/ *Adam J. Zapala*
                                                Adam J. Zapala

*Co-Lead Counsel for Plaintiffs*

**HAUSFELD, LLP**

                                     By:   /s/ *Seth Gassman*
                                                Seth Gassman

*Co-Lead Counsel for Plaintiffs*

I attest that I have permission from the parties to electronically sign on their behalf.

/s/ *Anna St. John*
Anna St. John

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 13, 2015

                                                Hon. Charles R. Breyer, District Judge