Joseph W. Cotchett (36324)
jcotchett@cpmlegal.com
Steven N. Williams (175489)
swilliams@cpmlegal.com
Adam J. Zapala (245748)
azapala@cpmlegal.com
Elizabeth Tran (280502)
etran@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

Michael P. Lehmann (77152)
mlehmann@hausfeldllp.com
Christopher Lebsock (184546)
clebsock@hausfeldllp.com
**HAUSFELD LLP**
44 Montgomery Street
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile:  (415) 358-4980

Michael D. Hausfeld
mhausfeld@hausfeldllp.com
Seth R. Gassman
sgassman@hausfeldllp.com
**HAUSFELD LLP**
1700 K Street, Suite 650
Washington, D.C. 20006
Telephone: (202) 540-7200
Facsimile:  (202) 540-7201

*Interim Co-Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | Civil Action No. 3:07-CV-05634-CRB |
| | MDL No: 1913 |
| | **STIPULATION AND  ORDER REGARDING ENTRY OF FINAL JUDGMENTS OF DISMISSAL WITH RESPECT TO THE SETTLING DEFENDANTS** |
| **This Document Relates To:** | |
| **All Actions** | |

1   WHEREAS, class plaintiffs, by and through their counsel at Cotchett, Pitre & McCarthy, LLP
2   and Hausfeld LLP, and Japan Airlines Company, Ltd. ("JAL"), Société Air France ("Air France"),
3   Vietnam Airlines Company Limited ("Vietnam Airlines"), Thai Airways International Public Co.,
4   Ltd. ("Thai Airways"), Malaysian Airline System Berhad ("Malaysian Airlines"), Qantas Airways
5   Limited ("Qantas"), Cathay Pacific Airways Limited ("Cathay Pacific"), and Singapore Airlines
6   Limited ("Singapore Airlines"), by and through their counsel, have entered into eight separate
7   settlement agreements (collectively the "Settlement Agreements");

8   WHEREAS, the Court has issued an Order Granting Motion For Final Approval And
9   Granting Motion For Fees (*see* ECF No. 1009);

10   WHEREAS, Fed. R. Civ. Proc. 54(b) provides for entry of judgment: "[w]hen an action
11   presents more than one claim for relief—whether as a claim, counterclaim, crossclaim, or third-
12   party claim—or when multiple parties are involved, the court may direct entry of a final judgment
13   as to one or more, but fewer than all, claims or parties only if the court expressly determines that
14   there is no just reason for delay."

15   WHEREAS, the "Effective Date" of the Settlement Agreements, as that term is defined in the
16   Settlement Agreements requires the entry of judgment.  *See* ECF Nos. 999-2 at ¶ 7 (JAL Settlement
17   Agreement); 999-3 at ¶ 8 (Air France Settlement Agreement); 999-4 at ¶ 8 (Vietnam Airlines
18   Settlement Agreement); 999-5 at ¶ 8 (Thai Airways Settlement Agreement); 999-6 at ¶ 8
19   (Malaysian Airlines Settlement Agreement); 999-7 at ¶ 8 (Cathay Pacific Settlement Agreement);
20   999-8 at ¶ 8 (Qantas Airways Settlement Agreement); 999-9 at ¶ 8 (Singapore Airlines Settlement
21   Agreement);

22   WHEREAS, the parties hereto desire to have any further motion practice and/or appeals
23   related to some or all of the Settlement Agreements resolved in a timely fashion prior to the
24   resolution of the entire action against all of the non-settling defendants; and

25   WHEREAS, any appeals may be taken against some judgments, but not others, such that
26   separate judgments are warranted.

27   NOW THEREFORE, it is hereby stipulated and agreed by the parties hereto, by and through
28   their counsel of record, that judgments in the form attached here to as Exhibits 1-8 should be

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

entered by the Court, provided that the Court is inclined to do so pursuant to the discretion afforded

to it pursuant to Fed. R. Civ. Proc. 54(b).

**SO STIPULATED**.


DATED:  June 4, 2015                **HAUSFELD, LLP**



By:  _____ */s/ Christopher L. Lebsock*
                   Christopher L. Lebsock

*Counsel for Plaintiffs*

DATED:  June 4, 2015                **COTCHETT, PITRE & McCARTHY, LLP**



By:  _____ */s/ Steven N. Williams*
                   Steven N. Williams

*Counsel for Plaintiffs*

DATED:  June 4, 2015                **STEPTOE & JOHNSON LLP**



By:  _____ */s/ William Karas*
                   William Karas

*Counsel for Japan Airlines Company, Ltd.*

DATED:  June 4, 2015                **LINKLATERS LLP**



By:  _____ */s/ James R. Warnot, Jr.*
                   James R. Warnot, Jr.

*Counsel for Societe Air France*

DATED:  June 4, 2015                **DLA PIPER LLP**



By:  _____ */s/ David H. Bamberger*
                   David H. Bamberger

*Counsel for Defendant Cathay Pacific Airways Limited*

1    DATED:  June 4, 2015                    **BAKER & MILLER PLLC**

2

3
                                            By: _____ /s/ W. Todd Miller _____
4                                                        W. Todd Miller

5                                           *Counsel for Defendant Qantas Airways Limited*

6    DATED:  June 4, 2015                    **PAUL HASTINGS LLP**

7

8
                                            By: _____ /s/ Shahzeb Lari _____
9                                                        Shahzeb Lari

10                                          *Counsel for Malaysian Airlines System Berhad*

11   DATED:  June 4, 2015                    **CRAVATH, SWAINE & MOORE, LLP**

12

13
                                            By: _____ /s/ Rowan D. Wilson _____
14                                                        Rowan D. Wilson

15                                          *Counsel for Defendant Thai Airways International*
                                            *Public Co., Ltd.*
16   DATED:  June 4, 2015                    **HOGAN LOVELLS LLP**

17

18
                                            By: _____ /s/ Robert B. Hawk _____
19                                                        Robert B. Hawk

20                                          *Counsel for Defendant Vietnam Airlines Company*
                                            *Limited*
21

22
     DATED:  June 4, 2015                    **LATHAM & WATKINS LLP**
23

24

25                                          By: _____ /s/ William R. Sherman _____
                                                        William R. Sherman
26
                                            *Counsel for Defendant Singapore Airlines Limited*
27

28

1       On good cause shown and finding no just reason for delay, the Court hereby directs the Clerk

2   to enter the judgments attached hereto as Exhibits 1-8, which shall constitute a final adjudication of

3   this case on the merits as to the parties to the Settlement Agreements.

4       **IT IS SO ORDERED**.

5

6   Dated:  June 11, 2015

                                _____

                                  HON. CHARLES R. BREYER

                                  United States District Court Judge