Theodore H. Frank (SBN 196332)
Anna St. John (*pro hac vice*)
**CENTER FOR CLASS ACTION FAIRNESS**
1718 M Street NW
No. 236
Washington, DC 20036
Voice: (703) 203-3848
Email: tfrank@gmail.com
Email: annastjohn@gmail.com

Aaron Dawson (SBN 283990)
**ALECTO LAW**
300 Lakeside Drive, Suite 403
Oakland, CA  94612
Voice: (415) 534-5346
Email: adawson@alectolaw.biz

*Attorneys for Objector Amy Yang*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Case No. 3:07-cv-05634-CRB<br><br>**NOTICE OF APPEAL** |
| AMY YANG,<br><br>                     Objector. | |

Notice is hereby given that objecting class member Amy Yang appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Order Granting Motion for Final Approval and Granting Motion for Fees (Dkt. 1009), filed May 26, 2015, from this Court's Order Granting Stipulation of Dismissal with Respect to the Settling Defendants (Dkt. 1013), filed June 15, 2015, from this Court's Final Judgments of Dismissal with Prejudice as to Defendants Malaysian Airline System Berhad, Singapore Airlines Limited, Societe Air France, Vietnam Airlines Corporation, and Japan Airlines Company, Ltd. (Dkts. 1016, 1018, 1019, 1021, and 1023), filed June 15, 2015, and from all opinions and orders that merge therein.

Dated: June 25, 2015

Respectfully submitted,

*/s/ Anna St. John*
Theodore H. Frank (SBN 196332)
Anna St. John (*pro hac vice*)
**CENTER FOR CLASS ACTION FAIRNESS**
1718 M Street NW
No. 236
Washington, DC 20036
Email: tfrank@gmail.com
Email: annastjohn@gmail.com
Voice: (703) 203-3848

Aaron Dawson (SBN 283990)
**ALECTO LAW**
300 Lakeside Drive, Suite 403
Oakland, CA  94612
Email: adawson@alectolaw.biz
Voice: (415) 534-5346

*Attorneys for Objector Amy Yang*

Case No: 3:07-cv-05634-CRB                                                                                        1
NOTICE OF APPEAL

# CERTIFICATE OF SERVICE

I, Anna St. John, declare that I am over the age of eighteen and not a party to the entitled action. I am an attorney with the Center for Class Action Fairness, and my office address is 1718 M Street NW, No. 236, Washington, DC 20036.

On June 25, 2015, I caused to be served a true and correct copy of the following:

1)  **NOTICE OF APPEAL**

2)  **CERTIFICATE OF SERVICE**

with the Clerk of the Court using the Official Court Electronic Document Filing System which served copies on all interested parties registered for electronic filing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 25, 2015, in New Orleans, LA.

*/s/ Anna St. John*
Anna St. John