**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. As the judge assigned to case

08-md-01913CRB
07-cv-05634CRB     In re TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION

I find that the more recently filed cases that I have initialed below are related to the case assigned to me and specifically to 15-cv-3090CRB, and such cases shall be reassigned to me.

| | | |
|---|---|---|
| 15-cv-03342LB | CHEN v AMERICAN AIRLINES, Inc. | CRB |
| 15-cv-03362EDL | JUNG v AMERICAN AIRLINES, Inc. | CRB |
| 15-cv-03374EDL | VERDUZCO v AMERICAN AIRLINES, Inc. | CRB |

**ORDER**

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge **(CRB)** immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re- noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

DATED: July 23, 2015          By: _____
                                  Charles R. Breyer
                                  United States District Judge