1  Michael P. Lehmann (SBN 77152)
   mlehmann@hausfeld.com
2  Bonny E. Sweeney (SBN 176174)
   bsweeney@hausfeld.com
3  Christopher Lebsock (SBN 184546)
   clebsock@hausfeld.com
4  **HAUSFELD LLP**
5  600 Montgomery Street, Suite 3200
   San Francisco, CA 94111
6  Telephone: (415) 633-1908
   Facsimile: (415) 358-4980
7

8  Michael D. Hausfeld (*pro hac vice)*
   mhausfeld@hausfeld.com
9  Hilary K. Scherrer (SBN 209451)
   hscherrer@hausfeld.com
10 **HAUSFELD LLP**
   1700 K Street, N.W., Suite 650
11 Washington, D.C. 20006
   Tel: (202) 540-7200
12 Fax: (202) 540-7201

13
   ***Interim Co- Lead Counsel for the Putative Class***
14 ***in In Re Transpacific***

15
                  **UNITED STATES DISTRICT COURT**
16                **NORTHERN DISTRICT OF CALIFORNIA**

17

18 | **IN RE TRANSPACIFIC PASSENGER AIR** | Civil Case No. 3:07-cv-05634-CRB-DMR |
   | **TRANSPORTATION ANTITRUST** | |
19 | **LITIGATION** | MDL No. 1913 |

20 **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ADDITIONAL CASES SHOULD BE RELATED**

21 This Document Relates To:

22
    1. *Lavin v. American Airlines, Inc. et al.*,
23     N.D. Cal. Case No. 3:15-cv-03090;

24  2. *Reiber v. United Airlines, Inc. et al.*, N.D.
       Cal. Case No. 3:15-cv-03387-CRB.
25

26

27

28

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2      **PLEASE TAKE NOTICE** that pursuant to Civil L.R. 3-12 and Civil L.R. 7-11, Plaintiff

3  Kathryn Lavin, by and through her attorneys, who are also co-lead counsel in *In Re Transpacific*

4  *Passenger Air Transportation Antitrust Litigation* ("*Transpacific*"), hereby submit this

5  Administrative Motion to Consider Whether Additional Cases Should be Related pursuant to

6  Civil Local Rule 3-12.

7                              **RELATED ACTIONS**

8      On July 13, 2015, the Court related *Lavin v. American Airlines, Inc. et al.*, N.D. Cal. Case

9  No. 3:15-cv-03090 ("*Lavin*") and certain other recently filed cases to *Transpacific*. Subsequent to

10 that time the Court has related a number of additional actions that have been filed in this district,

11 and several motions to relate are pending. An additional case was filed on July 22, 2015 and has

12 been assigned to the Hon. Charles R. Breyer, *Reiber v. United Airlines, Inc. et al.*, N.D. Cal. Case

13 No. 3:15-cv-03387-CRB ("*Reiber*"). While the case has been assigned to Judge Breyer, to our

14 knowledge *Reiber* has not been formally related to *Lavin* and the other related cases. *Reiber*

15 shares the same nucleus of operative facts as *Lavin* and the other related cases. A copy of the

16 complaint in *Reiber* is attached hereto as Exhibit 1.

17                              **CONCLUSION**

18     In light of the closely related nature of the cases identified herein, *Reiber* should be

19 deemed related and assigned to Judge Charles R. Breyer.

20 Dated: July 23, 2015                         Respectfully submitted,

21                                     By:  */s/ Christopher L. Lebsock*
                                          Michael P. Lehmann (Cal. Bar No. 77152)
22                                        Bonny E. Sweeney (Cal. Bar No. 176174)
                                          Christopher L. Lebsock (Cal. Bar No. 184546)
23                                        HAUSFELD LLP
                                          600 Montgomery Street, Suite 3200
24                                        San Francisco, CA 94111
                                          Tel:  (415) 633-1908
25                                        Fax:  (415) 358-4980
                                          Email:  mlehmann@hausfeld.com
26                                               bsweeney@hausfeld.com
                                                 clebsock@hausfeld.com
27
                                          Michael D. Hausfeld
28                                        Hilary K. Scherrer (Cal. Bar No. 209451)

HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email:  mhausfeld@hausfeld.com
          hscherrer@hausfeld.com


*Counsel for Plaintiff Kathryn Lavin and Co-Lead Counsel in Transpacific*


Christopher L. Sagers
1801 Euclid Ave., LB 138
Cleveland, Ohio 44115
(216) 687-2344
chrissagers@yahoo.com

*Counsel for Plaintiff Kathryn Lavin*

1

**CERTIFICATE OF SERVICE**

2          I, Candice Elder, declare that I am over the age of eighteen (18) and not a party to the

3   entitled action. I am an employee at the law firm of HAUSFELD LLP, and my office is located

4   at 600 Montgomery Street, Suite 3200, San Francisco, California 94111.

5          On July 23, 2015, I caused to be served a true and correct copy of the following:

6
     1)  **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ADDITIONAL**
7         **CASES SHOULD BE RELATED**

8    2)  **DECLARATION OF CHRISTOPHER L. LEBSOCK IN SUPPORT OF**
         **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ADDITIONAL**
9         **CASES SHOULD BE RELATED**

10   3)  **[PROPOSED] ORDER RELATING CASES**

11  with the Clerk of the Court using the Official Court Electronic Document Filing System which

12  served copies on all interested parties registered for electronic filing.

13         For those not registered for electronic filing in this action, a true and correct copy was

14  served addressed to the following parties:

15  **Via U.S. Mail**

16
    DANIEL R. SHULMAN, ESQ. (MM SBN 100651)
17  GRAY, PLANT, MOOTY
    80 South 8th Street
18  500 IDS Center
    Minneapolis, MN 55402
19  Phone: 612.632.3000
    Fax: 612.632.4444
20  Email: daniel.shulman@gpmlaw.com

21
    *Counsel for Plaintiff*
22  JUDY REIBER

23
24         I declare under penalty of perjury, under the laws of the State of California, that the

25  foregoing is true and correct.

26         Executed on July 23, 2015, at San Francisco, California.

27                                                     */s/ Candice Elder*
                                                       Candice Elder

28