John G. Emerson (TX Bar No. 06602600)
EMERSON SCOTT LLP
830 Apollo Lane
Houston, Texas 77058
Telephone: (281) 488-8854
E-mail: jemerson@emersonfirm.com

Scott E. Poynter (AR Bar No. 90077)
Of Counsel
STEEL, WRIGHT & COLLIER, PLLC
400 W. Capitol Ave., Suite 2910
Little Rock, AR 72201
Telephone: (501) 251-1587
E-mail: scott@swcfirm.com

Attorneys for Plaintiff(s)

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION**<br><br>**This Document Relates to:**<br><br>**All Actions** | Civil Case No. 3:07-CV-05634-CRB<br><br>**MOTION FOR CHANGE OF FIRM AFFILIATIONS OF COUNSEL OF RECORD** |

MOTION FOR CHANGE OF FIRM AFFILIATIONS OF COUNSEL OF RECORD

COMES NOW, Emerson Poynter LLP on behalf of John G. Emerson and Scott E. Poynter and for their Motion for Change of Firm Affiliations in the above styled case, states:

Effective August 1, 2015, John G. Emerson and Scott E. Poynter, both partners in Emerson Poynter LLP, have changed their firm affiliations. All future service of documents in this matter may be made upon Mr. Emerson at:

> **John G. Emerson**
> **EMERSON SCOTT, LLP**
> **830 Apollo Lane**
> **Houston, TX 77058**
> **Phone: (281) 488-8854**
> **E-mail: jemerson@emersonfirm.com**

Service may be made to Mr. Poynter at:

> **Scott E. Poynter**
> **Of Counsel**
> **STEEL, WRIGHT & COLLIER, PLLC**
> **400 W. Capitol Ave., Suite 2910**
> **Little Rock, AR 72201**
> **Telephone: (501) 251-1587**
> **E-mail: scott@swcfirm.com**

WHEREFORE, Emerson Poynter LLP, on behalf of Plaintiffs, requests an order of this Court granting their Motion for Change of Firm Affiliations, and for such other relief as may be just and proper.

Date: July 24, 2015                              Respectfully Submitted,

                                                 /s/  John G. Emerson                    .
                                                 John G. Emerson
                                                 EMERSON SCOTT LLP
                                                 830 Apollo Lane
                                                 Houston, Texas 77058
                                                 Telephone: (281) 488-8854
                                                 E-mail: jemerson@emersonfirm.com

                                                 - and -

MOTION FOR CHANGE OF FIRM AFFILIATIONS OF COUNSEL OF RECORD

/s/ Scott E. Poynter                    .
Scott E. Poynter (AR Bar No. 90077)
Of Counsel
STEEL, WRIGHT & COLLIER, PLLC
400 W. Capitol Ave., Suite 2910
Little Rock, AR 72201
Telephone: (501) 251-1587
E-mail: scott@swcfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2015, I caused the foregoing document to the be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic filing receipt.

/s/ John G. Emerson            .
JOHN G. EMERSON

/s/  Scott E. Poynter            .
SCOTT E. POYNTER

MOTION FOR CHANGE OF FIRM AFFILIATIONS OF COUNSEL OF RECORD