IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION / | No. C 07-05634 CRB<br><br>**ORDER DIRECTING FILING RE ATTORNEY HOURS** |

In connection with Objector Amy Yang's Motion for Attorneys' Fees (dkt. 1029), the Court DIRECTS Yang to submit, within seven (7) days of this Order, any records of attorney hours spent specifically on Yang's objection to the timeliness of Plaintiffs' May 15, 2015 supplemental declaration (dkt. 1003) requesting an additional $1 million in fees.

**IT IS SO ORDERED.**

Dated: July 28, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE