# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 3, 2017

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Amy Yang
            v. Donald Wortman, et al.
           No. 17-662
           (Your No. 15-16280)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on October 31, 2017 and placed on the docket November 3, 2017 as No. 17-662.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst