IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | No. C 07-05634 CRB<br><br>**ORDER GRANTING MOTION TO MODIFY CASE SCHEDULE AND VACATING TRIAL DATE** |

The Court has reviewed the parties' submissions in connection with Defendant ANA's Motion to Modify the Case Schedule and Adjourn Trial (dkt. 1137). Finding good cause therefor, the Court GRANTS the motion and VACATES the trial date of July 8, 2018. The Court also AMENDS the class certification schedule as follows: Defendants' opposition and related expert report(s) are due on May 7, 2018; Plaintiffs' reply and any related expert report(s) are due on June 18, 2018, and the hearing on class certification is set for July 27, 2018. Jury trial will be set within 30 days of the Court's ruling on class certification. Discovery shall continue during this period.

**IT IS SO ORDERED.**

Dated: April 9, 2018

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\5634\Transpacific order re class schedule.wpd