IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS<br>_____/ | No. C 07-05634 CRB<br><br>**ORDER GRANTING MOTIONS FOR PRELIMINARY APPROVAL** |

In light of the parties' supplemental filing, see Supplemental Brief (dkt. 1160), the Court hereby GRANTS the parties' motions for preliminary approval, see Mots. (dkts. 1112, 1129), on the condition that the revised short form notice, see Wheatman Decl. Ex. 3 (dkt. 1160-2 at 72 of 88), be further revised to state, "The detailed notice describes how to exclude yourself or object." The Court finds that the proposed settlements fall within the range of possible final approval, and further finds that there is a sufficient basis for notifying the class members of the proposed settlement.

**IT IS SO ORDERED.**

Dated: May 16, 2018

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\5634\Transpacific order granting preliminary approval.wpd