Joseph W. Cotchett (36324)
Niall P. McCarthy (160175)
Adam J. Zapala (245748)
Elizabeth T. Castillo (280502)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
jcotchett@cpmlegal.com
nmccarthy@cpmlegal.com
azapala@cpmlegal.com
ecastillo@cpmlegal.com

Michael P. Lehmann (77152)
Christopher L. Lebsock (184546)
Seth R. Gassman (311702)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
sgassman@hausfeld.com

*Interim Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | Civil Case No. 3:07-cv-05634-CRB-DMR<br>MDL No. 1913<br><br>**Honorable Charles R. Breyer** |
| **This Document Relates to:**<br><br>**All Actions** | **STATEMENT OF RECENT DECISION**<br><br>Date:       June 15, 2018<br>Time:      10:00 a.m.<br>Judge:     Hon. Charles R. Breyer<br>Courtroom: 6, 17th Floor |

In its memorandum of law in support of its motion for summary judgment, Defendant All Nippon Airways Co., Ltd. ("ANA") cited *In re Vitamin C Antitrust Litig.*, 837 F.3d 175 (2d Cir. 2016) (citation omitted) (reversing judgment for plaintiffs), *cert. granted in part sub nom. Animal Sci. Prods. v. Hebei Welcome Pharm. Co.*, 138 S. Ct. 734 (2018). *See* ECF No. 1158, at 16. Plaintiffs, in opposing ANA's motion, noted, *inter alia*, that "as has been widely reported, the United States Supreme Court appears poised to reverse the Second Circuit's decision." *See* ECF No. 1163, at 9-10.

On June 14, 2018, the Supreme Court vacated and remanded the Second Circuit decision in *In re Vitamin C Antitrust Litigation. See Animal Sci. Prods. V. Hebei Welcome Pahrm. Co.,* 585 U.S. __ (2018). The slip opinion from the Supreme Court is attached hereto.

Dated: June 14, 2018                                           Respectfully submitted,

/s/ *Adam J. Zapala*
Adam J. Zapala (245748)
azapala@cpmlegal.com
Elizabeth Castillo (280502)
ecastillo@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile:  (650) 697-0577

/s/ *Christopher L. Lebsock*
Michael D. Hausfeld
mhausfeld@hausfeld.com
**HAUSFELD LLP**
1700 K Street, Suite 650
Washington, D.C. 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

Michael P. Lehmann (77152)
mlehmann@hausfeld.com
Christopher Lebsock (184546)
clebsock@hausfeld.com
Seth R. Gassman (311702)
sgassman@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980

*Interim Co-Lead Counsel for Plaintiffs*