Ankur Kapoor
Gary J. Malone
Harrison McAvoy
Yo W. Shiina
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Telephone:    (212) 350-2700
Facsimile:     (212) 350-2701
Email: akapoor@constantinecannon.com

Douglas E. Rosenthal
J. Wyatt Fore
CONSTANTINE CANNON LLP
1001 Pennsylvania Avenue, N.W., Suite 1300N
Washington, DC 20004
Telephone:    (202) 204-3500
Facsimile:     (202) 204-3501
Email: drosenthal@constantinecannon.com

Jesse W. Markham, Jr.
1 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone: (415) 422-4473
Email: jmarkhamlaw@gmail.com

*Counsel for Defendant All Nippon Airways Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. C 07-5634 CRB<br><br>MDL NO. 1913<br><br>[PROPOSED] ORDER GRANTING DEFENDANT ALL NIPPON AIRWAYS CO., LTD'S ADMINISTRATIVE MOTION FOR LEAVE TO SUPPLEMENT THE RECORD IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

The Court, having considered the Administrative Motion of Defendant All Nippon Airways Co., Ltd. ("ANA") for Leave to Supplement the Record in Support of Defendant's Motion for Summary Judgment, and all supporting papers (the "Motion"), hereby **GRANTS** the Motion. It is hereby **ORDERED** that ANA may file in connection with its Motion for Summary Judgment the following:

(1) additional transcript excerpts from the deposition of Atsushi Yabuki, of ANA, taken on December 13, 2013.

**IT IS SO ORDERED.**

Dated: June 15, 2018

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE