1

2

3

4

5                                 IN THE UNITED STATES DISTRICT COURT

6                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    **IN RE TRANSPACIFIC PASSENGER**          Case No.  07-cv-05634-CRB

9    **AIR TRANSPORTATION**

10   **ANTITRUST LITIGATION**                   **ORDER DIRECTING**
                                                **SUPPLEMENTAL FILING**
11                                              **REGARDING MOTION FOR**
                                                **ATTORNEYS' FEES [Docket No.**
12                                              **1227]**

13

14          The Court has reviewed Plaintiffs' Motion for an Award of Attorneys' Fees,

15   Reimbursement of Expenses and Class Representative Incentive Awards, and the

16   corresponding declarations filed therewith.  Mot. (dkt. 1227), Lebsock Decl. (dkt. 1228).

17   A hearing on this matter is set for September 14, 2018 at 10:00 a.m.  Having reviewed the

18   motion, the Court directs Plaintiffs to file a document addressing the following issues on or

19   before September 7, 2018.

20          **1.**     With respect to attorneys' fees, Plaintiffs request $14,416,680.56 in the

21   Notice of Motion.  Mot. at i.  However, in the accompanying Memorandum of Points and

22   Authorities and the Proposed Order, Plaintiffs request $14,416,664.31.  Id. at 15; Proposed

23   Order (dkt. 1227-1) ¶ 2.  Plaintiffs are directed to clarify which calculation is Plaintiffs'

24   requested attorneys' fees, and to illustrate how Plaintiffs calculated their requested

25   attorneys' fees.

26          **2.**     In the Notice of Motion, Plaintiffs request reimbursement for $1,060,254.15

27   in litigation expenses.  Mot. at i.  Then, in the Memorandum of Points and Authorities and

28

United States District Court
Northern District of California

United States District Court
Northern District of California

1   the Proposed Order, Plaintiffs declare that Plaintiffs' counsels spent, in total,

2   $1,060,308.30 for out of pocket expenses.  Id. at 1; Proposed Order ¶ 4.  Both the Motion

3   and the Proposed Order fail to mention the $3,000,000 the Court set aside "for future

4   expenses" in the previous settlement approved on May 26, 2015.  See Mot.; Proposed

5   Order; May 26, 2015 Order Granting Final Approval (dkt. 1009) at 3.  Instead, Plaintiffs

6   explain that the $1,060,308.30 is the sum of two numbers: (1) the "$1,021,882.28 in

7   expenses that were not previously reimbursed because the expenses were submitted after

8   Plaintiffs' Counsel filed their initial motion for fees and costs," Mot. at 1, fn.3; and (2) the

9   $38,426.02 which consists of the total "expenses of all Plaintiffs' counsel that participated

10  in the joint prosecution of this litigation between February 21, 2015 and May 16, 2018."

11  See Lebsock Decl. ¶ 89, (dkt. 1228-5) Ex. 5.  In contrast, in the Declaration of Christopher

12  L. Lebsock, Mr. Lebsock states that in addition to the $1,060,308.30, which represents the

13  total unreimbursed costs and expenses, Plaintiffs' counsel have also spent a total of

14  $5,252,790.00 from a "Litigation Fund," which was not "included for reimbursement in

15  any of the individual fee and expense declarations of any Supporting Counsel."  Lebsock

16  Decl. ¶ 92.  Mr. Lebsock clarifies that the $5,252,790.00 was paid for using: (1) the

17  $3,000,000 that the Court previously set aside for "future expenses;" and (2) an additional

18  $2,252,790.00 contributed by Plaintiffs' counsel.  Id.  Mr. Lebsock cites to Exhibit 4,

19  which purports to lay out all of the necessary litigation costs and expenses that were not

20  included in Exhibit 5.  See Lebsock Decl. (dkt. 1228-4) Ex. 4.  However, Exhibit 4

21  includes all expenses from May 7, 2008 to July 30, 2018, which overlaps with the

22  expenses that the Court ordered that Plaintiffs were entitled to in the first Order Approving

23  Settlement.  Id.; see May 26, 2015 Order Granting Final Approval at 3; Lebsock Decl.

24  from Apr. 7, 2015 (dkt. 987-4).  Further, Exhibit 4 shows a balance of $232,386.51 still in

25  existence in the Plaintiffs' established Litigation Fund, but no explanation of how the

26  excess money impacts the reimbursement request.  See Lebsock Decl. Ex. 4.  Accordingly,

27

28

Plaintiffs are directed to clarify their requested expenses for the applicable time period,[1]

how Plaintiffs calculated those expenses, what documents support their request, and how

the $3,000,000 "future expenses" fund that the Court set aside in the May 26, 2015 Order

Granting Final Approval was used.

**IT IS SO ORDERED.**

Dated:  August 31, 2018



CHARLES R. BREYER
United States District Judge

---

[1] Plaintiffs are further directed to provide invoices and documents that explain the additional $2,643,099.33 paid to Nathan Associates Inc.  See Lebsock Decl. Ex. 4. at 4.