


# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION**<br><br>**This Document Relates to:**<br><br>ALL ACTIONS | Civil Case No. 07-cv-05634-CRB<br>MDL No. 1913 |

**NOTICE OF MOTION, MOTION AND [PROPOSED] ORDER FOR WITHDRAWAL OF APPEARANCE OF MICHAELA SPERO**

Pursuant to Local Civil Rule 11-5, the undersigned, Michaela Spero, respectfully requests that the Court enter an order allowing my withdrawal of appearance as counsel for Plaintiffs in the above-captioned matter and removing the email address mspero@hausfeld.com from the court's e-notification system in this matter. As of September 15, 2018, I will no longer be associated with Hausfeld LLP and will not continue to represent Plaintiffs in this case. My withdrawal will not delay these proceedings or prejudice any party, as Plaintiffs will continue to be represented by Michael D. Hausfeld, Michael P. Lehmann, Christopher Lebsock, and Seth R. Gassman of Hausfeld LLP, and by Adam J. Zapala and Elizabeth Castillo of Cotchett, Pitre & McCarthy.

Dated: September 14, 2018          Respectfully submitted,

/s/ *Michaela Spero*
Michaela Spero
mspero@hausfeld.com
**HAUSFELD LLP**
1700 K Street, Suite 650
Washington, D.C. 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

Notice of Motion, Motion and [Proposed] Order for Withdrawal of Michaela Spero - Case No. 07-cv-05634-CRB

**IT IS SO ORDERED.**

Dated: September 18 , 2018

_____
JUDGE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE