Ankur Kapoor
Gary J. Malone
Harrison J. McAvoy
Yo W. Shiina
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Telephone:   (212) 350-2700
Facsimile:    (212) 350-2701
Email: akapoor@constantinecannon.com

Douglas E. Rosenthal
CONSTANTINE CANNON LLP
1001 Pennsylvania Avenue, N.W., Suite 1300N
Washington, DC 20004
Telephone:   (202) 204-3510
Facsimile:    (202) 204-3501
Email: drosenthal@constantinecannon.com

Jesse W. Markham, Jr.
1 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone: 415-422-4473
Email: jmarkhamlaw@gmail.com

*Counsel for Defendant All Nippon Airways Co., Ltd.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Master File No. C 07-5634 CRB<br><br>MDL NO. 1913 |
| This Document Relates To:<br><br>ALL ACTIONS | **CLASS ACTION**<br><br>**DECLARATION OF ALAN LARSON SUBMITTED IN SUPPORT OF EXPERT TESTIMONY**<br><br>Judge:    The Honorable Charles R. Breyer |

I, Alan Larson, declare:

1. I submit this declaration in support of the Expert Report of Alan Larson, dated November 5, 2018, and submitted by All Nippon Airways Co., Ltd. ("ANA"), and to comply with the Court's order governing expert discovery (ECF No. 403). All of the statements made in this declaration are true as of my own personal knowledge.

2. All materials I have relied on in forming my opinions are discussed or cited in my

report.

3. The foregoing is list of all publications I have authored in the previous 10 years:

- *U.S. Economic Diplomacy: The Next 50 Years*, Foreign Service Journal, February 2011.

- *The Impact of the World Bank and Multilateral Development Banks on National Security: Hearing Before the Subcommittee on Int'l Monetary Policy and Trade of the H. Comm. on Financial Services*, 112th Cong. (2011).

- *The Debt Crisis, the Trans-Atlantic Alliance and State*, Foreign Service Journal, February 2012.

- *Russia's WTO Accession-Implication for the United States: Hearing Before the S. Comm. on Finance*, 112th Cong. (2012).

- *Russia's Violations of the Rule of Law: How Should the U.S. Respond? Three Case Studies: Hearing Before the Commission on Security and Cooperation in Europe* (2015).

- *Modernizing Export Controls: Protecting Cutting-Edge Technology and U.S. National Security: Hearing Before the H. Comm. on Foreign Affairs*, 115th Cong. (2018).

4. I have not testified as an expert at trial or by deposition in the previous four years.

5. I am being compensated at an hourly rate of $1,215. My compensation is not contingent on the substance of my opinions or the outcome of this litigation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 8, 2018, in Washington, D.C.

*alan Larson*

**Alan Larson**

CONSTANTINE CANNON LLP
335 MADISON AVE, FL 9
NEW YORK, NY 10017

DECLARATION OF ALAN LARSON SUBMITTED IN SUPPORT OF EXPERT TESTIMONY – MASTER FILE NO. C 07-5634 CRB/MDL NO. 1913

2