

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 8 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALL NIPPON AIRWAYS, <br><br> Defendant-Petitioner, <br><br> v. <br><br> DONALD WORTMAN, individually and on behalf of all others similarly situated; et al., <br><br> Plaintiffs-Respondents. | No. 18-80097 <br><br> D.C. No. 3:07-cv-05634-CRB <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: NGUYEN and OWENS, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's August 8, 2018 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).

SLL/MOATT