# CONSTANTINE CANNON LLP

**Ankur Kapoor**
212-350-2748
akapoor@constantinecannon.com

NEW YORK | WASHINGTON | SAN FRANCISCO | LONDON

December 7, 2018

**VIA ECF**

Hon. Charles R. Breyer
United States District Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *In re Transpacific Passenger Air Transportation Antitrust Litig.*,
             Civil Action No. 07-5634

Dear Judge Breyer:

     Enclosed for the Court's consideration is a stipulation and proposed order to modify certain interim deadlines in advance of trial. The proposed modifications to the schedule are requested to accommodate the deposition of Plaintiffs' economist, Dr. Russell Mangum, and do not affect the trial date.

                                                          Respectfully Submitted,

                                                           */s/ Ankur Kapoor*

                                                           Ankur Kapoor

Enclosure