Adam J. Zapala (245748)
Elizabeth Castillo (280502)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com

Michael P. Lehmann (77152)
Christopher L. Lebsock (184546)
Seth R. Gassman (311702)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
sgassman@hausfeld.com

*Counsel for Plaintiffs and the Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>**This Document Relates To:**<br><br>ALL ACTIONS | Master File No. C 07-5634 CRB<br><br>MDL NO. 1913<br><br>**CLASS ACTION**<br><br>**STIPULATION & [PROPOSED] ORDER MODIFYING SCHEDULE FOR FILING OF PRELIMINARY APPROVAL MOTION** |

The parties to the within action hereby agree and stipulate as follows:

WHEREAS the remaining parties in this action, Plaintiffs and Defendant All Nippon Airways Co., Ltd. ("ANA"), informed the Court on February 13, 2019 that they reached a settlement that would resolve this matter (*see* ECF No. 1292);

WHEREAS Plaintiffs are currently scheduled to submit their motion for preliminary approval of their settlement with ANA by no later than March 31, 2019 (*see* ECF No. 1293);

1

1  WHEREAS Plaintiffs need additional time to prepare their motion for preliminary
2  approval of the settlement with ANA, which will include, *inter alia*, a notice plan and the related
3  documentation relevant thereto;
4  WHEREAS the parties have agreed to modify the schedule to permit Plaintiffs to submit
5  the motion for preliminary approval by no later than April 5, 2019.
6  IT IS HEREBY STIPULATED by and between the parties and subject to the Court's
7  approval that:
8  The Court's February 13, 2009 Order (ECF No. 1293) is hereby modified to permit
9  Plaintiffs to submit their motion for preliminary approval of their settlement with ANA by
10  no later than **April 5, 2019**.

13  **SO STIPULATED:**          **HAUSFELD, LLP**
14  DATED: March 28, 2019

15                              By: */s/        Christopher L. Lebsock*
                                        Christopher L. Lebsock
16                                  *Interim Co-Lead Counsel for Plaintiffs*

17                              **COTCHETT, PITRE & McCARTHY**

19                              By: */s/        Adam Zapala*
                                        Adam Zapala
20                                  *Interim Co-Lead Counsel for Plaintiffs*

21                              **CONSTANTINE CANNON LLP**

23                              By: */s/        Ankur Kapoor*
                                        Ankur Kapoor
24                                  *Counsel for Defendant All Nippon Airways*

## ATTORNEY ATTESTATION

I, Christopher L. Lebsock, hereby attest, pursuant to Rule 5-1(i)(3) of the Local Rules of Practice of Civil Proceedings before the United States District Court for the Northern District of California, that concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Christopher L. Lebsock*
Christopher L. Lebsock

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: _____, 2019

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE