# EXHIBIT 1A

# Revised Long Form Notice (clean version)

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

# If You Bought an Airline Ticket between the U.S. and Asia, Australia, New Zealand, or the Pacific Islands,

## You Could Receive Benefits from a Settlement.

*A Federal Court authorized this notice.  This is not a solicitation.*

- Please read this Notice carefully as it impacts your rights and provides you with information regarding a $58 million Settlement with All Nippon Airways Company, Limited ("ANA").

- There are three Classes included in this Settlement.  Generally, a person or entity may be included if they:
  - Bought a ticket for air travel from ANA or Japan Airlines International Company, Ltd. ("JAL") between February 1, 2005 and December 31, 2007 that included a fuel surcharge OR
  - Purchased a ticket from ANA or JAL between January 1, 2000 and April 1, 2006 for a *Satogaeri* (*i.e.*, "homecoming") fare; and the ticket included at least one flight segment originating in the U.S. to Japan OR
  - Bought a ticket for air travel from one of 13 airlines (including ANA and the airlines listed in the next bullet point) between January 1, 2000 and December 1, 2016 and the ticket included at least one flight segment originating in the U.S. to Asia or Oceania.

- This is the final Court-approved Notice in this case.  Two earlier settlement rounds involving the price of transpacific airline tickets were reached with: Air New Zealand Limited; China Airlines, Ltd.; EVA Airways Corporation; Philippine Airlines, Inc.; Cathay Pacific Airways Limited; JAL; Malaysian Airline System Berhad; Qantas Airways Limited; Singapore Airlines Limited; Societe Air France; Thai Airways International Public Co., Ltd.; and Vietnam Airlines Company Limited (collectively, "Defendants").

- ANA has agreed to settle the case.  This Notice provides details of the proposed Settlement with ANA and your rights in this lawsuit.

- For additional information, important documents, and case updates, visit the website www.AirlineSettlement.com.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT ||
|---|---|
| **SUBMIT A CLAIM** | This is the only way to receive a payment.  You must file a claim by **Month 00, 2019**. |
| **EXCLUDE YOURSELF** | If you ask to be excluded from the Settlement, you won't be eligible to share in the benefits.  But you keep any rights to sue ANA on your own about the same legal claims in this lawsuit.  You must exclude yourself by **Month 00, 2019**. |
| **OBJECT TO THE SETTLEMENT** | Write to the Court explaining why you have an objection to the Settlement.  You must object to the Settlement by **Month 00, 2019**. |
| **GO TO THE HEARING** | Ask to speak in Court about the Settlement. |
| **DO NOTHING** | You will not receive a cash recovery from the Settlement and you will give up any rights you currently have to separately sue ANA for the conduct that is the subject of the lawsuit. |

These rights and options – **and the deadlines to exercise them** – are explained in this Notice.

CALL TOLL FREE 1-800-439-1781 OR VISIT WWW.AIRLINESETTLEMENT.COM

| **WHAT THIS NOTICE CONTAINS** |
|---|

**BASIC INFORMATION** ............................................................................................................... Page 3
   1.  What is this Notice about?
   2.  What is the lawsuit about?
   3.  What is a class action?

**WHO IS INCLUDED** .................................................................................................................... Page 4
   4.  How do I know if I am included in the Classes?
   5.  Are travel agents included in the Classes?

**THE SETTLEMENT'S BENEFITS** ................................................................................................ Page 4
   6.  What does the Settlement provide?
   7.  How much money will I receive?

**HOW TO GET BENEFITS** ........................................................................................................... Page 5
   8.  How do I get benefits?
   9.  When will I get benefits?

**REMAIN IN THE CLASSES** ........................................................................................................ Page 6
  10.  What am I giving up if I stay in the Classes?

**EXCLUDE YOURSELF FROM THE CLASSES** ............................................................................ Page 6
  11.  How do I get out of the Class(es)?
  12.  If I don't exclude myself, can I sue for the same thing later?
  13.  If I exclude myself, can I still get benefits?

**OBJECT TO OR COMMENT ON THE SETTLEMENT** .................................................................. Page 7
  14.  How do I object to or comment on the Settlement?
  15.  What is the difference between excluding myself from the classes and objecting to the Settlement?

**THE LAWYERS REPRESENTING YOU** ..................................................................................... Page 8
  16.  Do I have a lawyer representing me?
  17.  How will the lawyers be paid?

**THE FAIRNESS HEARING** ........................................................................................................ Page 8
  18.  When and where will the Fairness Hearing take place?
  19.  Do I have to come to the hearing?
  20.  May I speak at the hearing?

**GET MORE INFORMATION** ..................................................................................................... Page 9
  21.  Where can I get more information?

## BASIC INFORMATION

### 1. What is this Notice about?

This Notice is to inform you about a Settlement with All Nippon Airways Company, Limited ("ANA") that may affect your rights before the Court decides whether to approve the Settlement. If you are included in any of the Settlement Class(es), you have legal rights and options that you may exercise.

The United States District Court for the Northern District of California presides over this case. The case is called *In re Transpacific Passenger Air Transportation Antitrust Litigation*, MDL No. 1913. The people that sued are called Plaintiffs, and the companies they sued are called the Defendants (*see* Question 2).

### 2. What is the lawsuit about?

The original lawsuit claimed that thirteen Defendants agreed to fix the prices of airline tickets for travel between the United States and Asia/Oceania. As a result, ticket purchasers may have paid more than was necessary. The Defendants in that lawsuit are: ANA; Air New Zealand Limited; China Airlines, Ltd.; EVA Airways Corporation; Philippine Airlines, Inc.; Cathay Pacific Airways Limited; Japan Airlines International Company, Ltd. ("JAL"); Malaysian Airline System Berhad; Qantas Airways Limited; Singapore Airlines Limited; Societe Air France; Thai Airways International Public Co., Ltd.; and Vietnam Airlines Company Limited.

The lawsuit also claims that ANA and JAL agreed to fix the prices of airline tickets and/or fuel surcharges for travel between the United States and Japan. The lawsuit claims that ANA and JAL agreed to institute and raise fuel surcharges on airline tickets between February 1, 2005 and December 31, 2007, and to fix the prices of airline tickets on certain fares called *Satogaeri* or "homecoming" fares, which are discount fares marketed to Japanese people living in the U.S. for travel to Japan between January 1, 2000 and April 1, 2006. As a result, ticket purchasers may have paid more than was necessary.

ANA has pled guilty to fixing the prices of certain discounted tickets for transpacific air transportation sold in the United States from at least as early as April 1, 2000 until at least April 1, 2004. This guilty plea does not apply to the fuel surcharge claims alleged in this case.

Please note that settlements involving transpacific air travel were previously reached in 2015 with eight of the Defendants (including JAL) and in 2018 with four of the Defendants. These earlier settlements total $89,402,000.

### 3. What is a class action?

In a class action, one or more people called class representatives sue on behalf of a group or a "class" of people who have similar claims. In a class action, the court resolves the issues for all class members, except for those who exclude themselves from the class. In this case, there are several classes described in the Settlement Agreement.

## WHO IS INCLUDED

### 4. How do I know if I am included in the Classes?

There are three separate Classes included in the Settlement: the Japan Class (Settlement Class I), the *Satogaeri* Class (Settlement Class II), and Settlement Class III.

The **Japan Settlement Class** includes: All persons and entities that directly purchased tickets for passenger air transportation from JAL or ANA, or any predecessor, subsidiary or affiliate thereof, that originated in the United States and included at least one flight segment from the United States to Japan between the period beginning February 1, 2005 and ending December 31, 2007. Excluded from the Japan Class are any tickets that did not include a fuel surcharge. Excluded from the Japan Class are any antitrust immunized fares agreed upon at International Air Transport Association 'Tariff Coordinating Conferences.' Excluded from the Japan Class are tickets exclusively acquired through award or reward travel or any tickets acquired for infant travel with a 90% discount. Also excluded from the Japan Class are purchases by government entities, Defendants, any parent subsidiary or affiliate thereof, and Defendants' or any other commercial airline's officers, directors, employees, agents, and immediate families.

The *Satogaeri* **Settlement Class** includes: All persons and entities that directly purchased *Satogaeri* fares from JAL or ANA or any predecessor, subsidiary or affiliate thereof, that originated in the United States and included at least one flight segment to Japan and does not include travel to countries other than the United States and Japan between the period beginning January 1, 2000 and ending April 1, 2006. Excluded from the *Satogaeri* Class are purchases by government entities, Defendants, any parent subsidiary or affiliate thereof, and Defendants' officers, directors, employees and immediate families. Also excluded are purchases of *Satogaeri* Special fares and maerui *satogaeri* fares.

The **Settlement Class III** includes: All persons and entities that directly purchased passenger air transportation originating in the United States that included at least one flight segment to Asia or Oceania, from or on any of the Defendants, or any predecessor, subsidiary, or affiliate thereof, at any time between January 1, 2000 and December 1, 2016. Excluded from the class are governmental entities, Defendants, former Defendants in the Action, any parent, subsidiary or affiliate thereof, and Defendants' officers, directors, employees and immediate families.

The three Settlement Classes are not mutually exclusive. All members of the *Satogaeri* Settlement Class and the Japan Settlement Class are members of Settlement Class III.

### 5. Are travel agents included in the Classes?

No. Travel agents are not included in the Classes simply by virtue of being travel agents. Travel agents are only included in the Classes if they personally purchased tickets included in the three Classes described in Question 4 for their personal use. The Court has expressed a desire that travel agents take whatever reasonable steps necessary to inform their customers about the Settlement.

## THE SETTLEMENT'S BENEFITS

### 6. What does the Settlement provide?

The Court has already approved twelve settlements totaling $89,402,000.

This ANA Settlement will provide $58,000,000.  A portion of the Settlement will be used to pay the costs of class notice and administration, and attorneys' fees and costs.  It is possible that any money left after paying Class Members that is economically infeasible to distribute will be donated to charities approved by the Court.  More details are in the Settlement Agreement, available at www.AirlineSettlement.com.

The amount of money that will be available for distribution to each Class is as follows (1) $39,440,752.50 will be allocated for distribution to the Japan Settlement Class; (2) $11,059,247.50 will be allocated for distribution to the *Satogaeri* Settlement Class; and (3) $7,500,000.00 will be available for distribution to Settlement Class III.  Specific details on the distribution are available at the website.

### 7. How much money will I receive?

At this time, it is unknown how much each eligible member of the Classes will receive.  In order to receive a payment, you will need to file a valid claim form.  To save time and money, payments will be made at the conclusion of the case.

Pursuant to the proposed plan of allocation, eligible claims will receive a *pro rata* share of the applicable settlement funds for each class in which the claim(s) qualify.  However, based on the claims that have already been filed, it is estimated that the average payment of prior settlements in this matter, which had classes similar to Settlement Class III, could be in the range of $5 per eligible ticket claimed.  Because there is no prior claims history for the *Satogaeri* and Japan Classes, a per ticket estimate is not possible for those classes.  The claims administrator received a large number of claims just before a claims deadline concerning the previous round of settlements, and these claims have not yet been subjected to audit.  As a result, the number of claimed tickets that are determined to be eligible may be reduced, and the corresponding amount of compensation to be allocated among the remaining eligible claims may increase.  These Settlement Classes are not releasing claims for Asia/Oceania originating travel as part of the Settlement Agreement.

## HOW TO GET BENEFITS

### 8. How do I get benefits?

You must complete and submit a Claim Form online or mail a paper Claim Form in order to share in the Settlement.  Even if you filed a claim in the previous settlements you will need to provide a supplemental Claim Form (available on the website) to allow the claims administrator to determine your eligibility to participate in the *Satogaeri* Class and the Japan Class.  Additionally, there is a longer class period concerning Settlement Class III than there was for some of the earlier settlement classes.  You will need to supplement your earlier Claim Form with information concerning flights that were not previously disclosed on your prior Claim Form if you want them considered for money from the Settlement Class III fund.  The deadline to submit a Claim Form is **Month 00, 2019**.  For additional information regarding completing a Claim Form, visit www.AirlineSettlement.com or call 1-800-439-1781.

### 9. When will I get benefits?

Settlement Class Members who are entitled to payments will receive their payments after the Court grants final approval to the Settlement and after any appeals are resolved (*see* "The Fairness Hearing" below).  If there are appeals, resolving them can take time.  Please be patient.

## REMAIN IN THE CLASSES

### 10. What am I giving up if I stay in the Classes?

If you do nothing, you will automatically remain in the Classes. You will be legally bound by all Court orders, which means you won't be able to separately sue, or continue to sue, ANA about the legal claims in this case. If you exclude yourself, you won't get any money from future distributions to the Classes.

In return for paying the Settlement amount, ANA will be released for certain claims relating to the facts underlying the lawsuit. The Settlement Agreement describes the release, so read it carefully. If you have any questions, you can talk to Class Counsel listed in Question 16 for free or you can talk to your own lawyer if you have questions about what this means. The Settlement Agreement and the specific release are available at www.AirlineSettlement.com.

## EXCLUDE YOURSELF FROM THE CLASSES

### 11. How do I get out of the Class(es)?

If you decide not to participate in the Settlement, you must exclude yourself from these Class(es). If you exclude yourself, you will not receive any benefits from this Settlement. You will not be bound by any Court orders and you keep your right to sue ANA on your own regarding the issues in this case.

To exclude yourself from the Class(es), you must send a letter (a "Request for Exclusion") by mail. It must include:

- Your name, address, and telephone number;
- A statement that you want to be excluded from the Japan Class, the *Satogaeri* Class, **and/or** Settlement Class III, and indicate you are excluding yourself from the ANA Settlement (*e.g.,* "I/we hereby request that I/we be excluded from the Japan Settlement Class/the *Satogaeri* Class/ Settlement Class III in the *In re Transpacific Passenger Air Transportation Antitrust Litigation*."); and
- Your signature.

Your Request for Exclusion must be postmarked no later than **Month 00, 2019**, to:

> Transpacific Air Settlement
> Exclusions
> P.O. Box 2209
> Faribault, MN 55021-1609

### 12. If I don't exclude myself, can I sue for the same thing later?

No. Unless you exclude yourself, you will remain in the Settlement and give up any right to separately sue ANA.

### 13. If I exclude myself, can I still get benefits?

No. If you exclude yourself from the Class(es), you will not be eligible for payments from the Settlement.

## OBJECT TO OR COMMENT ON THE SETTLEMENT

**14. How do I object to or comment on the Settlement?**

If you have objections to any aspect of the Settlement, you may express your views to the Court by writing to the address below. It must include your:

- Name, address, and telephone number;
- The case name and number (*In re Transpacific Passenger Air Transportation Antitrust Litigation*, N.D. Cal. Case No. 3:07-cv-05634-CRB);
- Proof of membership in at least one Settlement Class;
- Notice of whether you intend to appear at the Fairness Hearing;
- The name, address, and telephone number of any lawyer assisting you;
- Specific details surrounding your objection; and
- Your signature.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a different settlement; the Court can only approve or reject the settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue. If that is what you want to happen, you must object.

If you file a timely written objection, you may, but are not required to, appear at the Final Approval Hearing, either in person or through your own attorney. If you appear through your own attorney, you are responsible for hiring and paying that attorney.

Any comment or objection must be postmarked no later than **Month 00, 2019** and mailed to the Court's address below:

> Clerk's Office
> United States District Court for the
> District of Northern California
> 450 Golden Gate Avenue
> San Francisco, CA 94102

You can also file your objection in person at any location of the United States District Court for the Northern District of California.

**15. What is the difference between excluding myself from the Classes and objecting to the Settlement?**

If you exclude yourself from the Classes, you are telling the Court that you don't want to participate in the Settlement. Therefore, you will not be eligible to receive any benefits from the Settlement, and you will not be able to object to the Settlement. Objecting to the Settlement simply means telling the Court that you don't like something about the Settlement. Objecting does not disqualify you from making a claim nor does it make you ineligible to receive a payment.

## THE LAWYERS REPRESENTING YOU

**16. Do I have a lawyer representing me?**

The Court has appointed the following law firms as Class Counsel to represent you and all other members of the Classes:

| Cotchett, Pitre & McCarthy LLP<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010 | Hausfeld, LLP<br>600 Montgomery Street<br>Suite 3400<br>San Francisco, CA 94111 |
|---|---|

If you have any questions about the Settlement, you can talk to Class Counsel, or you can retain your own lawyer at your own expense.

**17. How will the lawyers be paid?**

You do not need to separately pay Class Counsel. Class Counsel will request a fee award in connection with the final approval of the Settlement. With respect to the Settlement Agreement described in this Notice, Class Counsel's fee request will not exceed one-third of the Settlement amount. Class Counsel will also seek reimbursement of reasonable litigation expenses. Class Counsel will seek no more than $1.7 million in unreimbursed litigation expenses, but that amount may increase if additional expenses are incurred between now and the finalizing of this Settlement and distribution of the settlement funds. The final amounts in attorneys' fees and costs sought from the Settlement Fund will be outlined in Plaintiffs' Motion for Attorneys' Fees and Reimbursement of Reasonable Litigation expenses, which will be filed with the Court and posted on the Settlement website no later than 35 days prior to the objection deadline.

## THE FAIRNESS HEARING

**18. When and where will the Fairness Hearing take place?**

The Court will hold a Fairness Hearing on **Month 00, 2019 at 00:00 a.m.**, at the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, Courtroom 6, 17th Floor. The hearing may be moved to a different date or time without additional notice. Please check www.AirlineSettlement.com or call 1-800-439-1781 to be kept up-to-date on the date, time, and location of the Fairness Hearing. At the Fairness Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. If there are objections or comments, the Court will consider them at that time. After the hearing, the Court will decide whether to grant final approval to the Settlement. We do not know how long these decisions will take.

**19. Do I have to come to the hearing?**

No. Class Counsel will answer any questions the Court may have. But you are welcome to come at your own expense. If you send an objection or comment, you don't have to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also retain a lawyer to appear on your behalf at your own expense.

| **20. May I speak at the hearing?** |
|---|

If you send an objection or comment on the Settlement as described in Question 14, you will have the right to speak at the Fairness hearing.

## GET MORE INFORMATION

| **21. Where can I get more information?** |
|---|

This Notice summarizes the Settlement. You can get more information about the Settlement or for the precise terms and conditions of the Settlement, please see the Settlement Agreement, at www.AirlineSettlement.com, by calling 1-800-439-1781, or by writing to Transpacific Air Settlement, P.O. Box 2209, Faribault, MN 55021-1609.

You can also get more information about the Settlement by contacting Class Counsel:

| Cotchett, Pitre & McCarthy LLP<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010 | Hausfeld, LLP<br>600 Montgomery Street<br>Suite 3400<br>San Francisco, CA 94111 |
|---|---|

You can also get copies of the official Court file by accessing the Court docket in this case, for a fee:
- Through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or
- By visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.**