# EXHIBIT 2B

# Revised Short Form / Publication Notice (redline version)

Legal Notice

# If You Bought an Airline Ticket between the U.S. and Asia, Australia, New Zealand, or the Pacific Islands,

### *You Could Receive Benefits from a Settlement*

A $58 million Settlement has been reached with All Nippon Airways ("ANA") in a class action lawsuit involving the price of airline tickets. Settlements were previously reached with 12 Defendants.

### What is the case about?

The lawsuit claims that ANA agreed to fix prices on tickets for transpacific air travel.  As a result, ticket purchasers may have paid more than they would have in the absence of the price-fixing.  ANA denies any liability, although it has pled guilty to fixing the prices of certain discounted tickets.

### Am I included?

There are three classes included in this Settlement. Generally, you may be included if: (1) <u>Japan Class</u> - you bought a ticket for air travel from ANA or Japan Airlines between February 1, 2005 and December 31, 2007 that included a fuel surcharge; and/or (2) *Satogaeri* <u>Class</u> - you purchased a ticket from ANA or Japan Airlines between January 1, 2000 and April 1, 2006 for a Satogaeri (*i.e.*, "homecoming") fare and the ticket included at least one flight segment originating in the U.S. to Japan; and/or (3) <u>Settlement Class III</u> - you bought a ticket for air travel from one of 13 airlines, including ANA or Japan Airlines; the ticket included at least one flight segment originating in the U.S. to Asia or Oceania; and your purchase was made between January 1, 2000 and December 1, 2016.

Please review the class definitions carefully at the website below.  Travel agents are only included if they bought tickets for their personal use.

### What does the Settlement provide?

ANA has agreed to pay $58 million (the "Settlement Fund"). Money will be distributed pursuant to a Plan of Allocation approved by the Court.  At this time, it is unknown how much each eligible member of the Classes will receive.  However, based on the claims that have already been filed, it is estimated that the average payment of prior settlements, which had classes similar to Settlement Class III, could be in the range of $5 per eligible ticket claimed.  Because there is no prior claims history for the *Satogaeri* and Japan Classes, a per ticket estimate is not possible for those classes.  Claims from the earlier round of settlements have not yet been audited.  As a result, the number of claimed tickets that are determined to be eligible may be reduced, and the corresponding amount of compensation to be allocated among the remaining eligible claims may increase.

### How can I get benefits?

You must submit a Claim Form online <u>at www.AirlineSettlement.com</u> or by mail.  The deadline to submit a Claim Form is **Month XX, 2019**.

### What are my rights?

If you do nothing, you will be bound by the Court's decisions and will get no money.  As described above, if you want to get money from the Settlement, you must file a claim.  If you want to keep your right to sue ANA and get no money <u>from the Settlement</u>, you must exclude yourself from the classes by **Month XX, 2019**.  If you stay in the classes, you may object to the Settlement by **Month XX, 2019**.  The detailed notice describes how to exclude yourself or object <u>and is available on www.AirlineSettlement.com</u>.

The Court will hold a hearing on **Month XX, 2019** to consider whether to approve the Settlement and a request for attorneys' fees up to one-third of the Settlement Fund, plus reimbursement of costs and expenses.  You or your own lawyer may appear at the hearing at your own expense, but you do not have to attend.

For more information <u>& a detailed notice</u>: 1-800-439-1781  www.AirlineSettlement.com