Joseph W. Cotchett (36324)
Adam J. Zapala (245748)
Elizabeth T. Castillo (280502)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com
ecastillo@cpmlegal.com

Michael P. Lehmann (77152)
Christopher L. Lebsock (184546)
Seth R. Gassman (311702)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
sgassman@hausfeld.com

*Co-Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION**<br><br>**This Document Relates To:**<br><br>**ALL ACTIONS** | Civil Case No. 3:07-cv-05634-CRB<br><br>MDL No. 1913<br><br>**DECLARATION OF CHRISTOPHER L. LEBSOCK IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL FILING RELATED TO REQUEST FOR REIMBURSEMENT OF EXPENSES** |

I, Christopher L. Lebsock, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of California and a Partner of the law firm Hausfeld, LLP, which is Co-Lead Class Counsel for the classes. I make this Declaration in Support of Plaintiffs' Supplemental Filing Related to Request for Reimbursement of Expenses. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, I could and would testify competently to them. I make this Declaration pursuant to 28 U.S.C. § 1746.

2. Attached hereto as Exhibit A is a true and correct copy of a detailed printout of expenses for Travel (Airfare and Ground Travel) related to this matter for Hausfeld LLP between May 17, 2018 through July 31, 2019.

3. Attached hereto as Exhibit B is a true and correct copy of a detailed printout of expenses for Travel (Meals and Lodging) related to this matter for Hausfeld LLP between May 17, 2018 through July 31, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this 10th day of December 2019.

/s/ *Christopher L. Lebsock*
Christopher L. Lebsock

Declaration of Christopher L. Lebsock in Support of Plaintiffs' Supplemental Filing Related to Request for Reimbursement of Expenses
Case No. 3:07-cv-05634 CRB

1