# EXHIBIT A

**Hausfeld LLP Airfare and Ground Travel**

| Matter | Date | Timekeeper | Name | Title | Code | Description | Amount | Narrative |
|---|---|---|---|---|---|---|---|---|
| 10051.0001 | 5/17/2018 | 125 | Spero, Michaela | Associate | AIR | Airfare | $25.00 | Airfare Travel to Boston, MA for Snyder Deposition TRAVEL AGENCY SERVIC WASHINGTON   DC May 17, 2018 - Michaela Spero |
| 10051.0001 | 5/17/2018 | 125 | Spero, Michaela | Associate | AIR | Airfare | $304.40 | Airfare Travel to Boston, MA for Snyder Deposition AMERICAN AIRLINES WASHINGTON   DC May 17, 2018 - Michaela Spero |
| 10051.0001 | 6/5/2018 | 8 | Lebsock, Christopher L. | Partner | TAXIL | Taxi - Late after 9pm | $66.24 | Taxi - Late after 9pm Travel to Boston for Snyder Deposition UBER Jun 05, 2018 - Christopher Lebsock |
| 10051.0001 | 6/5/2018 | 125 | Spero, Michaela | Associate | TAXIL | Taxi - Late after 9pm | $20.00 | Taxi - Late after 9pm Travel to Boston, MA for Snyder Deposition DC VIP CAB Arlington   VA Jun 05, 2018 - Michaela Spero |
| 10051.0001 | 6/5/2018 | 125 | Spero, Michaela | Associate | TAXI | Taxi - Travel | $25.90 | Taxi - Travel Travel to Boston, MA for Snyder Deposition CREATIVE MOBIL510014 BOSTON   MA Jun 05, 2018 - Michaela Spero |
| 10051.0001 | 6/7/2018 | 8 | Lebsock, Christopher L. | Partner | TAXI | Taxi - Travel | $30.90 | Taxi - Travel Travel to Boston for Snyder Deposition BOS TAXI 1050 090105 BOSTON   MA Jun 07, 2018 - Christopher Lebsock |
| 10051.0001 | 6/7/2018 | 125 | Spero, Michaela | Associate | AIR | Airfare | $75.00 | Airfare Travel to Boston, MA for Snyder Deposition AMERICAN AIRLINES BOSTON   MA Jun 07, 2018 - Michaela Spero |
| 10051.0001 | 6/8/2018 | 8 | Lebsock, Christopher L. | Partner | TAXI | Taxi - Travel | $98.84 | Taxi - Travel Travel to Boston for Snyder Deposition YELLOW TAXI   Mill Valley   CA Jun 08, 2018 - Christopher Lebsock |
| 10051.0001 | 6/8/2018 | 125 | Spero, Michaela | Associate | TAXIL | Taxi - Late after 9pm | $26.88 | Taxi - Late after 9pm Travel to Boston, MA for Snyder Deposition GOSQ.COM ASHENAFI DU Washington   DC Jun 08, 2018 - Michaela Spero |
| 10051.0001 | 6/10/2018 | 125 | Spero, Michaela | Associate | AIR | Airfare | $803.20 | Airfare Travel to SFO for Summary Judgment Hearing UNITED AIRLINES HOUSTON   TX Jun 10, 2018 - Michaela Spero |
| 10051.0001 | 6/12/2018 | 125 | Spero, Michaela | Associate | AIR | Airfare | $67.00 | Airfare Travel to SFO for Summary Judgment Hearing UNITED AIRLINES HOUSTON   TX Jun 12, 2018 - Michaela Spero |
| 10051.0001 | 6/13/2018 | 125 | Spero, Michaela | Associate | TAXIL | Taxi - Late after 9pm | $39.76 | Taxi - Late after 9pm Travel to SFO for Summary Judgment Hearing UBER TRIP QL6ER   HELP.UBER.COM   CA Jun 13, 2018 - Michaela Spero |
| 10051.0001 | 6/13/2018 | 125 | Spero, Michaela | Associate | AIR | Airfare | $25.00 | Airfare Travel to SFO for Summary Judgment Hearing UNITED AIRLINES WASHINGTON   DC Jun 13, 2018 - Michaela Spero |
| 10051.0001 | 6/13/2018 | 125 | Spero, Michaela | Associate | AIR | Airfare | $288.80 | Airfare Travel to SFO for Summary Judgment Hearing UNITED AIRLINES HOUSTON   TX Jun 13, 2018 - Michaela Spero |
| 10051.0001 | 6/14/2018 | 125 | Spero, Michaela | Associate | TAXI | Taxi - Travel | $52.27 | Taxi - Travel Travel to SFO for Summary Judgment Hearing FLYWHEEL TAXI GOSQ.C San Francisco   CA Jun 14, 2018 - Michaela Spero |
| 10051.0001 | 6/15/2018 | 8 | Lebsock, Christopher L. | Partner | MILE | Mileage - Non-Local | $16.35 | Mileage - Non-Local Attend SJ Hearing MILEAGE Jun 15, 2018 - Christopher |
| 10051.0001 | 6/15/2018 | 8 | Lebsock, Christopher L. | Partner | TOLL | Tolls - Travel | $7.00 | Tolls - Travel Attend SJ Hearing BRIDGE TOLL Jun 15, 2018 - Christopher |
| 10051.0001 | 6/15/2018 | 8 | Lebsock, Christopher L. | Partner | PARK | Parking - Travel | $18.00 | Parking - Travel Attend SJ Hearing UC HASTINGS PARKING SAN FRANCISCO CA Jun 15, 2018 - Christopher Lebsock |
| 10051.0001 | 6/15/2018 | 125 | Spero, Michaela | Associate | TAXI | Taxi - Travel | $8.39 | Taxi - Travel Travel to SFO for Summary Judgment Hearing LYFT  *RIDE FRI 8AM SAN FRANCISCO   CA Jun 15, 2018 - Michaela Spero |
| 10051.0001 | 6/16/2018 | 125 | Spero, Michaela | Associate | TAXI | Taxi - Travel | $11.24 | Taxi - Travel Travel to SFO for Summary Judgment Hearing UBER I23LC HELP.UBER.COM   CA Jun 16, 2018 - Michaela Spero |
| 10051.0001 | 6/16/2018 | 125 | Spero, Michaela | Associate | AIR | Airfare | -$67.00 | Airfare Travel to SFO for Summary Judgment Hearing UNITED AIRLINES HOUSTON   TX Jun 16, 2018 - Michaela Spero |
| 10051.0001 | 6/17/2018 | 125 | Spero, Michaela | Associate | TAXI | Taxi - Travel | $26.04 | Taxi - Travel Travel to SFO for Summary Judgment Hearing UBER EATS UVWTR   HELP.UBER.COM   CA Jun 17, 2018 - Michaela Spero |

**Hausfeld LLP Airfare and Ground Travel**

| Matter | Date | Timekeeper | Name | Title | Code | Description | Amount | Narrative |
|---|---|---|---|---|---|---|---|---|
| 10051.0001 | 6/20/2018 | 66 | Gassman, Seth | Of Counsel | TRAIN | Trainfare | $152.00 | Trainfare Case Strategy Trip; to DC from NYC AMTRAK     WASHINGTON DC Jun 20, 2018 - Seth Gassman |
| 10051.0001 | 6/20/2018 | 125 | Spero, Michaela | Associate | TAXI | Taxi - Travel | $8.07 | Taxi - Travel Travel to SFO for Summary Judgment Hearing UBER TRIP OJXM6 HELP.UBER.COM   CA Jun 20, 2018 - Michaela Spero |
| 10051.0001 | 6/20/2018 | 125 | Spero, Michaela | Associate | TAXI | Taxi - Travel | $2.00 | Taxi - Travel Travel to SFO for Summary Judgment Hearing UBER TRIP OJXM6 HELP.UBER.COM   CA Jun 20, 2018 - Michaela Spero |
| 10051.0001 | 6/20/2018 | 125 | Spero, Michaela | Associate | TAXI | Taxi - Travel | $3.08 | Taxi - Travel Travel to SFO for Summary Judgment Hearing UBER TRIP 6XG5N HELP.UBER.COM   CA Jun 20, 2018 - Michaela Spero |
| 10051.0001 | 6/26/2018 | 125 | Spero, Michaela | Associate | TAXIL | Taxi - Late after 9pm | $28.37 | Taxi - Late after 9pm Travel to SFO for Summary Judgment Hearing VTS DISTRICT CAB NON WASHINGTON    DC Jun 26, 2018 - Michaela Spero |
| 10051.0001 | 6/26/2018 | 125 | Spero, Michaela | Associate | AIR | Airfare | $25.00 | Airfare Travel to SFO for Summary Judgment Hearing DELTA AIR LINES ATLANTA     US Jun 26, 2018 - Michaela Spero |
| 10051.0001 | 6/29/2018 | 66 | Gassman, Seth | Of Counsel | TAXI | Taxi - Travel | $12.00 | Taxi - Travel Trip to DC, case strategy meeting Metrorail Jun 29, 2018 - Seth |
| 10051.0001 | 6/29/2018 | 66 | Gassman, Seth | Of Counsel | MILE | Mileage - Non-Local | $122.63 | Mileage - Non-Local Trip to DC, case strategy meeting Miles on car for trip home Jun 29, 2018 - Seth Gassman |
| 10051.0001 | 7/17/2018 | 125 | Spero, Michaela | Associate | TRAIN | Trainfare | $366.00 | Trainfare Travel to NYC for settlement meeting AMTRAK     WASHINGTON DC Jul 17, 2018 - Michaela Spero |
| 10051.0001 | 7/23/2018 | 125 | Spero, Michaela | Associate | TRAIN | Trainfare | $127.00 | Trainfare Travel to NYC for settlement meeting AMTRAK     WASHINGTON DC Jul 23, 2018 - Michaela Spero |
| 10051.0001 | 7/24/2018 | 125 | Spero, Michaela | Associate | TAXIL | Taxi - Late after 9pm | $8.87 | Taxi - Late after 9pm Travel to NYC for settlement meeting UBER TRIP TJM52 HELP.UBER.COM   CA Jul 24, 2018 - Michaela Spero |
| 10051.0001 | 7/24/2018 | 125 | Spero, Michaela | Associate | TAXIL | Taxi - Late after 9pm | $12.25 | Taxi - Late after 9pm Travel to NYC for settlement meeting BAY CAB GOSQ.COM   Washington    DC Jul 24, 2018 - Michaela Spero |
| 10051.0001 | 7/25/2018 | 125 | Spero, Michaela | Associate | AIR | Airfare | $48.00 | Airfare Travel to SF for class cert hearing TRAVEL AGENCY SERVIC WASHINGTON    DC Jul 25, 2018 - Michaela Spero |
| 10051.0001 | 7/25/2018 | 125 | Spero, Michaela | Associate | AIR | Airfare | $636.20 | Airfare Travel to SF for class cert hearing UNITED AIRLINES   WASHINGTON DC Jul 25, 2018 - Michaela Spero |
| 10051.0001 | 7/25/2018 | 125 | Spero, Michaela | Associate | AIR | Airfare | $692.87 | Airfare Travel to SF for class cert hearing UNITED AIRLINES   WASHINGTON DC Jul 25, 2018 - Michaela Spero |
| 10051.0001 | 7/30/2018 | 125 | Spero, Michaela | Associate | TAXIL | Taxi - Late after 9pm | $5.26 | Taxi - Late after 9pm Travel to SF for the class cert hearing UBER TRIP 32FDK HELP.UBER.COM Jul 30, 2018 - Michaela Spero |
| 10051.0001 | 7/31/2018 | 1 | Hausfeld, Michael D. | Partner | TAXI | Taxi - Travel | $269.45 | Taxi - Travel - - VENDOR: MH Limousine Service, Inc. INV#10000706 07/31/18 Various taxi fares |
| 10051.0001 | 7/31/2018 | 125 | Spero, Michaela | Associate | TAXI | Taxi - Travel | $35.65 | Taxi - Travel Travel to SF for class cert hearing UBER TRIP 34A5U HELP.UBER.COM   CA Jul 31, 2018 - Michaela Spero |
| 10051.0001 | 8/3/2018 | 8 | Lebsock, Christopher L. | Partner | MILE | Mileage - Non-Local | $16.35 | Mileage - Non-Local Attend Hearing MILEAGE Aug 03, 2018 - Christopher |
| 10051.0001 | 8/3/2018 | 8 | Lebsock, Christopher L. | Partner | TOLL | Tolls - Travel | $7.00 | Tolls - Travel Attend Hearing BRIDGE TOLL Aug 03, 2018 - Christopher |
| 10051.0001 | 8/3/2018 | 8 | Lebsock, Christopher L. | Partner | PARK | Parking - Travel | $18.00 | Parking - Travel Attend Hearing UC HASTINGS PARKING SAN FRANCISCO   CA Aug 03, 2018 - Christopher Lebsock |
| 10051.0001 | 8/3/2018 | 8 | Lebsock, Christopher L. | Partner | PARK | Parking - Travel | $24.00 | Parking - Travel Attend Hearing ACE PARKING 4179 009 SAN FRANCISCO   CA Aug 03, 2018 - Christopher Lebsock |
| 10051.0001 | 8/3/2018 | 66 | Gassman, Seth | Of Counsel | TAXI | Taxi - Travel | $18.68 | Taxi - Travel Taxi to class cert hearing UBER  *TEMP AUTH  HELP.UBER.COM CA Aug 03, 2018 - Seth Gassman |

**Hausfeld LLP Airfare and Ground Travel**

| Matter | Date | Timekeeper | Name | Title | Code | Description | Amount | Narrative |
|---|---|---|---|---|---|---|---|---|
| 10051.0001 | 8/3/2018 | 66 | Gassman, Seth | Of Counsel | TAXI | Taxi - Travel | $27.68 | Taxi - Travel Taxi to home from class cert prep UBER  *TEMP AUTH HELP.UBER.COM   CA Aug 03, 2018 - Seth Gassman |
| 10051.0001 | 8/3/2018 | 66 | Gassman, Seth | Of Counsel | TAXI | Taxi - Travel | $5.00 | Taxi - Travel Taxi tip UBER TRIP 73R72    HELP.UBER.COM   CA Aug 03, 2018 - |
| 10051.0001 | 8/3/2018 | 66 | Gassman, Seth | Of Counsel | TAXI | Taxi - Travel | $5.00 | Taxi - Travel Taxi tip UBER TRIP 2UCTL   HELP.UBER.COM   CA Aug 03, 2018 - |
| 10051.0001 | 8/3/2018 | 125 | Spero, Michaela | Associate | TAXI | Taxi - Travel | $10.14 | Taxi - Travel Travel to SF for class cert hearing UBER TRIP O4WKO  HELP.UBER.COM   CA Aug 03, 2018 - Michaela Spero |
| 10051.0001 | 8/3/2018 | 125 | Spero, Michaela | Associate | TAXI | Taxi - Travel | $37.03 | Taxi - Travel Travel to SF for class cert hearing UBER TRIP 7UWOX  HELP.UBER.COM   CA Aug 03, 2018 - Michaela Spero |
| 10051.0001 | 8/3/2018 | 125 | Spero, Michaela | Associate | TAXI | Taxi - Travel | $7.40 | Taxi - Travel Travel to SF for class cert hearing UBER TRIP NJBJN  HELP.UBER.COM   CA Aug 03, 2018 - Michaela Spero |
| 10051.0001 | 8/4/2018 | 125 | Spero, Michaela | Associate | TAXI | Taxi - Travel | $85.43 | Taxi - Travel Travel to SF for class cert hearing CHECKER AIRPORT TAXI DULLES    VA Aug 04, 2018 - Michaela Spero |
| 10051.0001 | 8/5/2018 | 125 | Spero, Michaela | Associate | TAXI | Taxi - Travel | -$80.00 | Taxi - Travel Travel to SF for the class cert hearing UBER        HELP.UBER.COM   CA Aug 05, 2018 - Michaela Spero |
| 10051.0001 | 8/5/2018 | 125 | Spero, Michaela | Associate | TAXI | Taxi - Travel | $80.00 | Taxi - Travel Travel to SF for the class cert hearing UBER TRIP 7UWOX  HELP.UBER.COM   CA Aug 05, 2018 - Michaela Spero |
| 10051.0001 | 9/14/2018 | 8 | Lebsock, Christopher L. | Partner | PARK | Parking - Travel | $18.00 | Parking - Travel Attend hearing on final approval UC HASTINGS PARKING SAN FRANCISCO   CA Sep 14, 2018 - Christopher Lebsock |
| 10051.0001 | 9/14/2018 | 66 | Gassman, Seth | Of Counsel | PARK | Parking - Travel | $18.00 | Parking - Travel Transpacific Fairness Hearing, parking UC HASTINGS GARAGE Sep 14, 2018 - Seth Gassman |
| 10051.0001 | 9/19/2018 | 8 | Lebsock, Christopher L. | Partner | TAXI | Taxi - Travel | $55.74 | Taxi - Travel Trial Prep Meeting UBER Sep 19, 2018 - Christopher Lebsock |
| 10051.0001 | 9/20/2018 | 8 | Lebsock, Christopher L. | Partner | TAXIL | Taxi - Late after 9pm | $61.82 | Taxi - Late after 9pm Trial Prep Meeting UBER Sep 20, 2018 - Christopher |
| 10051.0001 | 9/24/2018 | 62 | Bojedla, Swathi | Partner | AIR | Airfare | $498.20 | Airfare Airfare to SF ALASKA AIRLINES   WASHINGTON    DC Sep 24, 2018 - |
| 10051.0001 | 9/24/2018 | 62 | Bojedla, Swathi | Partner | AIR | Airfare | $798.20 | Airfare Airfare from SF UNITED AIRLINES   WASHINGTON    DC Sep 24, 2018 - Swathi Bojedla |
| 10051.0001 | 9/24/2018 | 62 | Bojedla, Swathi | Partner | AIR | Airfare | $48.00 | Travel agency fee TRAVEL AGENCY SERVIC WASHINGTON     DC Sep 24, 2018 - Swathi Bojedla |
| 10051.0001 | 9/24/2018 | 62 | Bojedla, Swathi | Partner | AIR | Airfare | $69.00 | Airfare Seat fee UNITED AIRLINES   HOUSTON     TX Sep 24, 2018 - Swathi |
| 10051.0001 | 10/1/2018 | 62 | Bojedla, Swathi | Partner | TAXI | Taxi - Travel | $7.70 | Taxi - Travel Taxi from office to hotel UBER PENDING    HELP.UBER.COM   CA Oct 01, 2018 - Swathi Bojedla |
| 10051.0001 | 10/1/2018 | 62 | Bojedla, Swathi | Partner | TAXI | Taxi - Travel | $50.45 | Taxi - Travel Taxi from home to airport UBER PENDING    HELP.UBER.COM CA Oct 01, 2018 - Swathi Bojedla |
| 10051.0001 | 10/1/2018 | 62 | Bojedla, Swathi | Partner | TAXI | Taxi - Travel | $8.65 | Taxi - Travel Taxi from hotel to office UBER PENDING    HELP.UBER.COM   CA Oct 01, 2018 - Swathi Bojedla |
| 10051.0001 | 10/1/2018 | 62 | Bojedla, Swathi | Partner | TAXI | Taxi - Travel | $65.00 | Taxi - Travel Taxi from airport to hotel BEFEKADU YIMAM   San Francisco   CA Oct 01, 2018 - Swathi Bojedla |
| 10051.0001 | 10/2/2018 | 8 | Lebsock, Christopher L. | Partner | TAXI | Taxi - Travel | $12.90 | Taxi - Travel Attend trial preparation meeting YELLOW      Oakland     CA Oct 02, 2018 - Christopher Lebsock |
| 10051.0001 | 10/2/2018 | 62 | Bojedla, Swathi | Partner | TAXI | Taxi - Travel | $36.64 | Taxi - Travel Taxi from office to airport UBER PENDING    HELP.UBER.COM CA Oct 02, 2018 - Swathi Bojedla |
| 10051.0001 | 10/2/2018 | 62 | Bojedla, Swathi | Partner | TAXI | Taxi - Travel | $8.49 | Taxi - Travel Taxi from hotel to office UBER PENDING    HELP.UBER.COM   CA Oct 02, 2018 - Swathi Bojedla |

**Hausfeld LLP Airfare and Ground Travel**

| Matter | Date | Timekeeper | Name | Title | Code | Description | Amount | Narrative |
|---|---|---|---|---|---|---|---|---|
| 10051.0001 | 10/3/2018 | 62 | Bojedla, Swathi | Partner | TAXI | Taxi - Travel | $59.82 | Taxi - Travel taxi from airport to home UBER PENDING   HELP.UBER.COM   CA Oct 03, 2018 - Swathi Bojedla |
| 10051.0001 | 10/12/2018 | 8 | Lebsock, Christopher L. | Partner | PARK | Parking - Travel | $15.00 | Parking - Travel Trial Prep UC HASTINGS PARKING SAN FRANCISCO   CA Oct 12, 2018 - Christopher Lebsock |
| 10051.0001 | 10/12/2018 | 66 | Gassman, Seth | Of Counsel | PARK | Parking - Travel | $15.00 | Parking - Travel motion in limine hearing UC HASTINGS PARKING SAN FRANCISCO   CA Oct 12, 2018 - Seth Gassman |
| 10051.0001 | 10/25/2018 | 62 | Bojedla, Swathi | Partner | TAXIL | Taxi - Late after 9pm | $8.80 | Taxi - Late after 9pm Taxi home after working late on exhibit list UBER TRIP MNL54   HELP.UBER.COM   CA Oct 25, 2018 - Swathi Bojedla |
| 10051.0001 | 11/13/2018 | 66 | Gassman, Seth | Of Counsel | AIR | Airfare | $1,845.40 | Airfare Transpac Mediation UNITED AIRLINES   WASHINGTON   DC Nov 13, 2018 - Seth Gassman |
| 10051.0001 | 11/13/2018 | 66 | Gassman, Seth | Of Counsel | AIR | Airfare | $48.00 | Airfare Transpac mediation TRAVEL AGENCY SERVIC WASHINGTON   DC Nov 13, 2018 - Seth Gassman |
| 10051.0001 | 11/13/2018 | 66 | Gassman, Seth | Of Counsel | AIR | Airfare | $113.00 | Airfare Transpac mediation UNITED AIRLINES   HOUSTON   TX Nov 13, 2018 - Seth Gassman |
| 10051.0001 | 11/13/2018 | 66 | Gassman, Seth | Of Counsel | AIR | Airfare | $152.00 | Airfare Transpac mediation UNITED AIRLINES   HOUSTON   TX Nov 13, 2018 - Seth Gassman |
| 10051.0001 | 11/15/2018 | 2 | Lehmann, Michael P. | Partner | AIR | Airfare | $2,606.40 | Airfare Travel to DC for Mediation ALASKA AIRLINES   NEW YORK   NY Nov 15, 2018 - Michael Lehmann |
| 10051.0001 | 11/20/2018 | 66 | Gassman, Seth | Of Counsel | AIR | Airfare | $9.99 | Airfare Transpac Mediation UNITED AIRLINES   WASHINGTON   DC Nov 20, 2018 - Seth Gassman |
| 10051.0001 | 11/20/2018 | 66 | Gassman, Seth | Of Counsel | AIR | Airfare | $159.00 | Airfare Transpac Mediation UNITED AIRLINES   HOUSTON   TX Nov 20, 2018 - Seth Gassman |
| 10051.0001 | 11/20/2018 | 66 | Gassman, Seth | Of Counsel | AIR | Airfare | $85.00 | Airfare Transpac Mediation UNITED AIRLINES   HOUSTON   TX Nov 20, 2018 - Seth Gassman |
| 10051.0001 | 11/20/2018 | 66 | Gassman, Seth | Of Counsel | AIR | Airfare | -$152.00 | Airfare Transpac Mediation UNITED AIRLINES   HOUSTON   TX Nov 20, 2018 - Seth Gassman |
| 10051.0001 | 11/20/2018 | 66 | Gassman, Seth | Of Counsel | AIR | Airfare | -$113.00 | Airfare Transpac Mediation UNITED AIRLINES   HOUSTON   TX Nov 20, 2018 - Seth Gassman |
| 10051.0001 | 12/12/2018 | 2 | Lehmann, Michael P. | Partner | TAXI | Taxi - Travel | $10.90 | Taxi - Travel Travel to DC for Mediation VTS DISTRICT CAB VTS WASHINGTON DC   DC Dec 12, 2018 - Michael Lehmann |
| 10051.0001 | 12/12/2018 | 66 | Gassman, Seth | Of Counsel | TAXI | Taxi - Travel | $13.50 | Taxi - Travel Transpac Mediation UBER TRIP SC5PP   HELP.UBER.COM   CA Dec 12, 2018 - Seth Gassman |
| 10051.0001 | 12/12/2018 | 66 | Gassman, Seth | Of Counsel | TAXI | Taxi - Travel | $5.00 | Taxi - Travel Transpac Mediation, Uber tip UBER TRIP SC5PP   HELP.UBER.COM   CA Dec 12, 2018 - Seth Gassman |
| 10051.0001 | 12/12/2018 | 66 | Gassman, Seth | Of Counsel | TAXI | Taxi - Travel | $47.43 | Taxi - Travel Transpac Mediation UBER TRIP MZD3O   HELP.UBER.COM   CA Dec 12, 2018 - Seth Gassman |
| 10051.0001 | 12/12/2018 | 66 | Gassman, Seth | Of Counsel | TAXI | Taxi - Travel | $10.00 | Taxi - Travel Transpac Mediation, Uber tip UBER TRIP MZD3O HELP.UBER.COM   CA Dec 12, 2018 - Seth Gassman |
| 10051.0001 | 12/12/2018 | 66 | Gassman, Seth | Of Counsel | TAXI | Taxi - Travel | $11.55 | Taxi - Travel Transpac Mediation DC VIP CAB   Washington   DC Dec 12, 2018 - Seth Gassman |
| 10051.0001 | 12/13/2018 | 2 | Lehmann, Michael P. | Partner | TAXI | Taxi - Travel | $13.25 | Taxi - Travel Travel to DC for Mediation UVC   Washington   DC Dec 13, 2018 - Michael Lehmann |

**Hausfeld LLP Airfare and Ground Travel**

| Matter | Date | Timekeeper | Name | Title | Code | Description | Amount | Narrative |
|---|---|---|---|---|---|---|---|---|
| 10051.0001 | 12/13/2018 | 2 | Lehmann, Michael P. | Partner | TAXI | Taxi - Travel | $14.33 | Taxi - Travel Travel to DC for Mediation *DC VIP CAB*   Washington   DC Dec 13, 2018 - Michael Lehmann |
| 10051.0001 | 12/13/2018 | 66 | Gassman, Seth | Of Counsel | TAXI | Taxi - Travel | $14.78 | Taxi - Travel Transpac Mediation UBER TRIP   HELP.UBER.COM  CA Dec 13, 2018 - Seth Gassman |
| 10051.0001 | 12/13/2018 | 66 | Gassman, Seth | Of Counsel | TAXI | Taxi - Travel | $8.42 | Taxi - Travel Transpac Mediation UBER TRIP   HELP.UBER.COM  CA Dec 13, 2018 - Seth Gassman |
| 10051.0001 | 12/13/2018 | 66 | Gassman, Seth | Of Counsel | TAXI | Taxi - Travel | $5.00 | Taxi - Travel Transpac Mediation, Uber tip UBER TRIP JL5HK HELP.UBER.COM  CA Dec 13, 2018 - Seth Gassman |
| 10051.0001 | 12/13/2018 | 66 | Gassman, Seth | Of Counsel | TAXI | Taxi - Travel | $16.06 | Taxi - Travel Transpac Mediation DC VIP CAB   WASHINGTON   DC Dec 13, 2018 - Seth Gassman |
| 10051.0001 | 12/14/2018 | 66 | Gassman, Seth | Of Counsel | PARK | Parking - Travel | $100.00 | Parking - Travel Transpac Mediation 60777 - SFO PARKING SAN FRANCISCO CA Dec 14, 2018 - Seth Gassman |
| 10051.0001 | 12/14/2018 | 66 | Gassman, Seth | Of Counsel | TAXI | Taxi - Travel | $44.75 | Taxi - Travel Transpac Mediation UBER TRIP   HELP.UBER.COM  CA Dec 14, 2018 - Seth Gassman |
| 10051.0001 | 12/14/2018 | 66 | Gassman, Seth | Of Counsel | TAXI | Taxi - Travel | $10.00 | Taxi - Travel Transpac Mediation, Uber tip UBER TRIP W5ODV HELP.UBER.COM  CA Dec 14, 2018 - Seth Gassman |
| 10051.0001 | 12/14/2018 | 66 | Gassman, Seth | Of Counsel | TAXI | Taxi - Travel | $13.21 | Taxi - Travel Transpac Mediation UBER TRIP   HELP.UBER.COM  CA Dec 14, 2018 - Seth Gassman |
| 10051.0001 | 12/14/2018 | 66 | Gassman, Seth | Of Counsel | TAXI | Taxi - Travel | $5.00 | Taxi - Travel Transpac Mediation, Uber tip UBER TRIP T24HD HELP.UBER.COM  CA Dec 14, 2018 - Seth Gassman |
| 10051.0001 | 12/14/2018 | 66 | Gassman, Seth | Of Counsel | TAXI | Taxi - Travel | $5.00 | Taxi - Travel Transpac Mediation, Uber tip UBER TRIP CA6QV HELP.UBER.COM  CA Dec 14, 2018 - Seth Gassman |
| 10051.0001 | 12/18/2018 | 66 | Gassman, Seth | Of Counsel | PARK | Parking - Travel | $3.00 | Parking - Travel Transpacific work with expert Mike Stone SFMTA 5TH & MISSION SAN FRANCISCO  CA Dec 18, 2018 - Seth Gassman |
| 10051.0001 | 12/20/2018 | 66 | Gassman, Seth | Of Counsel | TRAIN | Trainfare | $173.00 | Trainfare Train AMTRAK      WASHINGTON   DC Dec 20, 2018 - Seth |
| 10051.0001 | 12/26/2018 | 66 | Gassman, Seth | Of Counsel | TRAIN | Trainfare | -$173.00 | Trainfare Refund AMTRAK     WASHINGTON   DC Dec 26, 2018 - Seth |
| | | | | | | | **$11,746.00** | |