Adam J. Zapala (245748)
azapala@cpmlegal.com
Elizabeth Castillo (280502)
ecastillo@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Michael P. Lehmann (77152)
mlehmann@hausfeldllp.com
Christopher Lebsock (184546)
clebsock@hausfeldllp.com
Seth R. Gassman (311702)
sgassman@hausfeldllp.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Civil Action No. 3:07-CV-05634-CRB<br><br>MDL No: 1913 |
| **This Document Relates to:**<br>**ALL ACTIONS** | **DECLARATION OF JOEL K. BOTZET RE: CLAIMS ADMINISTRATION AND DISTRIBUTION OF NET SETTLEMENT FUND** |

JOEL K. BOTZET declares and states that:

1.     I am a Program Manager for Rust Consulting, Inc. ("Rust Consulting"), the Court-appointed Claims Administrator for the class action Settlement in this case.  My business address is 625 Marquette Avenue, Suite 900, Minneapolis, Minnesota 55402-2469.  My business telephone number is 612-359-2035.  I am authorized to make this declaration on behalf of Rust Consulting.

2.     Rust Consulting has extensive experience in class action matters, having provided settlement administration services in class action lawsuits affecting millions of class members in cases involving employment, consumers, banking and financial services, property, insurance, securities and products liability, among its more than 7,500 projects.

3.     Except as otherwise stated, I am fully familiar with and have personal knowledge of the matters stated in this declaration and am competent to testify about them if called upon to do so.

4.     I submit this Declaration in order to provide the Court and the parties to the above-captioned action with information regarding the processing of Proof of Claim and allocation and distribution of the Net Settlement Fund to the Settlement Classes.

**Claims Processing Activities**

5.      Pursuant to the December 29, 2019, Order Granting Final Approval of the Settlement with All Nippon Airways ("ANA"), the final Proof of Claim form filing deadline was April 1, 2020.

6.      Through April of 2020, Rust received and processed a total of 96,133 Proof of Claim forms from potential Class Members for the class periods described below.  Of the forms received:

        a.      47,609 were from Phase 1 which included:

                i.      Qantas, Cathay Pacific and Thai Airways Settlements with flights between January 1, 2000 and June 15, 2015.  The claims closing date was October 13, 2015; and

                ii.      Japan Airlines (JAL), Air France, Singapore Airlines, Vietnam Airlines and Malaysian Airline Settlements with flights between January 1, 2000 and December 4, 2017. The claims closing date was April 3, 2018.

        b.      28,957 were from Phase 2 which included:

                i.      Air New Zealand (ANZ), EVA Airways, China Airlines, and Philippine Airlines (PAL) Settlements with flights between January 1, 2000 and December 1, 2016. The claims closing date was December 31, 2018.

        c.      19,549 were from Phase 3 which included:

          i.      Settlement Class III flights between January 1, 2000 and December 1, 2016.  The claim closing date was April 1, 2020;

          ii.     JAL and ANA flights to Japan between February 1, 2005 and December 31, 2007 that included a fuel surcharge. The claim closing date was April 1, 2020; and

          iii.    *Satogaeri* fares purchased from JAL and ANA for flights between January 1, 2000 and April 1, 2006.  The claim closing date was April 1, 2020.

    d.    18 untimely claims postmarked after the final Proof of Claim form filing deadline of April 1, 2020 and received after August 1, 2020 were not processed.

7.    The 96,115 timely Proof of Claim forms filed represent 66,650 unique potential Class Members, of which 280 Proof of Claim forms were withdrawn by claimants.

**Deficient Proof of Claim Forms**

8.    On March 7, 2016, Rust mailed a total of 518 "Request for Information" letters for claims submitted for the Phase 1 class periods that were determined to be deficient or ineligible (for example, the Proof of Claim form was incomplete with no ticket purchase information, the Proof of Claim form was not signed, and/or no contract to authorize representation was included with the Proof of Claim form). This letter described to the Claimants the defect(s)

4

with his, her or its Proof of Claim form and what, if anything, was necessary to cure the defect(s).  The Request for Information letters advised claimants that, unless the indicated deficiency was corrected within ninety (90) days, the Proof of Claim form may be denied.

9.      Claimants' responses to the Request for Information letters were scanned to Rust's database and associated with the corresponding Proof of Claim form. The responses were then reviewed and evaluated by Rust's team of processors.   If a Claimant's response corrected the defect(s), the settlement database was updated to reflect the changes in status of the Proof of Claim.  To be equitable to all Class Members that timely responded, responses postmarked after the 90-day deadline were not considered for correcting a deficient Proof of Claim form.   As a result of the deficiency process, 101 of the 47,609 claims submitted in Phase 1 were considered invalid.

10.      On April 28, 2020, Rust mailed 1,369 Request for Information letters for claims submitted for Phases 2 and 3 class periods that were determined to be deficient or ineligible (for example, the Proof of Claim form incomplete with no ticket purchase information, the Proof of Claim form was not signed, and/or no contract to authorize representation was included with the Proof of Claim form). This letter described to the Claimants the defect(s) with his, her or its Proof of Claim form and what, if anything, was necessary to cure the

defect(s). The letters advised claimants that unless the indicated deficiency was corrected within thirty (30) days, the Proof of Claim form may be denied.

11.     Claimants' responses to the Request for Information were scanned to Rust's database and associated with the corresponding Proof of Claim form. The responses were then reviewed and evaluated by Rust's team of processors. If a Claimant's response corrected the defect(s), the settlement database was updated to reflect the changes in status of the Proof of Claim.  To be equitable to all Class Members that timely responded, responses postmarked after the 30-day deadline were not considered for correcting a deficient Proof of Claim form.  As a result of the deficiency process, 196 of the 28,957 claims submitted in Phase 2 and 553 of the 19,549 claims submitted in Phase 3 were considered invalid.

**Audit Process**

12.     All Proof of Claim forms were subject to review and/or audit by the Claims Administrator.

13.     On September 11, 2020, Rust mailed a total of 1,767 Request for More Information letters in the audit process.   1,412 letters were sent to individual claimants, and 284 letters were sent to households with multiple claimants at the same address (comprised of 1,020 individual claimants).

14.     As part of Rust's due diligence in processing claims, Rust conducted a review of questionable claims where multiple claims were submitted from the same address and/or email.   An additional 71 letters were sent to

6

households with more than 35 claimants at the same address (comprising over 6,000 individual claimants) in connection with this review. (For more information, see "Quality Assurance" below.)

15.     Letters were sent to claimants whose claimed ticket counts for individuals or businesses exceeded the following thresholds:

    a.    Individuals: 125 tickets or more, and/or 50 or more tickets for each of the Japan (Fuel Surcharge) and/or Satogaeri Settlement Classes.

    b.    Businesses: 1,000 or more tickets.

16.     Over 500 audit responses were received containing over 1,800 documents.   Responses were received via USPS, email and electronically through secure Managed File Transfer (MFT) system.

17.     In response to the challenges encountered by Class Members due to the COVID pandemic, the October 12, 2020 audit response deadline was extended to November 20, 2020.   The extension allowed Class Members additional time to gather and provide the documentation requested because of office closures, shelter in place orders and delays in receiving mail.

18.     Rust reviewed all responses supplied by the claimants from the "Request for More Information" letters and determined responses to be acceptable support for the number of tickets claimed if any of the following documentation was provided:

a.    Receipts showing ticket purchases;

b.    Cancelled checks;

c.    Credit card statements;

d.    Travel itineraries;

e.    Email confirmation of ticket purchases; and/or

f.    Affidavit or declaration attesting that the number of tickets claimed is accurate.

Non-standard documents in varying formats and layouts (extracts in the form of spreadsheets, PDFs or paper detailing flight information that included airline, invoice number, fare paid, flight ticket number, ticket issue date and/or flight date(s), organization and destination city /airport) required individual review and analysis.

19.    Upon completion of the audit process, it was determined that a total of 2,360 Claims were ineligible, either as a result of a failure to respond to the Request for More Information letters, or because the documentation submitted was inadequate to substantiate the Proof of Claim form submitted in whole or in part.

**Quality Assurance**

20.    An integral part of all of Rust's settlement administration projects is its Quality Assurance review.   Rust's project team and quality assurance personnel worked throughout the administration process to ensure that Proof of Claim forms and supplemental information were processed properly; that

deficiency and ineligibility message codes were properly applied to Proof of Claim Forms; that deficiency notices were mailed to the appropriate Claimants; and that Rust's computer programs were operating properly.

**Final Claim Totals**

21.    On August 24, 2021, "Notice of Final Determination Letters" were mailed to 66,395 individuals and entities that filed claims that were timely and not withdrawn. Attached as Exhibit A is a copy of the Notice of Final Determination for claims not eligible for payment and attached as Exhibit B is a copy of the Notice of Final Determination for claims authorized for payment.

        a.    After mailing Final Determination Letters, the number of unique individuals and entities that filed claims was adjusted from 66,395 to 66,370 for the following reasons:

            i.    Ten (10) Proof of Claim Forms were combined with other Proof of Claim Forms after Rust received documentation establishing their link.

            ii.    Rust received fifteen (15) written requests to withdraw Proof of Claim form submissions.

22.    As of December 16, 2021, after the completion of audits, document reviews, and communications (email, USPS, and telephone) with claimants, approximately 4,602 potential Class Members submitted Proof of Claim that are not eligible due to one or more of the following reasons:

        a.    No ticket information was provided.

b.    No timely response was received for requests for additional information.

c.    The flight(s) were not part of any settlement classes.

23.    As of December 16, 2021, after the completion of audits, document reviews, and communications (email, USPS, and telephone) with claimants, there are approximately 61,768 Class Members authorized for payment totaling 29,929,759 qualifying tickets.

**Pro Rata share of Settlement Funds**

24.    Each of the thirteen Settling Defendant airlines contributed to the total Settlement Fund. The total Settlement Fund available for distribution is $104,388,254.38. The amount of initial distribution is $104,387,133.10 due to rounding to the nearest cent when calculating the *pro rata* share per qualified claim.

25.    There are eleven Settlement Classes that are defined as follows:

a.    JAL Settlement Class – Settlement Group 1

    i.    Includes 1,969,703 tickets claimed for Settlement Defendant airlines for Phase 1 class period.

    ii.    Includes Asia/Oceania originating travel (one-way or round trip) and U.S. originating travel (one-way or roundtrip).

b.    Air France/Singapore Airlines/Vietnam Settlement Class – Settlement Group 2

      i.      Includes 5,117,529 tickets claimed for U.S. originating travel (one-way or roundtrip) for Settlement Defendant and Co-conspirator airlines for Phase 1 class period.

   c.   Malaysian Air Settlement Class – Settlement Group 3

      i.      Includes 5,117,529 tickets claimed for U.S. originating travel (one-way or roundtrip) for Settlement Defendant and Co-conspirator airlines for Phase 1 class period.

   d.   Thai Airways Settlement Class – Settlement Group 4

      i.      Includes 1,275,187 tickets claimed for Settlement Defendant airlines and tickets claimed for Korean Air Lines, Ltd. and/or Asiana Airlines, Inc. between the U.S. and the Republic of Korea for Phase 1 class period.

      ii.     Includes U.S. originating travel (one-way or roundtrip) and travel between U.S. and Republic of Korea.

   e.   Cathay Pacific Airways/Qantas Settlement Class – Settlement Group 5

      i.      Includes 1,139,347 tickets claimed for U.S. originating travel (one-way or roundtrip) for Settlement Defendant airlines for Phase 1 class period.

   f.   ANZ Settlement Class – Settlement Group 6

      i.      Includes 5,875,811 tickets claimed for U.S. originating travel (one-way or roundtrip) for Settlement Defendant and Co-conspirator airlines for Phase 1 and Phase 2 class period.

   g.   EVA/China Airlines Settlement Class – Settlement Group 7

i.    Includes 1,384,299 tickets claimed for U.S. originating travel (one-way or roundtrip) for Settlement Defendant airlines for Phase 1 and Phase 2 class period.

h.    PAL Settlement Class – Settlement Group 8

i.    Includes 5,875,811 tickets claimed for U.S. originating travel (one-way or roundtrip) for Settlement Defendant airlines for Phase 1 and Phase 2 class period.

i.    Settlement Class III – Settlement Group 9

i.    Includes 2,116,920 tickets claimed for U.S. originating travel (one-way or roundtrip) for Settlement Defendant airlines for Phase 1, Phase 2 and Phase 3 class period.

j.    Japan Fuel Surcharge Settlement Class– Settlement Group 10

i.    Includes 38,812 tickets claimed for U.S. originating travel (one-way or roundtrip) in Phase 3 class period for JAL or ANA that include a fuel surcharge.

k.    *Satogaeri* Settlement Class – Settlement Group 11

i.    Includes 19,611 tickets claimed for U.S. originating travel (one-way or roundtrip) in Phase 3 class period for Japan Airlines International Company, Ltd. or All Nippon Airways Company, Limited (ANA) that were *Satogaeri* fares.

26.    To calculate a claimant's *pro rata* share of the settlement funds for each of the eleven Settlement Classes, the tickets claimed on eligible Proof of Claim forms are included in each of the Settlement Classes according to the terms of Settlement for each Defendant. The settlement funds available are divided equally among the tickets included in each of the Settlement Classes. A

summary of the total tickets included and the funds available for distribution by Settlement Class is attached as Exhibit C.

27.     The total purchases by all eligible claimants for each Settlement Class and the statistical analysis of the resulting pro rata calculation is attached as Exhibit D.

**Distribution Plan for the Net Settlement Fund**

28.     Upon approval by the Court, Rust will prepare and mail checks (or wire transfers where applicable) to qualified claimants for their *pro rata* share of the Settlement Fund.

29.     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of December, 2021 in Minneapolis, Minnesota.


_____
Joel K. Botzet

13

# Exhibit A

Transpacific Air Transportation Settlement
c/o Rust Consulting, Inc.
P.O. Box 2209
Faribault, MN 55021-1609
USA

# IMPORTANT LEGAL MATERIALS

<<TPFCode>>

UAA <<SequenceNo>>

*CLMNT  IDNO*

<<Name1>>
<<Name2>>
<<Name3>>
<<Name4>>
<<Address1>>
<<Address2>>
<<City>> <<State>> <<Zip10>>
<<CountryName>>

<<DATE>>

NOTICE OF CLAIM FINAL DETERMINATION for Class Member ID <<HHID>>

Dear Claimant

We have received and processed the Claim Form(s) that you filed in the Transpacific Airline Settlement along with any supporting documentation you may have provided at our request.  Upon reviewing the claim and purchase information provided we have determined that the claim(s) you submitted are not eligible due to one or more of the reasons below:

- No ticket information was provided.
- No timely response was received for requests for additional information.
- The flight(s) were not part of any of the settlement classes.

If you have any questions, please call us toll-free at 1-800-439-1781 or send an email to: info@airlinesettlement.com.

Sincerely,

Settlement Administrator

# Exhibit B

Transpacific Air Transportation Settlement
c/o Rust Consulting, Inc.
P.O. Box 2209
Faribault, MN 55021-1609
USA

## IMPORTANT LEGAL MATERIALS

<<TPFCode>>

|||||||||||||||||||||||||||||||| UAA <<SequenceNo>>
* C L M N T   I D N O *

<<Name1>>
<<Name2>>
<<Name3>>
<<Name4>>
<<Address1>>
<<Address2>>
<<City>> <<State>> <<Zip10>>
<<CountryName>>

<<DATE>>

NOTICE OF CLAIM FINAL DETERMINATION for Class Member ID <<HHID>>

Dear Claimant

We have received and processed the Claim Form(s) that you filed in the Transpacific Airline Settlement along with any supporting documentation you may have provided at our request.  Upon reviewing the claim and purchase information provided below are the ticket counts that qualify for each of the settlement classes:

| Settlement Class | Qualified Ticket Count |
| --- | --- |
| JAL Settlement Class: | <<TTL_SG1>> |
| Air France/Singapore Airlines/Vietnam Airlines Settlement Class: | <<TTL_SG2>> |
| Thai Airways Settlement Class: | <<TTL_SG3>> |
| Malaysian Air Settlement Class: | <<TTL_SG4>> |
| Cathay Pacific Airways/Qantas Settlement Class: | <<TTL_SG5>> |
| ANZ Settlement Class: | <<TTL_SG6>> |
| EVA/China Airlines Settlement Class: | <<TTL_SG7>> |
| PAL Settlement Class: | <<TTL_SG8>> |
| Settlement Class III: (passenger air transportation originating in the U.S. that included at least one segment to Asia/Oceania from a Defendant between January 1, 2000 and December 1, 2016) | <<TTL_SG9>> |
| Japan Settlement Class (Fuel Surcharge): | <<TTL_SG10>> |
| *Satogaeri* Settlement Class: | <<TTLSG11>> |

This letter is for informational purposes only and you do not need to do anything in response.  The ticket totals are the basis for calculating the settlement benefits for which you are entitled.

More information including the Settlement Class definitions is located on the website www.airlinesettlement.com.

Sincerely,

Settlement Administrator

# Exhibit C

## Transpacific Air Settlement Distribution and Calculation Summary

| | Settlement Group | Settlement Class | Total Settlement Fund available for distribution | Amount of Initial Distribution[1] | Count of tickets | Per Ticket Estimate |
|---|---|---|---|---|---|---|
| Settlement Classes | 1 | JAL Settlement Class | 7,081,875.03 | 7,081,787.12 | 1,969,703 | 3.5954 |
| | 2 | Air France/Singapore Airlines/Vietnam Airlines Settlement Class | 7,649,841.41 | 7,649,795.56 | 5,117,529 | 1.4948 |
| | 3 | Malaysian Air Settlement Class | 672,778.13 | 672,746.96 | 5,117,529 | 0.1315 |
| | 4 | Thai Airways Settlement Class | 6,869,418.78 | 6,869,408.89 | 1,275,187 | 5.3870 |
| | 5 | Cathay Pacific Airways/Qantas Settlement Class | 5,700,909.40 | 5,700,894.69 | 1,139,347 | 5.0037 |
| | 6 | ANZ Settlement Class | 283,275.00 | 282,989.58 | 5,875,811 | 0.0482 |
| | 7 | EVA/China Airlines Settlement Class | 28,681,593.89 | 28,681,385.89 | 1,384,299 | 20.7191 |
| | 8 | PAL Settlement Class | 6,373,687.53 | 6,373,649.92 | 5,875,811 | 1.0847 |
| | 9 | Settlement Class III (ANA) | 5,311,406.28 | 5,311,022.27 | 2,116,120 | 2.5098 |
| | 10 | Japan Settlement Class Fuel Surcharge | 27,931,448.05 | 27,931,446.13 | 38,812 | 719.6601 |
| | 11 | Satogaeri Settlement Class | 7,832,020.88 | 7,832,006.12 | 19,611 | 399.3680 |
| | | | $  104,388,254.38 | $  104,387,133.13 | 29,929,759 | |

[1] The total amount of initial distribution is less than the amount of settlement funds available for distribution due to rounding to the nearest cent when calculating the pro rata share per qualified claim.

# Exhibit D

**Transpacific –Calculation Statistics**

- 96,133 claims were submitted in the three settlement phases for 66,650 unique claimants.
  - 61,768 valid claims
  - 4,602 invalid claims
  - 280 withdrawn claims
- Highest payment amount is $4,583,696.00
  - 18 payments greater than $1M
- Lowest payment amount is $1.12
  - 16,032 payments less than or equal to $10
- Average payment amount is $1,689.99
- Median payment amount is $43.53
- 99% of payments (61,268) are less than or equal to $15,000
  - Average amount for these payments is $378.64
  - 53% of these payments (32,953) are less than or equal to $50.
- 1% of payments (500) are greater than $15,000
  - Average amount for these payments is $162,376.81

**Stratification by Payment Amount**

| Payment Amount Range | | | | Number of Claims | Amount of Payments | Number of Claims Percentage | Amount of Payment Percentage |
|---|---|---|---|---|---|---|---|
| $ | 1.12 | to | $ 1,000.00 | 57,067 | 5,782,443.76 | 92.389% | 5.539% |
| $ | 1,000.01 | to | $ 5,000.00 | 3,032 | 7,180,315.66 | 4.909% | 6.879% |
| $ | 5,000.01 | to | $ 10,000.00 | 772 | 5,503,031.74 | 1.250% | 5.272% |
| $ | 10,000.01 | to | $ 15,000.00 | 397 | 4,732,934.77 | 0.643% | 4.534% |
| $ | 15,000.01 | to | $ 25,000.00 | 202 | 3,866,778.69 | 0.327% | 3.704% |
| $ | 25,000.01 | to | $ 50,000.00 | 98 | 3,359,421.04 | 0.159% | 3.218% |
| $ | 50,000.01 | to | $ 100,000.00 | 64 | 4,617,080.04 | 0.104% | 4.423% |
| $ | 100,000.01 | to | $ 500,000.00 | 107 | 22,295,378.23 | 0.173% | 21.358% |
| $ | 500,000.01 | to | $ 1,000,000.00 | 11 | 7,130,084.91 | 0.018% | 6.830% |
| $ 1,000,000.01 | | to | $ 5,000,000.00 | 18 | 39,919,664.29 | 0.029% | 38.242% |
| Total Valid Claims | | | | 61,768 | 104,387,133.13 | 100.000% | 100.000% |

# Transpacific –Calculation Statistics

**Claim Distribution by Settlement Group**

| | | Settlement Class | # of Valid Claims with tickets for Settlement Class | % of Valid Claims with tickets for Settlement Class |
|---|---|---|---|---|
| Settlement Classes | 1 | JAL Settlement Class | 23,554 | 38% |
| | 2 | Air France/Singapore Airlines/Vietnam Airlines Settlement Class | 35,938 | 58% |
| | 3 | Malaysian Air Settlement Class | 35,938 | 58% |
| | 4 | Thai Airways Settlement Class | 21,199 | 34% |
| | 5 | Cathay Pacific Airways/Qantas Settlement Class | 20,477 | 33% |
| | 6 | ANZ Settlement Class | 51,872 | 84% |
| | 7 | EVA/China Airlines Settlement Class | 30,228 | 49% |
| | 8 | PAL Settlement Class | 51,872 | 84% |
| | 9 | Settlement Class III (ANA) | 39,518 | 64% |
| | 10 | Japan Settlement Class Fuel Surcharge | 3,386 | 5% |
| | 11 | Satogaeri Settlement Class | 2,541 | 4% |
| | | Total Valid Claims | 61,768 | |