| | |
|---|---|
| Adam J. Zapala (245748) | Michael P. Lehmann (77152) |
| Elizabeth T. Castillo (280502) | Christopher L. Lebsock (184546) |
| **COTCHETT, PITRE & McCARTHY, LLP** | Seth R. Gassman (311702) |
| 840 Malcolm Road | **HAUSFELD LLP** |
| Burlingame, CA 94010 | 600 Montgomery Street, Suite 3200 |
| Phone: (650) 697-6000 | San Francisco, CA 94111 |
| Fax: (650) 697-0577 | Phone: (415) 633-1908 |
| azapala@cpmlegal.com | Fax: (415) 358-4980 |
| ecastillo@cpmlegal.com | mlehmann@hausfeld.com |
| | clebsock@hausfeld.com |
| | sgassman@hausfeld.com |

*Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | Civil Case No. 3:07-cv-05634-CRB <br><br> MDL No. 1913 |
| **This Document Relates To:** <br><br> **ALL ACTIONS** | **PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND DEADLINE TO DISTRIBUTE NET SETTLEMENT FUNDS** |

---

**Plaintiffs' Administrative Motion to Extend Deadline to Distribute Net Settlement Funds; MDL No. 1913; Case No. 3:07-cv-05634 CRB**

## I. INTRODUCTION

Pursuant to Rules 7-11 of the Local Rules of Practice in Civil Proceedings before the United States District Court of the Northern District of California, Plaintiffs hereby submit the following motion for administrative relief, requesting that the Court extend the deadline for distribution of the net settlement funds from February 24, 2022 to March 17, 2022.

## II. DISCUSSION

On February 3, 2022, the Court entered an order granting Plaintiffs' motion to distribute the net settlement funds and overruling Financial Recovery Services' objection thereto (ECF No. 1327) ("Order"). The Order provided, in relevant part, "Pursuant to this district's Procedural Guidance on Class Action Settlements, within 21 days of this order, class counsel will submit a Post-Distribution Accounting detailing the status of distribution." Order at 3. The Order therefore requires distribution of the net settlement funds on or by February 24, 2022.

Although Lead Counsel for Plaintiffs believe any appeals from the Order would be meritless, legally the appeal period is 30 days, or until March 7, 2022. Fed. R. App. P. 4(1)(A); 28 U.S.C. § 1291; *see also* 4 Newberg on Class Actions § 13:36 (5th ed.) ("Class members whose objections are rejected by the district court may seek to appeal that rejection. The district court's order denying objections is typically a final judgment approving the settlement. As such, it is an appealable order.").

Lead Counsel and the claims administrator, Rust Consulting, Inc. ("Rust"), are prepared to distribute the net settlement funds by February 24, 2022 per the Court's Order but, given that there may be a right to appeal until March 7, 2022 (*i.e.*, the first business day after the appeal period), Lead Counsel believes that it would be more appropriate to distribute the net settlement funds after the appeal deadline has passed.

Lead Counsel therefore proposes that distribution occur on or before March 17, 2022. This will provide Rust and the print vendor 10 days from the end of the appeal period to print and mail checks to class members eligible for payment from the net settlement funds. Lead Counsel also proposes submitting a Post-Distribution Accounting detailing the status of distribution 21 days later, or on or before April 7, 2022.

### III. CONCLUSION

For the foregoing reasons, Plaintiffs request the Court extend the deadline for distribution of the net settlement funds from February 24, 2022 to March 17, 2022

Dated: February 14, 2022

Respectfully submitted,

*/s/ Adam J. Zapala*
Adam J. Zapala (245748)
Elizabeth T. Castillo (280502)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com

*/s/ Christopher L. Lebsock*
Michael P. Lehmann (77152)
Christopher L. Lebsock (184546)
Seth R. Gassman (311702)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Phone: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
sgassman@hausfeld.com

*Co-Lead Counsel for Plaintiffs*

**Plaintiffs' Administrative Motion to Extend Deadline to Distribute Net Settlement Funds;**
**MDL No. 1913; Case No. 3:07-cv-05634 CRB**

2