Adam J. Zapala (245748)
azapala@cpmlegal.com
Elizabeth Castillo (280502)
ecastillo@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Michael P. Lehmann (77152)
mlehmann@hausfeldllp.com
Christopher Lebsock (184546)
clebsock@hausfeldllp.com
Seth R. Gassman (311702)
sgassman@hausfeldllp.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980

*Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Civil Action No. 3:07-CV-05634-CRB<br><br>MDL No: 1913 |
| **This Document Relates to:**<br>**ALL ACTIONS** | **DECLARATION OF JOEL K. BOTZET RE: POST-DISTRIBUTION ACCOUNTING** |

JOEL K. BOTZET declares and states that:

1. I am a Program Manager for Rust Consulting, Inc. ("Rust Consulting"), the Court-appointed Claims Administrator for the class action Settlement in this case. My business address is 625 Marquette Avenue, Suite 900, Minneapolis, Minnesota 55402-2469. My business telephone number is 612-359-2035. I am authorized to make this declaration on behalf of Rust Consulting.

2. Rust Consulting has extensive experience in class action matters, having provided settlement administration services in class action lawsuits affecting millions of class members in cases involving employment, consumers, banking and financial services, property, insurance, securities, and products liability, among its more than 8,000 projects.

3. Except as otherwise stated, I am fully familiar with and have personal knowledge of the matters stated in this declaration and am competent to testify about them if called upon to do so.

4. I submit this declaration to provide the Court and the parties to the above-captioned action with information regarding the Post-Distribution Accounting.

**Notice Sent**

5. On June 25, 2018, Rust caused Postcard Notice of the ANZ, EVA, China Airlines, and PAL Settlements to be sent via the United States Postal Service ("USPS") to 45,406 potential Class Members who submitted a claim in a previous settlement. 44,782 of these notices were not returned as undeliverable.

6. On July 8, 2019, Rust caused notice of the All Nippon Airways ("ANA") Settlement to be sent:

   a. Via email to 47,328 potential Class Members who either submitted a claim in a previous settlement or who registered during the certification

2

program for the litigation with ANA. 42,412 of the email notices were sent to valid email addresses that did not fail or bounce back as undeliverable.

b. Via USPS to 7,834 potential Class Members who submitted a claim in a previous settlement and for whom no email contact information was available. 7,259 of the mailed notices were not returned as undeliverable.

7. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of April, 2022 in Minneapolis, Minnesota.

_____
Joel K. Botzet