Michael F. Chekian, Esq. SBN 165026
Chekian Law Office, Inc.
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
(310) 390-5529-Voice
(310) 451-0739-Facsimile
mike@cheklaw.com-Email

Claimant In Pro Se (Michael Chekian)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>Transpacific Passenger Air Transportation<br><br>Antitrust Litigation | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No.:  3:07-CV-05634-CRB**<br><br>**NOTICE OF MOTION AND MOTION TO ALLOW CLAIM OF MICHAEL CHEKIAN; DECLARATION OF MICHAEL CHEKIAN**<br><br>**Hearing:**<br>**Date:   May 20, 2022**<br>**Time:  10:00 a.m.**<br>**Place:  Ctrm. 6, 17th Floor, 450 Golden Gate Avenue, San Francisco, California** |

**TO:  HON.  CHARLES L. BREYER AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** on May 20, 2022, or as soon thereafter as the matter may be heard, claimant Michael Chekian ("Chekian") will move this Court for an order allowing his claim ("Claim") filed in this action on or about July 8, 2019 as evidenced in the within Exhibit A to the Chekian declaration ("Motion").

**PLEASE TAKE FURTHER NOTICE THAT** Civil Local Rule 7-3(a) requires that any opposition to this Motion be filed not less than 14 days from the service of this Motion

Dated:  April 8, 2022

/s/ Michael F. Chekian_____
Michael F. Chekian
In Pro Se Claimant

1

**MOTION TO ALLOW CLAIM**

As below set forth, claimant Michael Chekian ("Chekian") hereby moves this Court for an order allowing his claim ("Claim") filed in this action on or about July 8, 2019 as evidenced in the within Exhibit A to the Chekian declaration ("Motion").

## I.      STATEMENT OF FACTS

Chekian is a claimant in the class action lawsuit of Transpacific Passenger Air Transportation Antitrust ("Plaintiff") lawsuit, filed in this Court ("Case").

A true and correct copy evidencing the online claim Chekian filed on July 8, 2019 in this Case with the settlement administrator ("Administrator") is attached hereto as Exhibit A to the within Chekian declaration ("Claim").  The Claim number is Y5GQC76S.  The address listed on the Claim is 445 South Figueroa Street, 31st Floor, Los Angeles, California  90071.

Chekian never received an audit from the Administrator or any other party regarding the Claim.  Chekian never received any communications from the Administrator or any other party regarding the Claim until after the below described March 2022 inquiry.

In or around the third week of March 2022, a friend informed Chekian that the friendreceived a settlement check from a claim he made in the Case.  This was the first time Chekian received any notice regarding the claims status in this case.  In response, Chekian reviewed documents on the Administrator's website and saw that the Adminstrator states it paid all allowed claims in March 2022.  Since Chekian did not receive a payout on his Claim, he called the telephone number listed on the airlinesettlement.com website, (800) 429-1781.  In March 2022, Chekian called this number several times during regular business hours in and could not get through to a live person and there was no option to leave a voice mail.  On March 24, 2022, Chekian sent an email to the Administrator inquiring about the status of his Claim and copied the Plaintiff's attorneys in this Case on the email.  A true and correct copy of the email is attached hereto as Exhibit B to the within Chekian declaration.

On March 31, 2022, the Administrator sent Chekian a responsive email to my inquiry, referring to a Phase 1 online email claim form Chekian allegedly submitted on March 15, 2015.

The email states that an audit letter was sent an address on Olympic Boulevard in Los Angeles to Chekian and that Chekian did not respond.  A true and correct copy of the Administrator's email (including another email Chekian sent to Plaintiff's attorneys is attached collectively as Exhibit C to the within Chekian declaration.

Chekian has no record of submitting any Phase 1 claim in or around 2015 in this case or of any response by the Administrator to this alleged Phase 1 claim.

In response to the Administrator's March 31, 2022 Exhibit C email, Chekian sent an email to the Administrator asking for additional detail, information and documents regarding the alleged Phase 1 claim in 2015, the Claim Chekian made in 2019 and the Administrator's response to them. To date, Chekian received no response from the Administrator.  A true and correct copy of the email is attached as Exhibit D to the within Chekian declaration.

A copy of the proposed order allowing the Claim and granting this Motion is attached as Exhibit E to the Chekian declaration.

## II.   POINTS AND AUTHORITIES

FRCP Rule 23(c)(2)(B) states that,
"(B) For (b)(3) Classes. For any class certified under Rule 23(b)(3)—or upon ordering notice under Rule 23(e)(1) to a class proposed to be certified for purposes of settlement under Rule 23(b)(3)—the court must direct to class members the best notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort. The notice may be by one or more of the following: United States mail, electronic means, or other appropriate means.The notice must clearly and concisely state in plain, easily understood language:

(i) the nature of the action;

(ii) the definition of the class certified;

(iii) the class claims, issues, or defenses;

(iv) that a class member may enter an appearance through an attorney if the member so desires;

(v) that the court will exclude from the class any member who requests exclusion;

(vi) the time and manner for requesting exclusion; and

(vii) the binding effect of a class judgment on members under Rule 23(c)(3).

Here, Chekian received no notice of the alleged 2016 audit and there was no response to his 2019 Claim.  Administrator has been slow to respond to inquiries from Chekian and despite demand therefore, Administrator has provided no documentation and incomplete explanations as to why the Chekian Claim should be denied.

### III.    CONCLUSION

Therefore, based on the foregoing arguments and authorities, it is respectfully requested that the Claim be allowed and that the Exhibit E proposed order be entered and granted by the Court.

Dated:  April 8, 2022                                    /s/ Michael F. Chekian_____
                                                               Michael F. Chekian
                                                               In Pro Se Claimant

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF MICHAEL CHEKIAN IN**

**SUPPORT OF MOTION TO ALLOW CLAIM**

I, Michael Chekian, am representing myself In Pro Se in this litigation.  I am also an attorney duly licensed to practice law in all of the courts of the state of California and all California federal district courts, including the federal district of the Northern District of California.  I do hereby declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge, and if called upon as a witness, I could and would personally testify under oath in a court of law to the truthfulness of each of the below facts.

1. I am a claimant in the Transpacific Passenger Air Transportation Antitrust ("Plaintiff") lawsuit, filed in this Court as case number 3:07-CV-05634-CRB ("Case").

2.   A true and correct copy evidencing the online claim I filed on July 8, 2019 in this Case with the settlement administrator ("Administrator") is attached hereto as Exhibit A ("Claim").  The Claim number is Y5GQC76S.  The address listed on the Claim for me is 445 South Figueroa Street, 31st Floor, Los Angeles, California  90071.

3.   I never received an audit from the Administrator or any other party regarding the Claim.  I never received any communications from the Administrator or any other party regarding the Claim until after my below described March 2022 inquiry.

4.   In or around the third week of March 2022, a friend informed me that he received a settlement check from a claim he made in the Case.  This was the first time I received any notice regarding

Declaration - 1

1  the claims status in this case.  In response, I reviewed documents on
2  the Administrator's website and saw that the Adminstrator states it
3  paid all allowed claims in March 2022.  Since I did not receive a
4  payout on my Claim, I called the telephone number listed on the
5  airlinesettlement.com website, (800) 429-1781.  In March 2022, I
6  called this number several times during regular business hours in and
7  could not get through to a live person and there was no option to
8  leave a voice mail.  On March 24, 2022, I sent an email to the
9  Administrator inquiring about the status of my Claim and I copied the
10 plaintiff's attorneys in this Case on the email.  A true and correct
11 copy of the email is attached hereto as Exhibit B.

12      5.   On March 31, 2022, the Administrator sent me a responsive
13 email to my inquiry, referring to a Phase 1 online email claim form I
14 submitted on March 15, 2015. The email states that an audit letter was
15 sent an address on Olympic Boulevard in Los Angeles to me and that I
16 did not respond.  A true and correct copy of the Administrator's email
17 (including another email I sent to Plaintiff's attorneys) is attached
18 hereto collectively as Exhibit C.

19      6.   I have no record of submitting any Phase 1 claim in or
20 around 2015 in this case or of any response by the Administrator to
21 this alleged Phase 1 claim.

22      7.   In response to the Administrator's March 31, 2022 email, I
23 sent an email to the Administrator asking for additional detail,
24 information and documents regarding the alleged Phase 1 claim in 2015,
25 the Claim I made in 2019 and the Administrator's response to them. To
26 date, I received no response from the Administrator.  A true and
27 correct copy of my email is attached hereto as Exhibit D.

28

Declaration - 2

8.   A true and correct copy of the proposed order allowing the Claim is attached hereto as Exhibit E.

I do hereby declare under the penalty of perjury and pursuant to the laws of the United States of America that the foregoing is true and correct and that this declaration is executed this 8th day of April, 2022, at Bangkok, Thailand.

                              _/s/ Michael Chekian_____
                              Michael Chekian

**ONLINE CLAIM FORM CONFIRMATION**

|  |  |
|---|---|
| Claim Reference Number: | Y5GQC76S |
| Your purchases were for business purposes: | NO |
| First and Last Name: | MICHAEL CHEKIAN |
| Business Name: |  |
| Business Contact Name: |  |
| Country: | US |
| Address 1: | 445 SOUTH FIGUEROA STREET |
| Address 2: | 31ST FLOOR |
| City, State, Postal Code: | LOS ANGELES    CA    90071 |
| Telephone Number: | 310-390-5529 |
| Email Address: | MIKE@CHEKLAW.COM |

| Airline that sold you ticket for travel | Number of Tickets that were Purchased for One-Way or Roundtrip Travel Originating in the United States | Number of Tickets Identifed in column 2 that you Purchased between February 1, 2005 and December 31, 2007 and paid a Fuel Surcharge | Number of Tickets Identifed in column 2 that you Purchased between January 1, 2000 and April 1, 2006 for an eligible Satogaeri Fare |
|---|---|---|---|
| ALL NIPPON AIRWAYS ("ANA") | 256 | 32 | 58 |

1/1

**Michael Chekian Esq.**

| | |
|---|---|
| **From:** | Michael Chekian Esq. |
| **Sent:** | Thursday, March 24, 2022 3:57 PM |
| **To:** | info@airlinesettlement.com |
| **Cc:** | ecastillo@cpmlegal.com; sgassman@hausfeldllp.com |
| **Subject:** | Transpacific Passenger Air Settlement-Inquiry Claim No. Y5GQC76S |
| **Attachments:** | ana class action claim form - 2021-06-26T233224.809690Z.pdf |

Dear Settlement Administrator,

I am writing regarding my attached claim submitted in July 2019 (claim Y5GQC76S) in the Transpacific Air class action suit.

I understand settlement checks were mailed on March 17, 2022.

To date, I received no correspondence or payment regarding my claim.

Can you please give me status on my claim and email me with any correspondence regarding it?

Please let me know and thanks in advance,

Michael Chekian, Esq.*

cc:  File and class plaintiff attorneys Elizabeth Castillo and Seth Gassman

Enc.

**Chekian Law Office**
445 South Figueroa Street, 31st Floor
Los Angeles, CA  90071
Voice (310) 390-5529
Email mike@cheklaw.com
Facsimile (310) 451-0739

*Certified Bankruptcy Specialist, State Bar of California,
Board of Legal Specialization*



**EXHIBIT B**

## ONLINE CLAIM FORM CONFIRMATION

|  |  |
|---:|:---|
| Claim Reference Number: | Y5GQC76S |
| Your purchases were for business purposes: | NO |
| First and Last Name: | MICHAEL CHEKIAN |
| Business Name: |  |
| Business Contact Name: |  |
| Country: | US |
| Address 1: | 445 SOUTH FIGUEROA STREET |
| Address 2: | 31ST FLOOR |
| City, State, Postal Code: | LOS ANGELES    CA    90071 |
| Telephone Number: | 310-390-5529 |
| Email Address: | MIKE@CHEKLAW.COM |

| Airline that sold you ticket for travel | Number of Tickets that were Purchased for One-Way or Roundtrip Travel Originating in the United States | Number of Tickets Identifed in column 2 that you Purchased between February 1, 2005 and December 31, 2007 and paid a Fuel Surcharge | Number of Tickets Identifed in column 2 that you Purchased between January 1, 2000 and April 1, 2006 for an eligible Satogaeri Fare |
|---|---|---|---|
| ALL NIPPON AIR WAYS ("ANA") | 256 | 32 | 58 |

**2**                                    EXHIBIT B

**Michael Chekian Esq.**

| | |
|---|---|
| **From:** | airlinesettlement <info@airlinesettlement.com> |
| **Sent:** | Thursday, March 31, 2022 1:47 PM |
| **To:** | Michael Chekian Esq.; airlinesettlement |
| **Subject:** | RE: Transpacific Passenger Air Settlement-Inquiry Claim No. Y5GQC76S |

| | |
|---|---|
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

Thank you for your inquiry.

We have confirmed that an audit letter was sent via USPS first class mail to 11400 W OLYMPIC BLVD STE 200, LOS ANGELES CA which is the address provided with the Phase 1 on-line claim form submitted by Mr. Chekian on March 15, 2015.

The audit letter was not returned as undeliverable.  There is no record that Mr. Chekian called the TFN and no email was received from him prior to his inquiry on March 24, 2022.

Sincerely,

Settlement Administrator
Transpacific Air Settlement
PO Box 2209
Faribault, MN 55021-1609
info@airlinesettlement.com


**From:** Michael Chekian Esq. [mailto:mike@cheklaw.com]
**Sent:** Tuesday, March 29, 2022 5:00 PM
**To:** Elizabeth Castillo <ecastillo@cpmlegal.com>; airlinesettlement <info@airlinesettlement.com>
**Cc:** sgassman@hausfeldllp.com
**Subject:** Transpacific Passenger Air Settlement-Inquiry Claim No. Y5GQC76S


**This Message Is From an External Sender**
This message came from outside your organization.

Liz,

No response from the admin. staff regarding my below email inquiry and cannot get through on their phone number.

Do you have time for a quick phone call this afternoon regarding my claim?

Thanks,

Michael Chekian, Esq.*

cc:  File, S. Gassman

**Chekian Law Office**

**EXHIBIT C**

445 South Figueroa Street, 31st Floor
Los Angeles, CA  90071
Voice (310) 390-5529
Email mike@cheklaw.com
Facsimile (310) 451-0739

*Certified Bankruptcy Specialist, State Bar of California,
Board of Legal Specialization*



---

**From:** Michael Chekian Esq. <mike@cheklaw.com>
**Sent:** Thursday, March 24, 2022 5:11 PM
**To:** Elizabeth Castillo <ecastillo@cpmlegal.com>; info@airlinesettlement.com
**Cc:** sgassman@hausfeldllp.com
**Subject:** Transpacific Passenger Air Settlement-Inquiry Claim No. Y5GQC76S

Liz,

Thanks for your response.  I reviewed the attorney declarations stating larger claims like mine were audited requesting back up proof (which I have), but I received nothing.  I maintain meticulous digital and physical files regarding all matters.

Thanks,

Michael Chekian, Esq.*

cc: File, S. Gassman

**Chekian Law Office**
445 South Figueroa Street, 31st Floor
Los Angeles, CA  90071
Voice (310) 390-5529
Email mike@cheklaw.com
Facsimile (310) 451-0739

*Certified Bankruptcy Specialist, State Bar of California,
Board of Legal Specialization*



---

**From:** Elizabeth Castillo <ecastillo@cpmlegal.com>
**Sent:** Thursday, March 24, 2022 4:55 PM

EXHIBIT C

**To:** Michael Chekian Esq. <mike@cheklaw.com>; info@airlinesettlement.com
**Cc:** sgassman@hausfeldllp.com
**Subject:** RE: Transpacific Passenger Air Settlement-Inquiry Claim No. Y5GQC76S

Hi Michael,

You should receive a response from Rust between 24 to 48 hours depending on email volume.

Liz

**From:** Michael Chekian Esq. <mike@cheklaw.com>
**Sent:** Thursday, March 24, 2022 3:57 PM
**To:** info@airlinesettlement.com
**Cc:** Elizabeth Castillo <ecastillo@cpmlegal.com>; sgassman@hausfeldllp.com
**Subject:** Transpacific Passenger Air Settlement-Inquiry Claim No. Y5GQC76S

You don't often get email from mike@cheklaw.com. Learn why this is important [aka.ms]

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Settlement Administrator,

I am writing regarding my attached claim submitted in July 2019 (claim Y5GQC76S) in the Transpacific Air class action suit.

I understand settlement checks were mailed on March 17, 2022.

To date, I received no correspondence or payment regarding my claim.

Can you please give me status on my claim and email me with any correspondence regarding it?

Please let me know and thanks in advance,

Michael Chekian, Esq.*

cc:  File and class plaintiff attorneys Elizabeth Castillo and Seth Gassman

Enc.

**Chekian Law Office**
445 South Figueroa Street, 31st Floor
Los Angeles, CA  90071
Voice (310) 390-5529
Email mike@cheklaw.com
Facsimile (310) 451-0739

 *Certified Bankruptcy Specialist, State Bar of California,
 Board of Legal Specialization

EXHIBIT C



This message (including any attachments) may contain confidential or otherwise privileged information and is intended only for the individual(s) to which it is addressed. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secured or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message or that arise as a result of e-mail transmission. If verification is required please request a hard-copy version from the sender.

EXHIBIT C

**Michael Chekian Esq.**

_____

| | |
|---|---|
| **From:** | Michael Chekian Esq. |
| **Sent:** | Thursday, March 31, 2022 7:07 PM |
| **To:** | airlinesettlement |
| **Cc:** | Elizabeth Castillo; sgassman@hausfeldllp.com |
| **Subject:** | Transpacific Passenger Air Settlement-Inquiry Claim No. Y5GQC76S |
| **Attachments:** | ana settlment claim form.pdf |

Dear Airline Settlement Administrator Staff,

Thanks for your below response to my March 24 inquiry email.

I never received the audit papers referred to in your email.

I called several times this month during Eastern Standard Time regular business hours to the 800 439 1781 number listed on your website  https://airlinesettlement.com/eng/mainpage/ContactUs.aspx No one picks up and there is no opportunity to leave a voice mail.

There is no record I can find in the court's docket or on the settlement administrator's website regarding giving claimant's names which were denied.

There is no evidence I can find in the court's docket or on the settlement administrator's website describing written notice sent to me regarding the status of my claim.

Regarding the Transpacific Passenger case, can you please respond to these requests (or let me know if you have no records/cannot or refuse to comply):

     1.     Please email me with your copy of my 2015 claim.

     2.     Please email me with your copy of the audit letter sent to the West Olympic address.

     3.     Please confirm there was no audit of my attached July 2019 claim number Y5GQC76S with US Mail service sent to the 445 S. Figueroa address listed in the attach claim form confirmation.

     4.     Please confirm there was no court ordered disallowance of my attached July 2019 claim number Y5GQC76S.

     5.     Please confirm no correspondence was sent by your office to the 445 S. Figueroa address listed in the attached claim form.

     6.     Please confirm other than today's email to me, no emails were sent by your office to my email address (mike@cheklaw.com) regarding the status of my claim.

     7.     Please confirm there is no publicly accessible database to view names of claimants and corresponding claims status in the Transpacific case.

     8.     Please explain why no written notice was sent to the South Figueroa address indicated in the attached claim form.

Thanks in advance,

Michael Chekian, Esq.*

cc:  File, Elizabeth Castillo, Esq.; Seth Gassman, Esq.

Enc.

**EXHIBIT D**

**Chekian Law Office**
445 South Figueroa Street, 31st Floor
Los Angeles, CA  90071
Voice (310) 390-5529
Email mike@cheklaw.com
Facsimile (310) 451-0739

*Certified Bankruptcy Specialist, State Bar of California,*
*Board of Legal Specialization*



---

**From:** airlinesettlement <info@airlinesettlement.com>
**Sent:** Thursday, March 31, 2022 1:47 PM
**To:** Michael Chekian Esq. <mike@cheklaw.com>; airlinesettlement <info@airlinesettlement.com>
**Subject:** RE: Transpacific Passenger Air Settlement-Inquiry Claim No. Y5GQC76S

Thank you for your inquiry.

We have confirmed that an audit letter was sent via USPS first class mail to 11400 W OLYMPIC BLVD STE 200, LOS ANGELES CA which is the address provided with the Phase 1 on-line claim form submitted by Mr. Chekian on March 15, 2015.

The audit letter was not returned as undeliverable.  There is no record that Mr. Chekian called the TFN and no email was received from him prior to his inquiry on March 24, 2022.

Sincerely,

Settlement Administrator
Transpacific Air Settlement
PO Box 2209
Faribault, MN 55021-1609
info@airlinesettlement.com


**From:** Michael Chekian Esq. [mailto:mike@cheklaw.com]
**Sent:** Tuesday, March 29, 2022 5:00 PM
**To:** Elizabeth Castillo <ecastillo@cpmlegal.com>; airlinesettlement <info@airlinesettlement.com>
**Cc:** sgassman@hausfeldllp.com
**Subject:** Transpacific Passenger Air Settlement-Inquiry Claim No. Y5GQC76S

---

**This Message Is From an External Sender**
This message came from outside your organization.

---

Liz,

No response from the admin. staff regarding my below email inquiry and cannot get through on their phone number.

**EXHIBIT D**

Do you have time for a quick phone call this afternoon regarding my claim?

Thanks,

Michael Chekian, Esq.*

cc:  File, S. Gassman

**Chekian Law Office**
445 South Figueroa Street, 31st Floor
Los Angeles, CA  90071
Voice (310) 390-5529
Email mike@cheklaw.com
Facsimile (310) 451-0739

 *Certified Bankruptcy Specialist, State Bar of California,
  Board of Legal Specialization*



**From:** Michael Chekian Esq. <mike@cheklaw.com>
**Sent:** Thursday, March 24, 2022 5:11 PM
**To:** Elizabeth Castillo <ecastillo@cpmlegal.com>; info@airlinesettlement.com
**Cc:** sgassman@hausfeldllp.com
**Subject:** Transpacific Passenger Air Settlement-Inquiry Claim No. Y5GQC76S

Liz,

Thanks for your response.  I reviewed the attorney declarations stating larger claims like mine were audited requesting back up proof (which I have), but I received nothing.  I maintain meticulous digital and physical files regarding all matters.

Thanks,

Michael Chekian, Esq.*

cc: File, S. Gassman

**Chekian Law Office**
445 South Figueroa Street, 31st Floor
Los Angeles, CA  90071
Voice (310) 390-5529
Email mike@cheklaw.com
Facsimile (310) 451-0739

 *Certified Bankruptcy Specialist, State Bar of California,*

EXHIBIT D

*Board of Legal Specialization*



---

**From:** Elizabeth Castillo <ecastillo@cpmlegal.com>
**Sent:** Thursday, March 24, 2022 4:55 PM
**To:** Michael Chekian Esq. <mike@cheklaw.com>; info@airlinesettlement.com
**Cc:** sgassman@hausfeldllp.com
**Subject:** RE: Transpacific Passenger Air Settlement-Inquiry Claim No. Y5GQC76S

Hi Michael,

You should receive a response from Rust between 24 to 48 hours depending on email volume.

Liz

---

**From:** Michael Chekian Esq. <mike@cheklaw.com>
**Sent:** Thursday, March 24, 2022 3:57 PM
**To:** info@airlinesettlement.com
**Cc:** Elizabeth Castillo <ecastillo@cpmlegal.com>; sgassman@hausfeldllp.com
**Subject:** Transpacific Passenger Air Settlement-Inquiry Claim No. Y5GQC76S

> You don't often get email from mike@cheklaw.com. Learn why this is important [aka.ms]

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Settlement Administrator,

I am writing regarding my attached claim submitted in July 2019 (claim Y5GQC76S) in the Transpacific Air class action suit.

I understand settlement checks were mailed on March 17, 2022.

To date, I received no correspondence or payment regarding my claim.

Can you please give me status on my claim and email me with any correspondence regarding it?

Please let me know and thanks in advance,

Michael Chekian, Esq.*

cc:  File and class plaintiff attorneys Elizabeth Castillo and Seth Gassman

Enc.

**Chekian Law Office**
445 South Figueroa Street, 31st Floor

EXHIBIT D

Los Angeles, CA  90071
Voice (310) 390-5529
Email mike@cheklaw.com
Facsimile (310) 451-0739

*Certified Bankruptcy Specialist, State Bar of California,
 Board of Legal Specialization



This message (including any attachments) may contain confidential or otherwise privileged information and is intended only for the individual(s) to which it is addressed. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secured or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message or that arise as a result of e-mail transmission. If verification is required please request a hard-copy version from the sender.

**EXHIBIT D**

Michael F. Chekian, Esq. SBN 165026
Chekian Law Office, Inc.
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
(310) 390-5529-Voice
(310) 451-0739-Facsimile
mike@cheklaw.com-Email

Claimant In Pro Se (Michael Chekian)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Case No.:  3:07-CV-05634-CRB |
| Transpacific Passenger Air Transportation | **ORDER GRANTING MOTION TO ALLOW CLAIM OF MICHAEL CHEKIAN** |
| Antitrust Litigation | |
| | **Hearing:**<br>**Date:   May 20, 2022**<br>**Time:   10:00 a.m.**<br>**Place:   Ctrm. 6, 17th Floor, 450 Golden Gate Avenue, San Francisco, California** |

A hearing was held at the above referenced place and time on the motion ("Motion") filed on April 8, 2022 as docket number ___ of  claimant Michael Chekian ("Chekian") to allow his claim filed on July 8, 2019 as claim number Y5GQC76S ("Claim").  Upon review of the record and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1.   The Motion is GRANTED;

2.   The Chekian Claim is ALLOWED in full.

**IT IS SO ORDERED.**

Dated: _____

_____
CHARLES R. BREYER
United States District Judge

1

**1**

**EXHIBIT E**

## Certificate of Service

I hereby certify that the following parties were served on April 8, 2022 via the court's electronic service system with the preceding document:  Notice of Motion and Motion to Allow Claim of Michael Chekian, Declaration of Michael Chekian:

Micah Abrams c/o Jennie Lee Anderson:  jennie.anderson@andrusanderson.com
Micah Abrams c/o Craig C. Corbitt:  ccorbitt@zelle.com
Micah Abrams c/o Jiangxiao Athena Hou:  ahou@zelle.com
Micah Abrams c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Micah Abrams c/o Heather T. Rankie:  hrankie@zelle.com
Micah Abrams c/o Francis Onofrei Scarpulla:  fos@scarpullalaw.com
William Adams c/o Joseph W. Cotchett:  jcotchett@cpmlegal.com
William Adams c/o Elizabeth Lane Crooke:  bcrooke@elllaw.com
William Adams c/o Walter John Lack:  wlack@elllaw.com
William Adams c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
William Adams c/o Aron K. Liang:  aliang@minamitamaki.com
William Adams c/o Nanci Eiko Nishimura:  nnishimura@cpmlegal.com
William Adams c/o Douglas Yongwoon Park:  dpark@cpmlegal.com
William Adams c/o Neil Swartzberg:  nswartzberg@pswlaw.com
Meor Adlin c/o Brian Stephen Kabateck:  bsk@kbklawyers.com
Meor Adlin c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
All Nippon Airways c/o Ankur Kapoor:  akapoor@constantinecannon.com
All Nippon Airways c/o Gary J. Malone:  gmalone@constantinecannon.com
All Nippon Airways c/o Jesse William Markham:  jmarkhamlaw@sbcglobal.net
All Nippon Airways c/o Harrison J. McAvoy:  hmcavoy@constantinecannon.com
All Nippon Airways c/o Douglas E. Rosenthal:  drosenthal@constantinecannon.com
All Nippon Airways c/o Alysia Solow:  asolow@constantinecannon.com
All Plaintiffs c/o Dana Marie Andreoli:  dandreoli@steyerlaw.com
All Plaintiffs c/o Swathi Bojedla:  sbojedla@hausfeldllp.com
All Plaintiffs c/o Elizabeth Tran Castillo:  ecastillo@cpmlegal.com
All Plaintiffs c/o Craig C. Corbitt:  ccorbitt@zelle.com
All Plaintiffs c/o Joseph W. Cotchett:  jcotchett@cpmlegal.com
All Plaintiffs c/o Seth R. Gassman:  sgassman@hausfeld.com
All Plaintiffs c/o Derek G. Howard:  derek@derekhowardlaw.com
All Plaintiffs c/o Megan E. Jones:  mjones@hausfeldllp.com
All Plaintiffs c/o Christopher L. Lebsock: clebsock@hausfeldllp.com
All Plaintiffs c/o Aron K. Liang:  aliang@minamitamaki.com
All Plaintiffs c/o Gilmur Roderick Murray:  gmurray@murrayhowardlaw.com
All Plaintiffs c/o Scott E. Poynter:  scott@swcfirm.com
All Plaintiffs c/o Hollis L. Salzman:  hsalzman@robinskaplan.com
All Plaintiffs c/o Francis Onofrei Scarpulla:  fos@scarpullalaw.com
All Plaintiffs c/o Daniel A. Small:  dsmall@cohenmilstein.com
All Plaintiffs c/o Gary Ivan Smith, Jr.:  gsmith@hausfeld.com

All Plaintiffs c/o Adam Trott:  ATrott@cpmlegal.com
All Plaintiffs c/o Adam J. Zapala:  azapala@cpmlegal.com
Lori Barrett c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Lori Barrett c/o Peter Safirstein:  psafirstein@safirsteinmetcalf.com
Lori Barrett c/o Jeff S Westerman:  jwesterman@jswlegal.com
Andrew Barton c/o Neyleen Sara Beljajev:  nortiz@girardikeese.com
Andrew Barton c/o Amanda Heather Kent:  amarz@girardikeese.com
Andrew Barton c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Andrew Barton c/o Graham Bruce LippSmith:  g@lippsmith.com
Michael Benson c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Michael Benson c/o Guido Saveri: guido@saveri.com
Brenden G. Maloof c/o Derek G. Howard:  derek@derekhowardlaw.com
Brenden G. Maloof c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Rufus Browning c/o Susan Gilah Kupfer:  skupfer@glancylaw.com
Rufus Browning c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Clyde H. Campbell c/o Phillip Alden Baker:  pbaker@bknlawyers.com
Clyde H. Campbell c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Robert Casteel, III c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Robert Casteel, III c/o Reginald Von Terrell:  reggiet2@aol.com
Robert Casteel, III c/o Sharron Williams Gelobter:  sgelobter@gotolawfirm.com
Michael Chekian, Esq. c/o Michael Chekian, Esq.:  mike@cheklaw.com
Larry Chen c/o Joseph W. Cotchett:  jcotchett@cpmlegal.com
Larry Chen c/o Michael D. Hausfeld:  mhausfeld@hausfeldllp.com
Larry Chen c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Larry Chen c/o Michael Paul Lehmann:  mlehmann@hausfeldllp.com
Larry Chen c/o Aron K. Liang:  aliang@minamitamaki.com
Larry Chen c/o Nanci Eiko Nishimura:  nnishimura@cpmlegal.com
Larry Chen c/o Bruce Lee Simon: bsimon@pswlaw.com
Woodrow Clark, II c/o Brian Joseph Barry:  bribarry1@yahoo.com
Woodrow Clark, II c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Rachel Diller c/o Michelle Akerman:  MAkerman@hansonbridgett.com
Rachel Diller c/o Lee Albert:  lalbert@glancylaw.com
Rachel Diller c/o Dana Marie Andreoli:  dandreoli@steyerlaw.com
Rachel Diller c/o Swathi Bojedla:  sbojedla@hausfeldllp.com
Rachel Diller c/o Daniel Cohen:  danielc@cuneolaw.com
Rachel Diller c/o Robert G. Eisler:  reisler@gelaw.com
Rachel Diller c/o Seth R. Gassman:  sgassman@hausfeld.com
Rachel Diller c/o Michael D. Hausfeld:  mhausfeld@hausfeldllp.com
Rachel Diller c/o Jay L. Himes:  jhimes@labaton.com
Rachel Diller c/o Steven A. Kanner:  skanner@fklmlaw.com
Rachel Diller c/o Kimberly Ann Kralowec:  kkralowec@kraloweclaw.com
Rachel Diller c/o Susan Gilah Kupfer:  skupfer@glancylaw.com

Rachel Diller c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Rachel Diller c/o Michael Paul Lehmann:  mlehmann@hausfeldllp.com
Rachel Diller c/o William Henry London:  wlondon@fklmlaw.com
Rachel Diller c/o Brian P. Murray:  bmurray@glancylaw.com
Rachel Diller c/o Jayne Ann Peeters:  jpeeters@steyerlaw.com
Rachel Diller c/o Allan Steyer:  asteyer@steyerlaw.com
Christian Duke c/o John G. Emerson:  jemerson@emersonfirm.com
Christian Duke c/o Marvin L. Frank:  mfrank@franllp.com
Christian Duke c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Christian Duke c/o Scott E. Poynter:  scott@swcfirm.com
Christian Duke c/o Guido Saveri:  guido@saveri.com
Christian Duke c/o Richard Alexander Saveri:  rick@saveri.com
Christian Duke c/o Cadio R. Zirpoli:  cadio@saveri.com
James Evans c/o Brian Joseph Barry:  bribarry1@yahoo.com
James Evans c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Matthew Evans c/o Phillip Alden Baker:  pbaker@bknlawyers.com
Matthew Evans c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Mark Foy c/o Daniel C. Girard:  dgirard@girardsharp.com
Mark Foy c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Mark Foy c/o Dena C. Sharp:  dsharp@girardsharp.com
Mark Foy c/o Aaron M. Sheanin:  asheanin@robinskaplan.com
Mark Foy c/o Janice Seyoung Yi:  janice@bass-law.net
Scott Frederick c/o Garrett D. Blanchfield, Jr.:  g.blanchfield@rwblawfirm.com
Scott Frederick c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Scott Frederick c/o Guido Saveri:  guido@saveri.com
Stephen Gaffigan c/o Robert N. Kaplan:  rkaplan@kaplanfox.com
Stephen Gaffigan c/o Elana Katcher:  EKatcher@kaplanfox.com
Stephen Gaffigan c/o Laurence D. King:  lking@kaplanfox.com
Stephen Gaffigan c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Margaret Garcia c/o Joseph W. Cotchett:  jcotchett@cpmlegal.com
Margaret Garcia c/o Elizabeth Lane Crooke:  bcrooke@elllaw.com
Margaret Garcia c/o Walter John Lack:  Walter John Lack
Margaret Garcia c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Margaret Garcia c/o Aron K. Lian:  aliang@minamitamaki.com
Margaret Garcia c/o Nanci Eiko Nishimura:  nnishimura@cpmlegal.com
Margaret Garcia c/o Douglas Yongwoon Park:  dpark@cpmlegal.com
Margaret Garcia c/o Neil Swartzberg:  nswartzberg@pswlaw.com
Reiko Hirai c/o Richard J. Arsenault:  rarsenault@nbalawfirm.com
Reiko Hirai c/o W. Joseph Bruckner:  wjbruckner@locklaw.com
Reiko Hirai c/o Joseph Goldberg:  jg@fbdlaw.com
Reiko Hirai c/o Daniel E. Gustafson:  dgustafson@gustafsongluek.com
Reiko Hirai c/o Christopher T. Heffelfinger:  cheffelfinger@bermantabacco.com
Reiko Hirai c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Reiko Hirai c/o Dianne M. Nast:  dnast@nastlaw.com

Bruce Hut c/o Robert N. Kaplan:  rkaplan@kaplanfox.com
Bruce Hut c/o Elana Katcher:  EKatcher@kaplanfox.com
Bruce Hut c/o Laurence D. King:  lking@kaplanfox.com
Bruce Hut c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
KLM Royal Dutch Airline c/o Brenda DiLuigi:  brenda.diluigi@linklaters.com
KLM Royal Dutch Airline c/o Gary A. MacDonald:  gary.macdonald@skadden.com
KLM Royal Dutch Airline c/o Thomas A. McGrath:  thomas.mcgrath@linklaters.com
KLM Royal Dutch Airline c/o James Robert Warnot, Jr.:  james.warnot@linklaters.com
Martin Kaufman c/o Mario Nunzio Alioto:  malioto@tatp.com
Martin Kaufman c/o Lauren Clare Capurro:  laurenrussell@tatp.com
Martin Kaufman c/o Sherman Kassof:  heevay@yahoo.com
Martin Kaufman c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Martin Kaufman c/o Joseph Mario Patane:  jpatane@tatp.com
Tori Kitagawa c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Tori Kitagawa c/o Guido Saveri:  guido@saveri.com
David Kuo c/o Joseph W. Cotchett:  jcotchett@cpmlegal.com
David Kuo c/o Michael D. Hausfeld:  mhausfeld@hausfeldllp.com
David Kuo c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
David Kuo c/o Michael Paul Lehmann:  mlehmann@hausfeldllp.com
David Kuo c/o Aron K. Liang:  aliang@minamitamaki.com
David Kuo c/o Nanci Eiko Nishimura:  nnishimura@cpmlegal.com
David Kuo c/o Pierce Henry O'Donnell:  pod@oslaw.com
David Kuo c/o Robert M. Partain:  robert@aswtlawyers.com
Justin LaBarge c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Justin LaBarge c/o Guido Saveri:  guido@saveri.com
Justin LaBarge c/o Eugene A. Spector:  ESpector@srkattorneys.com
Kathryn Lavin c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Lax & Company, Inc. c/o Whitney E. Street:  WhitneySt@hbsslaw.com
Dickson Leung c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Dickson Leung c/o Jack Wing Lee:  jlee@MinamiTamaki.com
Ireatha Diane Mitchell c/o Mario Nunzio Alioto:  malioto@tatp.com
Ireatha Diane Mitchell c/o Sherman Kassof:  heevay@yahoo.com
Ireatha Diane Mitchell c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Kevin Moy:  terry@gba-law.com
Kevin Moy c/o Terry Gross:  terry@grossbelsky.com
Kevin Moy c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
David Murphy c/o Joseph W. Cotchett:  jcotchett@cpmlegal.com
David Murphy c/o Michael D. Hausfeld:  mhausfeld@hausfeldllp.com
David Murphy c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
David Murphy c/o Michael Paul Lehmann:  mlehmann@hausfeldllp.com
David Murphy c/o Aron K. Liang:  aliang@minamitamaki.com
David Murphy c/o Nanci Eiko Nishimura:  nnishimura@cpmlegal.com
David Murphy c/o Pierce Henry O'Donnell:  pod@oslaw.com
David Murphy c/o Robert M. Partain:  robert@aswtlawyers.com
Ed Park c/o Jack Wing Lee:  jlee@MinamiTamaki.com

Lolly Randall c/o John G. Emerson:  jemerson@emersonfirm.com
Lolly Randall c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Lolly Randall c/o Scott E. Poynter:  scott@swcfirm.com
Lolly Randall c/o Guido Saveri:  guido@saveri.com
Lolly Randall c/o Richard Alexander Saveri:  rick@saveri.com
Lolly Randall c/o Cadio R. Zirpoli:  cadio@saveri.com
Thomas Schelly c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Thomas Schelly c/o Guido Saveri:  guido@saveri.com
Tracey Wadmore Smith c/o Neyleen Sara Beljajev:  nortiz@girardikeese.com
Tracey Wadmore Smith c/o Amanda Heather Kent:  amarz@girardikeese.com
Tracey Wadmore Smith c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Tracey Wadmore Smith c/o Graham Bruce LippSmith:  g@lippsmith.com
James Stewart c/o Azra Z. Mehdi:  azram@themehdifirm.com
Sarah Tran c/o Rosemary M. Rivas:  rmr@classlawgroup.com
Titi Tran c/o Joseph W. Cotchett:  jcotchett@cpmlegal.com
Titi Tran c/o Michael D. Hausfeld:  mhausfeld@hausfeldllp.com
Titi Tran c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Titi Tran c/o Michael Paul Lehmann:  mlehmann@hausfeldllp.com
Titi Tran c/o Aron K. Liang:  aliang@minamitamaki.com
Titi Tran c/o Nanci Eiko Nishimura:  nnishimura@cpmlegal.com
Titi Tran c/o Bruce Lee Simon:  bsimon@pswlaw.com
Titi Tran c/o Ashlei Melissa Vargas:  avargas@pswplaw.com
Jason Gregory Turner c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Jason Gregory Turner c/o Peter Safirstein:  psafirstein@safirsteinmetcalf.com
Jason Gregory Turner c/o Jeff S Westerman:  jwesterman@jswlegal.com
United Airlines c/o Jung-Ying Joann Liao:  invalidaddress@invalidaddress.com
United Airlines c/o Mitchell D. Raup:  mraup@polsinelli.com
United States of America c/o Jeffrey Michael Smith:  Jeffrey.Smith5@usdoj.gov
Cherokii Verduzco c/o Guido Saveri:  guido@saveri.com
Linda Williams c/o Lawrence Genaro Papale:  lgpapale@papalelaw.com
Donald Wortman c/o Eric James Buescher:  eric@baykeeper.org
Donald Wortman c/o Joseph W. Cotchett:  jcotchett@cpmlegal.com
Donald Wortman c/o Elizabeth Lane Crooke:  bcrooke@elllaw.com
Donald Wortman c/o Walter John Lack:  wlack@elllaw.com
Donald Wortman c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Donald Wortman c/o Aron K. Liang:  aliang@minamitamaki.com
Donald Wortman c/o Niall Padraic McCarthy:  nmccarthy@cpmlegal.com
Donald Wortman c/o Nanci Eiko Nishimura:  nnishimura@cpmlegal.com
Donald Wortman c/o Douglas Yongwoon Park:  dpark@cpmlegal.com
Donald Wortman c/o Aaron M. Sheanin:  asheanin@robinskaplan.com
Donald Wortman c/o Neil Swartzberg:  nswartzberg@pswlaw.com
Donald Wortman c/o Adam J. Zapala:  azapala@cpmlegal.com
Amy Yang c/o Aaron M Dawson:  aaron@dawsonandrosenthal.com

Amy Yang c/o Theodore Harold Frank:  tfrank@gmail.com
Amy Yang c/o Anna St. John:  annastjohn@stjohnlawfirm.com

I further hereby certify that the Judge in this matter was served via U.S. Mail on April 8, 2022:

Hon. Charles W. Breyer
United States District Court
Office of the Clerk
450 Golden Gate Ave, 16th Floor
San Francisco, CA 94102

April 8, 2022

/s/ Michael Chekian
Michael Chekian, Esq.
Chekian Law Office