Michael F. Chekian, Esq. SBN 165026
Chekian Law Office, Inc.
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
(310) 390-5529-Voice
(310) 451-0739-Facsimile
mike@cheklaw.com-Email

Claimant In Pro Se (Michael Chekian)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Case No.:  3:07-CV-05634-CRB |
| Transpacific Passenger Air Transportation | **NOTICE OF MOTION AND MOTION TO EXTEND LITIGATION DEADLINE REGARDING CLAIM OF MICHAEL CHEKIAN; DECLARATION OF MICHAEL CHEKIAN** |
| Antitrust Litigation | |
| | **Hearing:** |
| | **Date:   July 22, 2022** |
| | **Time:   9:00 a.m.** |
| | **Place:   Ctrm. 6, 17th Floor, 450 Golden Gate Avenue, San Francisco, California** |

**TO:  HON.  CHARLES L. BREYER AND PLAINTIFF:**

**PLEASE TAKE NOTICE THAT** on July 22, 2022 at 9:00 a.m., or as soon thereafter as the matter may be heard, claimant Michael Chekian ("Chekian") will move this Court for an order extending the deadline to submit documents to attorneys and agents for the plaintiff in this action ("Plaintiff") regarding Chekian's claim ("Claim").

**PLEASE TAKE FURTHER NOTICE THAT** Civil Local Rule 7-3(a) requires that any opposition to this Motion be filed not less than 14 days from the service of this Motion

Dated:  June 17, 2022                    /s/ Michael F. Chekian_____
                                         Michael F. Chekian
                                         In Pro Se Claimant

CHEKIAN LAW OFFICE
445 SOUTH FIGUEROA STREET, 31ST FLOOR
LOS ANGELES, CA 90071

## MOTION TO ALLOW EXTEND LITIGATION DEADLINE

As below set forth and detailed in the proposed Exhibit C order herein, claimant Michael Chekian ("Chekian") hereby moves this Court for an order extending the current deadline of June 17, 2022 to August 19, 2022 to submit documents to Plaintiff and its agent substantiating Chekian's claim ("Claim") filed in this action.

## I.   STATEMENT OF FACTS

Chekian is a claimant in the class action lawsuit of Transpacific Passenger Air Transportation Antitrust ("Plaintiff") lawsuit, filed in this Court ("Case").

Chekian filed an online claim ("Claim") on July 8, 2019 in this Case with the settlement administrator as claim number Y5GQC76S.

Chekian filed a motion to allow his Claim in the Case which was heard at 9:00 a.m. on May 20, 2022. A copy of the Court's minute entry from that hearing at attached as Exhibit B to the within Chekian declaration.  The Court ruled that Chekian shall respond with documents substantiating his Claim within 4 weeks from receipt of a letter outlining the requirements.

Chekian received a letter from Plaintiff or its representative giving him until June 17, 2022 to send documents substantiating his Claim.  A copy of the letter is attached  as Exhibit A to the Chekian declaration.

Chekian requires more time to prepare and serve discovery requesting documents from parties and non-parties to this case to prove up his Claim, involving flight records as early as January 1, 2000.  During the week of June 20, 2022, Chekian intends to serve discovery (subpoenas and/or requests for documents) ("Discovery") on parties and non-parties including but not limited to:  United Airlines, All Nippon Airlines, Asiana, Korean Airlines, American Express, Chase Bank, Bank of America and the U.S. Passport Agency/U.S. Department of State.

Once the Discovery is served, Chekian intends to contact counsel for Plaintiff to determine if they will stipulate to the relief requested in this Motion.  A copy of the proposed order granting this Motion is attached as Exhibit C to the Chekian declaration.

Chekian expects the production date of the Discovery will be approximately August 1, 2022 and therefore is requesting an extension to August 19, 2022 to deliver the proof of his Claim to Plaintiff and its agents.

## II.      POINTS AND AUTHORITIES

Per FRCP 16(b), parties seeking to modify a scheduling order must demonstrate good cause.  *see also* FRCP 6(b) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time"). "Good cause" is a non-rigorous standard that has been construed broadly across procedural and statutory contexts. *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). The good cause standard focuses on the diligence of the party seeking to amend the scheduling order and the reasons for seeking modification. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) ("[T]he focus of the inquiry is upon the moving party's reasons for seeking modification. . . . If that party was not diligent, the inquiry should end.") (internal citation omitted). Therefore, "a party demonstrates good cause by acting diligently to meet the original deadlines set forth by the court." *Merck v. Swift Transp. Co.*, No. CV-16-01103-PHX-ROS, 2018 WL 4492362, at *2 (D. Ariz. Sept. 19, 2018).

Local Rule 6-3 requires that a motion to change time must be no more than 5 pages, include a declaration and proposed order, describes the change required and efforts to obtain a stipulation.

Here, Chekian requests more time to serve subpoenas and/or requests for production of documents on several parties and non-parties to obtain more relevant documents to prove up his Claim, including flight records dating back to January 1, 2000.  Chekian expects to serve the discovery during the week of June 20, 2022, with an estimated response date of August 1, 2022.

CHEKIAN LAW OFFICE
445 SOUTH FIGUEROA STREET, 31ST FLOOR
LOS ANGELES, CA 90071

The Court has not yet set a continued hearing date on the allowance of Chekian's Claim and so there should be no prejudice to Plaintiff or any other party by the granting of this Motion. Chekian will contact counsel for Plaintiff once he serves the discovery next week to determine whether Plaintiff will stipulate to the requested deadline extension.

**III.    CONCLUSION**

Therefore, based on the foregoing arguments and authorities, it is respectfully requested that the Motion be granted as detailed in the Exhibit C order to the within Chekian declaration so that Chekian is allowed an extension until August 19, 2022 to submit documents substantiating his Claim to Plaintiff.

Dated:  June 17, 2022                           /s/ Michael F. Chekian_____
                                                Michael F. Chekian
                                                In Pro Se Claimant

4

**DECLARATION OF MICHAEL CHEKIAN IN**

**SUPPORT OF MOTION TO EXTEND LITIGATION DEADLINE**

I, Michael Chekian, am representing myself In Pro Se in this litigation.  I am also an attorney duly licensed to practice law in all of the courts of the state of California and all California federal district courts, including the federal district of the Northern District of California and also the 9th Circuit Court of Appeals.  I do hereby declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge, and if called upon as a witness, I could and would personally testify under oath in a court of law to the truthfulness of each of the below facts.

1.    I am a claimant in the Transpacific Passenger Air Transportation Antitrust ("Plaintiff") lawsuit, filed in this Court as case number 3:07-CV-05634-CRB ("Case").

2.    I filed an online claim ("Claim") on July 8, 2019 in this Case with the settlement administrator ("Administrator") as claim number Y5GQC76S.

3.    I filed a motion to allow my Claim in the Case which was heard at 9:00 a.m. on May 20, 2022. A true and correct copy of the Court's minute entry from that hearing at attached hereto as Exhibit B.  The Court ruled that I shall respond with documents substantiating my Claim within 4 weeks from receipt of a letter outlining the requirements.

4.    I received a letter from Plaintiff or its representative giving me until June 17, 2022 to send documents substantiating my

CHEKIAN LAW OFFICE
445 SOUTH FIGUEROA STREET, 31ST FLOOR
LOS ANGELES, CA 90071

Claim.  A true a correct copy of the letter is attached hereto as Exhibit A.

5.   I require more time to prepare and serve discovery requesting documents from parties and non-parties to this case to prove up my Claim, involving flight records as early as January 1, 2000.  During the week of June 20, 2022, I intend to serve discovery (subpoenas and/or requests for documents)("Discovery") on parties and non-parties including but not limited to:  United Airlines, All Nippon Airlines, Asiana, Korean Airlines, American Express, Chase Bank, Bank of America and the U.S. Passport Agency/U.S. Department of State.

6.   Once the Discovery is served, I intend to contact counsel for Plaintiff to determine if they will stipulate to the relief requested in this Motion.  A copy of the proposed order granting this Motion is attached hereto as Exhibit C.

7.   I expect the production date of the Discovery will be approximately August 1, 2022 and therefore I am requesting an extension to August 19, 2022 to deliver the proof of my Claim to Plaintiff and its agents.


I do hereby declare under the penalty of perjury and pursuant to the laws of the United States of America that the foregoing is true and correct and that this declaration is executed this 17TH day of June, 2022, at Los Angeles, California.

_/s/ Michael Chekian_____
Michael Chekian

TRANSPACIFIC AIR SETTLEMENT - 4422
PO BOX 2209
FARIBAULT MN 55021-1609
USA

**IMPORTANT LEGAL MATERIALS**

‖‖**0000116068**‖‖ * - UIL

MICHAEL CHEKIAN
445 S FIGUEROA ST 31ST FL
LOS ANGELES CA 90071-1602

RESPONSE DUE DATE: POSTMARKED BY JUNE 17, 2022

REQUEST FOR MORE INFORMATION **** Claim No. 115463

Dear Claimant:

We have received and processed the Claim Form(s) that you filed in the Transpacific Air Transportation Settlements. Your Claim has been chosen for an audit due to the number of tickets claimed for one or more Settlement Classes. To comply with this audit, you must supply adequate documentation of all purchases listed on your Claim Form(s) submitted with the First and Third Round(s) of Settlements.

The attached Audit Form(s) indicate the number of tickets you claimed for one or more Settlement Class. Return the form(s) with the documentation for the tickets purchased. Adequate documentation may consist of receipts showing your purchases, cancelled checks or credit card statements, travel itineraries, e-mail confirmation of a ticket purchase, and/or other documentation to support your claim. Feel free to redact or "black out" information pertaining to unrelated transactions or other personal financial information.

Please return the completed Audit Form(s) with your documentation of purchases to the address listed above by June 17, 2022.

**If you do not respond by the above Response date, your claim may be denied.**

Call us toll-free at 1-800-439-1781 or send an email to: info@airlinesettlement.com with any questions.

Sincerely,
Settlement Administrator

**1**                                                                                    **EXHIBIT A**

**This page intentionally left blank.**

**EXHIBIT A**

‖‖‖‖‖0000116068‖‖
*            *

MICHAEL CHEKIAN
445 S FIGUEROA ST 31ST FL
LOS ANGELES CA 90071-1602

FOR OFFICIAL USE ONLY

07

Page 1 of 2

☐ | If the pre-printed information to the left is not correct or if there is no pre-printed information, please check the box and complete the information below:

Name: _____

Address: _____

City: _____

State: ____  ____   Zip Code: ____ ____ ____ ____ ____

# REQUEST FOR FIRST ROUND INFORMATION FORM

Listed on the next page is the purchase information you provided for the Qantas, Cathay Pacific, and Thai Airlines Settlement Classes with the claim form deadline of October 13, 2015 and the JAL, Air France, Singapore Airlines, Vietnam Airlines, and Malaysian Air Settlement Classes with the claim form deadline of April 3, 2018.

Return this form with the documentation for the tickets purchased. Adequate documentation may consist of receipts showing your purchases, cancelled checks or credit card statements, travel itineraries, e-mail confirmation of a ticket purchase, and/or other documentation to support your claim. Feel free to redact or "black out" information pertaining to unrelated transactions or other personal financial information.

Please return the completed Audit Form(s) with your documentation of purchases to the address listed above by

June 17, 2022.

**Sign and Date**

I (we) declare under penalty of perjury, that the documentation provided with this letter is true and correct to the best of my knowledge and represents the tickets I purchased from January 1, 2000 to the Effective Date.

_____        _____
Claimant Signature                                          Date

_____
Print Name/Capacity of person signing




3


EXHIBIT A

‖‖0000116068‖‖
*                    *

## Purchase Information

Provide documentation for the total number of tickets listed below that were purchased from a Defendant or Co-Conspirator where at least one flight segment was between the U.S and Asia or Oceania (Australia, New Zealand or the Pacific Islands) from January 1, 2000 through the Effective Date.

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| Airline that sold you ticket for travel | Total Number of Tickets Purchased for travel between the U.S. and Asia/Oceania | Number of Tickets Identified in Column 2 that were Purchased for One-Way or Roundtrip Travel Originating in the United States |
| UNITED AIRLINES | 32 | 16 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## Purchase Information (continued)

With respect to claims concerning travel on Asiana Airlines and/or Korean Airlines where at least one flight segment was between the U.S. and Asia or Oceania (Australia, New Zealand or the Pacific Islands) from January 1, 2000 through the Effective Date, provide documentation for the tickets claimed in the following section:

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|
| Airline that sold you ticket for travel | Total Number of Tickets Purchased for travel between the U.S. and Asia/ Oceania | Number of Tickets Identified in Column No. 2 that were Purchased for One-Way or Roundtrip Travel Originating in the United States | Number of Tickets Identified in Column No. 3 where the Republic of Korea was the destination | Number of Tickets Identified in Column No. 2 that were Purchased for One-Way or Roundtrip Travel Originating in the Republic of Korea |
| Asiana Airlines | | | | |
| Korean Airlines | | | | |

---

[2] China Airlines is the airline based in Taiwan. It should not be confused with Air China, based in the People's Republic of China.

**4**

**EXHIBIT A**

Page 2 of 2

‖‖‖‖0000116068‖‖‖‖

MICHAEL CHEKIAN
445 S FIGUEROA ST 31ST FL
LOS ANGELES CA 90071-1602

FOR OFFICIAL USE ONLY

07

Page 1 of 2

| | If the pre-printed information to the left is not correct or if there is no pre-printed information, please check the box and complete the information below: |
|---|---|

Name: _____

Address: _____

City: _____

State: ____ ____   Zip Code: ____ ____ ____ ____ ____

# REQUEST FOR THIRD ROUND INFORMATION FORM

Listed on the next page is the purchase information you provided for the Japan, *Satogaeri*, and Settlement Class III Classes with the claim form deadline of April 1, 2020.

Return this form with the documentation for the tickets purchased. Adequate documentation may consist of receipts showing your purchases, cancelled checks or credit card statements, travel itineraries, e-mail confirmation of a ticket purchase, and/or other documentation to support your claim. Feel free to redact or "black out" information pertaining to unrelated transactions or other personal financial information.

Please return the completed Audit Form(s) with your documentation of purchases to the address listed above by

June 17, 2022.

**Sign and Date**

I (we) declare under penalty of perjury, that the documentation provided with this letter is true and correct to the best of my knowledge and represents the tickets I purchased from January 1, 2000 to December 1, 2016. I understand that my Claim may be subject to audit verification and Court review.

_____          _____
Claimant Signature                                              Date

_____
Print Name/Capacity of person signing







EXHIBIT A

**Purchase Information**

Provide documentation for the total number of tickets listed below that were purchased from a Defendant or Co-Conspirator where at least one flight segment originated in the U.S. to Asia or Oceania (Australia, New Zealand or the Pacific Islands), and the purchase was made between January 1, 2000 and December 1, 2016.

| Column 1<br><br>Airline that sold you ticket for travel | Column 2<br><br>Number of Tickets that were Purchased for One-Way or Roundtrip Travel Originating in the United States |
|---|---|
| ALL NIPPON AIRWAYS (ANA) | 256 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Provide documentation for the tickets claimed in the following section that you purchased from All Nippon Airways and/or Japan Airlines where at least one flight segment meets the criteria of the Japan Settlement Class or *Satogaeri* Settlement Class (defined above):

| Column 1<br><br>Airline that sold you ticket for travel | Column 2<br><br>Number of Tickets Identified above that you Purchased between February 1, 2005 and December 31, 2007 and paid a Fuel Surcharge | Column 3<br><br>Number of Tickets Identified above that you Purchased between January 1, 2000 and April 1, 2006 for an eligible *Satogaeri* Fare |
|---|---|---|
| All Nippon Airways | 32 | 58 |
| Japan Airlines |  |  |

---

[1] China Airlines is the airline based in Taiwan. It should not be confused with Air China, based in the People's Republic of China.

**EXHIBIT A**

**Michael Chekian Esq.**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Friday, May 20, 2022 9:23 AM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:07-cv-05634-CRB In re TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION Motion Hearing |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**California Northern District**

### Notice of Electronic Filing

The following transaction was entered on 5/20/2022 at 9:23 AM and filed on 5/20/2022

| | |
|---|---|
| **Case Name:** | In re TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION |
| **Case Number:** | 3:07-cv-05634-CRB |
| **Filer:** | |

**WARNING: CASE CLOSED on 12/03/2019**

**Document Number:** 1338(No document attached)

**Docket Text:**
**Minute Entry for proceedings held before Judge Charles R. Breyer: Motion Hearing held by Zoom on 5/20/2022 - Re [1334] Motion to Set Aside Notice of Motion and Motion to Allow Claim of Michael Chekian; Declaration of Michael Chekian filed by Michael Chekian. Plaintiff's shall email the letter outlining the required documentation to Mr. Chekian. Mr. Chekian shall provide plaintiff with the information within four weeks from receipt of the letter. Plaintiff's shall review the submission forthwith and notify Mr. Chekian and the Court re a determination of the claims. (Total Time in Court: 12 Minutes)**
**Court Reporter: Belle Ball.**
**Plaintiff Attorney: Adam J. Zapala and Elizabeth T. Castillo.**
**Defendant Attorney: Michael Chekian. <br.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(ls, COURT STAFF) (Date Filed: 5/20/2022)**

**3:07-cv-05634-CRB Notice has been electronically mailed to:**

**Aaron M. Sheanin     asheanin@robinskaplan.com, eknight@robinskaplan.com**

**Adam Trott     ATrott@cpmlegal.com, shernandez@cpmlegal.com**

**1**

**EXHIBIT B**

Michael F. Chekian, Esq. SBN 165026
Chekian Law Office, Inc.
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
(310) 390-5529-Voice
(310) 451-0739-Facsimile
mike@cheklaw.com-Email

Claimant In Pro Se (Michael Chekian)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Case No.:  3:07-CV-05634-CRB |
| Transpacific Passenger Air Transportation | **ORDER GRANTING MOTION TO EXTEND LITIGATION DEADLINE REGARDING CLAIM OF MICHAEL CHEKIAN** |
| Antitrust Litigation | |
| | **Hearing:**<br>**Date:   July 22, 2022**<br>**Time:   9:00 a.m.**<br>**Place:   Ctrm. 6, 17ᵗʰ Floor, 450 Golden Gate Avenue, San Francisco, California** |

A hearing was held at the above referenced place and time on the motion ("Motion") filed on June 17, 2022 by claimant Michael Chekian ("Chekian") to extend Chekian's deadline to submit proof substantiating Chekian's claim filed on July 8, 2019 as claim number Y5GQC76S ("Claim") in the above referenced case.  Upon review of the record and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.
2. Chekian is allowed until August 19, 2022 to submit proof substantiating his Claim to Plaintiff and/or Plaintiff's agents.

**IT IS SO ORDERED.**

 Dated:

_____
CHARLES R. BREYER
United States District Chief Judge
Northern District of California

**1**                                                               EXHIBIT C

**Certificate of Service**

I hereby certify that the following parties were served on June 17, 2022 via the Court's electronic service system with the preceding document:  Notice of Motion and Motion To Extend Litigation Deadline Regarding Claim of Michael Chekian; Declaration of Michael Chekian

Micah Abrams c/o Jennie Lee Anderson:  jennie.anderson@andrusanderson.com
Micah Abrams c/o Craig C. Corbitt:  ccorbitt@zelle.com
Micah Abrams c/o Jiangxiao Athena Hou:  ahou@zelle.com
Micah Abrams c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Micah Abrams c/o Heather T. Rankie:  hrankie@zelle.com
Micah Abrams c/o Francis Onofrei Scarpulla:  fos@scarpullalaw.com
William Adams c/o Joseph W. Cotchett:  jcotchett@cpmlegal.com
William Adams c/o Elizabeth Lane Crooke:  bcrooke@elllaw.com
William Adams c/o Walter John Lack:  wlack@elllaw.com
William Adams c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
William Adams c/o Aron K. Liang:  aliang@minamitamaki.com
William Adams c/o Nanci Eiko Nishimura:  nnishimura@cpmlegal.com
William Adams c/o Douglas Yongwoon Park:  dpark@cpmlegal.com
William Adams c/o Neil Swartzberg:  nswartzberg@pswlaw.com
Meor Adlin c/o Brian Stephen Kabateck:  bsk@kbklawyers.com
Meor Adlin c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
All Nippon Airways c/o Ankur Kapoor:  akapoor@constantinecannon.com
All Nippon Airways c/o Gary J. Malone:  gmalone@constantinecannon.com
All Nippon Airways c/o Jesse William Markham:  jmarkhamlaw@sbcglobal.net
All Nippon Airways c/o Harrison J. McAvoy:  hmcavoy@constantinecannon.com
All Nippon Airways c/o Douglas E. Rosenthal:  drosenthal@constantinecannon.com
All Nippon Airways c/o Alysia Solow:  asolow@constantinecannon.com
All Plaintiffs c/o Dana Marie Andreoli:  dandreoli@steyerlaw.com
All Plaintiffs c/o Swathi Bojedla:  sbojedla@hausfeldllp.com
All Plaintiffs c/o Elizabeth Tran Castillo:  ecastillo@cpmlegal.com
All Plaintiffs c/o Craig C. Corbitt:  ccorbitt@zelle.com
All Plaintiffs c/o Joseph W. Cotchett:  jcotchett@cpmlegal.com
All Plaintiffs c/o Seth R. Gassman:  sgassman@hausfeld.com
All Plaintiffs c/o Derek G. Howard:  derek@derekhowardlaw.com
All Plaintiffs c/o Megan E. Jones:  mjones@hausfeldllp.com
All Plaintiffs c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
All Plaintiffs c/o Aron K. Liang:  aliang@minamitamaki.com
All Plaintiffs c/o Gilmur Roderick Murray:  gmurray@murrayhowardlaw.com
All Plaintiffs c/o Scott E. Poynter:  scott@swcfirm.com
All Plaintiffs c/o Hollis L. Salzman:  hsalzman@robinskaplan.com
All Plaintiffs c/o Francis Onofrei Scarpulla:  fos@scarpullalaw.com
All Plaintiffs c/o Daniel A. Small:  dsmall@cohenmilstein.com

All Plaintiffs c/o Gary Ivan Smith, Jr.:  gsmith@hausfeld.com
All Plaintiffs c/o Adam Trott:  ATrott@cpmlegal.com
All Plaintiffs c/o Adam J. Zapala:  azapala@cpmlegal.com
Lori Barrett c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Lori Barrett c/o Peter Safirstein:  psafirstein@safirsteinmetcalf.com
Lori Barrett c/o Jeff S Westerman:  jwesterman@jswlegal.com
Andrew Barton c/o Neyleen Sara Beljajev:  nortiz@girardikeese.com
Andrew Barton c/o Amanda Heather Kent:  amarz@girardikeese.com
Andrew Barton c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Andrew Barton c/o Graham Bruce LippSmith:  g@lippsmith.com
Michael Benson c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Michael Benson c/o Guido Saveri:  guido@saveri.com
Brenden G. Maloof c/o Derek G. Howard:  derek@derekhowardlaw.com
Brenden G. Maloof c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Rufus Browning c/o Susan Gilah Kupfer:  skupfer@glancylaw.com
Rufus Browning c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Clyde H. Campbell c/o Phillip Alden Baker:  pbaker@bknlawyers.com
Clyde H. Campbell c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Robert Casteel, III c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Robert Casteel, III c/o Reginald Von Terrell:  reggiet2@aol.com
Robert Casteel, III c/o Sharron Williams Gelobter:  sgelobter@gotolawfirm.com
Michael Chekian, Esq. c/o Michael Chekian, Esq.:  mike@cheklaw.com
Larry Chen c/o Joseph W. Cotchett:  jcotchett@cpmlegal.com
Larry Chen c/o Michael D. Hausfeld:  mhausfeld@hausfeldllp.com
Larry Chen c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Larry Chen c/o Michael Paul Lehmann:  mlehmann@hausfeldllp.com
Larry Chen c/o Aron K. Liang:  aliang@minamitamaki.com
Larry Chen c/o Nanci Eiko Nishimura:  nnishimura@cpmlegal.com
Larry Chen c/o Bruce Lee Simon: bsimon@pswlaw.com
Woodrow Clark, II c/o Brian Joseph Barry:  bribarry1@yahoo.com
Woodrow Clark, II c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Rachel Diller c/o Michelle Akerman:  MAkerman@hansonbridgett.com
Rachel Diller c/o Lee Albert:  lalbert@glancylaw.com
Rachel Diller c/o Dana Marie Andreoli:  dandreoli@steyerlaw.com
Rachel Diller c/o Swathi Bojedla:  sbojedla@hausfeldllp.com
Rachel Diller c/o Daniel Cohen:  danielc@cuneolaw.com
Rachel Diller c/o Robert G. Eisler:  reisler@gelaw.com
Rachel Diller c/o Seth R. Gassman:  sgassman@hausfeld.com
Rachel Diller c/o Michael D. Hausfeld:  mhausfeld@hausfeldllp.com
Rachel Diller c/o Jay L. Himes:  jhimes@labaton.com
Rachel Diller c/o Steven A. Kanner:  skanner@fklmlaw.com
Rachel Diller c/o Kimberly Ann Kralowec:  kkralowec@kraloweclaw.com
Rachel Diller c/o Susan Gilah Kupfer:  skupfer@glancylaw.com

Rachel Diller c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Rachel Diller c/o Michael Paul Lehmann:  mlehmann@hausfeldllp.com
Rachel Diller c/o William Henry London:  wlondon@fklmlaw.com
Rachel Diller c/o Brian P. Murray:  bmurray@glancylaw.com
Rachel Diller c/o Jayne Ann Peeters:  jpeeters@steyerlaw.com
Rachel Diller c/o Allan Steyer:  asteyer@steyerlaw.com
Christian Duke c/o John G. Emerson:  jemerson@emersonfirm.com
Christian Duke c/o Marvin L. Frank:  mfrank@frankllp.com
Christian Duke c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Christian Duke c/o Scott E. Poynter:  scott@swcfirm.com
Christian Duke c/o Guido Saveri:  guido@saveri.com
Christian Duke c/o Richard Alexander Saveri:  rick@saveri.com
Christian Duke c/o Cadio R. Zirpoli:  cadio@saveri.com
James Evans c/o Brian Joseph Barry:  bribarry1@yahoo.com
James Evans c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Matthew Evans c/o Phillip Alden Baker:  pbaker@bknlawyers.com
Matthew Evans c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Mark Foy c/o Daniel C. Girard:  dgirard@girardsharp.com
Mark Foy c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Mark Foy c/o Dena C. Sharp:  dsharp@girardsharp.com
Mark Foy c/o Aaron M. Sheanin:  asheanin@robinskaplan.com
Mark Foy c/o Janice Seyoung Yi:  janice@bass-law.net
Scott Frederick c/o Garrett D. Blanchfield, Jr.:  g.blanchfield@rwblawfirm.com
Scott Frederick c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Scott Frederick c/o Guido Saveri:  guido@saveri.com
Stephen Gaffigan c/o Robert N. Kaplan:  rkaplan@kaplanfox.com
Stephen Gaffigan c/o Elana Katcher:  EKatcher@kaplanfox.com
Stephen Gaffigan c/o Laurence D. King:  lking@kaplanfox.com
Stephen Gaffigan c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Margaret Garcia c/o Joseph W. Cotchett:  jcotchett@cpmlegal.com
Margaret Garcia c/o Elizabeth Lane Crooke:  bcrooke@elllaw.com
Margaret Garcia c/o Walter John Lack:  Walter John Lack
Margaret Garcia c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Margaret Garcia c/o Aron K. Lian:  aliang@minamitamaki.com
Margaret Garcia c/o Nanci Eiko Nishimura:  nnishimura@cpmlegal.com
Margaret Garcia c/o Douglas Yongwoon Park:  dpark@cpmlegal.com
Margaret Garcia c/o Neil Swartzberg:  nswartzberg@pswlaw.com
Reiko Hirai c/o Richard J. Arsenault:  rarsenault@nbalawfirm.com
Reiko Hirai c/o W. Joseph Bruckner:  wjbruckner@locklaw.com
Reiko Hirai c/o Joseph Goldberg:  jg@fbdlaw.com
Reiko Hirai c/o Daniel E. Gustafson:  dgustafson@gustafsongluek.com
Reiko Hirai c/o Christopher T. Heffelfinger:  cheffelfinger@bermantabacco.com
Reiko Hirai c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com

Reiko Hirai c/o Dianne M. Nast:  dnast@nastlaw.com
Bruce Hut c/o Robert N. Kaplan:  rkaplan@kaplanfox.com
Bruce Hut c/o Elana Katcher:  EKatcher@kaplanfox.com
Bruce Hut c/o Laurence D. King:  lking@kaplanfox.com
Bruce Hut c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
KLM Royal Dutch Airline c/o Brenda DiLuigi:  brenda.diluigi@linklaters.com
KLM Royal Dutch Airline c/o Gary A. MacDonald:  gary.macdonald@skadden.com
KLM Royal Dutch Airline c/o Thomas A. McGrath:  thomas.mcgrath@linklaters.com
KLM Royal Dutch Airline c/o James Robert Warnot, Jr.:  james.warnot@linklaters.com
Martin Kaufman c/o Mario Nunzio Alioto:  malioto@tatp.com
Martin Kaufman c/o Lauren Clare Capurro:  laurenrussell@tatp.com
Martin Kaufman c/o Sherman Kassof:  heevay@yahoo.com
Martin Kaufman c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Martin Kaufman c/o Joseph Mario Patane:  jpatane@tatp.com
Tori Kitagawa c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Tori Kitagawa c/o Guido Saveri:  guido@saveri.com
David Kuo c/o Joseph W. Cotchett:  jcotchett@cpmlegal.com
David Kuo c/o Michael D. Hausfeld:  mhausfeld@hausfeldllp.com
David Kuo c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
David Kuo c/o Michael Paul Lehmann:  mlehmann@hausfeldllp.com
David Kuo c/o Aron K. Liang:  aliang@minamitamaki.com
David Kuo c/o Nanci Eiko Nishimura:  nnishimura@cpmlegal.com
David Kuo c/o Pierce Henry O'Donnell:  pod@oslaw.com
David Kuo c/o Robert M. Partain:  robert@aswtlawyers.com
Justin LaBarge c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Justin LaBarge c/o Guido Saveri:  guido@saveri.com
Justin LaBarge c/o Eugene A. Spector:  ESpector@srkattorneys.com
Kathryn Lavin c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Lax & Company, Inc. c/o Whitney E. Street:  WhitneySt@hbsslaw.com
Dickson Leung c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Dickson Leung c/o Jack Wing Lee:  jlee@MinamiTamaki.com
Ireatha Diane Mitchell c/o Mario Nunzio Alioto:  malioto@tatp.com
Ireatha Diane Mitchell c/o Sherman Kassof:  heevay@yahoo.com
Ireatha Diane Mitchell c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Kevin Moy:  terry@gba-law.com
Kevin Moy c/o Terry Gross:  terry@grossbelsky.com
Kevin Moy c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
David Murphy c/o Joseph W. Cotchett:  jcotchett@cpmlegal.com
David Murphy c/o Michael D. Hausfeld:  mhausfeld@hausfeldllp.com
David Murphy c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
David Murphy c/o Michael Paul Lehmann:  mlehmann@hausfeldllp.com
David Murphy c/o Aron K. Liang:  aliang@minamitamaki.com
David Murphy c/o Nanci Eiko Nishimura:  nnishimura@cpmlegal.com
David Murphy c/o Pierce Henry O'Donnell:  pod@oslaw.com
David Murphy c/o Robert M. Partain:  robert@aswtlawyers.com

Ed Park c/o Jack Wing Lee:  jlee@MinamiTamaki.com
Lolly Randall c/o John G. Emerson:  jemerson@emersonfirm.com
Lolly Randall c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Lolly Randall c/o Scott E. Poynter:  scott@swcfirm.com
Lolly Randall c/o Guido Saveri:  guido@saveri.com
Lolly Randall c/o Richard Alexander Saveri:  rick@saveri.com
Lolly Randall c/o Cadio R. Zirpoli:  cadio@saveri.com
Thomas Schelly c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Thomas Schelly c/o Guido Saveri:  guido@saveri.com
Tracey Wadmore Smith c/o Neyleen Sara Beljajev:  nortiz@girardikeese.com
Tracey Wadmore Smith c/o Amanda Heather Kent:  amarz@girardikeese.com
Tracey Wadmore Smith c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Tracey Wadmore Smith c/o Graham Bruce LippSmith:  g@lippsmith.com
James Stewart c/o Azra Z. Mehdi:  azram@themehdifirm.com
Sarah Tran c/o Rosemary M. Rivas:  rmr@classlawgroup.com
Titi Tran c/o Joseph W. Cotchett:  jcotchett@cpmlegal.com
Titi Tran c/o Michael D. Hausfeld:  mhausfeld@hausfeldllp.com
Titi Tran c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Titi Tran c/o Michael Paul Lehmann:  mlehmann@hausfeldllp.com
Titi Tran c/o Aron K. Liang:  aliang@minamitamaki.com
Titi Tran c/o Nanci Eiko Nishimura:  nnishimura@cpmlegal.com
Titi Tran c/o Bruce Lee Simon:  bsimon@pswlaw.com
Titi Tran c/o Ashlei Melissa Vargas:  avargas@pswplaw.com
Jason Gregory Turner c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Jason Gregory Turner c/o Peter Safirstein:  psafirstein@safirsteinmetcalf.com
Jason Gregory Turner c/o Jeff S Westerman:  jwesterman@jswlegal.com
United Airlines c/o Jung-Ying Joann Liao:  invalidaddress@invalidaddress.com
United Airlines c/o Mitchell D. Raup:  mraup@polsinelli.com
United States of America c/o Jeffrey Michael Smith:  Jeffrey.Smith5@usdoj.gov
Cherokii Verduzco c/o Guido Saveri:  guido@saveri.com
Linda Williams c/o Lawrence Genaro Papale:  lgpapale@papalelaw.com
Donald Wortman c/o Eric James Buescher:  eric@baykeeper.org
Donald Wortman c/o Joseph W. Cotchett:  jcotchett@cpmlegal.com
Donald Wortman c/o Elizabeth Lane Crooke:  bcrooke@elllaw.com
Donald Wortman c/o Walter John Lack:  wlack@elllaw.com
Donald Wortman c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Donald Wortman c/o Aron K. Liang:  aliang@minamitamaki.com
Donald Wortman c/o Niall Padraic McCarthy:  nmccarthy@cpmlegal.com
Donald Wortman c/o Nanci Eiko Nishimura:  nnishimura@cpmlegal.com
Donald Wortman c/o Douglas Yongwoon Park:  dpark@cpmlegal.com
Donald Wortman c/o Aaron M. Sheanin:  asheanin@robinskaplan.com
Donald Wortman c/o Neil Swartzberg:  nswartzberg@pswlaw.com
Donald Wortman c/o Adam J. Zapala:  azapala@cpmlegal.com

Amy Yang c/o Aaron M Dawson:  aaron@dawsonandrosenthal.com
Amy Yang c/o Theodore Harold Frank:  tfrank@gmail.com
Amy Yang c/o Anna St. John:  annastjohn@stjohnlawfirm.com

I further hereby certify that the Judge in this matter was served via U.S. Mail on June 17, 2022:

Hon. Charles W. Breyer
United States District Court
Office of the Clerk
450 Golden Gate Ave, 16th Floor
San Francisco, CA 94102

June 17, 2022

/s/ Michael Chekian
Michael Chekian, Esq.
Chekian Law Office