UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | ) Case No. 07-cv-05634-CRB<br>)<br>) MDL No. 1913<br>)<br>) **ORDER ON MOTION**<br>) **FOR SECONDARY DISTRIBUTION**<br>) **OF REMAINING SETTLEMENT**<br>) **FUNDS AND REQUEST FOR**<br>) **ATTORNEY FEES AND**<br>) **REIMBURSEMENT OF EXPENSES**<br>) **(DOCKET ENTRY 1347)** |

Upon consideration of the Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorney Fees and Reimbursement of Expenses, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. Class Counsel shall notify all approved claimants if their check was returned to the claims administrator or not cashed and provide them with thirty (30) days to update their address.

2. After the address changes are administered, as to domestic (United States based) claimants that did not respond, the claims administrator Rust Consulting will comply with the escheat laws for the state of the claimant.

3. As to the remaining funds, Class Counsel shall file a new motion for secondary distribution of remaining settlement funds and request for attorney fees and comply with Fed. R. Civ. Proc. 23(h)(1) and (2) by notifying all claimants via email and, to the claimants who did not provide an email, by postal mail.

4. Attorney for the Objectors may, within ten (10) days after Class Counsel's new motion, file a motion for attorney fees.

5. Class Counsel shall not attempt to relitigate, dispute, object to, or otherwise challenge claims that received a notice of Final Determination approving said claims.

Dated:

By the Court:

_____
United States District Judge