**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | Civil Case No. 3:07-cv-05634-CRB <br><br> MDL No. 1913 <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINSTRATIVE MOTION TO EXTEND TIME TO REPLY TO OBJECTIONS TO THE MOTION FOR SECONDARY DISTRIBUTION OF REMAINING SETTLEMENT FUNDS AND REQUEST FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES PURSUANT TO CIVIL L.R. 6-3 AND 7-11** |
| **This Document Relates To:** <br><br> **ALL ACTIONS** | |

The Court, having reviewed Plaintiffs' Administrative Motion To Extend Time to File Plaintiffs' Reply to Objections to the Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses Pursuant to Civil Local Rules 6-3 and 7-11, as well as the Court's files and records in this matter, hereby finds that the relief requested is appropriate.

Accordingly, it is hereby ORDERED and DECREED that:

The Court grants the Administrative Motion and orders Plaintiffs to submit their Reply to the Objections to the Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses on September 15, 2022.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                                                CHARLES R. BREYER
                                                                                                UNITED STATES DISTRICT JUDGE