# EXHIBIT B

# Elizabeth Castillo

| | |
|---|---|
| **From:** | J A Roth <jroth@jarothlaw.com> |
| **Sent:** | Monday, August 29, 2022 6:45 AM |
| **To:** | Elizabeth Castillo |
| **Subject:** | RE: TransPacific Airline Claim 0000144970 |

> You don't often get email from jroth@jarothlaw.com. Learn why this is important

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Counsel:

We received your communication relating to the TransPacific matter. We just received this issue late last week and are reviewing various Ninth Circuit decisions to determine if this is being handled correctly from the viewpoint of a class member and whether this office will be handling the process or if local counsel will be retained.

Until we have a chance to thoroughly read the terms of the settlement and the opinions approving the same, and to determine what the client's rights and responsibilities are, we cannot at this time intelligently advise the client or respond to your request to engage in informal discovery. We hope to respond by the end of the week.

J. A. Roth, Esq.