United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Case No.  07-cv-05634-CRB |
| | **ORDER SETTING HEARING** |
| This Document relates to: <br> ALL ACTIONS | |

The Court hereby sets a hearing for Friday, October 28, 2022 at 10:00 AM, via Zoom webinar.  At that hearing, the Court will hear argument on (1) Plaintiffs' Motion for Secondary Distribution of Remaining Settlement Funds (dkt. 1347) and (2) Mr. Chekian's claim.[1]  In the intervening time, Class Counsel and Rust may audit/re-examine Corp. Xanadu's claim, consistent with their obligation to pay only qualified claimants.

**IT IS SO ORDERED.**

Dated: September 28, 2022

CHARLES R. BREYER
United States District Judge

---

[1] The Court previously gave Mr. Chekian until September 30 to submit all of his documentation to Rust.  The Court envisions that Rust will make a determination regarding Mr. Chekian's claim by October 28.