# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Northern District of California**

U.S. District Court case number: **07-cv-05634-CRB**

Date case was first filed in U.S. District Court: **11/06/2007**

Date of judgment or order you are appealing: **9/27/2022**

Note: Appellant does not appeal the setting of a hearing. It only appeals the Order that "Class Counsel and Rust may audit/re-examine Corp. Xanadu's claim, ...," which violates the final, approved settlements at entries 1318/1319, 1259/1260, 1256/1257/1258, and other judgments along with the Order at Entry 1327 and the administrative "final" determination of Appellant's claim.

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Xanadu Corp.

Is this a cross-appeal?  ○ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ⦿ Yes   ○ No

If Yes, what is the prior appeal case number? **15-15364**

Your mailing address:

805 Alexandria Street S.

City: **Latrobe**   State: **PA**   Zip Code: **15650**

Prisoner Inmate or A Number (if applicable):

Signature: **J. Allen Roth, Esq.**   Date: **October 20, 2022**

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 1                                                                                                    Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Xanadu Corp.

Name(s) of counsel (if any):
J. Allen Roth, Esq.

Address: 805 Alexandria Street S, Latrobe PA  15650

Telephone number(s): 724-686-8003

Email(s): office@jarothlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Meor Adlin, Franklin Ajaye, Andrew Barton, Rachel Diller, Scott Frederick, David Kuo, Dickson Leung, Brendan Maloof, Donald Wortman, Harley Oda, Roy Onomura, Shinsuke Kobayashi, Patricia Lee, Nancy Kajiyama, Della Ewing Chow, James Kawaguchi, and Sharon Christian

Name(s) of counsel (if any):
Adam J. Zapala (245748)  COTCHETT, PITRE & McCARTHY, LLP
Michael P. Lehmann (77152)  HAUSFELD LLP

Address: 840 Malcolm Road  Burlingame, CA 94010

Telephone number(s): (650) 697-6000

Email(s): azapala@cpmlegal.com,mlehmann@hausfeld.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at* *forms@ca9.uscourts.gov*

**Form 6**                                       *1*                                 *New 12/01/2018*