Michael F. Chekian, Esq. SBN 165026
Chekian Law Office, Inc.
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
(310) 390-5529-Voice
(310) 451-0739-Facsimile
mike@cheklaw.com-Email

Claimant In Pro Se (Michael Chekian)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>Transpacific Passenger Air Transportation Antitrust Litigation | Case No.: 3:07-CV-05634-CRB<br><br>**SUPPLEMENTAL RESPONSE OF CLAIMANT MICHAEL CHEKIAN TO MOTION TO ALLOW CLAIM; DECLARATION OF MICHAEL CHEKIAN**<br><br>Hearing:<br>Date:  October 28, 2022<br>Time:  10:00 a.m.<br>Place:  Via Zoom webinar |

**TO: HON. CHARLES L. BREYER, PLAINTIFFS AND INTERESTED PARTIES:**

Claimant Michael Chekian ("Chekian") hereby supplements his response to his motion ("Motion") to allow his claim ("Claim").  The Claim was filed in this action on or about July 8, 2019.  Chekian's Motion was filed on April 8, 2022 as docket 1334.  The class plaintiffs ("Plaintiffs") in this action filed a response on April 22, 2022 as docket numbers 1335 and 1335-1 (collectively "Response") to Chekian's Motion.  Chekian filed a reply to the Response on April 29, 2022 as docket 1336.  The Court set this matter for a continued hearing by its order ("Order") entered September 28, 2022 as docket 1358.  The Order noted that the Court previously gave Chekian until September 30, 2022 to submit all his documentation to the claims agent in this matter, Rust Settlement ("Rust").

When Chekian prepared his Claim, he had sufficient records to be able to accurately calculate the amount of his Claim.

Case 3:07-cv-05634-CRB   Document 1362   Filed 10/25/22   Page 2 of 20

However, Chekian's records of his flights for the 2000-2007 time frame are presently not available because in June 2021, after filing the Claim but prior to being aware of the Claim audit, Chekian destroyed most of his files and records from 2010 and prior dates.  See Exhibit A to the within Chekian declaration.

In order to prove up the portion of the Claim concerning pre-2010 flights, Chekian contacted airlines, U.S. Department of State (passport information) and his credit card companies requesting documents, records and statements through multiple emails and letters.

Since Chekian is not a party and just a claimant without subpoena power, he can only make informal requests for the key records in the 2000-2007 time frame to prove up his Claim.

On September 30, 2022, Chekian submitted additional documents to prove up his Claim to Rust and Plaintiffs' counsel.  The documentation still is not complete.  See the updated chart of documents submitted so far to Rust and to Plaintiffs' counsel as Exhibit B.

A key issue to prove Chekian's Claim is the flight records from 2000-2007 with All Nippon Airways ("ANA").  In response to Chekian's request for these records, ANA indicates it needs more time to produce them.  See the email attached as Exhibit C to the within Chekian declaration.

As of today, Chekian has not received an updated response from ANA.

Therefore, it is respectfully requested that the hearing on this matter be continued for at least 30 days for Chekian to receive the updated results from ANA.

Dated:  October 25, 2022                            /s/ Michael F. Chekian
                                                    Michael F. Chekian
                                                    In Pro Se Claimant

2

**DECLARATION OF MICHAEL CHEKIAN**

**REGARDING SUPPLEMENTAL RESPONSE TO MOTION TO ALLOW CLAIM**

I, Michael Chekian, am representing myself In Pro Se in this litigation. I am also an attorney duly licensed to practice law in all of the courts of the state of California and all California federal district courts, including the federal district of the Northern District of California and also the 9th Circuit Court of Appeals. I do hereby declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge, and if called upon as a witness, I could and would personally testify under oath in a court of law to the truthfulness of each of the below facts.

1. I am a claimant in the Transpacific Passenger Air Transportation Antitrust ("Plaintiff") lawsuit, filed in this Court as case number 3:07-CV-05634-CRB. I filed my online claim ("Claim") on July 8, 2019 in this Case with the Rust settlement administrator ("Rust").

2. When I prepared the Claim, I had sufficient records to be able to accurately calculate the amount of my Claim.

3. However, my records of my flights for the 2000-2007 time frame are presently not available because in June 2021, after filing the Claim but prior to being aware of the Claim audit, I destroyed most of my files and records from 2010 and prior. True and correct copies evidencing the shredding of my 2010 and prior documents in June 2021 are collectively attached hereto as Exhibit A.

///

3

4. In order to prove up the portion of my Claim concerning pre-2010 flights, I contacted airlines, U.S. Department of State for passport information and my credit card companies requesting documents, records and statements through multiple emails and letters.

5. Since I am a non-party without subpoena power, I can only make informal requests for the key records in the 2000-2007 time frame to prove up my Claim.

6. On September 30, 2022, I submitted additional documents to prove up my Claim to Rust and Plaintiffs' counsel. The documentation still is not complete. I am attaching an updated chart of documents submitted so far to Rust and to Plaintiffs' counsel as Exhibit B.

7. A key issue to prove my Claim is the flight records from 2000-2007 with All Nippon Airways ("ANA"). In response to my request for these records, ANA indicates it needs more time to produce them. A true and correct copy of ANA's latest email to me is attached hereto as Exhibit C.

8. As of today, I have not received an updated response from ANA. Therefore, I am requesting a continuance of the hearing to determine my Claim for at least 30 days.

I do hereby declare under the penalty of perjury and pursuant to the laws of the United States of America that the foregoing is true and correct and that this declaration is executed this 25th day of October, 2022, at Los Angeles, California.

_/s/ Michael Chekian_____
Michael Chekian

4




| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **BILL TO :** | Chekian Law Office | | | INVOICE# | : | CINV-000087 | |
| | 445S. Figueroa Street | | | DATE | : | 6/7/2021 | |
| | 31st Floor | | | PO# | : | | |
| | Los Angeles,CA 90071 | | | TERMS | : | Due on Receipt | |

| QTY | ITEM | PU DATE | PU# | LOCATION ID | ADDRESS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | Minimum Bulk | 6/7/2021 | SO8981 | | 445 S. Figueroa Street | 150.00 | 150.00 |
| | | | | | | **Total:** | **150.00** |



**CERTIFICATE OF DESTRUCTION**

PLEASE REMIT TO: THE SHREDDERS P.O.BOX 91-1197 LOS ANGELES,CA 90091

OFFICE 800-222-2044 FAX 323-722-9686 www.theshredders.com

**THANK YOU FOR YOUR BUSINESS**

1

CINV-000087

**EXHIBIT A**
Page 1 of 1



P.O. Box 15284
Wilmington, DE 19850

CHEKIAN LAW OFFICE, INC.
445 S FIGUEROA ST STE 3100
LOS ANGELES, CA  90071-1635

## Business Advantage

**Customer service information**

- 1.888.BUSINESS (1.888.287.4637)
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

## Your Business Economy Checking

for June 1, 2021 to June 30, 2021

Account number: 3647

**CHEKIAN LAW OFFICE, INC.**

### Account summary

| | |
|---|---|
| Beginning balance on June 1, 2021 | $2,063.39 |
| Deposits and other credits | 13,749.48 |
| Withdrawals and other debits | -13,488.90 |
| Checks | -0.00 |
| Service fees | -16.00 |
| **Ending balance on June 30, 2021** | **$2,307.97** |

# of deposits/credits: 21
# of withdrawals/debits: 83
# of deposited items: 6
# of days in cycle: 30
Average ledger balance: $2,439.73

**BUSINESS ADVANTAGE**

Go paperless today!

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360, our small business online banking, and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-02-21-1021.B | 3454369

2                                                                                           EXHIBIT A

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---:|
| 06/09/21 | PURCHASE   0608 PAYPAL *JOBSTCONSUL 402-935-7733 CA | -137.50 |
| 06/10/21 | CHECKCARD  0609 STAMPS.COM 855-608-2677 CA 24692161160100710076511 RECURRING CKCD 7399 XXXXXXXXXXXX0085 XXXX XXXX XXXX 0085 | -17.99 |
| 06/10/21 | CHECKCARD  0609 PropertyShark.com 805-6992040  CA 24906411160123200852291 CKCD 7375 XXXXXXXXXXXX0085 XXXX XXXX XXXX 0085 | -4.95 |
| 06/14/21 | CHECKCARD  0611 CALENDLY HTTPSCALENDLYGA 24492151162637206973264 RECURRING CKCD 5734 XXXXXXXXXXXX0085 XXXX XXXX XXXX 0085 | -15.00 |
| 06/14/21 | CHECKCARD  0613 CIRCLE K 09440 LOS ANGELES  CA CKCD 5542 XXXXXXXXXXXX0085 XXXX XXXX XXXX 0085 | -50.00 |
| 06/15/21 | CHECKCARD  0614 THE SHREDDERS 8002222044   CA 24055231165200234400036 CKCD 7399 XXXXXXXXXXXX0085 XXXX XXXX XXXX 0085 | -150.00 |
| 06/15/21 | CHECKCARD  0614 CLIO.COM 888-858-2546 HTTPSWWW.CLIODE 24011341166000003684599 RECURRING CKCD 5734 XXXXXXXXXXXX0085 XXXX XXXX XXXX 0085 | -162.19 |
| 06/15/21 | CHECKCARD  0614 CLIO.COM 888-858-2546 HTTPSWWW.CLIODE 24011341166000003745358 RECURRING CKCD 5734 XXXXXXXXXXXX0085 XXXX XXXX XXXX 0085 | -87.79 |
| 06/16/21 | CHECKCARD  0615 24 Hour Fitness USA, I 800-4326348  CA 24204291166000556663838 RECURRING CKCD 7997 XXXXXXXXXXXX0085 XXXX XXXX XXXX 0085 | -18.27 |
| 06/17/21 | CHECKCARD  0616 CHEVRON 0206378 LOS ANGELES  CA 24692161167100263191793 CKCD 5542 XXXXXXXXXXXX0085 XXXX XXXX XXXX 0085 | -42.00 |
| 06/17/21 | CHECKCARD  0616 USPS STAMPS ENDICIA 888-434-0055 DC 24445001168600130557719 CKCD 9402 XXXXXXXXXXXX0085 XXXX XXXX XXXX 0085 | -50.00 |
| 06/17/21 | CHECKCARD  0616 NEXTCHAPTERBK.COM NEXTCHAPTERBKOH 24492151168637371038772 RECURRING CKCD 5734 XXXXXXXXXXXX0085 XXXX XXXX XXXX 0085 | -17.88 |
| 06/17/21 | CHECKCARD  0616 NEXTCHAPTERBK.COM NEXTCHAPTERBKOH 24492151168637371669162 RECURRING CKCD 5734 XXXXXXXXXXXX0085 XXXX XXXX XXXX 0085 | -79.00 |
| 06/17/21 | CHECKCARD  0617 MSFT * E0500EYF83 800-642-7676 WA 24430991168400810026351 RECURRING CKCD 5045 XXXXXXXXXXXX0085 XXXX XXXX XXXX 0085 | -68.55 |
| 06/18/21 | CHECKCARD  0617 UNIVERSAL CREDIT SERVI 888-212-4200 PA 24688071168017046067106 CKCD 7321 XXXXXXXXXXXX0085 XXXX XXXX XXXX 0085 | -17.08 |
| 06/18/21 | CHECKCARD  0617 COURTS/USBC-CA-PG 805-884-4800 CA 24240981169600180260825 CKCD 9399 XXXXXXXXXXXX0085 XXXX XXXX XXXX 0085 | -313.00 |
| 06/21/21 | CHECKCARD  0620 SINACO OIL CORP LOS ANGELES  CA 24801971172839000039194 CKCD 5542 XXXXXXXXXXXX0085 XXXX XXXX XXXX 0085 | -58.49 |
| 06/22/21 | CHECKCARD  0621 Adobe Inc 800-8336687  CA 24204291172000220626833 RECURRING CKCD 5817 XXXXXXXXXXXX0085 XXXX XXXX XXXX 0085 | -14.99 |
| 06/22/21 | CHECKCARD  0621 AMZN MKTP US*210IT6K61 AMZN.COM/BILLWA 24431061172083309744893 CKCD 5942 XXXXXXXXXXXX0085 XXXX XXXX XXXX 0085 | -22.84 |
| 06/23/21 | CHECKCARD  0621 L A SUPERIOR COURT 213-8930364  CA 24492791173118000136481 CKCD 9399 XXXXXXXXXXXX0085 XXXX XXXX XXXX 0085 | -1.00 |
| 06/23/21 | CHECKCARD  0621 AM VOICE MAIL SEGWAY CO 310-4784949  CA 24755421174131742560665 CKCD 5969 XXXXXXXXXXXX0085 XXXX XXXX XXXX 0085 | -22.62 |
| 06/23/21 | CHECKCARD  0622 ZUBTITLE.COM HTTPSZUBTITLESC 24011341173000047976267 RECURRING CKCD 7392 XXXXXXXXXXXX0085 XXXX XXXX XXXX 0085 | -19.00 |
| 06/24/21 | CHECKCARD  0623 ZIPRECRUITER, INC. 8557475493   CA 24492151174717692006948 CKCD 7361 XXXXXXXXXXXX0085 XXXX XXXX XXXX 0085 | -319.00 |
| 06/25/21 | CHECKCARD  0623 L A SUPERIOR COURT 213-8930364  CA 24492791175118000163863 CKCD 9399 XXXXXXXXXXXX0085 XXXX XXXX XXXX 0085 | -1.00 |
| 06/25/21 | CHECKCARD  0623 L A SUPERIOR COURT 213-8930364  CA 24492791175118000161461 CKCD 9399 XXXXXXXXXXXX0085 XXXX XXXX XXXX 0085 | -1.00 |
| 06/25/21 | CHECKCARD  0623 L A SUPERIOR COURT 213-8930364  CA 24492791175118000162030 CKCD 9399 XXXXXXXXXXXX0085 XXXX XXXX XXXX 0085 | -1.00 |

*continued on the next page*

Chekian Flight History Record-Transpacific Class Action

| Date | Buy From | Flight Number | Origin City | Destination | Ticket No./other ev. | Ref. Page Number | Operating Airline |
|---|---|---|---|---|---|---|---|
| 4/18/2002 | | 5 | LAX | TPE | Sec. of State Resp. | 284 and 259 | China Air |
| 4/19/2002 | | 65 | TPE | BKK | Sec. of State Resp. | 284 and 259 | China Air |
| 4/25/2002 | | 66 | BKK | TPE | Sec. of State Resp. | 285 and 260 | China Air |
| 4/25/2002 | | 6 | TPE | LAX | Sec. of State Resp. | 285 and 260 | China Air |
| 7/7/2006 | | | LAX | BKK | evid. of flight-calendar | 192 | |
| 7/21/2006 | | | BKK | LAX | evid. of flight-calendar | 193 | |
| 11/19/2006 | | | LAX | BKK | evid. of flight-calendar | 194 | |
| 11/26/2006 | | | BKK | LAX | evid. of flight-calendar | 195 | |
| 12/29/2006 | | | LAX | BKK | evid. of flight-calendar | 196 | |
| 1/3/2007 | | | BKK | LAX | evid. of flight-calendar | 197 | |
| 5/3/2007 | | | LAX | BKK | evid. of flight-calendar | 200 | |
| 5/12/2007 | | | BKK | LAX | evid of flight-calendar | 201 | |
| 8/20/2007 | | | LAX | Thailand | evid. of hotel-cc stmnt. | 176 | |
| 9/13/2007 | | | LAX | Thailand | Res. Code 2ZFVV9 | 202 | |
| 9/18/2007 | | | Thailand | LAX | evid. of flight-calendar | 203 | |
| 9/19/2007 | | | LAX | Thailand | evid. of hotel-cc stmnt. | 185 | |
| 9/26/2007 | | | LAX | BKK | evid. of hotel-cc stmnt. | 187 | |
| 9/28/2007 | | | LAX | BKK | evid. of hotel-cc stmnt. | 187 | |
| 12/29/2007 | THAI | 795 | LAX | BKK | cal., res. #2USEEP | 204 | THAI |
| 1/27/2008 | THAI | 794 | BKK | LAX | calendar | 205 | THAI |
| 4/7/2008 | THAI | 795 | LAX | BKK | Calendar-cc stmnt. | 207,143 | THAI |
| 4/27/2008 | THAI | 794 | BKK | LAX | Calendar | 208 | THAI |
| 9/14/2008 | | | LAX | TaipeiBKK | Calendar-cc stmnt. | 209,148 | |
| 10/12/2008 | China Air | 66 | BKK | TaipeiLAX | Calendar-cc stmnt. | 210, 149 | China Air |
| 1/15/200 | China Air | 5 | LAX | Taipei/BKK | Calendar-cc stmt | 212,137 | China Air |
| 1/21/2009 | China Air | 836, 008 | BKK | Taipei/LAX | Calendar-cc stmt | 213, 137 | China Air |
| 4/2/2009 | China Air | | LAX | Taipei/BKK | Calendar-cc stmt | 214, 137 | China Air |
| 4/13/2009 | China Air | | BKK | Taipei/LAX | Calendar-cc stmt | 215,137 | China Air |
| 5/19/2009 | | | LAX | BKK | Calendar | 216 | |
| 6/16/2009 | China Air | | BKK | Taipei/LAX | Calendar-cc stmnt. | 218, 137 | China Air |
| 9/12/2009 | China Air | 05, 65 | LAX | Taipei/BKK | Calendar-cc stmnt. | 219, 137 | China Air |
| 10/12/2009 | China Air | 836, 8 | BKK | Taipei/LAX | Calendar, cc stmt. | 222, 137 | China Air |

**EXHIBIT B**

Chekian Flight History Record-Transpacific Class Action

| Date | Airline | Flight | From | To | Ticket/Ref | Notes | Airline |
|---|---|---|---|---|---|---|---|
| 11/17/2009 | UA | 891 | LAX | NRT | 0162199585913 | 223, 137, 2 | UA |
| 11/18/2009 | UA | 881 | NRT | BKK | 0162199585913 | 223, 137, 2 | UA |
| 12/9/2009 | UA | 882, 890 | BKK | NRT/LAX | Calendar, cc stmt. | 224, 137 | UA |
| 1/28/2010 | UA | 891, 881 | LAX | NRT/BKK | Calendar | 227 | UA |
| 2/23/2010 | UA | 882, 890 | BKK | NRT, LAX | Calendar | 229 | UA |
| 3/16/2010 | UA | | | | evid. of flight-cc stmnt. | 126 | |
| 4/20/2010 | UA | 891, 881 | BKK | NRT, LAX | Calendar | 230 | UA |
| 5/18/2010 | UA | 882, 890 | LAX | NRT, BKK | Calendar | 231 | UA |
| 7/15/2010 | | | | | 0162110 . . . | 130 | |
| 12/27/2010 | China Air | 5 | LAX | Taipei | 2052106467618 | | 2 China Air |
| 12/28/2010 | China Air | 915 | Taipei | BKK | 2052106467618 | | 2 China Air |
| 12/31/2010 | China Air | 954 | BKK | Taipei | 2052106467618 | | 2 China Air |
| 12/31/2010 | China Air | 6 | Taipei | LAX | 2052106467618 | | 2 China Air |
| 4/6/2011 | UA | 5 | LAX | NRT | 0162122774082 | | 2, ANA |
| 4/7/2011 | UA | 915 | NRT | BKK | 0162122774082 | | 2, ANA |
| 4/14/2011 | UA | 890 | NRT | LAX | 0162122774082 | | 2, UA |
| 4/14/2011 | UA | 882 | BKK | NRT | 0162122774082 | | 2, UA |
| 7/7/2011 | UA | 5 | LAX | NRT | 0162127675832 | | 2 ANA |
| 7/8/2011 | UA | 837 | NRT | BKK | 0162127675832 | | 2 UA |
| 7/17/2011 | UA | 890 | NRT | LAX | 0162127675832 | | 2 UA |
| 7/7/2011 | UA | 838 | BKK | NRT | 0162127675832 | | 2 UA |
| 9/12/2011 | UA | 891 | LAX | NRT | 0162130137413 | | 1 UA |
| 9/13/2011 | UA | 837 | NRT | BKK | 0162130137413 | | 1 UA |
| 9/21/2011 | UA | 890 | NRT | LAX | 0162130137413 | | 1 UA |
| 9/21/2011 | UA | 838 | BKK | NRT | 0162130137413 | | 1 UA |
| 9/22/2011 | UA | 838 | NRT | SFO | 0162132164630 | | 1 UA |
| 9/22/2011 | UA | 1806 | KIX | NRT | 0162132164630 | | 1 UA |
| 10/20/2011 | UA | 891 | LAX | NRT | 0162132533102 | | 1 UA |
| 10/21/2011 | UA | 837 | NRT | BKK | 0162132533102 | | 1 UA |
| 11/1/2011 | UA | 804 | BKK | NRT | 0162132533102 | | 1 UA |
| 11/1/2011 | UA | 890 | NRT | LAX | 0162132533102 | | 1 UA |
| 12/7/2011 | UA | 891 | LAX | NRT | 0000000000000 | | 1, 2 UA |
| 12/8/2011 | UA | 803 | NRT | BKK | 0162132906577 | | 1, 2 UA |

Chekian Flight History Record-Transpacific Class Action

| Date | Airline | Flight | From | To | Ticket | Notes |
|---|---|---|---|---|---|---|
| 12/19/2011 | UA | 916 | BKK | NRT | 0162132906577 | 1, 2 ANA |
| 12/21/2011 | UA | 1006 | HND | LAX | 0162132906577 | 1, 2 ANA |
| 2/19/2011 | UA | 891 | LAX | NRT | 0162139290508 | 1 UA |
| 2/20/2011 | UA | 803 | NRT | BKK | 0162139290508 | 1 UA |
| 4/7/2012 | UA | 0891 | LAX | NRT | 0162131544534 | 19 |
| 4/8/2012 | UA | 0881 | NRT | BKK | 0162131544534 | 20 |
| 4/18/2012 | UA | 0882 | BKK | NRT | 0162131544534 | 20 |
| 4/18/2012 | UA | 0890 | NRT | LAX | 0162131544534 | 20 |
| 9/5/2012 | UA | 853 | SFO | NRT | 0162335630100 | 9, 14, 1 UA |
| 9/6/2012 | UA | 881 | NRT | BKK | 0162335630100 | 9, 15, 1 UA |
| 9/18/2012 | UA | 882 | BKK | NRT | 0162335630100 | 9, 1 UA |
| 9/18/2012 | UA | 838 | NRT | SFO | 0162335630100 | 9, 1 UA |
| 11/22/2012 | UA | 693 | LAX | BKK | 0162354789465 | 18 TG |
| 2/23/2013 | UA | 693 | LAX | BKK | 0162354789465 | 27 TG |
| 3/5/2013 | UA | 660 | BKK | HND |  | 31 TG |
| 3/6/2013 | UA | 1006 | HND | LAX | 0162377137403 | 31 ANA |
| 11/1/2013 | UA | 203 | LAX | ICN | 0162377137403 | 33, 3 OZ |
| 11/2/2013 | UA | 659 | ICN | BKK | 0162377137403 | 33 TG |
| 11/10/2013 | UA | 692 | BKK | LAX | 0162377137403 | 33 TG |
| 2/27/2014 | UA | 853 | SFO | NRT | 0162390345585 | 38 UA |
| 2/28/2014 | UA | 837 | NRT | BKK | 0162390345585 | 38 UA |
| 3/9/2014 | UA | 838 | BKK | NRT | 0162390345585 | 38 UA |
| 3/9/2014 | UA | 33 | NRT | LAX | 0162390345585 | 38 UA |
| 4/17/2014 |  |  | LAX | PVG |  | 44 |
| 4/18/2014 |  | 543 | PVG | BKK | 1694861940432 | 41, 4 MU |
| 4/27/2014 |  | 854 | BKK | PVG | 1694861940432 | 41, 4 FM CSH |
| 4/28/2014 |  |  | PVG | LAX |  | 44 |
| 7/3/2014 | UA | 1005 | LAX | HND | 0162408752196 | 52, 6 ANA |
| 7/4/2014 | UA | 847 | HND | BKK | 0162408752196 | 48, 61, 6 ANA |
| 7/13/2004 | UA | 9710 | BKK | NRT | 0162408752196 | 48, 64, 6 ANA |
| 7/13/2014 | UA | 838 | NRT | SFO | 0162408752196 | 48, 64, 6 UA |
| 9/18/2014 | UA | 853 | SFO | NRT |  | 70, 8 UA |
| 9/19/2014 | UA | 9711 | NRT | BKK |  | 70 ANA |

Chekian Flight History Record-Transpacific Class Action

| Date | Airline | Flight | From | To | Ticket | Page | Carrier |
|---|---|---|---|---|---|---|---|
| 9/28/2014 | UA | 9710 | BKK | NRT | | 70-7 | ANA |
| 9/28/2014 | UA | 33 | NRT | LAX | | 71 | UA |
| 11/12/2014 | UA | 32 | LAX | NRT | 0162418094859 | 77-78, 86 | UA |
| 11/13/2014 | UA | 9711 | NRT | BKK | | 78, 8 | ANA |
| 11/24/2014 | UA | 9710 | BKK | NRT | | 78, 8 | ANA |
| 11/24/2014 | UA | 33 | NRT | LAX | | 78, 8 | UA |
| 1/21/2015 | UA | 32 | LAX | NRT | 0162434955637 | 88 | UA |
| 1/22/2015 | UA | 9711 | NRT | BKK | 0162434955637 | 88 | ANA |
| 1/27/2015 | UA | 9710 | BKK | NRT | 0162434955637 | 88 | ANA |
| 1/27/2015 | UA | 33 | NRT | LAX | 0162434955637 | 88 | UA |
| 2/25/2015 | UA | 32 | LAX | NRT | | 91 | UA |
| 2/26/2015 | UA | 7971 | NRT | BKK | | 91 | ANA |
| 3/1/2015 | UA | 692 | BKK | LAX | 0162421246162 | 66 | TG Thai |
| 3/5/2015 | UA | 7968 | BKK | NRT | | 92 | ANA |
| 3/5/2015 | UA | 33 | NRT | LAX | | 92 | UA |
| 4/17/2015 | UA | 11 | LAX | TPE | | 96 | EVA |
| 4/18/2015 | UA | 61 | TPE | BKK | | 96-9 | EVA |
| 4/26/2015 | UA | 100 | BKK | TPE | | 100 | EVA |
| 4/26/2015 | UA | 2 | TPE | LAX | | 100 | EVA |
| 10/15/2015 | UA | 32 | LAX | NRT | | 104-10 | UA |
| 10/16/2015 | UA | 7971 | NRT | BKK | | 105 | ANA |
| 10/24/2015 | UA | 7968 | BKK | NRT | | 105 | ANA |
| 10/24/2015 | UA | 33 | NRT | LAX | | 105 | UA |
| 11/6/2015 | UA | 32 | LAX | NRT | | 111 | UA |
| 11/7/2015 | UA | 7971 | NRT | BKK | | 111 | ANA |
| 11/10/2015 | UA | 7968 | BKK | NRT | | 111 | ANA |
| 11/10/2015 | UA | 7946 | NRT | LAX | | 112 | ANA |
| 11/29/2015 | UA | 32 | LAX | NRT | | 113 | UA |
| 11/30/2015 | UA | 7971 | NRT | BKK | | 114 | ANA |
| 12/10/2015 | UA | 7968 | BKK | NRT | | 114 | ANA |
| 12/10/2015 | UA | 7946 | NRT | LAX | | 114 | ANA |
| 1/28/2016 | UA | 925 | LAX | Seoul | Calendar | 237 | Asiana |
| 1/29/2016 | UA | 6571 | Seoul | BKK | Calendar | 237 | Thai |

Chekian Flight History Record-Transpacific Class Action

| Date | Airline | Flight | From | To | Source | Ref | Carrier |
|---|---|---|---|---|---|---|---|
| 2/2/2016 | UA | 676 | BKK | LAX | Calendar | 238 | Thai |
| 2/25/2016 | UA | 7945, 5 | LAX | NRT, BKK | Calendar | 239 | ANA |
| 3/2/2016 | UA | | BKK | NRT, LAX | Calendar | 240 | |
| 3/31/2016 | UA | | LAX | NRT, BKK | Calendar | 241 | |
| 4/6/2016 | UA | | BKK | NRT, LAX | Calendar | 242 | |
| 4/27/2016 | UA | 32 | LAX | NRT | Reservation | 118 | UA |
| 4/28/2016 | UA | 7971 | NRT | BKK | Reservation | 118 | ANA |
| 5/3/2016 | UA | 7968 | BKK | NRT | Reservation | 118 | ANA |
| 5/3/2016 | UA | 7946 | NRT | LAX | Reservation | 118 | ANA |
| 5/26/2016 | UA | 32 | LAX | NRT | Calendar | 245 | UA |
| 5/27/2016 | UA | 805 | NRT | BKK | Calendar | 245 | ANA |
| 5/31/2016 | UA | 7968 | BKK | NRT | Calendar | 246 | ANA |
| 5/31/2016 | UA | 32 | BKK | LAX | Calendar | 246 | UA |
| 7/2/2016 | UA | | LAX | NRT/BKK | Calendar | 247 | |
| 7/7/2016 | UA | | BKK | NRT/LAX | Calendar | 248 | |
| 10/27/2016 | UA | | LAX | NRT/BKK | Calendar | 249 | ANA |
| 11/2/2016 | UA | | BKK | NRT | Calendar | 250 | ANA |
| 11/2/2016 | UA | 33 | NRT | LAX | Calendar | 250 | UA |
| 11/25/2016 | UA | 7945 | LAX | NRT | Calendar | 251 | ANA |
| 11/26/2016 | UA | | NRT | BKK | Calendar | 251 | ANA |
| 12/31/2016 | UA | 954 | BKK | NRT | Calendar | 252 | ANA |
| 12/31/2016 | UA | | NRT | LAX | Calendar | 252 | |

| Date | Description | Page |
|---|---|---|
| 6/21/2022 | Letter from Chekian to U.S. Department of State | Page 273 |
| 6/30/2022 | Fax and Letter from Chekian to All Nippon Airways | Page 325 |
| 6/30/2022 | Email from Chekian to United Airlines | Page 314 |
| 6/30/2022 | Email from Chekian to China Airlines | Page 308 |
| 6/30/2022 | Email from Chekian to Thai Airways | Page 292 |
| 6/30/2022 | Letter from Chekian to Asiana Airlines | Page 259 |
| 6/30/2022 | Letter from Chekian to American Express | Page 261 |
| 6/30/2022 | Letter from Chekian to Chase Ink Bold Mastercard | Page 266 |
| 6/30/2022 | Letter from Chekian to Chase Explorer Card | Page 267 |
| 6/30/2022 | Letter from Chekian to Chase Ink Card | Page 268 |

| Date | Description | Page |
|---|---|---|
| 7/3/2022-7/5/2022 | Email Thread between Thai Airways and Chekian | Page 294 |
| 7/11/2022 | Letter Response from U.S. Department of State to Chekian | Page 277 |
| 7/13/2022 | Letter Response from Chase Ink Card Services to Chekian | Page 270 |
| 7/14/2022 | Email from Chekian to All Nippon Airways | Page 328 |
| 7/14/2022 | Email from Chekian to Korean Air | Page 271 |
| 7/18/2022 | Email Response from American Express to Chekian | Page 263 |
| 7/22/2022 | Email Response from All Nippon Airways to Chekian | Page 330 |
| 7/26/2022 | Email Response from Thai Airways to Chekian | Page 300 |
| 8/2/2022 | Letter Response from U.S. Department of State to Chekian | Page 278 |
| 8/2/2022 | Email Response from China Ailines to Chekian | Page 310 |
| 8/5/2022 | Email Response from Thai Airways to Chekian | Page 302 |
| 8/5/2022 | Email from Chekian to Thai Airways | Page 306 |
| 8/24/2022-8/25/2022 | Email Thread between United Airlines and Chekian | Page 316 |

# Michael Chekian Esq.

| | |
|---|---|
| **From:** | ANAG情報セキュリティ担当 <anag_infosec@ana.co.jp> |
| **Sent:** | Monday, August 22, 2022 12:39 AM |
| **To:** | Kathya |
| **Cc:** | Michael Chekian Esq. |
| **Subject:** | Re: Request for Statements/Records Michael Chekian |

Dear Mr./Ms.Kathya Ortega （cc.Mr.Michael Chekian）

Thank you for contacting us.

We have received your request, but as it takes more time to confirm the data,
We appreciate your patience in waiting a little longer.

Thank you for your cooperation.

ANA Group Information Security Desk


2022年7月15日(金) 4:23 Kathya <Kathya@cheklaw.com>:

> Greetings,
>
> Please see the attached.
>
> Thanks,
>
> Kathya Ortega
>
> cc: Michael Chekian, Esq.
>
> Enc.
>
> Legal Assistant, **Chekian Law Office**
> 445 South Figueroa Street, 31st Floor
> Los Angeles, CA 90071
> Voice (310) 390-5529
> Email kathya@cheklaw.com
> Facsimile (310) 451-0739

**EXHIBIT C**

**Certificate of Service**

I hereby certify that the following parties were served on October 25, 2022 via the Court's electronic service system with the preceding document: Supplemental Response of Claimant Michael Chekian To Motion To Allow Claim; Declaration of Michael Chekian

Micah Abrams c/o Jennie Lee Anderson:  jennie.anderson@andrusanderson.com
Micah Abrams c/o Craig C. Corbitt:  ccorbitt@zelle.com
Micah Abrams c/o Jiangxiao Athena Hou:  ahou@zelle.com
Micah Abrams c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Micah Abrams c/o Heather T. Rankie:  hrankie@zelle.com
Micah Abrams c/o Francis Onofrei Scarpulla:  fos@scarpullalaw.com
William Adams c/o Joseph W. Cotchett:  jcotchett@cpmlegal.com
William Adams c/o Elizabeth Lane Crooke:  bcrooke@elllaw.com
William Adams c/o Walter John Lack:  wlack@elllaw.com
William Adams c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
William Adams c/o Aron K. Liang:  aliang@minamitamaki.com
William Adams c/o Nanci Eiko Nishimura:  nnishimura@cpmlegal.com
William Adams c/o Douglas Yongwoon Park:  dpark@cpmlegal.com
William Adams c/o Neil Swartzberg:  nswartzberg@pswlaw.com
Meor Adlin c/o Brian Stephen Kabateck:  bsk@kbklawyers.com
Meor Adlin c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
All Nippon Airways c/o Ankur Kapoor:  akapoor@constantinecannon.com
All Nippon Airways c/o Gary J. Malone:  gmalone@constantinecannon.com
All Nippon Airways c/o Jesse William Markham:  jmarkhamlaw@sbcglobal.net
All Nippon Airways c/o Harrison J. McAvoy:  hmcavoy@constantinecannon.com
All Nippon Airways c/o Douglas E. Rosenthal:  drosenthal@constantinecannon.com
All Nippon Airways c/o Alysia Solow:  asolow@constantinecannon.com
All Plaintiffs c/o Dana Marie Andreoli:  dandreoli@steyerlaw.com
All Plaintiffs c/o Swathi Bojedla:  sbojedla@hausfeldllp.com
All Plaintiffs c/o Elizabeth Tran Castillo:  ecastillo@cpmlegal.com
All Plaintiffs c/o Craig C. Corbitt:  ccorbitt@zelle.com
All Plaintiffs c/o Joseph W. Cotchett:  jcotchett@cpmlegal.com
All Plaintiffs c/o Seth R. Gassman:  sgassman@hausfeld.com
All Plaintiffs c/o Derek G. Howard:  derek@derekhowardlaw.com
All Plaintiffs c/o Megan E. Jones:  mjones@hausfeldllp.com
All Plaintiffs c/o Christopher L. Lebsock: clebsock@hausfeldllp.com
All Plaintiffs c/o Aron K. Liang:  aliang@minamitamaki.com
All Plaintiffs c/o Gilmur Roderick Murray:  gmurray@murrayhowardlaw.com
All Plaintiffs c/o Scott E. Poynter:  scott@swcfirm.com
All Plaintiffs c/o Hollis L. Salzman:  hsalzman@robinskaplan.com
All Plaintiffs c/o Francis Onofrei Scarpulla:  fos@scarpullalaw.com
All Plaintiffs c/o Daniel A. Small:  dsmall@cohenmilstein.com

All Plaintiffs c/o Gary Ivan Smith, Jr.:  gsmith@hausfeld.com
All Plaintiffs c/o Adam Trott:  ATrott@cpmlegal.com
All Plaintiffs c/o Adam J. Zapala:  azapala@cpmlegal.com
Lori Barrett c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Lori Barrett c/o Peter Safirstein:  psafirstein@safirsteinmetcalf.com
Lori Barrett c/o Jeff S Westerman:  jwesterman@jswlegal.com
Andrew Barton c/o Neyleen Sara Beljajev:  nortiz@girardikeese.com
Andrew Barton c/o Amanda Heather Kent:  amarz@girardikeese.com
Andrew Barton c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Andrew Barton c/o Graham Bruce LippSmith:  g@lippsmith.com
Michael Benson c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Michael Benson c/o Guido Saveri: guido@saveri.com
Brenden G. Maloof c/o Derek G. Howard:  derek@derekhowardlaw.com
Brenden G. Maloof c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Rufus Browning c/o Susan Gilah Kupfer:  skupfer@glancylaw.com
Rufus Browning c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Clyde H. Campbell c/o Phillip Alden Baker:  pbaker@bknlawyers.com
Clyde H. Campbell c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Robert Casteel, III c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Robert Casteel, III c/o Reginald Von Terrell:  reggiet2@aol.com
Robert Casteel, III c/o Sharron Williams Gelobter:  sgelobter@gotolawfirm.com
Michael Chekian, Esq. c/o Michael Chekian, Esq.:  mike@cheklaw.com
Larry Chen c/o Joseph W. Cotchett:  jcotchett@cpmlegal.com
Larry Chen c/o Michael D. Hausfeld:  mhausfeld@hausfeldllp.com
Larry Chen c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Larry Chen c/o Michael Paul Lehmann:  mlehmann@hausfeldllp.com
Larry Chen c/o Aron K. Liang:  aliang@minamitamaki.com
Larry Chen c/o Nanci Eiko Nishimura:  nnishimura@cpmlegal.com
Larry Chen c/o Bruce Lee Simon: bsimon@pswlaw.com
Woodrow Clark, II c/o Brian Joseph Barry:  bribarry1@yahoo.com
Woodrow Clark, II c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Rachel Diller c/o Michelle Akerman:  MAkerman@hansonbridgett.com
Rachel Diller c/o Lee Albert:  lalbert@glancylaw.com
Rachel Diller c/o Dana Marie Andreoli:  dandreoli@steyerlaw.com
Rachel Diller c/o Swathi Bojedla:  sbojedla@hausfeldllp.com
Rachel Diller c/o Daniel Cohen:  danielc@cuneolaw.com
Rachel Diller c/o Robert G. Eisler:  reisler@gelaw.com
Rachel Diller c/o Seth R. Gassman:  sgassman@hausfeld.com
Rachel Diller c/o Michael D. Hausfeld:  mhausfeld@hausfeldllp.com
Rachel Diller c/o Jay L. Himes:  jhimes@labaton.com
Rachel Diller c/o Steven A. Kanner:  skanner@fklmlaw.com
Rachel Diller c/o Kimberly Ann Kralowec:  kkralowec@kraloweclaw.com
Rachel Diller c/o Susan Gilah Kupfer:  skupfer@glancylaw.com

Rachel Diller c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Rachel Diller c/o Michael Paul Lehmann:  mlehmann@hausfeldllp.com
Rachel Diller c/o William Henry London:  wlondon@fklmlaw.com
Rachel Diller c/o Brian P. Murray:  bmurray@glancylaw.com
Rachel Diller c/o Jayne Ann Peeters:  jpeeters@steyerlaw.com
Rachel Diller c/o Allan Steyer:  asteyer@steyerlaw.com
Christian Duke c/o John G. Emerson:  jemerson@emersonfirm.com
Christian Duke c/o Marvin L. Frank:  mfrank@frankllp.com
Christian Duke c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Christian Duke c/o Scott E. Poynter:  scott@swcfirm.com
Christian Duke c/o Guido Saveri:  guido@saveri.com
Christian Duke c/o Richard Alexander Saveri:  rick@saveri.com
Christian Duke c/o Cadio R. Zirpoli:  cadio@saveri.com
James Evans c/o Brian Joseph Barry:  bribarry1@yahoo.com
James Evans c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Matthew Evans c/o Phillip Alden Baker:  pbaker@bknlawyers.com
Matthew Evans c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Mark Foy c/o Daniel C. Girard:  dgirard@girardsharp.com
Mark Foy c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Mark Foy c/o Dena C. Sharp: dsharp@girardsharp.com
Mark Foy c/o Aaron M. Sheanin:  asheanin@robinskaplan.com
Mark Foy c/o Janice Seyoung Yi:  janice@bass-law.net
Scott Frederick c/o Garrett D. Blanchfield, Jr.:  g.blanchfield@rwblawfirm.com
Scott Frederick c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Scott Frederick c/o Guido Saveri:  guido@saveri.com
Stephen Gaffigan c/o Robert N. Kaplan:  rkaplan@kaplanfox.com
Stephen Gaffigan c/o Elana Katcher:  EKatcher@kaplanfox.com
Stephen Gaffigan c/o Laurence D. King:  lking@kaplanfox.com
Stephen Gaffigan c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Margaret Garcia c/o Joseph W. Cotchett:  jcotchett@cpmlegal.com
Margaret Garcia c/o Elizabeth Lane Crooke:  bcrooke@elllaw.com
Margaret Garcia c/o Walter John Lack:  Walter John Lack
Margaret Garcia c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Margaret Garcia c/o Aron K. Lian:  aliang@minamitamaki.com
Margaret Garcia c/o Nanci Eiko Nishimura:  nnishimura@cpmlegal.com
Margaret Garcia c/o Douglas Yongwoon Park:  dpark@cpmlegal.com
Margaret Garcia c/o Neil Swartzberg:  nswartzberg@pswlaw.com
Reiko Hirai c/o Richard J. Arsenault:  rarsenault@nbalawfirm.com
Reiko Hirai c/o W. Joseph Bruckner:  wjbruckner@locklaw.com
Reiko Hirai c/o Joseph Goldberg:  jg@fbdlaw.com
Reiko Hirai c/o Daniel E. Gustafson:  dgustafson@gustafsongluek.com
Reiko Hirai c/o Christopher T. Heffelfinger:  cheffelfinger@bermantabacco.com
Reiko Hirai c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com

Reiko Hirai c/o Dianne M. Nast:  dnast@nastlaw.com
Bruce Hut c/o Robert N. Kaplan:  rkaplan@kaplanfox.com
Bruce Hut c/o Elana Katcher:  EKatcher@kaplanfox.com
Bruce Hut c/o Laurence D. King:  lking@kaplanfox.com
Bruce Hut c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
KLM Royal Dutch Airline c/o Brenda DiLuigi:  brenda.diluigi@linklaters.com
KLM Royal Dutch Airline c/o Gary A. MacDonald:  gary.macdonald@skadden.com
KLM Royal Dutch Airline c/o Thomas A. McGrath:  thomas.mcgrath@linklaters.com
KLM Royal Dutch Airline c/o James Robert Warnot, Jr.:  james.warnot@linklaters.com
Martin Kaufman c/o Mario Nunzio Alioto:  malioto@tatp.com
Martin Kaufman c/o Lauren Clare Capurro:  laurenrussell@tatp.com
Martin Kaufman c/o Sherman Kassof:  heevay@yahoo.com
Martin Kaufman c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Martin Kaufman c/o Joseph Mario Patane:  jpatane@tatp.com
Tori Kitagawa c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Tori Kitagawa c/o Guido Saveri:  guido@saveri.com
David Kuo c/o Joseph W. Cotchett:  jcotchett@cpmlegal.com
David Kuo c/o Michael D. Hausfeld:  mhausfeld@hausfeldllp.com
David Kuo c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
David Kuo c/o Michael Paul Lehmann:  mlehmann@hausfeldllp.com
David Kuo c/o Aron K. Liang:  aliang@minamitamaki.com
David Kuo c/o Nanci Eiko Nishimura:  nnishimura@cpmlegal.com
David Kuo c/o Pierce Henry O'Donnell:  pod@oslaw.com
David Kuo c/o Robert M. Partain:  robert@aswtlawyers.com
Justin LaBarge c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Justin LaBarge c/o Guido Saveri:  guido@saveri.com
Justin LaBarge c/o Eugene A. Spector:  ESpector@srkattorneys.com
Kathryn Lavin c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Lax & Company, Inc. c/o Whitney E. Street:  WhitneySt@hbsslaw.com
Dickson Leung c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Dickson Leung c/o Jack Wing Lee:  jlee@MinamiTamaki.com
Ireatha Diane Mitchell c/o Mario Nunzio Alioto:  malioto@tatp.com
Ireatha Diane Mitchell c/o Sherman Kassof:  heevay@yahoo.com
Ireatha Diane Mitchell c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Kevin Moy:  terry@gba-law.com
Kevin Moy c/o Terry Gross:  terry@grossbelsky.com
Kevin Moy c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
David Murphy c/o Joseph W. Cotchett:  jcotchett@cpmlegal.com
David Murphy c/o Michael D. Hausfeld:  mhausfeld@hausfeldllp.com
David Murphy c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
David Murphy c/o Michael Paul Lehmann:  mlehmann@hausfeldllp.com
David Murphy c/o Aron K. Liang:  aliang@minamitamaki.com
David Murphy c/o Nanci Eiko Nishimura:  nnishimura@cpmlegal.com
David Murphy c/o Pierce Henry O'Donnell:  pod@oslaw.com
David Murphy c/o Robert M. Partain:  robert@aswtlawyers.com

Ed Park c/o Jack Wing Lee:  jlee@MinamiTamaki.com
Lolly Randall c/o John G. Emerson:  jemerson@emersonfirm.com
Lolly Randall c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Lolly Randall c/o Scott E. Poynter:  scott@swcfirm.com
Lolly Randall c/o Guido Saveri:  guido@saveri.com
Lolly Randall c/o Richard Alexander Saveri:  rick@saveri.com
Lolly Randall c/o Cadio R. Zirpoli:  cadio@saveri.com
Thomas Schelly c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Thomas Schelly c/o Guido Saveri:  guido@saveri.com
Tracey Wadmore Smith c/o Neyleen Sara Beljajev:  nortiz@girardikeese.com
Tracey Wadmore Smith c/o Amanda Heather Kent:  amarz@girardikeese.com
Tracey Wadmore Smith c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Tracey Wadmore Smith c/o Graham Bruce LippSmith:  g@lippsmith.com
James Stewart c/o Azra Z. Mehdi:  azram@themehdifirm.com
Sarah Tran c/o Rosemary M. Rivas:  rmr@classlawgroup.com
Titi Tran c/o Joseph W. Cotchett:  jcotchett@cpmlegal.com
Titi Tran c/o Michael D. Hausfeld:  mhausfeld@hausfeldllp.com
Titi Tran c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Titi Tran c/o Michael Paul Lehmann:  mlehmann@hausfeldllp.com
Titi Tran c/o Aron K. Liang:  aliang@minamitamaki.com
Titi Tran c/o Nanci Eiko Nishimura:  nnishimura@cpmlegal.com
Titi Tran c/o Bruce Lee Simon:  bsimon@pswlaw.com
Titi Tran c/o Ashlei Melissa Vargas:  avargas@pswplaw.com
Jason Gregory Turner c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Jason Gregory Turner c/o Peter Safirstein:  psafirstein@safirsteinmetcalf.com
Jason Gregory Turner c/o Jeff S Westerman:  jwesterman@jswlegal.com
United Airlines c/o Jung-Ying Joann Liao:  invalidaddress@invalidaddress.com
United Airlines c/o Mitchell D. Raup:  mraup@polsinelli.com
United States of America c/o Jeffrey Michael Smith:  Jeffrey.Smith5@usdoj.gov
Cherokii Verduzco c/o Guido Saveri:  guido@saveri.com
Linda Williams c/o Lawrence Genaro Papale:  lgpapale@papalelaw.com
Donald Wortman c/o Eric James Buescher:  eric@baykeeper.org
Donald Wortman c/o Joseph W. Cotchett:  jcotchett@cpmlegal.com
Donald Wortman c/o Elizabeth Lane Crooke:  bcrooke@elllaw.com
Donald Wortman c/o Walter John Lack:  wlack@elllaw.com
Donald Wortman c/o Christopher L. Lebsock:  clebsock@hausfeldllp.com
Donald Wortman c/o Aron K. Liang:  aliang@minamitamaki.com
Donald Wortman c/o Niall Padraic McCarthy:  nmccarthy@cpmlegal.com
Donald Wortman c/o Nanci Eiko Nishimura:  nnishimura@cpmlegal.com
Donald Wortman c/o Douglas Yongwoon Park:  dpark@cpmlegal.com
Donald Wortman c/o Aaron M. Sheanin:  asheanin@robinskaplan.com
Donald Wortman c/o Neil Swartzberg:  nswartzberg@pswlaw.com
Donald Wortman c/o Adam J. Zapala:  azapala@cpmlegal.com

Amy Yang c/o Aaron M Dawson:  aaron@dawsonandrosenthal.com
Amy Yang c/o Theodore Harold Frank:  tfrank@gmail.com
Amy Yang c/o Anna St. John:  annastjohn@stjohnlawfirm.com

I further hereby certify that the Judge in this matter was served via Federal Express on October 25, 2022:

Hon. Charles W. Breyer
United States District Court
Office of the Clerk
450 Golden Gate Ave, 16th Floor
San Francisco, CA 94102


October 25, 2022                                                     /s/ Michael Chekian
                                                                     Michael Chekian, Esq.
                                                                     Chekian Law Office