Adam J. Zapala (245748)
Elizabeth T. Castillo (280502)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com

Michael P. Lehmann (77152)
Christopher L. Lebsock (184546)
Seth R. Gassman (311702)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Phone: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
sgassman@hausfeld.com

*Co-Lead Counsel for Plaintiffs and the Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | Civil Case No. 3:07-cv-05634-CRB <br><br> MDL No. 1913 |
| **This Document Relates To:** <br><br> **ALL ACTIONS** | **PLAINTIFFS' FURTHER NOTICE REGARDING CORP XANADU'S CLAIM** |

1  Plaintiffs hereby submit this Further Notice Regarding Corp Xanadu's Claim pursuant to the Court's November 7, 2022 order (ECF No. 1368).

On September 27, 2022, the Court entered the Order Setting Hearing, which provided that ". . . Class Counsel and Rust may audit/re-examine Corp. Xanadu's claim, consistent with their obligation to pay only qualified claimants" (ECF No. 1358). On November 4, 2022, the Court held a hearing on Plaintiffs' Motion for Secondary Distribution of the Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses (ECF No. 1364). On November 7, 2022, the Court directed Class Counsel to provide an update on the audit of Corp Xanadu's claim by the claims administrator, Rust Consulting Inc. ("Rust") (ECF No. 1368). On November 8, 2022, Plaintiffs provided an update and stated that they will file a further update regarding Corp Xanadu's claim on December 7, 2022 (ECF No. 1370).

As stated in Plaintiffs' Notice Regarding Corp Xanadu's Claim (ECF No. 1370), Corp Xanadu provided some documents to Rust on October 14, 2022 and its CEO, Rich Sutton, met with Rust and Class Counsel by Zoom on November 1, 2022. During this one-hour meeting, Rust and Class Counsel asked, and Mr. Sutton agreed, to provide certain additional documents and/or information to support Corp Xanadu's claim. Rust requested Mr. Sutton provide these documents and/or information by November 30, 2022.

Rich Sutton, on behalf of Corp Xanadu, provided some but not all documents and/or information requested to Rust on November 30, 2022. Rust is still reviewing what Corp Xanadu has provided to date and expects to make a final determination before December 30, 2022. Plaintiffs will file a further update regarding Corp Xanadu's claim on or by January 16, 2022.

Dated: December 7, 2022                          Respectfully submitted,

/s/ Elizabeth T. Castillo                        /s/ Christopher L. Lebsock
Adam J. Zapala                                   Michael P. Lehmann
Elizabeth T. Castillo                            Christopher L. Lebsock
**COTCHETT, PITRE & McCARTHY, LLP**              Seth R. Gassman
840 Malcolm Road                                 **HAUSFELD LLP**

Plaintiffs' Further Notice Regarding Corp Xanadu's Claim
MDL No. 1913; Case No. 3:07-cv-05634-CRB                                               1

| | |
|---|---|
| Burlingame, CA 94010<br>Phone: (650) 697-6000<br>Fax: (650) 697-0577 | 600 Montgomery Street, Suite 3200<br>San Francisco, CA 94111<br>Phone: (415) 633-1908<br>Fax: (415) 358-4980 |

*Co-Lead Counsel for Plaintiffs and the Classes*