|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | DEC 8 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION.

------------------------------

MEOR ADLIN; et al.,

        Plaintiffs-Appellees,

 v.

XANADU CORP.,

        Objector-Appellant,

and

ALL NIPPON AIRWAYS; et al.,

        Defendants.

No. 22-16634

D.C. No. 3:07-cv-05634-CRB
Northern District of California,
San Francisco

ORDER

Before: TASHIMA, S.R. THOMAS, and CLIFTON, Circuit Judges.

Appellees' motion to dismiss this appeal for lack of jurisdiction (Docket Entry No. 2) is granted. *See* 28 U.S.C. § 1291; *Nat'l Distribution Agency v. Nationwide Mut. Ins. Co.*, 117 F.3d 432, 433 (9th Cir. 1997) ("A ruling is final for purposes of § 1291 if it (1) is a full adjudication of the issues, and (2) clearly evidences the judge's intention that it be the court's final act in the matter." (internal quotation marks and citation omitted)).

**DISMISSED.**

2