# EXHIBIT 1



5823



\* C O R R \*



\* R U S T \*

‖‖‖‖‖‖‖‖ - UAA - 2-1130
*0000146388*

CORP XANADU
CARLOS SUICA
6042 WILSHIRE BLVD # 35591
LOS ANGELES CA 90036-4305

FOR OFFICIAL USE ONLY

07

Page 1 of 2

☐ | If the pre-printed information to the left is not correct or if there is no pre-printed information, please check the box and complete the information below:

Name: _____

Address: _____

City: _____

State: _____ Zip Code: ____ ____ ____ ____

# REQUEST FOR THIRD ROUND INFORMATION FORM

Listed on the next page is the purchase information you provided for the Japan, *Satogaeri*, and Settlement Class III Classes with the claim form deadline of April 1, 2020.

Return this form with the documentation for the tickets purchased. Adequate documentation may consist of receipts showing your purchases, cancelled checks or credit card statements, travel itineraries, e-mail confirmation of a ticket purchase, and/or other documentation to support your claim. Feel free to redact or "black out" information pertaining to unrelated transactions or other personal financial information.

Please return the completed Audit Form(s) with your documentation of purchases to the address listed above by October 12, 2020.

Sign and Date

I (we) declare under penalty of perjury, that the documentation provided with this letter is true and correct to the best of my knowledge and represents the tickets I purchased from January 1, 2000 to December 1, 2016. I understand that my Claim may be subject to audit verification and Court review.

_Carl S._____          10/02/2020
Claimant Signature                                              Date

Carlos Suica
_____
Print Name/Capacity of person signing

4109678 7-000035-02-05-00





 8-1130

*0000146338*

## Purchase Information

Provide documentation for the total number of tickets listed below that were purchased from a Defendant or Co-Conspirator that included at least one flight segment originating in the U.S. to Asia or Oceania (Australia, New Zealand or the Pacific Islands) from January 1, 2000 through December 1, 2016.

| Column 1 | Column 2 |
|---|---|
| Airline that sold you ticket for travel | Number of Tickets that were Purchased for One-Way or Roundtrip Travel Originating in the United States |
| AMERICAN AIRLINES | 150 |
| CATHAY PACIFIC AIRWAYS | 72 |
| DELTA AIRLINES | 90 |
| JAPAN AIRLINES (JAL) | 800 |
| UNITED AIRLINES | 225 |

[1] China Airlines is the airline based in Taiwan. It should not be confused with Air China, based in the People's Republic of China.

4109678?-000035-02-05-00

|||||||||||||||||||||||||||||||||||||| - UAA - 8 - 1130

*0000146338*

CORP XANADU
CARLOS SUICA
5042 WILSHIRE BLVD # 35581
LOS ANGELES CA 90036-4305

FOR OFFICIAL USE ONLY

07

Page 1 of 2

☐ | If the pre-printed information to the left is not correct or if there is no pre-printed information, please check the box and complete the information below:

Name: _____

Address: _____

City: _____

State: _____ Zip Code: ____ ____ ____ ____ ____

# REQUEST FOR SECOND ROUND INFORMATION FORM

Listed on the next page is the purchase information you provided for the ANZ, EVA/China Airlines, and PAL Settlement Classes with the claim form deadline of December 21, 2018.

Return this form with the documentation for the tickets purchased. Adequate documentation may consist of receipts showing your purchases, cancelled checks or credit card statements, travel itineraries, e-mail confirmation of a ticket purchase, and/or other documentation to support your claim. Feel free to redact or "black out" information pertaining to unrelated transactions or other personal financial information.

Please return the completed Audit Form(s) with your documentation of purchases to the address listed above by

October 12, 2020.

Sign and Date

I (we) declare under penalty of perjury, that the documents provided with this letter is true and correct to the best of my knowledge and represents the tickets I purchased from January 1, 2000 to the December 1, 2016. I understand that my Claim may be subject to audit verification and Court review.

_Carl. S—_
Claimant Signature

10/02/2020
Date

Carlos Suica, Secretary
Print Name/Capacity of person signing

41096787-000035-03-05-00





 8-1130

*0000146338*

## Purchase Information

Provide documentation for the total number of tickets listed below that were purchased from a Defendant or Co-Conspirator where at least one flight segment was between the U.S and Asia or Oceania (Australia, New Zealand or the Pacific Islands) from January 1, 2000 through the Effective Date.

| Column 1<br>Airline that sold you ticket for travel | Column 2<br>Total Number of Tickets Purchased for travel between the U.S. and Asia/Oceania | Column 3<br>Number of Tickets Identified in Column 2 that were Purchased for One-Way or Roundtrip Travel Originating in the United States |
|---|---|---|
| AMERICAN AIRLINES | 150 | 150 |
| CATHAY PACIFIC AIRWAYS | 72 | 72 |
| DELTA AIRLINES | 90 | 90 |
| UNITED AIRLINES | 225 | 225 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## Purchase Information (continued)

With respect to claims concerning travel on Asiana Airlines and/or Korean Airlines where at least one flight segment was between the U.S. and Asia or Oceania (Australia, New Zealand or the Pacific Islands) from January 1, 2000 through the Effective Date, provide documentation for the tickets claimed in the following section:

| Column 1<br>Airline that sold you ticket for travel | Column 2<br>Total Number of Tickets Purchased for travel between the U.S. and Asia/Oceania | Column 3<br>Number of Tickets Identified in Column No. 2 that were Purchased for One-Way or Roundtrip Travel Originating in the United States | Column 4<br>Number of Tickets Identified in Column No. 3 where the Republic of Korea was the destination | Column 5<br>Number of Tickets Identified in Column No. 2 that were Purchased for One-Way or Roundtrip Travel Originating in the Republic of Korea |
|---|---|---|---|---|
| Asiana Airlines | | | | |
| Korean Airlines | | | | |

² China Airlines is the airline based in Taiwan. It should not be confused with Air China, based in the People's Republic of China.

4109678?-000035-03-05-00

~ UAA - 6 - 1180

*0000146338*

CORP XANADU
CARLOS SUICA
5042 WILSHIRE BLVD #35581
LOS ANGELES CA 90036-4305

<table>
<tr><td colspan="2">FOR OFFICIAL USE ONLY</td></tr>
<tr><td colspan="2" style="text-align:center">07</td></tr>
<tr><td></td><td style="text-align:right">Page 1 of 2</td></tr>
</table>

☐  If the pre-printed information to the left is not correct or if there is no pre-printed information, please check the box and complete the information below:

Name: _____

Address: _____

City: _____

State: _____ Zip Code: ____ ____ ____ ____ ____

# REQUEST FOR FIRST ROUND INFORMATION FORM

Listed on the next page is the purchase information you provided for the Qantas, Cathay Pacific, and Thai Airlines Settlement Classes with the claim form deadline of October 13, 2015 and the JAL, Air France, Singapore Airlines, Vietnam Airlines, and Malaysian Air Settlement Classes with the claim form deadline of April 3, 2018.

Return this form with the documentation for the tickets purchased. Adequate documentation may consist of receipts showing your purchases, cancelled checks or credit card statements, travel itineraries, e-mail confirmation of a ticket purchase, and/or other documentation to support your claim. Feel free to redact or "black out" information pertaining to unrelated transactions or other personal financial information.

Please return the completed Audit Form(s) with your documentation of purchases to the address listed above by

October 12, 2020.

Sign and Date

I (we) declare under penalty of perjury, that the documentation provided with this letter is true and correct to the best of my knowledge and represents the tickets I purchased from January 1, 2000 to the Effective Date.

_____       10/02/2020
Claimant Signature                                                        Date

Carlos Suica, Secretary
Print Name/Capacity of person signing

41096787-000035-04-05-00





Corp Xanadu
5042 Wilshire Blvd #35581, Los Angeles, CA  90036

<u>**AFFIDAVIT**</u>

I, Carlos Suica, do hereby declare the following as being true and correct under penalties of perjury under the laws of the United States this 2nd day of October, 2020:

1.  That I am the Secretary of Corp Xanadu, am duly authorized to act on behalf thereof, and further am knowledgeable with regards to the company's claim in re: the Transpacific Air Transportation Litigation.

2.  That I received correspondence from TRANSPACIFIC AIR SETTLEMENT - 4422 regarding our claim number 0000144970 which gives a response deadline of October 12.

3.  That between January 1, 2000 and December 1, 2016 we made purchases of the following transpacific airline tickets that qualify under the Transpacific Air Settlements in the U.S. District Court for the Northern District of California:

    One hundred and fifty (150) transpacific airline tickets from the USA to Tokyo on American Airlines:
    > i)   One hundred and fifty (150) during 2004

    Seventy two (72) transpacific airline tickets from the USA to Tokyo on Cathay Pacific Airways:
    > i)   Sixty two (62) during 2004
    > ii)  Ten (10) between Jan 1, 2005 and Jan 31, 2005

    Ninety (90) transpacific airline tickets from the USA to Tokyo on Delta Airlines:
    > i)   Ninety (90) during 2008

    Eight hundred (800) transpacific airline tickets from the USA to Tokyo on Japan Airlines, all of which paid a fuel surcharge:
    > i)    Two hundred and sixty (260) between Feb 1, 2005 and Dec 31, 2005
    > ii)   Two hundred and seventy (270) during 2006
    > iii)  Two hundred and seventy (270) during 2007

    Two hundred and twenty five (225) transpacific airline tickets from the USA to Tokyo on United Airlines:
    > i)   Thirty five (35) during 2002
    > ii)  One hundred and ninety (190) during 2003

4.  None of the airline tickets were purchased for resale purposes.  All purchases were made for our own use and qualify under the Settlements.

on behalf of Corp Xanadu

CARLOS SUICA
Secretary



*0000146338* 8-1130

## Purchase Information

Provide documentation for the total number of tickets listed below that were purchased from a Defendant or Co-Conspirator where at least one flight segment originated in the U.S. to Asia or Oceania (Australia, New Zealand or the Pacific Islands), and the purchase was made between January 1, 2000 and December 1, 2016.

| Column 1 | Column 2 |
|---|---|
| Airline that sold you ticket for travel | Number of Tickets that were Purchased for One-Way or Roundtrip Travel Originating in the United States |
| CATHAY PACIFIC AIRWAYS | 72 |
| JAPAN AIRLINES (JAL) | 800 |

Provide documentation for the tickets claimed in the following section that you purchased from All Nippon Airways and/or Japan Airlines where at least one flight segment meets the criteria of the Japan Settlement Class or *Satogaeri* Settlement Class (defined above):

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| Airline that sold you ticket for travel | Number of Tickets Identified above that you Purchased between February 1, 2005 and December 31, 2007 and paid a Fuel Surcharge | Number of Tickets Identified above that you Purchased between January 1, 2000 and April 1, 2006 for an eligible *Satogaeri* Fare |
| All Nippon Airways | | |
| Japan Airlines | 800 | 0 |

---

[1] China Airlines is the airline based in Taiwan. It should not be confused with Air China, based in the People's Republic of China.

000035

OCT 2 1 2020

FIRST-CLASS MAIL
US POSTAGE
**PAID**
PALATINE, IL
PERMIT #459

XANADU
5042 WILSHIRE BLVD # 35581
LOS ANGELES, CA 90036-4305

USPS CERTIFIED MAIL



9207 1902 3589 0900 0006 5237 74

TRANSPACIFIC AIRLINE
PO BOX 2209
FARIBAULT, MN 55021-1609

41096787-000035-05-05-00

USPS CERTIFIED MAIL



5502181609 B050