# EXHIBIT 2

Transpacific Air Transportation Settlement
c/o Rust Consulting, Inc.
P.O. Box 2209
Faribault, MN 55021-1609

T65 P1
23240CU30



**IMPORTANT LEGAL MATERIALS**

*00001463 38* UAA

********AUTO**ALL FOR AADC 900
CORP XANADU
CARLOS SUICA
5042 WILSHIRE BLVD # 35581
LOS ANGELES CA  90036-4305

UTF
55021>1609

Return to Sender
Mailbox closed or Unkn...

NIXIE        910     DC 1           0009/15
      RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
      UNABLE TO FORWARD
BC: 55021160909      *2952-08019-1