# EXHIBIT 3

| | |
|---|---|
| **From:** | airlinesettlement |
| **Sent:** | Wednesday, October 13, 2021 4:27 PM |
| **To:** | 'corpxanadu@phreakmail.com'; airlinesettlement |
| **Subject:** | RE: determination letter? |

Thank you for your inquiry. Your letter was returned to us as "Return to Sender/Not Deliverable As Addressed/Mailbox closed or Unknown" by the USPS.

Below is a copy of the determination letter sent to you via USPS on August 24, 2021.

NOTICE OF CLAIM FINAL DETERMINATION for Class Member ID 146338

We have received and processed the Claim Form(s) that you filed in the Transpacific Airline Settlement along with any supporting documentation you may have provided at our request.  Upon reviewing the claim and purchase information provided below are the ticket counts that qualify for each of the settlement classes:

| Settlement Class | QualifiedTicketCount |
|---|---|
| JAL Settlement Class: | 72 |
| Air France/Singapore Airlines/Vietnam Airlines Settlement Class: | 537 |
| Thai Airways Settlement Class: | 537 |
| Malaysian Air Settlement Class: | 72 |
| Cathay Pacific Airways/Qantas Settlement Class: | 72 |
| ANZ Settlement Class: | 1874 |
| EVA/China Airlines Settlement Class: | 944 |
| PAL Settlement Class: | 1874 |
| Settlement Class III (passenger air transportation originating in the U.S. that included at least one segment to Asia/Oceania from a Defendant between January 1, 2000 and December 1, 2016): | 1816 |
| Japan Settlement Class (Fuel Surcharge): | 800 |
| *Satogaeri* Settlement Class: | |

This letter is for informational purposes only and you do not need to do anything in response.  The ticket totals are the basis for calculating the settlement benefits for which you are entitled.  More information including the Settlement Class definitions is located on the website www.airlinesettlement.com.

Sincerely,

Settlement Administrator
Transpacific Air Settlement
PO Box 2209
Faribault, MN 55021-1609

1

info@airlinesettlement.com

-----Original Message-----
From: corpxanadu@phreakmail.com [mailto:corpxanadu@phreakmail.com]
Sent: Monday, October 11, 2021 4:02 PM
To: airlinesettlement <info@airlinesettlement.com>
Subject: determination letter?

Hello,

I am writing on behalf of Corp Xanadu.  Transpacific settlement claim number 0000144970.

Shouldn't we have received a determination letter?  The settlement website refers to determination letters being sent prior to distribution of settlement payments.

We have not received ours.

The company's address as provided at the time of entering its claims remains active, which is:

Corp Xanadu
5042 Wilshire Blvd #35581
Los Angeles, CA 90036

If you could proceed and send the determination letter via reply email here, that would suffice.

Carlos Suica
Secretary