# EXHIBIT 4

Transpacific Air Transportation Settlement
c/o Rust Consulting, Inc. - 4422
PO Box 2209
Faribault MN 55021-1609


*00001 46338-39684*

UAC

********AUTO**ALL FOR AADC 900
CORP XANADU
CARLOS SUICA
CARLOS SUICA
5042 WILSHIRE BLVD #35581

T84 P1
33261CU42

NIXIE        911    DC 1         0003/2
RETURN TO SENDER
TEMPORARILY AWAY
UNABLE TO FORWARD

TA            BC: 55021160909    *2152-03151-2
55021>1609