# EXHIBIT 5

## DECLARATION

I declare under the penalty for perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge, information, and belief (28 USC 1746):

1. My name is Rich Sutton.   I am the Chief Executive Officer of Xanadu Corp., a Colorado corporation, and successor in interest to a division of Trust Services S.A., a Costa Rica corporation.

## Objections

2. By submitting this Declaration, Xanadu Corp. does not waive its objections to the inappropriate singling out of our enterprise with respect to its claim and submissions.

3. Specifically, we understand that we are being treated in a disparate manner than other claimants and subjected to a higher standard of review.

4. That is, we did not opt out of the settlement with the understanding that all class members would be treated equally and that the settlement agreement, terms, deadlines, and administration would apply equally to all claimants.

5. If it was disclosed during the proceedings that, after our claim was approved, Class Counsel could arbitrarily decide to overturn the approval and impose burdens not applied equally as to all claimants, we would have opted out of the settlement and filed a parallel proceeding.

6. Specifically, the Claims Administrator, Rust Consulting, Inc., approved our claim.

7. We believe that Class Counsel, which is supposed to represent the interest of the class members, engaged in objectionable conduct by forcing a post-approval audit to favor its own request for attorney fees.

8. We believe that Class Counsel maintains a clear conflict of interest by violating the terms and conditions of the settlement and the Order approving the same, attempting to convert our funds to a portion of its attorney fee request, and advocating against the terms and conditions of its own settlement agreement and procedures and the determination made by the claims administrator that it chose to make sure that all class members were treated equally and subject to the same procedures.

9. If our claim is subject to post-approval audit because we utilized a virtual office, we believe that Rust Consulting should conduct post-approval audits with respect to all claimants that submitted claims using a mailing address instead of a physical address, something not even asked on the original claim forms.

10. If we are subject to a criteria that other claimants were not, notwithstanding their use of estimations or other criteria, then Rust Consulting should seek to engage in a post-approval audit of those claimants on an equal basis.

11. Specifically, it is clear that our claim is being subjected to a different, more onerous standard, than claims submitted by similarly situated companies.

12. We further object to the handling by Rust Consulting, at the direction of Class Counsel, to simply convert payments that were misdelivered or not cashed to claimants without any attempt to notify them.  In this case, Rust Consulting knew how to reach us, but made zero effort to do so when the check was returned the second time.  This clearly breaches the fiduciary duty to claimants, especially when Rust Consulting knew there was a significant amount of time (several years) between the claims time and the time payment was made.

13. By responding to the inappropriate and objectionable post-approval audit, we reserve our right and ability to initiate litigation outside of these proceedings.

**Corporate structure**

14. Trust Services S.A. was an entity in Costa Rica formed on or around November 29, 2001.

15. During 2013, the environment for consulting businesses domiciled primarily in Costa Rica stalled with respect to conducting international business.

16. Therefore, on February 24, 2013, Trust Services S.A. registered a Statement of Foreign Entity Authority pursuant to § 7-90-803 of the Colorado Revised Statutes (C.R.S.) entitling it to conduct business in the United States.  The document was filed by Rodrigo Calderon, a Costa Rican national vested with proper authority for the purpose.

17. With this document, to comply with Colorado law, the entity name was changed to Trust Services Inc.

18. Four days later, to enable Trust Services' business operations to be converted into various domestic United States enterprises, it caused the creation of several entities including Xanadu Corp., along with ten other corporations.

19. All of the rights, liabilities, receivables, and assets of Trust Services' business, as described below, was transferred to Xanadu Corp., an entity 100% owned by Trust Services.

20. All of the rights, liabilities, receivables, and assets of Trust Services' other business activities, not relevant to the business described below, were transferred to one of nine entities formed on the same day.

21. Collectively we refer to the present and past operations as Xanadu or Xanadu Corp.

### Nature of the business

22. Xanadu Corp.'s business, as relevant to the present case, involved locating temporary personnel on a contract basis including designers, marketing specialists, business presenters, interpreters, models, business escorts, and security personnel usually for events, trade shows, video creation, acting, and other types of one-time contracts.  At all times material, we adhered to the standards of the *The Code of Conduct for the Protection of Children from Sexual Exploitation in Travel and Tourism* and other protocols related to prevention of trafficking and exploitation of persons.

23. As to the specific question as to the number of "employees" it had during the material times, the enterprise maintained between 4 and 62 employees depending on which year, primarily in Costa Rica, Nicaragua, Ecuador, Dominican Republic and Colombia.  These employees did not travel routinely. The employees conducted marketing, telemarketing, online marketing, travel coordination, supervision of events, making reports, etc.  The travel purchased or paid for by Xanadu Corp. involved independent contractors, usually retained for a specific one or multi-time purpose, not its employees.

### Current operations

24. Currently, the Company no longer engages in this type of business activity. Due to a change in the environment, the availability of companies to find their own contractors using the internet, and liability, the business model from 2000 to 2015 is no longer feasible.

25. Therefore, Xanadu Corp.'s business activities have winded down to less than 1% of its activities during the first decade from 2000.

**Domain Name *Phreakmail.com***

26.  We understand that Class Counsel is attempting to impugn our use of our domain name *phreakmail.com* in connection with the filing of our claim.

27. Contrary to the incorrect insinuation about the domain name, our domain name demonstrates our long term business.

28. Specifically, any person can register a domain name.  For example, we could register the domain name IBM.xyz, but have no association with IBM.  To do so would cost under $10.  Yet, Class Counsel implied that a domain name or the contents of a domain name somehow legitimizes or delegitimizes a business.

29. A review of the domain history of *phreakmail.com* demonstrates several things.  First, it shows the registration occurred in 2004, over 18 years ago.  From www.whois.ws, one can see the following:  (1) The domain registration occurred during 2004; (2) the domain name is registered through Epik.com; and (3) the name servers are through www.dandydns.com , our dns provider.

Domain Name: PHREAKMAIL.COM
Registry Domain ID: 122654399_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.epik.com
Registrar URL: http://www.epik.com
Updated Date: 2022-06-10T08:03:05Z
Creation Date: 2004-06-16T17:51:39Z
Registry Expiry Date: 2023-06-16T17:51:39Z
Registrar: Epik Inc.
Registrar IANA ID: 617
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Name Server: NS1.DANDYDNS.COM
Name Server: NS2.DANDYDNS.COM
Name Server: NS3.DANDYDNS.COM
Name Server: NS4.DANDYDNS.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2022-10-15T00:31:13Z <<<

30. Reviewing our domain www.xanaducorp.net, which should impress Class Counsel under their mistaken belief system as to what a claimant should use to communicate, one can see on www.whois.ws that:  (1) The domain was

registered on February 28, 2013, the same day we formed the Colorado corporation that is the successor to the Trust Services S.A business; (2) The domain was registered through Epik.com; and (3) The DNS uses the name servers www.dandydns.com, the same provider as the *phreakmail.com* domain.

Domain Name: XANADUCORP.NET
Registry Domain ID: 1783243900_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.epik.com
Registrar URL: http://www.epik.com
Updated Date: 2022-02-22T08:03:33Z
Creation Date: 2013-02-28T06:35:36Z
Registry Expiry Date: 2023-02-28T06:35:36Z
Registrar: Epik Inc.
Registrar IANA ID: 617
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Name Server: NS1.DANDYDNS.COM
Name Server: NS2.DANDYDNS.COM
Name Server: NS3.DANDYDNS.COM
Name Server: NS4.DANDYDNS.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2022-10-15T00:19:53Z <<<

31. We used the phreakmail.com domain instead of the xanaducorp.net domain because we simply did not consider a need to modify practices to impress as to what we believed was a claim worth a couple thousand dollars.

32. Our goal was to assure that we received communications in a timely manner and the *phreakmail* email enabled us to receive notifications (not that Rust Consulting bothered to use it to notify us that a problem occurred).

### Why our mail was not delivered.

33. Xanadu Corp. rents, and has rented, a virtual office in Colorado since its formation date in 2013 in Golden, Colorado, at 14143 Denver Parkway.   In addition, Xanadu Corp. since 2013, has its name listed in the building directory in the lobby.  However, mail to our Colorado location takes up to one

month to be delivered to Costa Rica.  Therefore, we do not ordinarily use this
location.

34. Therefore, for legal and official communications, the company desired to have
easy access to mail notifications, especially since its control persons are in
Central and South America.

35. To accomplish this task, in 2013, we subscribed to a virtual mailbox service
through a company known as Mail Box Forwarding and obtained our Los
Angeles mailing address.

36. Mail Box Forwarding provided prompt notification of received mail.

37. Unbeknownst to us, Mail Box Forwarding did not actually operate the Los
Angeles address.

38. About two years ago, Mail Box Forwarding abruptly, and without advance
notice, ended their relationship with the Los Angeles mailbox provider.

39. Because we desired to maintain the address, we contacted the actual owners
of the Los Angeles mail location and established a relationship with them and
they agreed to allow us to use the exact same address.

40. We have received, and are receiving, other mail communications to the
address.

41. We are not aware of why the mail was returned on both occasions.

42. If we were notified that the mail was returned a second time, we would have
inquired promptly.

43. We understand that the address we listed on our claim remains valid.

44. When we did not receive the payment, we contacted a third party agency and
arranged for them to accept delivery of the item.

### Registration with the California Secretary of State

45. We never registered with the California Secretary of State because we do not
conduct business in California.  On the contrary, our maintenance of a mail
facility does not constitute the minimum contacts necessary to require
registration.

46. We never represented Xanadu to be a California corporation or Enterprise.

47. The claims form requested only our mailing address.

48. If Rust Consulting and Class Counsel believed the registration of the business and actual physical location constituted a relevant question, then it should have been a question on the claim form or asked of all claimants.

### Our Telephone Number

49. Class counsel insinuated that our telephone number consisted of a "landline" phone number in Utah.

50. This is not correct.

51. The number still exists and is in service, has been used by us since 2013, but it is not a landline.  It is a business voice over internet protocol line.  These types of lines are used in the course of business operations.

### Our request for a check in the Company Name only

52. In an email to the claims administrator, we requested that the check be made to the Company only.

53. The reason for this is obvious.  The claim does not belong to an individual.  It belongs to a company.

54. Paying a check jointly to a company and an individual could create tax complications for the individual who received no benefit of the payment.  In addition, banks ordinarily do not allow joint accounts between an individual and a corporation, requiring the company to obtain an endorsement of an individual who has no right to receive the proceeds.

55. Therefore, our request constituted good business practices and was meant to avoid both problems with accounting and with our bank.

### More recent airline ticket purchases

56. In alignment with normal business practices and record retention, we did not retain airline ticket copies, reservation numbers, or reservation confirmations for tickets from 15 to 20 years ago.

57. However we herein show, as demonstrated by the attached, in July 2015, in connection with a potential dispute in an unrelated matter, retained ticket data from a single airline for travel in July and August 2015.

58. The data is provided to show a short period more recent sampling of the vast amount of travel our agents participated in and to respond to the incorrect presumption by class counsel that 1,200 tickets over a multi-year span is somehow a large number.

59. While this batch of tickets is not limited to Asia flights, during 2015 our business declined over 85% from 2000 through 2007, yet we managed over 70 international flights with over 120 passengers in connection with our placement consulting during a two month period from a single airline. Of course, we sent the agents on multiple airlines and usually booked directly with the airlines in question. Only American Airlines data is provided as that is the only carrier that we retained in connection with the dispute.

60. If anything, our claim is grossly underestimated, not overestimated, as even some of these tickets would have and the similar tickets from 2010 through 2015 would have been included in the settlement period.

61. However, we believed that the entire claim was valued at a few thousand dollars at the most and were not going to perform an audit of tickets to increase our claim.

62. Therefore, we limited our claim to Japan-based flights that we had noted on a spreadsheet because of projects that occurred during the early 2000s.

### Ticket purchases made during the class period

63. We incorporate our original claim and declaration provided in response to the audit by reference as if fully set forth again. We reaffirm that the information contained therein contains numbers *smaller* than the actual amount of tickets purchased or paid for by Xanadu during the settlement period.

64. Per normal business and record retention procedures, we do not currently have airline ticket copies, reservation numbers, or reservation confirmations for tickets from 15 to 20 years ago.

65. Based on reviews of company activity records including accounting records, contractor logs and notes, and client records that were available at the time the claim data was entered, it was fairly evident that the Company's qualifying transpacific air travel exceeds the actual number of flights claimed. The settlement period covered transpacific flights purchased between January 1, 2000 and December 1, 2016. Xanadu only claimed flights taken between the years 2002 and 2008. For example, if one reviewed our outstanding tickets

from the printouts dated July 11 and July 12, 2015, it is evidence that we omitted tickets from this period.

66. Flights prior to 2002 were not claimed because they were non-existent, at least for the most part. The company was formed towards the end of 2001 and likely did not have qualifying flights prior to 2002, or if it did there would have been a very limited number thereof.

67. However, based on the clearly evident business activity taking place in those years, qualifying flights were almost certainly purchased between the years 2009 and 2016.

68. Because the logs and notes do not provide sufficient data to ascertain exactly how many flights were taken, and with which airlines in which years, no qualifying flights were claimed during the 2009 through 2016 period.

69. However, if we were to include 2009 to 2016 flights, it is believed that the number of tickets would increase dramatically. As shown by our sampling from late July to August 2015, from a single airline, it is clear that hundreds of additional flights could have been added per year.

70. The logs and notes for 2002 through 2008 that were available at the time that the claim was entered did contain sufficient data to provide the attached spreadsheet containing the qualifying flight data for those years, which are reflective of the qualifying flights purchased **and** actually claimed.

71. We note at the time that we lodged our claim, our expected recovery was under $3,000. We did not have any information that certain types of tickets would pay several hundred dollars per ticket in refunds, exceeding by a large multiplier the actual cost of the fuel surcharge. Nevertheless, we expect to be treated equally and paid pursuant to the scheduled distribution on our approved claim.

72. Our claims are based on direct purchases (from the airline itself) with tickets we paid for with respect to our contract operations in Japan.

Rich Sutton

Sheet1

Transport Log    Years 2002 – 2008    All transport is USA to NRT

| Carrier: | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|
| American Airlines | | | 150 | | | | |
| Cathay Pacific Airways | | | 62 | 10 | | | 90 |
| Delta Airlines | | | | | | | |
| Japan Airlines | | | | 260 | 270 | 270 | |
| United Airlines | 35 | 190 | | | | | |
| Total Flights Recorded: | 35 | 190 | 212 | 270 | 270 | 270 | 90 |

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.



Colorado Secretary of State
Date and Time: 02/24/2013 04:54 PM
ID Number: 20131119719

Document number: 20131119719
Amount Paid: $1.00

ABOVE SPACE FOR OFFICE USE ONLY

## Statement of Foreign Entity Authority
filed pursuant to § 7-90-803 of the Colorado Revised Statutes (C.R.S.)

1. The entity ID number, the entity name, and the true name, if different, are

Entity ID number     20131119719
                                *(Colorado Secretary of State ID number)*

Entity name     Trust Services Inc.

True name     Trust Services S.A.
(if different from the entity name)

2. The form of entity and the jurisdiction under the law of which the entity is formed are

Form of entity     Foreign Corporation

Jurisdiction     Costa Rica

3. The principal office address of the entity's principal office is

Street address     Frente Edificio ICE
                                 *(Street number and name)*

    San Pedro                  2050
         *(City)*         *(State)*     *(ZIP/Postal Code)*
    San Jose           Costa Rica
    *(Province – if applicable)*     *(Country)*

Mailing address     Apartado 2132-2050
(**leave blank** if same as street address)     *(Street number and name or Post Office Box information)*

    San Pedro                  2050
         *(City)*         *(State)*     *(ZIP/Postal Code)*
                            Costa Rica
    *(Province – if applicable)*     *(Country)*

4. The registered agent name and registered agent address of the entity's registered agent are

Name
(if an individual)
                    *(Last)*       *(First)*       *(Middle)*     *(Suffix)*

or

(if an entity)     ABC Agents Inc.

(**Caution:** Do not provide both an individual and an entity name.)

Street address

4643 S Ulster Street

*(Street number and name)*

Denver _____ CO_____ 80237 _____

*(City)*      *(State)*      *(ZIP Code)*

Mailing address
(**leave blank** if same as street address)

_____
*(Street number and name or Post Office Box information)*

_____ CO_____ _____.
*(City)*      *(State)*      *(ZIP Code)*

*(The following statement is adopted by marking the box.)*

☑ The person appointed as registered agent above has consented to being so appointed.

5. The date the entity commenced or expects to commence transacting business or conducting activities in Colorado is 06/01/2013 _____.

*(mm/dd/yyyy)*

6. *(If applicable, adopt the following statement by marking the box and include an attachment.)*

☐ This document contains additional information as provided by law.

7. *(**Caution:** Leave blank if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)*

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*

The delayed effective date and, if applicable, time of this document is/are _____.

*(mm/dd/yyyy hour:minute am/pm)*

**Notice:**

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

8. The true name and mailing address of the individual causing the document to be delivered for filing are

Calderon _____ Rod _____ _____ _____

*(Last)*      *(First)*      *(Middle)*      *(Suffix)*

Apartado 2132-2050

*(Street number and name or Post Office Box information)*

_____

San Pedro _____ _____ 00000 _____

*(City)*      *(State)*      *(ZIP/Postal Code)*

_____ Costa Rica _____.
*(Province – if applicable)*      *(Country)*

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

**Disclaimer:**

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty.  While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet.  Questions should be addressed to the user's legal, business or tax advisor(s).

**RESOLUTION OF**

TRUST SERVICES S.A.
TRUST SERVICES INC.

San Jose, Costa Rica:

At a meeting of the shareholders of Trust Services S.A. ("TSSA"), duly registered as Trust Services Inc., on February 26, 2013, it is hereby RESOLVED that:

1.  TSSA shall form Xanadu Corp. in Colorado with 100% of the shares owned by TSSA.

2.  TSSA assigns all non-tangible rights, accounts receivables, accounts payables, assets, liabilities, and business activities related to TSSA's international consulting, contract fulfillment, and personnel placement services to Xanadu Corp.

3.  TSSA shall form Nicaragua Holding Co. in Colorado with 100% of the shares owned by TSSA.

4.  TSSA assigns all non-tangible rights, accounts receivables, accounts payables, assets, liabilities, and business activities related to TSSA's Nicaragua travel, hospitality, and property management business to Nicaragua Holding Co.

5.  TSSA shall form International Wireless Inc. in Colorado with 100% of the shares owned by TSSA.

6.  TSSA assigns all non-tangible rights, accounts receivables, accounts payables, assets, liabilities, and business activities related to TSSA's wireless reseller accounts to International Wireless Inc.

7.  TSSA shall form Networking Services Inc. in Colorado with 100% of the shares owned by TSSA.

8.  TSSA assigns all non-tangible rights, accounts receivables, accounts payables, assets, liabilities, and business activities related to TSSA's network, cloud computing, data entry, and data processing enterprises and contracts to Networking Services Inc.

9.  TSSA shall form Forex Financial Authority Corp. in Colorado with 100% of the shares owned by TSSA.

10. TSSA assigns all non-tangible rights, accounts receivables, accounts payables, assets, liabilities, customer accounts, and business activities related to TSSA's foreign exchange operations to Forex Financial Authority Corp.

11. TSSA shall form /\ Inc., referred to as "tower," in Colorado with 100% of the shares owned by TSSA.

12. TSSA assigns all non-tangible rights, accounts receivables, accounts payables, assets, liabilities, and business activities related to TSSA's client portfolio and asset management services, related to non-United States clients only, to /\ Inc.

13. TSSA shall form Payment Services Corp. in Colorado with 100% of the shares owned by TSSA.

14. TSSA assigns all non-tangible rights, accounts receivables, accounts payables, assets, liabilities, and business activities related to TSSA's merchant services reseller contracts related to non-United States clients only, to Payment Services Corp.

En asamblea de accionistas de Trust Services S.A. ("TSSA"), debidamente registrada como Trust Services Inc., el 26 de febrero de 2013, se RESUELVE que:

1. TSSA formará Xanadu Corp. en Colorado con el 100% de las acciones propiedad de TSSA.

2. TSSA asigna todos los derechos no tangibles, cuentas por cobrar, cuentas por pagar, activos, pasivos y actividades comerciales relacionadas con los servicios de consultoría internacional, cumplimiento de contratos y colocación de personal de TSSA a Xanadu Corp.

3. TSSA constituirá Nicaragua Holding Co. en Colorado con el 100% de las acciones propiedad de TSSA.

4. TSSA asigna todos los derechos no tangibles, cuentas por cobrar, cuentas por pagar, activos, pasivos y actividades comerciales relacionadas con el negocio de viajes, hospitalidad y administración de propiedades de TSSA en Nicaragua a Nicaragua Holding Co.

5. TSSA formará International Wireless Inc. en Colorado con el 100% de las acciones propiedad de TSSA.

6. TSSA asigna todos los derechos no tangibles, cuentas por cobrar, cuentas por pagar, activos, pasivos y actividades comerciales relacionadas con las cuentas de revendedor inalámbrico de TSSA a International Wireless Inc.

7. TSSA formará Networking Services Inc. en Colorado con el 100% de las acciones propiedad de TSSA.

8. TSSA asigna todos los derechos no tangibles, cuentas por cobrar, cuentas por pagar, activos, pasivos y actividades comerciales relacionadas con la red de TSSA, computación en la nube, entrada de datos y empresas y contratos de procesamiento de datos a Networking Services Inc.

9. TSSA formará Forex Financial Authority Corp. en Colorado con el 100% de las acciones propiedad de TSSA.

10. TSSA asigna todos los derechos no tangibles, cuentas por cobrar, cuentas por pagar, activos, pasivos, cuentas de clientes y actividades comerciales relacionadas con las operaciones de cambio de divisas de TSSA a Forex Financial Authority Corp.

11. TSSA formará /\ Inc., denominada "torre", en Colorado con el 100% de las acciones propiedad de TSSA.

12. TSSA asigna todos los derechos no tangibles, cuentas por cobrar, cuentas por pagar, activos, pasivos y actividades comerciales relacionadas con la cartera de clientes de TSSA y los servicios de gestión de activos, relacionados únicamente con clientes fuera de los Estados Unidos, a /\ Inc.

13. TSSA formará Payment Services Corp. en Colorado con el 100% de las acciones propiedad de TSSA.

14. TSSA asigna todos los derechos no tangibles, cuentas por cobrar, cuentas por pagar, activos, pasivos y actividades comerciales relacionadas con los contratos de reventa de servicios comerciales de TSSA relacionados con clientes fuera de los Estados Unidos únicamente, a Payment Services Corp.

_____
Carlos Suica
Secretary/Secretario
Trust Services S.A.
Trust Services Inc.



Colorado Secretary of State
Date and Time: 02/27/2013 11:10 PM
ID Number: 20131137564

Document number: 20131137564
Amount Paid: $1.00

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

ABOVE SPACE FOR OFFICE USE ONLY

## Articles of Incorporation for a Profit Corporation
filed pursuant to § 7-102-101 and § 7-102-102 of the Colorado Revised Statutes (C.R.S.)

1. The domestic entity name for the corporation is

Xanadu Corp.

*(The name of a corporation must contain the term or abbreviation "corporation", "incorporated", "company", "limited", "corp.", inc.", "co." or "ltd.". See §7-90-601, C.R.S. If the corporation is a professional or special purpose corporation, other law may apply.)*

*(Caution: The use of certain terms or abbreviations are restricted by law. Read instructions for more information.)*

2. The principal office address of the corporation's initial principal office is

Street address       14143 Denver West Parkway
                     *(Street number and name)*

Golden                          CO    80401
*(City)*                        *(State)*   *(ZIP/Postal Code)*
                                United States
*(Province – if applicable)*    *(Country)*

Mailing address
(leave blank if same as street address)
                     *(Street number and name or Post Office Box information)*

                     *(City)*        *(State)*    *(ZIP/Postal Code)*

                     *(Province – if applicable)*    *(Country)*

3. The registered agent name and registered agent address of the corporation's initial registered agent are

Name
   (if an individual)
                     *(Last)*      *(First)*      *(Middle)*    *(Suffix)*

   or

   (if an entity)    Xanadu Corp.
*(Caution:  Do not provide both an individual and an entity name.)*

Street address       14143 Denver West Parkway
                     *(Street number and name)*

Golden                          CO    80401
*(City)*                        *(State)*   *(ZIP/Postal Code)*

Mailing address
(leave blank if same as street address)
                     *(Street number and name or Post Office Box information)*

|                          | CO           |                     |
| ------------------------ | ------------ | ------------------- |
| *(City)*                 | *(State)*    | *(ZIP/Postal Code)* |

*(The following statement is adopted by marking the box.)*

[☑] The person appointed as registered agent above has consented to being so appointed.

4. The true name and mailing address of the incorporator are

Name
(if an individual)

| Corea      | Karla      |            |            |
| ---------- | ---------- | ---------- | ---------- |
| *(Last)*   | *(First)*  | *(Middle)* | *(Suffix)* |

or

(if an entity) _____

*(Caution: Do not provide both an individual and an entity name.)*

Mailing address

c/o Xanadu Corp.
*(Street number and name or Post Office Box information)*

14143 Denver West Parkway

| Golden     | CO          | 80401               |
| ---------- | ----------- | ------------------- |
| *(City)*   | *(State)*   | *(ZIP/Postal Code)* |

| _____      | United States        |
| ------------------------- | -------------------- |
| *(Province – if applicable)* | *(Country)*       |

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

[ ] The corporation has one or more additional incorporators and the name and mailing address of each additional incorporator are stated in an attachment.

5. The classes of shares and number of shares of each class that the corporation is authorized to issue are as follows.

*(If the following statement applies, adopt the statement by marking the box and enter the number of shares.)*

[☑] The corporation is authorized to issue ___100,000___ common shares that shall have unlimited voting rights and are entitled to receive the net assets of the corporation upon dissolution.

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

[ ] Additional information regarding shares as required by section 7-106-101, C.R.S., is included in an attachment.

*(Caution: At least one box must be marked. Both boxes may be marked, if applicable.)*

6. *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

[ ] This document contains additional information as provided by law.

7. *(Caution: Leave blank if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)*

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*

The delayed effective date and, if applicable, time of this document is/are _____.
*(mm/dd/yyyy hour:minute am/pm)*

Notice:

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic

statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

8. The true name and mailing address of the individual causing the document to be delivered for filing are

| Corea | Karla | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

c/o Xanadu Corp.

_____
*(Street number and name or Post Office Box information)*

14143 Denver West Parkway
_____

| Golden | CO | 80401 |
|---|---|---|
| *(City)* | *(State)* | *(ZIP/Postal Code)* |

United States.
_____
*(Province – if applicable)*                    *(Country)*

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

Disclaimer:
This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty.  While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet.  Questions should be addressed to the user's legal, business or tax advisor(s).

**American**Airlines®

AA RECORD LOCATOR : **JQSOVP**           ← Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Los Angeles to Kingston

2 Adults
**Friday** July 10, 2015 — **Friday** August 28, 2015

| **Total Paid:** |
| **$1,667.06 USD** |

| AA Record Locator | Reservation Name |
|---|---|
| **JQSOVP** | **LAX/MIA** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jul 02, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **68** 📶 | Los Angeles (LAX) August 28, 2015 07:30 AM Travel Time : 5 h 23 m Cabin Class : Economy Seat : unassigned | Miami (MIA) August 28, 2015 03:53 PM Booking Code : Q Plane Type : 738 |
| **American Airlines** **1082** 📶 | Miami (MIA) August 28, 2015 05:05 PM Travel Time : 1 h 48 m Cabin Class : Economy Seat : 20A , 20B | Kingston (KIN) August 28, 2015 05:53 PM Booking Code : Q Plane Type : 738 |

**Fare Amount**

| Adult | |
|---|---|
| 2 × $690.00 USD | $1,380.00 USD |

**Taxes & Carrier-Imposed Fees**

| Taxes | $287.06 USD |
| Carrier-Imposed Fees | $0.00 USD |

**Flight Subtotal**

**$1,667.06 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ▮▮▮▮ | 0012353434946 | | $690 00 USD | 143 53 | 833.53 |
| ▮▮▮▮ | 0012353434947 | | $690 00 USD | 143 53 | 833.53 |
| | | | | Total | $1,667.06 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/RESTRICTIONS APPLY

Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with **American Airlines Reservations** at **1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines**

AA RECORD LOCATOR : **XRRDJS**



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.





Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Dallas/ Fort Worth to Seoul

**Sunday** July 12, 2015 – **Saturday** August 1, 2015

| AA Record Locator **XRRDJS** | Reservation Name **DFW/ICN** |
|---|---|
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 01, 2015 |

**Total Paid:**

**0** miles

**+$48.40** USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **281** | Dallas/ Fort Worth (DFW) July 12, 2015 11:05 AM On time Scheduled Time: 11:05 AM Estimated Time: 11:05 AM Actual Time: Terminal : D  Gate : D33 Travel Time : 14 h 10 m Cabin Class : Economy Seat : 38A | Seoul (ICN) July 13, 2015 03:15 PM On time Scheduled Time: 03:15 PM Estimated Time: 03:15 PM Actual Time: Terminal :  Gate : Baggage Area : Booking Code : T Plane Type : 777 |
| **American Airlines** **280** | Seoul (ICN) August 1, 2015 05:15 PM Travel Time : 13 h 20 m Cabin Class : First Seat : 4A | Dallas/ Fort Worth (DFW) August 1, 2015 04:35 PM Booking Code : Z Plane Type : 777 |

**Current Mileage Balance**

Available    0 miles

**Mileage Needed**

**Mileage Balance After**

0 miles

**Taxes & Carrier-Imposed Fees**

Taxes    $48.40

Carrier-Imposed Fees    $0.00

**Flight Subtotal**

**0** miles

**+ $48.40**

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | | | $0 00 USD | 48.40 | 48.40 |
| | | | | Total | $48.40 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

Fare Includes –

Endorsements/Restrictions –

VOID IF SLD/PURCSD/BRTR/FE E   ON   CH G /VALID ON   AA

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** <u>American Airlines Reservations</u> **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at <u>www.aa.com/conditionsofcarriage</u>.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit <u>www.aa.com/refunds</u>.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at <u>www.aa.com/arrivaltimes</u>.

Check in for your flight using Flight Check-In (<u>www.aa.com/checkin</u>) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (<u>www.aa.com/selfservice</u>) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at <u>www.aa.com/intl</u> for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit <u>www.aa.com/baggageinfo</u>.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at <u>www.aa.com/restricteditems</u> for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section <u>www.aa.com/assistance</u> before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at <u>www.aa.com/gates</u>.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit <u>www.aa.com</u>. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section <u>www.aa.com/redeemmiles</u>.

**AA.COM**
Visit <u>www.aa.com/emails</u>, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines®**

AA RECORD LOCATOR : **QFPUIF**           Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.





Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Seoul to West Palm Beach

3 Adults
**Tuesday** July 14, 2015 – **Sunday** August 2, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **QFPUIF** | **ICN/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 03, 2015 |

**Total Paid:**

**$3,797.04 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **280** | **Seoul** (ICN) July 14, 2015 05:15 PM Travel Time : 13 h 20 m Cabin Class : Economy Seat : 25D , 25E , 25F | **Dallas/ Fort Worth** (DFW) July 14, 2015 04:35 PM Booking Code : V Plane Type : 777 |
| **American Airlines** **2322** | **Dallas/ Fort Worth** (DFW) July 14, 2015 08:05 PM Travel Time : 2 h 51 m Cabin Class : Economy Seat : 12A , 12B , 12C | **West Palm Beach** (PBI) July 14, 2015 11:56 PM Booking Code : V Plane Type : 738 |

**Fare Amount**

**Adult**
3 × $1,063.00 USD   $3,189.00 USD

**Trip Options**

Preferred Seats   $77.94 USD

**Taxes & Carrier-Imposed Fees**

Taxes   $308.10 USD

Carrier-Imposed Fees   $222.00 USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1423** | **West Palm Beach** (PBI) August 2, 2015 06:00 AM Travel Time : 2 h 58 m Cabin Class : Economy Seat : 12A , 12B , 12C | **Dallas/ Fort Worth** (DFW) August 2, 2015 07:58 AM Booking Code : V Plane Type : 738 |
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) August 2, 2015 11:05 AM Travel Time : 14 h 10 m Cabin Class : Economy Seat : 32D , 32E , 32F | **Seoul** (ICN) August 3, 2015 03:15 PM Booking Code : V Plane Type : 777 |

**Flight Subtotal**

**$3,797.04 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| ▉ | 0012352321434 | | $1,063.00 KRW | 1137.00 USD | 176.70 | 1239.70 |
| | 0012352321435 | | $1,063.00 KRW | 1137.00 USD | 176.70 | 1239.70 |



| | SEAT NUMBER(S) | PRICE | Tax/Fee/Charge | SEAT TOTAL |
|---|---|---|---|---|
| | 12A, 12A | 25.98 USD | | 25.98 USD |
| | 12B, 12B | 25.98 USD | | 25.98 USD |
| | 12C, 12C | 25.98 USD | | 25.98 USD |
| | | | Total | 77.94 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage | Total |
|---|---|---|---|---|---|
| | | | Total | | |

Fare Includes –

Endorsements/Restrictions –
RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with __American Airlines Reservations__ at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines®**

AA RECORD LOCATOR : **QFPUIF**            Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.





Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Seoul to West Palm Beach
3 Adults
**Tuesday** July 14, 2015 – **Sunday** August 2, 2015

| AA Record Locator **QFPUIF** | Reservation Name **ICN/DFW** |
|---|---|
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 03, 2015 |

**Total Paid:**    **$3,797.04 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines 280** | **Seoul** (ICN) July 14, 2015 05:15 PM Travel Time : 13 h 20 m Cabin Class : Economy Seat : 25D , 25E , 25F | **Dallas/ Fort Worth** (DFW) July 14, 2015 04:35 PM Booking Code : V Plane Type : 777 |
| **American Airlines 2322** | **Dallas/ Fort Worth** (DFW) July 14, 2015 08:05 PM Travel Time : 2 h 51 m Cabin Class : Economy Seat : 12A , 12B , 12C | **West Palm Beach** (PBI) July 14, 2015 11:56 PM Booking Code : V Plane Type : 738 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines 1423** | **West Palm Beach** (PBI) August 2, 2015 06:00 AM Travel Time : 2 h 58 m Cabin Class : Economy Seat : 12A , 12B , 12C | **Dallas/ Fort Worth** (DFW) August 2, 2015 07:58 AM Booking Code : V Plane Type : 738 |
| **American Airlines 281** | **Dallas/ Fort Worth** (DFW) August 2, 2015 11:05 AM Travel Time : 14 h 10 m Cabin Class : Economy Seat : 32D ,32E , 32F | **Seoul** (ICN) August 3, 2015 03:15 PM Booking Code : V Plane Type : 777 |

**Fare Amount**

**Adult**
3 × $1,063.00 USD    $3,189.00 USD

**Trip Options**

**Preferred Seats**    $77.94 USD

**Taxes & Carrier-Imposed Fees**

Taxes    $308.10 USD

Carrier-Imposed Fees    $222.00 USD

**Flight Subtotal**

**$3,797.04 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| | 0012352321434 | | $1,063.00 KRW | 1137.00 USD | 176.70 | 1239.70 |
| | 0012352321435 | | $1,063.00 KRW | 1137.00 USD | 176.70 | 1239.70 |



| | 0012352321436 | | $1,063.00 KRW | 1137.00 USD | 176.70 | 1239.70 |
| | | | | Total | | $3,719.10 USD |

| | SEAT NUMBER(S) | PRICE | Tax/Fee/Charge | SEAT TOTAL |
|---|---|---|---|---|
| | 12A, 12A | 25.98 USD | | 25.98 USD |
| | 12B, 12B | 25.98 USD | | 25.98 USD |
| | 12C, 12C | 25.98 USD | | 25.98 USD |
| | | | Total | 77.94 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage / Miles Total |
|---|---|---|---|---|
| | | | Total | |

**Fare Includes –**

**Endorsements/Restrictions –**
RESTRICTIONS APPLY

**Note -** If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at **1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at <u>www.aa.com/conditionsofcarriage</u>.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit <u>www.aa.com/refunds</u>.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at <u>www.aa.com/arrivaltimes</u>.

Check in for your flight using Flight Check-In (<u>www.aa.com/checkin</u>) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (<u>www.aa.com/selfservice</u>) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at <u>www.aa.com/intl</u> for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit <u>www.aa.com/baggageinfo</u>.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at <u>www.aa.com/restricteditems</u> for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section <u>www.aa.com/assistance</u> before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at <u>www.aa.com/gates</u>.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit <u>www.aa.com</u>. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section <u>www.aa.com/redeemmiles</u>.

**AA.COM**
Visit <u>www.aa.com/emails</u>, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines®**

AA RECORD LOCATOR : **BNSVUB**    ‖‖‖‖‖‖‖‖‖‖‖‖‖‖      Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### Huntsville to San Francisco
1 Adult
**Friday** July 17, 2015 — **Sunday** August 2, 2015

| | |
|---|---|
| **AA Record Locator** | **Reservation Name** |
| **BNSVUB** | **HSV/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 13, 2015 |

**Total Paid:**

**$664.20 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines 3190** <br> Operated by Envoy Air As American Eagle | Huntsville (HSV) <br> July 17, 2015 09:14 AM <br> Travel Time : 2 h 7 m <br> Cabin Class : Economy <br> Seat : 8A | Dallas/ Fort Worth (DFW) <br> July 17, 2015 11:21 AM <br> Booking Code : N <br> Plane Type : ER4 |
| **American Airlines 330** | Dallas/ Fort Worth (DFW) <br> July 17, 2015 02:10 PM <br> Travel Time : 3 h 44 m <br> Cabin Class : Economy <br> Seat : 13D | San Francisco (SFO) <br> July 17, 2015 03:54 PM <br> Booking Code : S <br> Plane Type : 73B |

**Fare Amount**

**Adult**
1 × $575.80 USD    $575.80 USD

**Taxes & Carrier-Imposed Fees**

Taxes    $88.40 USD

Carrier-Imposed Fees    $0.00 USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines 36** | San Francisco (SFO) <br> August 2, 2015 08:25 AM <br> Travel Time : 3 h 32 m <br> Cabin Class : Economy <br> Seat : 18C | Dallas/ Fort Worth (DFW) <br> August 2, 2015 01:57 PM <br> Booking Code : S <br> Plane Type : 32B |
| **American Airlines 5777** <br> Operated by Mesa Airlines As American Eagle | Dallas/ Fort Worth (DFW) <br> August 2, 2015 04:42 PM <br> Travel Time : 1 h 50 m <br> Cabin Class : Economy <br> Seat : 9D | Huntsville (HSV) <br> August 2, 2015 06:32 PM <br> Booking Code : S <br> Plane Type : CR9 |

**Flight Subtotal**

**$664.20 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | | | $575.80 USD | 88.40 | 664.20 |
| | | | | Total | $664.20 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To ensure security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**American**Airlines·

AA RECORD LOCATOR : **AFRFLF**
US AIRWAYS RECORD LOCATOR : **D66JW2**



Get your boarding pass
faster!Scan this barcode at
any American Airlines Self-
Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## San Jose to Washington

1 Adult
**Saturday** July 18, 2015 – **Sunday** August 2, 2015

| AA Record Locator | Reservation Name |
| --- | --- |
| **AFRFLF** | **SJC/PHX** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jul 03, 2015 |

**US Airways Record Locator**
**D66JW2**

| Flight | Depart | Arrive |
| --- | --- | --- |
| **American Airlines** **5567** Operated by US Airways Express-Mesa Airlines | San Jose (SJC) July 18, 2015 09:44 AM Travel Time : 1 h 56 m Cabin Class : Economy Seat Information | Phoenix (PHX) July 18, 2015 11:40 AM Booking Code : O Plane Type : CR9 |
| **American Airlines** **680** Operated by US Airways | Phoenix (PHX) July 18, 2015 12:40 PM Travel Time : 4 h 24 m Cabin Class : Economy Seat Information | Washington (DCA) July 18, 2015 08:04 PM Booking Code : O Plane Type : 321 |

| Flight | Depart | Arrive |
| --- | --- | --- |
| **American Airlines** **175** | Washington (DCA) August 2, 2015 06:59 AM Travel Time : 3 h 13 m Cabin Class : Economy Seat : 21F | Dallas/ Fort Worth (DFW) August 2, 2015 09:12 AM Booking Code : G Plane Type : 738 |
| **American Airlines** **263** | Dallas/ Fort Worth (DFW) August 2, 2015 10:40 AM Travel Time : 3 h 43 m Cabin Class : Economy Seat : 14A | San Jose (SJC) August 2, 2015 12:23 PM Booking Code : G Plane Type : S80 |

**Total Paid:**

**$591.14 USD**

**Fare Amount**

**Adult**
1 × $480.92 USD          $480.92 USD

**Trip Options**

Preferred Seats          $28.94 USD

**Taxes & Carrier-Imposed Fees**

Taxes                    $81.28 USD

Carrier-Imposed Fees     $0.00 USD

**Flight Subtotal**

**$591.14 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
| --- | --- | --- | --- | --- | --- |

| | 0012305920378 | | $480.92 USD | 81.28 | 562.20 |
|---|---|---|---|---|---|
| pe | | | | Total | $562.20 USD |

| | SEAT NUMBER(S) | PRICE | Tax/Fee/Charge | SEAT TOTAL |
|---|---|---|---|---|
| | 14A | 26 92 USD | 2.02 USD | 28.94 USD |
| | | | Total | 28.94 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

Fare Includes –

Endorsements/Restrictions –
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** American Airlines Reservations **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines®**

AA RECORD LOCATOR : **DIGQMK**



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Tampa to Bangkok

3 Adults
**Saturday** July 18, 2015 – **Saturday** August 1, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **DIGQMK** | **TPA/ORD** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 07, 2015 |

**Total Paid:**

**$4,863.90 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1336** | **Tampa** (TPA) July 18, 2015 07:05 AM Travel Time : 2 h 53 m Cabin Class : Economy Seat : 22D , 22E , 22F | **Chicago** (ORD) July 18, 2015 08:58 AM Booking Code : N Plane Type : S80 |
| **American Airlines** **153** | **Chicago** (ORD) July 18, 2015 01:40 PM Travel Time 13 h 0 m Cabin Class : Economy Seat : 42C , 42F , 42G | **Tokyo** (NRT) July 19, 2015 04:40 PM Booking Code : N Plane Type : 777 |
| **American Airlines** **8411** Operated by Japan Airlines | **Tokyo** (NRT) July 19, 2015 06:20 PM Travel Time : 6 h 40 m Cabin Class : Economy Seat : unassigned | **Bangkok** (BKK) July 19, 2015 11:00 PM Booking Code : S Plane Type : 787 |

**Fare Amount**

**Adult**
3 × $1,021.00 USD  $3,063.00 USD

**Trip Options**

**Preferred Seats**  $194.70 USD

**Taxes & Carrier-Imposed Fees**

**Taxes**  $406.20 USD

**Carrier-Imposed Fees**  $1,200.00 USD

**Flight Subtotal**

**$4,863.90 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **8412** Operated by Japan Airlines | **Bangkok** (BKK) August 1, 2015 08:10 AM Travel Time : 6 h 15 m Cabin Class : Economy Seat : unassigned | **Tokyo** (NRT) August 1, 2015 04:25 PM Booking Code : S Plane Type : 787 |
| **American Airlines** **60** | **Tokyo** (NRT) August 1, 2015 06:45 PM Travel Time : 12 h 10 m Cabin Class : Economy Seat : 41C , 41F , 41G | **Dallas/ Fort Worth** (DFW) August 1, 2015 04:55 PM Booking Code : N Plane Type : 777 |

**American Airlines**
**2488**

| | | |
|---|---|---|
| **Dallas/ Fort Worth** (DFW) | **Tampa** (TPA) | |
| August 2, 2015 07:10 AM | August 2, 2015 10:43 AM | |
| Travel Time : 2 h 33 m | Booking Code : N | |
| Cabin Class : Economy | Plane Type : S80 | |
| Seat : 23D , 23E , 23F | | |

## Receipt

| | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012350129244 | | $1,021 00 USD | 535.40 | 1556.40 |
| | 0012350129246 | | $1,021 00 USD | 535.40 | 1556.40 |
| | 0012350129248 | | $1,021 00 USD | 535.40 | 1556.40 |
| **Payment Type** | MASTER CARD   ***********7308 | | | Total | $4,669.20 USD |

| PASSENGER | SEAT NUMBER(S) | PRICE | Tax/Fee/Charge | SEAT TOTAL |
|---|---|---|---|---|
| | 41C | 64.90 USD | | 64.90 USD |
| | 41F | 64.90 USD | | 64.90 USD |
| | 41G | 64.90 USD | | 64.90 USD |
| | | | Total | 194.70 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes -**

**Endorsements/Restrictions -**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR C44-45

**Note -** If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**

Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines®**

AA RECORD LOCATOR : **TZYSPU**   


Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.





Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Rio De Janeiro to Dallas/ Fort Worth

1 Adult, 1 Child
**Saturday** July 18, 2015 — **Saturday** August 1, 2015

| | Total Paid: |
|---|---|
| | **R$8.316,30 BRL** |

**AA Record Locator**
**TZYSPU**

Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation.

**Reservation Name**
**GIG/MIA**

Status: **Ticketed** Jul 06, 2015

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **904**  | **Rio De Janeiro** (GIG) July 18, 2015 08:20 PM Travel Time : 8 h 53 m Cabin Class : Economy Seat : unassigned | **Miami** (MIA) July 19, 2015 04:13 AM Booking Code : N Plane Type : 772 |
| **American Airlines** **281** | **Miami** (MIA) July 19, 2015 06:00 AM Travel Time : 3 h 6 m Cabin Class : Economy Seat : 30F , 30E | **Dallas/ Fort Worth** (DFW) July 19, 2015 08:06 AM Booking Code : N Plane Type : 757 |

**Fare Amount**

**Adult**
1 ×
R$4.407,29 BRL          R$4.407,29 BRL

**Child**
1 ×
R$3.306,25 BRL          R$3.306,25 BRL

**Taxes & Carrier-Imposed Fees**

**Taxes**                          R$602,76 BRL

**Carrier-Imposed Fees**           R$0,00 BRL

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **280** | **Dallas/ Fort Worth** (DFW) August 1, 2015 06:20 PM Travel Time : 3 h 0 m Cabin Class : Economy Seat : 32A , 32B | **Miami** (MIA) August 1, 2015 10:20 PM Booking Code : L Plane Type : 32B |
| **American Airlines** **905**  | **Miami** (MIA) August 1, 2015 11:59 PM Travel Time : 8 h 28 m Cabin Class : Economy Seat : unassigned | **Rio De Janeiro** (GIG) August 2, 2015 09:27 AM Booking Code : L Plane Type : 772 |

**Flight Subtotal**

**R$8.316,30 BRL**

---

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| ▮▮▮▮▮▮ | 0012353538252 | 057DVJ6 | $4,407.29 USD | 4407.29 BRL | 301.38 | 4708.67 |
| | 0012353538253 | | $3,306.25 USD | 3306.25 BRL | 301.38 | 3607.63 |

| | | | | | Total | R$8 316,30 BRL |
|---|---|---|---|---|---|---|

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|---|
| | | | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

 **AmericanAirlines**

AA RECORD LOCATOR : **VSWDVI**
US AIRWAYS RECORD LOCATOR : **BSTY7W**



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.





Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Multiple Destinations
1 Adult
**Saturday** July 18, 2015 – **Sunday** August 30, 2015

**Total Paid:**

**$1,386.40 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **VSWDVI** | **ICN/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 20, 2015 |

US Airways Record Locator
**BSTY7W**

| Flight | Depart | Arrive | Fare Amount |
|---|---|---|---|
| **American Airlines** **280** | Seoul (ICN) July 18, 2015 05:15 PM Travel Time : 13 h 20 m Cabin Class : Economy Seat : 34J | Dallas/ Fort Worth (DFW) July 18, 2015 04:35 PM Booking Code : L Plane Type : 777 | **Adult** 1 × $1,250.00 USD    $1,250.00 USD |
| **American Airlines** **2235** | Dallas/ Fort Worth (DFW) July 18, 2015 06:50 PM Travel Time : 2 h 44 m Cabin Class : Economy Seat : 24C | Charlotte (CLT) July 18, 2015 10:34 PM Booking Code : L Plane Type : 738 | **Taxes & Carrier-Imposed Fees** |

**Taxes**    $106.40 USD

**Carrier-Imposed Fees**    $30.00 USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **469** Operated by US Airways | Charlotte (CLT) July 19, 2015 07:55 AM Travel Time : 1 h 19 m Cabin Class : Economy Seat Information | Atlanta (ATL) July 19, 2015 09:14 AM Booking Code : L Plane Type : 319 |

**Flight Subtotal**

**$1,386.40 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **4285** Operated by Republic Airlines As American Eagle | Atlanta (ATL) August 30, 2015 09:05 PM Travel Time : 2 h 2 m Cabin Class : Economy Seat : 13C | Miami (MIA) August 30, 2015 11:07 PM Booking Code : L Plane Type : E75 |

| American Airlines **1541** | **Miami** (MIA)<br>August 31, 2015 07:05 AM<br>Travel Time : 3 h 5 m<br>Cabin Class : Economy<br>Seat : 27G | **Dallas/ Fort Worth** (DFW)<br>August 31, 2015 09:10 AM<br>Booking Code : S<br>Plane Type : 763 |
| American Airlines **281** | **Dallas/ Fort Worth** (DFW)<br>August 31, 2015 11:05 AM<br>Travel Time : 14 h 10 m<br>Cabin Class : Economy<br>Seat : 37G | **Seoul** (ICN)<br>September 1, 2015 03:15 PM<br>Booking Code : S<br>Plane Type : 777 |

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
|  | 51806704 |  | $1,250.00 KRW | 1280 00 USD | 136.40 | 1386.40 |
| Payment Type | | | | | Total | $1,386.40 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
|  |  |  | Total | 0.00 |

## Fare Includes –

## Endorsements/Restrictions –
RESTRICTIONS APPLY C04-05

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** <u>American Airlines Reservations</u> **at 1-800-433-7300 for the correct total.**

### TERMS AND CONDITIONS
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at <u>www.aa.com/conditionsofcarriage</u>.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit <u>www.aa.com/refunds</u>.

### CHECKING IN
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at <u>www.aa.com/arrivaltimes</u>.

Check in for your flight using Flight Check-In (<u>www.aa.com/checkin</u>) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (<u>www.aa.com/selfservice</u>) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

### TRAVELING INTERNATIONALLY
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at <u>www.aa.com/intl</u> for more information and helpful links.

### BAGGAGE INFORMATION
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit <u>www.aa.com/baggageinfo</u>.

### HAZARDOUS ITEMS
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at <u>www.aa.com/restricteditems</u> for more information.

### SPECIAL ASSISTANCE
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section <u>www.aa.com/assistance</u> before you travel.

### FLIGHT STATUS
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at <u>www.aa.com/gates</u>.

### RESERVATIONS ASSISTANCE
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

### AADVANTAGE INFORMATION
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit <u>www.aa.com</u>. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section <u>www.aa.com/redeemmiles</u>.

### AA.COM
Visit <u>www.aa.com/emails</u>, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines**

AA RECORD LOCATOR : **VWZGDL**     ▌▌▌ ▐▌▐▌▐▌▌▐▌▐▌▌▐▌▌▌▌     ←



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.

↓



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## San Diego to Dublin

2 Adults
**Sunday** July 19, 2015 – **Saturday** August 1, 2015

**Total Paid:**

**$2,417.40 USD**

| AA Record Locator **VWZGDL** | Reservation Name **SAN/ORD** |
|---|---|
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Mar 04, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **156** 📶 | **San Diego** (SAN) July 19, 2015 10:25 AM Travel Time : 4 h 9 m Cabin Class : Economy Seat : 24F , 24E | **Chicago** (ORD) July 19, 2015 04:34 PM Booking Code : O Plane Type : 738 |
| **American Airlines** **92** | **Chicago** (ORD) July 19, 2015 05:45 PM Travel Time : 7 h 40 m Cabin Class : Economy Seat : 38A , 38B | **Dublin** (DUB) July 20, 2015 07:25 AM Booking Code : O Plane Type : 763 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **291** | **Dublin** (DUB) August 1, 2015 08:55 AM Travel Time : 7 h 34 m Cabin Class : Economy Seat : 31E , 31F | **New York** (JFK) August 1, 2015 11:29 AM Booking Code : O Plane Type : 757 |
| **American Airlines** **95** 📶 | **New York** (JFK) August 1, 2015 05:20 PM Travel Time : 6 h 16 m Cabin Class : Economy Seat : 23A , 23B | **San Diego** (SAN) August 1, 2015 08:36 PM Booking Code : O Plane Type : 738 |

**Fare Amount**

Adult
2 × $680.00 USD     $1,360.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes     $201.40 USD

Carrier-Imposed
Fees     $856.00 USD

**Flight Subtotal**

**$2,417.40 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ▇▇▇▇▇ | 0012398953899 | | $680.00 USD | 528.70 | 1208.70 |
| | 0012398953900 | | $680.00 USD | 528.70 | 1208.70 |

https://www.aa.com/reservation/printItinerary.do?forward=itineraryReceipt&isReceipt=true&anchorLocation=%2Freservation%2FfindReservationSubmit.do+a....     1/2

| | | | | Total | $2,417.40 USD |
|---|---|---|---|---|---|

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines**

AA RECORD LOCATOR : **TIBQJU**





Get your boarding pass
faster!Scan this barcode at
any American Airlines Self-
Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### Seoul to Raleigh/ Durham

1 Adult, 1 Child
**Sunday** July 19, 2015 – **Friday** August 28, 2015

**Total Paid:**

**$2,181,200.00 KRW**

| AA Record Locator | Reservation Name |
|---|---|
| **TIBQJU** | **ICN/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 02, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **280** | **Seoul** (ICN) July 19, 2015 05:15 PM Travel Time : 13 h 20 m Cabin Class : Economy Seat : 42G , 42F | **Dallas/ Fort Worth** (DFW) July 19, 2015 04:35 PM Booking Code : L Plane Type : 777 |
| **American Airlines** **1207** | **Dallas/ Fort Worth** (DFW) July 19, 2015 06:20 PM Travel Time : 2 h 50 m Cabin Class : Economy Seat : 26E , 26F | **Raleigh/ Durham** (RDU) July 19, 2015 10:10 PM Booking Code : L Plane Type : S80 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1349** | **Raleigh/ Durham** (RDU) August 28, 2015 07:55 AM Travel Time : 2 h 58 m Cabin Class : Economy Seat : 23A , 23B | **Dallas/ Fort Worth** (DFW) August 28, 2015 09:53 AM Booking Code : N Plane Type : 738 |
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) August 28, 2015 11:05 AM Travel Time : 14 h 10 m Cabin Class : Economy Seat : 39H , 39J | **Seoul** (ICN) August 29, 2015 03:15 PM Booking Code : N Plane Type : 777 |

**Fare Amount**

Adult
1 ×
$1,058,300.00 KRW $1,058,300 00 KRW

Child
1 ×
$793,700.00 KRW   $793,700 00 KRW

**Taxes & Carrier-Imposed Fees**

Taxes    $209,200 00 KRW

Carrier-Imposed Fees    $120,000 00 KRW

**Flight Subtotal**

**$2,181,200.00 KRW**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 300747656 | | $1,058,300 KRW | 164600.00 | 1222900.00 |
| | 300747657 | | $793,700 KRW | 164600.00 | 958300.00 |

| Payment Type | | | | | Total | $2,181,200 00 KRW |
|---|---|---|---|---|---|---|

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|---|
| | | | | Total | | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines®**

AA RECORD LOCATOR : **FMGPQO**         ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖         ←



Get your boarding pass
faster!Scan this barcode at
any American Airlines Self-
Service Machine.

↓



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Seoul to Washington
1 Adult
**Monday** July 20, 2015 – **Sunday** August 2, 2015

Total Paid:

**$1,644,400.00 KRW**

| AA Record Locator **FMGPQO** | Reservation Name **ICN/DFW** |
|---|---|
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Dec 29, 2014 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **280** | **Seoul** (ICN) July 20, 2015 05:15 PM Travel Time : 13 h 20 m Cabin Class : Economy Seat : 36A | **Dallas/ Fort Worth** (DFW) July 20, 2015 04:35 PM Booking Code : L Plane Type : 777 |
| **American Airlines** **138** 📶 | **Dallas/ Fort Worth** (DFW) July 20, 2015 06:50 PM Travel Time : 3 h 10 m Cabin Class : Economy Seat : 24A | **Washington** (DCA) July 20, 2015 11:00 PM Booking Code : N Plane Type : 738 |

**Fare Amount**

**Adult**
1 ×
$1,340,900.00 KRW$1,340,900 00 KRW

**Taxes & Carrier-Imposed Fees**

Taxes                 $103,900 00 KRW

Carrier-Imposed
Fees                  $199,600 00 KRW

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **175** 📶 | **Washington** (DCA) August 2, 2015 06:59 AM Travel Time : 3 h 13 m Cabin Class : Economy Seat : 20A | **Dallas/ Fort Worth** (DFW) August 2, 2015 09:12 AM Booking Code : N Plane Type : 738 |
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) August 2, 2015 11:05 AM Travel Time : 14 h 10 m Cabin Class : Economy Seat : 36A | **Seoul** (ICN) August 3, 2015 03:15 PM Booking Code : N Plane Type : 777 |

**Flight Subtotal**

**$1,644,400.00 KRW**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ███ | ████5869188 | ███████████ | $1,340,900.00 KRW | 303500 00 | 1644400.00 |
| | | | | Total | $1,644,400 00 KRW |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|-----------|----------------------|-------|----------------|--------------------------|
|           |                      |       | Total          | 0.00                     |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines'**

AA RECORD LOCATOR : **HITYMP**   ▌█ ▐█▐▌◀▐▌▐▌▐▌█ ▐▌█ ▌▐▌▌   ←



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.

↓



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Seoul to Albuquerque
2 Adults
**Thursday** July 23, 2015 – **Sunday** August 2, 2015

Status:

**$76.80 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **HITYMP** | **ICN/NRT** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Mar 07, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **8426** Operated by Japan Airlines | **Seoul** (ICN) July 23, 2015 02:00 PM Travel Time : 2 h 25 m Cabin Class : Economy Seat : 21A , 21C | **Tokyo** (NRT) July 23, 2015 04:25 PM Booking Code : L Plane Type : 767 |
| **American Airlines** **170** | **Tokyo** (NRT) July 23, 2015 05:25 PM Travel Time : 10 h 30 m Cabin Class : Economy Seat : 42D , 42H | **Los Angeles** (LAX) July 23, 2015 11:55 AM Booking Code : L Plane Type : 777 |
| **American Airlines** **2880** Operated by Skywest Airlines As American Eagle | **Los Angeles** (LAX) July 23, 2015 01:45 PM Travel Time : 2 h 4 m Cabin Class : Economy Seat : 5B , 6A | **Albuquerque** (ABQ) July 23, 2015 04:49 PM Booking Code : L Plane Type : CRJ |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1282** 📶 | **Albuquerque** (ABQ) August 2, 2015 06:23 AM Travel Time : 1 h 49 m Cabin Class : Economy Seat : 31F | **Dallas/ Fort Worth** (DFW) August 2, 2015 09:12 AM Booking Code : L Plane Type : S80 |
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) August 2, 2015 11:05 AM Travel Time : 14 h 10 m Cabin Class : Economy Seat : 37J , 37H | **Seoul** (ICN) August 3, 2015 03:15 PM Booking Code : N Plane Type : 777 |

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| | 0012349385560 | | | | | |
| | 0012349385577 | | | | | |
| Payment Type | Ticket Exchange - 0012399079534 | | | | Total | |

### Additional Charges or Fees

| PASSENGER | TICKET NUMBER | | Charges or Fees |
|---|---|---|---|
| | 0012349385560 | | |
| | 0012349385577 | | |
| Payment Type | | Total | |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

Fare Includes –

**Endorsements/Restrictions –**
RESTRICTIONS APPLY C28-29

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

 **American**Airlines`

AA RECORD LOCATOR : **WYYPYX**
US AIRWAYS RECORD LOCATOR : **DSLDT1**



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.







Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Seoul to Philadelphia

1 Adult
**Thursday** July 23, 2015 – **Thursday** August 27, 2015

Status:

**$41.70 USD**

| **AA Record Locator** | **Reservation Name** |
|---|---|
| **WYYPYX** | **ICN/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 24, 2015 |

**US Airways Record Locator**
**DSLDT1**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **280** | **Seoul** (ICN) July 23, 2015 05:15 PM Travel Time : 13 h 20 m Cabin Class : Economy Seat : 34J | **Dallas/ Fort Worth** (DFW) July 23, 2015 04:35 PM Booking Code : M Plane Type : 777 |
| **American Airlines** **896** Operated by US Airways | **Dallas/ Fort Worth** (DFW) July 23, 2015 06:45 PM Travel Time : 3 h 31 m Cabin Class : Economy Seat Information | **Philadelphia** (PHL) July 23, 2015 11:16 PM Booking Code : M Plane Type : 321 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **4679** Operated by US Airways Express-Republic Airlines | **Philadelphia** (PHL) August 27, 2015 10:50 PM Travel Time : 1 h 20 m Cabin Class : Economy Seat Information | **Raleigh/ Durham** (RDU) August 28, 2015 12:10 AM Booking Code : M Plane Type : E75 |
| **American Airlines** **1349** | **Raleigh/ Durham** (RDU) August 28, 2015 07:55 AM Travel Time : 2 h 58 m Cabin Class : Economy Seat : 29C | **Dallas/ Fort Worth** (DFW) August 28, 2015 09:53 AM Booking Code : N Plane Type : 738 |
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) August 28, 2015 11:05 AM Travel Time : 14 h 10 m | **Seoul** (ICN) August 29, 2015 03:15 PM Booking Code : N |

Cabin Class : Economy          Plane Type : 777
Seat : 34H

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| | 2351938999 | | | | | |
| Payment Type | Ticket Exchange - 0012350476564 | | | | Total | |

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|---|
| | | | | Total | | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
RESTRICTIONS APPLY C64-65

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with Underlined American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**American**Airlines®

AA RECORD LOCATOR : **KKUKLK**





Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Miami to Barcelona

1 Adult
**Friday** July 24, 2015 — **Sunday** August 2, 2015

**Total Paid:**

**$1,675.80 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **KKUKLK** | **MIA/BCN** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 01, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **112** | Miami (MIA) July 24, 2015 06:25 PM Travel Time : 9 h 15 m Cabin Class : Economy Seat : 27H | Barcelona (BCN) July 25, 2015 09:40 AM Booking Code : N Plane Type : 777 |

**Fare Amount**

Adult
1 × $1,087.00 USD   $1,087.00 USD

**Taxes & Carrier-Imposed Fees**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **69** | Madrid (MAD) August 2, 2015 11:15 AM Travel Time : 9 h 20 m Cabin Class : Economy Seat : 27J | Miami (MIA) August 2, 2015 02:35 PM Booking Code : N Plane Type : 777 |

Taxes                              $92.80 USD

Carrier-Imposed Fees        $496.00 USD

**Flight Subtotal**

**$1,675.80 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
|  | 0012351060086 |  | $1,087.00 USD | 588.80 | 1675.80 |
| Payment Type |  |  |  | Total | $1,675.80 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
|  |  |  | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** Underlined:American Airlines Reservations **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

## AmericanAirlines®

AA RECORD LOCATOR : **QKTVPW**





Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### Los Angeles to Port Au Prince
1 Adult
**Friday** July 24, 2015 — **Saturday** August 1, 2015

| | |
|---|---|
| **AA Record Locator** | **Reservation Name** |
| **QKTVPW** | **LAX/MIA** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 08, 2015 |

**Total Paid:**

**$1,122.40 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **2471** | **Los Angeles (LAX)** July 24, 2015 09:45 PM Travel Time : 5 h 15 m Cabin Class : Economy Seat : 22E | **Miami (MIA)** July 25, 2015 06:00 AM Booking Code : M Plane Type : 738 |
| **American Airlines** **377** | **Miami (MIA)** July 25, 2015 07:10 AM Travel Time : 2 h 2 m Cabin Class : Economy Seat : 36C | **Port Au Prince (PAP)** July 25, 2015 09:12 AM Booking Code : M Plane Type : 763 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **2179** | **Port Au Prince (PAP)** August 1, 2015 01:05 PM Travel Time : 2 h 8 m Cabin Class : Economy Seat : 31J | **Miami (MIA)** August 1, 2015 03:13 PM Booking Code : M Plane Type : 763 |
| **American Airlines** **69** | **Miami (MIA)** August 1, 2015 05:05 PM Travel Time : 5 h 32 m Cabin Class : Economy Seat : unassigned | **Los Angeles (LAX)** August 1, 2015 07:37 PM Booking Code : M Plane Type : 738 |

**Fare Amount**

| Adult | |
|---|---|
| 1 × $969.00 USD | $969.00 USD |

**Taxes & Carrier-Imposed Fees**

| | |
|---|---|
| Taxes | $153.40 USD |
| Carrier-Imposed Fees | $0.00 USD |

**Flight Subtotal**

**$1,122.40 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 012304469602 | | $969.00 USD | 153.40 | 1122.40 |
| **Payment Type** | | | | Total | $1,122.40 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
VLDAA/GMT/NONREF/SVC CHG PLUSFARE DIFFER/NOVALUEAF

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.


 **American Airlines**     Plan Travel     Travel Information     AAdvantage 

## San Antonio to Washington

2 Adults
**Friday** July 24, 2015 – **Sunday** August 2, 2015

| | |
|---|---|
| **AA Record Locator** | **Reservation Name** |
| **QILYCM** | **SAT/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticket Pending** on Jul 06, 2015 |
| | If you have made changes to your reservation, the Total Price will display the original itinerary price until your ticket(s) has been reissued. Once reissued, the Total Price will reflect your new price. |

**Your Trip Price:**

**$1,267.76 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1524**  | San Antonio (SAT) July 24, 2015 05:25 PM Travel Time : 1 h 15 m Cabin Class : Economy Seat : 8F , 8E | Dallas/ Fort Worth (DFW) July 24, 2015 06:40 PM Booking Code : Q Plane Type : S80 |
| **American Airlines** **2439** | Dallas/ Fort Worth (DFW) July 24, 2015 07:55 PM Travel Time : 3 h 1 m Cabin Class : Economy Seat : 9B , 9A | **Washington** (DCA) July 24, 2015 11:56 PM Booking Code : Q Plane Type : 738 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **175** | Washington (DCA) August 2, 2015 06:59 AM Travel Time : 3 h 13 m Cabin Class : Economy Seat : 9A , 9B | Dallas/ Fort Worth (DFW) August 2, 2015 09:12 AM Booking Code : O Plane Type : 738 |
| **American Airlines** **2210** | Dallas/ Fort Worth (DFW) August 2, 2015 10:05 AM Travel Time : 1 h 3 m Cabin Class : Economy Seat : 8E , 8F | San Antonio (SAT) August 2, 2015 11:08 AM Booking Code : G Plane Type : S80 |

**Fare Amount**

| | |
|---|---|
| **Adult** 2 × $443.71 USD | $887.42 USD |

**Trip Options**

| | |
|---|---|
| Main Cabin Extra | $223.36 USD |

**Taxes & Carrier-Imposed Fees**

| | |
|---|---|
| Taxes | $156.98 USD |
| Carrier-Imposed Fees | $0.00 USD |

**Flight Subtotal**

**$1,267.76 USD**

## Baggage Information

View Baggage details for all the information you need to choose whether to carry or check.

**Show Baggage Details**

## Passenger Summary

Save time at the airport! Add your travel information below to check-in online.

| | |
|---|---|
| ████████ | No Further information required to travel |

Trip Contact Information

We may need to contact you in the event there is important information relevant to your trip. Please enter your cell phone number. This information will not be used for marketing purposes.

| 1 |



Area Code and Number

| Summary | Required | Optional |
|---|---|---|
| All information required for online check-in has been provided. Online check-in will be available 24 hours prior to your departure. | Secure Flight Information | Frequent Flyer Number<br>**Not an AAdvantage member?** |

**JASMINE SHIPP**      No Further information required to travel

Trip Contact Information

We may need to contact you in the event there is important information relevant to your trip. Please enter your cell phone number. This information will not be used for marketing purposes.

1

Area Code and Number

| Summary | Required | Optional |
|---|---|---|
| All information required for online check-in has been provided. Online check-in will be available 24 hours prior to your departure. | Secure Flight Information | Frequent Flyer Number<br>**Not an AAdvantage member?** |

### Use caution when packing

Some everyday products, like electronic cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Lithium batteries    Explosives    Aerosol    Flammables    Oxidizers    Toxins    Radioactive    Corrosives

## More About American

About Us
Corporate Information
Careers
Investor Relations
Corporate Responsibility
Join Us In Causes That Matter
Environmental Footprint
Diversity & Inclusion
Newsroom
Airline Museum

## Products & Services

Travel Insurance
Email Subscriptions
Enhance Your Travel
Low Price Guarantee
Group & Meeting Travel
Business Programs
Cargo
American Airlines Credit Card
Gift Cards
Airport Conference Rooms
Five Star Service
Timetables & Downloads
Last Minute Packages

## Customer Service

Contact American
FAQs
Refunds and Receipts
Agency Reference
American Travel Centers
Baggage & Optional Service Charges
Customer Service Plan & Contingency Plan
Privacy Policy (newly updated)
Legal
Copyright
Site Map
Browser Compatibility



Limited time offer: earn 75,000 bonus miles

**Buy**Miles
Ends July 30
Up to 27,500 bonus miles

AVIS Budget
Up to 35% savings
plus AAdvantage® miles

 FEEDBACK [ − ]

## AmericanAirlines'

AA RECORD LOCATOR : **NAKGKJ**     ▌▐█ ▐▌▐▐▐▐▌▐▌▌▐▌█ ▌▐▌▐ ▌▐



Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### Dallas/ Fort Worth to Madrid

1 Adult
**Friday** July 24, 2015 — **Sunday** August 2, 2015

**Total Paid:**

**$1,885.00 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **NAKGKJ** | **DFW/MAD** |

Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation.

Status: **Ticketed** Apr 14, 2015

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **36** | Dallas/ Fort Worth (DFW) July 24, 2015 03:25 PM Travel Time : 9 h 35 m Cabin Class : Economy Seat : 33C | Madrid (MAD) July 25, 2015 08:00 AM Booking Code : N Plane Type : 777 |

**Fare Amount**

Adult
1 × $1,297.00 USD   $1,297.00 USD

**Taxes & Carrier-Imposed Fees**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **37** | Madrid (MAD) August 2, 2015 10:45 AM Travel Time : 10 h 45 m Cabin Class : Economy Seat : 33D | Dallas/ Fort Worth (DFW) August 2, 2015 02:30 PM Booking Code : L Plane Type : 777 |

Taxes    $92.00 USD

Carrier-Imposed Fees    $496.00 USD

**Flight Subtotal**

**$1,885.00 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ▬▬▬ | 0012350453144 | | $1,297.00 USD | 588.00 | 1885.00 |
| Payment Type | ▬▬▬ | | | Total | $1,885.00 USD |

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | | Total | 0.00 |

**Fare Includes** –

**Endorsements/Restrictions** –
NONREF/RESTRICTIONS APPLY

**Note** - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.

Case 3:07-cv-05634-CRB   Document 1375-5   Filed 01/16/23   Page 58 of 191

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines**°

AA RECORD LOCATOR : **CSRHRT**     



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## San Francisco to Tulsa
1 Adult
**Saturday** July 25, 2015 — **Sunday** August 2, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **CSRHRT** | **SFO/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 18, 2015 |

**Total Paid:**

**$808.59 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1454** | **San Francisco** (SFO) July 25, 2015 05:15 AM Travel Time : 3 h 32 m Cabin Class : Economy Seat : 9D | **Dallas/ Fort Worth** (DFW) July 25, 2015 10:47 AM Booking Code : G Plane Type : 32B |
| **American Airlines** **1292** | **Dallas/ Fort Worth** (DFW) July 25, 2015 12:25 PM Travel Time : 1 h 13 m Cabin Class : Economy Seat : 9C | **Tulsa** (TUL) July 25, 2015 01:38 PM Booking Code : G Plane Type : 738 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1292** | **Tulsa** (TUL) August 2, 2015 02:30 PM Travel Time : 1 h 13 m Cabin Class : Economy Seat : 9B | **Dallas/ Fort Worth** (DFW) August 2, 2015 03:43 PM Booking Code : S Plane Type : 738 |
| **American Airlines** **37** | **Dallas/ Fort Worth** (DFW) August 2, 2015 05:00 PM Travel Time : 3 h 50 m Cabin Class : Economy Seat : 12D | **San Francisco** (SFO) August 2, 2015 06:50 PM Booking Code : S Plane Type : 738 |

**Fare Amount**

Adult
1 × $573.94 USD          $573.94 USD

**Trip Options**

Main Cabin Extra          $112.47 USD

Preferred Seats          $33.92 USD

**Taxes & Carrier-Imposed Fees**

Taxes          $88.26 USD

Carrier-Imposed Fees    $0.00 USD

**Flight Subtotal**

**$808.59 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012305086995 | | $573 94 USD | 88.26 | 662.20 |
| **Payment Type** | | | | Total | $662.20 USD |

| PASSENGER | SEAT NUMBER(S) | PRICE | Tax/Fee/Charge | SEAT TOTAL |
|---|---|---|---|---|
| ▮▮▮▮▮▮▮▮ | 9D, 9C, 9B, 12D | 136.17 USD | 10 22 USD | 146.39 USD |
| | | | Total | 146.39 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.



**AmericanAirlines**

AA RECORD LOCATOR : **VEBSFI**



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Toronto to Beijing

1 Adult, 2 Children
**Sunday** July 26, 2015 – **Friday** August 28, 2015

Status:

| AA Record Locator | Reservation Name |
|---|---|
| **VEBSFI** | **YYZ/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 22, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1259**  | Toronto (YYZ) July 26, 2015 07:00 AM Travel Time : 3 h 21 m Cabin Class : Economy Seat : 19D , 18D , 18E | Dallas/ Fort Worth (DFW) July 26, 2015 09:21 AM Booking Code : Q Plane Type : 319 |
| **American Airlines** **89** | Dallas/ Fort Worth (DFW) July 26, 2015 11:20 AM Travel Time : 13 h 55 m Cabin Class : Economy Seat : 27J , 27K , 27L | Beijing (PEK) July 27, 2015 02:15 PM Booking Code : Q Plane Type : 788 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **88** | Beijing (PEK) August 28, 2015 04:25 PM Travel Time : 13 h 35 m Cabin Class : Economy Seat : 22C , 22B , 22A | Dallas/ Fort Worth (DFW) August 28, 2015 05:00 PM Booking Code : Q Plane Type : 788 |
| **American Airlines** **2308** | Dallas/ Fort Worth (DFW) August 28, 2015 06:50 PM Travel Time : 3 h 12 m Cabin Class : Economy Seat : 24C , 24B , 24A | Toronto (YYZ) August 28, 2015 11:02 PM Booking Code : Q Plane Type : 319 |

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012305284112 | | | | |
| | 0012305284119 | | | | |

| 0012305284138 | | | | |
|---|---|---|---|---|
| **Payment Type** | Ticket Exchange - 0012352604323 | | | **Total** |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | **Total** | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/FEE ON CHG

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

## AmericanAirlines®

### AA RECORD LOCATOR : **RPDGNG**



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Sao Paulo to Salt Lake City

**2 Adults**
**Tuesday** July 28, 2015 – **Monday** August 31, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **RPDGNG** | **GRU/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 28, 2015 |

**Total Paid:**

**$857.68 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **962** | **Sao Paulo** (GRU) July 28, 2015 08:30 PM Travel Time : 10 h 35 m Cabin Class : Economy Seat : 40G , 40H | **Dallas/ Fort Worth** (DFW) July 29, 2015 05:05 AM Booking Code : Q Plane Type : 77W |
| **American Airlines** **2510** | **Dallas/ Fort Worth** (DFW) July 29, 2015 08:55 AM Travel Time : 2 h 47 m Cabin Class : Economy Seat : 25E , 25F | **Salt Lake City** (SLC) July 29, 2015 10:42 AM Booking Code : Q Plane Type : S80 |

### Fare Amount

| Adult | |
|---|---|
| 2 × $314.00 USD | $628.00 USD |

### Taxes & Carrier-Imposed Fees

| Taxes | $229.68 USD |
|---|---|
| Carrier-Imposed Fees | $0.00 USD |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **78** | **Salt Lake City** (SLC) August 31, 2015 01:36 PM Travel Time : 2 h 39 m Cabin Class : Economy Seat : 19A , 19B | **Dallas/ Fort Worth** (DFW) August 31, 2015 05:15 PM Booking Code : Q Plane Type : 738 |
| **American Airlines** **963** | **Dallas/ Fort Worth** (DFW) August 31, 2015 10:00 PM Travel Time : 10 h 10 m Cabin Class : Economy Seat : 27E , 27G | **Sao Paulo** (GRU) September 1, 2015 10:10 AM Booking Code : Q Plane Type : 77W |

### Flight Subtotal

**$857.68 USD**

---

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012352106843 | | $314.00 USD | 114.84 | 428.84 |
| | 0012352106844 | | $314.00 USD | 114.84 | 428.84 |

| | | | | Total | $857.68 USD |
|---|---|---|---|---|---|

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**American**Airlines

AA RECORD LOCATOR : **DHSRUU**               

Get your boarding pass
faster!Scan this barcode at
any American Airlines Self-
Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## San Diego to Copenhagen
1 Adult
**Tuesday** July 28, 2015 – **Saturday** August 8, 2015

| Total Paid: |
| --- |
| **$1,525.00 USD** |

### AA Record Locator
**DHSRUU**

Your record locator is your reservation confirmation number and
will be needed to retrieve or reference your reservation.

### Reservation Name
**SAN/JFK**

Status: **Ticketed** May 05, 2015

| Flight | Depart | Arrive |
| --- | --- | --- |
| **American Airlines**<br>**94** | **San Diego** (SAN)<br>July 28, 2015 07:45 AM<br>Travel Time : 5 h 32 m<br>Cabin Class : Economy<br>Seat : 29F | **New York** (JFK)<br>July 28, 2015 04:17 PM<br>Booking Code : N<br>Plane Type : 738 |
| **American Airlines**<br>**8986**<br>Operated by Finnair | **New York** (JFK)<br>July 28, 2015 05:40 PM<br>Travel Time : 8 h 10 m<br>Cabin Class : Economy<br>Seat : 33C | **Helsinki** (HEL)<br>July 29, 2015 08:50 AM<br>Booking Code : N<br>Plane Type : 333 |
| **American Airlines**<br>**8992**<br>Operated by Finnair | **Helsinki** (HEL)<br>July 29, 2015 12:00 PM<br>Travel Time : 1 h 40 m<br>Cabin Class : Economy<br>Seat : unassigned | **Copenhagen** (CPH)<br>July 29, 2015 12:40 PM<br>Booking Code : N<br>Plane Type : 321 |

### Fare Amount

**Adult**
1  × $908.00 USD          $908.00 USD

**Taxes & Carrier-Imposed Fees**

**Taxes**          $101.00 USD

**Carrier-Imposed Fees** $516.00 USD

**Flight Subtotal**

**$1,525.00 USD**

| Flight | Depart | Arrive |
| --- | --- | --- |
| **American Airlines**<br>**8985**<br>Operated by Finnair | **Helsinki** (HEL)<br>August 8, 2015 02:10 PM<br>Travel Time : 8 h 40 m<br>Cabin Class : Economy<br>Seat : 33C | **New York** (JFK)<br>August 8, 2015 03:50 PM<br>Booking Code : N<br>Plane Type : 333 |
| **American Airlines**<br>**95** | **New York** (JFK)<br>August 8, 2015 05:20 PM<br>Travel Time : 6 h 16 m<br>Cabin Class : Economy<br>Seat : 27F | **San Diego** (SAN)<br>August 8, 2015 08:36 PM<br>Booking Code : N<br>Plane Type : 738 |

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ████████ | 0012351223386 | | $908.00 USD | 617.00 | 1525.00 |
| Payment Type | ████████████ | | | Total | $1,525.00 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | Total | | 0.00 |

### Fare Includes –

### Endorsements/Restrictions –
NONREF/RESTRICTIONS APPLY C86-87

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

## AmericanAirlines®

AA RECORD LOCATOR : **BWULYS**        Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### Miami to Dallas/ Fort Worth

1 Adult
**Wednesday** July 29, 2015 – **Saturday** August 1, 2015

| | |
|---|---|
| **AA Record Locator** **BWULYS** | **Reservation Name** **MIA/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 25, 2015 |

**Total Paid:**

**$241.20 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **281** | **Miami** (MIA) July 29, 2015 06:00 AM Travel Time : 3 h 6 m Cabin Class : Economy Seat : 24D | **Dallas/ Fort Worth** (DFW) July 29, 2015 08:06 AM Booking Code : N Plane Type : 757 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **60** | **Dallas/ Fort Worth** (DFW) August 1, 2015 08:30 PM Travel Time : 3 h 2 m Cabin Class : Economy Seat : 31D | **Miami** (MIA) August 2, 2015 12:32 AM Booking Code : O Plane Type : 757 |

**Fare Amount**

Adult
1 × $198.14 USD          $198.14 USD

**Taxes & Carrier-Imposed Fees**

Taxes                    $43.06 USD

Carrier-Imposed Fees     $0.00 USD

**Flight Subtotal**

**$241.20 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012353177567 | | $198.14 USD | 43.06 | 241.20 |
| **Payment Type** | | | | Total | **$241.20 USD** |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** American Airlines Reservations **at 1-800-433-7300 for the correct total.**

Case 3:07-cv-05634-CRB   Document 1375-5   Filed 01/16/23   Page 68 of 191

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines'**

## AA RECORD LOCATOR : **EVHOSU**    

Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### Miami to Dallas/ Fort Worth
1 Adult
**Wednesday** July 29, 2015 – **Saturday** August 1, 2015

| Total Paid: |
| --- |
| **$246.20 USD** |

| AA Record Locator | Reservation Name |
| --- | --- |
| **EVHOSU** | **MIA/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 21, 2015 |

| Flight | Depart | Arrive |
| --- | --- | --- |
| **American Airlines** **281** | **Miami (MIA)** July 29, 2015 06:00 AM Travel Time : 3 h 6 m Cabin Class : Economy Seat : 24E | **Dallas/ Fort Worth (DFW)** July 29, 2015 08:06 AM Booking Code : N Plane Type : 757 |

**Fare Amount**

Adult
1 × $202.79 USD          $202.79 USD

**Taxes & Carrier-Imposed Fees**

| Flight | Depart | Arrive |
| --- | --- | --- |
| **American Airlines** **60** | **Dallas/ Fort Worth (DFW)** August 1, 2015 08:30 PM Travel Time : 3 h 2 m Cabin Class : Economy Seat : 31E | **Miami (MIA)** August 2, 2015 12:32 AM Booking Code : O Plane Type : 757 |

Taxes                          $43.41 USD

Carrier-Imposed Fees     $0.00 USD

**Flight Subtotal**

**$246.20 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
| --- | --- | --- | --- | --- | --- |
| | 0012353026006 | | $202.79 USD | 43.41 | 246.20 |
| Payment Type | | | | Total | $246.20 USD |

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
| --- | --- | --- | --- | --- | --- |
| | | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**

A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**

On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**

If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**

To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**

Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**

If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**

Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**

Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**

AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**

Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines®**

AA RECORD LOCATOR : **LJEBUN**  

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Beijing to Lubbock

2 Adults
**Thursday** July 30, 2015 – **Saturday** August 29, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **LJEBUN** | **PEK/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Mar 12, 2015 |

**Total Paid:**

**$34,708.00 CNY**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** <br> **88**  | **Beijing** (PEK) <br> July 30, 2015 04:25 PM <br> Travel Time : 13 h 35 m <br> Cabin Class : Economy <br> Seat : 15C , 15D | **Dallas/ Fort Worth** (DFW) <br> July 30, 2015 05:00 PM <br> Booking Code : M <br> Plane Type : 788 |
| **American Airlines** <br> **1247** | **Dallas/ Fort Worth** (DFW) <br> July 30, 2015 06:35 PM <br> Travel Time : 1 h 15 m <br> Cabin Class : Economy <br> Seat : 26A , 26B | **Lubbock** (LBB) <br> July 30, 2015 07:50 PM <br> Booking Code : M <br> Plane Type : S80 |

**Fare Amount**

Adult
2 ×
$14,600.00 CNY    $29,200.00 CNY

**Taxes & Carrier-Imposed Fees**

Taxes    $1,048.00 CNY

Carrier-Imposed Fees    $4,460.00 CNY

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** <br> **144**  | **Lubbock** (LBB) <br> August 29, 2015 08:00 AM <br> Travel Time : 1 h 14 m <br> Cabin Class : Economy <br> Seat : 26A , 26B | **Dallas/ Fort Worth** (DFW) <br> August 29, 2015 09:14 AM <br> Booking Code : V <br> Plane Type : S80 |
| **American Airlines** <br> **89** | **Dallas/ Fort Worth** (DFW) <br> August 29, 2015 11:20 AM <br> Travel Time : 13 h 55 m <br> Cabin Class : Economy <br> Seat : 15C , 15D | **Beijing** (PEK) <br> August 30, 2015 02:15 PM <br> Booking Code : V <br> Plane Type : 788 |

**Flight Subtotal**

**$34,708.00 CNY**

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ▮▮▮▮▮ | 0012399284570 | | $14,600.00 CNY | 2754.00 | 17354.00 |
| | 0012399284571 | | $14,600.00 CNY | 2754.00 | 17354.00 |

| Payment Type | | | | | Total | $34,708.00 CNY |
|---|---|---|---|---|---|---|

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|---|
| | | | | Total | | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
FEE FOR REF/CHANGE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

## American Airlines'

AA RECORD LOCATOR : **EBPJXH**

 

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.

Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## San Diego to New York
1 Adult
**Saturday** August 1, 2015 – **Saturday** August 29, 2015

**Total Paid:**

**$598.20 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **EBPJXH** | **SAN/JFK** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jul 07, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **94** | **San Diego** (SAN) August 1, 2015 07:45 AM Travel Time : 5 h 32 m Cabin Class : Economy Seat : 29F | **New York** (JFK) August 1, 2015 04:17 PM Booking Code : V Plane Type : 738 |
| **American Airlines** **95** | **New York** (JFK) August 29, 2015 05:20 PM Travel Time : 6 h 16 m Cabin Class : Economy Seat : 29F | **San Diego** (SAN) August 29, 2015 08:36 PM Booking Code : S Plane Type : 738 |

**Fare Amount**

Adult
1 × $530.23 USD     $530.23 USD

**Taxes & Carrier-Imposed Fees**

Taxes     $67.97 USD

Carrier-Imposed Fees     $0.00 USD

**Flight Subtotal**

**$598.20 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012353598079 | | $530.23 USD | 67 97 | 598.20 |
| Payment Type | | | | Total | $598.20 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with Underline American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**American**Airlines®

AA RECORD LOCATOR : HIWHBI            

Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Seoul to Dallas/ Fort Worth
1 Adult
**Saturday** August 1, 2015 – **Monday** October 5, 2015

**Total Paid:**

**$1,480.80 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **HIWHBI** | **ICN/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jul 01, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **280** | **Seoul** (ICN) August 1, 2015 05:15 PM Travel Time : 13 h 20 m Cabin Class : Economy Seat : 39B | **Dallas/ Fort Worth** (DFW) August 1, 2015 04:35 PM Booking Code : L Plane Type : 777 |

**Fare Amount**

Adult
1 × $1,319.00 USD   $1,319.00 USD

**Taxes & Carrier-Imposed Fees**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) October 5, 2015 10:40 AM Travel Time : 14 h 35 m Cabin Class : Economy Seat : 36J | **Seoul** (ICN) October 6, 2015 03:15 PM Booking Code : S Plane Type : 777 |

Taxes    $87.80 USD

Carrier-Imposed Fees    $74.00 USD

**Flight Subtotal**

**$1,480.80 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| | 0012353398167 | | $1,319.00 KRW | 1393.00 USD | 161.80 | 1480.80 |
| Payment Type | | | | | Total | $1,480.80 USD |

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines**

AA RECORD LOCATOR : **QUFMNS**



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Seoul to Columbia

2 Adults, 2 Children
**Saturday** August 1, 2015 – **Saturday** January 30, 2016

| AA Record Locator | Reservation Name |
|---|---|
| **QUFMNS** | **ICN/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 27, 2015 |

**Total Paid:**

**$8,555,600.00 KRW**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **280** | **Seoul** (ICN) August 1, 2015 05:15 PM Travel Time : 13 h 20 m Cabin Class : Business Seat : 9B , 9D , 9E , 9G | **Dallas/ Fort Worth** (DFW) August 1, 2015 04:35 PM Booking Code : I Plane Type : 777 |
| **American Airlines** **3509** Operated by Envoy Air As American Eagle | **Dallas/ Fort Worth** (DFW) August 1, 2015 08:10 PM Travel Time : 1 h 43 m Cabin Class : Economy Seat : 6A , 5A , 6C , 6B | **Columbia** (COU) August 1, 2015 09:53 PM Booking Code : Y Plane Type : ER4 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **3431** Operated by Envoy Air As American Eagle | **Columbia** (COU) January 30, 2016 06:15 AM Travel Time : 1 h 45 m Cabin Class : Economy Seat : 7B , 8B , 7C , 8C | **Dallas/ Fort Worth** (DFW) January 30, 2016 08:00 AM Booking Code : N Plane Type : ER4 |
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) January 30, 2016 10:45 AM Travel Time : 14 h 35 m Cabin Class : Economy Seat : 35H , 36H , 36J , 35J | **Seoul** (ICN) January 31, 2016 04:20 PM Booking Code : S Plane Type : 777 |

**Fare Amount**

**Adult**
2 ×
$2,256,900.00 KRW$4,513,800 00 KRW

**Child**
2 ×
$1,747,500.00 KRW$3,495,000 00 KRW

**Taxes & Carrier-Imposed Fees**

| | |
|---|---|
| **Taxes** | $414,800 00 KRW |
| **Carrier-Imposed Fees** | $132,000 00 KRW |

**Flight Subtotal**

**$8,555,600.00 KRW**

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012303741384 | | $2,256,900.00 KRW | 136700 00 | 2393600 00 |
| | 0012303741385 | | $2,256,900.00 KRW | 136700 00 | 2393600 00 |

| | | | | | |
|---|---|---|---|---|---|
| | 0012303741386 | | $1,747,500.00 KRW | 136700 00 | 1884200.00 |
| | 0012303741387 | | $1,747,500.00 KRW | 136700 00 | 1884200.00 |
| Payment Type | | | | Total | $8,555,600 00 KRW |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** <u>American Airlines Reservations</u> **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines'**

AA RECORD LOCATOR : **CSLUME**



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Edinburgh to San Diego

1 Adult
**Saturday** August 1, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **CSLUME** | **SAN/JFK** |

Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation.

Status: **Ticketed** Apr 09, 2015

**Total Paid:**

**$1,378.70 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **279** | **Edinburgh** (EDI) August 1, 2015 09:15 AM Travel Time : 8 h 0 m Cabin Class : Economy Seat : 20F | **New York** (JFK) August 1, 2015 12:15 PM Booking Code : N Plane Type : 757 |
| **American Airlines** **95** | **New York** (JFK) August 1, 2015 05:20 PM Travel Time : 6 h 16 m Cabin Class : Economy Seat : 20A | **San Diego** (SAN) August 1, 2015 08:36 PM Booking Code : N Plane Type : 738 |

**Fare Amount**

Adult
**1** × $717.00 USD     $717.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes     $203.70 USD

Carrier-Imposed Fees $458.00 USD

**Flight Subtotal**

**$1,378.70 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012350243681 | | $717.00 USD | 661.70 | 1378.70 |
| Payment Type | | | | Total | $1,378.70 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines®**

AA RECORD LOCATOR : **QUFMNS**    ▌▌▐ ▌▐▌▐▌▌▐▌▌▐▌▌▐▌▌▌▐▌▌▐▌ ▌▌▌    

Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Seoul to Columbia

2 Adults, 2 Children
**Saturday** August 1, 2015 – **Saturday** January 30, 2016

| AA Record Locator | Reservation Name |
|---|---|
| **QUFMNS** | **ICN/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 27, 2015 |

**Total Paid:**

**$8,555,600.00 KRW**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **280** | **Seoul** (ICN) August 1, 2015 05:15 PM Travel Time : 13 h 20 m Cabin Class : Business Seat : 9B , 9D , 9E , 9G | **Dallas/ Fort Worth** (DFW) August 1, 2015 04:35 PM Booking Code : I Plane Type : 777 |
| **American Airlines** **3509** Operated by Envoy Air As American Eagle | **Dallas/ Fort Worth** (DFW) August 1, 2015 08:10 PM Travel Time : 1 h 43 m Cabin Class : Economy Seat : 6A , 5A , 6C , 6B | **Columbia** (COU) August 1, 2015 09:53 PM Booking Code : Y Plane Type : ER4 |

**Fare Amount**

Adult
2 ×
$2,256,900.00 KRW $4,513,800 00 KRW

Child
2 ×
$1,747,500.00 KRW $3,495,000 00 KRW

**Taxes & Carrier-Imposed Fees**

Taxes            $414,800 00 KRW

Carrier-Imposed Fees    $132,000 00 KRW

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **3431** Operated by Envoy Air As American Eagle | **Columbia** (COU) January 30, 2016 06:15 AM Travel Time : 1 h 45 m Cabin Class : Economy Seat : 7B , 8B , 7C , 8C | **Dallas/ Fort Worth** (DFW) January 30, 2016 08:00 AM Booking Code : N Plane Type : ER4 |
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) January 30, 2016 10:45 AM Travel Time : 14 h 35 m Cabin Class : Economy Seat : 35H , 36H , 36J , 35J | **Seoul** (ICN) January 31, 2016 04:20 PM Booking Code : S Plane Type : 777 |

**Flight Subtotal**

**$8,555,600.00 KRW**

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012303741384 | | $2,256,900.00 KRW | 136700 00 | 2393600 00 |
| | 0012303741385 | | $2,256,900.00 KRW | 136700 00 | 2393600 00 |

| | | | | | |
|---|---|---|---|---|---|
| | 0012303741386 | | $1,747,500.00 KRW | 136700 00 | 1884200.00 |
| | 0012303741387 | | $1,747,500.00 KRW | 136700 00 | 1884200.00 |
| Payment Type | | | | Total | $8,555,600 00 KRW |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** Underline American Airlines Reservations **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines** 

AA RECORD LOCATOR : **JKWLES**   ‖‖‖ ‖‖‖ ‖‖‖‖‖‖‖‖‖‖   

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Miami to Los Angeles
3 Adults
**Saturday** August 1, 2015 – **Monday** August 10, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **JKWLES** | **MIA/LAX** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jul 10, 2015 |

Total Paid:
**$3,753.54 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **69** | Miami (MIA) August 1, 2015 05:05 PM Travel Time : 5 h 32 m Cabin Class : First Seat : 5A , 5B , 5E | Los Angeles (LAX) August 1, 2015 07:37 PM Booking Code : A Plane Type : 738 |
| **American Airlines** **1297** | Los Angeles (LAX) August 10, 2015 10:45 AM Travel Time : 5 h 25 m Cabin Class : First Seat : 5A , 5B , 5E | Miami (MIA) August 10, 2015 07:10 PM Booking Code : P Plane Type : 738 |

Fare Amount

Adult
3 × $1,137.66 USD   $3,412.98 USD

Taxes & Carrier-Imposed Fees

Taxes   $340.56 USD

Carrier-Imposed Fees   $0.00 USD

Flight Subtotal

**$3,753.54 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012306301793 | | $1,137 66 USD | 113.52 | 1251.18 |
| | 0012306301794 | | $1,137 66 USD | 113.52 | 1251.18 |
| | 0012306301795 | | $1,137 66 USD | 113.52 | 1251.18 |
| Payment Type | | | | Total | $3,753.54 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

Fare Includes –

Endorsements/Restrictions –
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

Case 3:07-cv-05634-CRB   Document 1375-5   Filed 01/16/23   Page 84 of 191

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** <u>American Airlines Reservations</u> **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at <u>www.aa.com/conditionsofcarriage</u>.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit <u>www.aa.com/refunds</u>.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at <u>www.aa.com/arrivaltimes</u>.

Check in for your flight using Flight Check-In (<u>www.aa.com/checkin</u>) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (<u>www.aa.com/selfservice</u>) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at <u>www.aa.com/intl</u> for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit <u>www.aa.com/baggageinfo</u>.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at <u>www.aa.com/restricteditems</u> for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section <u>www.aa.com/assistance</u> before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at <u>www.aa.com/gates</u>.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit <u>www.aa.com</u>. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section <u>www.aa.com/redeemmiles</u>.

**AA.COM**
Visit <u>www.aa.com/emails</u>, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**American**Airlines*

AA RECORD LOCATOR : **XTPOCH**               Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Seoul to Dallas/ Fort Worth

2 Adults
**Saturday** August 1, 2015 — **Friday** August 14, 2015

Status:

| AA Record Locator | Reservation Name |
|---|---|
| **XTPOCH** | **ICN/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Mar 10, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **280** | **Seoul** (ICN) August 1, 2015 05:15 PM Travel Time : 13 h 20 m Cabin Class : Economy Seat : 38G , 38F | **Dallas/ Fort Worth** (DFW) August 1, 2015 04:35 PM Booking Code : L Plane Type : 777 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) August 14, 2015 11:05 AM Travel Time : 14 h 10 m Cabin Class : Economy Seat : 35G , 35F | **Seoul** (ICN) August 15, 2015 03:15 PM Booking Code : L Plane Type : 777 |

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ▮▮▮▮▮ | 0012399165334 | | | | |
| | 0012399165335 | | | | |
| Payment Type | Ticket Exchange - 0017617329783 | | | Total | |

### Additional Charges or Fees

| PASSENGER | TICKET NUMBER | | | | Charges or Fees |
|---|---|---|---|---|---|
| ▮▮▮▮▮ | 012399165334 | | | | |
| | 0012399165335 | | | | |
| Payment Type | ▮▮▮▮▮▮▮▮▮ | | | Total | |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** <u>American Airlines Reservations</u> **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at <u>www.aa.com/conditionsofcarriage</u>.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit <u>www.aa.com/refunds</u>.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at <u>www.aa.com/arrivaltimes</u>.

Check in for your flight using Flight Check-In (<u>www.aa.com/checkin</u>) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (<u>www.aa.com/selfservice</u>) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at <u>www.aa.com/intl</u> for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit <u>www.aa.com/baggageinfo</u>.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at <u>www.aa.com/restricteditems</u> for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section <u>www.aa.com/assistance</u> before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at <u>www.aa.com/gates</u>.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit <u>www.aa.com</u>. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section <u>www.aa.com/redeemmiles</u>.

**AA.COM**
Visit <u>www.aa.com/emails</u>, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**American**Airlines

AA RECORD LOCATOR : **XTPOCH**



Get your boarding pass
faster!Scan this barcode at
any American Airlines Self-
Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Seoul to Dallas/ Fort Worth

2 Adults
**Saturday** August 1, 2015 – **Friday** August 14, 2015

Status:

| AA Record Locator | Reservation Name |
|---|---|
| **XTPOCH** | **ICN/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Mar 10, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **280** | **Seoul** (ICN) August 1, 2015 05:15 PM Travel Time : 13 h 20 m Cabin Class : Economy Seat : 38G , 38F | **Dallas/ Fort Worth** (DFW) August 1, 2015 04:35 PM Booking Code : L Plane Type : 777 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) August 14, 2015 11:05 AM Travel Time : 14 h 10 m Cabin Class : Economy Seat : 35G , 35F | **Seoul** (ICN) August 15, 2015 03:15 PM Booking Code : L Plane Type : 777 |

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012399165334 | | | | |
| | 0012399165335 | | | | |
| Payment Type | | | | Total | |

### Additional Charges or Fees

| PASSENGER | TICKET NUMBER | | | | Charges or Fees |
|---|---|---|---|---|---|
| | 0012399165334 | | | | |
| | 0012399165335 | | | | |
| Payment Type | | | | Total | |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines**

AA RECORD LOCATOR : **ASREEY**    



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.

Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

Some fares purchased on AAdvantage participating airlines are not eligible for mileage accrual. View eligible booking codes and mileage accrual rates by airline on the AAdvantage Airline Partner page.

## El Paso to Vigo

**Sunday** August 2, 2015 – **Saturday** August 22, 2015

| AA Record Locator **ASREEY** | Reservation Name **ELP/DFW** |
|---|---|
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jul 06, 2015 |

Status:
**0** miles
**+$0.00**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **149** 🛜 | El Paso (ELP) August 2, 2015 11:46 AM Travel Time : 1 h 48 m Cabin Class : Economy Seat : 27E , 27F | **Dallas/ Fort Worth** (DFW) August 2, 2015 02:34 PM Booking Code : T Plane Type : S80 |
| **American Airlines** **36** | Dallas/ Fort Worth (DFW) August 2, 2015 03:25 PM Travel Time : 9 h 35 m Cabin Class : Economy Seat : 39B , 39C | **Madrid** (MAD) August 3, 2015 08:00 AM Booking Code : T Plane Type : 777 |
| **Iberia** **IB 3960** Operated by Iberia Express Airline | **Madrid** (MAD) August 3, 2015 11:55 AM Travel Time : 1 h 15 m Cabin Class : Economy Seat : unassigned | **Vigo** (VGO) August 3, 2015 01:10 PM Booking Code : X Plane Type : 32S |

| Flight | Depart | Arrive |
|---|---|---|
| **Iberia** **IB 3961** Operated by Iberia Express Airline | **Vigo** (VGO) August 22, 2015 06:45 AM Travel Time : 1 h 15 m Cabin Class : Economy Seat : unassigned | **Madrid** (MAD) August 22, 2015 08:00 AM Booking Code : X Plane Type : 32S |
| **Iberia** **IB** | **Madrid** (MAD) August 22, 2015 11:50 AM Travel Time : 9 h 25 m | **Chicago** (ORD) August 22, 2015 02:15 PM Booking Code : X |

Current Mileage Balance

Available                                      0 miles

Mileage Needed

Mileage Balance After

                                                      0 miles

Taxes & Carrier-Imposed Fees

Taxes                                          $0.00

Carrier-Imposed Fees              $0.00

Flight Subtotal

                                                **0 miles**

                                              **+ $0.00**

**6275**
Cabin Class : Economy
Seat : 16A , 16C

Plane Type : 333

**American Airlines**
**3290**
Operated by Envoy Air As
American Eagle

**Chicago** (ORD)
August 22, 2015 08:30 PM
Travel Time : 3 h 15 m
Cabin Class : Economy
Seat : 16B , 16C

**El Paso** (ELP)
August 22, 2015 10:45 PM
Booking Code : T
Plane Type : CR7

## Receipt

| PASSENGER | TICKET NUMBER | | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| | 0012306054045 | | | | | |
| | 0012306054063 | | | | | |
| Payment Type | | | | | Total | |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | Total | | 0.00 |

## Fare Includes –

## Endorsements/Restrictions –

FEE ON CHG/VOID IF SLD/PURCH/BTRD/ C87-88

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** <u>American Airlines Reservations</u> **at 1-800-433-7300 for the correct total.**

### TERMS AND CONDITIONS

A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

### CHECKING IN

On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

### TRAVELING INTERNATIONALLY

If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

### BAGGAGE INFORMATION

To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

### HAZARDOUS ITEMS

Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

### SPECIAL ASSISTANCE

If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

### FLIGHT STATUS

Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

### RESERVATIONS ASSISTANCE

Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

### AADVANTAGE INFORMATION

AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

### AA.COM

Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines**

AA RECORD LOCATOR : **ASUWLF**   

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

Some fares purchased on AAdvantage participating airlines are not eligible for mileage accrual. View eligible booking codes and mileage accrual rates by airline on the AAdvantage Airline Partner page.

## El Paso to Vigo

**Sunday** August 2, 2015 – **Saturday** August 22, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **ASUWLF** | **ELP/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jul 06, 2015 |

Status:
**0** miles
+$0.00

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **149** 🛜 | El Paso (ELP) August 2, 2015 11:46 AM Travel Time : 1 h 48 m Cabin Class : Economy Seat : 27D | Dallas/ Fort Worth (DFW) August 2, 2015 02:34 PM Booking Code : T Plane Type : S80 |
| **American Airlines** **36** | Dallas/ Fort Worth (DFW) August 2, 2015 03:25 PM Travel Time : 9 h 35 m Cabin Class : Economy Seat : 39A | Madrid (MAD) August 3, 2015 08:00 AM Booking Code : T Plane Type : 777 |
| Iberia **IB** **3960** Operated by Iberia Express Airline | Madrid (MAD) August 3, 2015 11:55 AM Travel Time : 1 h 15 m Cabin Class : Economy Seat : unassigned | Vigo (VGO) August 3, 2015 01:10 PM Booking Code : X Plane Type : 32S |

**Current Mileage Balance**

Available                 0 miles

**Mileage Needed**

**Mileage Balance After**

0 miles

**Taxes & Carrier-Imposed Fees**

Taxes                        $0.00

Carrier-Imposed Fees   $0.00

**Flight Subtotal**

**0 miles**

**+ $0.00**

| Flight | Depart | Arrive |
|---|---|---|
| Iberia **IB** **3961** Operated by Iberia Express Airline | Vigo (VGO) August 22, 2015 06:45 AM Travel Time : 1 h 15 m Cabin Class : Economy Seat : unassigned | Madrid (MAD) August 22, 2015 08:00 AM Booking Code : X Plane Type : 32S |
| Iberia **IB** | Madrid (MAD) August 22, 2015 11:50 AM Travel Time : 9 h 25 m | Chicago (ORD) August 22, 2015 02:15 PM Booking Code : X |

**6275**

Cabin Class : Economy
Seat : 15A

Plane Type : 333

**American Airlines**
**3290**
Operated by Envoy Air As
American Eagle

**Chicago** (ORD)
August 22, 2015 08:30 PM
Travel Time : 3 h 15 m
Cabin Class : Economy
Seat : 16A

**El Paso** (ELP)
August 22, 2015 10:45 PM
Booking Code : T
Plane Type : CR7

## Receipt

| PASSENGER | TICKET NUMBER | | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| ▮▮▮▮▮▮ | 0012306054043 | | | | | |
| **Payment Type** | ▮▮▮▮▮▮▮▮▮▮ | | | | **Total** | |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | | **Total** | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
FEE ON CHG/VOID IF SLD/PURCH/BTRD/ C28-29

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** <u>American Airlines Reservations</u> **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at <u>www.aa.com/conditionsofcarriage</u>.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit <u>www.aa.com/refunds</u>.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at <u>www.aa.com/arrivaltimes</u>.

Check in for your flight using Flight Check-In (<u>www.aa.com/checkin</u>) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (<u>www.aa.com/selfservice</u>) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at <u>www.aa.com/intl</u> for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit <u>www.aa.com/baggageinfo</u>.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at <u>www.aa.com/restricteditems</u> for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section <u>www.aa.com/assistance</u> before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at <u>www.aa.com/gates</u>.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit <u>www.aa.com</u>. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section <u>www.aa.com/redeemmiles</u>.

**AA.COM**
Visit <u>www.aa.com/emails</u>, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

 **AmericanAirlines**

AA RECORD LOCATOR : **RBULJZ**
US AIRWAYS RECORD LOCATOR : **CFSWY3**



Get your boarding pass
faster!Scan this barcode at
any American Airlines Self-
Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Aruba to Portland
2 Adults
**Sunday** August 2, 2015 – **Sunday** August 30, 2015

Status:

| AA Record Locator | Reservation Name |
|---|---|
| **RBULJZ** | **AUA/CLT** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 27, 2015 |

US Airways Record Locator
**CFSWY3**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** 877 Operated by US Airways | Aruba (AUA) August 2, 2015 04:40 PM Travel Time : 4 h 9 m Cabin Class : Economy Seat Information | Charlotte (CLT) August 2, 2015 08:49 PM Booking Code : N Plane Type : 320 |
| **American Airlines** 1737 Operated by US Airways | Charlotte (CLT) August 2, 2015 10:10 PM Travel Time : 5 h 4 m Cabin Class : Economy Seat Information | Los Angeles (LAX) August 3, 2015 12:14 AM Booking Code : N Plane Type : 321 |
| **American Airlines** 6827 Operated by Alaska Airlines | Los Angeles (LAX) August 3, 2015 06:35 AM Travel Time : 2 h 20 m Cabin Class : Economy Seat : 15F , 15E | Portland (PDX) August 3, 2015 08:55 AM Booking Code : N Plane Type : 737 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** 1355 | Portland (PDX) August 30, 2015 01:35 PM Travel Time : 3 h 48 m Cabin Class : Economy Seat : unassigned | Dallas/ Fort Worth (DFW) August 30, 2015 07:23 PM Booking Code : V Plane Type : 738 |
| **American Airlines** 60 | Dallas/ Fort Worth (DFW) August 30, 2015 08:30 PM Travel Time : 3 h 1 m | Miami (MIA) August 31, 2015 12:31 AM Booking Code : N |

| | Cabin Class : Economy<br>Seat : unassigned | Plane Type : 738 |
| | | |
| **American Airlines**<br>**1028** | **Miami** (MIA)<br>August 31, 2015 10:05 AM<br>Travel Time : 2 h 57 m<br>Cabin Class : Economy<br>Seat : 21A , 21B | **Aruba** (AUA)<br>August 31, 2015 01:02 PM<br>Booking Code : N<br>Plane Type : 738 |

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ██████ | 0012353257923 | | | | |
| | 0012353257935 | | | | |
| Payment Type | ██████████ | | | Total | |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | Total | | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/RESTRICTIONS APPLY C15-16

**Note – If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** <u>American Airlines Reservations</u> **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**American**Airlines®

AA RECORD LOCATOR : **WTZAKL**         Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Los Angeles to St Kitts
1 Infant in a seat, 4 Adults
**Sunday** August 2, 2015 – **Tuesday** August 11, 2015

**Total Paid:**
**$4,641.00 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **WTZAKL** | **LAX/MIA** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 29, 2015 |

| Flight | Depart | Arrive | |
|---|---|---|---|
| **American Airlines** **68** | Los Angeles (LAX) August 2, 2015 07:30 AM Travel Time : 5 h 23 m Cabin Class : Economy Seat : 29F , 29E , 29D , 29B , 29A | Miami (MIA) August 2, 2015 03:53 PM Booking Code : N Plane Type : 738 | **Fare Amount** **Adult** 4 × $813.00 USD $3,252.00 USD |
| **American Airlines** **1236** | Miami (MIA) August 2, 2015 04:59 PM Travel Time : 3 h 4 m Cabin Class : Economy Seat : 28F , 28E , 28D , 28C , 28B | St Kitts (SKB) August 2, 2015 08:03 PM Booking Code : N Plane Type : 738 | **Infant in a seat** 1 × $813.00 USD $813.00 USD **Taxes & Carrier-Imposed Fees** |

| Flight | Depart | Arrive | |
|---|---|---|---|
| | | | **Taxes** $576.00 USD |
| **American Airlines** **318** | St Kitts (SKB) August 11, 2015 04:05 PM Travel Time : 3 h 14 m Cabin Class : Economy Seat : 28F , 28E , 28D , 28C , 28B | Miami (MIA) August 11, 2015 07:19 PM Booking Code : N Plane Type : 738 | **Carrier-Imposed Fees** $0.00 USD **Flight Subtotal** **$4,641.00 USD** |
| **American Airlines** **1352** | Miami (MIA) August 12, 2015 07:15 AM Travel Time : 5 h 19 m Cabin Class : Economy Seat : 42J , 42H , 42G , 42F , 42D | Los Angeles (LAX) August 12, 2015 09:34 AM Booking Code : N Plane Type : 777 | |

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ▆▆▆▆▆▆ | 0012351009811 | | $813.00 USD | 124 60 | 937.60 |
| | 0012351009812 | | $813.00 USD | 124 60 | 937.60 |

| | 0012351009813 | | $813.00 USD | 77 60 | 890.60 |
|---|---|---|---|---|---|
| | 0012351009814 | | $813.00 USD | 124 60 | 937.60 |
| | 0012351009815 | | $813.00 USD | 124 60 | 937.60 |
| Payment Type | | | | Total | $4,641.00 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/RESTRICTIONS APPLY

**Note** - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines®**

AA RECORD LOCATOR : **QFNHCR**  



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Springfield  to Seoul
1 Adult
**Sunday** August 2, 2015

Status:

**$38.00 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **QFNHCR** | **ICN/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 19, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **3666** Operated by Envoy Air As American Eagle | Springfield (SGF) August 2, 2015 07:59 AM Travel Time : 1 h 31 m Cabin Class : Economy Seat : 7A | **Dallas/ Fort Worth** (DFW) August 2, 2015 09:30 AM Booking Code : S Plane Type : ER4 |
| **American Airlines** **281** | Dallas/ Fort Worth (DFW) August 2, 2015 11:05 AM Travel Time : 14 h 10 m Cabin Class : Economy Seat : 35A | Seoul (ICN) August 3, 2015 03:15 PM Booking Code : S Plane Type : 777 |

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| | 0012303373392 | | | | | |
| **Payment Type** | Ticket Exchange - 0012303078851 | | | | Total | |

### Additional Charges or Fees

| PASSENGER | TICKET NUMBER | | | | | Charges or Fees |
|---|---|---|---|---|---|---|
| | 0012303373392 | | | | | |
| **Payment Type** | | | | | Total | |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

Fare Includes -

**Endorsements/Restrictions –**
RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above**

**may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

## AmericanAirlines°

AA RECORD LOCATOR : **ABPEAQ**        

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Multiple Destinations
2 Adults
**Sunday** August 2, 2015 – **Sunday** August 23, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **ABPEAQ** | **IAH/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 14, 2015 |

**Total Paid:**

**$1,748.60 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1483** | **Houston** (IAH) August 2, 2015 06:30 AM Travel Time : 1 h 15 m Cabin Class : Economy Seat : 30E , 30F | **Dallas/ Fort Worth** (DFW) August 2, 2015 07:45 AM Booking Code : N Plane Type : 32B |
| **American Airlines** **175** | **Dallas/ Fort Worth** (DFW) August 2, 2015 11:20 AM Travel Time : 13 h 0 m Cabin Class : Economy Seat : 41J , 41H | **Tokyo** (NRT) August 3, 2015 02:20 PM Booking Code : N Plane Type : 777 |

**Fare Amount**

Adult
2 × $599.00 USD    $1,198.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes                $206.60 USD

Carrier-Imposed
Fees                $344.00 USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **176** | **Tokyo** (NRT) August 23, 2015 10:40 AM Travel Time : 12 h 10 m Cabin Class : Economy Seat : 24F , 24E | **Dallas/ Fort Worth** (DFW) August 23, 2015 08:50 AM Booking Code : N Plane Type : 777 |

**Flight Subtotal**

**$1,748.60 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **2483** | **Dallas/ Fort Worth** (DFW) August 23, 2015 09:55 PM Travel Time : 1 h 12 m Cabin Class : Economy Seat : 25A , 25B | **Houston** (IAH) August 23, 2015 11:07 PM Booking Code : N Plane Type : 88D |

---

Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|

| | 0012350466235 | | $599 00 USD | 275.30 | 874.30 |
|---|---|---|---|---|---|
| | 0012350466236 | | $599 00 USD | 275.30 | 874.30 |
| Payment Type | | | | Total | $1,748.60 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | Total | | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/FEE ON CHG

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines®**

AA RECORD LOCATOR : **BJVDMX** 



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Seoul to Oklahoma City
1 Adult
**Sunday** August 2, 2015 – **Sunday** August 2, 2015

**Total Paid:**

**$2,229.00 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **BJVDMX** | **LGA/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Feb 01, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **280** | **Seoul** (ICN) August 2, 2015 05:15 PM Travel Time : 13 h 20 m Cabin Class : Economy Seat : 27B | **Dallas/ Fort Worth** (DFW) August 2, 2015 04:35 PM Booking Code : S Plane Type : 777 |
| **American Airlines** **2441** | **Dallas/ Fort Worth** (DFW) August 2, 2015 06:55 PM Travel Time : 1 h 8 m Cabin Class : Economy Seat : 20A | **Oklahoma City** (OKC) August 2, 2015 08:03 PM Booking Code : S Plane Type : S80 |

**Fare Amount**

**Adult**
1 × $1,850 00 USD   $1,850.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes     $99.00 USD

Carrier-Imposed Fees     $280.00 USD

**Flight Subtotal**

**$2,229.00 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012347599521 | | $1,850 00 USD | 379.00 | 2229.00 |
| Payment Type | | | | Total | $2,229.00 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
FEE FOR CHANGE/REFUND

**Note -** If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines°**

AA RECORD LOCATOR : **MAPQDP**    ▌▐▌▊▌▐▐▌▌▌▐▌▐▐▌▌▌▐▌▐▌       Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Multiple Destinations
2 Adults
**Sunday** August 2, 2015 – **Saturday** August 15, 2015

Status:

| AA Record Locator | Reservation Name |
|---|---|
| **MAPQDP** | **MFE/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 07, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **5890** Operated by Mesa Airlines As American Eagle | **McAllen/ Mission** (MFE) August 2, 2015 12:29 PM Travel Time : 1 h 45 m Cabin Class : Economy Seat : 10D , 10F | **Dallas/ Fort Worth** (DFW) August 2, 2015 02:14 PM Booking Code : N Plane Type : CR9 |
| **American Airlines** **36** | **Dallas/ Fort Worth** (DFW) August 2, 2015 03:25 PM Travel Time : 9 h 35 m Cabin Class : Economy Seat : 42A , 42B | **Madrid** (MAD) August 3, 2015 08:00 AM Booking Code : N Plane Type : 777 |
| **American Airlines** **8511** Operated by Air Nostrum For Iberia | **Madrid** (MAD) August 3, 2015 12:05 PM Travel Time : 1 h 5 m Cabin Class : Economy Seat : unassigned | **Jerez De La Frontera** (XRY) August 3, 2015 01:10 PM Booking Code : N Plane Type : CR9 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **8639** Operated by Iberia | **Madrid** (MAD) August 15, 2015 12:45 PM Travel Time : 7 h 45 m Cabin Class : Economy Seat : unassigned | **Boston** (BOS) August 15, 2015 02:30 PM Booking Code : N Plane Type : 333 |
| **American Airlines** **2188** 🛜 | **Boston** (BOS) August 15, 2015 05:40 PM Travel Time : 4 h 17 m Cabin Class : Economy Seat : 19F , 19E | **Dallas/ Fort Worth** (DFW) August 15, 2015 08:57 PM Booking Code : N Plane Type : 738 |

| American Airlines **5772** Operated by Mesa Airlines As American Eagle | **Dallas/ Fort Worth** (DFW) August 15, 2015 10:20 PM Travel Time : 1 h 35 m Cabin Class : Economy Seat : 9D , 9F | **McAllen/ Mission** (MFE) August 15, 2015 11:55 PM Booking Code : N Plane Type : CR9 |

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|-----------|---------------|-----------------------|------|----------------|--------------|
| ██████ | 0012350149782 | | | | |
| | 0012350149784 | | | | |
| **Payment Type** | ████████ | | | | Total |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|-----------|-----------------------|-------|----------------|--------------------------|
| | | | Total | 0.00 |

## Fare Includes –

### Endorsements/Restrictions –
NONREF/RESTRICTIONS APPLY C66-67

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** <u>American Airlines Reservations</u> **at 1-800-433-7300 for the correct total.**

### TERMS AND CONDITIONS
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

### CHECKING IN
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

### TRAVELING INTERNATIONALLY
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

### BAGGAGE INFORMATION
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

### HAZARDOUS ITEMS
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

### SPECIAL ASSISTANCE
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

### FLIGHT STATUS
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

### RESERVATIONS ASSISTANCE
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

### AADVANTAGE INFORMATION
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

### AA.COM
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines®**

AA RECORD LOCATOR : **YCJBKQ**





Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Madrid to Miami

1 Adult
**Sunday** August 2, 2015 – **Sunday** August 2, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **YCJBKQ** | **MAD/JFK** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Mar 19, 2015 |

**Total Paid:**

**$1,631.50 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **95** | **Madrid** (MAD) August 2, 2015 10:55 AM Travel Time : 8 h 25 m Cabin Class : Economy Seat : 13J | **New York** (JFK) August 2, 2015 01:20 PM Booking Code : N Plane Type : 763 |
| **American Airlines** **65** | **New York** (JFK) August 2, 2015 05:00 PM Travel Time : 3 h 33 m Cabin Class : Economy Seat : 25A | **Miami** (MIA) August 2, 2015 08:33 PM Booking Code : N Plane Type : 32B |

**Fare Amount**

Adult
1 × $1,029.00 USD    $1,029.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes    $106.50 USD

Carrier-Imposed Fees    $496.00 USD

**Flight Subtotal**

**$1,631.50 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012300033739 | | $1,029.00 USD | 602.50 | 1631.50 |
| Payment Type | | | | Total | $1,631.50 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Note -** If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at **1-800-433-7300** for the correct total.

**TERMS AND CONDITIONS**

A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**

On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**

If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**

To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**

Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**

If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**

Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**

Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**

AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**

Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines**

AA RECORD LOCATOR : **VTKLHR**            Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Taipei to Dallas/ Fort Worth

1 Adult
**Sunday** August 2, 2015

| | |
|---|---|
| **Total Paid:** | |
| | **$1,405.50 USD** |

| AA Record Locator | Reservation Name |
|---|---|
| **VTKLHR** | **DFW/NRT** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Oct 12, 2014 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **8424** Operated by Japan Airlines | **Taipei** (TPE) August 2, 2015 10:00 AM Travel Time : 3 h 20 m Cabin Class : Economy Seat : 19A | **Tokyo** (NRT) August 2, 2015 02:20 PM Booking Code : S Plane Type : 767 |
| **American Airlines** **60** | **Tokyo** (NRT) August 2, 2015 06:45 PM Travel Time : 12 h 10 m Cabin Class : Economy Seat : 39H | **Dallas/ Fort Worth** (DFW) August 2, 2015 04:55 PM Booking Code : S Plane Type : 777 |

**Fare Amount**

Adult
1 × $1,042.00 USD    $1,042.00 USD

**Taxes & Carrier-Imposed Fees**

| | |
|---|---|
| Taxes | $101.50 USD |
| Carrier-Imposed Fees | $262.00 USD |

**Flight Subtotal**

**$1,405.50 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012394701574 | | $1,042.00 USD | 363.50 | 1405.50 |
| Payment Type | | | | Total | $1,405.50 USD |

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
FEE FOR CHANGE/REFUND

Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with Underlined_American Airlines Reservations at 1-800-433-7300 for the correct total.

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines**

AA RECORD LOCATOR : **UJHOMX**



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.





Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the one world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### San Francisco to Boston
2 Adults
**Sunday** August 2, 2015 – **Sunday** August 9, 2015

| | |
|---|---|
| **AA Record Locator** | **Reservation Name** |
| **UJHOMX** | **SFO/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 26, 2015 |

**Total Paid:**

**$1,410.24 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **36** | **San Francisco** (SFO) August 2, 2015 08:25 AM Travel Time : 3 h 32 m Cabin Class : Economy Seat : 28A , 28B | **Dallas/ Fort Worth** (DFW) August 2, 2015 01:57 PM Booking Code : N Plane Type : 32B |
| **American Airlines** **1512** | **Dallas/ Fort Worth** (DFW) August 2, 2015 03:05 PM Travel Time : 3 h 46 m Cabin Class : Economy Seat : 22D , 22E | **Boston** (BOS) August 2, 2015 07:51 PM Booking Code : N Plane Type : 757 |

**Fare Amount**

**Adult**
2 × $582.31 USD    $1,164.62 USD

**Trip Options**

**Preferred Seats**    $67.84 USD

**Taxes & Carrier-Imposed Fees**

**Taxes**    $177.78 USD

**Carrier-Imposed Fees**    $0.00 USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1583** | **Boston** (BOS) August 9, 2015 08:10 AM Travel Time : 4 h 14 m Cabin Class : Economy Seat : 29C , 29B | **Dallas/ Fort Worth** (DFW) August 9, 2015 11:24 AM Booking Code : G Plane Type : 738 |
| **American Airlines** **330** | **Dallas/ Fort Worth** (DFW) August 9, 2015 02:10 PM Travel Time : 3 h 44 m Cabin Class : Economy Seat : 12A , 12B | **San Francisco** (SFO) August 9, 2015 03:54 PM Booking Code : G Plane Type : 738 |

**Flight Subtotal**

**$1,410.24 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012353221597 | | $582.31 USD | 88.89 | 671.20 |
| | 0012353221598 | | $582.31 USD | 88.89 | 671.20 |

| Payment Type | | | | Total | $1,342.40 USD |
|---|---|---|---|---|---|

| PASSENGER | SEAT NUMBER(S) | PRICE | Tax/Fee/Charge | SEAT TOTAL |
|---|---|---|---|---|
| LACOUR, MONIQUE | 12A | 31 55 USD | 2.37 USD | 33.92 USD |
| BEESLEY, DANIAL | 12B | 31 55 USD | 2.37 USD | 33.92 USD |
| | | | Total | 67.84 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines**

## AA RECORD LOCATOR : WVEGSR





Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### Raleigh/ Durham to Melbourne

3 Adults, 3 Children
**Sunday** August 2, 2015

| | |
|---|---|
| **AA Record Locator** | **Reservation Name** |
| **WVEGSR** | **RDU/MIA** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 27, 2015 |

**Total Paid:**

**$5,782.20 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1266** | **Raleigh/ Durham** (RDU) August 2, 2015 12:20 PM Travel Time : 2 h 11 m Cabin Class : Economy Seat : 26A , 26B , 26C , 26D , 26E , 26F | **Miami** (MIA) August 2, 2015 02:31 PM Booking Code : S Plane Type : 738 |
| **American Airlines** **69** | **Miami** (MIA) August 2, 2015 05:05 PM Travel Time : 5 h 32 m Cabin Class : Economy Seat : unassigned | **Los Angeles** (LAX) August 2, 2015 07:37 PM Booking Code : S Plane Type : 738 |
| **American Airlines** **7356** Operated by Qantas | **Los Angeles** (LAX) August 2, 2015 10:50 PM Travel Time : 15 h 45 m Cabin Class : Economy Seat : 66D , 66E , 67D , 67E , 67F , 67G | **Melbourne** (MEL) August 4, 2015 07:35 AM Booking Code : S Plane Type : 380 |

**Fare Amount**

| | |
|---|---|
| **Adult** 3 × $660.00 USD | $1,980.00 USD |
| **Child** 3 × $495.00 USD | $1,485.00 USD |

**Taxes & Carrier-Imposed Fees**

| | |
|---|---|
| **Taxes** | $277.20 USD |
| **Carrier-Imposed Fees** | $2,040.00 USD |

**Flight Subtotal**

**$5,782.20 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012302118625 | | $660.00 USD | 386.20 | 1046.20 |
| | 0012302118626 | | $660.00 USD | 386.20 | 1046.20 |
| | 0012302118627 | | $495.00 USD | 386.20 | 881.20 |
| | 0012302118628 | | $495.00 USD | 386.20 | 881.20 |
| | 0012302118629 | | $495.00 USD | 386.20 | 881.20 |
| | 0012302118630 | | $660.00 USD | 386.20 | 1046.20 |
| **Payment Type** | | | | Total | $5,782.20 USD |

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|---|

| Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at <u>www.aa.com/conditionsofcarriage</u>.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit <u>www.aa.com/refunds</u>.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at <u>www.aa.com/arrivaltimes</u>.

Check in for your flight using Flight Check-In (<u>www.aa.com/checkin</u>) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (<u>www.aa.com/selfservice</u>) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at <u>www.aa.com/intl</u> for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit <u>www.aa.com/baggageinfo</u>.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at <u>www.aa.com/restricteditems</u> for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section <u>www.aa.com/assistance</u> before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at <u>www.aa.com/gates</u>.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE ASSISTANCE**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit <u>www.aa.com</u>. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section <u>www.aa.com/redeemmiles</u>.

**AA.COM**
Visit <u>www.aa.com/emails</u>, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines®**

AA RECORD LOCATOR : **MFVTQA** 

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Madrid to New York

**Sunday** August 2, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **MFVTQA** | **MAD/JFK** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jul 02, 2015 |

**Total Paid:**

**65,000** miles
**+$48.00** USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **95** | Madrid (MAD) August 2, 2015 10:55 AM Travel Time : 8 h 25 m Cabin Class : Economy Seat : 21J | New York (JFK) August 2, 2015 01:20 PM Booking Code : Y Plane Type : 763 |

**Current Mileage Balance**

Available    0 miles

**Mileage Needed**

Departure
Economy AAnytime
Award    65,000 miles

M



**Taxes & Carrier-Imposed Fees**

Taxes    $48.00

Carrier-Imposed Fees    $0.00

**Flight Subtotal**

**65,000** miles

**+ $48.00**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012305828126 | | $0 00 USD | 48.00 | 48.00 |
| Payment Type | | | | Total | $48.00 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

Fare Includes –

Endorsements/Restrictions –
FEE ON CHG/VALID ON AA/US/VOID IF SLD/PURCSD/BRTR/

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** <u>American Airlines Reservations</u> **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines**

AA RECORD LOCATOR : **WZFMUN**







Get your boarding pass
faster!Scan this barcode at
any American Airlines Self-
Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Montreal to San Francisco
2 Adults
**Friday** August 7, 2015 – **Thursday** August 27, 2015

| AA Record Locator **WZFMUN** | Reservation Name **YUL/DFW** |
|---|---|
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jul 09, 2015 |

**Total Paid:**

**$956.40 CAD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1045** | **Montreal** (YUL) August 7, 2015 07:44 AM Travel Time : 3 h 58 m Cabin Class : Economy Seat : 26D , 26E | **Dallas/ Fort Worth** (DFW) August 7, 2015 10:42 AM Booking Code : Q Plane Type : 738 |
| **American Airlines** **37** | **Dallas/ Fort Worth** (DFW) August 7, 2015 05:00 PM Travel Time : 3 h 50 m Cabin Class : Economy Seat : 26B , 28B | **San Francisco** (SFO) August 7, 2015 06:50 PM Booking Code : Q Plane Type : 738 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **36** | **San Francisco** (SFO) August 27, 2015 08:25 AM Travel Time : 3 h 32 m Cabin Class : Economy Seat : 25D , 25E | **Dallas/ Fort Worth** (DFW) August 27, 2015 01:57 PM Booking Code : Q Plane Type : 32B |
| **American Airlines** **1578** | **Dallas/ Fort Worth** (DFW) August 27, 2015 06:35 PM Travel Time : 3 h 44 m Cabin Class : Economy Seat : 21A , 21B | **Montreal** (YUL) August 27, 2015 11:19 PM Booking Code : Q Plane Type : 738 |

**Fare Amount**

**Adult**
2 × $333.00 CAD          $666.00 CAD

**Taxes & Carrier-Imposed Fees**

Taxes                    $290.40 CAD

Carrier-Imposed Fees     $0.00 CAD

**Flight Subtotal**

**$956.40 CAD**

---

**Receipt**

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012353664912 | | $333.00 CAD | 145.20 | 478.20 |
| | 0012353664913 | | $333.00 CAD | 145.20 | 478.20 |

| Payment Type | | | | Total | $956.40 CAD |
|---|---|---|---|---|---|

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines**

AA RECORD LOCATOR : **TCQUVJ**    ‖‖ ‖ ‖ ‖‖ ‖‖‖ ‖ ‖‖ ‖‖‖ ‖‖    

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Multiple Destinations
1 Adult
**Saturday** August 8, 2015 — **Thursday** August 27, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **TCQUVJ** | **MDE/MIA** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 23, 2015 |

**Total Paid:**

**$1.871.290,00 COP**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** 924 | Medellin (MDE) August 8, 2015 07:00 AM Travel Time : 3 h 32 m Cabin Class : Economy Seat : 29F | Miami (MIA) August 8, 2015 11:32 AM Booking Code : O Plane Type : 738 |
| **American Airlines** 1109 | Miami (MIA) August 8, 2015 04:45 PM Travel Time : 3 h 18 m Cabin Class : Economy Seat : 35G | Chicago (ORD) August 8, 2015 07:03 PM Booking Code : O Plane Type : 763 |

**Fare Amount**

**Adult**
1 ×
$1.426.200,00 COP $1.426.200,00 COP

**Taxes & Carrier-Imposed Fees**

| Taxes | $445.090,00 COP |
| Carrier-Imposed Fees | $0,00 COP |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** 2220 | Chicago (ORD) August 15, 2015 12:25 PM Travel Time : 4 h 39 m Cabin Class : Economy Seat : 29D | Los Angeles (LAX) August 15, 2015 03:04 PM Booking Code : Q Plane Type : 738 |

**Flight Subtotal**

**$1.871.290,00 COP**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** 68 | Los Angeles (LAX) August 27, 2015 07:30 AM Travel Time : 5 h 23 m Cabin Class : Economy Seat : 28D | Miami (MIA) August 27, 2015 03:53 PM Booking Code : O Plane Type : 738 |
| **American Airlines** 923 | Miami (MIA) August 27, 2015 05:05 PM | Medellin (MDE) August 27, 2015 07:33 PM |



| | Travel Time : 3 h 28 m | Booking Code : O |
| | Cabin Class : Economy | Plane Type : 319 |
| | Seat :22F | |

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| | 0012305322079 | | $1,426,200.00 USD | 1426200.00 COP | 445090.00 | 1871290.00 |
| Payment Type | | | | | Total | $1.871.290,00 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

### Fare Includes –

### Endorsements/Restrictions –
NONREF/RESTRICTIONS APPLY/NONREF/SVCCHGPLUSF C79-80

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

### TERMS AND CONDITIONS
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

### CHECKING IN
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

### TRAVELING INTERNATIONALLY
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

### BAGGAGE INFORMATION
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

### HAZARDOUS ITEMS
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

### SPECIAL ASSISTANCE
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

### FLIGHT STATUS
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

### RESERVATIONS ASSISTANCE
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

### AADVANTAGE INFORMATION
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

### AA.COM
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines**

AA RECORD LOCATOR : **MPFMGM**                    

Get your boarding pass
faster!Scan this barcode at
any American Airlines Self-
Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

New York to Madrid
1 Adult
**Monday** August 10, 2015 – **Sunday** August 30, 2015

Total Paid:
**$1,260.20 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **MPFMGM** | **JFK/MAD** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 19, 2015 |

| Flight | Depart | Arrive | | |
|---|---|---|---|---|
| **American Airlines** **8644** Operated by Iberia | New York (JFK) August 10, 2015 05:05 PM Travel Time : 7 h 15 m Cabin Class : Economy Seat : unassigned | Madrid (MAD) August 11, 2015 06:20 AM Booking Code : N Plane Type : 340 | **Fare Amount** Adult **1** × $672.00 USD | $672.00 USD |

**Taxes & Carrier-Imposed Fees**

| Flight | Depart | Arrive | | |
|---|---|---|---|---|
| **American Airlines** **95** | Madrid (MAD) August 30, 2015 10:55 AM Travel Time : 8 h 25 m Cabin Class : Economy Seat : 29A | New York (JFK) August 30, 2015 01:20 PM Booking Code : N Plane Type : 763 | Taxes Carrier-Imposed Fees **Flight Subtotal** | $92.00 USD $496.00 USD |

**$1,260.20 USD**

---

Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012350637443 | | $672.00 USD | 588.20 | 1260.20 |
| Payment Type | | | | Total | $1,260.20 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

Fare Includes –

Endorsements/Restrictions –
NONREF/RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** <u>American Airlines Reservations</u> **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines®**

AA RECORD LOCATOR : **ZVZZQW**   ‖‖‖‖ ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ ‖‖‖

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.





Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## San Francisco to Miami

**Monday** August 10, 2015 – **Saturday** August 29, 2015

| AA Record Locator **ZVZZQW** | Reservation Name **SFO/MIA** |
|---|---|
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 28, 2015 |

**Total Paid:**
**0** miles
**+$11.20** USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **208** | San Francisco (SFO) August 10, 2015 07:00 AM Travel Time : 5 h 43 m Cabin Class : Economy Seat : 10F | Miami (MIA) August 10, 2015 03:43 PM Booking Code : Y Plane Type : 757 |
| **American Airlines** **69** | Miami (MIA) August 29, 2015 05:05 PM Travel Time : 5 h 32 m Cabin Class : Economy Seat : 13A | Los Angeles (LAX) August 29, 2015 07:37 PM Booking Code : T Plane Type : 738 |
| **American Airlines** **1226** | Los Angeles (LAX) August 29, 2015 08:15 PM Travel Time : 1 h 30 m Cabin Class : Economy Seat : 20F | San Francisco (SFO) August 29, 2015 09:45 PM Booking Code : T Plane Type : 738 |

**Current Mileage Balance**

Available    0 miles

**Mileage Needed**

**Mileage Balance After**

**Taxes & Carrier-Imposed Fees**

Taxes    $11.20

Carrier-Imposed Fees    $0.00

**Flight Subtotal**

**0** miles

**+ $11.20**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012305605966 | | $0.00 USD | 11 20 | 11.20 |
| **Payment Type** | | | | Total | $11.20 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

Endorsements/Restrictions –
VALID ON AA/US ONLY/VOID IF SLD/PURCSD/BRTR

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** American Airlines Reservations **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.



 American Airlines    Plan Travel    Travel Information    AAdvantage 

Home  Login   English ▾    Search aa.com

## Grand Rapids to Tokyo
1 Adult
**Wednesday** August 12, 2015 – **Monday** August 31, 2015

Your Trip Price:
**$1,379.30 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **QUNIPA** | **GRR/ORD** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticket Pending** on Jul 02, 2015 |
| | If you have made changes to your reservation, the Total Price will display the original itinerary price until your ticket(s) has been reissued. Once reissued, the Total Price will reflect your new price. |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **3231** Operated by Envoy Air As American Eagle | **Grand Rapids (GRR)** August 12, 2015 06:17 AM Travel Time : 0 h 53 m Cabin Class : Economy Seat : 17C | **Chicago (ORD)** August 12, 2015 06:10 AM Booking Code : V Plane Type : CR7 |
| **American Airlines** **2309** | **Chicago (ORD)** August 12, 2015 07:11 AM Travel Time : 2 h 34 m Cabin Class : Economy Seat : 27F | **Dallas/ Fort Worth (DFW)** August 12, 2015 09:45 AM Booking Code : V Plane Type : S80 |
| **American Airlines** **175** | **Dallas/ Fort Worth (DFW)** August 12, 2015 11:20 AM Travel Time : 13 h 0 m Cabin Class : Economy Seat : 43F | **Tokyo (NRT)** August 13, 2015 02:20 PM Booking Code : V Plane Type : 777 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **176** | **Tokyo (NRT)** August 31, 2015 10:40 AM Travel Time : 12 h 10 m Cabin Class : Economy Seat : 40G | **Dallas/ Fort Worth (DFW)** August 31, 2015 08:50 AM Booking Code : V Plane Type : 777 |
| **American Airlines** **5816** Operated by Mesa Airlines As American Eagle | **Dallas/ Fort Worth (DFW)** August 31, 2015 12:06 PM Travel Time : 2 h 35 m Cabin Class : Economy Seat : 9F | **Grand Rapids (GRR)** August 31, 2015 03:41 PM Booking Code : V Plane Type : CR9 |

### Fare Amount

Adult
1 × $1,104.00 USD    $1,104.00 USD

**Taxes & Carrier-Imposed Fees**

| | |
|---|---|
| Taxes | $103.30 USD |
| Carrier-Imposed Fees | $172.00 USD |

**Flight Subtotal**

**$1,379.30 USD**

## Baggage Information
View Baggage details for all the information you need to choose whether to carry or check.

**Show Baggage Details**

## Passenger Summary
Save time at the airport! Add your travel information below to check-in online.

| | More information needed to travel |
|---|---|

Trip Contact Information



We may need to contact you in the event there is important information relevant to your trip. Please enter your cell phone number. This information will not be used for marketing purposes.

1

Area Code and Number

| Summary | Required | Optional |
|---|---|---|
| More information is required before this passenger can travel. | Country of Residence<br>Secure Flight Information<br>Emergency Contact | Frequent Flyer Number<br><br>**Not an AAdvantage member?** |

## Use caution when packing

Some everyday products, like electronic cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Lithium batteries    Explosives    Aerosol    Flammables    Oxidizers    Toxins    Radioactive    Corrosives

## More About American

About Us
Corporate Information
Careers
Investor Relations
Corporate Responsibility
Join Us In Causes That Matter
Environmental Footprint
Diversity & Inclusion
Newsroom
Airline Museum

## Products & Services

Travel Insurance
Email Subscriptions
Enhance Your Travel
Low Price Guarantee
Group & Meeting Travel
Business Programs
Cargo
American Airlines Credit Card
Gift Cards
Airport Conference Rooms
Five Star Service
Timetables & Downloads
Last Minute Packages

## Customer Service

Contact American
FAQs
Refunds and Receipts
Agency Reference
American Travel Centers
Baggage & Optional Service Charges
Customer Service Plan & Contingency Plan
Privacy Policy (newly updated)
Legal
Copyright
Site Map
Browser Compatibility
Start CoBrowse



Earn 30,000 bonus miles


Up to 35% savings
plus AAdvantage® miles

FEEDBACK



**AmericanAirlines®**

AA RECORD LOCATOR : **ZHNYZH**
US AIRWAYS RECORD LOCATOR : **E0G9ZL**



Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.

Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.



---

## Philadelphia to Beijing

3 Adults, 1 Child
**Friday** August 14, 2015 – **Saturday** August 29, 2015

| | |
|---|---|
| **AA Record Locator** **ZHNYZH** | **Reservation Name** **PHL/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 11, 2015 |

**US Airways Record Locator**
**E0G9ZL**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **492** Operated by US Airways | **Philadelphia** (PHL) August 14, 2015 08:50 PM Travel Time : 3 h 35 m Cabin Class : Economy Seat Information | **Dallas/ Fort Worth** (DFW) August 14, 2015 11:25 PM Booking Code : N Plane Type : 321 |
| **American Airlines** **89** | **Dallas/ Fort Worth** (DFW) August 15, 2015 11:20 AM Travel Time : 13 h 55 m Cabin Class : Economy Seat : unassigned | **Beijing** (PEK) August 16, 2015 02:15 PM Booking Code : N Plane Type : 788 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **88** | **Beijing** (PEK) August 29, 2015 04:25 PM Travel Time : 13 h 35 m Cabin Class : Economy Seat : 28L , 28H , 28J , 28K | **Dallas/ Fort Worth** (DFW) August 29, 2015 05:00 PM Booking Code : Q Plane Type : 788 |
| **American Airlines** **362** | **Dallas/ Fort Worth** (DFW) August 29, 2015 06:50 PM Travel Time : 3 h 30 m Cabin Class : Economy Seat : 25A , 25B , 26A , 26B | **Philadelphia** (PHL) August 29, 2015 11:20 PM Booking Code : Q Plane Type : 738 |

**Total Paid:**

**$4,442.80 USD**

**Fare Amount**

Adult
3 × $717.00 USD          $2,151.00 USD

Child
1 × $537.00 USD          $537.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes                    $354.80 USD

Carrier-Imposed
Fees                     $1,400.00 USD

**Flight Subtotal**

**$4,442.80 USD**

---

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | 0012352675056 | | $717.00 USD | 442.40 | 1159.40 |
| | 0012352675057 | | $717.00 USD | 442.40 | 1159.40 |
| | 0012352675058 | | $537.00 USD | 427.60 | 964.60 |
| | 0012352675059 | | $717.00 USD | 442.40 | 1159.40 |
| Payment Type | | | | Total | $4,442.80 USD |

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/FEE ON CHG/NONREF/RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**American**Airlines®

AA RECORD LOCATOR : **ZHNYZH**
US AIRWAYS RECORD LOCATOR : **E0G9ZL**



Get your boarding pass
faster! Scan this barcode at
any American Airlines Self-
Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Philadelphia to Beijing

3 Adults, 1 Child
**Friday** August 14, 2015 – **Saturday** August 29, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **ZHNYZH** | **PHL/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 11, 2015 |

US Airways Record Locator
**E0G9ZL**

**Total Paid:**

**$4,442.80 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **492** Operated by US Airways | **Philadelphia** (PHL) August 14, 2015 08:50 PM Travel Time : 3 h 35 m Cabin Class : Economy Seat Information | **Dallas/ Fort Worth** (DFW) August 14, 2015 11:25 PM Booking Code : N Plane Type : 321 |
| **American Airlines** **89** | **Dallas/ Fort Worth** (DFW) August 15, 2015 11:20 AM Travel Time : 13 h 55 m Cabin Class : Economy Seat : unassigned | **Beijing** (PEK) August 16, 2015 02:15 PM Booking Code : N Plane Type : 788 |

**Fare Amount**

Adult
3 × $717.00 USD     $2,151.00 USD

Child
1 × $537.00 USD     $537.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes     $354.80 USD

Carrier-Imposed
Fees     $1,400.00 USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **88** | **Beijing** (PEK) August 29, 2015 04:25 PM Travel Time : 13 h 35 m Cabin Class : Economy Seat : 28L , 28H , 28J , 28K | **Dallas/ Fort Worth** (DFW) August 29, 2015 05:00 PM Booking Code : Q Plane Type : 788 |
| **American Airlines** **362** | **Dallas/ Fort Worth** (DFW) August 29, 2015 06:50 PM Travel Time : 3 h 30 m Cabin Class : Economy Seat : 25A , 25B , 26A , 26B | **Philadelphia** (PHL) August 29, 2015 11:20 PM Booking Code : Q Plane Type : 738 |

**Flight Subtotal**

**$4,442.80 USD**

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|

| | 0012352675056 | | $717.00 USD | 442.40 | 1159.40 |
|---|---|---|---|---|---|
| | 0012352675057 | | $717.00 USD | 442.40 | 1159.40 |
| | 0012352675058 | | $537.00 USD | 427.60 | 964.60 |
| | 0012352675059 | | $717.00 USD | 442.40 | 1159.40 |
| Payment Type | | | | Total | $4,442.80 USD |

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | | Total | 0.00 |

Fare Includes –

Endorsements/Restrictions –
NONREF/FEE ON CHG/NONREF/RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with Underline American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines**

AA RECORD LOCATOR : **LKIJPQ**          

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.





Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Bogota to Los Angeles

2 Adults, 2 Children
**Saturday** August 15, 2015 – **Sunday** August 30, 2015

| Total Paid: |
| --- |
| **$2,826.60 USD** |

### AA Record Locator
**LKIJPQ**

Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation.

### Reservation Name
**BOG/MIA**

Status: **Ticketed** Jan 01, 2015

| Flight | Depart | Arrive |
| --- | --- | --- |
| **American Airlines** **1136** | Bogota (BOG) August 15, 2015 11:15 PM Travel Time : 3 h 55 m Cabin Class : Economy Seat : 29E , 29F , 29C , 29D | Miami (MIA) August 16, 2015 04:10 AM Booking Code : N Plane Type : 757 |
| **American Airlines** **1352** | Miami (MIA) August 16, 2015 07:15 AM Travel Time : 5 h 19 m Cabin Class : Economy Seat : 38C , 38D , 38E , 38F | Los Angeles (LAX) August 16, 2015 09:34 AM Booking Code : N Plane Type : 777 |

**Fare Amount**

| Adult 2 × $598.00 USD | $1,196.00 USD |
| --- | --- |
| Child 2 × $501.00 USD | $1,002.00 USD |

**Taxes & Carrier-Imposed Fees**

| Taxes | $628.60 USD |
| --- | --- |
| Carrier-Imposed Fees | $0.00 USD |

| Flight | Depart | Arrive |
| --- | --- | --- |
| **American Airlines** **68** | Los Angeles (LAX) August 30, 2015 07:30 AM Travel Time : 5 h 23 m Cabin Class : Economy Seat : 27A , 27B , 27C , 27D | Miami (MIA) August 30, 2015 03:53 PM Booking Code : N Plane Type : 738 |
| **American Airlines** **915** | Miami (MIA) August 30, 2015 05:21 PM Travel Time : 3 h 44 m Cabin Class : Economy Seat : 33D , 33E , 33F , 33C | Bogota (BOG) August 30, 2015 08:05 PM Booking Code : N Plane Type : 757 |

**Flight Subtotal**

**$2,826.60 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
| --- | --- | --- | --- | --- | --- |
| | 0012345980426 | | $598.00 USD | 161.00 | 759.00 |
| | 0012345980427 | | $598.00 USD | 161.00 | 759.00 |

| | 0012345980428 | | $501 00 USD | 153.30 | 654.30 |
|---|---|---|---|---|---|
| | 0012345980429 | | $501 00 USD | 153.30 | 654.30 |
| Payment Type | | | | Total | $2,826.60 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** <u>American Airlines Reservations</u> **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at <u>www.aa.com/conditionsofcarriage</u>.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit <u>www.aa.com/refunds</u>.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at <u>www.aa.com/arrivaltimes</u>.

Check in for your flight using Flight Check-In (<u>www.aa.com/checkin</u>) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (<u>www.aa.com/selfservice</u>) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at <u>www.aa.com/intl</u> for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit <u>www.aa.com/baggageinfo</u>.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at <u>www.aa.com/restricteditems</u> for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section <u>www.aa.com/assistance</u> before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at <u>www.aa.com/gates</u>.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit <u>www.aa.com</u>. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section <u>www.aa.com/redeemmiles</u>.

**AA.COM**
Visit <u>www.aa.com/emails</u>, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines**

AA RECORD LOCATOR : **QYTPBC**   

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Madrid to Miami

2 Adults
**Sunday** August 16, 2015 – **Sunday** August 30, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **QYTPBC** | **MAD/MIA** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 20, 2015 |

**Total Paid:**
**$2,619.60 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **69** | Madrid (MAD) August 16, 2015 11:15 AM Travel Time : 9 h 20 m Cabin Class : Economy Seat : 34A , 34B | Miami (MIA) August 16, 2015 02:35 PM Booking Code : N Plane Type : 777 |
| **American Airlines** **68** | Miami (MIA) August 30, 2015 06:35 PM Travel Time : 8 h 40 m Cabin Class : Economy Seat : 37A , 37B | Madrid (MAD) August 31, 2015 09:15 AM Booking Code : V Plane Type : 777 |

**Fare Amount**

Adult
2 × $937.00 USD     $1,874.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes                       $184.40 USD

Carrier-Imposed Fees         $561.20 USD

**Flight Subtotal**

**$2,619.60 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| | 0012350652885 | | €937.00 EUR | 1217.60 USD | 372.80 | 1309.80 |
| | 0012350652886 | | €937.00 EUR | 1217.60 USD | 372.80 | 1309.80 |
| Payment Type | | | | | Total | $2,619.60 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
RESTRICTIONS APPLY/NON-REFUNDABLE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines**

AA RECORD LOCATOR : **ERGNKZ**  

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Little Rock to Tokyo

1 Adult
**Monday** August 17, 2015 – **Friday** August 28, 2015

Status:

| AA Record Locator | Reservation Name |
|---|---|
| **ERGNKZ** | **LIT/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 09, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **5884** Operated by Mesa Airlines As American Eagle | **Little Rock** (LIT) August 17, 2015 08:41 AM Travel Time : 1 h 18 m Cabin Class : First Seat : 2A | **Dallas/ Fort Worth** (DFW) August 17, 2015 09:59 AM Booking Code : P Plane Type : CR9 |
| **American Airlines** **175** | **Dallas/ Fort Worth** (DFW) August 17, 2015 11:20 AM Travel Time : 13 h 0 m Cabin Class : First Seat : 3A | **Tokyo** (NRT) August 18, 2015 02:20 PM Booking Code : P Plane Type : 777 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **60** | **Tokyo** (NRT) August 28, 2015 06:30 PM Travel Time : 12 h 10 m Cabin Class : First Seat : 3A | **Dallas/ Fort Worth** (DFW) August 28, 2015 04:40 PM Booking Code : P Plane Type : 777 |
| **American Airlines** **2680** Operated by Expressjet As American Eagle | **Dallas/ Fort Worth** (DFW) August 28, 2015 06:10 PM Travel Time : 1 h 16 m Cabin Class : Economy Seat : 1A | **Little Rock** (LIT) August 28, 2015 07:26 PM Booking Code : Y Plane Type : ER4 |

---

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012350261110 | 63FRE14 | | | |
| **Payment Type** | | | | **Total** | |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|-----------|----------------------|-------|----------------|--------------------------|
|           |                      |       | Total          | 0.00                     |

Fare Includes –

**Endorsements/Restrictions –**
SKDCHG/

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** <u>American Airlines Reservations</u> **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines**



AA RECORD LOCATOR : **YVPNKI**



Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.






Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Los Angeles to Jerez De La Frontera
2 Adults
**Monday** August 17, 2015 – **Thursday** August 27, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **YVPNKI** | **LAX/ORD** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 30, 2015 |

**Total Paid:**

## $2,271.40 USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **126** | **Los Angeles** (LAX) August 17, 2015 07:55 AM Travel Time : 4 h 14 m Cabin Class : Economy Seat : 28F , 28E | **Chicago** (ORD) August 17, 2015 02:09 PM Booking Code : O Plane Type : 738 |
| **American Airlines** **8651** Operated by Iberia | **Chicago** (ORD) August 17, 2015 04:40 PM Travel Time : 8 h 5 m Cabin Class : Economy Seat : unassigned | **Madrid** (MAD) August 18, 2015 07:45 AM Booking Code : O Plane Type : 333 |
| **American Airlines** **8540** Operated by Air Nostrum For Iberia | **Madrid** (MAD) August 18, 2015 08:55 AM Travel Time : 1 h 5 m Cabin Class : Economy Seat : unassigned | **Jerez De La Frontera** (XRY) August 18, 2015 10:00 AM Booking Code : O Plane Type : CR9 |

**Fare Amount**

**Adult**
2 × $518.00 USD    $1,036.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes    $243.40 USD

Carrier-Imposed Fees    $992.00 USD

**Flight Subtotal**

## $2,271.40 USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **8530** Operated by Air Nostrum For Iberia | **Jerez De La Frontera** (XRY) August 27, 2015 06:50 AM Travel Time : 1 h 10 m Cabin Class : Economy Seat : unassigned | **Madrid** (MAD) August 27, 2015 08:00 AM Booking Code : O Plane Type : CR9 |
| **American Airlines** **69** | **Madrid** (MAD) August 27, 2015 11:15 AM Travel Time : 9 h 20 m Cabin Class : Economy Seat : 37A , 37B | **Miami** (MIA) August 27, 2015 02:35 PM Booking Code : O Plane Type : 777 |

**American Airlines**

**69**

| Miami (MIA) | Los Angeles (LAX) |
|---|---|
| August 27, 2015 05:05 PM | August 27, 2015 07:37 PM |
| Travel Time : 5 h 32 m | Booking Code : O |
| Cabin Class : Economy | Plane Type : 738 |
| Seat : 27A , 27B | |

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012353349236 | | $518.00 USD | 617.70 | 1135.70 |
| | 0012353349238 | | $518.00 USD | 617.70 | 1135.70 |
| Payment Type | | | | Total | $2,271.40 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

## Fare Includes –

### Endorsements/Restrictions –
NONREF/RESTRICTIONS APPLY C36-37

(CHANGE OF AIRCRAFT NOTICE: 'For at least one of your flights, you must change aircraft en route even though your ticket may show only one flight number and have only one flight coupon for that flight. Further, in the case of some travel, one of your flights may not be identified at the airport by the number on your ticket, or it may be identified by your request, the seller of this ticket will give you details of your change of aircraft, such as where it will occur and what aircraft types are involved.

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.**

### TERMS AND CONDITIONS
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

### CHECKING IN
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

### TRAVELING INTERNATIONALLY
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

### BAGGAGE INFORMATION
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

### HAZARDOUS ITEMS
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

### SPECIAL ASSISTANCE
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

### FLIGHT STATUS
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

### RESERVATIONS ASSISTANCE
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

### AADVANTAGE INFORMATION
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

### AA.COM
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines**

AA RECORD LOCATOR : **YYUGBL**     



Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## London to McAllen/ Mission
1 Adult
**Tuesday** August 18, 2015 – **Monday** August 31, 2015

**Total Paid:**

**$1,339.80 USD**

| AA Record Locator | Reservation Name |
| --- | --- |
| **YYUGBL** | **LHR/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 10, 2015 |

| Flight | Depart | Arrive |
| --- | --- | --- |
| **American Airlines** **51** | **London** (LHR)<br>August 18, 2015 09:30 AM<br>Travel Time : 10 h 5 m<br>Cabin Class : Economy<br>Seat : 29A | **Dallas/ Fort Worth** (DFW)<br>August 18, 2015 01:35 PM<br>Booking Code : O<br>Plane Type : 77W |
| **American Airlines** **1137** | **Dallas/ Fort Worth** (DFW)<br>August 18, 2015 03:20 PM<br>Travel Time : 1 h 37 m<br>Cabin Class : Economy<br>Seat : 26A | **McAllen/ Mission** (MFE)<br>August 18, 2015 04:57 PM<br>Booking Code : O<br>Plane Type : S80 |

| Flight | Depart | Arrive |
| --- | --- | --- |
| **American Airlines** **2190** | **McAllen/ Mission** (MFE)<br>August 31, 2015 03:59 PM<br>Travel Time : 1 h 41 m<br>Cabin Class : Economy<br>Seat : 26A | **Dallas/ Fort Worth** (DFW)<br>August 31, 2015 05:40 PM<br>Booking Code : O<br>Plane Type : S80 |
| **American Airlines** **78** | **Dallas/ Fort Worth** (DFW)<br>August 31, 2015 08:00 PM<br>Travel Time : 9 h 15 m<br>Cabin Class : Economy<br>Seat : 40G | **London** (LHR)<br>September 1, 2015 11:15 AM<br>Booking Code : O<br>Plane Type : 777 |

**Fare Amount**

Adult
1 × $770.00 USD     $770.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes     $250.40 USD

Carrier-Imposed Fees $319.40 USD

**Flight Subtotal**

**$1,339.80 USD**

---

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| ▮▮▮▮ | 0012304585865 | | £770.00 GBP | 1089.40 USD | 569.80 | 1339.80 |
| **Payment Type** | ▮▮▮▮ | | | | **Total** | **$1,339.80 USD** |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|-----------|----------------------|-------|----------------|--------------------------|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREFUNDABLE/RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** <u>American Airlines Reservations</u> **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines®**

AA RECORD LOCATOR : **VQPYIA**





Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Madrid to Kahului

2 Adults
**Thursday** August 20, 2015 – **Friday** August 28, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **VQPYIA** | **MAD/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jan 03, 2015 |

**Total Paid:**

**$4,860.98 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **37** | **Madrid** (MAD) August 20, 2015 10:45 AM Travel Time : 10 h 45 m Cabin Class : Economy Seat : 31J , 31H | **Dallas/ Fort Worth** (DFW) August 20, 2015 02:30 PM Booking Code : S Plane Type : 777 |
| **American Airlines** **119** | **Dallas/ Fort Worth** (DFW) August 21, 2015 10:50 AM Travel Time : 8 h 5 m Cabin Class : Economy Seat : 32A , 33B | **Kahului** (OGG) August 21, 2015 01:55 PM Booking Code : S Plane Type : 763 |

**Fare Amount**

**Adult**
2 × $1,754.00 USD   $3,508.00 USD

**Trip Options**

Main Cabin Extra   $259.60 USD

Preferred Seats   $129.80 USD

**Taxes & Carrier-Imposed Fees**

Taxes   $263.58 USD

Carrier-Imposed Fees   $700.00 USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **6** | **Kahului** (OGG) August 28, 2015 05:15 PM Travel Time : 7 h 23 m Cabin Class : Economy Seat : 31A , 32B | **Dallas/ Fort Worth** (DFW) August 29, 2015 05:38 AM Booking Code : N Plane Type : 763 |
| **American Airlines** **36** | **Dallas/ Fort Worth** (DFW) August 29, 2015 03:25 PM Travel Time : 9 h 35 m Cabin Class : Economy Seat : 21C , 21B | **Madrid** (MAD) August 30, 2015 08:00 AM Booking Code : N Plane Type : 777 |

**Flight Subtotal**

**$4,860.98 USD**

---

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| █████████ | 0012396739614 | | €1,754.00 EUR | 2104.00 USD | 481.79 | 2235.79 |
| | 0012396739616 | | €1,754.00 EUR | 2104.00 USD | 481.79 | 2235.79 |

| Payment Type | | | | | Total | $4,471.58 USD |
|---|---|---|---|---|---|---|

| PASSENGER | SEAT NUMBER(S) | PRICE | Tax/Fee/Charge | SEAT TOTAL |
|---|---|---|---|---|
| | 31J, 21C | 194.70 USD | | 194.70 USD |
| | 31H, 21B | 194.70 USD | | 194.70 USD |
| | | | Total | 389.40 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NON-REFUNDABLE/RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** <u>American Airlines Reservations</u> **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines**

AA RECORD LOCATOR : **RQNPBS**     

Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Madrid to Kahului
1 Adult
**Thursday** August 20, 2015 – **Friday** August 28, 2015

Status:

**$658.99 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **RQNPBS** | **MAD/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 14, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **37** | **Madrid** (MAD) August 20, 2015 10:45 AM Travel Time : 10 h 45 m Cabin Class : Economy Seat : 30G | **Dallas/ Fort Worth** (DFW) August 20, 2015 02:30 PM Booking Code : S Plane Type : 777 |
| **American Airlines** **119** | **Dallas/ Fort Worth** (DFW) August 21, 2015 10:50 AM Travel Time : 8 h 5 m Cabin Class : Economy Seat : 33A | **Kahului** (OGG) August 21, 2015 01:55 PM Booking Code : S Plane Type : 763 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **6** | **Kahului** (OGG) August 28, 2015 05:15 PM Travel Time : 7 h 23 m Cabin Class : Economy Seat : 32A | **Dallas/ Fort Worth** (DFW) August 29, 2015 05:38 AM Booking Code : N Plane Type : 763 |
| **American Airlines** **36** | **Dallas/ Fort Worth** (DFW) August 29, 2015 03:25 PM Travel Time : 9 h 35 m Cabin Class : Economy Seat : 21A | **Madrid** (MAD) August 30, 2015 08:00 AM Booking Code : N Plane Type : 777 |

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| | 0012350435625 | | €1,443.00 EUR | 350.00 USD | -978.71 | 464.29 |
| Payment Type | Ticket Exchange - 0012396739615 | | | | Total | $464.29 USD |

| PASSENGER | | SEAT NUMBER(S) | | PRICE | Tax/Fee/Charge | SEAT TOTAL |
|---|---|---|---|---|---|---|
| | | 30G, 21A | | 194.70 USD | | 194.70 USD |
| | | | | | Total | 194.70 USD |

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|---|
| | | | | Total | | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
*NONREFUNDABLE/RESTRICTIONS APPLY/NM CORR AUTH QSERKE*NON-RE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines**[*] 

AA RECORD LOCATOR : **NNTFUH**    ‖‖‖ ‖‖‖‖‖‖‖‖‖‖‖‖‖ ‖‖ 

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Dallas/ Fort Worth to London

2 Adults
**Thursday** August 27, 2015 – **Thursday** September 3, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **NNTFUH** | **DFW/LHR** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Apr 14, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** <br> **78** | Dallas/ Fort Worth (DFW) <br> August 27, 2015 08:00 PM <br> Travel Time : 9 h 15 m <br> Cabin Class : Economy <br> Seat : 24J , 24H | London (LHR) <br> August 28, 2015 11:15 AM <br> Booking Code : S <br> Plane Type : 777 |
| **American Airlines** <br> **81** | London (LHR) <br> September 3, 2015 12:25 PM <br> Travel Time : 10 h 5 m <br> Cabin Class : Economy <br> Seat : 39A , 39B | Dallas/ Fort Worth (DFW) <br> September 3, 2015 04:30 PM <br> Booking Code : N <br> Plane Type : 777 |

**Total Paid:**

**$2,862.60 USD**

**Fare Amount**

Adult
2 × $678.00 USD    $1,356.00 USD

**Trip Options**

**Preferred Seats**    $129.80 USD

**Taxes & Carrier-Imposed Fees**

Taxes    $460.80 USD

Carrier-Imposed Fees    $916.00 USD

**Flight Subtotal**

**$2,862.60 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ▇▇▇▇ | 0012350426907 | | $678 00 USD | 688.40 | 1366.40 |
| | 0012350426908 | | $678 00 USD | 688.40 | 1366.40 |
| **Payment Type** | ▇▇▇▇ | | | Total | $2,732.80 USD |

| PASSENGER | SEAT NUMBER(S) | | PRICE | Tax/Fee/Charge | SEAT TOTAL |
|---|---|---|---|---|---|
| ▇▇▇▇ | 24J | | 64.90 USD | | 64.90 USD |
| | 24H | | 64.90 USD | | 64.90 USD |
| | | | | Total | 129.80 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|-----------|----------------------|-------|----------------|--------------------------|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREFUNDABLE/RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**American**Airlines

AA RECORD LOCATOR : **VXCOTO**

Get your boarding pass
faster!Scan this barcode at
any American Airlines Self-
Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## San Diego to New York
1 Adult
**Thursday** August 27, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **VXCOTO** | **SAN/JFK** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 26, 2015 |

**Total Paid:**

**$344.03 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **94** | San Diego (SAN) August 27, 2015 07:45 AM Travel Time : 5 h 32 m Cabin Class : Economy Seat : 9D | New York (JFK) August 27, 2015 04:17 PM Booking Code : G Plane Type : 738 |

**Fare Amount**

**Adult**
1 × $231.63 USD          $231.63 USD

**Trip Options**

Main Cabin Extra          $80.93 USD

**Taxes & Carrier-Imposed Fees**

Taxes                     $31.47 USD

Carrier-Imposed Fees      $0.00 USD

**Flight Subtotal**

**$344.03 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
|  | 0012303724858 |  | $231.63 USD | 31.47 | 263.10 |
| Payment Type |  |  |  | Total | $263.10 USD |

| PASSENGER | SEAT NUMBER(S) | PRICE | Tax/Fee/Charge | SEAT TOTAL |
|---|---|---|---|---|
|  | 9D | 75.28 USD | 5.65 USD | 80.93 USD |
|  |  |  | Total | 80.93 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
|  |  |  | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** <u>American Airlines Reservations</u> **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines®**

AA RECORD LOCATOR : **VTVPTI**    ▌▌▌█▌▌▌▌▌▌█▌▌▌▌█▌▌▌    

Get your boarding pass
faster!Scan this barcode at
any American Airlines Self-
Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the one world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## San Francisco to Paris

**Thursday** August 27, 2015 – **Sunday** August 30, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **VTVPTI** | **SFO/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 19, 2015 |

**Total Paid:**

**110,000** miles

**+$84.40** USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **36** | **San Francisco** (SFO) August 27, 2015 08:25 AM Travel Time : 3 h 32 m Cabin Class : Economy Seat : 8A | **Dallas/ Fort Worth** (DFW) August 27, 2015 01:57 PM Booking Code : Y Plane Type : 32B |
| **American Airlines** **48** | **Dallas/ Fort Worth** (DFW) August 27, 2015 03:05 PM Travel Time : 9 h 25 m Cabin Class : Economy Seat : 21G | **Paris** (CDG) August 28, 2015 07:30 AM Booking Code : Y Plane Type : 777 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **45** | **Paris** (CDG) August 30, 2015 11:20 AM Travel Time : 8 h 39 m Cabin Class : Economy Seat : 12J | **New York** (JFK) August 30, 2015 01:59 PM Booking Code : Y Plane Type : 763 |

**Current Mileage Balance**

Available    0 miles

**Mileage Needed**

**Flight 1**
Economy AAny ime
Award    45,000 miles

**Flight 2**
Economy AAny ime
Award    65,000 miles

**Taxes & Carrier-Imposed Fees**

Taxes    $84.40

Carrier-Imposed Fees    $0.00

**Flight Subtotal**

**110,000** miles

**+ $84.40**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ▬▬▬ | 0012305153198 | | $0.00 USD | 84.40 | 84.40 |
| Payment Type | ▬▬▬▬▬▬ | | | Total | $84.40 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|-----------|----------------------|-------|----------------|--------------------------|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
VOID IF SLD/PURCSD/BRTR/FEE ON CHG/VALID ON AA/US

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines**

## AA RECORD LOCATOR : MNVEMY



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.





Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### New York to Madrid

1 Adult

**Thursday** August 27, 2015 – **Friday** December 18, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **MNVEMY** | **JFK/MAD** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 05, 2015 |

**Total Paid:**

**$1,182.50 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **94** | New York (JFK) August 27, 2015 07:15 PM Travel Time : 7 h 40 m Cabin Class : Economy Seat : 27H | Madrid (MAD) August 28, 2015 08:55 AM Booking Code : N Plane Type : 763 |
| **American Airlines** **8645** Operated by Iberia | Madrid (MAD) December 18, 2015 12:30 PM Travel Time : 8 h 50 m Cabin Class : Economy Seat : unassigned | New York (JFK) December 18, 2015 03:20 PM Booking Code : N Plane Type : 333 |

**Fare Amount**

Adult
1 × $593.00 USD    $593.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes    $93.50 USD

Carrier-Imposed Fees $496.00 USD

**Flight Subtotal**

**$1,182.50 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012352440080 | | $593 00 USD | 589 50 | 1182.50 |
| Payment Type | | | | Total | $1,182.50 USD |

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with Underlined Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

## AmericanAirlines®

AA RECORD LOCATOR : **PTSDNG**    



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### Newark to Tokyo

1 Lap Infant, 2 Adults
**Thursday** August 27, 2015 – **Thursday** September 10, 2015

Status:

**$1,541.00 USD**

| AA Record Locator **PTSDNG** | Reservation Name **EWR/DFW** |
|---|---|
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 02, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1008** | Newark (EWR) August 27, 2015 07:03 AM Travel Time : 3 h 42 m Cabin Class : Economy Seat : 23A , 23B | **Dallas/ Fort Worth** (DFW) August 27, 2015 09:45 AM Booking Code : N Plane Type : S80 |
| **American Airlines** **175** | **Dallas/ Fort Worth** (DFW) August 27, 2015 11:20 AM Travel Time : 13 h 0 m Cabin Class : Economy Seat : 37A , 37B | **Tokyo** (NRT) August 28, 2015 02:20 PM Booking Code : N Plane Type : 777 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **176** | **Tokyo** (NRT) September 10, 2015 10:55 AM Travel Time : 11 h 40 m Cabin Class : Economy Seat : 40C , 40D | **Dallas/ Fort Worth** (DFW) September 10, 2015 08:35 AM Booking Code : N Plane Type : 777 |
| **American Airlines** **275** | **Dallas/ Fort Worth** (DFW) September 10, 2015 10:02 AM Travel Time : 3 h 25 m Cabin Class : Economy Seat : 23A , 23B | **Newark** (EWR) September 10, 2015 02:27 PM Booking Code : N Plane Type : 738 |

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012350602918 | | $499.00 USD | 271.50 | 770.50 |
| | 0012350602919 | | $499.00 USD | 271.50 | 770.50 |

| | 0012304078866 | | | -$271.50 USD | 271.50 | 0.00 |
|---|---|---|---|---|---|---|
| **Payment Type** | | | | | **Total** | **$1,541.00 USD** |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|
| | | | **Total** | | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/FEE ON CHG

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**American**Airlines®

AA RECORD LOCATOR : **ORFGVL**

   

Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Tokyo to Dallas/ Fort Worth

**Thursday** August 27, 2015 – **Saturday** September 5, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **ORFGVL** | **NRT/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 12, 2015 |

**Total Paid:**

**185,000** miles
**+$89.60** USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **176** | Tokyo (NRT) August 27, 2015 10:40 AM Travel Time : 12 h 10 m Cabin Class : Economy Seat : unassigned | Dallas/ Fort Worth (DFW) August 27, 2015 08:50 AM Booking Code : Y Plane Type : 777 |
| **American Airlines** **175** | Dallas/ Fort Worth (DFW) September 5, 2015 11:20 AM Travel Time : 13 h 0 m Cabin Class : Economy Seat : unassigned | Tokyo (NRT) September 6, 2015 02:20 PM Booking Code : T Plane Type : 777 |

**Current Mileage Balance**

Available                    0 miles

**Mileage Needed**

Departure
Economy AAnytime
Award
$2 \times 60,000$          120,000 miles

Return
Economy MileSAAver
Award
$2 \times 32,500$           65,000 miles

**Mileage Balance After**

-185,000 miles

**Taxes & Carrier-Imposed Fees**

Taxes                      $89.60

Carrier-Imposed Fees      $0.00

**Flight Subtotal**

**185,000 miles**

**+ $89.60**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ▐ | 0012302916273 | | $0.00 USD | 44.80 | 44.80 |

| | 0012302916274 | | | $0.00 USD | 44.80 | 44.80 |
|---|---|---|---|---|---|---|
| Payment Type | | | | | Total | $89.60 USD |

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|---|
| | | | | Total | | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
VOID IF SLD/PURCSD/BRTR/FEE ON CHG/VALID ON AA/US

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

## AmericanAirlines°

AA RECORD LOCATOR : **TUQNGS**




Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the one world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

### Dallas/ Fort Worth to Seoul
1 Adult
**Thursday** August 27, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **TUQNGS** | **DFW/ICN** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 04, 2015 |

**Total Paid:**

**$1,712.10 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) August 27, 2015 11:05 AM Travel Time : 14 h 10 m Cabin Class : Economy Seat : unassigned | **Seoul** (ICN) August 28, 2015 03:15 PM Booking Code : M Plane Type : 777 |

**Fare Amount**

Adult
1 × $1,550.00 USD   $1,550.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes   $88.10 USD

Carrier-Imposed Fees   $74.00 USD

**Flight Subtotal**

**$1,712.10 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| | 0012189788832 | | $1,550.00 KRW | 1624.00 USD | 162.10 | 1712.10 |
| Payment Type | Cash | | | | Total | $1,712.10 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
VALID AA-NON ENDO/NONTRANS SEEN/KR13AASOSP01

**Note -** If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with Underlined American Airlines Reservations at 1-800-433-7300 for the correct total.

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

## AmericanAirlines®

AA RECORD LOCATOR : **LTLBCV**　　　　　

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

### Dallas/ Fort Worth to Seoul

1 Adult

**Thursday** August 27, 2015 – **Monday** September 21, 2015

Status:

| AA Record Locator | Reservation Name |
|---|---|
| **LTLBCV** | **DFW/ICN** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 21, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) August 27, 2015 11:05 AM Travel Time : 14 h 10 m Cabin Class : Economy Seat : 39B | **Seoul** (ICN) August 28, 2015 03:15 PM Booking Code : N Plane Type : 777 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **280** | **Seoul** (ICN) September 21, 2015 05:15 PM Travel Time : 12 h 45 m Cabin Class : Economy Seat : 27H | **Dallas/ Fort Worth** (DFW) September 21, 2015 04:00 PM Booking Code : S Plane Type : 777 |

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012303482330 | | | | |
| Payment Type | | | | Total | |

### Additional Charges or Fees

| PASSENGER | TICKET NUMBER | | | | Charges or Fees |
|---|---|---|---|---|---|
| | 0012303482330 | | | | |
| Payment Type | | | | Total | |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

Fare Includes –

Endorsements/Restrictions –

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** <u>American Airlines Reservations</u> **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at <u>www.aa.com/conditionsofcarriage</u>.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit <u>www.aa.com/refunds</u>.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at <u>www.aa.com/arrivaltimes</u>.

Check in for your flight using Flight Check-In (<u>www.aa.com/checkin</u>) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (<u>www.aa.com/selfservice</u>) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at <u>www.aa.com/intl</u> for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit <u>www.aa.com/baggageinfo</u>.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at <u>www.aa.com/restricteditems</u> for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section <u>www.aa.com/assistance</u> before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at <u>www.aa.com/gates</u>.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit <u>www.aa.com</u>. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section <u>www.aa.com/redeemmiles</u>.

**AA.COM**
Visit <u>www.aa.com/emails</u>, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

## AmericanAirlines®

AA RECORD LOCATOR : XIJVYM



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.

Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.



### Los Angeles to Miami
2 Adults
**Friday** August 28, 2015

| | |
|---|---|
| **AA Record Locator** | **Reservation Name** |
| **XIJVYM** | **LAX/MIA** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 27, 2015 |

**Total Paid:**

**$418.20 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **68** 🛜 | Los Angeles (LAX) August 28, 2015 07:30 AM Travel Time : 5 h 23 m Cabin Class : Economy Seat : unassigned | Miami (MIA) August 28, 2015 03:53 PM Booking Code : S Plane Type : 738 |

**Fare Amount**

**Adult**
2 × $181.40 USD　　$362.80 USD

**Taxes & Carrier-Imposed Fees**

Taxes　　　　　　　$55.40 USD

Carrier-Imposed Fees　$0.00 USD

**Flight Subtotal**

**$418.20 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ▮▮▮▮ | 0012353236687 | | $181.40 USD | 27.70 | 209.10 |
| | 0012353236688 | | $181.40 USD | 27.70 | 209.10 |
| Payment Type　▮▮▮▮ | | | | Total | $418.20 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

 AmericanAirlines'

AA RECORD LOCATOR : **DOCKFD**         ◄



Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.

Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Seoul to Dallas/ Fort Worth

1 Adult
**Friday** August 28, 2015

Status:

| AA Record Locator | Reservation Name |
|---|---|
| **DOCKFD** | **ICN/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 29, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **280** | **Seoul** (ICN) August 28, 2015 05:15 PM Travel Time : 13 h 20 m Cabin Class : Economy Seat : unassigned | **Dallas/ Fort Worth** (DFW) August 28, 2015 04:35 PM Booking Code : K Plane Type : 777 |

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012352126945 | | | | |
| Payment Type | | | | Total | |

### Additional Charges or Fees

| PASSENGER | TICKET NUMBER | | | | Charges or Fees |
|---|---|---|---|---|---|
| | 12352126945 | | | | |
| Payment Type | | | | Total | |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

Fare Includes –

Endorsements/Restrictions –
RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

### TERMS AND CONDITIONS

A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the

change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines**

AA RECORD LOCATOR : **CNGENW**    ▌█▐▐█▌▐▌▐▌▐█▌▐▌▐▌█▌▐▌█▌▐▌█▌▌▐▌█▐▌▐▌▌█▌▐▌▐▌█    ← 

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.

↓



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Miami to Denver
3 Adults
**Friday** August 28, 2015 – **Monday** August 31, 2015

**Total Paid:**

**$804.60 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **CNGENW** | **MIA/DEN** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 29, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **281** 🛜 | **Miami** (MIA) August 28, 2015 06:00 AM Travel Time : 3 h 6 m Cabin Class : Economy Seat : 27C , 27B , 27A | **Dallas/ Fort Worth** (DFW) August 28, 2015 08:06 AM Booking Code : V Plane Type : 738 |
| **American Airlines** **1620** 🛜 | **Dallas/ Fort Worth** (DFW) August 28, 2015 08:50 AM Travel Time : 2 h 6 m Cabin Class : Economy Seat : 25F , 25E , 25D | **Denver** (DEN) August 28, 2015 09:56 AM Booking Code : V Plane Type : S80 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **375** 🛜 | **Denver** (DEN) August 31, 2015 04:25 PM Travel Time : 2 h 2 m Cabin Class : Economy Seat : 23F , 23E , 23D | **Dallas/ Fort Worth** (DFW) August 31, 2015 07:27 PM Booking Code : N Plane Type : S80 |
| **American Airlines** **60** 🛜 | **Dallas/ Fort Worth** (DFW) August 31, 2015 08:30 PM Travel Time : 3 h 1 m Cabin Class : Economy Seat : 28D , 28E , 28F | **Miami** (MIA) September 1, 2015 12:31 AM Booking Code : N Plane Type : 738 |

**Fare Amount**

**Adult**
3 × $223.26 USD    $669.78 USD

**Taxes & Carrier-Imposed Fees**

Taxes    $134.82 USD

Carrier-Imposed Fees    $0.00 USD

**Flight Subtotal**

**$804.60 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ▮▮▮▮▮▮ | 0012352161520 | | $223.26 USD | 44.94 | 268.20 |
| | 0012352161522 | | $223.26 USD | 44.94 | 268.20 |

| 0012352161523 | | | $223.26 USD | 44 94 | 268.20 |
| Payment Type | | | | Total | $804.60 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**American**Airlines

AA RECORD LOCATOR : **PIGVGS**

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Dallas/ Fort Worth to Beijing

**Friday** August 28, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **PIGVGS** | **DFW/PEK** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Mar 25, 2015 |

**Total Paid:**

**35,000** miles

**+$5.60** USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **89** | **Dallas/ Fort Worth** (DFW) August 28, 2015 11:20 AM Travel Time : 13 h 55 m Cabin Class : Economy Seat : 12H | **Beijing** (PEK) August 29, 2015 02:15 PM Booking Code : T Plane Type : 788 |

**Current Mileage Balance**

Available       0 miles

**Mileage Needed**

**Departure**
Economy MileSAAver
Award       35,000 miles

**Mileage Balance After**

-35,000 miles

**Taxes & Carrier-Imposed Fees**

Taxes       $5.60

Carrier-Imposed Fees       $0.00

**Flight Subtotal**

**35,000** miles

**+ $5.60**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012300313470 | | $0 00 USD | 5 60 | 5.60 |
| **Payment Type** | | | | Total | $5.60 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

Fare Includes –

**Endorsements/Restrictions –**
VOID IF SLD/PURCSD/BRTR/FEE ON CHG/VALID ON AA

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

TERMS AND CONDITIONS
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

CHECKING IN
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

TRAVELING INTERNATIONALLY
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

BAGGAGE INFORMATION
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

HAZARDOUS ITEMS
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

SPECIAL ASSISTANCE
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

FLIGHT STATUS
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

RESERVATIONS ASSISTANCE
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

AADVANTAGE INFORMATION
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

AA.COM
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines**®

AA RECORD LOCATOR : **OHMLUX**　　

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### Minneapolis/ St Paul  to Seoul

1 Adult, 2 Children
**Friday** August 28, 2015

Status:

**$125.10 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **OHMLUX** | **MSP/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Mar 17, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1395** | **Minneapolis/ St Paul** (MSP) August 28, 2015 06:55 AM Travel Time : 2 h 28 m Cabin Class : Economy Seat : 23D , 23E , 23F | **Dallas/ Fort Worth** (DFW) August 28, 2015 09:23 AM Booking Code : N Plane Type : S80 |
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) August 28, 2015 11:05 AM Travel Time : 14 h 10 m Cabin Class : Economy Seat : 25D , 25E , 25F | **Seoul** (ICN) August 29, 2015 03:15 PM Booking Code : N Plane Type : 777 |

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
|  | 0012399407076 |  |  |  |  |  |
|  | 0012399407077 |  |  |  |  |  |
|  | 0012399407078 |  |  |  |  |  |
| Payment Type |  |  |  |  | Total |  |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
|  |  |  | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
RESTRICTIONS APPLY

**Note –** If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with Underlined American Airlines Reservations at 1-800-433-7300 for the correct total.

**TERMS AND CONDITIONS**

A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**

On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**

If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**

To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**

Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**

If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**

Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**

Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**

AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**

Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines** 

AA RECORD LOCATOR : **FTJPNL**     ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖      ←     Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.




Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### Salt Lake City to Seoul

1 Adult
**Friday** August 28, 2015

| | |
|---|---|
| **AA Record Locator** | **Reservation Name** |
| **FTJPNL** | **SLC/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 07, 2015 |

**Total Paid:**

**$1,506,700.00 KRW**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **75** 🛜 | **Salt Lake City** (SLC) August 28, 2015 06:01 AM Travel Time ; 2 h 39 m Cabin Class : Economy Seat : unassigned | **Dallas/ Fort Worth** (DFW) August 28, 2015 09:40 AM Booking Code : S Plane Type : 738 |
| **American Airlines** **281** | **Dallas/ Fort Worth** (DFW) August 28, 2015 11:05 AM Travel Time : 14 h 10 m Cabin Class : Economy Seat : unassigned | **Seoul** (ICN) August 29, 2015 03:15 PM Booking Code : S Plane Type : 777 |

**Fare Amount**

**Adult**
1 ×
$1,319,200.00 KRW $1,319,200 00 KRW

**Taxes & Carrier-Imposed Fees**

| | |
|---|---|
| Taxes | $104,900 00 KRW |
| Carrier-Imposed Fees | $82,600 00 KRW |

**Flight Subtotal**

**$1,506,700.00 KRW**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ▮▮▮▮▮ | 0012304433909 | | $1,319,200.00 KRW | 187500.00 | 1506700.00 |
| Payment Type: | ▮▮▮▮▮▮▮ | | | Total | $1,506,700.00 KRW |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
RESTRICTIONS APPLY

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines'**

AA RECORD LOCATOR : **INSMUQ**



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.





Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## New York to Madrid

1 Adult
**Saturday** August 29, 2015 – **Sunday** December 20, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **INSMUQ** | **JFK/MAD** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 18, 2015 |

**Total Paid:**

**$1,183.20 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **94** | **New York** (JFK) August 29, 2015 07:15 PM Travel Time : 7 h 40 m Cabin Class : Economy Seat : 28A | **Madrid** (MAD) August 30, 2015 08:55 AM Booking Code : N Plane Type : 763 |
| **American Airlines** **95** | **Madrid** (MAD) December 20, 2015 10:35 AM Travel Time : 8 h 55 m Cabin Class : Economy Seat : 28A | **New York** (JFK) December 20, 2015 01:30 PM Booking Code : N Plane Type : 763 |

**Fare Amount**

Adult
1 × $593.00 USD　　$593.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes　　$94.20 USD

Carrier-Imposed Fees $496.00 USD

**Flight Subtotal**

**$1,183.20 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
|  | 0012351688266 |  | $593.00 USD | 590.20 | 1183.20 |
| Payment Type |  |  |  | Total | $1,183.20 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
|  |  |  | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/RESTRICTIONS APPLY

Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.

**TERMS AND CONDITIONS**

A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**

On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**

If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**

To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**

Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**

If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**

Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**

Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**

AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**

Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines®**

## AA RECORD LOCATOR : ZWSFWS



Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

### San Diego to New York

**Sunday** August 30, 2015 – **Wednesday** September 2, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **ZWSFWS** | **SAN/JFK** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jul 07, 2015 |

**Total Paid:**

**40,000** miles
+**$11.20** USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** <br> **94** | San Diego (SAN) <br> August 30, 2015 07:45 AM <br> Travel Time : 5 h 32 m <br> Cabin Class : Economy <br> Seat : 7C | New York (JFK) <br> August 30, 2015 04:17 PM <br> Booking Code : Y <br> Plane Type : 738 |
| **American Airlines** <br> **95** | New York (JFK) <br> September 2, 2015 05:20 PM <br> Travel Time : 6 h 16 m <br> Cabin Class : Economy <br> Seat : 7C | San Diego (SAN) <br> September 2, 2015 08:36 PM <br> Booking Code : Y <br> Plane Type : 738 |

**Current Mileage Balance**

Available     0 miles

**Mileage Needed**

Departure
Economy AAnytime
Award     20,000 miles

Return
Economy AAnytime
Award     20,000 miles

**Mileage Balance After**

**Taxes & Carrier-imposed Fees**

Taxes     $11.20

Carrier-Imposed Fees     $0.00

**Flight Subtotal**

**40,000 miles**

**+ $11.20**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ▮ | 0012306081064 | | $0.00 USD | 11.20 | 11.20 |
| Payment Type | ▮ | | | Total | $11.20 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|-----------|----------------------|-------|----------------|--------------------------|
|           |                      |       | Total          | 0.00                     |

**Fare Includes –**

**Endorsements/Restrictions –**
VALID ON AA/US ONLY/VOID IF SLD/PURCSD/BRTR

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**American**Airlines\*

AA RECORD LOCATOR : **LFDTGA**



Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Madrid to Dallas/ Fort Worth

**Sunday** August 30, 2015 – **Sunday** September 20, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **LFDTGA** | **MAD/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 13, 2015 |

Status:

**0** miles

**+$0.00**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **37** | **Madrid** (MAD) August 30, 2015 10:45 AM Travel Time : 10 h 45 m Cabin Class : Economy Seat : 27B | **Dallas/ Fort Worth** (DFW) August 30, 2015 02:30 PM Booking Code : T Plane Type : 777 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1403** | **Dallas/ Fort Worth** (DFW) September 20, 2015 05:00 AM Travel Time : 2 h 44 m Cabin Class : Economy Seat : 7C | **Miami** (MIA) September 20, 2015 08:44 AM Booking Code : Y Plane Type : 738 |
| **American Airlines** **967** | **Miami** (MIA) September 20, 2015 09:44 AM Travel Time : 3 h 25 m Cabin Class : Economy Seat : 16C | **Caracas** (CCS) September 20, 2015 12:39 PM Booking Code : Y Plane Type : 738 |

Current Mileage Balance

| Available | 0 miles |
|---|---|

Mileage Needed

Mileage Balance After

0 miles

Taxes & Carrier-Imposed Fees

| Taxes | $0.00 |
|---|---|
| Carrier-Imposed Fees | $0.00 |

Flight Subtotal

**0 miles**

**+ $0.00**

### Receipt

| PASSENGER | TICKET NUMBER | | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| | 0012352743768 | | | | | |
| **Payment Type** | | | | | Total | |

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|---|
| | | | | | Total | 0.00 |

Fare Includes –

Endorsements/Restrictions –
FEE ON CHG/VOID IF SLD/PURCH/BTRD//CT0010578871133/

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** <u>American Airlines Reservations</u> **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

Home   Login   English ▾   Search aa.com

 American Airlines    Plan Travel     Travel Information     AAdvantage 

Note: This reservation cannot be changed online because it includes travel outside the United States, Puerto Rico and/or US Virgin Islands. Please contact AA Reservations for assistance.

Online check-in time varies by operating carrier. Please try again later.

Some fares purchased on AAdvantage participating airlines are not eligible for mileage accrual. View eligible booking codes and mileage accrual rates by airline on the AAdvantage Airline Partner page.

We are unable to price your itinerary due to a schedule change. Please call AA Reservations for assistance.

## Asahikawa to Pensacola

1 Adult
**Sunday** August 30, 2015

Status:
**Ticketed**

| AA Record Locator | Reservation Name |
|---|---|
| **OIUOOM** | **PNS/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 07, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **Japan Airlines** **JL** **554** | Asahikawa (AKJ) August 30, 2015 01:05 PM Travel Time : 1 h 45 m Cabin Class : Economy Seat : unassigned | Tokyo (HND) August 30, 2015 02:50 PM Booking Code : Y Plane Type : 767 |
| **American Airlines** **60** | Tokyo (NRT) August 30, 2015 06:30 PM Travel Time : 12 h 10 m Cabin Class : Economy Seat : 39J | Dallas/ Fort Worth (DFW) August 30, 2015 04:40 PM Booking Code : N Plane Type : 777 |
| **American Airlines** **5879** Operated by Mesa Airlines As American Eagle | Dallas/ Fort Worth (DFW) August 30, 2015 08:15 PM Travel Time : 1 h 55 m Cabin Class : Economy Seat : 19F | Pensacola (PNS) August 30, 2015 10:10 PM Booking Code : N Plane Type : CR9 |

## Flight Change

View Comparison Chart

| Same-Day Flight Change | Same-Day Flight Change allows you to change to a |
|---|---|
| Check for Availability Aug 29 | different flight with the same origin/destination and the same calendar date. Pricing varies based on current ticketed fare. |

## Baggage Information

View Baggage details for all the information you need to choose whether to carry or check.

**Show Baggage Details**

## Passenger Summary

Add or edit your Passenger Details

Trip Contact Information

We may need to contact you in the event there is important information relevant to your trip. Please enter your cell phone number. This information will not be used for marketing purposes.



| Summary | Passenger Details |
|---------|-------------------|
| You may add or edit Passenger Details. | Frequent Flyer Number<br>Country of Residence<br>Secure Flight Information<br>Emergency Contact<br>Passport |

### Use caution when packing

Some everyday products, like electronic cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Lithium batteries    Explosives    Aerosol    Flammables    Oxidizers    Toxins    Radioactive    Corrosives

## More About American

About Us
Corporate Information
Careers
Investor Relations
Corporate Responsibility
Join Us In Causes That Matter
Environmental Footprint
Diversity & Inclusion
Newsroom
Airline Museum

## Products & Services

Travel Insurance
Email Subscriptions
Enhance Your Travel
Low Price Guarantee
Group & Meeting Travel
Business Programs
Cargo
American Airlines Credit Card
Gift Cards
Airport Conference Rooms
Five Star Service
Timetables & Downloads
Last Minute Packages

## Customer Service

Contact American
FAQs
Refunds and Receipts
Agency Reference
American Travel Centers
Baggage & Optional Service Charges
Customer Service Plan & Contingency Plan
Privacy Policy (newly updated)
Legal
Copyright
Site Map
Browser Compatibility
Start CoBrowse



Limited time offer:
earn 75,000 bonus miles

**Buy**Miles
Ends July 30
Up to 27,500 bonus miles


Up to 35% savings
plus AAdvantage® miles

 FEEDBACK [+]

**AmericanAirlines**

AA RECORD LOCATOR : **IBNHAN**





Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## San Diego to New York

2 Adults

**Sunday** August 30, 2015 – **Monday** September 14, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **IBNHAN** | **SAN/JFK** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 26, 2015 |

**Total Paid:**

**$1,323.76 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **94** | **San Diego** (SAN) August 30, 2015 07:45 AM Travel Time : 5 h 32 m Cabin Class : Economy Seat : 7A , 7B | **New York** (JFK) August 30, 2015 04:17 PM Booking Code : S Plane Type : 738 |
| **American Airlines** **95** | **New York** (JFK) September 14, 2015 05:20 PM Travel Time : 6 h 3 m Cabin Class : Economy Seat : 8A , 8B | **San Diego** (SAN) September 14, 2015 08:23 PM Booking Code : S Plane Type : 738 |

**Fare Amount**

Adult
2 × $463.26 USD    $926.52 USD

**Trip Options**

Main Cabin Extra    $271.36 USD

**Taxes & Carrier-Imposed Fees**

Taxes    $125.88 USD

Carrier-Imposed Fees    $0.00 USD

**Flight Subtotal**

**$1,323.76 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012353233972 | | $463.26 USD | 62.94 | 526.20 |
| | 0012353233973 | | $463.26 USD | 62.94 | 526.20 |
| **Payment Type** | | | | Total | **$1,052.40 USD** |

| PASSENGER | SEAT NUMBER(S) | PRICE | Tax/Fee/Charge | SEAT TOTAL |
|---|---|---|---|---|
| | 7A, 8A | 126.21 USD | 9.47 USD | 135.68 USD |
| | 7B, 8B | 126.21 USD | 9.47 USD | 135.68 USD |

| | | | Total | 271.36 USD |
|---|---|---|---|---|

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

**Fare Includes –**
Choice Essential

**Endorsements/Restrictions –**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines˙**

AA RECORD LOCATOR : IJSLDO

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.





Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

Some fares purchased on AAdvantage participating airlines are not eligible for mileage accrual. View eligible booking codes and mileage accrual rates by airline on the AAdvantage Airline Partner page.

## Dallas/ Fort Worth to Rome

**Monday** August 31, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **IJSLDO** | **DFW/LHR** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Feb 05, 2015 |

**Total Paid:**

**0** miles

**+$141.80** USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **78** | Dallas/ Fort Worth (DFW) August 31, 2015 08:00 PM Travel Time : 9 h 15 m Cabin Class : First Seat : 2D | London (LHR) September 1, 2015 11:15 AM Booking Code : Z Plane Type : 777 |
| **British Airways** **BA 560** | London (LHR) September 1, 2015 12:45 PM Travel Time : 2 h 25 m Cabin Class : Business Seat : unassigned | Rome (FCO) September 1, 2015 04:10 PM Booking Code : U Plane Type : 767 |

**Current Mileage Balance**

| Available | 0 miles |
|---|---|

**Mileage Needed**

**Mileage Balance After**

0 miles

**Taxes & Carrier-Imposed Fees**

| Taxes | $101.80 |
|---|---|
| Carrier-Imposed Fees | $40.00 |

**Flight Subtotal**

**0** miles

**+ $141.80**

### Receipt

| PASSENGER | TICKET NUMBER | | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| | 0012347823441 | | | $0.00 USD | 102.00 | 102.00 |
| Payment Type | | | | | Total | $102.00 USD |

| PASSENGER | FREQUENT FLYER NUMBER | | PRICE | Tax/Fee/Charge | | Mileage Multiplier Total |
|---|---|---|---|---|---|---|
| | | | | Total | | 0.00 |

**Fare Includes –**

Endorsements/Restrictions –
FEE ON CHG/VOID IF SLD/PURCH/BTRD/

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** American Airlines Reservations **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**AmericanAirlines**

AA RECORD LOCATOR : **QKTTMS**      ← Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

Some fares purchased on AAdvantage participating airlines are not eligible for mileage accrual. View eligible booking codes and mileage accrual rates by airline on the AAdvantage Airline Partner page.

---

## Manila to Houston
1 Adult
**Monday** August 31, 2015

**Total Paid:**

**$2,216.70 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **QKTTMS** | **IAH/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jan 12, 2015 |

| Flight | Depart | Arrive | Fare Amount |
|---|---|---|---|
| **Japan Airlines** **JL** **746** | Manila (MNL) August 31, 2015 10:05 AM Travel Time : 4 h 30 m Cabin Class : Economy Seat : 51A | Tokyo (NRT) August 31, 2015 03:35 PM Booking Code : M Plane Type : 767 | **Adult** **1** × $1,728 00 USD  $1,728.00 USD |
| **American Airlines** **60** | Tokyo (NRT) August 31, 2015 06:30 PM Travel Time : 12 h 10 m Cabin Class : Economy Seat : 36A | Dallas/ Fort Worth (DFW) August 31, 2015 04:40 PM Booking Code : M Plane Type : 777 | **Taxes & Carrier-Imposed Fees** Taxes  $488.70 USD Carrier-Imposed Fees  $0.00 USD |
| **American Airlines** **5701** Operated by Mesa Airlines As American Eagle | Dallas/ Fort Worth (DFW) August 31, 2015 06:12 PM Travel Time : 1 h 11 m Cabin Class : Economy Seat : 19A | Houston (IAH) August 31, 2015 07:23 PM Booking Code : M Plane Type : CR9 | **Flight Subtotal** **$2,216.70 USD** |

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
|  | 0012346501591 |  | $1,728 00 USD | 488.70 | 2216.70 |
| Payment Type |  |  |  | Total | $2,216.70 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
|  |  |  | Total | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
FEE FOR CHANGE/REFUND C91-92

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** Underline American Airlines Reservations **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**American**Airlines

AA RECORD LOCATOR : **YAQENC**      

Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

## Los Angeles to Madrid

**Monday** August 31, 2015 – **Thursday** December 17, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **YAQENC** | **LAX/MIA** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** May 30, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **189** | Los Angeles (LAX) August 31, 2015 09:00 AM Travel Time : 5 h 26 m Cabin Class : First Seat : 3D | Miami (MIA) August 31, 2015 05:26 PM Booking Code : F Plane Type : 32B |
| **American Airlines** **68** | Miami (MIA) August 31, 2015 06:35 PM Travel Time : 8 h 40 m Cabin Class : Business Seat : 10J | Madrid (MAD) September 1, 2015 09:15 AM Booking Code : J Plane Type : 777 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **95** | Madrid (MAD) December 17, 2015 10:35 AM Travel Time : 8 h 55 m Cabin Class : Business Seat : 2F | New York (JFK) December 17, 2015 01:30 PM Booking Code : J Plane Type : 757 |
| **American Airlines** **117** | New York (JFK) December 17, 2015 03:00 PM Travel Time : 6 h 18 m Cabin Class : Business Seat : 8D | Los Angeles (LAX) December 17, 2015 06:18 PM Booking Code : J Plane Type : 32B |

Status:

**0** miles

**+$0.00**

Current Mileage Balance

Available                               0 miles

Mileage Needed

Mileage Balance After

0 miles

**Taxes & Carrier-Imposed Fees**

Taxes                                      $0.00

Carrier-Imposed Fees           $0.00

Flight Subtotal

**0 miles**

**+ $0.00**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012352187789 | | | | |
| **Payment Type** | | | | Total | |

https://www.aa.com/reservation/printItinerary.do?forward=itineraryReceipt&isReceipt=true&anchorLocation=%2Freservation%2FfindReservationSubmit.do+a...   1/2

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|-----------|----------------------|-------|----------------|--------------------------|
|           |                      |       | Total          | 0.00                     |

Fare Includes –

**Endorsements/Restrictions –**
VOID IF SLD/PURCSD/BRTR/FEE ON CHG/VALID ON AA/US

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with <u>American Airlines Reservations</u> at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**American**Airlines゜

AA RECORD LOCATOR : **XPLLOA**　　IIII IIII II IIII II IIII III　

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.





Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Santa Ana to Madrid

**Monday** August 31, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **XPLLOA** | **SNA/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Mar 23, 2015 |

**Total Paid:**
**45,000** miles
**+$5.60** USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1298** 🛜 | **Santa Ana** (SNA) August 31, 2015 09:15 AM Travel Time : 2 h 57 m Cabin Class : Economy Seat : 15F | **Dallas/ Fort Worth** (DFW) August 31, 2015 02:12 PM Booking Code : Y Plane Type : 738 |
| **American Airlines** **36** | **Dallas/ Fort Worth** (DFW) August 31, 2015 03:25 PM Travel Time : 9 h 35 m Cabin Class : Economy Seat : 20J | **Madrid** (MAD) September 1, 2015 08:00 AM Booking Code : Y Plane Type : 777 |

**Current Mileage Balance**

Available　　　　　0 miles

**Mileage Needed**

Departure
Economy AAny ime
Award　　　　45,000 miles

**Mileage Balance After**

　　　　　　　-45,000 miles

**Taxes & Carrier-Imposed Fees**

Taxes　　　　　　$5.60

Carrier-Imposed Fees　　$0.00

**Flight Subtotal**

　　　　　**45,000 miles**

　　　　　**+ $5.60**

---

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 0012300207527 | | $0 00 USD | 5.60 | 5.60 |
| **Payment Type** | ▮▮▮▮▮▮▮▮▮▮ | | | Total | $5.60 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|---|---|---|---|---|
| | | | Total | 0.00 |

Fare Includes –

**Endorsements/Restrictions –**
FEE ON CHG/VALID ON AA/US/VOID IF SLD/PURCSD/BRTR/

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with** <u>American Airlines Reservations</u> **at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at <u>www.aa.com/conditionsofcarriage</u>.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit <u>www.aa.com/refunds</u>.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at <u>www.aa.com/arrivaltimes</u>.

Check in for your flight using Flight Check-In (<u>www.aa.com/checkin</u>) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (<u>www.aa.com/selfservice</u>) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at <u>www.aa.com/intl</u> for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit <u>www.aa.com/baggageinfo</u>.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at <u>www.aa.com/restricteditems</u> for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section <u>www.aa.com/assistance</u> before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at <u>www.aa.com/gates</u>.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit <u>www.aa.com</u>. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section <u>www.aa.com/redeemmiles</u>.

**AA.COM**
Visit <u>www.aa.com/emails</u>, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

**American**Airlines

AA RECORD LOCATOR : **BJXOQR**     ‖‖‖‖‖‖‖‖‖‖‖‖     ←    Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.

↓



Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

---

## Chicago to Beijing

1 Adult
**Monday** July 20, 2015 – **Saturday** August 29, 2015

| AA Record Locator | Reservation Name |
|---|---|
| **BJXOQR** | **ORD/PEK** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jun 16, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **187** | **Chicago** (ORD) July 20, 2015 05:25 PM Travel Time : 13 h 45 m. Cabin Class : Economy Seat : 40B | **Beijing** (PEK) July 21, 2015 08:10 PM Booking Code : Q Plane Type : 777 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **88** | **Beijing** (PEK) August 29, 2015 04:25 PM Travel Time : 13 h 35 m Cabin Class : Economy Seat : 18C | **Dallas/ Fort Worth** (DFW) August 29, 2015 05:00 PM Booking Code : Q Plane Type : 788 |
| **American Airlines** **2330** | **Dallas/ Fort Worth** (DFW) August 29, 2015 07:05 PM Travel Time : 2 h 36 m Cabin Class : Economy Seat : 31D | **Chicago** (ORD) August 29, 2015 09:41 PM Booking Code : Q Plane Type : 88D |

**Total Paid:**     **$793.80 USD**

**Fare Amount**

**Adult**
1 × $300.00 USD    $300.00 USD

**Trip Options**

**Preferred Seats**    $123.90 USD

**Taxes & Carrier-Imposed Fees**

**Taxes**    $87.90 USD

**Carrier-Imposed Fees** $282.00 USD

**Flight Subtotal**

**$793.80 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| | 012352822863 | | $300.00 USD | 369.90 | 669.90 |
| Payment Type | | | | Total | $669.90 USD |

| PASSENGER | SEAT NUMBER(S) | | PRICE | Tax/Fee/Charge | SEAT TOTAL |
|---|---|---|---|---|---|
| | 40B, 18C | | 123.90 USD | | 123.90 USD |
| | | | | Total | 123.90 USD |

| PASSENGER | FREQUENT FLYER NUMBER | PRICE | Tax/Fee/Charge | Mileage Multiplier Total |
|-----------|----------------------|-------|----------------|--------------------------|
| | | | **Total** | 0.00 |

**Fare Includes –**

**Endorsements/Restrictions –**
NONREF/FEE ON CHG

**Note - If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.**

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**
Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.

# OFFICE OF THE SECRETARY OF STATE
## OF THE STATE OF COLORADO

# CERTIFICATE OF FACT OF GOOD STANDING

I, Jena Griswold, as the Secretary of State of the State of Colorado, hereby certify that, according to the records of this office,

Xanadu Corp.

is a

Corporation

formed or registered on 02/27/2013   under the law of Colorado, has complied with all applicable requirements of this office, and is in good standing with this office.  This entity has been assigned entity identification number 20131137564 .

This certificate reflects facts established or disclosed by documents delivered to this office on paper through 10/10/2022  that have been posted, and by documents delivered to this office electronically through 10/17/2022 @ 15:14:46 .

I have affixed hereto the Great Seal of the State of Colorado and duly generated, executed, and issued this official certificate at Denver, Colorado on 10/17/2022  @  15:14:46  in accordance with applicable law. This certificate is assigned Confirmation Number 14393082      .



_____
Secretary of State of the State of Colorado

*********************************************End of Certificate*********************************************

_Notice: A certificate issued electronically from the Colorado Secretary of State's website is fully and immediately valid and effective. However, as an option, the issuance and validity of a certificate obtained electronically may be established by visiting the Validate a Certificate page of the Secretary of State's website, https://www.coloradosos.gov/biz/CertificateSearchCriteria.do entering the certificate's confirmation number displayed on the certificate, and following the instructions displayed. Confirming the issuance of a certificate is merely optional and is not necessary to the valid and effective issuance of a certificate. For more information, visit our website, https://www.coloradosos.gov click "Businesses, trademarks, trade names" and select "Frequently Asked Questions."_