# EXHIBIT 6

# XANADU CORP.

Director Name __Rich Sutton__  Director and President

Director Name __Carlos Suica__  Director and Secretary

Director Name __Marco Mora Garcia__  Director

Director Name __Elba Torres__  Director

Director Name __Kelinett del Carmen Sanchez__  Director

Director Name __Juan Carlos Perez__  Director

Director Name _____
Usual Residential Address _____

Director Name _____
Usual Residential Address _____

Director Name _____
Usual Residential Address _____

# TRUST SERVICES SA

## Purchase Authorization

Trust Services S.A.
trustservices@in.cr
Apartado 19-1011
Y Griega  San Jose  Costa Rica

Dated As: __August 1, 2010__
Purchase Order #: __2010-109__

### Shipped To:

Vendor Name: __James Arthur Banta for TSSA__
Company Name: _____
Address: __100 Bicentennial Circle #280__
City, State, Zip Code __Sacramento CA 95826__   Phone: _____

### Shipped From:

Name: __Reno Swap Meet__
Company Name: _____
Address: __Arco Arena__
City, State, Zip Code __Sacramento__   Phone: _____

| Details | Quantity | Unit Price | Total |
|---|---|---|---|
| Airtronic D2 heater portable | 8 | $1100 | $8800 max |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | SUBTOTAL | $8800.00 max |
|  |  | TAX |  |
|  |  | TOTAL | $8800.00 max |

_RAC_

### Additional Notes:

James Arthur Banta authorized to acquire 8 units of Airtronic D2 diesel heaters at Sacramento Reno Swap Meet at the ARCO Arena. Mr. Banta shall pay no more than $1,100 per unit or shall cover the extra costs himself to be used for the vegetation frost protection hypothesis.