IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document relates to:<br>ALL ACTIONS | Case No. 07-cv-05634-CRB<br><br>**ORDER DIRECTING FILING OF PROPOSED ORDER** |

In light of Class Counsel's recent update, see Notice (dkt. 1374), the Court DIRECTS Class Counsel to file an updated proposed order granting the Motion for Secondary Distribution of Remaining Settlement Funds (dkt. 1347). The proposed order should reflect: (1) Rust's conclusion as to Corp. Xanadu's claim, see Notice at 2:12–14, and (2) the Court's desired holdback of $50,000, as reflected at the November 4, 2022 hearing, see Transcript (dkt. 1369) at 14:17–18.

**IT IS SO ORDERED.**

Dated: January 17, 2023

CHARLES R. BREYER
United States District Judge