John Allen Roth, Esq.
Law Office of J. Allen Roth
805 Alexandria Street S.
Latrobe PA  15650
jroth@jarothlaw.com
(724) 686-8003

*Counsel for Objectors David
Gould and Xanadu Corp.
APPEARING PRO HAC VICE*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | ) Case No. 07-cv-05634-CRB<br>)<br>) MDL No. 1913<br>)<br>) MOST RECENT WEBSITE PRINTOUT<br>) IN SUPPORT OF<br>) OBJECTORS XANADU CORP. AND<br>) DAVID GOULD'S MOTION PURSUANT<br>) TO F.R.Civ.P. 59(b) AND 60(b)(1) AND (6)<br>) FOR RECONSIDERATION OF ORDER<br>) DATED  JANUARY 19, 2023 |

English language website main page – mentions second distribution but not attorney fees

Japanese language website main page – not updated since March 2022 no mention

Chinese language website main page – not updated since March 2022 no mention

ACCESSED JANUARY 20, 2023.

Respectfully submitted,

/s/ J. Allen Roth, Esq.

_____
J. Allen Roth, Esq.

COUNSEL FOR OBJECTORS
DAVID GOULD AND XANADU
(*PRO HAC VICE*)