UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF [Northern District of California]

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: [3:07-cv-05634]

     Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: [11/20/2007]

Date of judgment or order you are appealing: [January 19, 2023/January 26, 2023]

Docket entry number of judgment or order you are appealing: [1378/1385]

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

(●) Yes    ( ) No    ( ) IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Xanadu Corp.
David Gould

Is this a cross-appeal?   ( ) Yes    (●) No

If yes, what is the first appeal case number? [ ]

Was there a previous appeal in this case?   (●) Yes    ( ) No

If yes, what is the prior appeal case number? [22-16634]

Your mailing address (if pro se):

[ ]

[ ]

City: [ ]    State: [ ]    Zip Code: [ ]

Prisoner Inmate or A Number (if applicable): [ ]

**Signature** [/s/ J. Allen Roth, Esq. (pro hac vice)]    **Date** [1/26/2023]

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Xanadu Corp.
> David Gould

Name(s) of counsel (if any):

> J. Allen Roth, Esq. (PA 30347)

Address: 805 Alexandria Street S., Latrobe PA  15650

Telephone number(s): 724-686-8003

Email(s): office@jarothlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Transpacific Air Passengers Antitrust class plaintiffs

Name(s) of counsel (if any):

> Adam J. Zapala (245748)
> Elizabeth T. Castillo (280502)
> COTCHETT, PITRE & McCARTHY, LLP

Address: 840 Malcolm Road  Burlingame CA  94010

Telephone number(s): 650-697-6000

Email(s): azapala@cpmlegal.com, ecastillo@cpmlegal.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellees**

Name(s) of party/parties:

Transpacific Air Passengers Antitrust class plaintiffs

Name(s) of counsel (if any):

Michael P. Lehmann, Christopheer L. Lebsock, Seth R. Gassman HAUSFELD LLP

Address: 600 Montgomery Street #3200  San Francisco CA  94111

Telephone number(s): 412-633-1908

Email(s): mlehmann@hausfeld.com, clebsock@hausfeld.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*