Adam J. Zapala (245748)
Elizabeth T. Castillo (280502)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com

Michael P. Lehmann (77152)
Christopher L. Lebsock (184546)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Phone: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com

*Co-Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | Civil Case No. 3:07-cv-05634-CRB<br><br>MDL No. 1913 |
| **This Document Relates To:**<br><br>**ALL ACTIONS** | **NOTICE OF WITHDRAWAL OF SETH R. GASSMAN** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNESYS OF RECORD:**

**PLEASE TAKE NOTICE** that Seth R. Gassman of the law firm Hausfeld LLP, 600 Montgomery Street, Suite 3200, San Francisco, California 94111, hereby withdraws his appearance in the above-captioned matter as counsel of record for all Plaintiffs. and respectfully requests that he be removed from the docket, and all activity for this matter.

Plaintiffs remain represented by Hausfeld LLP and Cotchett, Pitre & McCarthy, LLP.

Dated: March 8, 2023

Respectfully submitted,

*/s/ Christopher L. Lebsock*
Michael P. Lehmann (77152)
Christopher L. Lebsock (184546)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Phone: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com

*Co-Lead Counsel for Plaintiffs*

**Notice of Withdrawal of Seth R. Gassman;**
**MDL No. 1913; Case No. 3:07-cv-05634 CRB**

**1**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

Dated: March 8, 2023                                      */s/ Christopher L. Lebsock*
                                                                        Christopher L. Lebsock