Case 3:07-cv-05634-CRB     Document 1399-1     Filed 04/18/25     Page 1 of 2

David Groupd
Apartado 201-6151
Unit 12c1
Santa Ana San Jose 10901
Costa Rica

SANTA CLARITA CA   913

16 APR 2025   PM 6   L

Clerk Of Court
US District Court
450 Golden Gate Avenue
PO Box 36055
San Francisco CA 94102

RECEIVED

APR 1 8 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAILED

APR 1 6 2025

94102-348999