IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document relates to:<br>ALL ACTIONS | Case No. 07-cv-05634-CRB<br><br>**ORDER DENYING MOTION TO COMPEL PROMPT COMPLIANCE WITH SECOND DISTRIBUTION ORDER** |

Objector and Claimant David Gould's Motion to Compel Prompt Compliance with Second Distribution Order, see Mot. (dkt. 1400) is DENIED. The Court is satisfied with Plaintiffs' assertion that "Plaintiffs and Rust anticipate making" the "distribution on or before July 1, 2025." See Response (dkt. 1403).

**IT IS SO ORDERED.**

Dated: May 5, 2025

CHARLES R. BREYER
United States District Judge