IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document relates to:<br>ALL ACTIONS | Case No. 07-cv-05634-CRB<br><br>**ORDER DENYING MOTION TO COMPEL STRICT COMPLIANCE WITH SECOND DISTRIBUTION ORDER** |

Objector and Claimant David Gould's Motion to Compel Strict Compliance with Second Distribution Order, see Mot. (dkt. 1408) is DENIED. The motion essentially rehashes Gould's earlier Motion to Compel Prompt Compliance with Second Distribution Order, albeit with a different adjective in the title. See Earlier Mot. (dkt. 1400). The Court denied that motion less than a month ago. See Order Denying Earlier Mot. (dkt. 1405). The new motion fails to satisfy the requirements for reconsideration. See Moraga v. Wolfson, No. 2:16-CV-287 JCM (VCF), 2019 WL 11707395, at *1 (D. Nev. Oct. 10, 2019) ("A motion for reconsideration is not the proper vehicle for rehashing old arguments, see Merozoite v. Thorp, 52 F.3d 252, 255 (9th Cir. 1995), and is 'not intended to give an unhappy litigant one additional chance to sway the judge.' Durkin v. Taylor, 444 F. Supp. 879, 889 (E.D. Va. 1977)."). Moreover, the Court remains satisfied with Plaintiffs' assertion that "Plaintiffs and Rust anticipate making" the "distribution on or before July 1, 2025." See Response (dkt. 1403).

**IT IS SO ORDERED.**

Dated: May  29 , 2025



CHARLES R. BREYER
United States District Judge