United States District Court
Northern District of California

1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6            FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   IN RE TRANSPACIFIC                Case No.  07-cv-05634-CRB
    PASSENGER AIR
9   TRANSPORTATION ANTITRUST
    LITIGATION                        **ORDER OVERRULING**
10                                    **"OBJECTION PURSUANT TO 28**
                                      **USC 1651"**
11
    This Document relates to:
12  ALL ACTIONS

13        Having learned that her "second distribution was denied" because her original claim

14  was selected for an audit, Claimant Jeanette Stevens, t/a Elm Co., has filed an Objection.

15  Objection (dkt. 1406).  She asks the Court to "[d]eny any further attorney fees based on

16  these 2025 audits," "[e]nforce the prior order concerning the second-round pro rata

17  distribution," and "[d]irect the Settlement Administrator to cease any unauthorized reaudits

18  of previously approved claims."  Id. at 4–5.  This Objection is similar to the motions to

19  compel filed by Claimant David Gould, which the Court has denied.  See Order on Earlier

20  Gould Mot. (dkt. 1405); Order on Newest Gould Mot. (dkt. 1412).

21        The Objection is OVERRULED.  First, Class Counsel has represented that it is not

22  seeking attorneys' fees in connection with the re-examination of certain claims.  See

23  Response (dkt. 1407); Pls. Mot. for Secondary Distribution (dkt. 1347) at 4.  Second, Class

24  Counsel has represented that it anticipates "making the secondary distribution on or before

25  July 1, 2025" and this Court has stated that it is satisfied with that representation.  See

26  Response to Earlier Gould Mot. (dkt. 1403) at 2; Order on Earlier Gould Mot.  And third,

27  it has always been this Court's understanding that Rust and Class Counsel are responsible

28  for only paying qualified claimants, and that the re-examination of suspicious claims is

1  part and parcel of that responsibility.  While the order that Class Counsel highlights in its

2  Response pertains to Xanadu, see Response at 2 (discussing Order Setting Hearing (dkt.

3  1358)); Order Setting Hearing ("Class Counsel and Rust may audit/re-examine Corp.

4  Xanadu's claim, consistent with their obligation to pay only qualified claimants"), its

5  reasoning applies beyond just Xanadu.

6      **IT IS SO ORDERED.**

7      Dated: May 29 , 2025

8                              CHARLES R. BREYER
                              United States District Judge

United States District Court
Northern District of California