US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

JUN 11 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IN RE: TRANSPACIFIC AIRLINE  Case No. 07-cv-05634-CRB

NOTICE OF APPEAL

I appeal from the Orders entered on May 29, 2025 to the United States Court of Appeals for the Ninth Circuit.

Respectfully submitted

Jeanette Stevens t/a Elm Co
Claimant ID: 146302
Apartado  10210-1000
SAN JOSE, SAN JOSE 10102
conservationtrust@live.com


Mailed via DocuPost.com

STEVENS
APARTADO 10210-1000
SAN JOSE COSTA RICA, AA 10102

**********AUTO**MIXED AADC 130          PL1 T1  P1 S312
CLERK OF COURT
US DISTRICT COURT
450 GOLDEN GATE AVE STE 36060
SAN FRANCISCO CA 94102-3489

LGL9123A05A0AAA.000040.01.01.000000

Presorted
First Class Mail
U.S. Postage
PAID
Permit 634
San Francisco, CA





RECEIVED

JUN 1 X 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA