

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



**FILED**

JUN 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 25-3908 |
| Originating Case Number: | 3:07-cv-05634-CRB |
| | |
| Short Title: | Wortman, et al. v. All Nippon Airways |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**The $605 docketing fee remains due.** Failure to correct this deficiency within 14 days will result in the dismissal of this case for failure to prosecute. See 9th Cir. R. 42-1. The fee is payable to the district court or the tax court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:           25-3908
Originating Case Number: 3:07-cv-05634-CRB

Case Title:              Wortman, et al. v. All Nippon Airways

**Monday, August 4, 2025**
Jeanette Stevens                          Appeal Opening Brief (No Transcript Due)

**Wednesday, September 3, 2025**
Donald Wortman                            Appeal Answering Brief (No Transcript Due)

William Adams                             Appeal Answering Brief (No Transcript Due)

Margaret Garcia                           Appeal Answering Brief (No Transcript Due)

Brenden G. Maloof                         Appeal Answering Brief (No Transcript Due)

Robert Casteel, III                       Appeal Answering Brief (No Transcript Due)

Micah Abrams                              Appeal Answering Brief (No Transcript Due)

Martin Kaufman                            Appeal Answering Brief (No Transcript Due)

| | |
|---|---|
| Rachel Diller | Appeal Answering Brief (No Transcript Due) |
| Lori Barrett | Appeal Answering Brief (No Transcript Due) |
| Clyde H. Campbell | Appeal Answering Brief (No Transcript Due) |
| Matthew Evans | Appeal Answering Brief (No Transcript Due) |
| Thomas Schelly | Appeal Answering Brief (No Transcript Due) |
| Mark Foy | Appeal Answering Brief (No Transcript Due) |
| Jason Gregory Turner | Appeal Answering Brief (No Transcript Due) |
| Stephen Gaffigan | Appeal Answering Brief (No Transcript Due) |
| Bruce Hut | Appeal Answering Brief (No Transcript Due) |
| Dickson Leung | Appeal Answering Brief (No Transcript Due) |
| Kevin Moy | Appeal Answering Brief (No Transcript Due) |
| Rufus Browning | Appeal Answering Brief (No Transcript Due) |
| Lolly Randall | Appeal Answering Brief (No Transcript Due) |
| Christian Duke | Appeal Answering Brief (No Transcript Due) |
| Andrew Barton | Appeal Answering Brief (No Transcript Due) |
| Tracey Wadmore Smith | Appeal Answering Brief (No Transcript Due) |
| Michael Benson | Appeal Answering Brief (No Transcript Due) |
| Tori Kitagawa | Appeal Answering Brief (No Transcript Due) |

| | |
|---|---|
| Woodrow Clark, II | Appeal Answering Brief (No Transcript Due) |
| James Evans | Appeal Answering Brief (No Transcript Due) |
| Meor Adlin | Appeal Answering Brief (No Transcript Due) |
| Justin LaBarge | Appeal Answering Brief (No Transcript Due) |
| Scott Frederick | Appeal Answering Brief (No Transcript Due) |
| Reiko Hirai | Appeal Answering Brief (No Transcript Due) |
| Ireatha Diane Mitchell | Appeal Answering Brief (No Transcript Due) |
| Larry Chen | Appeal Answering Brief (No Transcript Due) |
| David Kuo | Appeal Answering Brief (No Transcript Due) |
| David Murphy | Appeal Answering Brief (No Transcript Due) |
| Titi Tran | Appeal Answering Brief (No Transcript Due) |
| Kathryn Lavin | Appeal Answering Brief (No Transcript Due) |
| Stephanie Jung | Appeal Answering Brief (No Transcript Due) |
| Cherokii Verduzco | Appeal Answering Brief (No Transcript Due) |
| Sarah Tran | Appeal Answering Brief (No Transcript Due) |
| James Stewart | Appeal Answering Brief (No Transcript Due) |
| Ed Park | Appeal Answering Brief (No Transcript Due) |
| Linda Williams | Appeal Answering Brief (No Transcript Due) |

| | |
|---|---|
| Lax & Company, Inc. | Appeal Answering Brief (No Transcript Due) |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**