Adam J. Zapala (SBN 245748)
Elizabeth T. Castillo (SBN 280502)
**COTCHETT PITRE & McCARTHY LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com

Michael P. Lehmann
Christopher L. Lebsock
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Phone: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com

*Co-Lead Counsel for Plaintiffs and the Classes*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | **Civil Case No. 3:07-cv-05634-CRB**<br><br>**MDL No. 1913**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR APPROVAL OF *CY PRES* DISTRIBUTION** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** the Court will determine whether to decide this motion with or without oral argument. Plaintiffs are available for hearing should the Court find it appropriate. Through this motion, Plaintiffs seek entry of an order approving a *cy pres* distribution of the remaining uncashed settlement funds of $32,343.91 to FlyersRights. Plaintiffs' motion is based on this Notice of Motion and Motion, the Declaration of Amy Fringer of Rust Consulting, Inc. ("Rust Decl."), the proposed order, the Court's files and records in this matter, and such other matters as the Court may consider.

Dated: August 26, 2026

Respectfully submitted,

*/s/ Elizabeth T. Castillo*
Adam J. Zapala (245748)
Elizabeth T. Castillo (280502)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com

*/s/ Christopher L. Lebsock*
Michael P. Lehmann (77152)
Christopher L. Lebsock (184546)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Phone: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com

*Co-Lead Counsel for Plaintiffs and the Classes*

## I. INTRODUCTION

Pursuant to Plaintiffs' November 20, 2025 Notice Regarding Tertiary Distribution ("Notice"), Plaintiffs and the Court-appointed settlement administrator, Rust Consulting, Inc. ("Rust"), have performed a tertiary distribution of the remaining uncashed settlement funds (Dkt. No. 1421). The Notice further advised that, following the expiration of the tertiary distribution checks, Class Counsel would propose an appropriate *cy pres* recipient. Notice at 1.

Plaintiffs hereby submit this motion along with the supporting Declaration of Amy Fringer of Rust ("Rust Decl."). Given the limited remaining uncashed settlement funds of $32,343.91 after the tertiary distribution and the fact that it would be economically infeasible to further distribute these funds to Authorized Claimants, Rust Decl. ¶ 10, Plaintiffs respectfully request that the Court approve a *cy pres* distribution of the remaining uncashed settlement funds to FlyersRights.[1]

## II. BACKGROUND

Beginning on March 17, 2022, Rust made an initial distribution of the Net Settlement Fund of $104,387,320.59 to Authorized Claimants. Plaintiffs' Notice of Post-Distribution Accounting (Dkt. 1333) at 1; Rust Decl. ¶ 4.

Beginning on June 27, 2025, Rust made a secondary distribution of the remaining uncashed settlement funds of $5,191,987.33 to Authorized Claimants who cashed their initial distribution checks and who would receive a minimum payment of $10 from the secondary distribution. *Id.* ¶ 5.

Beginning January 20, 2026, Rust made the tertiary distribution of the remaining uncashed settlement funds of $252,727.10 to Authorized Claimants who cashed their secondary distribution checks and who would receive a minimum payment of $10 from the tertiary distribution. *Id.* ¶ 6.

As of August 21, 2026, there were remaining uncashed settlement funds of $32,343.91 after the tertiary distribution. *Id.* ¶ 7. Rust has now voided all uncashed checks. *Id.* ¶ 8.

---

[1] FlyersRights is a not-for-profit organization dedicated to advocating for the rights of airline passengers. FlyersRights has played a leading role in promoting stronger consumer protections, including fair compensation for delays and cancellations, greater transparency in airline pricing and fees, improved accessibility for travelers with disabilities, and enhanced safety and health standards. For more information on FlyersRights, please visit https://new.flyersrights.org/how-flyersrights-started/.

In sum, Class Counsel and Rust have distributed over 99.9% of the Net Settlement Fund of $104,388,254.38[2] to Authorized Claimants since 2022, and it would be economically infeasible to further distribute the remaining uncashed settlement funds of $32,343.91 to Authorized Claimants who cashed their prior distribution checks and who would receive a minimum payment of $10 from a further distribution. *Id.* ¶ 10.

## II. ARGUMENT

A *cy pres* distribution of unclaimed funds can be made to indirectly benefit the entire class if the distribution is "'the next best distribution' to giving the funds directly to the class members." *Dennis v. Kellogg Co.*, 697 F.3d 858, 865 (9th Cir. 2012); *Six Mexican Workers v. Ariz. Citrus Growers*, 904 F.2d 1301, 1305 (9th Cir. 1990).

Here, given the amount of the remaining uncashed settlement funds is $32,343.91, it is economically infeasible to perform a further distribution to Authorized Claimants who cashed their prior distribution checks and who would receive a minimum payment of $10 from a further distribution. Rust Decl. ¶ 10. In consultation with Rust, Plaintiffs recommend that the Court approve FlyersRights as the recipient for a *cy pres* distribution of the remaining balance of $32,343.91. *Id.*

The proposed *cy pres* distribution is appropriate because there is a direct and substantial nexus between FlyersRights' work and the interest of the Settlement Classes. *Lane v. Facebook*, 696 F.3d 811, 821 (9th Cir. 2012). Plaintiffs have brought allegations under Section 1 of the Sherman Act, 15 U.S.C. § 1. Plaintiffs' Second Am. Consol. Class Action Compl. 128–30. The *cy pres* distribution also satisfies "the objectives of the underlying statute[s]." *Six Mexican Workers*, 904 F.2d at 1307.

FlyerRights is a non-profit educational organization that pursues high impact policy changes to advance airline passenger rights and interests.[3] In particular, FlyersRights advocates for greater transparency in airline ticket pricing and works to ensure that customers receive clear, accurate, and

---

[2] Plaintiffs' Notice of Post-Distribution Accounting at 1.

[3] *How FlyersRights Started*, FLYERSRIGHTS, https://new.flyersrights.org/how-flyersrights-started/ (last visited Aug. 26, 2026).

complete information regarding the true cost of air travel, including mandatory fees and charges.[4] Through these efforts, FlyersRights promotes fair pricing practices, informed consumer decision-making, and market-transparency interests that closely align with the interests of this litigation.[5] The *cy pres* distribution to FlyerRights therefore accounts for the nature of this antirust class action and satisfies the objectives of antitrust and consumer protection statutes.

## III. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court approve a *cy pres* distribution of the remaining uncashed settlement funds of $32,343.91 to FlyersRights.

Dated: August 26, 2026

Respectfully submitted,

*/s/ Elizabeth T. Castillo*
Adam J. Zapala (245748)
Elizabeth T. Castillo (280502)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com

*/s/ Christopher L. Lebsock*
Michael P. Lehmann (77152)
Christopher L. Lebsock (184546)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Phone: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com

*Co-Lead Counsel for Plaintiffs and the Classes*

---

[4] *Airline Passengers Score Two Major Victories Following Two DOT Final Rules, Reports FlyersRights*, PR NEWSWIRE (Apr. 24, 2024), https://www.prnewswire.com/news-releases/airline-passengers-score-two-major-victories-following-two-dot-final-rules-reports-flyersrights-302126718.html (last visited Aug. 26, 2026).

[5] *Id.*