**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | **Civil Case No. 3:07-cv-05634-CRB**<br><br>**MDL No. 1913**<br><br>**DECLARATION OF AMY FRINGER IN SUPPORT OF PLAINTIFFS' PLAINTIFFS' MOTION FOR APPROVAL OF *CY PRES* DISTRIBUTION** |

I, Amy Fringer, hereby declare as follows:

1. I am a Program Manager for Rust Consulting, Inc. ("Rust"), whose Corporate Office is located at 920 Second Avenue South, Suite 400, Minneapolis, Minnesota 55402. My business telephone number is 952-245-2597. I am authorized to make this declaration on behalf of Rust.

2. Rust has extensive experience in class action matters, having provided settlement administration services in class action lawsuits affecting millions of class members in cases involving antitrust, employment, consumers, banking and financial services, property, insurance, securities, and products liability, among its more than 8,000 projects.

3. Except as otherwise stated, I am fully familiar with the facts contained herein based upon my personal knowledge and, if called as a witness, could and would testify competently

thereto. I submit this declaration in support of Plaintiffs' Motion for Approval of *Cy Pres* Distribution.

4. Beginning on March 17, 2022, Rust made an initial distribution of the Net Settlement Fund of $104,387,320.59 to Authorized Claimants.

5. Beginning June 27, 2025, Rust made a secondary distribution of the remaining uncashed settlement funds of $5,191,987.33 to Authorized Claimants who cashed their initial distribution checks and who would receive a minimum payment of $10 from the secondary distribution.

6. Beginning January 20, 2026, Rust made a tertiary distribution of the remaining uncashed settlement funds of $252,727.10 to Authorized Claimants who cashed their secondary distribution checks and who would receive a minimum payment of $10 from the tertiary distribution.

7. As of August 21, 2026, there were remaining uncashed settlement funds of $32,343.91 after the tertiary distribution.

8. Rust has now voided all uncashed checks.

9. Class Counsel and Rust have distributed over 99.9% of the Net Settlement Fund of $104,388,254.38 to Authorized Claimants since 2022.

10. It is my opinion, based on my experience in this case and my extensive experience distributing class action settlements in other cases, that it would be economically infeasible to perform a further distribution to Authorized Claimants who cashed their prior distribution checks and who would receive a minimum payment of $10 from this further distribution. For this reason, Rust recommends the residual balance of $32,343.91 be distributed via *cy pres*.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

//

Executed this 21st day of August, 2026 in Edina, Minnesota.

Amy Fringer

Amy Fringer