**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | **Civil Case No. 3:07-cv-05634-CRB**<br><br>**MDL No. 1913**<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF *CY PRES* DISTRIBUTION** |

This matter comes before the Court on the Plaintiffs' Motion for Approval of *Cy Pres* Distribution ("Motion"). Having considered the Motion, and on good cause shown, the Court approves a *cy pres* distribution of the remaining uncashed settlement funds of $32,343.91 to FlyersRights.

**IT IS SO ORDERED.**

Dated: September 15, 2026

CHARLES R. BREYER
United States District Court